# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **WPENGINE, INC., a Delaware corporation** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **AUTOMATTIC INC., a Delaware corporation; and** ) <br> **MATTHEW CHARLES MULLENWEG, an individual** ) <br> ) <br> *Defendant* | Civil Action No. 3:24-cv-06917-JCS |

## AFFIDAVIT OF SERVICE

I, Joecelyn Ramos, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Automattic Inc. in Los Angeles County, CA on October 7, 2024 at 8:38 am at 330 North Brand Boulevard, Glendale, CA 91203 by leaving the following documents with Diana Ruiz who as Intake Specialist at C T CORPORATION SYSTEM is authorized by appointment or by law to receive service of process for Automattic Inc.

Summons
Complaint
Judge's Standing Order
Initial CMO
Joint Proposed CMC
Judges' Standing Order and Procedures
ECF Rules
Notice of Magistrate Assignment

Hispanic or Latino Female, est. age 35-44, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=34.1517461831,-118.254408857

Photograph: See Exhibit 1

Total Cost: $226.60

/s/ *Joecelyn Ramos*
_____
Joecelyn Ramos - +1 (818) 356-6146
Registration No.: 2019112771

Subscribed and sworn to before me this __08__ day of __October__, __2024__, by __Amber Jo Martinez__.
Witness my hand and official seal.

*Amber Jo Martinez*
_____
Notary Public

My commission expires: __10/09/2027__

Notarized online using audio-video communication

Amber Jo Martinez
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES OCTOBER 09, 2027

