| Attorney or Party without Attorney: <br> QUINN EMANUEL URQUHART & SULLIVAN <br> 50 CALIFORNIA STREET, 22ND FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415-875-6600   FAX No: 415-875-6700 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 13245-00001 |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of California | |
| Plaintiff: WPENGINE, INC., A DELAWARE CORPORATION | |
| Defendant: AUTOMATTIC, INC.; ET AL | |

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:24-CV-06917--JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER; ECF REGISTRATION INFORMATION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3. a. Party served: MATTHEW CHARLES MULLENWEG, AN INDIVIDUAL

4. Address where the party was served: 200 BRANNAN STREET, APT. 511 <br> SAN FRANCISCO, CA 94107

5. I served the party:
   b. **by substituted service.** On: Fri., Oct. 04, 2024 at: 3:50PM I left the documents listed in item 2 with or in the presence of: CINTHI DOMINGUEZ, FRONT DESK
   
   (2) **(Home)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   
   a. KATHLEEN KING
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640
   
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:  2024-0001355
      (iii) County:  San Francisco
      (iv) Expiration Date:  Fri, Jan. 30, 2026

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Oct. 08, 2024

   (KATHLEEN KING)

Judicial Council Form     PROOF OF SERVICE     9865700.143150
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS IN A CIVIL

| Attorney or Party without Attorney:<br>QUINN EMANUEL URQUHART & SULLIVAN<br>50 CALIFORNIA STREET, 22ND FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-875-6600   FAX No: 415-875-6700 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.:<br>13245-00001 | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | | |
| Plaintiff: WPENGINE, INC., A DELAWARE CORPORATION | | | | | |
| Defendant: AUTOMATTIC, INC.; ET AL | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>3:24-CV-06917--JCS |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER; ECF REGISTRATION INFORMATION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Mon., Oct. 07, 2024
   b. Place of Mailing:       BURLINGAME, CA 94010
   c. Addressed as follows:   MATTHEW CHARLES MULLENWEG, AN INDIVIDUAL
                              200 BRANNAN STREET, APT. 511
                              SAN FRANCISCO, CA 94107

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Oct. 07, 2024 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY J. ANDERSON                        d. *The Fee for Service was:*
   b. A & A LEGAL SERVICE, Inc.                  e. I am: Exempt from registration under B&P 22350(b)
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Oct. 08, 2024

                                                                         (TIMOTHY J. ANDERSON)

   Judicial Council Form                      PROOF OF SERVICE                                      9865700.143150
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail