IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | |
| Defendants. | |

The Court, having considered Plaintiff WPEngine, Inc.'s Motion for Preliminary Injunction (the "Motion"), and all briefing, evidence, and argument submitted in support and opposition thereof, hereby finds that: (1) Plaintiff WPEngine, Inc. ("WPE") is likely to succeed on the merits of its claims against Defendants Automattic Inc. and Matthew Charles Mullenweg (together, "Defendants"); (2) absent a preliminary injunction, WPE is likely to suffer irreparable harm; (3) the balance of equities tips in WPE's favor; and (4) it is in the public interest to issue a preliminary injunction.

Accordingly, and for good cause shown, this Court hereby orders as follow:

1. Plaintiff's Motion is **GRANTED**.

2. Defendants, and Defendants' officers, agents, servants, employees, and attorneys, and other persons or entities who are in active concert or participation with the foregoing individuals and entities, are hereby **RESTRAINED AND ENJOINED**, from:

   (a) interfering with or causing others to interfere with WPE's and/or its free users', customers', or partners' access to the WordPress community, including wordpress.org and the WordPress Plugin Directory and repository, in any manner that would affect, impede, or restrict access in a way different from how such access existed immediately prior to September 20, 2024;

   (b) interfering with or causing others to interfere with WPE's control over, or access to, plugins or extensions published by WPE (or that had been published by WPE as of September 20, 2024) or the listing or functioning of plugins or extensions published by WPE (or that had been published by WPE as of September 20, 2024);

   (c) interfering with or causing others to interfere with WPE's and/or its free users', customers', or partners' access to any WordPress plugins, extensions, or WordPress community-related resources, or interfering with or causing others to interfere with the functioning of any WordPress plugins, extensions, or WordPress community-related resources, based on whether the user is believed to be associated or affiliated with WPE or not, in any way different from how these plugins, extensions, or resources operated immediately prior to September 20, 2024; and

    (d)  engaging in any extortionate acts or tortious acts of interference with respect to WPE and its customers, partners, or free users, including with respect to any and all functionality and/or services WPE provides thereto.

3.  These restrictions shall extend not just to acts aimed at or impacting WPE itself, but also WPE's affiliates, partners, employees, users, or customers, and all systems, servers, or computers owned or operated by or for the benefit of the foregoing. For the sake of clarity, these protections apply even if the foregoing person or entity is acting in their personal capacity.

4.  If there is currently in place any restriction of access, alteration of a plugin, alteration of a plugin directory listing, or alteration of an extension that would have violated the above terms if those acts had been carried out as of the date of this order, Defendants shall immediately cause the operations to return to status quo as they existed immediately prior to September 20, 2024, or as agreed to in writing with WPE. For the sake of clarity, to the extent any plugin, extension, listing, software, or other code has been updated for other reasons since immediately prior to September 20, 2024, restoration to the status quo shall be done in good faith as to not undo the normal and legitimate updates that occurred since that time.

5.  This Preliminary Injunction shall become immediately effective upon its entry and shall remain in full force and effect through the date on which judgment is entered following the trial of this action.

6.  WPE shall not be required to provide security or post a bond for the issuance of this Preliminary Injunction.

**IT IS SO ORDERED:**

DATED: _____

                   _____
                   The Honorable Araceli Martínez-Olguín
                   UNITED STATES DISTRICT JUDGE