QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF SARA JENKINS IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Honorable Araceli Martínez-Olguín<br>Courtroom: 10<br>Hearing Date: March 6, 2025<br>Hearing Time: 2:00 p.m. |

I, Sara Jenkins, declare as follows:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff WPEngine, Inc. in this action. I am licensed to practice law in California and admitted to practice in the Northern District of California. I make this Declaration in support of Plaintiff WPEngine, Inc.'s ("WPE") Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify thereto.

2.      On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://wordpress.org/about/license/.  A true and correct copy of the printout is attached hereto as Exhibit 1.

3.      On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://archive.wordpress.org/interviews/2014_04_17_Mullenweg.html.  A true and correct copy of the printout is attached hereto as Exhibit 2.

4.      On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://web.archive.org/web/20241002232337/https://automattic.com/2024/10/02/wordpress-trademarks-a-legal-perspective/.  A true and correct copy of the printout is attached hereto as Exhibit 3.

5.      On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://automattic.com/2024/10/02/wordpress-trademarks-a-legal-perspective/.  A true and correct copy of the printout is attached hereto as Exhibit 4.

6.      On October 15, 2024, I caused a transcript to be created of the video interview posted on X.com dated September 27, 2024, located at the following link: https://x.com/TheWPMinute/status/1839774203018662028.  A true and correct copy of the transcript of this video is attached hereto as Exhibit 5.

7.      On October 15, 2024, I caused a printout to be created of the website located at the following link: https://wordpress.org/news/2024/09/wp-engine/.  A true and correct copy of the printout is attached hereto as Exhibit 6.

8.      On October 15, 2024, I caused a printout to be created of the website located at the following link: https://wordpress.org/news/2024/09/wp-engine-banned/.  A true and correct copy of the printout is attached hereto as Exhibit 7.

9.      On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated September 26, 2024, located at the following link: https://x.com/wpengine/status/1839246341660119287.  A true and correct copy of the screenshot is attached hereto as Exhibit 8.

10. On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://www.therepository.email/mullenweg-threatens-corporate-takeover-of-wp-engine. A true and correct copy of the printout is attached hereto as Exhibit 9.

11. On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated October 1, 2024, located at the following link: https://x.com/photomatt/status/1841281383307604453. A true and correct copy of the screenshot is attached hereto as Exhibit 10.

12. On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated October 5, 2024, located at the following link: https://x.com/photomatt/status/1842500184825090060. A true and correct copy of the screenshot is attached hereto as Exhibit 11.

13. On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://techcrunch.com/2024/10/04/159-employees-are-leaving-automattic-as-ceos-fight-with-wp-engine-escalates/. A true and correct copy of the printout is attached hereto as Exhibit 12.

14. On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://pressable.com/wpe-contract-buyout/. A true and correct copy of the printout is attached hereto as Exhibit 13.

15. On October 15, 2024, I caused a printout to be created of a webpage reflecting posts to the website Reddit.com, located at the following link: https://www.reddit.com/r/Wordpress/comments/1g3rwwm/you_asked_how_were_suffering_as_a_result_of/. True and correct excerpts of this printout are attached hereto as Exhibit 14.

16. On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated September 22, 2024, located at the following link: https://x.com/thehungrybird_/status/1837917667011056075. A true and correct copy of the screenshot is attached hereto as Exhibit 15.

17. On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated September 26, 2024, located at the following link:

1  https://x.com/photomatt/status/1839224251288793104.  A true and correct copy of the screenshot is attached hereto as Exhibit 16.

18.  On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated September 24, 2024, located at the following link: https://x.com/primedryan/status/1838818728961806575.  A true and correct copy of the screenshot is attached hereto as Exhibit 17.

19.  On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated October 12, 2024, located at the following link: https://x.com/daniel_iser/status/1845186097917128890.  A true and correct copy of the screenshot is attached hereto as Exhibit 18.

20.  On October 15, 2024, I caused screenshots to be taken of the following messages posted on X.com:

    a.  A message dated October 1, 2024, located at the following link: https://x.com/photomatt/status/1840948013360910448;

    b.  A message dated September 30, 2024, located at the following link: https://x.com/photomatt/status/1841156424631545960; and

    c.  A message dated September 27, 2024, located at the following link: https://x.com/photomatt/status/1839871781630554168.

True and correct copies of these screenshots are attached hereto as Exhibit 19.

21.  On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://wordpress.org/news/2024/09/wp-engine-reprieve/.  A true and correct copy of the printout is attached hereto as Exhibit 20.

22.  On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated October 9, 2024, located at the following link: https://x.com/JavierCasares/status/1843963071183880345.  A true and correct copy of the screenshot is attached hereto as Exhibit 21.

23. On October 15, 2024, I caused a printout to be created of the webpage located at the following link: https://wpscan.com/vulnerability-disclosure-policy/. A true and correct copy of the printout is attached hereto as Exhibit 22.

24. On October 15, 2024, I caused screenshots to be taken of a message posted on X.com dated October 12, 2024, located at the following link: https://x.com/Brugman/status/1845195750550143424. True and correct copy of the screenshots are attached hereto as Exhibit 23.

25. On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated September 24, 2024, located at the following link: https://x.com/hashim_warren/status/1838768717213118641. A true and correct copy of the screenshot is attached hereto as Exhibit 24.

26. Exhibit 25 was intentionally omitted.

27. On October 15, 2024, I caused a screenshot to be taken of a message posted on X.com dated October 13, 2024, located at the following link: https://x.com/WordPress/status/1845663751342883195. A true and correct copy of the screenshot is attached hereto as Exhibit 26.

28. On October 15, 2024, I caused a screenshot to be taken of a webpage reflecting a post to the website Hacker News dated October 13, 2024, located at the following link: https://news.ycombinator.com/item?id=41828958. A true and correct copy of the screenshot is attached hereto as Exhibit 27.

29. On October 15, 2024, I caused screenshots to be taken of two messages posted on X.com dated September 25, 2024, located at the following links: https://x.com/AkaiEnso/status/1839082080006775170?t=Vl2VdZK-ia4G5H2BNftZKg&s=19 and https://x.com/AkaiEnso/status/1839103179826344061. A true and correct copy of the screenshots is attached hereto as Exhibit 28.

30. On September 21, 2024, I caused a transcript to be created of Mr. Mullenweg's WordCamp presentation posted on Youtube.com dated September 20, 2024, and located at the

following link: https://www.youtube.com/watch?v=fnI-QcVSwMU.  A true and correct copy of the transcript of this video is attached hereto as Exhibit 29.

31.  On September 23, 2024, my colleague, Rachel Kassabian, caused a cease-and-desist letter to be sent to Automattic Inc.  A true and correct copy of this letter is attached hereto as Exhibit 30.

32.  On October 17, 2024, I caused a screenshot to be taken of a message posted on X.com dated September 26, 2024, located at the following link: https://x.com/Krylann/status/1839429540554174683.  A true and correct copy of the screenshot is attached hereto as Exhibit 31.

33.  On October 17, 2024, I caused a screenshot to be taken of a webpage reflecting a post to the website Hacker News dated October 13, 2024, located at the following link: https://news.ycombinator.com/item?id=41821336.  A true and correct copy of the screenshot, with highlighting added, is attached hereto as Exhibit 32.

34.  On October 17, 2024, I caused a screenshot to be taken of a webpage reflecting a post to the website Reddit dated October 15, 2024, located at the following link: https://news.ycombinator.com/item?id=41821336.  A true and correct copy of the screenshot is attached hereto as Exhibit 33.

35.  On October 17, 2024, I caused a printout to be made of a webpage reflecting a blog post on Mr. Mullenweg's website https://ma.tt dated September 9, 2010, located at the following link:  https://ma.tt/2010/09/wordpress-trademark/.  True and correct copies of excerpts of this printout are attached hereto as Exhibit 34.

36.  On October 17, 2024, I caused to be downloaded a document titled "Nunc Pro Tunc Trademark Assignment" from the United States Patent and Trademark Office's website located at the following link: https://assignments.uspto.gov/assignments/assignment-tm-4233-0698.pdf.  A true and correct copy of this document is attached hereto as Exhibit 35.

37.  On October 17, 2024, I caused to be downloaded a document titled "Trademark License" from the United States Patent and Trademark Office's website located at the following

link: https://assignments.uspto.gov/assignments/assignment-tm-4233-0808.pdf. A true and correct copy of this document is attached hereto as Exhibit 36.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 18th day of October, 2024, in Redwood City, California.

By */s/ Sara Jenkins*
Sara Jenkins

**ATTESTATION**

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sara Jenkins has concurred in the aforementioned filing.

By /s/ *Rachel Herrick Kassabian*
Rachel Herrick Kassabian