# EXHIBIT 5

**WordPress Blog & Podcast**
**@TheWPMinute**

**27 September 2024**
**(6m23s)**

| Speaker | Dialogue |
| --- | --- |
| MATT MEDEIROS | As we mentioned, we were just talking about the articles and stuff that folks were posting. But I know you have a short amount of time. |
| MATT MULLENWEG | I've got five minutes for y 'all. So what would you like to talk about? |
| SPEAKER: | Thankfully, it's called the WP minute. |
| MATT MULLENWEG | We've got minutes. By the way, I hope you appreciate that I am doing all these things. And WP Engine is not showing up to these things. They're not going on press. They're not talking to journalists, they're not because -- and why is that? |
| MATT MEDEIROS | Matt, so I think the biggest question I think maybe on a lot of people's minds is why go this nuclear route in front of our biggest stage in the US when so much of this impacts our friends, family, colleagues of many years, in a short amount of time, why the nuclear option now? |
| MATT MULLENWEG | You know, I have been trying to avoid this for years. Been meeting with them. And as their text messages that they published showed, I was trying to call them and everything and say, Hey, I don't want to do this. But they just kept delaying, delaying, delaying, delaying. Yeah, I was really trying everything I could to not have this happen. But they refused to do any sort of deal and, you know, stop violating the WordPress trademark. |
| MATT MEDEIROS | Does this – |
| COURTNEY ROBERTSON | Matt – |
| MATT MEDEIROS | Go ahead, Courtney. |
| COURTNEY ROBERTSON | I would wonder moving forward, if we could see more documented policies basically about -- So that to – To move forward, we need to rebuild trust in the ecosystem. And what I would like to see is documenting what the appropriate amounts basically are in certain instances. And the consequences of that, and maybe a little bit more runway if customers and their website visitors become collateral, a little bit more runway. |
| MATT MULLENWEG | Again, I've been running WordPress.org for 21 years. |

13245-00001/15245224.1

| Speaker | Dialogue |
| --- | --- |
| COURTNEY ROBERTSON | I'm aware. I've been there most of that time. |
| MATT MULLENWEG | This has never happened before -- I don't expect it to ever happen again. WP Engine is uniquely bad in how they've behaved and how they've taken advantage of the free WordPress.org resources, how they've done this legal thing that now like covers all this WordPress.org Slack and members and everything like that, like they are unique among all the hosts. This is really just a Silver Lake WP Engine thing. It has nothing to do with anyone else. |
| MATT MEDEIROS | Matt – just help us understand. My theory is when you say open source WordPress is for everyone. My take is everyone is the end user. Like this work that we all put into it, you especially, is for the end user to experience and enjoy WordPress. Is that who you think of when you defend open source so vehemently? Is the end user to publish words and to get access to this WordPress thing? That's the question. Is it that end user? |
| MATT MULLENWEG | Yeah, I mean, we design software and we have a vision for it. And hosts deliver that. And WP Engine modifies WordPress, and they deliver their version of it, right? So they hack it to remove the meetups widget and the news widget right now. They hack it to remove the attribution for WooCommerce to make money. And they just steal that for themselves. They get they completely control your WordPress. They, when you, you're not like using our WordPress, you're using their modified version of it when you run WordPress on WP Engine. That's why I say WP Engine is not WordPress. So they can also hack it to change the update servers or, you know, whatever else they want to do if they want to provide service to their customers. Because when they promise on their website, we provide updates and plugin updates, even charge for plugin updates. By the way, you can get plugin updates for free from Jetpack or any other host, they charge $3 a month for it. So they should be providing that service. |
| MATT MEDEIROS | Brian, any question from you before I? |
| BRIAN COORDS | Yeah, I think the one question a lot of people had was like, some of us were WP Engine customers, just because they've been around for a long time. We have a lot of clients. This morning, I'm already getting emails from clients because their sites are going down, obviously due to issues where plugins are trying to update and are failing. I don't think it's catastrophic, but I think what would have been the reasoning against saying what the situation was going to be, and then saying and vote with your dollars to a different host, and then saying, you know, you have a reasonable amount of time a few months or a few weeks to make that transition and get that community support. |
| MATT MULLENWEG | Yeah, I think that's a really good point, actually, and something I've been hearing a lot. So I'm going to see if there's something we can do. Because, |

| Speaker | Dialogue |
|---|---|
|  | you know, WP Engine, by the way, 1.5 million sites, they're using millions of dollars of WordPress.org's resources in computes, CPU time, engineering time, everything like that, to serve their customers. We've been giving them that for free. They're paying. nothing for it. They have no trademark license. They have no anything. So I realized the customers are impacted. I'm going to see if we can do something to help them out today. And then, you know, you know, say like maybe midnight on September 30th, you know, WP Engine has until then to like set up their mirrors of WordPress, our work and everything. All the code is open source, they can mirror, they can run their own update servers, they can run their own everything, like it's all open source code, so they can run it. |
| MATT MEDEIROS | What if this creates more mirrors of WordPress – |
| MATT MULLENWEG | We're kinda at five minutes, though? So one question? |
| MATT MEDEIROS | Yeah, last question. What if, if this opens up more mirrors of WordPress.org, which was something that was like marketplaces in the past? Is that something that could happen from this if WP Engine did decide – |
| MATT MULLENWEG | That would be amazing. If they wanted to run a mirror of the plugin directory and the theme directory and the update servers and everything like that, they're welcome to do it. It's all open source code. It's all GPL. So if they have the technical ability and want to spend the money to do, they're welcome to. I have spent tens of millions of dollars to do that and provide that free to the WordPress community, which they are using for free. Hopefully they can do the same for their customers because they're making half a billion a year charging people for WordPress updates, WordPress security, et cetera. All right, I've gotta run. Thank you so much. |
| MATT MEDEIROS | Thanks, Matt. |
|  | END OF AUDIO |