# EXHIBIT 12



IMAGE CREDITS: BRIAN ACH / STRINGER VIA GETTY IMAGES / GETTY IMAGES

Automattic CEO Matt Mullenweg said on Thursday that 159 employees (roughly 8.4% of staff) accepted a severance package that the company had offered to those who disagreed with his direction of WordPress and his handling of the tussle with web hosting provider WP Engine.

In a blog post, Mullenweg said the package offered $30,000 or six months of salary, whichever is higher, but the employees who took it would not be eligible to be re-hired by Automattic.

Nearly 80% of people who took the offer worked in the company's Ecosystem / WordPress division, and the rest were in Automattic's Cosmos businesses, consisting of apps like Pocket Casts, Day One, Tumblr and Cloudup.

Mullenweg, who co-created WordPress and is arguably the face of the open-source project, tried to put a positive spin on the announcement, writing that the company "decided to design the most generous buy-out package possible, we called it an Alignment Offer."

"HR added some extra details to sweeten the deal; we wanted to make it as



# TechCrunch

Latest  Startups  Venture  Apple  Security  AI  Apps  Events  Podcasts  Newsletters

Sign In

Mullenweg, who co-created WordPress and is arguably the face of the open-source project, tried to put a positive spin on the announcement, writing that the company "decided to design the most generous buy-out package possible, we called it an Alignment Offer."

"HR added some extra details to sweeten the deal; we wanted to make it as enticing as possible," he wrote, and later on added: "159 people took the offer, 8.4% of the company, the other 91.6% gave up $126M of potential severance to stay!"

"It was an emotional roller coaster of a week. The day you hire someone, you aren't expecting them to resign or be fired; you're hoping for a long and mutually beneficial relationship. Every resignation stings a bit," Mullenweg wrote.

Some employees who left the company include the head of WordPress.com (Automattic's commercial WordPress hosting arm), Daniel Bachhuber, head of programs and contributor experience Naoko Takano, the Principal architect for AI, Daniel Walmsley.



**TechCrunch Disrupt 2024**

**All Six Stage Agendas are Complete with Massive Invaluable Insights - AI, Fintech, Builders, Disrupt, SaaS and Space.**

Moscone West, San Francisco | October 28-30

REGISTER NOW

Mullenweg and Automattic have been in a skirmish with WP Engine for almost two weeks now, in which the CEO has called WP Engine a "cancer to WordPress," accusing it of wrongfully using the WordPress and WooCommerce trademarks, and banning the company from accessing the open-source WordPress.org resources.

Both WP Engine and Automattic have sent each other cease-and-desist letters. And WP Engine earlier on Thursday filed a lawsuit against Automattic and Mullenweg, accusing the company and its CEO of "abuse of power," extortion, and saying the WordPress co-creator has conflicts of interest in handling WordPress as an open-source project.

Automattic has so far called all of WP Engine's claims meritless. "I stayed up last night reading WP Engine's Complaint, trying to find any merit anywhere to it. The whole thing is meritless, and we look forward to the federal court's consideration of their lawsuit," the company's legal representative, Neal Katyal, said in a blog post.

Over the last few days, several people on X have hinted about a severance offer being circulated among Automattic employees. Mullenweg also allegedly DM'd a former employee who posted about the offer and accused her of attacking the company and him.

Today, some Automattic employees who opted to keep their jobs posted messages in support of the company and Mullenweg.





TC DISRUPT

October 28-30 | San Francisco

Bring a +1 to Disrupt 2024 with the Expo+ 2-for-1 Pass – 2 passes for half the price of one.

Register Now >



**Most Popular**

- Nvidia, the AI chipmaker, just hit another record high
- Google signed a deal to power data centers with nuclear micro-reactors from Kairos — but the 2030 timeline is very optimistic
- Tesla Optimus bots were controlled by humans during the 'We, Robot' event
- National Public Data, the hacked data broker that lost millions of Social Security numbers and more, files for bankruptcy
- Apple might release a $2,000 Vision headset next year
- Meet the Chinese 'Typhoon' hackers preparing for war
- In latest move against WP Engine, WordPress takes control of ACF plug-in

offer being circulated among Automattic employees. Mullenweg also allegedly blasted former employees who posted about the deal and accused her of attacking the company and him.

Today, some Automattic employees who opted to keep their jobs posted messages in support of the company and Mullenweg.

You can contact this reporter at im@ivanmehta.com or on Signal: @ivan.42

Topics: Commerce   matt mullenweg   severance packages   WordPress   Wordpress.org   wp engine

### Ivan Mehta
@IndianIdle

Ivan covers global consumer tech developments at TechCrunch. He is based out of India and has previously worked at publications including Huffington Post and The Next Web. You can reach out to him at im[at]ivanmehta[dot]com

View Bio →

## Related



**IN BRIEF**

**Nvidia, the AI chipmaker, just hit another record high**

Connie Loizos - 15 hours ago



**CLIMATE**

**Google signed a deal to power data centers with nuclear micro-reactors from Kairos — but the 2030 timeline is very optimistic**

Tim De Chant - 20 hours ago



**ROBOTICS**

**Tesla Optimus bots were controlled by humans during the 'We, Robot' event**

Rebecca Bellan - 21 hours ago

## Latest in Commerce

See More



**MEDIA & ENTERTAINMENT**

**Internal blog post reveals Automattic's plan to enforce the WordPress trademark using 'nice and not nice lawyers'**

Ivan Mehta - 2 hours ago



**COMMERCE**

**Google supercharges Shopping tab with AI and personalized recommendation feed**

Aisha Malik - 6 hours ago



**COMMERCE**

**Temu gets more questions from the EU about illegal product risks**

Natasha Lomas - 4 days ago



TechCrunch    Terms of Service    Tesla Robovan



**IN BRIEF**

Nvidia, the AI chipmaker, just hit another record high

Connie Loizos - 15 hours ago

**CLIMATE**

Google signed a deal to power data centers with nuclear micro-reactors from Kairos — but the 2030 timeline is very optimistic

Tim De Chant - 20 hours ago

**ROBOTICS**

Tesla Optimus bots were controlled by humans during the 'We, Robot' event

Rebecca Bellan - 21 hours ago

## Latest in Commerce    See More



**MEDIA & ENTERTAINMENT**

Internal blog post reveals Automattic's plan to enforce the WordPress trademark using 'nice and not nice lawyers'

Ivan Mehta - 2 hours ago



**COMMERCE**

Google supercharges Shopping tab with AI and personalized recommendation feed

Aisha Malik - 6 hours ago



**COMMERCE**

Temu gets more questions from the EU about illegal product risks

Natasha Lomas - 4 days ago

