# EXHIBIT 13

# Switch to Hosting That Puts Your Business First

Move from WP Engine to Pressable and we'll cover the costs. Join a hosting platform that lives and breathes WordPress values. You'll get white-glove migrations, 100% uptime, and 24/7 support—**on us!**

Plus, we'll make a 5% donation to the WordPress Foundation.



## Apply Now

**Name** (Required)

|  |  |
|---|---|
| First | Last |

**Email** (Required)

---

**P** Pressable   Features   Solutions   Resources   Changelog   Pricing      Log In   Light      Schedule a demo

**Current Host** (Required)

[                                    ]

**Submit**

## Why Pressable?

We're so glad you asked. We know it's tough to switch hosts and we'll be with you every step of the way.

## Why Pressable?



We're so glad you asked. We know it's tough to switch hosts and we'll be with you every step of the way.

**Customers First**

Our first priority is our customers. Our business can only thrive if your website—and business—is thriving. We're proud to have a 98.2% customer satisfaction rating.

**We Have 🫶**

We believe that as a managed WordPress host, it's important to be a contributing member of the WordPress community. We contribute to WordPress and donate to the WordPress Foundation.

## What's In It For Me?

**Annual Plan Holders**

Annual customers will get credited for the remaining time on their WP Engine contract, so you won't have to pay twice.

No matter If you have $800 or $8000 left of your contract, we'll credit your Pressable account and give you an **extra month free**.

**Monthly Plan Holders**

We want you to have a smooth transition and know you may have already paid for this month's hosting. You'll get one free month of hosting at Pressable. Upgrade to an annual plan with us and we'll give you **4 months free**, no matter the plan.

## How Does the Contract Buyout Work?

**Step One**

Fill out the form above to

**Step Two**

Check your email and send us

**Step Three**

One of our experts will help

**Step Four**

Migrate your site(s) to

### Step One

Fill out the form above to submit your application.

### Step Two

Check your email and send us a copy of your existing contract.

### Step Three

One of our experts will help you choose the best plan for your hosting needs and credit your account with your buyout amount.

### Step Four

Migrate your site(s) to Pressable with our white glove service—you don't need to lift a finger.

**Apply Today**

 **Am I eligible for this offer?**

This offer is currently open to individuals and businesses with live WordPress sites currently hosted at WP Engine. Each site must have existed on WP Engine for at least three months prior to moving to Pressable to be eligible for the incentive and the domain must resolve to Pressable following the migration to our servers.

# Frequently Asked Questions

Categories ⌄

**Contract Buyout**



How long will it take to complete this process? ⌄

What details do I need to provide? ⌄

How do you calculate my buyout credit? ⌄

What if I'm not currently on an annual contract? Can I still participate in this? ⌄

Are there any technical limitations I should be aware of prior to moving over? ⌄



**How do you calculate my buyout credit?**

**What if I'm not currently on an annual contract? Can I still participate in this?**

**Are there any technical limitations I should be aware of prior to moving over?**

**What if I'm not in the U.S.?**

**Who do I contact for more information?**

## Schedule a Tour

Interested in Pressable but want to have a look around first? Book a tour of our hosting platform and discover how fine-tuned it is.

Schedule Today



Document title: Switch to Pressable from WP Engine
Capture URL: https://pressable.com/wpe-contract-buyout/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:50:25 GMT