# EXHIBIT 14

### r/Wordpress • 21 hr. ago
mccoypauley

# You asked how we're suffering as a result of Mullenweg's war with WPE? I just lost a 40 thousand dollar contract over it.

Discussion

A lot of people here seem to think that clients aren't aware of what's going on and therefore the impact will be minimal on developers. On a recent thread, the vast majority of commenters shrugged off the controversy as irrelevant to their day-to-day. And while that may be true for teeny tiny single-owner websites, some of us deal directly with large companies or white label through agencies, and let me tell you: their CMOs are well aware of what's happening.

Background: I'm a one-man outfit, who partners with a local visual designer to do the design work, or works white label to do the entire build for agencies.

- I had a contract *signed and ready to go* for 2025, where the budget for dev was $40k, and now they've backed out to reconsider the CMS as a whole, as a result of Mullenweg's petty war with WPE.
- I had another contract that just got signed with WPE (right before our Dictator for Life attacked WPE at WordCamp), the website for which I'm actively building right now. I'm also WPE affiliate. The client would have backed out of hosting if not for the extensive legal review they had to go through to set up the hosting in the first place, and they've only decided to stay on WPE for the short term. Potential impact on me is thousands of dollars in referral fees.
- I have had three other key clients (large % of total revenue) I manage whose sites I built reach out to me for reassurance since WordCamp to ask if the platform is stable going forward. All of them are CTOs or CMOs. All I could say is that with honesty is *no one knows what the future holds*. I can't even reassure them on *the platform's stability*. All because of one terroristic founder who's bent on destroying what shred of good faith is left in his creation. I won't blame them for switching platforms on the next design refresh because of this. But that's a loss of *huge* potential revenue for me as a single-owner freelancer.

So yes, we *are* suffering. I'm considering picking up at least 3 other popular CMS's as offerings over my winter break to contend with this. This is huge and I'm glad the mods opened discussion so we can track of this on a post-by-post basis. This should be front page until WordPress is a stable platform again!

↑ 457 ↓   💬 392   👥 6   ↗ Share

🎁 1  🎉 1  😀 1  🤡 2  💎 1

**m** • Promoted

Beaver Builder - 1+ million WordPress sites built with this page builder. (No coding experience necessary)

Learn More    wpbeaverbuilder.com



+ Add a Comment

Sort by: Best ▾    🔍 Search Comments

b_____o • 21h ago •

> I can't even reassure them on *the platform's stability*.

Yep.

That's the biggest problem that everyone is facing right now.

⊖ ↑ 241 ↓   💬 Reply   🏆 Award   ↗ Share   ⋯

> 241 | Reply | Award | Share

**v** • 14h ago

Someone needs to point Matt to this post so he can see the financial damage he is doing to companies that are NOT WP Engine, and that have staked their reputations on WordPress.

Matt has probably already done millions of dollars worth of damage to companies across the ecosystem and he's making it worse. People who are totally unrelated to his dispute with WP Engine are walking away from WordPress because of the way he is approaching it.

Now are there situations where Matt may be legally liable for the damage he has caused? Obviously WP Engine feels the answer is yes for them. For the rest of us, that might soon be an interesting discussion with a lawyer.

38 | Reply | Award | Share

(+) 10 more replies

(+) 5 more replies

---

• 21h ago

I'm facing a similar challenge with a pending 36k contract renewal. The client has already signed up with Webflow, and now I'm in a position where I either have to offer Webflow services or walk away. It's not ideal, but it's better than losing the opportunity altogether. By the way, what CMS platforms are you currently considering?

80 | Reply | Award | Share

(+) 102 more replies

---

• 21h ago • Edited 5h ago

I'm not a developer, I'm a business owner with two websites currently built in Joomla (yep, Joomla) that I planned to migrate to WordPress in the coming months. Now, I'm reevaluating that decision. I'm not really sure what to do, but I don't want to spend money on an expensive migration only to find out that I need to move again in a short period of time. For now, the migrations are on hold and I'm taking a wait-and-see attitude.

Edit to thank those who are offering advice! It's much appreciated.

65 | Reply | Award | Share

**y** OP • 21h ago

Thank you for sharing. I don't blame you. It's often a lot of money for clients and they have to make these decisions with clarity.

26 | Reply | Award | Share

(+) 40 more replies

---

• 19h ago

I don't build sites, but consult for mid-sized brands and typically web projects related to things are $50k+ and most often WP.

It's very difficult for me to justify that right now and makes me uncomfortable going the WP route in the future from this. There's a lot of other great technology, and I can justify budget for something different that won't have these potentially very expensive future headaches for brands.

This is wild for me to watch from the sidelines.

31 | Reply | Award | Share

(+) 5 more replies

---

• 19h ago

And those who got banned from the .org site just lost their livelihoods as well, if

+ 5 more replies

• 19h ago •

And those who got banned from the .org site just lost their livelihoods as well, if they were dependent in any way on selling plugins and themes.

⇧ 20 ⇩  💬 Reply  🏆 Award  ↗ Share  …

+ 3 more replies

• 13h ago •

I completely feel your frustration. I'm in a similar boat. As a freelancer working with larger clients and agencies, I've already had contracts delayed and clients asking for reassurance about platform stability. The uncertainty is shaking things up, and it's hard to give them confident answers when everything seems so volatile. I'm also considering other CMS options as a backup. This affects many of us, and it's not just noise for those working with bigger budgets. Hang in there!

⇧ 18 ⇩  💬 Reply  🏆 Award  ↗ Share  …

• 21h ago •

Woof. I am really sorry this is happening to you and the community at large. Folks who suggest ignoring this charade because it doesn't impact them do so at their own peril.

⇧ 61 ⇩  💬 Reply  🏆 Award  ↗ Share  …

+ 5 more replies

• 20h ago •

I'm really sorry this happened to you. That's awful.

⇧ 16 ⇩  💬 Reply  🏆 Award  ↗ Share  …

• 20h ago •

My expectations right now are as follows: either Matt is forced to step down and the WordPress Foundation democratizes itself, or there will be a serious forking effort backed by a consortium of major players in the ecosystem. Perhaps, a combination of the two options.

Anyway, I am returning to Drupal after many years.

⇧ 52 ⇩  💬 Reply  🏆 Award  ↗ Share  …

• 18h ago •

Since WP is too big and too valuable for lot of people to fall, and since current situation is not stable, these are the only two possible end games. Based on what we've seen so far, I don't see Matt voluntarily stepping down. Who has the power to force him? Investors without voting rights probably not. Court? Perhaps, if legal situation really gets bad for him, IRS makes a problem of non-profit tied tightly with for profit, etc. Of course IANAL, I have no idea if these are even possible options. And even if they are, it could take years. There's a third option - market forces make him step down.

My guess is there are already talks behind the scenes between major players in WP community - hosting companies, plugin, theme providers... It's not only about fork, obviously plugin repository and new name are a must as well. What is also compulsory is to create a new foundation that will take care of all this. This foundation can not be under direct control of a single company, i.e. WP Engine. It has to be a consortium with multiple parties having voting rights, the only way for entire ecosystem to trust the new platform. Therefore it also must be funded appropriately. Perhaps it will take a cut from premium themes and plugins? In return, sellers will have voting rights, and there won't be a risk of hijacking their listing on a whim of single person. These funds will be used to run foundation and maintain core.

If this happens, Matt would flip and certainly ban all participating players. So there will be a fracture in the ecosystem. That's why I guess these talks are super secret and behind the closed doors and nothing will be publically announced unless consortium manages to get support of all major players. Only

If this happens, Matt would flip and certainly ban all participating players. So there will be a fracture in the ecosystem. That's why I guess these talks are super secret and behind the closed doors and nothing will be publically announced unless consortium manages to get support of all major players. Only if they manage to gather critical mass then there will a chance of a successful fork. Matt is currently really helping these chances as I believe many organizations would be thrilled to take control from a single man and make sure they have certain rights and influence in the future.

However if this succeeds, and majority of customers switch to the new "safe" WordPress, Automattic could get into severe financial troubles. These are the market forces that could make Matt resign. At that point Automatic and old foundation could join a new one as one of many partners, there will be again only one WP under new name and under entirely different governing principles.

Of course, I'm just speculating here, this is a short SF story, who knows what will really happen.

⇧ 22 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯

⊕ 2 more replies

⊕ 1 more reply

• 18h ago •

We lost a $14k client and Matt's response was to say he could refer clients to us if we stop working with WP Engine.

⊖ ⇧ 44 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯

OP • 18h ago •

He's such a piece of shit. Typical "post-economic" out of touch multi-millionaire.

⇧ 38 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯

⊕ 2 more replies

⊕ 3 more replies

• 20h ago • Edited 19h ago •

I'm very curious as to why this is being downvoted. Feels like Matt's monkeys are out in force.

EDIT: I see it's now very positive, but was well in the negative when I posted this comment. Feel free to downvote, this comment is no longer relevant.

⇧ 33 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯

⊕ 17 more replies

arley • 20h ago •

Invoice Matt for lost revenue.

⊖ ⇧ 18 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯

OP • 19h ago •

I hope he gets invoiced by everyone who's been fucked by his idiotic decisions in the form of losing hundreds of millions after the WPE lawsuit.

⇧ 18 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯

⊕ 3 more replies

⊕ 1 more reply

• 19h ago •

My fear is that you pitch a client on your WordPress site package, they seem keen on it, but then do their own research and see negative news at the top of the search results and get cold feet.

⇧ 20 ⇩   💬 Reply   🏆 Award   ↗ Share   ⋯