# EXHIBIT 15



Post
Following the blog by @photomatt, we've decided to remove @wpengine from our hosting lists on @select_wp for now, and we'll add it again after a thorough check. We'll also check if any other hosting is also doing the same.
wordpress.org/news/2024/09/w...
#wordpress #wphosting
extensive revision management system, we recommend using a third-party editing system rather than relying on WordPress revisions.
Revisions can only be enabled by contacting Support. Revisions cannot be enabled in the wp-config.php or php.ini files, as this will be overwritten at the server level.
If you migrated a site with existing revisions that you would like to preserve, reach out to Support to have revisions enabled.
Support can help you enable 3 revisions for your posts to start. Revisions should not exceed 5.
Old revisions will be automatically removed after 60 days.
WP Engine is not WordPress
From wordpress.org
6:11 PM · Sep 22, 2024 · 6,785 Views
3
5
10
4
Post your reply
Reply
Matt Mullenweg @photomatt · Sep 22
Thank you!
1
1
600