# EXHIBIT 19

> Oct 1
>
> How many of us donating $5.00 a month would it take to fund wp.org @photomatt? Maybe it's $10.00/month, I have no idea. Maybe post a monthly leaderboard of monetary contributions. A monthly GoFundMe per say.
>
> > · Sep 30
> >
> > Replying to
> >
> > Note that OSC (which is behind the PHP Foundation) is a 501(c)(6) and donations to it are not tax-deductible.
> >
> > The WordPress Foundation is a 501(c)(3) and donations to it AR...
> > Show more
> >
> > 💬 3    🔁    ♡ 3    📊 1.2K    🔖    ⬆
>
**Matt Mullenweg** ✓
@photomatt

So if W.org was under the Foundation, which is a 501c3, we'd have to remove all commercial plugins, like Elementor, Yoast, Jetpack, etc. That's why I run it through me personally and pay taxes.

2:53 AM · Oct 1, 2024 · **644** Views

💬 2    🔁 1    ♡ 1    🔖 2    ⬆

Post your reply                                        Reply

**Matt Mullenweg** ✓ @photomatt · Sep 30
Please propose an alternative! They need to be independently wealthy to subsidize W.org, which serves 30k requests a second at peak, and ideally command a for-profit entity that can contribute thousands of hours a week to WordPress.

> · Sep 30
> Matt built an amazing platform and ecosystem; there is no denying that, but it's time for him to step aside from the foundation so that it can grow stronger. The chaos he has caused over the past week reverberates negatively throughout the community. ...
> Show more

💬 35   🔁 14   ♡ 194   📊 82K

Oct 1
Do you really individually own WordPress.org?

Not Automattic? Not a different LLC or something? No employees? No board of directors?

Just you?

💬 1   🔁 1   ♡ 13   📊 3K

**Matt Mullenweg** ✓ @photomatt · Oct 1
Just me.

💬 4   🔁 1   ♡ 20   📊 2.7K

Oct 1
Wow. Do you do all of the work on it? Do you carry the pager?

💬 2   🔁   ♡ 1   📊 1.4K

**Matt Mullenweg** ✓
@photomatt

I carry

> beeper.com
> Beeper — All your chats in one app. Yes, really.
> A single app to chat on WhatsApp, Telegram, Instagram and 11 other chat networks. You can ...

4:41 PM · Oct 1, 2024 · **1,389** Views

← **Post**

[user] · Sep 28
I think people would less confused by the @photomatt banning [user] thing, if they understood that WP.org and WP.com are both owned by Automattic, and have almost nothing to do with the Wordpress Foundation. 1/n

💬 3    🔁    ♡ 4    📊 303    🔖    ↥

**Matt Mullenweg** ✓
@photomatt

You're factually incorrect. W.org is owned by me personally, not Automattic.

# WordPress

Blog Tool, Publishing Platform, and CMS - WordPress.org

From wordpress.org

3:36 AM · Sep 28, 2024 · **261** Views

💬 2    🔁    ♡ 2    🔖 1    ↥

Post your reply                                    **Reply**

[user] · Sep 28
That doesn't make it better. Kinda makes it worse  But thanks for the clarification. 😅

💬 1    🔁    ♡ 3    📊 72    🔖    ↥

Show replies