# EXHIBIT 21

> **Hoy a las 11:16**
> OK, so, what goal we achieve as a Community having that checkbox? That helps in any way to the lawsuit or complicates everything more, not only for that battle, but for the volunteers?
>
> I understand it, Matt, really, and I know that this is complicated (a lot), but you, as the gallant of the project, should think partially on everybody here trying to contributing, out of the battle, trying to improve the project in any way.

 **matt** hace 1 hora

Did you see this post?
https://wordpress.org/news/2024/09/wp-engine-banned/

The checkbox is part of that ban. "WP Engine no longer has free access to WordPress.org's resources"

> **WordPress News**
> **WP Engine is banned from WordPress.org**
> Pending their legal claims and litigation against WordPress.org, WP Engine no longer has free access to WordPress.org's resources.
> 26 sep.

hace 1 hora

OK, perfect. So, change the message on the checkbox to: If you don't WORK at WPE, please check this box, with a link to the post. or something like that, The actual message is not clear.

If that's the reason, OK, leave the box, but make it clear to who the checkbox is addressed

10:33 AM · Oct 9, 2024 · **48.7K** Views

💬 1  🔁 1  ♡ 102  🔖 6