# EXHIBIT 23

← Post



This is how the masses will unknowingly update from the real authentic @wp_acf to SCF.

#WPEngine #WordPress #wpdrama



8:12 PM · Oct 12, 2024 · **338.5K** Views

 64    ↻ 172    ♡ 598    🔖 146    

 Post your reply    Reply

