# EXHIBIT 24

A simple Twitter search surfaced Matt labeling @wpengine a managed WP host.

It's a doubled whammy, with him using managed and WP generically as a description of services



> **Matt Mullenweg** ✓ @ph... · 08 Aug 17
> Replying to @▓▓▓▓▓▓ and @wordpressdotcom
> Also pretty sure the largest dedicated **managed** WP host is @wpengine, though the **managed** plans at shared hosts might have more now.
>
> 💬 1   🔁 1   ♡ 1

2:33 AM · Sep 25, 2024 · **412** Views

💬 1    🔁 1    ♡ 14    🔖 5