# EXHIBIT 28



Same!
I've been a customer for 8 years, which is how I convinced my new employer a year ago to move all of our @WordPress clients over to @wpengine. Now how do I explain this to them and the hundreds of volunteer non-profit @Rotary-based website owners we support, and who trust WordPress as a platform and WPEngine as a service provider?
x.com/████████/statu…

I understand you are trying to make a point, @photomatt, But by blocking @wpengine from accessing @WordPress core functions, you're not just punishing your new enemy. You have chosen to punish hundreds of @Rotary International clubs, districts and support organizations throughout North America, in addition to the thousands of Rotarians, volunteers, philanthropists and the communities and charitable causes they serve.

Find a better way. This is not it.

wordpress.org/news/2024/09/w…

4:18 PM · Sep 25, 2024 from Merrill, WI · **212** Views