# EXHIBIT 29

# QUINN EMANUEL URQUHART & SULLIVAN, LLP

## Transcript Of "An In-Person Q&A With Matt Mullenweg," Keynote Address Of Wordcamp US

### SEPT. 20, 2024, 3:45 PM PST

| Speaker | Dialogue |
|---|---|
| Matt | Howdy, howdy, everybody. It is good to see you all. It is always so exciting to have a physical manifestation of the Wordpress community and looking around this room. Portland's pretty fun. [applause] Oh, thank you. Cool, so we're going to try a few different things today. This might be one of my spiciest Wordcamp presentations ever so, uh, we'll see. But I want to start out by actually reading a blog post that I wrote. So let's see. Could we put up the Nourish slide? So, I wrote this the other day, and there's a song that goes along with it. Are we going to be able to play the song? Yeah? Let me know when you're ready to press play, and I'll start reading this.<br><br>Joshua wrote a note that he was going to come, and but it was like we couldn't get a piano on the stage and stuff, so we might have him at future events, but it was actually, he lives down in Berkeley, and it would have been fun to have him play.<br>So the idea is that you read this post.  So I actually kind of wrote it synchronized to the song by Joshua Redman called Wish, an amazing tenor saxophonist and jazz musician. And I think it's kind of fun to play with the medium of writing, and spoken word, performance, and everything like that. Trying to bring some more art into WordCamps.  Did you all enjoy the arts stuff. WordPress is really about creation, right? It's about how we create, how we do what we do, and also we think is going to be great for sponsors, to have like 20% of the booth that is sponsored for.  We count that community stuff, art and everything like that, it gets people going down there, more people visit the booths, everything.  So like, keep an eye out for more of that in the future. Oh, there we go, howdy.<br>This is me, I'm Matt Mullenweg.  This is where you can follow me on the various socials, different things. Some of them WordPress power, some of them are going to be WordPress power, like Tumblr in the future.<br>This is nourish, so, alright, music. And I'll just start reading. "Contributor day, it just wrapped up for WordCamp Portland, and WordCamp U.S. If you've ever had a chance to visit WordCamp, I recommend it.  It's an amazing group of people brought together by this crazy idea that working together, regardless of our differences, or where we came from, or what school we went to, we can be united by a simple yet ground-breaking idea.  That software can give you more freedom. Freedom to hack, freedom to charge, freedom to break it, freedom to do things I disagree with, freedom to experiment, freedom to be yourself, |

| Speaker | Dialogue |
|---|---|
|  | freedom expressed across the entire range of human emotion, of the human condition.  Open source, once ridiculed and attacked by the professional classes, adds a link to the Halloween memos from Microsoft, has taken over as an intellectual and moral movement. Its followers are a legion within every major tech company.  Yet, even now, false prophets like Meta are trying to co-opt it. Llama, its open source AI model, is free to use, at least until, this is a quote, monthly active users of the product and services made available by affordable licensing, or the licensees affiliated, is greater than 700 million monthly active users in the preceding calendar month.  Seriously? So basically, and by the way, people misinterpret this.  I actually think Llama is fantastic. It's amazing. I really like it.  I just don't want to call it open source.  So anyway, excuse me, is that registered users?  Visitors to Wordpress-powered sites, which number in the billions. That's like if the U.S. government said that you can have the First Amendment freedom of speech until you make over 50 grand a year in the preceding calendar year.  At which point your First Amendment rights are revoked.  That's what the license says basically.  No, that's not open source.  That is not freedom.  I believe Meta should have the right to set their terms.  That's smart business and amazing deals for users of Llama.  But don't pretend Llama is open source when it doesn't actually increase humanity's freedom.  It's proprietary license issues have Meta's discretion to win.  If you use it, you're effectively a vassal state of Meta.  Vassal states are this kind of like a, I looked at Wikipedia.  I guess a lot of people like what's vassal state.  It's this idea of like a, in some countries, like a state that's like another, sort of under another country.  Canada and the U.S., I don't know.  No one likes being a vassal state by the way.<br>When corporations disingenuously claim to be open source for marketing purposes, it's a clear sign that open source is winning.  Actual open source licenses, this is a link to the OpenSource.org OSI foundation, are the law that guarantees freedom.  The bulwark against authoritarianism.  But what makes open source work isn't the law, it's the ethos, it's the social morays, it's what I'm now calling ecosystem thinking.  The mindset that separates any old software with an open source license from the software that's alive, that's humming with activity and contributions from a thousand places.  This is where I now introduce this graphic, which you can actually read as like a learn, evolve, nourish, teach.  It spells out LENT.  Ecosystem thinking has four parts: learn, evolve, nourish, teach, teach, nourish.<br>Learn is about keeping ourselves in the beginner's mind.  The curiosity to always engage new ideas and approaches.<br>Evolve is where we apply those learnings to our next iteration, our next version. We see how things work in the real world.  It's a natural selection of actual usage.<br>Teach is where we actually learn even more, because you don't really know something until you teach it.  Who's ever done that?  Where you've taught something and you learn way more. Oh, my goodness.  It's all the time.  It's incredible what you think you don't know.  Actually, one of the best economics |

| Speaker | Dialogue |
|---|---|
|  | teachers, one of the best things he did is every, every day he would have one of the students teach one of the new concepts.  I thought, wow, this guy is like making us do his work.  What's he getting paid for?  Then I realized he was actually, he has to learn way more.  Thank you, Mr. Rowan.  We open source our knowledge by sharing what we've learned so others can follow along the same path. <br> Nourish is the trickiest and the most important part.  It's where we water the garden.  If you've done the previous three steps, you're very successful.  Now your responsibility is to spread the fruits of your labors around the ecosystem so that everyone can succeed together.  This is the philosophy behind five for the future, which you're going to see us emphasize a lot more now. <br> I'm going to digress from the post for a minute. Who's heard of the economics term called tragedy of the commons?  A few people here. Let me explain it with an analogy really quickly.  So the tragedy of the commons is this idea that, imagine you lived in like a town and there was a field where farmers could allow their animals to graze their sheep and their cows and things.  The field doesn't belong to any one person.  It kind of belongs to the community.  Now if people bring their animals to graze there, but they don't water the grass, fertilize it, et cetera, if everyone just brings and takes and takes and takes, eventually that field will just turn into dirt, right.  It will be over grazed. It'll be nothing left and this shared resource will go away.  That's what's known as the tragedy of the commons.  It occurs in so many examples.  It actually comes from literally, this would literally happen in villages and things.  I think we have the opportunity to do the opposite, which is the abundance of the commons.  That's the idea for the Five for the Future program, which is saying like, "hey, if all the farmers, all the people who are coming to bring their animals to graze in this field, take 5% of their time, 5% of their profits from selling the animals or selling the fur or whatever it is, and put that back into some fertilizer, and some water, and some labor to make things grow, we'll have a beautiful field that we can use for many generations to come." <br> Alright, back to the post. That's ecosystem. If that's the ying, what's the yang? You know the ying and yang, beautiful symbolism.  It's openness and generosity will attract parasitic entities who just want to feed off the host without giving anything back.  There are companies that participate in the Learn, Evolve, Teach, Nourish loop, like a Fern Gilly Rainforest. Where's the movie Fern Gilly?  That's a good one.  Check that out with your kids if you haven't seen it yet.  And there are those that treat open source simply as a resource to extract from its natural surroundings, like oil from the ground; a finite resource to be extracted and used, is never there anymore.  Compare the five for the future pages from Automattic and WP Engine. Two companies that are roughly the same size, with revenue in the ballpark of about half a billion dollars per year.  These pledges are just a proxy and I'm perfectly accurate, but as I write this, Automattic has 37,086 hours per week, and that's not even counting me. I currently count my five for the future as zero, because I'm kind of in a unique place, because I spend some of my time working on this |

| Speaker | Dialogue |
|---|---|
| | foundation, on the capital, Automattic, everything, so, WP Engine has 47 hours listed.  That's actually gone down since I wrote this, so some WP Engine employees have modified their five for the future, it's down to 40 now.  By the way, a lot of this information that I'm sharing with y 'all has come from WP Engine employees who've reached out to me and talked to me about all this.  So thank you all for being brave and for sharing this information that you think your company is doing something wrong.  WP Engine has good people, some of whom are listed on that page.  The company is controlled by Silver Lake, a private equity firm with 102 billion in assets under management.  Silver Lake doesn't give a dang about your open source ideals, it just wants return on capital.  So it's at this point that I ask, I want to have the WordPress community to go vote with your wallet.  Who are you giving your money to?  Someone who's going to nourish the ecosystem or someone who's going to frack every bit of value out of it until it withers.  New Fold, especially since the acquisition of the _____, gives back.  Right now, New Fold's contributions are split across a couple different private future pages, but I'm going to try to consolidate those.  Also, New Fold sponsors Automattic, so we want to give them credit for some of the Automattic's hours as well, so we'll figure out a way to do that.  So there's an awesome load of Tenna, Postinger, even Google.  I know I said "even Google." Google's awesome, by the way.  We've got a lot of Googler's here.  Raise your hands.  Thank you!  Google has been doing amazing stuff for the WordPress community, and it's really cool to see one of the big tech, like let's be honest here, like one of the four companies in the world, you're like a nation state, you're like a country.  You have a revenue bigger than the GDPs of most countries.  So it's amazing to see your participation in the open web.  We have a lot of shared ideals.  Think about that next time it comes up to renew your hosting or domain, weigh your dollars towards companies that give back more because you'll get back more to.  Freedom isn't free.  Those of us who are makers, who create the source, need to be wary of those who would take our creations and squeeze out the juice. They're grifters who hop onto the next fad.  But what we're trying to build is something big here, something long-term, something that lasts for generations.  I may screw up along the way, or my health may falter.  By the way, I wrote that because last week I was in a hospital in Mallorca with a kidney stone.  Who's had a kidney stone?  Oh man.  What's up with that?  I'm going to open source some of this because we need to figure this out.  That is not OK, and it's going to happen.  You can be totally normal one day, and the next day is like a shamanic demon hanging around, happening.  It's not.  It's weird.  But, we're all human, we're bodies.  I think we should just talk about this stuff.  Or my health may falter.  But these principles and beliefs will stand strong because they represent the core tenet of our community: the idea that what we create together is bigger than any one person.  So that's the post. [applause]  Now I'm going to walk you all through just some of the stuff.  There's been some… oh, we've got the music going?  Oh, turn it up, turn it up!  Let's play it.  Yeah. [music playing]  OK.  So when you get home, play this song, and just take a quick read through it?  It kind of depends |

| Speaker | Dialogue |
|---|---|
| | on your reading speed.  Yeah.  OK.  We'll have this in the background while I talk for a bit.  It's a beautiful song. |
| | So I've had some cryptic tweets over the past few days. Here's one of them I'll talk about.  I know private equity and investors can be brutal.  Read the book, *Barbarians at the Gate*.  Does anyone remember that one?  A few people.  Yeah, oh, man. Please let me know if any employee faces firing or retaliation for speaking up about their company's participation, or lack thereof, in WordPress. We'll make sure it's a big public deal and that you get support.  Again, I've had dozens at this point, of people inside these companies reach out to me that they've been asked, they've been, they've said, hey, can we do more five for the future, can we buy more into WordPress.  I'm told we can't. We need to get these growth KPIs. You can't work on this.  So, you know, keep the music going, keep it going. Keep it up.  So, there's a private equity firm behind all of this.  So, I'm gonna tell you all about this firm called Silver Lake now.  And they're the ones with $102 billion under management. And I'm gonna call this portion of it, the talk, "How Private Equity Can Hollow Out And Destroy Open Source Communities."  Yeah.  We're not the first one they're doing this, too.  There's actually a company called Talend.  And in 2010, Silver Lake bought 25% of Talend, leading to an aggressive monetization of the open source users, prioritizing commercial conversions over community health.  They cycled through four CEOs in seven years.  They generated a 20x return for Silver Lake, but the open-source community is completely gone.  Unity is another one.  Silver Lake owned about 15% of Unity for $400 million and got a 10x return on that.  By the way, that means they got 4 billion out of it.  But they did toxic pricing changes that led to a massive community backlash and then the current CEO's ousting and multiple CEO changes.  There's an open-source, then they came up in response to this called Gidot or Godot, I'm not sure how to pronounce it.  It's a top 10 open source project, but I just want to show that this is a pattern happening.  These are Silver Lake companies.  So what's another Silver Lake company?  WP Engine.  And who's the person behind all this?  This guy.  His name's Lee Wittlinger and he's on the board of WP Engine.  He owns WP Engine actually, they control it.  He's also on the board of another company that's here.  I'm just, I'm making the case for why this might be the last WordCamp you see WP Engine have a booth at.  And if you would like to express your opinions on any of this, this is the email address we can email Silver Lake.  It's on their website.  I'm not doxxing anyone or anything.  This is just what's on their website.  So, you know, you can kind of see when there's like one person, one thing behind all of this, and it's just like a schoolyard bully.  You know, this is, I know this is spicy, this is a lot to call out.  But unfortunately, this has been going on since they bought WP Engine in 2018.  If you all saw Noel [last name; not sure] presentation at WordCamp Europe, he talked about the slowing of the growth of WordPress, which we actually had for a few years.  You can map that actually pretty well.  And we were trying to debug this.  And you know, part of my background is macro economics.  You can actually map it pretty well to the revenue growth of a company like WP |

| Speaker | Dialogue |
|---|---|
|  | Engine.  Think about this.  If you ran a business and normally you would spend part of your budget on R&D.  How great is it that if you could get all the software for free, don't spend a single dollar on it, or spend 48 hours a week, so call that a hundred grand a year on it, and you can make $450 million per year?  That'd be pretty sweet, right?  It's a pretty good business.  But then what happens to that software?  If you're taking the business from companies like the other ones I mentioned, Automattic, New Fold, etc., that will like actually put a patch on that software.  Now those companies are fighting with like one hand tied behind their back.  I've got a hundred full-time people working on Core and things in the commons.  I can have those hundred people working on getting more customers for WordPress.com or something like that, but not working on things that benefit all of us, belong to all of us, that part of open source.  That's my talk.  Any questions? [applause]  We've got some mics up here.  And by the way, I do also want to say, and I offer this, I told WP Engine, like, hey, all the employees there are like, again many of them believe in this and agree with us.  Please do not be mean to any of them or anything like that. This is coming from the very top. That's why I highlighted this Lee guy.  We even offered to print him new badges or something if we were going to ban him from this WordCamp.  We decided not to do it like during the WordCamp, but yeah, they're not going to be at future ones, I don't think.  [applause] |
| Matt | If you have questions, there's a microphone right here, and you can line up down the center aisle in order to ask your questions. |
| Courtney Robertson | Hey Matt.  Courtney Robertson, developer advocate at GoDaddy.  I'd like to ask that questions at a lot of our WordCamps in Europe.  We mentioned the contributor-courts and since then I have done some research and you were interested in the findings of that research.  It is transparency about the contribution that is happening.  There's a post on Make.WordPress.org/project and it's an MVP.  We're using data we're getting right now from a few sources such as the numbers manually cranking for me, but we've got some tooling and pull in our stats from GitHub.  Starting with Auto and Meta about getting our data from Track.  Better ways of tracking with GatherPress which is potential Meetup replacement.  So we are bringing transparency about the contribution that is happening. |
| Matt | Thank you. |
| Courtney Robertson | Hard part – I've been on the receiving end, and I want to say this with all due respect, I've been on the receiving end about improving contribution and this is why I am dedicating most of my time between now and the end of the calendar year to continue to improve these contributor dashboards, because the change that you called out about GoDaddy in this process, this week, I saw massive improvements in understanding and how we can further that contribution and those contribution mechanisms.  I was in some meetings with my team about these things and I feel really good about this.  When we name and shame, I want to know from a leadership perspective, have we gone to the top leaders that you shared, and have you tried to work channels without becoming an instant, because I've been on the other side of this. |

| Speaker | Dialogue |
|---|---|
| Matt | Oh yeah [laughter]. Trust me, I was just trying to talk to Heather and Lee. I did not want to give this presentation. I was literally over there, called on them and saying like, hey, are y'all going to step up to this? So are you going to fix this? And that was scary for me. And by the way, it's scary to go against a 102 billion dollar assets under management. That's scary. [applause] If there's any freak accidents, or by the way, I did not commit suicide. It's, you know, it's scary. But like, I think you have to speak truth to power. And this is all transparent stuff. This is all public. You can all see it. This is all like out there. There's nothing I've said that you can't fact check online. So yeah, thank you. And like I said, for the retaliation thing, like I know this, that's what's rude about this is because companies are made up of people, right? And people don't always agree with the management. And if any one of you gets in trouble for speaking up about this, or supporting me, or supporting WordPress, or anything like that, let me know. If you lose your job, I'll do my best to like support you until you find another one, anything like that. Like, we're all in this together, we're a community. And ultimately we need to like, build things together, that nourish part. So… |
| Sasha | Thank you. I am Sasha, thank you for being with us today. Thank you for honesty. |
| Matt | A little closer to the mic. |
| Sasha | Oh, sorry. My name is Sasha, and I want to thank you in person for your honesty, for your willingness. You've been my inspiration for almost 10 years. And as you said, we're here mostly guys for the open web, right? And the open web should be powered open, like economy should be powered by open minor, right? And what is your thing? What is your thinking, what is your thoughts on blockchain? And how would you change it and stuff like, I think that it's … |
| Matt | Say that one more time. |
| Sasha | About what is your thought about blockchain and crypto and how it can complement for a press economy and for press movement, because you shared a lot. I've been in the press movement for almost 20 years, right? I've been in blockchain for more than 7 years, and there is a view, I don't know, over a web to read the open web to make it real stuff. |
| Matt | Yeah, so blockchain, crypto. So I love when open source gets applied to different areas, and this is part of the beauty. Like I said, open source is a movement that's changing everything it touches. So you apply open source to sort of an encyclopedia, where you get your Wikipedia. Apply open source to CMSs, you get things like WordPress, Joomla, Drupal. Apply open source to game engines, you get Godot. Like, there's all these sort of awesome examples. You apply open source to the financial system. You get cryptocurrency. And it's been kind of a wild ride. You know, there's like a lot of scammy stuff in crypto. There's a lot of interesting things. But what's amazing, a lot of people realize is most of these projects are open source, they're open source, Bitcoin is open source. And so they have competitors just like us, they have communities, they have conferences, they're this whole thing. So that's pretty powerful. Now how that interacts with WordPress, I'm not sure yet. I could |

| Speaker | Dialogue |
|---|---|
|  | see like more e-commerce going over crypto rails in the future.  Like there's more, you know, companies like Coinbase and others make it like kind of easier.  But right now it's kind of hard to use some of this stuff.  Like writing your wallet, connected to the blockchain download again, like all these sorts of things. It doesn't work well on mobile devices unless you have like someone else custom your wallet.  So it a, it's a cool technical solution.  And I love that it's the future from like a freedom and distributed point of view.  And so probably the place where it interacts with WordPress the most will be that commercial side.  So when people are making donations or buying something through like, one of the shopping cart plugins, like WooCommerce or others. |
| Sasha | Sounds good man.  Let's talk.  You're already a testament to the ___ action. |
| Matt | It's funny, crypto is also one of those other religions, right?  Open sources of religion and crypto people, like they'll tell you right away. |
| Sasha | Okay, thank you. _____ |
| Matt | Thank you, thank you. Appreciate it. Apparently you get more of them.  More water.  Yes.  Okay.  Thank you. |
| ?? | Well, I think it's a valid criticism for someone to be making a ton of money off of a freely available resource without contributing back.  You mentioned 2018 and a downfall in usage of WordPress.  And I was just wondering how you compare that to the fact that the block editor was released at a similar time and the dissatisfaction of that amongst many people in the WordPress community.  And I don't say that, it's just as a side because, what you've said in your presentation sounded like you were blaming all the downfall on one person. |
| Matt | Yeah, in macroeconomics, I'm not by the way, in macroeconomics there's so many countervailing forces.  So there's a lot of different things happening simultaneously.  We shift new versions and new features including the block editor, which predates 2018 by the way.  But like, there's also the growth of other block editors, all the plugins, Elementor, Beaver Builder, et cetera.  So there were advancing some vulcanization of that experience.  So that all, that all happens, so I was just trying to point out that there's some maybe, some macroeconomic terms in turn, I guess, what's a good way to put this?  You know, some revenue being made is zero sum, right, like, actually, we should ask, who's a WP Engine customer in the audience?  Don't feel bad.  There we go.  By the way, I've had a few people come up and the other thing that makes WP Engine tricky is their misuse of the trademark.  That they're very cavalier with it.  How many people have heard it called WordPress Engine before?  Yeah, yeah, yeah, yeah.  Okay, we got a few there.  People have come up to me, I get support requests sometimes with WP Engine because people think it's like an official thing.  Their color, their logo is blue, they call it WP Engine, they think it's like something official that's part of the community, giving back and building WordPress.  And so that's what makes it so insidious.  Other WP Engine customers have, you know, one thing private equity likes to do is like squeeze out the profits, squeeze out the free cash flow.  Have you probably noticed like some price increases coming up?  Yep.  I see some nodding heads over there. Yeah, customer service going down a little bit.  Yeah, yeah, squeeze |

| Speaker | Dialogue |
|---|---|
|  | out that profit.  That's what happens with these things.  And it is a way to run business and obviously it can be very lucrative, extremely successful to net returns on some of these things.  But it's not great for consumers often when you do that.  You squeeze every last bit out of the business and for open source communities, it can be fatal.  And I think that could be really rough.  And if you look at, the WordPress is fairly unique and it's an open source community that has actually its celebrated its growth.  So we've actually grown a ton since 2018.  We stalled out a little bit in the past 18 months.  And we were kind of looking to why.  There's also some methodology changes in the W3Techs, market share tracking, and things like that.  So there was a lot of stuff happening at once.  But I do think one of the factors, of many, is that you have to sort of wallet share.  So wherever you're being taken away from companies that are giving back and going to companies that aren't, because they're sort of competing more mercilessly in a far more nakedly capitalistic, and evil way.  So, blocking thought, should be a template for us, because it's getting better and better with every release.  And so, yes, Gutenberg sucked 10 years ago.  I said from the beginning it was going to be a 10-year project, right?  With the collaboration stuff that's coming up, it's about to get real cool.  Like imagine that you can open up a WordPress page and then you paint your friend or collaborator.  You can both have it open at the same time, be moving blocks around just like Google Docs, see people changing things in real time, share a draft with the client, let them make changes, upload it, like all this collaboration stuff is gonna be really, really, really cool.  And we've got some very fun stuff happening there.  Including, by the way, sponsoring some open source projects. _____ |
| ?? | Hi Matt, how are you guys? I wanted to first address the tragedy of the commons, which is, it was disproved by an owner or a strong manager of work on the economics. |
| Matt | I'm familiar with her book, yes. |
| ?? | And so, I'd like to... |
| Matt | Why do you say it was disproved? I would say that some of the examples, but it's kind of a logical thing you can think of. Right, like this field that everyone grazes and no one waters, we can all understand that. |
| ?? | We have zero marginal cost of distribution and we have a lot of people who are excited about WordPress and I wanted to share that, when you punch down, which is not... |
| Matt | I wish I was punching down. I don't have $102 billion dollars. |
| ?? | I'm not talking about only singling out a super admin sponsor, the word _____. I'm also talking about, personally, in the past.  It's a punch down with other people who are less powerful than you.  And I find that... |
| Matt | Well, and I will now publicly offer, if WP Engine want like their $75,000 back, that they paid to be super admin sponsor. I'm happy to wire it back. |
| ?? | I'm suggesting that your... what-feel-to-me vendettas are demotivating. But I would like... [applause] In my personal perspective of what's going on with WordPress and our stalled market sharing, what we need to be doing is to be |

| Speaker | Dialogue |
|---|---|
|  | promoting new people coming into WordPress. And I know that so many of us started hacking on WordPress and using WordPress for everything, even things that it really wasn't well suited for. And we built a whole business on top of that and it became who we are today. And I think that in order for WordPress to grow, we need to be encouraging a new generation of people coming into WordPress. |
| Matt | The good news is it is growing. So in the past year, we've grown an entire Drupal of market share. It is growing again. So it stalled out for a little bit, but there's, there's market forces. And there's a lot of folks, including Automattic, that have put a ton back in Core, we've got a lot of activity and everything. But you see around the record, so things, we're going to get through this. But I think that we also just need to call out bad actors. And the only way to fight a bully is to fight back. If you just allow them to run rampant on the playground, they just try and keep terrorizing everyone. [applause] |
| ?? | I think recent. So what I'm suggesting is, if you used your platform here today to promote meetups and talk about bringing new people into the fold and encouraging us and being positive, that that positivity would spread, instead of the negativity and the downtrodden. Like, the downtrodden. |
| Matt | Please watch one of my, like, 82 other WordCamp presentations. That's what I've done at all the others. So this is, I really do not want to give this presentation today, to be honest. It was terrifying to me. |
| Robert Jacoby | Howdy, man. Robert Jacoby. Good to see you. What happens to maybe like a nitro pack that was just acquired? And maybe others, you know, there have been rolling WordPress companies that might be on that acquisition list, via WP Engine. |
| Matt | I don't know about the specific acquisition, but I would say that, you know, when companies are acquired, one, there could have been other companies that acquired them. So, again, if one person's fighting with a hand behind their back, because they're spending some revenue and contributing back, someone else is saying, oh, I'm going to take that cash and I'll buy things. They're at an advantage. Now, and then look at what happens after that acquisition. You know, some companies, when they acquire things, like, for example, Automattic acquired the podcasting app. We open sourced it afterwards. Right? It was proprietary. We're now open sourcing Dumpling, right. It came to WordPress. Like, that's kind of our vibe. We like to make things more open. So just look at track records. I think a lot of this is in the public, and you should judge companies by their actions, what they've done in the past, and what they're going to do in the future. I had a follow-up post on this, where I said, every saint has a past and every sinner has a future. So, like, you know, they can change in the future, companies can change in the future, and nothing is ever, you know, we all make mistakes and we can all change. |
| Robert Jacoby | Just a micro follow-up on it. It's almost like you're calling for a strike from end users, developers, so on and so forth. |
| Matt | Well, I hope that we can get every single WP Engine customer to watch this presentation. And that when their renewal time comes up, they think about |

| Speaker | Dialogue |
|---|---|
|  | that.  And there's some really hungry other hosts.  Those things are Blue Ghost Cloud, Pressable, etc., that would love to get that business.  And by the way, something else that happens is like Cadillac of capital investment.  So CPUs aren't as fast, etc., servers slowing down.  You might get faster performance even switching to someone else.  And migrating has never been easier.  That's part of the idea of data liberation.  So again, it's kind of like, one day of work to switch your site to something else.  And I would highly encourage you to think about that when your contract renewal comes up if you're currently a customer of WP Engine. |
| Robert | Thanks, Matt. |
| Ally Gentsch | Hi, Matt. It's Ally Gentsch, a WB fan girl. And I don't have a logo yet, so you can't complain about it.  I was listening to a history podcast, and I'm trying to remember which one it was or when.  And I thought of this at the time, and then I forgot to get in touch.  But they mentioned that the tragedy of the commons was actually written to justify the enclosure of public lands by large landowners.  And I thought, oh my, that's really interesting because people talk about this in a very different way.  And I started wondering, is that an analogy we want to use?  Is the problem really that the individual, since quite a lot of individual WordPress users do whatever they can to give back, is the problem the individuals who are using this in common?  Or is the problem people who, you know, are not at that level, but who are exactly trying to make sure that people can't do things for themselves and have to rely on them?  Because they're like, we didn't want these serfs making any money selling the stuff they did in their spare time.  We wanted them to have to work for us.  And I do think that is private equity's approach.  They've done some frightening things to other industries, including veterinarians.  And it's a thing to worry about.  And yet, the people who built up the company that got acquired, like, I'm pretty sure that having it eaten up into bits was not their purpose in building it, and hopefully not even their purpose in selling it.  Although, yes, sometimes it's just like, I don't care.  Just give me tons of money.  Everyone has a price. |
| Matt | I'm a big proponent of something I like to call conscious capitalism.  And by the way, I did a follow-up post where I talked about how, like, some people interpreted as saying all private equity is bad or all investors are bad.  And they're not.  It's actually a lot of amazing investors.  And capital could be a huge fuel for creativity and like innovation and everything like that.  It's a lot of prosperity that we experience.  You're right that it's not a perfect analogy, tragedy of the commons, and the gentleman before you, you're right, like in digital software there's not a marginal distribution.  In fact, there's often network effects where like the more people that use something it can become more valuable versus less valuable because it could become a standard.  So there are some nuances to it. I'm not worried about this analogy being used to take freedom away because the license of WordPress itself, the GPL, protects all of our freedom.  WordPress belongs just as much to every single person in this room as it does to me.  That's beautiful.  No one could take that away.  If say my next kidney stone turns me into eel mat, I have little horns, doesn't |

| Speaker | Dialogue |
|---|---|
|  | matter.  Y 'all can afford the software.  You can still use it tomorrow.  You can do a million things.  Like it's uh, it's, that's the ownership that really belongs to us.  And that's why the license is so important.  Because it's like our Constitution.  It really guarantees these freedoms that can't be taken away regardless.  And that's why often what these companies come in and do is they change license.  I've only relicensed something once in my career.  There's actually Gutenberg, which relicensed to be more open. So Gutenberg was a good GPL.  I think we put it under there, was it a MPL?  So that it could be embedded in mobile apps and things, even commercial applications.  Because we want pre-heard from a standard that's even bigger than WordPress.  So that's the only relicensing I've ever done in my career.  You can look at a lot of other investors or business owners or things, or what kind of relicensing they're doing.  It's often making the license more closed, taking away your freedom, and taking away your flexibility.  That's what we need to fight against.  And that's why I get so worked up about this stuff.  I know I'm a little bit of a religious zealot, but when you see me get worked up and go with things, it's when people have violated the GPL, the best.  I've gotten real spicy over that.  And now we have this more complex thing, now that we've matured a lot as an ecosystem, that it's more about, OK, what are the business incentives?  Where's the revenue going?  Where's the investment going?  Everything like that.  Because this is an ecosystem where the revenue that goes through the WordPress ecosystem over the years isn't the probably like $8 to $10 billion per year.  That's a lot.  That's a lot of economic activity.  A lot of us benefit from it.  I had so many people come up to me and say, "hey, I put my kids through college with my WordPress sites," or "I made a living from WordPress."  That's beautiful.  And that all was part of a broader system.  Next question. |
| Cam Barrett | Hi, Matt. I'm Cam Barrett. Thank you for pointing out the bullies in the room in our industry.  I think it's happening a lot more and more.  And I think that collectively, we are bigger than $102 billion.  I think that all of us working together can stick up for ourselves and make sure that they don't take away our industry.  Secondly, I got into WordPress because I got sick and tired of our school districts spending taxpayer money on proprietary CMSs, spending $10,000, $15,000, $100,000 a year to host websites, and this is crazy, this is our taxpayer money we spend.  So I put everything on WordPress about 10 years ago, and I've been doing it ever since.  I've saved millions of dollars by putting our public school districts on WordPress, and I am… [applause]  I'm going to keep doing it, and I'm going to keep doing it for other verticals as well.  So I just want to thank you for creating WordPress.  I think all of us have benefited greatly from it.  Thank you. |
| Matt | Thank you.  And now, by the way, those millions of dollars you saved can now go into, like, more school lunches for people, or better pay for teachers, or something like that.  Like, these are all part of our broader system. |
| Cam Barrett | Yes, absolutely. And I also know that we are seeing adoption of WordPress in the U.S. Army as well as the federal government, as you know. |

| Speaker | Dialogue |
|---|---|
| Matt | Yeah, I'm really excited about more open source of government, more WordPress of government, because I think we can save them a lot of money, and I pay a lot of taxes, and I'm sure a lot of you do as well.  I would love to see that be more efficiently used.  Next up here. |
| Mark Monda | Hey, Matt. I'm Mark Monda, the owner of Word Fence.  It's good to see you.  Thanks for stopping by our booth today.  To this AI thing that's underway, there's a bit of a war that's going on between proprietary AI models and open source, and you mentioned that a little bit in your blog post.  It seems like the world is deciding which direction we're headed in, whether we're going to have a lot of open source models available for innovation, or whether the future is going to be proprietary behind REST interfaces that are metered and that we're paying for, and that we don't actually get to see the models or use them or iterate on them.  I guess in the early days of the web, we had proprietary web servers, Escapes Commerce Server back in 1994, and Apache came along and rescued us all, and the future of the web became very much open source. And I think Wordpress is one of the largest open source movements in the world, and so I was wondering if you had any thoughts about Wordpress's place in determining that future of AI and what we could do to influnce that—along those lines, I've been talking about hosting providers, and we're not seeing many people use in Wordpress data centers that would enable one to run an open source model for an interface locally that's part of Wordpress or accessible to Wordpress on the server. It seems that there's not a lot of planning or innovation going around open source, AI in the space, and I was wondering if you had any thoughts on that and how our community might be an enabler for that and help determine that future and help perhaps make it open source. |
| Matt | Well, thank you so much for that question, it's a good one. I'm obsessed with AI. I've been reading all the papers, spending my time on it. There's some fun stuff coming. So, one night, we talked about this earlier on the floor, if you haven't tried out Curor, or Repl.it, or one of those AI-assisted coding things, please do it as a developer, it's wild. I can now do things that used to take me like two or three hours in like two or three minutes. It's like wild the productivity boost you can get, especially for generating new scripts and things, but even the context windows as we talked about are getting larger. Models like Gemini I think are up to like a million-and-a-half tokens. We've also got Google here. Y'all have what's it called, web.ai, it's the new standard we're talking about? Yes? So, I think my theory of what's gonna happen here. Now all the models, open source or not, not sure open source, you know Foundation is talking about open weights, is maybe a thing to talk about for what makes something open source. What I do think practically that will happen, though, is the access to these models will probably be mediated by either the operating system layer or the browser, which is basically like an operating system, right? And they'll have embedded access. So just calling, like, an API or something, you'll be able to call out, make a system call to, yeah, some sort of model. And with Apple intelligence stuff that they just announced, it could be a local model. And these chips are crazy powerful now. What's happening with Silicon, with |

| Speaker | Dialogue |
|---|---|
|  | them, and also, like, some of the Google TPU and other chip things that are happening are kind of incredible. So a lot of this, I hope, will move to the edge, which I think is also great for speed and privacy. And then they can then call out to maybe the big, you know, nuclear power giga data center models for more complex things. So that's what I think. And that's why I've actually sort of stopped focusing as much of our time on, like, doing these specific kind of product integrations, because it really feels like something that's going to happen more at the OS layer. And they'll just be like a system call out to it. I don't know. What do you think? I think that we need to come up with a plan. I think that probably the main goal is to get plugin authors and WordPress innovators using open source AI models in a WordPress context. And I think that if we can do that, and the more users we can get and the more sort of weight of usage that we can get, the better shot we have at an open source future when it comes to AI. Because the demand will be there and we would also have proven that it's worth it, that it's worth doing, as opposed to leaving it up to the mega corporations and sort of trusting them with having the best available artificial brains and the best available computation and they can just rent it to us and that's all we get. It might be. We'll see. But they need a lot of these GPUs. These data centers are massive. And let me tell you, they're expensive. They're massive. And I'll tell you another cool fact, though. Like, the human brain, which, by the way, is more powerful than all of these models still, runs on about 20 watts of power. So think of all the electricity and all the transformers and everything have to do with the power of these data centers. And you and I can eat, like, hot dogs and some potato chips and power our natural intelligence. It's kind of incredible. So, like, wow, biology is incredible. Thank you. All right. We've got a few more here. |
| Austin | Hello, Matt. Austin here from Amnesty. So we recently open sourced our theme, GPL, same as you guys. And I had a question to basically find out, you know, do you have any advice for people that are trying to get their theme into the repo community build in? And also another question around, like, we're trying to strip out all the blocks into a single plug-in, or should we do many, many plug-ins, one for each block? And by the way, share a little bit of your story. I know you were on showcase day, right? So Amnesty International, you have a theme that's now used, was it 80 sites? Forty-six sites use the theme. There could be more because, you know, people can come and download it. We open sourced it about six months ago with Big White sitting over there somewhere. And yeah, we've got, I think some automatic people have given us some contributions as well. |
| Matt | And tell us what Amnesty is? |
| Austin | It's a non-profit. Yeah, sorry. Amnesty is a human rights organization trying to reduce human rights violations globally. And you've got local... Matt, thank you. By the way, you're doing amazing work. And you've got local chapters and they all have their own websites, but they all have the same theme they can use |

| Speaker | Dialogue |
|---------|----------|
|  | that kind of like ties into the... That's right. And we're trying to get other... We open sourced it so other NGOs or non-profits or grassroots organizations can use the work that we've built over the last six years. |
| Matt | Let's give a round of applause for that. That's amazing. First, thank you. You asked about getting in the theme repo. So you submitted it, but it hasn't been accepted yet? |
| Austin | We just got a lot of work to do to get it ready for acceptance. |
| Matt | Gotcha. Yeah. So, I mean, throw it up on something like GitLab or GitHub in the meantime. We'll get in the repo as soon as possible. If you run any rules there that are holding you back, let me know. In terms of taking the blocks into individual plugins versus sort of a group plugin, I think it would depend on how many there are and if they're logically grouped. We are going to try to make it so that, like, individual plugins are a little lighter weight. And or could these things be patterns that go in the pattern directory? Which then it's not a plugin, it just kind of gets sideloaded as like JSON from the pattern directory. So there might be some different ways to approach it. And we're kind of creating a lot of new primitives that can be used to build these sites. And I'd be excited to see how this grows and how amazing would it be if, like, you figure out a better way to get donations to a nonprofit and all these other nonprofits are going to get that. Like, that's really making the world a better place. Oh, and Otto says to email him. So that's otto at WordPress.org. He'll help you get on. All right. We're fixing things live. Thanks, Otto. Otto, O-T-T-O. |
| ????? | I do a lot of support for, like, all the 299 million WordPress sites that are not actively supported. So I do a lot of site rescues and cleanups and things like that. I got a client who had a 10-year-old site, hadn't been updated for 10 years, although she blogs regularly. And I was going, like, oh, boy, this is going to be a mess, right? I just said, why not try it? And so I... You clicked the button? I hit the button, update for, and it worked! WordPress is really awesome when it comes to backups. That's amazing. And man, so much code went into that. Right? So this is the one... And it's like, she's a personal organizer. She's not wealthy at all. And so I was really happy that I could do it almost for free. So... Okay. I charged her $97 to completely update her website. It's now good for, I guess, another 10 years. Right? So, but here's something else I do... Put it on auto-update now. I did turn on auto-update. So the other day on Reddit, in r slash WordPress, somebody came in and said, our agency has told us we have to pay them to rebuild our site because the classic editor is end of lifing December 31st. And they said, we can't afford that. And so I went and I looked and I said, I don't think that's true. And it says, end of life, December 31st, or as long as it's needed. And I just want to, I don't necessarily want to punch down up or sideways, but somebody is messing around with people, stressing them out and sort of semi blackmailing them into paying them to rebuild because they're saying the classic editor is end of life. You have to. So I don't think classic is necessarily going to go away, but I just wanted to call out if anybody else sees somebody saying something like that, unless it really is end of life, |

| Speaker | Dialogue |
|---|---|
|  | and I'm sure it's not, can we make sure that there aren't people being taken advantage of that way? Because that's just not nice. |
| Matt | Yeah. Man, I don't want to defend the classic editor though. So part of me wonders like, man, maybe they just have some stuff they should upgrade to blocks, you know, they'd have a much better, better thing. And yes, that could require some development work and cost some money, but the 10 year old site, she didn't want to, so I just said, okay, I'll install it because she just wants to keep doing what she's been. She's like 60, 65. By the way, I've actually found, so if you open up an old post, even without the classic editor plugin, when you open up an old post that was built in the classic editor, Gutenberg actually loads a classic editor, like immediately. So they get a familiar interface and the new stuff, we find people can figure it out pretty quickly and we're making it more usable, including if you just tell them insert the classic editor block and then they could do everything from there is like a pretty easy way. I think even better than the plugin. And then they might get access to blocks in the future. So I do think we do want to bring people along to the block thing because it is very much the future. So, all right. Thank you. And do we have time for this one last question or two? All right. |
| ????? | Hi, WordCamp Europe. You said you were going to do a speed build challenge. Yes. Any plans when that's going to happen? |
| Matt | Not yet. We haven't scheduled it yet, right? Let's make it a whole event. You know, we'll fly to a city and we can make it a fun little in-person thing for the local community. If you have a city that you really want to do it in, let me know. |
| ???? | Well, you know, let the challenger pick. And I'm probably the challenger because I think you might win. But yeah, I'm looking forward to the speed build challenge. |
| Matt | All right. We're going to end up there. Thank you all so much. It was very vulnerable getting up and sharing this with you all today. And I really appreciate you listening. So, see you around. I'll pass it over to Brian. |
|  | END OF AUDIO |