# EXHIBIT 31

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

datacollection_gei
@qe_datacollect

Post

Clients are coming to us to say "What's the deal?" They're stuck in the middle of a stupid dispute that should have no bearing on their mission.

4 24 1.7K

[redacted] · Sep 26

Do they use WPE and if not, where did they hear about the situation?

1 1 1.5K

[redacted] · Sep 26

WP Engine, they could do it to any other hosting provic

1 14 646

[redacted] · Sep 26

I was wondering how your clients who are with other hosts heard about it, as presumably they don't follow WordPress news sources.

3 2 637

[redacted]

There is a "WordPress Events & News" box on the dashboard of admin panel, which by default is visible on EVERY WordPress installation.
So... such posts like "WP Engine is banned from WordPress.org" has quite big reach...

**WordPress Events and News**

Enter your closest city to find nearby events. Select location

City: Cincinnati Submit Cancel

WP Engine is banned from WordPress.org
WP Engine is not WordPress
WordCamp Central: Quarterly WordPress Event Sponsorship Report, 2016-2024 Q3
Matt: WPE & Trademarks
WPTavern: WP Engine Banned from Using WordPress.org Resources

Meetups | WordCamps | News

10:19 PM · Sep 26, 2024 · **115** Views

3

Post your reply Reply

Search

## Relevant people

[redacted] Follow
Web Developer, manga & anime fan

[redacted] Follow
Founder & CEO @barn2plugins. Co-Host of @WPProductTalk & Woo BizChat @DotheWoo. From UK & now lives in Mallorca, Spain

[redacted] Follow
Web Design • Graphic Design • Digital Marketing • What's Your Story? Tweets by @junger.

## What's happening

**Sistas on BET Season 8**
Comedy TV · Starts at 9:00 PM

**#RobinhoodPresents**
Tune in for legendary product announcements from our CEO, Vlad Tenev
Promoted by Robinhood

Music · Trending
**Liam Payne**
Trending with #OneDirection, Buenos Aires

Politics · Trending
**79% of Americans**
2,800 posts

Politics · Trending
**Kamala's Fox**
66.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

