# EXHIBIT 32

▲ stefanos82 5 days ago | prev | next [–]

The URL though says "advanced-custom-fields"; Matt...I can't find the words to comment; I just shake my head -_-

reply

    ▲ unsnap_biceps 5 days ago | parent | next [–]

    If you look at the reviews, they took over the advanced-custom-fields plugin and modified the owner to be Wordpress.org and renamed it to Secure Custom Fields.

    What a terrible look

    They also modified it by ripping out the pro features, so if people update their ACF Plugin and they had pro features enabled, it'll just break their install

    https://plugins.trac.wordpress.org/changeset/3167679/advance...

    reply

        ▲ Scaevolus 5 days ago | root | parent | next [–]

        So they forked some open source software and "hacked it up" to remove notices from the original creators? Fascinating.

        reply

            ▲ cyral 5 days ago | root | parent | next [–]

            Yup, removing post revisions which I think is single line change is hacking it up when WP Engine does it, but this is totally okay apparently.

            reply

    ▲ joe_hills 5 days ago | root | parent | prev | next [–]

    What a choice, and what poor timing.

    Companies that make breaking changes on holiday weekends aren't going to earn much goodwill from developers.

    reply

        ▲ photomatt 5 days ago | root | parent | next [–]

        Nothing has broken. Perhaps WP Engine should have consider that before suing us.

        reply