# EXHIBIT 33

[redacted] • 2d ago • Edited 2d ago •

We updated our clients with a brief explainer, and told them it was a volatile situation with uncertain implications. We also laid out some of the possible responses (ex: fork).

The problem with the WPBeginner article is that it ignores the unpredictability of what may happen next - which is the entire point. Their overriding business need to keep people interested in WP substitutes wishful thinking for objectivity.

For example: which free or premium plugin may be fucked with next?

Which host or dev outfit may be fucked with next?

What new destructive impulse might Mullenweg dream up?

This is what clients & the WP community at large are worried about.

NOBODY had this on their 2024 bingo card.

So confident assurances that it ain't no big thang may well backfire, make the person doing the reassuring look naive at best, and certainly aren't based on actual knowledge.

33 Reply Award Share ...

10 more replies