# EXHIBIT 34



**MA.TT**  UNLUCKY IN CARDS

# A New Home for the WordPress Trademark

© September 9, 2010   Automattic, Essays, Open Source, WordPress   Trademark, WordPress Foundation

As I write this, I'm on my way to Seaside, Florida to see 60+ Automatticians at our yearly meetup. More than sixty… that number astounds me! Automattic has grown so far beyond what I originally imagined and every day I'm amazed by my colleagues and the things they create. Today we're growing in another way: **Automattic has transferred the WordPress trademark to the WordPress Foundation, the non-profit dedicated to promoting and ensuring access to WordPress and related open source projects in perpetuity.** This means that the most central piece of WordPress's identity, its name, is now fully independent from any company.

This is a really big deal.

I want to recognize and applaud the courage and foresight of Automattic's board, investors, and legal counsel who made this possible: Mike Hirshland, Phil Black, Tony Conrad, Toni Schneider, Gunderson Dettmer. I'd also like to thank Matt Bartus of Dorsey & Whitney for their counsel on the Foundation side. The WordPress brand has grown immeasurably in the past 5 years and it's not often you see a for-profit company donate one of their most valuable core assets and give up control. However, I know in my heart that this is the right thing for the entire WordPress community, and they followed me on that. It wasn't easy, but things worth doing seldom are.

When Automattic registered the WordPress trademark back in 2006, we were a small startup of a few people: a business founded largely to enable us to work on WordPress full-time instead of hacking around our day jobs. A lot has changed since then — somehow along the way we ended up with an audience of a quarter billion people — but a lot has stayed the same. We're still a group of people in love with WordPress and free/open source software and we're lucky to have figured out a way to contribute to the world and flourish as a business while doing it.

Automattic might not always be under my influence, so from the beginning I envisioned a structure where for-profit, non-profit, and not-just-for-profit could coexist and balance each other out. It's important for me to know that WordPress will be protected and that the brand will continue to be a beacon of

Home     About     Contact     Distributed     X     Telegram     Let's Work Together

WordPress will be protected and that the brand will continue to be a beacon of open source freedom regardless of whether any company is as benevolent as Automattic has been thus far. It's important to me to know that we've done the right thing. Hopefully, it's important to you, too, and you'll continue your support of WordPress, the WordPress Foundation, and Automattic's products and services. We couldn't do it without you!

**Share this:**

     

**Related Posts**

**Response to DHH**
I've taken this post down. I've been attacked so much the past few days; the most vicious, personal, hateful words poisoned my brain, and the

**WPE & Trademarks**
I've been writing and talking about WP Engine a lot in the last week, but I want to be crystal clear about the core issue at play. In short, WP

**.Blog**
It's now public that Automattic is the company behind Knock Knock Whois There LLC, the registry for the new .blog TLD. (And a great pun.) We wanted