# EXHIBIT 35

## NUNC PRO TUNC TRADEMARK ASSIGNMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and subject to compliance with the terms and conditions of the Trademark Donation, License and Security Agreement entered into between them, of even date herewith, Automattic Inc., a Delaware Corporation having a place of business at 570 El Camino Real #150-454, Redwood City, California ("Assignor"), has assigned, set over, and transferred, *nunc pro tunc* as of June 7, 2010, to WordPress Foundation, a California entity, having a place of business at 300 Brannan St. #239 San Francisco, California ("Assignee"), all of its rights, title, and interest in and to the trademarks and applications and registrations thereof identified in Exhibit A attached hereto (the "Trademarks"), together with the goodwill of the business symbolized thereby.

**Automattic, Inc.**

Signed: _Toni [signature]_

Printed Name: _Toni Schneider_

Title: _CEO_

STATE OF _California_ }
                      } SS:
COUNTY OF _San Francisco_ }

Acknowledged before me, a Notary Public, within and for said County and State. Witness my hand and Notarial Seal this _17_ day of _June_, 2010.

_Diane Polyakov_ [signature]
Notary Public

_Diana Polyakov_
Printed Name

My Commission Expires: _Sept 30, 2011_

Resident of _San Mateo_ County

State of California County of _San Francisco_
Subscribed and sworn to (or affirmed) before me on
this _17_ day of _June_, 20_10_, by: _Toni Schneider_
proved to me on the basis of satisfactory evidence to be
the person(s) who appeared before me.
Signature _Diane Polyakov_

[Notary Seal:]
DIANA POLYAKOV
COMM. #1770061
Notary Public - California
San Francisco County
My Comm. Expires Sep. 30, 2011

SCHEDULE A-1
TO TRADEMARK ASSIGNMENT

U.S. FEDERAL TRADEMARK REGISTRATIONS

| MARK | APP. NO. | FILE DATE | REG. NO. | GRANTED |
|---|---|---|---|---|
| W WORDPRESS and Design | 78/826938 | March 1, 2006 | 3201428 | January 23, 2007 |
| WORDPRESS | 78/826734 | March 1, 2006 | 3201424 | January 23, 2007 |