# EXHIBIT 36

# TRADEMARK LICENSE

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, effective June 7, 2010, WordPress Foundation, a California nonprofit public benefit corporation, having a place of business at 200 Brannan St. #511, San Francisco, California ("Licensor"), hereby grants to Automattic Inc., a Delaware Corporation having a place of business at 570 El Camino Real #150-454, Redwood City, California ("Licensee"), an exclusive, fully-paid, royalty-free, perpetual, irrevocable, worldwide, sublicensable right and license to use and otherwise exploit the trademarks identified in <u>Exhibit A</u> attached hereto, and any and all related or similar names, marks, designs, domain names, and other rights (excluding www.wordpress.org, www.wordcamp.org and www.wordpressfoundation.org), along with all associated applications, registration and goodwill (the "Trademarks"), in connection with the hosting of blogs and web sites that utilize any version or component of the WordPress open source publishing platform product or open source successor of any of the foregoing on or in connection with www.wordpress.com and www.wordpress.tv (each and collectively, together with any subdomains of any of the foregoing, "Automattic Sites"), providing support for the Automattic Sites, and/or substantially similar uses in connection with the Automattic Sites. This license is subject in all respects to that certain Trademark Donation, License and Security Agreement, by and between Licensor and Licensee, effective as of June 7, 2010.

Licensor agrees to execute and deliver at the request of the Licensee, all papers, instruments, and assignments, and to perform any other reasonable acts the Licensee may require in order to record Licensee's rights in and to the Trademarks in the relevant governmental offices and/or to provide evidence to support any of the foregoing in the event such evidence is deemed necessary by the Licensee, to the extent such evidence is in the possession or control of Licensor.

**WordPress Foundation**

Signed: *Matt Mullenweg*
DocuSigned by: Matt Mullenweg

Printed Name: Matt Mullenweg

Title: _____

**Automattic Inc.**

Signed: *Toni Schneider*
DocuSigned by: Toni Schneider

Printed Name: Toni Schneider

Title: CEO

4820-9104-7686\1

## Schedule A

| Trademark | Jurisdiction | App. No. | Reg. No. |
|---|---|---|---|
| WORDPRESS | Canada | 1315055 | 698039 |
| WORDPRESS | China (People's Republic) | 5579753 | 5579753 |
| WORDPRESS | European Community | 5101068 | 5101068 |
| WORDPRESS | Japan | 2006-80948 | 5049965 |
| WORDPRESS | Korea, Republic of | 2006-3207 | 45-0019817 |
| W WORDPRESS and Design | United States of America | 78/826938 | 3201428 |
| WORDPRESS | United States of America | 78/826734 | 3201424 |