QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No.: 3:24-cv-06917-AMO<br><br>**DECLARATION OF RAMADASS PRABHAKAR IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Honorable Araceli Martínez-Olguín<br>Courtroom: 10<br>Hearing Date: March 6, 2025<br>Hearing Time: 2:00 p.m. |

# DECLARATION OF RAMADASS PRABHAKAR IN SUPPORT OF <u>WPENGINE, INC.'S MOTION FOR PRELIMINARY INJUNCTION</u>

I, Ramadass Prabhakar, declare as follows:

1. I am Senior Vice President and Chief Technology Officer at WPEngine, Inc ("WPE"). WPE is a technology company that offers a hosting platform, plugins, themes, support and other tools for websites built using WordPress. WPE also develops support, training, and advocacy resources for the WordPress community. WPE employs more than 1,100 people and is considered one of the most trusted hosting platforms for WordPress in the world. My duties at WPE include overseeing its global engineering team. I have a Master of Science Degree from Vanderbilt University and a Masters of Business Administration Degree from Duke University. I have personal knowledge of all the facts set forth in this declaration, and if called upon to do so by the Court, I could and would testify competently thereto.

2. I am familiar with the WordPress ecosystem (and the open source ecosystem more broadly) and I have been working with WordPress in a professional capacity for more than four years. WordPress is a software program that allows users to build and maintain their websites. I understand that WordPress was originally developed by Mike Little and Matt Mullenweg when they created a fork of another open source project called b2/cafelog. WordPress is open source, which means that the source code for WordPress is made freely available to anyone in the world to copy and modify the software, as long as software developers who improve the software, share those improvements back with everyone.

3. WordPress architecture allows third-party software developers to create "plugins" that can interact with a WordPress website. In simple terms, a plugin is a piece of software that can be added to a WordPress website to enhance its capabilities. For instance, if a user wants to add a "voting" button or a "sign up form" field to their website, a plugin can be created to offer those features. WordPress plugins enhance and add to the functionality of WordPress websites. In my experience, the WordPress community strongly encourages software developers to develop plugins and themes that enhance the capabilities of websites and share these plugins and themes with other members of the WordPress community by making them available through wordpress.org. WPE and

the vast majority of plugin developers use wordpress.org to make plugins and themes available to other members of the WordPress community.

4. WPE is the current developer of several popular plugins that can be used with WordPress websites, including Advanced Custom Fields (ACF), WP Migrate, NitroPack, and many others. Millions of WordPress users have downloaded and currently use these plugins to enhance and operate their websites. For example, the Advanced Custom Fields (ACF) plugin, which WPE acquired in 2022 and has continued to develop and support, is running on over two million websites, making it the one of the most popular plugins in the WordPress ecosystem. There is a free version and a "PRO" version of the plugin. WPE has invested thousands of engineering hours and millions of dollars into the development of its WordPress plugins and themes, and the vast majority of its users use these at no cost to themselves.

5. Most users who use WPE's plugins access those plugins from wordpress.org. Wordpress.org serves as a gateway to the WordPress software and community; it hosts the WordPress software as well as the WordPress plugins created by members of the WordPress community. WordPress users either go to wordpress.org to download those plugins directly, or they download those plugins from wordpress.org through their administrative panel on their WordPress websites. The administrative panel is where many website settings are controlled and where users create their website content. As with nearly all plugin developers, WPE regularly updates its plugins to create new functionality, to fix bugs, or to address security vulnerabilities, which is common in this industry. WPE publishes updates for its plugins to wordpress.org. Once WPE publishes these updated plugins to wordpress.org, users of WPE plugins get notified of these updates, and then can easily update their plugins. Without access to these updates, users' websites with WPE's plugins may break, stop functioning, or become insecure. Without access to wordpress.org, most WPE plugin users will likely not even know there are updates available for WPE plugins. This is because the standard WordPress GPL core software "hard codes" the wordpress.org update site into every WordPress website, rather than making the update site a configurable option for each user. Furthermore, while there may be other ways for WPE plugin users to update their plugins without access to wordpress.org from within the administrative panel, a meaningful number of WPE plugin

users do not have the technological skills or knowledge to do this without risking the security and/or stability of their websites.  For example, if WPE identified a security issue on one of the plugins it developed, such as ACF, and WPE did not have access to wordpress.org, it would no longer be able to post an update to that plugin on wordpress.org to address or fix the issue.

6. In addition to developing plugins, WPE also operates a managed hosting service for WordPress websites.  This means that customers of WPE can set up their websites using the WordPress software on WPE's hosting service.  WPE handles many of the technical details for these users, including ongoing technical management.  WPE's managed hosting service users have historically been able to install themes and plugins from wordpress.org directly through the administrative panel.  WPE's managed hosting service competes with Automattic's offerings, including wordpress.com, Pressable, and WordPress VIP.

## Mr. Mullenweg, CEO of Automattic, Blocks WPE and Its Customers From Accessing Plugins On wordpress.org

7. On September 24, 2024, I became aware that WPE no longer was able to update the plugins that it makes available through wordpress.org.  This means that if WPE identified that one of the plugins it created had a bug or a security issue, it would no longer be able to publish an update for that plugin on wordpress.org.  This could cause the websites of WPE plugin users to stop working without any easy way to rectify the issue.  Initially we did not know why this had happened.  But later we realized that this had been done intentionally by someone with administrative access to wordpress.org.

8. On September 25, 2024, I became aware that Matt Mullenweg, CEO of our competitor Automattic, had banned WPE customers who host their WordPress installations on WPE servers from accessing wordpress.org resources through the administration panel, which includes downloading WordPress themes and plugins, including themes and plugins developed by WPE.  This means that WPE customers and users would no longer be able to install new plugins and themes from wordpress.org.  This also means that WPE's customers and users would no longer be able to update their existing plugins (whether WPE plugins, or any other of the >50,000 plugins hosted at

the wordpress.org repository) and themes to address bugs and security vulnerabilities from the administrative panel.

9.  Mr. Mullenweg later publicly took credit for carrying out these actions against WPE and its customers.

10. In a blog post on wordpress.org that Mr. Mullenweg posted on September 25, 2024, Mr. Mullenweg wrote, "WP Engine is free to offer their hacked up, bastardized simulacra of WordPress's GPL code to their customers."  This statement is false.  WPE uses the standard WordPress GPL core code.

11. On September 27, 2024, in reaction to public outcry, Mullenweg announced that he was temporarily restoring access—but not permanently.  Instead, he stated that he would be blocking access again on October 1, 2024.[1]  He blocked WPE's access to wordpress.org again on October 1, 2024.

**Mr. Mullenweg Threatens More Actions to Damage WPE**

12. After Mr. Mullenweg reinstated the wordpress.org ban, he posted a message on X on October 5, 2024, stating that he "suspect[s] there are going to be millions of sites moving away from [ACF] in the coming weeks."  This message is attached as Exhibit 17 to the Declaration of Sara Jenkins in Support of Plaintiff WPEngine, Inc.'s Motion for a Preliminary Injunction ("Jenkins Decl."), filed concurrently herewith, and is displayed below:



Jenkins Decl. Ex. 11 at 1 (https://x.com/photomatt/status/1842500184825090060).

---

[1] https://wordpress.org/news/2024/09/wp-engine-reprieve/.

13. Mr. Mullenweg also stated in a Slack post on October 7, 2024, that he had more "surprises for you all on Tuesday, Wednesday, Thursday" in connection with the "fight[] . . . against evil private equity." This post is attached as Exhibit J to the Declaration of Heather Brunner in Support of Plaintiff WPEngine, Inc.'s Motion for a Preliminary Injunction ("Brunner Decl."), filed concurrently herewith, and is shown below:



Brunner Decl. Ex. J.

14. On October 4, 2024, Automattic sent an email notification about a security vulnerability with the ACF plugin to WPE and copied Mr. Mullenweg and WPE's CEO, Heather Brunner. *See* Brunner Decl. Ex. H at 1. Automattic occasionally sends such notifications to developers to fix plugins with identified issues, and this is a routine process. For example, users

regularly identify security vulnerabilities with Automattic's own plugins, such as JetPack. Like most other plugin developers, Automattic fixes those security issues and uploads security patches to wordpress.org for distribution to WordPress users around the world. The email notification from Automattic disclosed a security vulnerability whereby, in some unlikely scenarios, one WordPress administrator could potentially attack another administrative user within a WordPress installation. WPE occasionally receives these types of notifications and promptly reviews the alleged security issue and promptly works to remediate it. Never before had Automattic copied WPE's CEO (or WPE's CEO and Automattic's CEO together) on such a security notification. The security notification referenced a "disclosure policy"[2] that gave WPE 30 days before public disclosure of the alleged security vulnerability. *See* Brunner Decl. Ex. H at 2. It also indicated that "[i]f we don't receive a response from you within the next 5 business days, we may need to reach out to the Marketplace where your extension is published for further assistance in fixing the issues we have found." *Id*. The next 5 business days from October 4, 2024 would have been October 11, 2024.

15. The supposed vulnerability was minor and WPE released a security update on October 7, 2024, within 72 hours of receiving the security notification. That update was then distributed to WordPress users through wordpress.org, as described below.

16. Surprisingly, Automattic made public disclosures about this security issue on October 5, 2024, within 24 hours of notifying WPE about the issue, and before WPE had the opportunity to submit a security patch for the plugin, even though the public "disclosure policy" called for 30 days before public disclosure. In my experience, an early disclosure to the public was unprecedented, inconsistent with good practices across the industry, and dangerous to WordPress users around the globe, because hackers can take advantage of this information to attempt to hack websites before the patch is released. I have been in the software industry for decades, and I have never heard of a situation where a company or developer publicly disclosed such a security

---

[2] *See* https://wpscan.com/vulnerability-disclosure-policy/ ("Vendors are given 30 (thirty) days to resolve the vulnerability with a security patch or other appropriate remedial measure, this is extendable in cases of high complexity, limited to 120 (one hundred and twenty) days after first contact.").

vulnerability before allowing the developer of the plugin at least 30 days – if not 60 or even 90 days – to apply a security patch.  In my experience, a notice period of at least 30 days, and often 60 or even 90 days, is the generally accepted industry standard.  Furthermore, WPE could not submit a security patch for ACF directly to wordpress.org because Mr. Mullenweg blocked WPE's access to wordpress.org.  This limited WPE's ability to distribute the security fix.  Approximately 72 hours after WPE was made aware of the security vulnerability, WPE sent a security patch to address the vulnerability to an Automattic employee, who uploaded the security patch to wordpress.org.  After submitting this security patch, we never heard from Automattic or Mr. Mullenweg again about this security vulnerability.

17.     On October 8, 2024, Mr. Mullenweg then added a checkbox to the wordpress.org login page, which is attached as Exhibit L to the Brunner Decl. and displayed below.  The box requires all WordPress users to agree that "I am not affiliated with WP Engine in any way, financially or otherwise."



Brunner Decl. Ex. L (https://login.wordpress.org/),

18. Mr. Mullenweg explained the purpose of the checkbox in a Slack post that same day: it is part of Mr. Mullenweg's ban of WPE from accessing wordpress.org. This Slack post is shown below:



Jenkins Ex. 21 at 1 (https://x.com/JavierCasares/status/1843963071183880345).

19. WPE customers used to use wordpress.org to access themes and plugins before he blocked WPE from accessing wordpress.org. They also used wordpress.org to communicate with the authors of plugins and themes (not affiliated with Automattic or wordpress.org) to, for example, place and resolve technical support inquiries for the plugin. By adding the checkbox, Mr. Mullenweg attempted to extend his ban to anyone "affiliated" with WPE.

20. As noted above, WPE is the developer of one of the most popular WordPress plugins called Advanced Custom Fields (ACF). When installed on a WordPress website, this plugin extends the functionality of WordPress to allow WordPress to collect and store additional types of information and essentially function as a fully-featured content management system. The ACF plugin was hosted at the website https://wordpress.org/plugins/advanced-custom-fields/, and as is required by wordpress.org, the source code regularly submitted to the repository at wordpress.org for approval. This website stated that the plugin was created and developed by "WP Engine". The website also showed the history of the plugin (*e.g.*, changes that were made over time), when it first released, the number of "Active Installations," and reviews of the plugin from members of the

WordPress community.  As of October 12, 2024, the ACF plugin had a 4.5 star rating from over 1,200 reviews and stated that the ACF plugin has over "2+ million" active installations.

21.  On October 12, 2024, Mr. Mullenweg edited the ACF plugin code and listing page in several ways without WPE's authorization.  He did this even though WPE remediated the supposed security vulnerability that Mr. Mullenweg had previously identified.  First, he changed the name of the plugin from "Advanced Custom Fields" to "Secure Custom Fields" ("SCF").  Second, Mr. Mullenweg changed the name of the author of the plugin from "WP Engine" to "WordPress.org."  A true and correct printout of the webpage located at https://wordpress.org/plugins/advanced-custom-fields/ where Mr. Mullenweg made these changes is attached as Exhibit A hereto and shown below (relevant portions bracketed in red):





Ex. A at 1.

22. However, Mr. Mullenweg did not change the number of "Active Installations" of the plugin even though, according to Mr. Mullenweg, this was a "forked" plugin. *Id.* As shown above, the listing page still stated that the plugin had "2+ million" active installations and over 54 million total downloads, even though the plugin was only one day old. *Id.*

23. The listing page also included the "reviews" from the ACF plugin even though those reviews had been for the ACF plugin and not for the SCF plugin. For instance, a number of these reviews can be seen at the webpage located at https://wordpress.org/support/plugin/advanced-custom-fields/reviews/page/43/, a true and correct printout of which is attached hereto as Exhibit B and an excerpt of which is shown below:

| | | | |
|---|---|---|---|
| 🔒 The best custom fields plugin ★★★★★ Started by: MisterR | 1 | 0 | 11 years, 11 months ago MisterR |
| 🔒 Very nice and neat. ★★★★★ Started by: jayarjo | 1 | 1 | 11 years, 11 months ago jayarjo |
| 🔒 Gold! ★★★★★ Started by: dj.cowan | 1 | 0 | 11 years, 11 months ago dj.cowan |
| 🔒 The best ★★★★★ Started by: niekdegreef | 1 | 0 | 11 years, 11 months ago niekdegreef |
| 🔒 First plugin to install with new WP ★★★★★ Started by: Leon Harris | 1 | 0 | 11 years, 11 months ago Leon Harris |
| 🔒 Awesome plugin Started by: bridgetwes | 1 | 0 | 11 years, 11 months ago bridgetwes |
| 🔒 A must for custom UI's ★★★★★ Started by: yopraag | 1 | 0 | 11 years, 11 months ago yopraag |

Ex. B at 3.

24.     Mr. Mullenweg also switched many ACF users to his SCF plugin without the users' consent or knowledge.  On October 12, 2024, ACF users began receiving an "update now" prompt on their WordPress administrative dashboards.  As shown below, the "update now" prompt was listed below the author of the plugin "WP Engine," which made it appear to users that the update was coming from "WP Engine":

Jenkins Decl. Ex. 23 at 1 (https://x.com/Brugman/status/1845195750550143424).

25. If a user clicks the "update now" button, the plugin updates to Mr. Mullenweg's Secured Custom Fields plugin, and the plugin's name changes to "Secured Custom Fields," as shown below:



*Id.* at 2 (https://x.com/Brugman/status/1845195750550143424).

26. Many WordPress users have settings such that plugins are updated automatically, so these users would have had Secured Custom Fields installed on their servers without even clicking any buttons.

27. Mr. Mullenweg claims that Secured Custom Fields was a "fork" of ACF. Based on my experience in the software industry, "forks" of open source software are common. But in a "fork," a software developer will create a new copy of the code and host that code on a new website or URL so there is no confusion between the original software and the new "forked" software. This is not what happened here, where Mr. Mullenweg co-opted the ACF listing page, and its users and reviews, and caused many ACF users to download the SCF software without their knowledge or consent.

28. WPE sells an upgraded "PRO" version of the ACF plugin which allows users to access additional functionality. The ACF free plugin available for download on wordpress.org

contained links that allowed users to purchase the "PRO" version of the plugin. The SCF plugin that Mr. Mullenweg pushed to WordPress users removed all these links from the ACF plugin.

29. When searching on the wordpress.org site for "advanced custom fields," the site's search result brings up Defendant's "Secure Custom Fields" directory listing instead. A true and correct printout of a webpage showing such search results (from the url https://wordpress.org/plugins/search/advanced+custom+fields/) is attached hereto as Exhibit C, and an excerpt from this printout is shown below:



Ex. C at 1.

30. Defendants' actions have also undermined the integrity and reliability of the plugin, because the plugin can no longer be maintained by WPE.

1   31. Mullenweg has made various public statements about the reasons for the takeover of
2   the ACF plugin.  For instance, on October 12, Mr. Mullenweg wrote and posted an article on
3   wordpress.org referring to the ACF takeover and stating that "[t]his is a rare and unusual situation
4   brought on by WP Engine's legal attacks." A true and correct printout of this article located at
5   https://wordpress.org/news/2024/10/secure-custom-fields/ is attached hereto as Exhibit D.
6   32. As shown below, on October 13 Mr. Mullenweg also stated that "if [WPE] dropped
7   its lawsuits, apologized, and got in good standing with its trademark use, [WPE is] welcome to have
8   access to the plugin directory listing":



Jenkins Decl. Ex. 26 (https://x.com/WordPress/status/1845663751342883195).

33. Additionally, when criticized for his actions regarding Advanced Custom Fields on Hacker News, as shown below, Mr. Mullenweg responded (using his known screen name, "photomatt"), "[p]erhaps WP Engine should have consider [sic] that before suing us":

> ▲ stefanos82 5 days ago | prev | next [–]
> The URL though says "advanced-custom-fields"; Matt...I can't find the words to comment; I just shake my head -_-
> reply
>
>   ▲ unsnap_biceps 5 days ago | parent | next [–]
>   If you look at the reviews, they took over the advanced-custom-fields plugin and modified the owner to be Wordpress.org and renamed it to Secure Custom Fields.
>   What a terrible look
>   They also modified it by ripping out the pro features, so if people update their ACF Plugin and they had pro features enabled, it'll just break their install
>   https://plugins.trac.wordpress.org/changeset/3167679/advance...
>   reply
>
>     ▲ Scaevolus 5 days ago | root | parent | next [–]
>     So they forked some open source software and "hacked it up" to remove notices from the original creators? Fascinating.
>     reply
>
>       ▲ cyral 5 days ago | root | parent | next [–]
>       Yup, removing post revisions which I think is single line change is hacking it up when WP Engine does it, but this is totally okay apparently.
>       reply
>
>   ▲ joe_hills 5 days ago | root | parent | prev | next [–]
>   What a choice, and what poor timing.
>   Companies that make breaking changes on holiday weekends aren't going to earn much goodwill from developers.
>   reply
>
>     ▲ photomatt 5 days ago | root | parent | next [–]
>     **Nothing has broken. Perhaps WP Engine should have consider that before suing us.**
>     reply

Jenkins Decl. Ex. 32 (https://news.ycombinator.com/item?id=41821336) (highlighted).

**Mr. Mullenweg's Actions Have Caused Significant Harm and Expense to WPE**

34. Mr. Mullenweg's actions on September 24 and September 25 (related to blocking WPE customers access to wordpress.org) and thereafter (relating to the ACF plugin) have harmed WPE in multiple ways, as described above. For instance, in order to address Mr. Mullenweg's blocking of WPE's access to wordpress.org, WPE was forced to try to find workarounds needed to service WPE's customers and update its plugins. Those efforts are ongoing but cannot fully repair the damage Mr. Mullenweg did to our systems.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2024, in Austin, Texas.

*P. Ramadas*

_____
Ramadass Prabhakar

## ATTESTATION

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ramadass Prabhakar has concurred in the aforementioned filing.

By /s/ *Rachel Herrick Kassabian*
Rachel Herrick Kassabian