# EXHIBIT A

Case 3:24-cv-06917-AMO   Document 49-1   Filed 10/18/24   Page 2 of 4

Plugin Directory

Submit a plugin   •   My favorites   Log in

Search plugins





## Secure Custom Fields
By [WordPress.org](WordPress.org)

**Download**

Details | Reviews | Development | Support

## Description

Secure Custom Fields (SCF) turns WordPress sites into a fully-fledged content management system by giving you all the tools to do more with your data.

Use the SCF plugin to take full control of your WordPress edit screens, custom field data, and more.

**Add fields on demand.**
The SCF field builder allows you to quickly and easily add fields to WP edit screens with only the click of a few buttons! Whether it's something simple like adding an "author" field to a book review post, or something more complex like the structured data needs of an ecommerce site or marketplace, SCF makes adding fields to your content model easy.

**Add them anywhere.**
Fields can be added all over WordPress including posts, pages, users, taxonomy terms, media, comments and even custom options pages! It couldn't be simpler to bring structure to the WordPress content creation experience.

**Show them everywhere.**
Load and display your custom field values in any theme template file with our hassle-free, developer friendly functions! Whether you need to display a single value or generate content based on a more complex query, the out-of-the-box functions of SCF make

| | |
|---|---|
| Version | 6.3.6.2 |
| Last updated | 2 days ago |
| Active installations | 2+ million |
| WordPress version | 6.0 or higher |
| Tested up to | 6.6.2 |
| PHP version | 7.4 or higher |
| Languages | [See all 32](See all 32) |
| Tags | acf  custom fields  fields  meta  repeater |

[Advanced View](Advanced View)



### Ratings

[See all](See all)

★★★★½

| | | |
|---|---|---|
| 5 stars | | 1,141 |
| 4 stars | | 27 |



Document title: Secure Custom Fields – WordPress plugin | WordPress.org
Capture URL: https://wordpress.org/plugins/advanced-custom-fields/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:49:00 GMT


**Show them everywhere.**
Load and display your custom field values in any theme template file with our hassle-free, developer friendly functions! Whether you need to display a single value or generate content based on a more complex query, the out-of-the-box functions of SCF make templating a dream for developers of all levels of experience.

**Any Content, Fast.**
Turning WordPress into a true content management system is not just about custom fields. Creating new custom post types and taxonomies is an essential part of building custom WordPress sites. Registering post types and taxonomies is now possible right in the SCF UI, speeding up the content modeling workflow without the need to touch code or use another plugin.

**Simply beautiful and intentionally accessible.**
For content creators and those tasked with data entry, the field user experience is as intuitive as they could desire while fitting neatly into the native WordPress experience. Accessibility standards are regularly reviewed and applied, ensuring SCF is able to empower as close to anyone as possible.

**Documentation and developer guides.**
Over 10 plus years of vibrant community contribution alongside an ongoing commitment to clear documentation means that you'll be able to find the guidance you need to build what you want.

**Features**

- Simple & Intuitive
- Powerful Functions
- Over 30 Field Types
- Extensive Documentation
- Millions of Users

## Screenshots





4 stars ▮ 27
3 stars 10
2 stars 10
1 star ▮ 95

[Log in to submit a review.](#)

## Support

Issues resolved in last two months:

44 out of 62

[View support forum](#)

Document title: Secure Custom Fields – WordPress plugin | WordPress.org
Capture URL: https://wordpress.org/plugins/advanced-custom-fields/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:49:00 GMT



Simple & Intuitive



## Contributors & Developers

"Secure Custom Fields" is open source software. The following people have contributed to this plugin.

WordPress.org

Delicious Brains

WP Engine

Elliot Condon

Matt Shaw

Liam Gladdy

Anthony Burchell

Phil Johnston

Dale Williams

Iain Poulson



| About | Showcase | Learn | Get Involved | WordPress.com ↗ |
|---|---|---|---|---|
| News | Themes | Documentation | Events | Matt ↗ |
| Hosting | Plugins | Developers | Donate ↗ | bbPress ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future | BuddyPress ↗ |

**WORDPRESS.ORG**

CODE IS POETRY

Document title: Secure Custom Fields – WordPress plugin | WordPress.org
Capture URL: https://wordpress.org/plugins/advanced-custom-fields/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:49:00 GMT