# EXHIBIT B

News | Showcase | Hosting | Extend | Learn | Community | About | Get WordPress

Forums | Welcome to Support | Guidelines | Get involved | Log in

Home / Plugin: Secure Custom Fields / Reviews

# [Secure Custom Fields] Reviews



**Average Rating**

★★★★½  4.6 out of 5 stars

You must be logged in to submit a review.

**1,283 reviews**

| Stars | | Count |
|---|---|---|
| 5 stars | ▬▬▬▬▬▬ | 1,141 |
| 4 stars | ▪ | 27 |
| 3 stars | ▪ | 10 |
| 2 stars | ▪ | 10 |
| 1 star | ▪▪ | 95 |

Secure Custom Fields

Support Threads

Active Topics

Unresolved Topics

Reviews

Search this forum 🔍

| Topic | Participants | Replies | Last Post |
|---|---|---|---|
| 🔒 Super ★★★★★ <br> Started by: art-at-tec | 1 | 0 | 11 years, 10 months ago <br> art-at-tec |
| 🔒 Newbie Friendly ★★★★★ <br> Started by: the masked cat | 1 | 0 | 11 years, 10 months ago <br> the masked cat |
| 🔒 A must have for all WP Developers ★★★★★ <br> Started by: castleofbones | 1 | 0 | 11 years, 10 months ago <br> castleofbones |
| 🔒 Must have ★★★★★ <br> Started by: Vitaliy K | 1 | 0 | 11 years, 11 months ago <br> Vitaliy K |
| 🔒 A must have for developers ★★★★★ <br> Started by: PiemanP | 1 | 0 | 11 years, 11 months ago <br> PiemanP |
| 🔒 Essential ★★★★★ <br> Started by: JoshuaDoshua | 1 | 0 | 11 years, 11 months ago <br> JoshuaDoshua |
| 🔒 Fantastic and getting better ★★★★★ <br> Started by: whax | 1 | 0 | 11 years, 11 months ago <br> whax |
| 🔒 Try it, you wont belive you managed without it ★★★★★ <br> Started by: Ash | 1 | 0 | 11 years, 11 months ago <br> Ash |
| 🔒 Extends WordPress beyond a blog into a fully fledged CMS ★★★★★ | 1 | 0 | 11 years, 11 months ago <br> thehobbo |

| | | | |
|---|---|---|---|
| Forums | | Welcome to Support | Guidelines • Get Involved   Log in |

Started by: Ash

| | | | |
|---|---|---|---|
| 🔒 Extends WordPress beyond a blog into a fully fledged CMS ⭐⭐⭐⭐⭐ Started by: thehobbo | 1 | 0 | 11 years, 11 months ago thehobbo |
| 🔒 Very Promising ⭐⭐⭐⭐☆ Started by: Aldi | 1 | 0 | 11 years, 11 months ago Aldi |
| 🔒 This is clean, simple, powerful and does exactly what you want ⭐⭐⭐⭐⭐ Started by: kythin | 1 | 0 | 11 years, 11 months ago kythin |
| 🔒 Power plugin ⭐⭐⭐⭐⭐ Started by: andred75 | 1 | 0 | 11 years, 11 months ago andred75 |
| 🔒 A word from plugin developer: this is amazing ⭐⭐⭐⭐⭐ Started by: aurimus | 1 | 0 | 11 years, 11 months ago aurimus |
| 🔒 Wish I found it sooner too! ⭐⭐⭐⭐⭐ Started by: triggame | 1 | 0 | 11 years, 11 months ago triggame |
| 🔒 Great Plug-in and Support ⭐⭐⭐⭐⭐ Started by: fancyfiber | 1 | 0 | 11 years, 11 months ago fancyfiber |
| 🔒 Can't live without it! ⭐⭐⭐⭐⭐ Started by: manon1165 | 1 | 0 | 11 years, 11 months ago manon1165 |
| 🔒 Wouldn't consider building a site without it ⭐⭐⭐⭐⭐ Started by: stephjuno | 1 | 0 | 11 years, 11 months ago stephjuno |
| 🔒 Parabéns ⭐⭐⭐⭐⭐ Started by: samuel.arendt | 1 | 0 | 11 years, 11 months ago samuel.arendt |
| 🔒 Excellence avec Elegance & High-Tec! ⭐⭐⭐⭐⭐ Started by: samenezes | 1 | 0 | 11 years, 11 months ago samenezes |
| 🔒 Great Plugin! ⭐⭐⭐⭐⭐ Started by: chomachomachoma | 1 | 0 | 11 years, 11 months ago chomachomachoma |
| 🔒 wish i found it sooner! ⭐⭐⭐⭐⭐ Started by: pixeloco | 1 | 0 | 11 years, 11 months ago pixeloco |
| 🔒 Brings WordPress development to a new level | 1 | 0 | 11 years, 11 months ago |



| | | | |
|---|---|---|---|
| Wish I found it sooner! ★★★★★ Started by: pixeloco | | | years, 11 months ago pixeloco |
| 🔒 Brings WordPress development to a new level ★★★★★ Started by: Lars Koudal | 1 | 0 | 11 years, 11 months ago Lars Koudal |
| 🔒 Fantastic for Crafting Complex UI ★★★★★ Started by: Jamie S | 1 | 0 | 11 years, 11 months ago Jamie S |
| 🔒 The best custom fields plugin ★★★★★ Started by: MisterR | 1 | 0 | 11 years, 11 months ago MisterR |
| 🔒 Very nice and neat. ★★★★★ Started by: jayarjo | 1 | 1 | 11 years, 11 months ago jayarjo |
| 🔒 Gold! ★★★★★ Started by: dj.cowan | 1 | 0 | 11 years, 11 months ago dj.cowan |
| 🔒 The best ★★★★★ Started by: niekdegreef | 1 | 0 | 11 years, 11 months ago niekdegreef |
| 🔒 First plugin to install with new WP ★★★★★ Started by: Leon Harris | 1 | 0 | 11 years, 11 months ago Leon Harris |
| 🔒 Awesome plugin Started by: bridgetwes | 1 | 0 | 11 years, 11 months ago bridgetwes |
| 🔒 A must for custom UI's ★★★★★ Started by: yopraag | 1 | 0 | 11 years, 11 months ago yopraag |

← 1 2 3 … 42 **43** 44 →

You must be logged in to submit a review.

| About | Showcase | Learn | Get Involved | WordPress.com ↗ |
|---|---|---|---|---|
| News | Themes | Documentation | Events | Matt ↗ |
| Hosting | Plugins | Developers | Donate ↗ | bbPress ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future | BuddyPress ↗ |



| | | | |
|---|---|---|---|
| 🔒 The best custom fields plugin ★★★★★ Started by: MisterR | 1 | 0 | 11 years, 11 months ago MisterR |
| 🔒 Very nice and neat. ★★★★★ Started by: jayarjo | 1 | 1 | 11 years, 11 months ago jayarjo |
| 🔒 Gold! ★★★★★ Started by: dj.cowan | 1 | 0 | 11 years, 11 months ago dj.cowan |
| 🔒 The best ★★★★★ Started by: niekdegreef | 1 | 0 | 11 years, 11 months ago niekdegreef |
| 🔒 First plugin to install with new WP ★★★★★ Started by: Leon Harris | 1 | 0 | 11 years, 11 months ago Leon Harris |
| 🔒 Awesome plugin Started by: bridgetwes | 1 | 0 | 11 years, 11 months ago bridgetwes |
| 🔒 A must for custom UI's ★★★★★ Started by: yopraag | 1 | 0 | 11 years, 11 months ago yopraag |

← 1 2 3 … 42 **43** 44 →

You must be logged in to submit a review.

---

| About | Showcase | Learn | Get Involved | WordPress.com ↗ |
|---|---|---|---|---|
| News | Themes | Documentation | Events | Matt ↗ |
| Hosting | Plugins | Developers | Donate ↗ | bbPress ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future | BuddyPress ↗ |

**WordPress.org**            CODE IS POETRY