# EXHIBIT C



News   Showcase   Hosting   Extend   Learn   Community   About   🔍   Get WordPress

Plugin Directory                                                                    Submit a plugin  •  My favorites   Log in

advanced custom fields  🔍      2,678 plugins                                   All   Community   Commercial

## Search results for: "advanced custom fields"

  **Secure Custom Fields**
 (1,283)

Secure Custom Fields is a free fork of the Advanced Custom Fields plugin created originally for security updates, but now includes functionality impro ...

👥 WordPress.org
📊 2+ million active installations     Tested with 6.6.2

  **Advanced Custom Fields: Extended**
 (129)

All-in-one enhancement suite that improves WordPress & Advanced Custom Fields.

👥 ACF Extended
📊 90,000+ active installations     Tested with 6.5.5

  **Pods – Custom Content Types and Fields**
⭐⭐⭐⭐⭐ (408)

Pods is a framework for creating, managing, and deploying customized content types and fields for any project.

👥 Pods Framework Team
📊 100,000+ active installations     Tested with 6.6.2

  **Forminator Forms – Contact Form, Payment Form & Custom Form Builder**
⭐⭐⭐⭐⭐ (1,771)

Best WordPress form builder plugin. Create contact forms, payment forms & order forms with 1000+ integrations.

👥 WPMU DEV
📊 500,000+ active installations     Tested with 6.6.2

  **Advanced Custom Fields: Font Awesome Field**
⭐⭐⭐⭐⭐ (35)

Adds a new 'Font Awesome Icon' field to the popular Advanced Custom Fields plugin.

👥 Matt Keys
📊 100,000+ active installations    Tested with 6.5.5

  **Calculated Fields Form**
⭐⭐⭐⭐⭐ (923)

The CFF plugin allows you to create both simple and professional forms. Its form builder includes dynamic calculated fields and many other controls.

👥 CodePeople
📊 50,000+ active installations    Tested with 6.6.2

  **Meta Box – WordPress Custom Fields Framework**
⭐⭐⭐⭐⭐ (159)

Meta Box plugin is a powerful, professional developer toolkit to create

  **Checkout Field Editor (Checkout Manager) for WooCommerce**
⭐⭐⭐⭐⭐ (989)

Checkout Field Editor (Checkout Manager) for WooCommerce – The



**Meta Box – WordPress Custom Fields Framework**
★★★★★ (159)

Meta Box plugin is a powerful, professional developer toolkit to create custom meta boxes and custom fields for your custom post types in WordPress.

MetaBox.io
600,000+ active installations · Tested with 6.6.2


**Checkout Field Editor (Checkout Manager) for WooCommerce**
★★★★★ (989)

Checkout Field Editor (Checkout Manager) for WooCommerce – The best WooCommerce checkout manager plugin to manage WooCommerce checkout fields.

ThemeHigh
400,000+ active installations · Tested with 6.6.2


**Formidable Forms – Contact Form Plugin, Survey, Quiz, Payment, Calculator Form ...**
★★★★★ (1,242)

The most advanced WordPress forms plugin. Go beyond contact forms with our drag and drop form builder for surveys, quizzes, and more.

Strategy11 Form Builder Team
400,000+ active installations · Tested with 6.6.2


**Advanced Woo Search**
★★★★★ (230)

Advanced WooCommerce search plugin. Search inside any product field. Support for both AJAX search and search results page.

ILLID
70,000+ active installations · Tested with 6.6.2


**Table Field Add-on for SCF and ACF**
★★★★★ (56)

A Table Field Add-on for the Secure Custom Fields and Advanced Custom Fields Plugin.

Johann Heyne
60,000+ active installations · Tested with 6.6.2


**Advanced Custom Fields: Gravity Forms Add-on**
★★★★☆ (13)

Provides an Advanced Custom Field which allows a WordPress user to select a Gravity Form as part of a field group configuration.

Say Hello GmbH
30,000+ active installations · Tested with 6.5.5


**Advanced Product Fields (Product Addons) for WooCommerce**
★★★★★ (257)

Add options (addons) to your WooCommerce products so your customers can personalize their products. Product forms for everyone!

StudioWombat
40,000+ active installations · Tested with 6.6.2


**Yoast SEO**
★★★★★ (27,731)

Improve your WordPress SEO: Write better content and have a fully optimized WordPress site using the Yoast SEO plugin.

Team Yoast
10+ million active installations · Tested with 6.6.2


**Product Addons for Woocommerce – Product Options with Custom Fields**
★★★★★ (420)


**Advanced Shipment Tracking for WooCommerce**
★★★★☆ (306)





**Product Addons for Woocommerce – Product Options with Custom Fields**
★★★★★ (420)

WooCommerce Product Addons Add custom fields to your WooCommerce product page. With an easy-to-use Custom Form Builder.

Acowebs
30,000+ active installations — Tested with 6.6.2



**Advanced Shipment Tracking for WooCommerce**
★★★★½ (306)

Advanced Shipment Tracking(AST) streamlines WooCommerce fulfillment, order fulfillment, reducing inquiries, and boosting customer satisfaction.

zorem
60,000+ active installations — Tested with 6.6.2



**PPOM – Product Addons & Custom Fields for WooCommerce**
★★★★½ (270)

Easily add a range of custom fields to WooCommerce products, from text boxes to date selectors, allowing customers to personalize their orders.

Themeisle
20,000+ active installations — Tested with 6.6.2



**Advanced Custom Fields: Typography Field**
★★★★½ (5)

A Typography Add-on for the Advanced Custom Fields Plugin.

Mujahid Ishtiaq
5,000+ active installations — Tested with 6.4.5



**WPForms – Easy Form Builder for WordPress – Contact Forms, Payment...**
★★★★★ (13,942)

The best WordPress contact form plugin. Drag & Drop form builder to create beautiful contact forms, payment forms, & other custom forms.

WPForms
6+ million active installations — Tested with 6.6.2



**Royal Elementor Addons and Templates**
★★★★★ (469)

Elementor Post Grid, Portfolio, Woocommerce Grid builder Widgets. Slider, Carousel, Form, Testimonial, Gallery, Nav menu addons, Elementor widgets &am ...

WP Royal
400,000+ active installations — Tested with 6.6.2

**1**  2  …  49  Next

---

About | Showcase | Learn | Get Involved | WordPress.com ↗
News | Themes | Documentation | Events | Matt ↗
Hosting | Plugins | Developers | Donate ↗ | bbPress ↗
Privacy | Patterns | WordPress.tv ↗ | Five for the Future | BuddyPress ↗

Form Builder.

customer satisfaction.

👥 Acowebs

👥 zorem

📊 30,000+ active installations   Ⓦ Tested with 6.6.2

📊 60,000+ active installations   Ⓦ Tested with 6.6.2

### PPOM – Product Addons & Custom Fields for WooCommerce
★★★★★ (270)

Easily add a range of custom fields to WooCommerce products, from text boxes to date selectors, allowing customers to personalize their orders.

👥 Themeisle

📊 20,000+ active installations   Ⓦ Tested with 6.6.2

### Advanced Custom Fields: Typography Field
★★★★★ (5)

A Typography Add-on for the Advanced Custom Fields Plugin.

👥 Mujahid Ishtiaq

📊 5,000+ active installations   Ⓦ Tested with 6.4.5

### WPForms – Easy Form Builder for WordPress – Contact Forms, Payment…
★★★★★ (13,942)

The best WordPress contact form plugin. Drag & Drop form builder to create beautiful contact forms, payment forms, & other custom forms.

👥 WPForms

📊 6+ million active installations   Ⓦ Tested with 6.6.2

### Royal Elementor Addons and Templates
★★★★★ (469)

Elementor Post Grid, Portfolio, Woocommerce Grid builder Widgets. Slider, Carousel, Form, Testimonial, Gallery, Nav menu addons, Elementor widgets &am …

👥 WP Royal

📊 400,000+ active installations   Ⓦ Tested with 6.6.2

**1**   2   …   49   Next

About
News
Hosting
Privacy

Showcase
Themes
Plugins
Patterns

Learn
Documentation
Developers
WordPress.tv ↗

Get Involved
Events
Donate ↗
Five for the Future

WordPress.com ↗
Matt ↗
bbPress ↗
BuddyPress ↗

**WORDPRESS.ORG**    CODE IS POETRY