# EXHIBIT A

PLANS & PRICING

# Choose your [WordPress Hosting plan]

Prices are listed  annually ⌄  in  USD ⌄

Best Value



| | | |
|---|---|---|
| Provides managed services for basic WordPress¹ sites or businesses just getting started. | Designed for businesses seeking optimized performance and premium support. | Unrivaled performance, scale and security for mission-critical sites. |
| | Starting at | Starting at |
| **$20** USD /mo | **$400** USD /mo | **$2,000** USD /mo |
| Billed at $360 $240/yr today* | | |
| Buy Now | Get in Touch | Get in Touch |
| ✓ Edge content delivery with global CDN | ✓ Edge content delivery with global CDN | ✓ Edge content delivery with global CDN |
| ✓ 24/7 WordPress technical expertise | ✓ 24/7 WordPress technical expertise | ✓ 24/7 WordPress technical expertise |
| ✓ Managed WP, PHP & MySQL updates | ✓ Managed WP, PHP & MySQL updates | ✓ Managed WP, PHP & MySQL updates |
| ✓ Proactive WordPress security | ✓ Proactive WordPress security | ✓ Proactive WordPress security |
| ✗ Site monitoring alerts | ✓ Site monitoring alerts | ✓ Site monitoring alerts |
| ✗ Auto plugin & theme management | ✓ Auto plugin & theme management | ✓ Auto plugin & theme management |
| ✗ Optimal front & backend performance | ✓ Optimal front & backend performance | ✓ Optimal front & backend performance |
| | ✗ Ongoing technical planning & business reviews | ✓ Ongoing technical planning & business reviews² |

Build your plan:

| Technical Expertise | Technical Expertise |
|---|---|
| ✓ Custom onboarding | ✓ Custom onboarding |
| ✓ On-demand site health assessments | ✓ On-demand site health assessments |

- 1 Site(s)
- 25,000 Visits/mo
- 10 GB Storage
- 75 GB Bandwidth/mo

0 + Additional Site(s) +$17

**For Online Stores**

○ eCommerce Package +$4
- Performance optimizations made for Woo
- Get started faster w/ 1-click store creation
- Stripe Connect hosted checkout

○ Automated Plugin Updates +$3
Keep plugins up to date and your sites secure.

○ Extra Layer of Security +$19
SOC 2 level security with Managed WAF.

○ Page Speed Boost +$17
Improve speed scores with 30+ site optimizations.

[Buy Now]

**Compare all features**

---

✓ Site performance investigations
✗ Application performance monitoring
✗ Platform designed with burst capacity
✗ GeoTargeting

**Security**
✓ Layer 3+4 DDoS Protection
✗ SOC II reports

**Site Building Tools**
✓ Multisite for WordPress
✗ High performance site search

**Add an eCommerce Package**
✓ 1-click Woo store creation
✓ Hosted checkout & Stripe Connect
✓ Performance optimizations for Woo

[Get in Touch]

Call 1-877-973-6446

---

✓ Site performance investigations
✓ Application performance monitoring
✓ Platform designed with burst capacity
✓ GeoTargeting

**Security**
✓ Advanced DDoS & managed WAF
✓ SOC II reports

**Site Building Tools**
✓ Multisite for WordPress
✓ High performance site search

**Add an eCommerce Package**
✓ 1-click Woo store creation
✓ Hosted checkout & Stripe Connect
✓ Performance optimizations for Woo

[Get in Touch]

Call 1-877-973-6446

---

60 day money-back **guarantee**   Excellent ★★★★½ Trustpilot   24/7 expert support for WordPress

## ALL PLANS INCLUDE

# End-to-end management

✓ Fully managed WP, PHP & MySQL updates
✓ Activity log & advanced user permissions
✓ Daily & on-demand backups

✓ Site Speed Boost with EverCache®
✓ Edge content delivery with global CDN
✓ Free automated migration plugin

✓ Transferable site for easy client handoff
✓ Flexible site copy tools
✓ Dev, staging, and production environments

[Select Plan]   [Get in Touch]

Hi there 👋 Anything I can help with?

Select Plan    Get in Touch

WP ENGINE PRODUCTS

# Essential plans

Hosting for WordPress    eCommerce Hosting

|  |  | **Startup**<br>for small websites & blogs<br>Starting at **$20**/mo<br>Buy Now | **Best Value**<br>**Professional**<br>for building your brand<br>Starting at **$40**/mo<br>Buy Now | **Growth**<br>for a growing business<br>Starting at **$77**/mo<br>Buy Now | **Scale**<br>for higher capacity sites<br>Starting at **$194**/mo<br>Buy Now | **Core Hosting**<br>for optimized performance<br>Starting at **$400**/mo<br>Get in Touch |
|---|---|---|---|---|---|---|
| — **Plan Includes** | | | | | | |
| Sites included | ⓘ | 1 | 3 | 10 | 30 | Contact Sales |
| Visits | ⓘ | 25,000 | 75,000 | 100,000 | 400,000 | Contact Sales |
| Local storage | ⓘ | 10 GB | 15 GB | 20 GB | 50 GB | Contact Sales |
| Bandwidth | ⓘ | 75 GB | 150 GB | 240 GB | 550 GB | Contact Sales |

+ **Support & Security**

+ **Site Performance**

+ **Site Building**

WHAT OUR C... Hi there 👋 Anything I can help with?   

# Reviews



WHAT OUR CUSTOMERS SAY ABOUT WP ENGINE

# Reviews

 

### For fully managed WordPress installs, WP Engine is my go-to

When it comes to managed hosting solutions, WP Engine is our platform of choice. Between the 24/7/365 support and a genuinely easy to use interface anyone can safely spin up a site with industry best practices baked in.

 

### Easily one of the best partners we've ever worked with!

We've worked with WP Engine for a number of years now across a range of hosting needs, from shared to dedicated and monolithic WordPress to headless WordPress. Their dedication to great customer support and top-tier technical assistance is second to none.



 

TALK TO A SPECIALIST

# Have more questions?



 





**60 day money-back guarantee:** We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60 day money-back guarantee. All other premium and custom plans are not included.

\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.

[2]Features available based on plan selection.



[2]*Features available based on plan selection.*



| Our Company | Products | Solutions | Community | Resources |
|---|---|---|---|---|
| About Us | WordPress Hosting | Small Businesses | Blog | Resources |
| Case Studies | WooCommerce Hosting | Agencies | Builder Community | Support |
| WP Engine Reviews | Headless WordPress | Developers | Headless Developer Community | FAQs |
| Our Platform Technology | | Enterprises | Find a WordPress Agency | Brand Assets |
| Agency Partner Program | | | | System Status |
| Careers | | | | Privacy Policy |
| Contact Us | | | | Legal |

    

© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.

   


