# EXHIBIT B

WP ENGINE | SOLUTION CENTER          All Solutions   Plugins   Themes   Education   Services

# WordPress plugins.

Find the best plugins for all things WordPress. Vetted by WP Engine.

# Featured plugins.



**Metorik**

Analytics, insights, and management for WooCommerce



**Beaver Builder**

Beaver Builder is a flexible drag and drop page builder for WordPress.



**WP Rocket**

Make your site even faster



**LifterLMS**

Create, sell and protect engaging online courses from your WordPress website



**Lingotek Translation**

The power to translate is now inside WordPress!

**WPForms**

Drag & Drop Form Builder for WordPress



| | | |
|---|---|---|
| **LifterLMS** | **Lingotek Translation** | **WPForms** |
| Create and protect engaging online courses from your WordPress website | The power to translate is now inside WordPress! | Drag & Drop Form Builder for WordPress |



### MonsterInsights
Google Analytics for WordPress made Easy



### ElasticPress
ElasticPress.IO is a fast and flexible search and query engine for WordPress



### GeoTarget by WP Engine
Change content based on a visitor's location



### Yoast SEO Premium
Yoast SEO for WordPress makes SEO accessible for everyone. Start ranking now



### AppPresser
Easily build native iOS and Android apps with WordPress!



### WP Search with Algolia
WordPress Plugin



### OptinMonster
Create lead capture forms to turn abandoning visitors into subscribers.



### AWS for WordPress
Amazon Polly for WordPress is a plugin that turns text into lifelike speech.



### HubSpot
Capture, track, and convert visitors into leads for free



### AMP Plugin for WordPress
Bring the speed and features of AMP to your site,



### Cloudflare Stream Video Plugin for WordPress



### Site Kit
Site Kit makes it easy to set up and configure key



### AMP Plugin for WordPress

Bring the speed and features of AMP to your site, the WordPress way.

### Cloudflare Stream Video Plugin for WordPress

Upload and stream videos in WordPress using Cloudflare Stream

### Site Kit

Site Kit makes it easy to set up and configure key Google products, and gives you overall insights for how to succeed on the Web.

  

### EWWW Image Optimizer

Speed up your website to better connect with your visitors. Faster images and faster sites with EWWW IO.

### AppMySite

AppMySite's mobile app builder empowers businesses with WordPress apps and WooCommerce apps. Build premium native mobile apps with AppMySite's app maker.

### Web Stories by Google

Web Stories is a free plugin for WordPress creators and publishers that allows you to easily produce and share beautiful Web Stories on the open web.

  

### LiveChat

A hassle free WordPress live chat plugin for sales and customer support.

### Accessibility by AudioEye

Technology and services to make the Internet more accessible for everyone.

### Accessibility Checker by Equalize Digital

Make your website accessible to everyone with Equalize Digital Accessibility Checker - WordPress accessibility auditing plugin.

# Design plugins.

Find the best plugins to help design your WordPress site.

  

### Beaver Builder

### Pretty Links

### FooGallery

WP engine | SOLUTION CENTER     All Solutions   Plugins   Themes   Education   Services



### Beaver Builder

Beaver Builder is a flexible drag and drop page builder for WordPress.



### Pretty Links

Shrink, beautify, track, manage and share any URL directly from your site.



### FooGallery

Easy image gallery WordPress plugin



### LifterLMS

Create, sell and protect engaging online courses from your WordPress website




### Lingotek Translation

The power to translate is now inside WordPress!



### WPForms

Drag & Drop Form Builder for WordPress



### Envira Gallery

Beautiful Responsive Photo & Video Galleries for WordPress



### Soliloquy

Easily create responsive sliders in WordPress in just minutes.



### GeoTarget by WP Engine

Change content based on a visitor's location

**MORE DESIGN SOLUTIONS**

# Development plugins.

Use these trusted plugins to develop your WordPress digital experience.

### MemberPress



Hey there! What can we help you with today?



  

SOLUTION CENTER     All Solutions     Plugins     Themes     Education     Services

### Metorik
Analytics, insights, and management for WooCommerce

### Beaver Builder

Beaver Builder is a flexible drag and drop page builder for WordPress.

### MemberPress

MemberPress is a powerful and easy to use WordPress Membership Plugin.


### Pretty Links
Shrink, beautify, track, manage and share any URL directly from your site.


### Revive Old Posts
Keep your content alive by automatically sharing it on Social Media.


### Memberium
Build membership sites connected to Infusionsoft


### NS Cloner
A game-changing tool to quickly copy WordPress sites - any site - and save hours of valuable time!


### WP Rocket
Make your site even faster


### weeblrAMP
weeblrAMP provides advanced Accelerated Mobile Pages support for WordPress

**MORE DEVELOPMENT SOLUTIONS**

# Performance plugins.

Get unprecedented performance for your website.

### WP Rocket

### weeblrAMP

### Imagify Image Optimizer

Hey there! What can we help you with today?

 SOLUTION CENTER     All Solutions    Plugins    Themes    Education    Services



### WP Rocket
Make your site even faster



### weeblrAMP
weeblrAMP provides advanced Accelerated Mobile Pages support for WordPress



### Imagify Image Optimizer
Easily compress images in WordPress



### PHP Compatibility Checker by WP Engine
Make your site faster, check your PHP compatibility



### WP Search with Algolia
WordPress Plugin



### AMP Plugin for WordPress
Bring the speed and features of AMP to your site, the WordPress way.



### Site Kit
Site Kit makes it easy to set up and configure key Google products, and gives you overall insights for how to succeed on the Web.

### EWWW Image Optimizer
Speed up your website to better connect with your visitors. Faster images and faster sites with EWWW IO.

### Cloudinary – Image and Video Optimization, Manipulation, and Delivery
Learn how to use Cloudinary's WordPress Plugin to optimize and manage your media assets effectively.

**MORE PERFORMANCE SOLUTIONS**

# Security plugins.

Hey there! What can we help you with today? 

# WP Engine Solution Center

All Solutions  Plugins  Themes  Education  Services

# Security plugins.

Get the most sophisticated security for your site.



**Stream by XWP**

Track and record all logged-in user activity on your WordPress site.



**Rublon Two-Factor Authentication (2FA)**

Protect your website by verifying logins via email or Rublon mobile app



**Stop User Enumeration**

Help secure your WordPress login IDs



**WP Activity Log**

The most comprehensive & easy to use real-time WordPress audit trail plugin



**Restricted Site Access**

Restrict site access to registered users and specific IP addresses.

**MORE SECURITY SOLUTIONS**

# Intelligence plugins.

Take a deep dive into your analytics.



**MonsterInsights**



**Site Kit**



**Ads.txt Manager**

Hey there! What can we help you with today?

---

Document title: Plugins - Solution Center
Capture URL: https://wpengine.com/solution-center/plugins/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:48:36 GMT



   All Solutions   Plugins   Themes   Education   Services

### MonsterInsights

Google Analytics for WordPress... [text partially obscured] ...it easy ...configure... Google products, and gives you overall insights for how to succeed on the Web.

### Site Kit

### Ads.txt Manager

Create, manage, and... your Ads.txt from within WordPress, just like any other content asset.



### Cloudinary – Image and Video Optimization, Manipulation, and Delivery

Learn how to use Cloudinary's WordPress Plugin to optimize and manage your media assets effectively.



### Accessibility by AudioEye

Technology and services to make the Internet more accessible for everyone.



### Accessibility Checker by Equalize Digital

Make your website accessible to everyone with Equalize Digital Accessibility Checker - WordPress accessibility auditing plugin.

**MORE INTELLIGENCE SOLUTIONS**

# Marketing plugins.

Grow your business, connect with customers, and amplify your brand.



### Pretty Links

Shrink, beautify, track, manage and share any URL directly from your site.



### Laterpay

Sell your posts with Laterpay and accept payments in the most convenient way



### Revive Old Posts

Keep your content alive by automatically sharing it on Social Media.



**PrettyLinks**

Shrink, beautify, track, manage and share any URL directly from your site.



**Laterpay**

Sell your posts with Laterpay and accept payments in the most convenient way



**Revive Old Posts**

Keep your content alive by automatically sharing it on Social Media.



**Opinion Stage**

Create Polls, Surveys, Quizzes, Forms & Lists to boost engagement & revenue



**Replyable**

Two-way email commenting for WordPress



**ConvertKit**

Email marketing for professional bloggers



**LearnDash**

The most trusted way to create & sell online courses with WordPress

**Social Web Suite**

Social Web Suite I The Ultimate Social Media Dashboard for WordPress

**EU Cookie Law**

This helpful plugin allows you conform with EU Cookie Law regulations

**MORE MARKETING SOLUTIONS**

# eCommerce plugins.

Grow your eCommerce business.

**Metorik**

Analytics, insights, and management for WooCommerce

**Laterpay**

Sell your posts with Laterpay and accept payments in the most convenient way



**Memberium**

Build membership sites connected to Infusionsoft



Analytics, insights, and management for WooCommerce



**Laterpay**
Sell your posts with Laterpay and accept payments in the most convenient way



Build membership sites connected to Infusionsoft



**Freemius**
A payments, licensing, updates & usage-tracking solution for plugins/themes



**Easy Digital Downloads**
Easily sell digital products on your WordPress website.

**Dokan Multivendor Marketplace**
Build and manage your dream WooCommerce multivendor using Dokan

**BigCommerce for WordPress**
A powerful commerce engine designed to scale ecommerce on WordPress

**Recapture**
Recapture Abandoned Cart and Email Marketing for WooCommerce, Restrict Content Pro and Easy Digital Downloads.

MORE ECOMMERCE SOLUTIONS



# Want to become a Solutions partner?

WP Engine helps developers, designers, and makers build and deliver products with digital innovation instead of headaches. Drive your business forward, faster.

Hey there! What can we help you with today?

**BigCommerce for WordPress**

A powerful commerce engine designed to scale ecommerce on WordPress

**Recapture**

Recapture Abandoned Cart and Email Marketing for WooCommerce, Restrict Content Pro and Easy Digital Downloads.

MORE ECOMMERCE SOLUTIONS

# Want to become a Solutions partner?

WP Engine helps developers, designers, and makers build and deliver products with digital innovation instead of headaches. Drive your business forward, faster.

SUGGEST A SOLUTION

© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.
¹WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of ... WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this ... do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordP...

Hey there! What can we help you with today?