# EXHIBIT C



Document title: Premuim Wordpress Main Page | The home page of the premium site!
Capture URL: https://web.archive.org/web/20100330012641/http://wpengine.com/
Capture timestamp (UTC): Tue, 15 Oct 2024 04:28:58 GMT