# EXHIBIT D

INTERNET ARCHIVE WaybackMachine http://wpengine.com/ Go SEP DEC JAN
21,009 captures 08
23 May 2009 - 9 Oct 2024 2009 2010 2011 About this capture

Home Features Sign Up FAQ About Blog

# WP ENGINE

Finely Tuned WordPress

We make WordPress **fast**, **secure**, and **scalable** by hosting your site on our rock solid platform.

Learn More ▶ Sign Up ▶

A few of our awesome clients

a smart bear | balsamiq | PUBLIC SCHOOL | Other inbox

## Free CDN Baked-In

We offer free CDN access for your static content (images, CSS, JS, etc) as part of our base price! This means even faster load times plus more scalability, right out of the box.

Read More

## We're Really Fast

Not only do we have blazing fast hardware but all WP Engine sites take advantage of page caching, memcached, resource minifcation, and file compression. We do the work for you!

Read More

## Traffic got you down?

Never again get Fireballed or go down when the press coverage you worked so hard for finally hits! Whether it's sustained or bursty traffic, we keep your site up!

Read More

## Curated Plugins

WordPress has thousands of plugins to choose from. We suggest and provide support for top plugins so it just works! You are still free to use ANY plugins you want however.

Read More

## One-Click Staging

Never again worry about breaking your site when updating your stylesheet, installing a new plugin, or switching themes. With staging you can test any change before making it live.

Read More

## Expert Team

Tired of late-night troubleshooting? With over 15 years of combined experience running top WordPress installs, your site is in good hands.

Read More

© 2010 WPEngine Privacy TOS Home Features Sign Up FAQ Plugins About Affiliate

Document title: WP Engine – Finely Tuned WordPress
Capture URL: https://web.archive.org/web/20101208000154/http://wpengine.com/
Capture timestamp (UTC): Tue, 15 Oct 2024 04:30:17 GMT

