# EXHIBIT E

Case 3:24-cv-06917-AMO   Document 20-5   Filed 10/18/24   Page 2 of 3

# WP ENGINE

**PARTS** — FEATURES & BENEFITS
**SALES** — PACKAGES & PRICING
**SERVICE** — FAQ & SUPPORT

ABOUT   BLOG   CONTACT US
TESTIMONIALS

## SUPERB WORDPRESS HOSTING
SPEED, SCALE, SECURITY & SUPPORT, FULLY MANAGED



**SEE PLANS & PRICING »**

"**Love** WP Engine, my new host! They **solved problems** LiquidWeb & Network Solutions couldn't. Plus made my site **faster & more profitable**. **Total crush.**"

David Leite, Leite's Culinaria



### LUDICROUS SPEED

Slow websites lose visitors and get penalized by Google and Bing. Unacceptable. Our architecture serves thousands of objects per second in double-digit millisecond time. Come experience what real performance is like.

Learn more



### DIGG-PROOF SCALABILITY

Traffic spikes take you down at the worst possible time. We've survived the "Oprah Effect," and we serve 100,000,000 objects daily, so don't worry -- we got you covered.

Learn more



### ADD-ONS COME STANDARD

We've improved WordPress with a staging area, curated plugins, and advanced, automated caching. Then, we partnered with other companies to bring you things like an integrated CDN at no extra charge.

Learn more



### COMFORT & SECURITY

Support shouldn't be a barricade between you and smart engineers. At WP Engine, it's a conduit. Security concerns shouldn't keep you up either. Every day we block 7,000 attacks without batting an eye.

Learn more

**SEE PLANS & PRICING »**

More Features & Specifications

I self-hosted WordPress for years until I started experiencing crashes every time a post made it to the first page of HackerNews. I switched to WP Engine right before speaking at a major event. Not only did my blog survive the traffic spike, but I've doubled the number of subscribers since then and haven't experienced a single outage yet. It's nice to pay someone to handle all the hosting BS that we're no good at. They're WordPress Pros.

Ash Maurya, Author of "Running Lean"

I've really, really liked working with WPEngine and think what you guys are doing and offering are top notch. I'm not a WordPress or hosting expert by any stretch, but I've been around long enough to have a number of not so great experiences. WPEngine is delivering a great hosting experience all around. Thank you.

Andrew McCauley

Document title: WP Engine | WordPress Hosting | A Premium Managed Host for WordPress
Capture URL: https://web.archive.org/web/20111115053852/http://wpengine.com/
Capture timestamp (UTC): Tue, 15 Oct 2024 04:31:32 GMT
Page 1 of 2

Case 3:24-cv-06917-AMO   Document 20-5   Filed 10/18/24   Page 3 of 3

"**Love** WP Engine, my new host! They **solved problems** LiquidWeb & Network Solutions couldn't. Plus made my site **faster & more profitable**. **Total crush**."

David Leite, Leite's Culinaria



## LUDICROUS SPEED

Slow websites lose visitors and get penalized by Google and Bing. Unacceptable. Our architecture serves thousands of objects per second in double-digit millisecond time. Come experience what real performance is like.

Learn more



## DIGG-PROOF SCALABILITY

Traffic spikes take you down at the worst possible time. We've survived the "Oprah Effect," and we serve 100,000,000 objects daily, so don't worry -- we got you covered.

Learn more



## ADD-ONS COME STANDARD

We've improved WordPress with a staging area, curated plugins, and advanced, automated caching. Then, we partnered with other companies to bring you things like an integrated CDN at no extra charge.

Learn more



## COMFORT & SECURITY

Support shouldn't be a barricade between you and smart engineers. At WP Engine, it's a conduit. Security concerns shouldn't keep you up either. Every day we block 7,000 attacks without batting an eye.

Learn more

**SEE PLANS & PRICING »**

More Features & Specifications

---

I self-hosted WordPress for years until I started experiencing crashes every time a post made it to the first page of HackerNews. I switched to WP Engine right before speaking at a major event. Not only did my blog survive the traffic spike, but I've doubled the number of subscribers since then and haven't experienced a single outage yet. It's nice to pay someone to handle all the hosting BS that we're no good at. They're WordPress Pros.

Ash Maurya, Author of "Running Lean"

I've really, really liked working with WPEngine and think what you guys are doing and offering are top notch. I'm not a WordPress or hosting expert by any stretch, but I've been around long enough to have a number of not so great experiences. WPEngine is delivering a great hosting experience all around. Thank you.

Andrew McCauley

---

## WP ENGINE

howdy@wpengine.com

WP Engine is the premier, WordPress-only hosting company. We serve 100,000,000 requests daily, each one carefully and continuously tuned for speed, scalability, and security. We're beloved by hundreds of bloggers from huge, popular sites down to small company home pages who care about their SEO ranking and their users' experience. Perhaps best of all is our tech support, where only WordPress experts answer questions. As Mikhail Baryshnikov says, "Try it. You'll like it."

Features   Pricing   Support   Testimonials   Consultants   Careers at WP Engine   Contact   Privacy   Terms of Service

© 2011 WP Engine, LLC.