# EXHIBIT F



## OUR DIFFERENCE

WP Engine provides best-in-class customer service on top of innovation-driven technology. This is why over 30,000 customers in 120 countries have chosen us for their mission critical WordPress hosting needs.

LEARN MORE



### TECHNOLOGY

Our best-in-class architecture and highly redundant systems keep WordPress fast, scalable, and secure.

LEARN MORE



### EXPERTISE

Every day, we deliver over 800 hours of around-the-clock, professional WordPress support. If you have questions, we have answers.

LEARN MORE



### INNOVATION

With a full-time engineering staff and dedicated labs team, we're defining the bleeding edge of WordPress technology.

LEARN MORE

Contact Us   or Call Us At **1-877-973-6446** / **+1-512-827-3500** (International Inquiries)





# OUR PLANS

Whether you are setting up a personal blog or an intricate and complex multi-site for your brand, WP Engine makes managed WordPress hosting simple, scalable, and secure.

SEE OUR PLANS | TALK TO A MANAGED HOSTING SPECIALIST

## PERSONAL

Looking to run just one site or test us out for a bigger project? Creatives, marketers, and developers can utilize the powerful technology and bulletproof customer service that comes stock with every plan.

- 1 INSTALL
- 25K VISITS/MO.
- 10GB LOCAL STORAGE
- UNLIMITED DATA TRANSFER

$29/mo
RISK FREE FOR 60 DAYS
HOST MY WEBSITE

## PROFESSIONAL

Whether you're managing one site with steady traffic, numerous smaller sites, or hosting for your clients, the Professional plan provides flexibility. When you're ready to take your work to the next level, we're here to help.

- 10 INSTALLS
- 100K VISITS/MO.
- 20GB LOCAL STORAGE
- UNLIMITED DATA TRANSFER

$99/mo
RISK FREE FOR 60 DAYS
HOST MY WEBSITE

## BUSINESS

Your business is your passion, and helping you reach your audience is ours. The Business plan provides higher traffic and install limits and access to cutting edge technology like GeoIP, but still at an affordable shared environment price.

- 25 INSTALLS
- 400K VISITS/MO.
- 30GB LOCAL STORAGE
- UNLIMITED DATA TRANSFER

$249/mo
RISK FREE FOR 60 DAYS
HOST MY WEBSITE

# OUR ENTERPRISE PLANS

Looking for extremely high up-times, massive scalability and bulletproof security? Look no further. Our managed WordPress platforms for Enterprise are trusted by governments and Fortune 50 companies the world over.

SEE OUR PLANS | TALK TO A MANAGED HOSTING SPECIALIST

**Contact Us** or Call Us At **1-877-973-6446** / **+1-512-827-3500** (International Inquiries)

SEE OUR PLANS

TALK TO A MANAGED HOSTING SPECIALIST

## EXPECT EVERYTHING

When you host with us, you get all of us. This means access to the best of what we have, 24 hours a day, 7 days a week. From our industry defining software innovation to our legendary customer service, we provide a WordPress hosting experience that is simply unmatched.



### SUPPORT
24/7 technical support from US-based WordPress experts



### DAILY BACKUPS
Automated, redundant systems to support your critical applications.



### FIREWALL
Multiple, powerful firewalls between your data and outside threats.



### MALWARE SCAN
Proactive detection and elimination of dangerous malware.



### EVERCACHE®
Proprietary caching technology for massive scalability and speed.



### SSL READY
Easily enable SSL across all sites.



### CDN READY
Blazingly fast load times for static content.



### 1-CLICK RESTORE
Instant backup and restore with easy Snapshot Backups.

## THE LATEST NEWS FROM WP ENGINE



KEEP YOUR WEBSITE POSTS STICKY



SEARCH FASTER AND ACCURATELY



SURVIVE THE SHARK TANK EFFECT



SSL SECURITY ON PERSONAL PLANS

| POSTS STICKY | AND ACCURATELY | TANK EFFECT | PERSONAL PLANS |
|---|---|---|---|
| You have a ton of great content on your site, and you want to make it easier for your visitors to see it. | You want your WordPress site to offer the fastest, most accurate search experience. | When a growing business appears on the popular reality show, success can be swift. | SSL is now available to Personal Plan customers. Purchase an SSL certificate to secure your website. |
| READ MORE | READ MORE | READ MORE | READ MORE |

## FREQUENTLY ASKED QUESTIONS

**WE'RE LOOKING FOR THE BEST MANAGED WORDPRESS CLOUD HOSTING SOLUTION FOR WEBSITES AND APPS ON THE MARKET, WHY SHOULD WE CONSIDER WP ENGINE?**

WP Engine is the industry leader in managed WordPress hosting. All we think about is how to run WordPress in the best way possible. Our WordPress hosting platform keeps sites fast, scalable, and secure. Our team has spent years perfecting our WordPress hosting platform. Every feature, from EverCache and staging sites, to GeoIP and one-click SSL, has been built specifically for WordPress users. WP Engine has more than 125 full time WordPress support experts that work in shifts around the clock to help our customers tackle tough WordPress issues. If you hit any snags with your site, our team is here to help you through it, by phone, email or live chat.

**OUR WORDPRESS SITES HAVE BEEN HACKED IN THE PAST. HOW DOES WP ENGINE ENSURE WORDPRESS SITES RUNNING ON THE WP ENGINE PLATFORM ARE SECURE?**

When it comes to security patches and WordPress core updates, WP Engine is proactive in keeping your site secure with automatic updates. We also perform proactive security and malware scans to ensure that all WordPress sites running on WP Engine are free from intrusions. Whether it's a security update for a popular plugin or emergency maintenance due to an issue with a data center, WP Engine's technical support team will ensure you're the first to know if your site is impacted by a security risk. You can sleep easily knowing that the WP Engine team strives to provide the most secure WordPress hosting solution on the market.

**WHY DOES WP ENGINE COST MORE THAN REGULAR SHARED HOSTING? WHAT MAKES WP ENGINE DIFFERENT FROM OTHER WORDPRESS HOSTING PROVIDERS?**

There are many providers that offer bottom dollar hosting. If you are looking for the cheapest web host to run your WordPress sites, prepare to be hacked, run out of bandwidth, and possibly have your site shut off when you max out your allotted amount of monthly traffic. Is that worth saving a few dollars a month? In hosting you get what you pay for, and with WP Engine you get a lot. We take the SysAdmin work out of hosting your WordPress sites and allow you to focus on development and content instead of updates and maintenance. It's an entirely different way to host.



READ MORE   READ MORE   READ MORE   READ MORE

## FREQUENTLY ASKED QUESTIONS

**WE'RE LOOKING FOR THE BEST MANAGED WORDPRESS CLOUD HOSTING SOLUTION FOR WEBSITES AND APPS ON THE MARKET, WHY SHOULD WE CONSIDER WP ENGINE?**

WP Engine is the industry leader in managed WordPress hosting. All we think about is how to run WordPress in the best way possible. Our WordPress hosting platform keeps sites fast, scalable, and secure. Our team has spent years perfecting our WordPress hosting platform. Every feature, from EverCache and staging sites, to GeoIP and one-click SSL, has been built specifically for WordPress users. WP Engine has more than 125 full time WordPress support experts that work in shifts around the clock to help our customers tackle tough WordPress issues. If you hit any snags with your site, our team is here to help you through it, by phone, email or live chat.

**OUR WORDPRESS SITES HAVE BEEN HACKED IN THE PAST. HOW DOES WP ENGINE ENSURE WORDPRESS SITES RUNNING ON THE WP ENGINE PLATFORM ARE SECURE?**

When it comes to security patches and WordPress core updates, WP Engine is proactive in keeping your site secure with automatic updates. We also perform proactive security and malware scans to ensure that all WordPress sites running on WP Engine are free from intrusions. Whether it's a security update for a popular plugin or emergency maintenance due to an issue with a data center, WP Engine's technical support team will ensure you're the first to know if your site is impacted by a security risk. You can sleep easily knowing that the WP Engine team strives to provide the most secure WordPress hosting solution on the market.

**WHY DOES WP ENGINE COST MORE THAN REGULAR SHARED HOSTING? WHAT MAKES WP ENGINE DIFFERENT FROM OTHER WORDPRESS HOSTING PROVIDERS?**

There are many providers that offer bottom dollar hosting. If you are looking for the cheapest web host to run your WordPress sites, prepare to be hacked, run out of bandwidth, and possibly have your site shut off when you max out your allotted amount of monthly traffic. Is that worth saving a few dollars a month? In hosting you get what you pay for, and with WP Engine you get a lot. We take the SysAdmin work out of hosting your WordPress sites and allow you to focus on development and content instead of updates and maintenance. It's an entirely different way to host.

