# EXHIBIT G





# The WordPress Digital Experience Platform.

WP Engine equips you with a suite of agility, performance, intelligence, and integration solutions, so you can build and deploy a range of online experiences from campaign sites to content hubs to ecommerce extensions.



Build differentiated experiences and expand markets faster to respond to your audiences' evolving tastes and needs.

EXPLORE AGILITY



Deliver engaging, lightning-fast, secure, and scalable experiences that reduce bounce rates and improve conversions.

EXPLORE PERFORMANCE



Gain actionable insights on the performance of your pages, content, and applications to enhance and hone your experience.



Leverage the WordPress REST API plus our expertise to integrate and unify your digital experience across your martech stack.

Gain actionable insights on the performance of your pages, content, and applications to enhance and hone your experience.

Leverage the WordPress REST API plus our expertise to integrate and unify your digital experience across your martech stack.

EXPLORE INTELLIGENCE

EXPLORE INTEGRATION

## Our platform, your vision.

From small business to global enterprise, WP Engine is the catalyst for bringing your imagination, skills, and business to life.



### Jobvite Corporate Site

Scaling to demand: Global recruiting platform takes marketing site from struggling to streamlined.

### AMD Developer Central

Content to community: AMD levels up site performance to scale content creation and audience engagement.

### Webby Awards

Recreating a Digital Experience to Honor The Best of The Internet: How WP Engine helped The Webby Awards break through on WordPress.

### Click Here Labs

Free the mind for creativity: Agency eliminates costly overhead to bolster creative prowess and energy.

Case 3:24-cv-06917-AMO   Document 20-7   Filed 10/18/24   Page 5 of 8

# "WP Engine scored highest in the area of cloud capabilities."

—Gartner Magic Quadrant for Web Content Management Systems 2018 (read the report)

## Get 35 StudioPress Themes + Genesis Framework free.

That's over $2,000 in value when you sign up for a WP Engine plan. Plus, all StudioPress themes are Gutenberg ready, for faster, easier editing and customization.

SEE PLANS    EXPLORE THEMES



# Set up your WordPress experience.

Whether you need a custom enterprise solution or you just need managed WordPress hosting to get started, we have a plan that's right for you.

## STARTUP
**All the basics** for starting a small website or blog.

Starts with **1** site
**3 environments**/site
**25K** visits/month

## GROWTH
Features you need for a **growing business.**

Starts with **5** sites
**3 environments**/site
**100K** visits/month

## SCALE
Higher capacity and site limits to **scale your experiences.**

Starts with **15** sites
**3 environments**/site
**400K** visits/month

## CUSTOM
For large businesses and **mission-critical sites.**

Dedicated **environment**
High **performance**
High **availability/redundancy**

Document title: WordPress Hosting, Perfected. WP Engine®
Capture URL: http://web.archive.org/web/20181004073656/https://wpengine.com/
Capture timestamp (UTC): Tue, 15 Oct 2024 19:04:42 GMT
Page 4 of 7



Starts with **1** site
**3 environments**/site
**25K** visits/month
**50GB** bandwidth
**CDN & SSL** included
**Migrations** free
**Page Performance** free
Powerful **tools** available
**35+** StudioPress Themes
**Genesis Framework**

Starting at
**$35** (USD) **/mo**
Risk-free for 60 days.

**Get 2 months free** with annual prepay.

GET STARTED

Starts with **5** sites
**3 environments**/site
**100K** visits/month
**200GB** bandwidth
**CDN & SSL** included
**Migrations** free
**Page Performance** free
Powerful **tools** available
**35+** StudioPress Themes
**Genesis Framework**

Starting at
**$115** (USD) **/mo**
Risk-free for 60 days.

**Get 2 months free** with annual prepay.

GET STARTED

Starts with **15** sites
**3 environments**/site
**400K** visits/month
**400GB** bandwidth
**CDN & SSL** included
**Migrations** free
**Page Performance** free
Powerful **tools** available
**35+** StudioPress Themes
**Genesis Framework**

Starting at
**$290** (USD) **/mo**
Risk-free for 60 days.

**Get 2 months free** with annual prepay.

GET STARTED

Dedicated **environment**
High **performance**
High **availability/redundancy**
Managed **onboarding**
Fastest **support** response
**35+** StudioPress Themes
**Genesis Framework**

**Call 1-877-973-6446**
to talk to a sales specialist

GET IN TOUCH

Want more details on our plans? See full specifications here

Prices listed are in US dollars

# Insights & resources.

Insights and resources to help drive your business forward faster.

## How to Easily Check and Update the PHP Version of Your WordPress Site

All websites are running on code. In the old days, it was...

INTERNET ARCHIVE WaybackMachine https://wpengine.com/ Go
21,009 captures
23 May 2009 - 9 Oct 2024
SEP OCT NOV
04
2017 2018 2019
About this capture

of Your WordPress Site

All websites are running on code. In the old days, it was...

Tips to Protect Your WordPress Website From Being Hacked

The Beginner's Guide to Writing Your Own Custom Shortcode

Everything You Need to Know About Hiring a WordPress Developer

## Trusted by the brands you trust.

ate ID INVESTIGATION DISCOVERY arnette EYEWEAR Hello FRESH AFV THOMSON REUTERS

## Get started.

Build faster, protect your brand, and grow your business with a WordPress platform built to power remarkable online experiences.

GET STARTED TALK TO A SPECIALIST



    



Case 3:24-cv-06917-AMO   Document 20-7   Filed 10/18/24   Page 8 of 8









# Get started.

Build faster, protect your brand, and grow your business with a WordPress platform built to power remarkable online experiences.

**GET STARTED**  **TALK TO A SPECIALIST**

## WP engine®

**SIGN IN**

**WP Engine**
504 Lavaca Street, Suite 1000
Austin, TX 78701

**Sales**
1-877-973-6446
sales@wpengine.com
7am–7pm CST

**Billing**
billing@wpengine.com

**Solutions**
Agency
Enterprise
SMB
Marketer
Developer

**Insights**
Blog
Torque
Velocitize

**About**
Our Company
Leadership Team
Our Platform
Careers
Affiliates
Contact
Legal
Newsroom
Privacy Policy

**Resources**
Resource Center
Documentation
Solution Center
Find an Agency

© 2013–2018 WPEngine, Inc. All rights reserved.    WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.