# EXHIBIT H

WP engine | FLYWHEEL | Local | ACF | STUDIOPRESS | DELICIOUS BRAINS    Experience **confidence** online with WP Engine    Plans & Pricing

Products ▾    Solutions ▾    Why WP Engine? ▾    WordPress Hosting ▾    Pricing    Resources ▾    Log In    🌐    Contact Us

MANAGED WORDPRESS HOSTING

# Finally, a fully managed service

Take the complexity out of website maintenance with a managed hosting platform for WordPress[1] that gives you industry-leading speed, security, and support.

Plans & Pricing    Get in Touch



OUR MANAGED HOSTING PLATFORM

# What makes WP Engine the best managed host for WordPress?

Think of a managed host for WordPress as a dedicated technical assistant that powers your website. This includes threat detection and blocking, daily backups, regular WordPress updates, caching to boost page speeds, and more. WP Engine additionally equips you with premium tools to design, build, and launch your website with ease and 24/7 live support should you need it.





Products | Solutions | Why WP Engine? | WordPress Hosting | Pricing | Resources | Log In | Contact Us



THE WP ENGINE DIFFERENCE

# Benefits of a Managed host for WordPress

**Effortless site management**
1M+ websites receiving automated updates, daily backups, one-click staging, and premium themes.

**Protect your business**
26B+ cyber attacks blocked every year by our security solutions, with free SSL and platform-level protection.

**Boost performance**
+40% page speed increase seen on our platform with reliable uptime during important traffic spikes.

**Expert service**
24/7 global support with a 97% satisfaction rate and no hassle, 60 day money-back **guarantee**.*

FULLY MANAGED HOSTING FOR WORDPRESS

# A smarter way to manage site hosting

Speed | Security | Automation | Support | eCommerce



### The fastest managed hosting for WordPress

We're the fastest hosting platform for WordPress around, and **we proved it**.

WordPress

We're the fastest hosting platform for WordPress around, and **we proved it**. Why does speed matter so much? Fast page load times make site visitors and Google happy. In fact, for every extra second a website takes to load, conversions fall by 12%.



SEE HOW WP ENGINE EMPOWERS

# Brands

Red Door Interactive helps luxury kitchen appliance retailer Thermador achieve **dramatic performance improvements** by migrating its WordPress site to WP Engine's fully managed platform.

Explore Enterprise Solutions      View Case Study





WHAT OUR CUSTOMERS SAY ABOUT WP ENGINE

# Our impact

Testimonials    Case Studies    Reviews

"WP Engine gives me **peace of mind** in knowing I won't ever have to miss another of my daughter's birthdays because on their

"WP Engine's platform provides us with **significant performance gains,** but more importantly, our WP Engine team has been an

"WP Engine onbo_____ing i was the eas___




knowing I won't ever have to miss another of my daughter's birthdays because on their platform, I know I'm in good hands."

**significant performance gains,** but more importantly, our WP Engine team has been an amazing partner for Microsoft. This allows our teams to focus more on our core functions, without the worry of scale, security, or performance."

onboarding i was the eas do."



Lucas Williams
Director of Development at Taproot Agency

Jason Goc
IT Directo

Brian Costea
Sr Group Manager, Web Operations, Microsoft




MANAGED HOSTING FOR WORDPRESS

# FAQ

| | |
|---|---|
| What is managed WordPress hosting? + | What if I have a seasonal business, or 1-2 major events per year that increase website traffic? + |
| Do I need a managed hosting service? + | Can I migrate my website to WP Engine's hosting platform for WordPress? + |
| What are the benefits of a managed WordPress host? + | How much does managed hosting for WordPress cost? + |
| What makes WP Engine's managed hosting platform for WordPress different from competitors? + | Is managed WordPress hosting worth it? + |
| Can WP Engine support enterprise websites on WordPress? + | |



LET'S GET STARTED



What will



# What will you build today?

Plans & Pricing    Explore Hosting

**60 day money-back guarantee:** We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.

\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.



Plans & Pricing   Explore Hosting

**60 day money-back guarantee:** *We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.*

*\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.*



| Our Company | Products | Solutions | Community | Resources |
|---|---|---|---|---|
| About Us | WordPress Hosting | Small Businesses | Blog | Resources |
| Case Studies | WooCommerce Hosting | Agencies | Builder Community | Support |
| WP Engine Reviews | Headless WordPress | Developers | Headless Developer Community | FAQs |
| Our Platform Technology | | Enterprises | Find a WordPress Agency | Brand Assets |
| Agency Partner Program | | | | System Status |
| Careers | | | | Privacy Policy |
| Contact Us | | | | Legal |

  ACF  STUDIOPRESS  DELICIOUS BRAINS  VELOCITIZE  TORQUE

© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1] WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.

   

