# EXHIBIT I

$ USD English (United States) Develop on Woo Hire an expert Get support

Woo | Sell ▾ | Extensions ▾ | Resources ▾ | Enterprise ecommerce | 🔍 | Log in | Create an account




# WooCommerce is the platform that grows with you

No matter what success looks like for you, you can do it with WooCommerce. Our WordPress-based ecommerce platform helps merchants and developers build successful businesses for the long term.

**Learn more**

Or **create an account** to get support, buy from our Marketplace, and more.



## How can Woo help you?

### Sell online

The first step to selling online with WooCommerce is to find a host for your store.

**Get started**

### Build stores for others

Build powerful ecommerce solutions with WooCommerce, our truly open, WordPress-based platform.

**Learn more**



### Power up your store

Already sell on Woo? Explore hundreds of extensions and themes to improve your business.

**Check it out**





## Loved by millions of brands 🧡












  

Discover more

"No other ecommerce platform allows people to start for free and grow their store as their business grows. More importantly, WooCommerce doesn't charge you a portion of your profits as your business grows."



Chris Lema, chrislema.com

# Get expert help with WooCommerce

Save time, sell more, and stay ahead of the competition — hire one of our trusted agencies to help you start or optimize your WooCommerce store.

Hire an expert





# Power up your WooCommerce store

Already sell on Woo? Our Marketplace has hundreds of extensions and themes to boost your conversion and streamline your business.

Check it out

# Custom solutions for high-volume stores

Woo offers next-level customization, advanced selling features, and dedicated support to help established merchants continue growing.

Explore enterprise solutions



Document title: WooCommerce
Capture URL: https://woocommerce.com/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:50:18 GMT

Page 4 of 7

# for high-volume stores

Woo offers next-level customization, advanced selling features, and dedicated support to help established merchants continue growing.

[Explore enterprise solutions]



# The most-trusted ecommerce platform for building success ✨

## 3.6M
online stores built with WooCommerce

StoreLeads (using Woo Cart/Checkout), State of Ecommerce

## 31%
of the top 1 million ecommerce sites

StoreLeads (using Woo Cart/Checkout), State of Ecommerce

## 43%
of the web is built on WordPress

W3Techs, Usage Statistics and Market Share of WordPress

"WooCommerce's greatest strength is its extensibility. There's very little I can't build with WooCommerce. Given enough time and resources it can be finely tailored to even your store's most

<s>"WooCommerce's greatest strength is its extensibility. There's very little I can't build with WooCommerce. Given enough time and resources it can be finely tailored to even your store's most niche feature."</s>



Kathy Darling, kathyisawesome.com

# Start growing your business with Woo

Whether you've got dreams of selling online or want to build stores for others, **you can do it with Woo.**

Get started

| SELL | EXTENSIONS & THEMES | BUILD | RESOURCES | WOO |
|---|---|---|---|---|
| WooCommerce | WooCommerce extensions | Woo for developers | Blog | About |
| Payments | WooCommerce themes | Developer resources | Documentation | Press |
| No-code customization | New | Become a Woo agency | Email newsletter | Join the Woo community |
| Marketing | Essentials | Become a Marketplace partner | Support | Woo trademark guidelines |
| Checkout | Collections | Become an affiliate | WooCommerce hosting | Brand and logo guidelines |
| Shipping | Developed by Woo | | Customer showcase | Do not sell or share my personal information |
| Mobile app | | | Hire an agency | Contact us |
| Enterprise ecommerce | | | Customer success | |
| | | | Support policy | |
| | | | Refund policy | |
| | | | Participate in customer research | |

# Start growing your business with Woo

Whether you've got dreams of selling online or want to build stores for others, **you can do it with Woo.**

[Get started]

| SELL | EXTENSIONS & THEMES | BUILD | RESOURCES | WOO |
|---|---|---|---|---|
| WooCommerce | WooCommerce extensions | Woo for developers | Blog | About |
| Payments | WooCommerce themes | Developer resources | Documentation | Press |
| No-code customization | New | Become a Woo agency | Email newsletter | Join the Woo community |
| Marketing | Essentials | Become a Marketplace partner | Support | Woo trademark guidelines |
| Checkout | Collections | Become an affiliate | WooCommerce hosting | Brand and logo guidelines |
| Shipping | Developed by Woo | | Customer showcase | Do not sell or share my personal information |
| Mobile app | | | Hire an agency | Contact us |
| Enterprise ecommerce | | | Customer success | |
| | | | Support policy | |
| | | | Refund policy | |
| | | | Participate in customer research | |
| | | | Accessibility | |



COPYRIGHT WOOCOMMERCE 2024
TERMS & CONDITIONS   PRIVACY POLICY   PRIVACY NOTICE FOR CALIFORNIA USERS

AUTOMATTIC