# EXHIBIT J

News   Showcase   Hosting   Extend   Learn   Community   About   Get WordPress

Plugin Directory                                                Submit a plugin    My favorites    Log in

Search plugins



# WooCommerce
By Automattic

Download

Details | Reviews | Installation | Development                                       Support

## Description

WooCommerce is the open-source ecommerce platform for WordPress.

Our core platform is free, flexible, and amplified by a global community. The freedom of open-source means you retain full ownership of your store's content and data forever.

Whether you're launching a business, taking brick-and-mortar retail online, or developing sites for clients, use WooCommerce for a store that powerfully blends content and commerce.

- **Create beautiful, enticing storefronts** with themes suited to your brand and industry.
- **Increase revenue** with an optimized shopping cart experience that converts.
- **Customize product pages in minutes** using modular product blocks.
- Showcase physical and digital goods, product variations, custom configurations, instant downloads, and affiliate items.
- Sell subscriptions, bookings, or memberships, with our developer-vetted extensions.
- **Rise to the top of search results** by leveraging WordPress' SEO advantage.
- **Build on a platform that scales.** Get flexible ecommerce for high-volume stores.

### ALL THE TOOLS YOU NEED TO SELL

## Commercial plugin

This plugin is free but offers additional paid commercial upgrades or support.

| | |
|---|---|
| Version | 9.3.3 |
| Last updated | 3 weeks ago |
| Active installations | 7+ million |
| WordPress version | 6.5 or higher |
| Tested up to | 6.6.2 |
| PHP version | 7.4 or higher |
| Languages | See all 69 |
| Tags | ecommerce  online store  sell online  shop  shopping cart |

Advanced View

 
- Rise to the top of search results by leveraging [WooCommerce SEO advantage](#).
- **Build on a platform that scales.** Get flexible ecommerce for [high-volume stores](#).

## ALL THE TOOLS YOU NEED TO SELL

Built-in tools and popular integrations help you efficiently manage your business operations. Many services are free to add with a single click via the optional [Setup Wizard](#).

- **Choose how you want to get paid**. Conveniently manage payments from the comfort of your store with [WooPayments](#) (Available in the U.S., U.K., Ireland, Australia, New Zealand, Canada, Spain, France, Germany, and Italy). Securely accept credit cards, mobile wallets, bank transfers, and cash thanks to [100+ payment gateways](#) – including [Stripe](#), [PayPal](#), and [Square](#).
- **Configure your shipping options**. Print USPS labels right from your dashboard and even schedule a pickup with [WooCommerce Shipping](#) (U.S.-only). Connect with [well-known carriers](#) such as UPS and FedEx – plus a wide variety of delivery, inventory, and fulfillment solutions for your locale.
- **Simplify sales tax**. Add [WooCommerce Tax](#) or [similar integrated services](#) to make automated calculations a reality.

### Grow your business, add features, and monitor your store on the go

WooCommerce means business. Keep tabs on the performance metrics most important to you with [WooCommerce Admin](#) – a powerful, customizable central dashboard for your store.

Expand your audience across marketing and social channels with [Google Ads](#), [HubSpot](#), [Mailchimp](#), and [Facebook](#) integrations. You can always check out the in-dashboard [Marketing Hub](#) for fresh ideas and tips to help you succeed.

Enhance store functionality with hundreds of free and paid extensions from the [official WooCommerce Marketplace](#). Our developers [vet each new extension](#) and regularly review existing extensions to maintain Marketplace quality standards. We are actively [looking for products that help store builders create successful stores](#).

Manage your store from anywhere with the free WooCommerce [mobile app](#) (Android and iOS). Spoiler alert: Keep an ear out for the slightly addictive "cha-ching" notification sound each time you make a new sale!

### Own and control your store data – forever

With [WooCommerce](#), your data belongs to you. Always.

If you opt to share [usage data](#) with us, you can feel confident knowing that it's anonymized and kept secure. Choose to opt-out at any time without impacting your store.

Unlike hosted ecommerce solutions, WooCommerce store data is future-proof; you're free to export all your content and take your site to any platform you choose. No restrictions.



Advanced View

**Ratings**  See all

★★★★★

| | |
|---|---|
| 5 stars | 3,627 |
| 4 stars | 180 |
| 3 stars | 98 |
| 2 stars | 103 |
| 1 star | 390 |

Log in to submit a review.

**Support**

Issues resolved in last two months:

1091 out of 1298

View support forum


Unlike hosted ecommerce solutions, WooCommerce store data is future-proof; you're free to export all your content and take your site to any platform you choose. No restrictions.

**Why developers choose (and love) WooCommerce**

Developers can use [WooCommerce](#) to create, customize, and scale a store to meet a client's exact specifications, making enhancements through extensions or custom solutions.

- Leverage [hooks and filters](#) to modify or create functionality.
- Integrate virtually any service using a robust [REST API](#) and webhooks.
- Design and build custom content blocks with React.
- [Inspect and modify](#) any aspect of the core plugin code.
- Speed up development with a lightning-fast [CLI](#).

The core platform is tested rigorously and often, supported by a dedicated development team working across time zones. Comprehensive documentation is updated with each release, empowering you to build exactly the store required.

**Be part of our growing international community**

WooCommerce has a large, passionate community dedicated to helping merchants succeed – and it's growing fast.

There are [WooCommerce Meetups](#) in locations around the world that you can attend for free and even get involved in running. These events are a great way to learn from others, share your expertise, and connect with like-minded folks.

WooCommerce also has a regular presence at WordCamps across the globe – we'd love to meet you.

**Contribute and translate**

WooCommerce is developed and supported by Automattic, the creators of WordPress.com and Jetpack. We also have hundreds of independent contributors, and there's always room for more. Head to the [WooCommerce GitHub Repository](#) to find out how you can pitch in.

WooCommerce is translated into multiple languages, including Danish, Ukrainian, and Persian. Help localize WooCommerce even further by adding your locale – visit [translate.wordpress.org](#).

**Connection to WooCommerce.com**

You can connect your store to [WooCommerce.com](#) to manage your subscriptions on WooCommerce Marketplace and receive product updates without leaving WordPress admin. Connection also enables installation of purchased products right from WooCommerce.com and streamlines access to technical support. If you'd like to learn about what data is gathered and how it is used, please refer to our [Privacy Policy](#).

 Plugin Directory  •  WooCommerce  Case 3:24-cv-06917-AMO   Document 20-10   Filed 10/18/24   Page 5 of 7 Submit a plugin  My favorites  Log in

WooCommerce Marketplace and receive product updates without leaving WordPress admin. Connection also enables installation of purchased products right from WooCommerce.com and streamlines access to technical support. If you'd like to learn about what data is gathered and how it is used, please refer to our Privacy Policy.

## Screenshots



## Blocks

This plugin provides 2 blocks.

 **Filter by Rating Controls** Enable customers to filter the product grid by rating.

 **Filter by Stock Controls** Enable customers to filter the product grid by stock status.

## FAQ

Where can I find WooCommerce documentation and user guides?

Where can I get help or talk to other users about WooCommerce Core?

Where can I get help for extensions I have purchased from the WooCommerce Marketplace?

I'm having trouble logging in to WooCommerce.com – what now?

Will WooCommerce work with my theme?

Document title: WooCommerce – WordPress plugin | WordPress.org
Capture URL: https://wordpress.org/plugins/woocommerce/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:49:58 GMT
Page 4 of 6


I'm having trouble logging in to WooCommerce.com – what now?

Will WooCommerce work with my theme?

How do I update WooCommerce?

My site broke – what do I do?

Where can I report bugs?

Where can I request new features, themes, and extensions?

WooCommerce is awesome! Can I contribute?

Where can I find REST API documentation?

My question is not listed here. Where can I find more answers?

## Contributors & Developers

"WooCommerce" is open source software. The following people have contributed to this plugin.

Automattic

WooCommerce

Mike Jolley (a11n)

James Koster

Claudio Sanches

Rodrigo Primo

Peter Fabian

Vedanshu – a11n

Julia Amosova

obliviousharmony

Néstor Soriano Vilchez

sadowski

Ron Rennick

royho

Barry

Claudiu Lodromanean

Tiago Noronha

Kelly Choyce-Dwan

levinmedia

Albert Juhé Lluveras

Darren Ethier (nerrad)

Joshua Wold

Nadir Seghir a11n

Rua Haszard

Michael P. Pfeiffer

Niels Lange

Tiago Noronha
Kelly Choyce-Dwan
levinmedia
Albert Juhé Lluveras
Darren Ethier (nerrad)
Joshua Wold
Nadir Seghir a11n
Rua Haszard
Michael P. Pfeiffer
Niels Lange
Raluca
tjcafferkey
danielwrobert
patriciahillebrandt
albarin
Tung Du
imanish003
Karol Manijak
sunyatasattva (a11n)
Alexandre Lara
Luigi Teschio
danieldudzic
Sam
Alex Florisca
opr18
tarunvijwani
Paulo Arromba
Saad T.
Boro Sitnikovski
Gerhard Potgieter
Corey McKrill a11n
Jorge A. Torres
Leif Singer

Document title: WooCommerce – WordPress plugin | WordPress.org
Capture URL: https://wordpress.org/plugins/woocommerce/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:49:58 GMT



