# EXHIBIT L



# SOLUTION CENTER
Innovative resources for building amazing digital experiences on WP Engine

SITE SETUP | DEVELOPMENT | SPEED | SECURITY | MARKETING | DESIGN | ECOMMERCE | ENHANCE | CONTENT

## FEATURED
The best-of-the-best solutions for improving your site.

VIEW ALL

**Amazon Polly** — Amazon Polly for WordPress is a plugin that turns text into lifelike speech.

**WPForms** — Drag & Drop Form Builder for WordPress

**Perfect Dashboard** — Easily manage, update & test WordPress

**Yoast SEO for WordPress** — Yoast SEO for WordPress makes SEO accessible for everyone. Start ranking now

## SITE SETUP
Domain, email, and other handy tools for setting up new digital experiences

VIEW ALL



**WP Engine Site Migration Plugin** — Easily move sites to WP Engine

**Cloudflare** — Further optimize your site for speed & security

**EU Cookie Law** — This helpful plugin allows you conform with EU Cookie Law regulations

**Website Localizer – Translate.com** — Localize text, images and video on your website to serve a global audience.

## DEVELOPMENT
Try these solutions that helpmake your workflow even faster

VIEW ALL




---

Document title: WP Engine Solution Center
Capture URL: https://web.archive.org/web/20180228230453/https://wpengine.com/solution-center/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:48:50 GMT
Estimated post date: 02/28/2018 11:04:53 PM

Try these solutions that help make your workflow even faster.

VIEW ALL



**Query Monitor**
A powerful debugging plugin for anyone developing with WordPress

**Perfect Dashboard**
Easily manage, update & test WordPress

**Flexible Workflows by WP Engine**
Custom development environments & workflows

**Admin Columns Pro**
Custom admin columns. Sort, Filter & Edit them inline.

# SPEED

Explore these solutions for decreasing your load time and delighting your visitors

VIEW ALL






**Shareaholic – The Essential Social Media Toolkit**
Speed-friendly Social Media & SEO toolkit

**Imagify Image Optimizer**
Easily compress images in WordPress

**Engagement Grower (Faster Related Posts)**
Related posts with easy A/B split testing, manual selection, and great speed

**Page Performance by WP Engine**
Test your site and get insights on how to make it faster

# SECURITY

Add additional protection for your site and workflows

VIEW ALL





**Rublon Two-Factor Authentication (2FA)**
Protect your website by verifying logins via email or Rublon mobile app

**Stop User Enumeration**
Help secure your WordPress login IDs

**Google Captcha (reCaptcha)**
Add reCaptcha to login and forms!

**WPScan Security Scanner**
WordPress vulnerability scanning

# MARKETING

Tools for increasing traffic or helping with monetization

VIEW ALL











**SendinBlue**
Send marketing & transactional emails & text messages

**Pretty Links**
Shrink, beautify, track, manage and share any URL directly from your site.

**WordLift**
A WordPress Plugin that does what an SEO expert would do

**Revive Old Post**
Keep your content alive by automatically sharing it on Social Media

## DESIGN
Useful solutions for implementing beautiful designs in WordPress               VIEW ALL






**Beaver Builder**
Beaver Builder is a flexible drag and drop page builder for WordPress.

**LearnDash**
A great way to create & sell online courses with WordPress.

**Envira Gallery**
Beautiful Responsive Photo & Video Galleries for WordPress

**Modula Grid Gallery**
Multipurpose WordPress plugin for attention-grabbing Photo Galleries.

## ECOMMERCE
Get the solutions you need to generate revenue directly from WordPress              VIEW ALL






**LaterPay**
Sell your posts with LaterPay and accept payments in the most convenient way

**WP Engine Toolkit for WooCommerce**
Boost the performance of your WooCommerce site

**Metorik**
Analytics, insights, and management for WooCommerce

**MemberPress**
MemberPress is a powerful and easy to use WordPress Membership Plugin.

## ENHANCE
Tons of useful solutions for adding functionality to your site               VIEW ALL










**LaterPay**
Sell your posts with LaterPay and accept payments in the most convenient way

**WP Engine Toolkit for WooCommerce**
Boost the performance of your WooCommerce site

**Metorik**
Analytics, insights, and management for WooCommerce

**MemberPress**
MemberPress is a powerful and easy to use WordPress Membership Plugin.

# ENHANCE
Tons of useful solutions for adding functionality to your site     VIEW ALL






**The Events Calendar**
Create a calendar and manage events easily with The Events Calendar.

**Multilingualpress**
The perfect solution for performance and SEO optimized multilingual websites

**Replyable**
Two-way email commenting for WordPress

**FooGallery**
Easy image gallery WordPress plugin

# CONTENT
Expertly manage your content and add new content types to your site     VIEW ALL






**Lingotek Translation**
The power to translate is now inside WordPress!

**Soliloquy**
Easily create responsive sliders in WordPress in just minutes.

**Advanced Custom Fields**
Customize WordPress with powerful, professional, and intuitive fields

**Content Performance by WP Engine**
WordPress specific Google Analytics insights

Visit WP Engine Website | User Portal

© 2017 WPEngine, Inc. All Rights Reserved.
WP ENGINE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.