# EXHIBIT M





**WOOCOMMERCE HOSTING**

# The path to eCommerce success starts here

| | | |
|---|---|---|
| ○ Startup | 1 site, 25,000 visits/mo | $24 USD /mo |
| ● Professional | 3 sites, 75,000 visits/mo | $50 USD /mo |
| ○ Growth | 10 sites, 100,000 visits/mo | $94 USD /mo |
| ○ Scale | 30 sites, 400,000 visits/mo | $234 USD /mo |
| ○ Custom | Premium hosting solutions | Starting at $500 USD /mo |

$50 USD /mo    [Buy Now]   [View All Plans]

Billed at $900 $600*   *First year pricing for new customers only.*

Excellent ★★★★½ 1,421 reviews on ★ Trustpilot

🏅 60 day money-back **guarantee**

🎧 24/7 expert support for WordPress[1]

**WOOCOMMERCE PEACE OF MIND**

# Simplify. Sell more.



Hello! Do you have any questions about hosting for WooCommerce?









back guarantee

- Platform
- Support & Security
- Site Performance
- Site Building



SEE HOW WP ENGINE EMPOWERS

# Businesses

WP Engine Agency Partner Frank Digital helps Gregory Jewellers reimagine eCommerce on WordPress and **increases time on site engagement by nearly 70%.**

Explore Small Business Solutions

View Case Study

WHAT OUR CUSTOMERS SAY

# Our impact



Document title: Managed WooCommerce Hosting for WordPress | WP Engine®
Capture URL: https://wpengine.com/woocommerce/
Capture timestamp (UTC): Tue, 15 Oct 2024 03:50:49 GMT
Page 4 of 7



# Our Impact

> "Finding the right trusted partner is essential to achieve amazing results. There is little point in suggesting new and exciting ideas to our clients when the server isn't stable. WP Engine created a solid foundation for our clients and allowed us to bring them **strong conversion results.**"
>
> Irwin Hau
> Director, Chromatix Digital Agency

> "Using an open source option like WordPress paired with WP Engine's support, security, and WooCommerce optimized performance, we've gained flexibility and creative freedom in the way we package our products and add value for our customers."
>
> Satya Inayat Khan
> Partner & CMO, Functional Bodybuilding

> "Usir Engir comk

A GUIDE TO ECOMMERCE HOSTING

# An overview of WooCommerce for WordPress eCommerce success

Overview | WooCommerce 101 | WooCommerce Hosting | How does WooCommerce work? | Additional FAQs

## WooCommerce: empowering eCommerce success

Are you ready to take your business online and maximize its potential? Look no further than WooCommerce, the powerful plugin for WordPress that can transform your website into a thriving online store. Whether you're a budding entrepreneur, a small business owner, or you represent an established enterprise, WooCommerce caters to your eCommerce needs.

What makes WooCommerce so enticing? Here are a few reasons:

**What is WooCommerce?**

**Can I host WooCommer**

Hello! Do you have any questions about hosting for WooCommerce?

**How much does WooCommerce cost?**

**Who created WooCommerce?**





60 day money-back guarantee: We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.
* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.





\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.



## Our Company

About Us

Case Studies

WP Engine Reviews

Our Platform Technology

Agency Partner Program

Careers

Contact Us

## Products

WordPress Hosting

WooCommerce Hosting

Headless WordPress

## Solutions

Small Businesses

Agencies

Developers

Enterprises

## Community

Blog

Builder Community

Headless Developer Community

Find a WordPress Agency

## Resources

Resources

Support

FAQs

Brand Assets

System Status

Privacy Policy

Legal

    

TORQUE

© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

    

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.

