# EXHIBIT N


Case 3:24-cv-06917-AMO   Document 20-14   Filed 10/18/24   Page 2 of 4

Looking to switch from WP Engine? Apply here

Pressable | Features | Solutions | Resources | Changelog | Pricing | Log In | Schedule a demo

# Want to Break Free from Your WP Engine Contract? We'll Cover the Cost.

Migrate your site to Pressable today. We'll buy out your contract and credit your account. Switch today to experience better performance, security, and support—on us.



## Apply Now

**Name** (Required)

First    Last

**Email**(Required)

**Current Host**(Required)

**Current Plan Type**

○ Monthly Plan
○ Annual Plan
○ Multiple Year Plan

Submit





Looking to switch from WP Engine? Apply here

## How does the contract buyout work?

1

### Step One

Fill out the form above to submit your application.

2

### Step Two

Check your email and send us a copy of your existing contract.

3

### Step Three

One of our experts will help you choose the best plan for your hosting needs and credit your account with your buyout amount.

4

### Step 4

Migrate your site(s) to Pressable with our white glove service—you don't need to lift a finger.

Apply Today

# Frequently Asked Questions

Categories

Contract Buyout

### Contract Buyout

How long will it take to complete this process?

What details do I need to provide?

How do you calculate my buyout credit?

What if I'm not currently on an annual contract? Can I still participate in this?

What are the eligibility requirements for this offer?

Are there any technical limitations I should be aware of prior to moving over?

# Pressable

Features | Solutions | Resources | Changelog | Pricing | Log In | Schedule a demo

Contract Buyout

Looking to switch from WP Engine? Apply here

What are the eligibility requirements for this offer?

Are there any technical limitations I should be aware of prior to moving over?

What if I'm not in the U.S.?

Who do I contact for more information?

## Schedule a Tour

Interested in Pressable but want to have a look around first? Book a tour of our hosting platform and discover how fine-tuned it is.

Schedule Today



---

Chat with Sales | 1 (888) 602-6756 | sales@pressable.com

Back to top ↑

### Get Started
- Chat with Sales
- Schedule a Demo
- Pricing & Plans
- Customer Reviews
- Migrate a Site

### Highlights
- What is Pressable?
- What makes Pressable different?
- Who is Pressable best for?
- How much does Pressable cost?
- Why choose Pressable?

### Resources
- Hire An Agency
- For Agencies
- Affiliate Program
- Knowledge Base
- API Documentation

### Company
- About Us
- Contact
- Press Kit
- Legal
- Sitemap

An _____ hosting lab

Powered by WordPress

© 2024 Pressable, Inc. All rights reserved.

SLA | Support Policy | Cookies