# EXHIBIT Q



Hi ▮

Of course. I have just messaged ▮

We have decided to go with a 1 year contract (rather than 3), we believe that with the escalation of the issues between WP Engine and Wordpress this is the most prudent move.

We hope to be able to engage with you again next year.

Thanks

▮