# EXHIBIT R

# SCF pushed to all my client sites and activated without approval





**1 day, 6 hours ago**

Last night I found out about this appropriation of ACF's work. Today when I updated my 90 client sites I spent an extra hour manually updating the real ACF plugin on some sites and then answering a couple of support tickets from worried and ticked-off clients who noticed that either their custom fields had gone missing, or their admin page was no longer reachable.

On those sites, I found that this unwanted altered version of the free plugin was active and had forced ACF Pro to deactivate. Once I removed SCF, and reactivated ACF Pro, everything was fine. This was not how I planned to spend my day.

Now my clients are feeling the results of this mess too, as their websites are directly affected.

EDIT: This morning I see in ManageWP that SCF has been added to all 90 of my clients' sites, without my knowledge, even the ones where I've already removed it. And activated – deactivating my ACF Pro installs and breaking client sites. I'm removing it, again. Is this going to keep happening? How do I prevent it??

- This topic was modified 13 hours, 48 minutes ago by redkite.
- This topic was modified 13 hours, 44 minutes ago by redkite.