# EXHIBIT C



News    Showcase    Hosting    Extend    Learn    Community    About                                    Get WordPress

WordPress Developer Resources                                              Developer Blog    Code Reference    WP-CLI Commands

Home / Plugin Handbook / The WordPress.org Plugin Directory

Search resources

**Chapters**

- Plugin Handbook
- Introduction to Plugin Development
- Plugin Basics
- Plugin Security
- Hooks
- Privacy
- Administration Menus
- Shortcodes
- Settings
- Metadata
- Custom Post Types
- Taxonomies
- Users
- HTTP API
- REST API
- JavaScript
- Cron
- Internationalization
- The WordPress.org Plugin Directory
  - Add Your Plugin to the Block Directory
  - Alerts and Warnings
  - Block Specific Plugin Guidelines
  - Common issues
  - Compliance Disclaimers
  - Detailed Plugin Guidelines
  - How Your Plugin Assets Work
  - Managing Your Plugin's Security
  - Planning, Submitting, and Maintaining Plugins
  - Plugin Developer FAQ
  - Plugin Readmes
  - Preventing WordPress from Updating Your External Plugin

# The WordPress.org Plugin Directory

In this article

**WordPress.org offers free hosting to anyone who wishes to develop a plugin in our directory.**

All plugins hosted here have access to:

- Monitor statistics (see also the WordPress.org Plugin API)
- Receive feedback and reviews from users
- Provide support via a free forum

> Make sure you review the Developer FAQ!

And make sure that you've reviewed the common issues that the Plugin Review Team typically encounters when reviewing plugins.

If you require assistance with your hosting on WordPress.org, you can contact the plugin team via Slack in `#pluginreview`.

## Requirements

A brief overview:

- Plugins must be compatible with the GNU General Public License v2 or later. If a license is not specified, code will be considered "GPLv2 or later."
- The provided Subversion repository must be used for functional WordPress plugins only.
- Copyright and Trademark law must be respected.
- The plugin and developer must not do anything illegal, dishonest, or morally offensive. This includes spamming or harassment.

> All plugins and developers must comply with our Detailed Plugin Guidelines.

## How to …

- Planning, Submitting, and Maintaining Plugins
- Plugin Developer FAQ
- Plugin Readmes
- Preventing WordPress from Updating Your External Plugin
- Previews and Blueprints
- Release Confirmation Emails
- Special User Roles and Capabilities
- Take Over an Existing Plugin
- Transferring Your Plugin to a New Owner
- Using Subversion
- Using the Forums
- › Developer Tools
- Creating Tables with Plugins
- Credits

⚠ All plugins and developers must comply with our Detailed Plugin Guidelines.

## How to ...

If you're just getting started, it helps to know how to submit your plugin, use SVN, and so on.

- ... plan, submit, and maintain your plugin
- ... use SVN (aka Subversion)
- ... manage your readme.txt
- ... write proper plugin headers
- ... use plugin assets (header images and icons)
- ... take over an existing plugin
- ... use the support forums
- ... grant users special roles (contributor, supporter, committer, etc)
- ... transfer your plugin to a new owner
- ... add your plugin to the block directory
- ... manage your plugin's security
- ... report an insecure plugin

**First published**
October 19, 2014

**Last updated**
August 3, 2024

Previous · Localization                Add Your Plugin to the Block Directory · Next

---

About
News
Hosting
Privacy

Showcase
Themes
Plugins
Patterns

Learn
Documentation
Developers
WordPress.tv ↗

Get Involved
Events
Donate ↗
Five for the Future

WordPress.com ↗
Matt ↗
bbPress ↗
BuddyPress ↗

**WORDPRESS.ORG**            CODE IS POETRY