# EXHIBIT E

On Sep 20, 2024, at 10:23 AM, Mark Davies <mark.davies@automattic.com> wrote:

Lee,

Attached is the agreement that Matt has agreed. Please take a look and let us know if this is something you can work with.

We'd like to get this resolved before Matt makes his WCUS keynote at 3:45 p.m. PDT today.

Thanks,

Mark

--

**Mark Davies**
CFO, Automattic
801.319.9120
<Term Sheet WP Engine, Inc. - Automattic - Trademark License_09.19.2024.pdf>