# EXHIBIT F

> I have 14 slides so far, working title for the talk: "How Private Equity can Hollow out and Destroy Open Source Communities, a Story in 4 Parts."
>
> I've got quotes from current and former employees, some may even stand up and speak as well.

> Just called. Should I run these slides or not?
>
> Is next week a negotiation on the % or it happening at all? I am not going to be able to walk it back
>
> I know that this is the nuclear option, it sets us down a specific path

> If you're saying "next week" that's saying "no", so I will proceed with the scorched earth nuclear approach to WPE
>
> Thank you for the clarity, it gives me time to work on things and hone my message.

> If I'm going to make the case to the WP community about why we're banning WPE I need to do it in my talk tomorrow. Your delaying is just trying to remove that.



> I'm literally waiting for them to finish the raffle so my talk can start, I can make it just a Q&A about WP very easily