# EXHIBIT G





Today 2:10 PM

Heather, after our extensive discussions about you joining Automattic, the offer you negotiated with me is still on the table.

* You can join Automattic and match all of your compensation economics, as we discussed in January.
* I will extend that matching to anyone from WPE who wants to follow you. (You said you wanted to do right by your team; this addresses it.)

Let me know by midnight PT if you decline or accept this offer.

If you decline, on Monday morning, I tell Greg Mondres:
* Lee's refusal to negotiate terms to resolve our conflict.
* Your interviewing with Automattic over the past year.
* I will possibly tell the press all of the above.

