# EXHIBIT H

From: **Automattic Security Team** <security@automattic.com>
Date: Fri, Oct 4, 2024 at 7:38 PM
Subject: Responsible Disclosure - Vulnerability in Advanced Custom Fields
To: <acf-security@wpengine.com>
CC: Matt Mullenweg <matt@automattic.com>, <security@automattic.com>, <heather.brunner@wpengine.com>

Howdy,

We are writing today to let you know about a vulnerability we
discovered in your WordPress plugin, Advanced Custom Fields, found at
https://wordpress.org/plugins/advanced-custom-fields/. The
vulnerability allows administrators to run arbitrary PHP functions,
which we consider to be a medium level of risk due to it being
exploitable in multisite configurations. We have confirmed this issue
in the current version available on WordPress.org, 6.3.6, as well as
the latest version available from advancedcustomfields.com, 6.3.7.  In
order to replicate the attack we recommend you follow the proof of
concept we're sharing: By default, an administrator is allowed to run
imports from a JSON file. One can import different post types (acf
field group, acf post type, and acf taxonomy). The importer uses the
key item of each imported item to determine the post type to use. In
this particular case, if we use the post_type_ prefix, once the post
type gets imported it will be mapped to ACF_Post_Type which results in
custom post types registered in the DB to be loaded in WP-Admin.

```
[
 {
 "key": "post_type_demo",
 "post_type": "demo",
 "title": "demo",
 "active": true,
 "_valid": true,
 "labels": {
 "name": "demo",
 "singular_name": "demo",
 "menu_name": "demo"
 },
 "register_meta_box_cb": "wp_write_post"
 }
```

]

One is able to specify any callback for register_meta_box_cb (it
actually needs something that doesn't use type hinting because the
first parameter is a WP_Post object) which will be executed when you
navigate to /wp-admin/post-new.php?post_type=demo. If one performs a
CSRF attack against another user that has the unfiltered_html
capability (i.e. a superadmin in a multisite context), the snippet
above will allow to create a post using the current user capabilities
by doing a POST request to /wp-admin/post-new.php?post_type=demo.

Remediation:

We recommend limiting access to the import features to Super
Administrators when in multisite context, which can be done using the
is_super_admin() function in WordPress Core.

We kindly request your acknowledgment of the identified vulnerability
as outlined in our Responsible Vulnerability Disclosure process
available at https://wpscan.com/vulnerability-disclosure-policy.
Please note the disclosure policy has a 30 day timeline before public
disclosure   Please also share an estimated timeline for when the fix
might be deployed. If we don't receive a response from you within the
next 5 business days, we may need to reach out to the Marketplace
where your extension is published for further assistance in fixing the
issues we have found. Please let us know if you have any questions or
if you would like us to verify the fix before releasing a new version.

When you release a fix for this security issue, please credit the
"Automattic Security Team" for finding and disclosing it responsibly.
CVE-2024-9529 has been reserved for this issue.

Thank you for your attention!
Automattic Security Team