# EXHIBIT I



**Thread**
#club

Today at 3:27 PM

Who are these developers taking time to migrate away from ACF?! I've never heard a comment that is more out of touch with how professional websites are built on WordPress. It doesn't work like that lol

**Matt Mullenweg** ✓

What are the best alternatives to Advanced Custom Fields @wp_acf for people who want to switch away? Is there an easy way to migrate?

I suspect there are going to be millions of sites moving away from it in the coming weeks.

5:40 AM · Oct 5, 2024 · **14.4K** Views

1 reply

**matt** 4 mins

Hmm, I guess you'll have to wait to see why people might not trust ACF as much going forward