# EXHIBIT L



Log in to your WordPress.org account to
contribute to WordPress, get help in the support
forum, or rate and review themes and plugins.

Username or Email Address

Password

☐ I am not affiliated with WP Engine in any way,
financially or otherwise.

☐ Remember Me

Log In

Lost password?   •   Create an account

English



Document title: WordPress.org Login | WordPress.org English
Capture URL: https://login.wordpress.org/
Capture timestamp (UTC): Tue, 15 Oct 2024 18:52:09 GMT