# EXHIBIT M



https://wordpress.org/plugins/advanced-custom-fields/

Plugin Directory  •  Secure Custom Fields

Submit a plugin  •  My favorites  •  Log in

Search plugins

### Secure Custom Fields

By WordPress.org

Download