1  Michael M. Maddigan (Bar No. 163450)
   michael.maddigan@hoganlovells.com
2  **HOGAN LOVELLS US LLP**
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
4  Telephone: (310) 785-4600

5  Neal Kumar Katyal, *pro hac vice pending*
   neal.katyal@hoganlovells.com
6  Anna Kurian Shaw, *pro hac vice pending*
7  anna.shaw@hoganlovells.com
   Lauren Cury, *pro hac vice pending*
8  lauren.cury@hoganlovells.com
   **HOGAN LOVELLS US LLP**
9  555 Thirteenth Street NW
   Washington, D.C. 20004
10 Telephone: (202) 637-5600

11
   *Attorneys for Defendants Automattic Inc. and*
12 *Matthew Charles Mullenweg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | Judge: Hon. Araceli Martinez-Olguin |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | |
| Defendants. | |

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Automattic Inc. and Matthew
2  Charles Mullenweg disclose the following:
3    Automattic Inc. has no parent corporation.  Salesforce is a publicly held corporation which
4  owns 10% or more of Automattic's stock.
5    Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed
6  persons, associations of persons, firms, partnerships, corporations (including parent corporations)
7  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
8  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
9  substantially affected by the outcome of this proceeding:
10   1. Automattic Inc.: Defendant
11   2. Matthew Charles Mullenweg: Defendant
12   3. WordPress Foundation: owner of trademarks implicated by proceeding
13   4. Tiger Global: Shareholder of Automattic Inc.
14   5. Shareholders who own less than 10% of Automattic Inc.
15
16   Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no
17  conflict of interest (other than the named parties) to report.
18
19  Dated: October 21, 2024      By:   */s/ Michael M. Maddigan*
20                                        Michael M. Maddigan
21                                    **HOGAN LOVELLS US LLP**
22                                        Michael M. Maddigan (Bar No. 163450)
                                          Neal Kumar Katyal, *pro hac vice pending*
23                                        Anna Kurian Shaw, *pro hac vice pending*
                                          Lauren Cury, *pro hac vice pending*
24
25                                        *Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*
26
27
28

-1-    Case No. 3:24-cv-06917-AMO
DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS