Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | Judge: Hon. Araceli Martinez-Olguin |
| Defendants. | |

# JOINT STIPULATION

Pursuant to Civil Local Rule 6-1(a), Defendants Automattic Inc. and Matthew Charles Mullenweg have requested that they shall have until October 30, 2024 to respond to WPEngine, Inc.'s Complaint.  Plaintiff WPEngine, Inc. has agreed to Defendants' request.  Defendants Automattic Inc. and Matthew Charles Mullenweg further agree not to dispute that service was properly made under Fed. R. Civ. P. 5 and Civil Local Rules 4 and 5.

**IT IS SO STIPULATED.**

Dated: October 21, 2024

By: */s/ Michael M. Maddigan*
Michael M. Maddigan

**HOGAN LOVELLS US LLP**
Michael M. Maddigan (Bar No. 163450)

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*

Dated: October 21, 2024

By: */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Rachel Herrick Kassabian (Bar No. 191060)
Yury Kapgan (Bar No. 218366)
Margaret M. Caruso (Bar No. 243473)
Brian Mack (Bar No. 275086)

*Attorneys for Plaintiff WPEngine, Inc.*

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that counsel for Plaintiff has concurred in this filing.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Maddigan*
　　　　　　　　　　　　　　　　　　　　　　Michael M. Maddigan