UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC.                    ,

Plaintiff(s),

v.

AUTOMATTIC INC., et al.          ,

Defendant(s).

Case No. 3:24-cv-06917

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Neal Kumar Katyal , an active member in good standing of the bar of the District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: AUTOMATTIC INC. and Matthew Mullenweg in the above-entitled action. My local co-counsel in this case is Michael Maddigan , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 163450 .

555 Thirteenth St. NW, Washington, DC 20004
MY ADDRESS OF RECORD

(202) 637-5600
MY TELEPHONE # OF RECORD

neal.katyal@hoganlovells.com
MY EMAIL ADDRESS OF RECORD

1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 785-4600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

michael.maddigan@hoganlovells.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 462071 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _October 22, 2024_

Neal Kumar Katyal

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Neal Kumar Katyal          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California