UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC.                    ,

      Plaintiff(s),

   v.

AUTOMATTIC INC., et al.          ,

      Defendant(s).

Case No. 3:24-cv-06917

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hadley Dreibelbis_____, an active member in good standing of the bar of the District of Columbia_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: AUTOMATTIC INC. and Matthew Mullenweg_____ in the above-entitled action. My local co-counsel in this case is Michael Maddigan_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 163450_____.

555 Thirteenth St. NW, Washington, DC 20004
M̲Y̲ A̲D̲D̲R̲E̲S̲S̲ O̲F̲ R̲E̲C̲O̲R̲D̲

1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067
L̲O̲C̲A̲L̲ C̲O̲-̲C̲O̲U̲N̲S̲E̲L̲'̲S̲ A̲D̲D̲R̲E̲S̲S̲ O̲F̲ R̲E̲C̲O̲R̲D̲

(202) 637-5600
M̲Y̲ T̲E̲L̲E̲P̲H̲O̲N̲E̲ #̲ O̲F̲ R̲E̲C̲O̲R̲D̲

(310) 785-4600
L̲O̲C̲A̲L̲ C̲O̲-̲C̲O̲U̲N̲S̲E̲L̲'̲S̲ T̲E̲L̲E̲P̲H̲O̲N̲E̲ #̲ O̲F̲ R̲E̲C̲O̲R̲D̲

hadley.dreibelbis@hoganlovells.com
M̲Y̲ E̲M̲A̲I̲L̲ A̲D̲D̲R̲E̲S̲S̲ O̲F̲ R̲E̲C̲O̲R̲D̲

michael.maddigan@hoganlovells.com
L̲O̲C̲A̲L̲ C̲O̲-̲C̲O̲U̲N̲S̲E̲L̲'̲S̲ E̲M̲A̲I̲L̲ A̲D̲D̲R̲E̲S̲S̲ O̲F̲ R̲E̲C̲O̲R̲D̲

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1780413_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _October 22, 2024_                    Hadley Dreibelbis_____

5                                               APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9               FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Hadley Dreibelbis_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17           _____

18           UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California