UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC.                    ,

Plaintiff(s),

v.

AUTOMATTIC INC., et al.         ,

Defendant(s).

Case No. 3:24-cv-06917

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hadley Dreibelbis         , an active member in good standing of the bar of the District of Columbia           , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: AUTOMATTIC INC. and Matthew Mullenweg          in the above-entitled action. My local co-counsel in this case is Michael Maddigan           , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 163450            .

555 Thirteenth St. NW, Washington, DC 20004
MY ADDRESS OF RECORD

(202) 637-5600
MY TELEPHONE # OF RECORD

hadley.dreibelbis@hoganlovells.com
MY EMAIL ADDRESS OF RECORD

1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 785-4600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

michael.maddigan@hoganlovells.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1780413         .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0        times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: __October 22, 2024___                          Hadley Dreibelbis_____
                                                           APPLICANT
5

6

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of _Hadley Dreibelbis_____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____October 22, 2024_____

16

17   _____

18                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                          2