IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION FOR AN ORDER TO SHORTEN TIME TO HEAR MOTION FOR A PRELIMINARY INJUNCTION<br>         *As Modified*<br><br>Judge:  Hon. Araceli Martínez-Olguín<br>Crtrm:  10 — 19th Floor |

1                                                       Case No. 3:24-cv-06917-AMO

[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION FOR AN
ORDER TO SHORTEN TIME TO HEAR MOTION FOR A PRELIMINARY INJUNCTION

The Court, having considered WPEngine, Inc.'s ("WPE") Administrative Motion for an Order to Shorten Time ("Motion") as to a hearing on WPE's Motion for a Preliminary Injunction (the "PI Motion"), Dkt. 17, and good cause appearing therefore, hereby GRANTS the Motion and ORDERS as follows:

1. Defendants' Opposition to the PI Motion shall be filed on or before October 30, 2024;

2. Plaintiff's Reply shall be filed on or before November 4, 2024;

3. The PI Motion is hereby set for hearing on November __26__, 2024, at 10:30 a.m. in Courtroom 3, 3rd Floor of the Oakland courthouse.

IT IS SO ORDERED.

Dated: October_23_, 2024

_____
Hon. Araceli Martínez-Olguín
UNITED STATED DISTRICT JUDGE