# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER RE: DEFENDANTS AUTOMATTIC INC. AND MATTHEW CHARLES MULLENWEG'S MOTION TO DISMISS**<br><br>Judge: Hon. Araceli Martinez-Olguín<br>Courtroom: 10<br>Hearing Date: March 6, 2025<br>Hearing Time: 2:00 p.m. |

| | |
|---|---|
| 1 | Defendants Automattic Inc. and Matthew Charles Mullenweg have filed a Motion to |
| 2 | Dismiss Causes of Action 1-6 and 9-11 of Plaintiff WPE's Complaint filed in this case pursuant to |
| 3 | Fed. R. Civ. Proc. 12. |
| 4 | Having fully considered the papers, the arguments of counsel, and good cause appearing |
| 5 | therefore: |
| 6 | **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. Causes |
| 7 | of Action 1-6 and 9-11 of the Complaint are hereby dismissed. |
| 8 | **SO ORDERED.** |

Dated: _____, 2024

Honorable Araceli Martínez-Olguín
United States District Judge
Northern District of California