Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANTS AUTOMATTIC INC. AND MATTHEW CHARLES MULLENWEG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge: Hon. Araceli Martinez-Olguin<br><br>Courtroom: 10 |

**REQUEST FOR JUDICIAL NOTICE**

Defendants respectfully request that the Court take judicial notice of the following exhibits, in support of Defendants' Special Motion to Strike Causes of Action 9, 10, and 11 of WP Engine's Complaint. True and correct copies of which are attached hereto or referenced herein.

- Selected pages from the WP Engine website, available at:
  - https://wpengine.com/headless-wordpress/ as it appeared on September 26, 2024 and October 9, 2024, with emphasis added **(Exhibits 1A and 1B)**;
  - https://wpengine.com/wordpress-hosting/ as it appeared on September 26, 2024 and October 2, 2024, with emphasis added **(Exhibits 2A and 2B)**;
  - https://wpengine.com/plans/ as it appeared on September 26, 2024 and October 2, 2024, with emphasis added **(Exhibits 3A and 3B)**;
  - https://wpengine.com/woocommerce/ as it appeared on September 26, 2024 and October 9, 2024, with emphasis added **(Exhibits 4A and 4B);**
  - https://wpengine.com/ as it appeared on September 25, 2024 and October 03, 2024, with emphasis added **(Exhibits 5A and 5B);**
  - https://wpengine.com/blog/wp-engine-decode-2024-whats-next-in-modern-web-development/ as it appeared on October 29, 2024 **(Exhibit 6);**
  - https://wpengine.com/blog/decode-registration-open/ as it appeared on October 29, 2024 **(Exhibit 7);** and
  - https://wpengine.com/blog/wp-engine-pledges-five-for-the-future/ as it appeared on October 29, 2024 **(Exhibit 8).**
- Selected pages from the webpage for Trustpilot.com (www.trustpilot.com), including:
  - https://www.trustpilot.com/review/wpengine.co.uk as it appeared on October 30, 2024 **(Exhibit 9);**
  - https://www.trustpilot.com/review/wpengine.com?sort-recency&stars=1 as it appeared on October 29, 2024 **(Exhibit 10)**; and

    - https://www.trustpilot.com/review/wpengine.com?sort=recency&stars=2 as it appeared on October 29, 2024 **(Exhibit 11)**

- Selected pages from the techcrunch.com website, including an article related to Silverlake's investment in WP Engine, available at https://techcrunch.com/2018/01/04/wp-engine-a-managed-wordpress-platform-raises-250m-from-silver-lake/ as it appeared on October 29, 2024 **(Exhibit 12).**
- A news article from Bloomberg.com, available at https://www.bloomberg.com/news/articles/2018-01-04/silver-lake-takes-250-million-stake-in-austin-startup-wp-engine as it appeared on October 29, 2024. **(Exhibit 13)**.
- A copy of pages from the website of the Stack Overflow Blog, available at https://stackoverflow.blog/2023/11/08/the-product-approach-to-open-source-communities/ as it appeared on October 29, 2024 **(Exhibit 14).**
- A copy of pages from the Andreessen Horowitz website for an episode of the a16z podcast entitled "Learning from Open Source Communities," available at https://a16z.com/podcast/learning-from-open-source-communities/, as it appeared on October 29, 2024 **(Exhibit 15).**
- A copy of a Harvard Business Review digital article entitled "The Digital Economy Runs On Open Source. Here's How to Protect It.", available from the Harvard Business Review website at https://hbr.org/2021/09/the-digital-economy-runs-on-open-source-heres-how-to-protect-it/ as it appeared on October 29, 2024 **(Exhibit 16**).
- A copy of pages from the Community Signal website for a podcast episode entitled "When Open Source Community Software is Brought By Private Equity," available at https://www.communitysignal.com/when-open-source-community-software-is-bought-by-private-equity/ as it appeared on October 29, 2024 **(Exhibit 17).**
- A *New York Times* guest essay entitled "Private Equity is Gutting America – and Getting Away With It," by Brenan Ballou, available on the *New York Times* website at

https://www.nytimes.com/2023/04/28/opinion/private-equity.html/ as it appeared on October 29, 2024 **(Exhibit 18)**.

- A copy of the article from *The Hill* entitled "How to make private equity serve the public good," by Daniel J. Morrissey, as it appeared on October 29, 2024 **(Exhibit 19).**
- A copy of the Wired.com story entitled "Altruism Still Fuels The Web. Businesses Love To Exploit It," by Keith Negley, available at https://www.wired.com/story/altruism-open-source-fuels-web-businesses-love-to-exploit-it/ as it appeared on October 29, 2024 **(Exhibit 20)**.
- A copy of the Ford Foundation research report entitled "Roads and Bridges: The Unseen Labor Behind Our Digital Divide," that appeared on the Ford Foundation website at https://www.fordfoundation.org/work/learning/research-reports/roads-and-bridges-the-unseen-labor-behind-our-digital-infrastructure/ as it appeared on October 29, 2024 **(Exhibit 21)**.
- An article on the WPTavern website entitled "Ford Foundation Publishes Non-Technical White Paper on Open Source Software and the Challenges of Sustaining Digital Infrastructure," by Sarah Gooding, available at https://wptavern.com/ford-foundation-publishes-non-technical-white-paper-on-open-source-software-and-the-challenges-of-sustaining-digital-infrastructure as it appeared on October 29, 2024 **(Exhibit 22)**.
- An article on the WPTavern website entitled "Sustain Event Draws 100 Attendees to Discuss the Sustainability of Open Source Software," by Sarah Gooding, available at https://wptavern.com/sustain-event-draws-100-attendees-to-discuss-the-sustainability-of-open-source-software as it appeared on October 29, 2024 **(Exhibit 23).**
- A copy of *Sustain the Report*, dated on June 19, 2017 and published by GitHub HQ (SF), obtained from the website https://sustainoss.org/assets/pdf/SustainOSS-west-2017-report.pdf on or about October 29, 2024 **(Exhibit 24).**

- A video recording by Ms. Michelle Ames dated May 7, 2019, obtained from the website https://wordpress.tv/2019/05/07/michelle-ames-keynote-address-the-care-and-feeding-of-the-wordpress-community-me-you-and-us/ **(Exhibit 25).**
- An article that appeared on the techradar.com website entitled "Why the founder of WP Engine is knee-deep in headless products," available at https://www.techradar.com/news/why-the-founder-of-wp-engine-is-knee-deep-in-headless-products as it appeared on October 29, 2024 **(Exhibit 26).**
- An article from the website www.bizjournals.com entitled "Austin tech firm on fast growth track snags global engineering boss from SolarWinds," available at https://www.bizjournals.com/austin/news/2017/08/10/austin-tech-firm-on-fast-growth-track-snags-global.html as it appeared on October 29, 2024 **(Exhibit 27).**
- An article from The Texas Monthly entitled "The Power Issue: Heather Brunner Is Championing Diversity in an Industry That Sorely Needs It," available at https://www.texasmonthly.com/articles/power-issue-heather-brunner-championing-diversity-industry-sorely-needs/ as it appeared on October 29, 2024 **(Exhibit 28).**
- A copy of the Business Wire article entitled "WP Announces Engine for Good," on the Business Wire website, available at https://www.businesswire.com/news/home/20190627005209/en/WP-Engine-Announces-Engine-for-Good as it appeared on October 29, 2024 **(Exhibit 29).**
- A video recording of a portion of a livestream show, posted to ThePrimeTime YouTube channel on September 26, 2024, entitled "The WordPress Situation Is Wild," available at https://www.youtube.com/watch?v=Gd8h_6vYPJ8 **(Exhibit 30)**.

## AUTHORITY

### A. Applicable Standard.

Judicial notice of a fact is proper where the fact is not subject to reasonable dispute because it is: (1) generally known within the territorial jurisdiction of the trial court or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Federal Rule of Evidence ("Rule") 201(b)(2). Courts are required to take judicial notice of facts if requested by a party and supplied with the necessary information. Rule 201(c)(2).

**B. This Court May Properly Take Judicial Notice of Websites, News Articles, Blog Posts, and Other Material in the Public Realm.**

Exhibits 1-30 consist of news articles, blog posts, reports, websites, transcripts of two podcast episodes, a videorecording of a talk given at WordCamp Buffalo 2019, and a YouTube video. The Court may take judicial notice of such material as an indication of information available in the public realm. *See Unsworth v. Musk*, No. 19-MC-80224-JSC, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019) (citing *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010)); *In re Google Assistant Priv. Litig.*, 457 F. Supp. 3d 797, 813 (N.D. Cal. 2020) (taking judicial notice of Google "blog post for the fact that Google made the statements it contains"); *Greenfield MHP Assocs., L.P. v. Ametek, Inc.*, 145 F. Supp. 3d 1000, 1007 (S.D. Cal. 2015) (noting "[p]ress coverage and news articles are [] judicially noticeable" and taking judicial notice of newspaper articles).

Similarly, district courts routinely have found judicial notice proper over publicly available websites. *Loomis v. Slendertone Distrib., Inc.*, 420 F. Supp. 3d 1046, 1062-63 (S.D. Cal. 2019) (taking *sua sponte* judicial notice of the printouts from Defendant's website and its Amazon.com listing). *See also Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014) (noting that publicly available websites are proper subjects of judicial notice); *Caldwell v. Caldwell*, No. C 05-4166 PJH, 2006 WL 618511, at *3 (N.D. Cal. Mar. 13, 2006) (finding websites as proper subjects of judicial notice but denying the request for judicial notice where the parties did not supply the Court with copies of the website and the parties failed to agree on the content of the website); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (granting judicial notice over two Amazon.com webpages); *Castagnola v. Hewlett-Packard Co.*, C 11-05772 JSW, 2012 WL 2159385 (N.D. Cal. June 13, 2012) (taking judicial notice of screenshots of Defendant's webpages where plaintiffs did not dispute the accuracy or the authenticity).

In addition, WP Engine's Complaint "relies on and references" Exhibits 6 and 7, WP Engine press releases regarding its DE{CODE} conference, and Exhibit 8, a WP Engine press release announcing its Five for the Future pledge, making them "appropriate for incorporation by reference" as well. *Bernier v. Travelers Prop. Cas. Ins. Co.*, No. 17cv1028-MMA (BLM), 2017 WL 5843396, at *2 (S.D. Cal. Nov. 29, 2017); *see* Compl. ¶¶ 25, 26 (discussing "[WP Engine's] developer conference, DE{CODE}" and WP Engine's Five for the Future pledge). Indeed, the Ninth Circuit has explicitly "extended the 'incorporation by reference' doctrine to situations in which the plaintiff's [defamation] claim depends on the contents of a document . . . and the parties do not dispute the authenticity of the document." *Knievel v. ESPN*, 393 F.3d 1068, 1076–79 (9th Cir. 2005) (considering web pages attached to a motion to dismiss under the incorporation by reference doctrine and affirming dismissal of defamation claim).

For the same reasons, Exhibit 30, a portion of a livestream that was posted to YouTube, is appropriate for incorporation by reference. WP Engine's slander claim is premised on statements Matt made during that livestream, Compl. ¶ 200, and the Complaint makes multiple references to it. *See id.* ¶ 28, 64, 89. The YouTube video contained in Exhibit 30 contains the portion of the livestream before Matt joined, which renders it cognizable on this motion. *See Knievel*, 393 F.3d at 1076 (considering surrounding web pages that gave context to photograph of webpage attached to complaint and explaining that a court must also take into account "'all parts of the communication that are ordinarily heard or read with [a statement].'").

**CONCLUSION**

For all of the foregoing reasons, Defendants respectfully request that this Court grant their request for judicial notice.

Dated: October 30, 2024

Respectfully submitted,

By: */s/Michael M. Maddigan*
Michael M. Maddigan

**HOGAN LOVELLS US LLP**
Michael M. Maddigan (Bar No. 163450)
Neal Kumar Katyal, *pro hac vice*
Anna Kurian Shaw, *pro hac vice*
Lauren Cury, *pro hac vice*
Jiaxing (Kyle) Xu (Bar No. 344100)
Hadley Dreibelbis, *pro hac vice*

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*