# EXHIBIT 1B

The Wayback Machine - https://web.archive.org/web/20241009034219/https://wpengine.com/headless-wordpress





HEADLESS WORDPRESS

# The all-in-one headless solution for radically fast sites

Try Now for Free

Request Pricing

- Single, end-to-end optimized headless platform
- Incredible performance up to 10x classic WordPress
- Flexible Node.js frontend, including Next & React
- Diverse plans for any size project
- Free, feature-complete sandbox environments
- Rich resources, communities, and learning tools

60 day money-back **guarantee**

24/7 expert support for WordPress

A NEW WAY TO BUILD ON WORDPRESS

# Headless solutions



| Agency efficiency | — |

| Developer freedom | + |

| Brand impact | + |



**0+**

Lighthouse performance score from the top 25% of all headless sites for WordPress

**0x**

faster site speeds with headless compared to traditional WordPress sites

# 0%

of enterprises are evaluating headless solutions



HEADLESS PLATFORM FEATURES

## A complete headless tech stack

**One, holistic solution**

Reduces your time spent integrating multiple vendors in your tech stack, saves you and your clients money, and allows you to spend more time innovating.

Learn More →

GETTING STARTED

## Explore and learn headless



**1 Create a free WP Engine Headless sandbox account**
We offer free development environments packed with resources for learning headless WordPress.

**2 Start from a blueprint or import a template**
Use pre-configured projects with demo content from common setups like Portfolios and eCommerce.

**3 Join a community of headless builders**
Learn from experts through resources, Discord discussions, podcasts, video tutorials and more.

[Try Now for Free]

[Headless Platform How-to Guide]

HEADLESS RESOURCES

Insights to inspire

# insights to inspire

## Achieving Better Core Web Vitals with Headless WordPress

Headless web architecture offers a clear path for achieving peak Core Web Vitals and delivering seamless, omnichannel experiences today's consumers demand.

Learn More →

**WHAT OUR CUSTOMERS SAY**

# Our impact

**Testimonials**   Case Studies

"With the growing need for headless with a lot of our clients, we fully trust WP Engine and the Headless Platform! see where WP Engine is actually taking the WordPress community off to the future."

David DiCamillo
CTO, Code and Theory



# FAQ

| | |
|---|---|
| What makes WP Engine's headless solution different from other? Is WP Engine Headless Platform just backend CMS hosting for headless WordPress? | + |
| Do I have to use Faust.js for my frontend? Can I use another Node.js framework like Next.js or React? | + |
| Does WP Engine support headless WordPress sites? | + |
| What is a headless WordPress CMS? | + |
| I still have questions about headless WordPress hosting, WP Engine Headless Platform plans, and pricing. Who can I talk to? | + |
| Why would I choose headless and when is it not a good fit? What about media sites? | + |
| Is headless more secure or have better performance? How? | + |
| I've heard headless can be difficult, is it? What developer skills do I need to go headless? | + |
| What is the publisher experience like when going headless? | + |



 **60 day money-back guarantee:** *We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.*

*\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.*

- Our Company
- Products
- Solutions
- Community
- Resources
- Our Brands

© 2013–2024 WPEngine, Inc. All rights reserved.

WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.