# EXHIBIT 2A

The Wayback Machine - https://web.archive.org/web/20240926152613/https://wpengine.com/wordpress-hosting/




WORDPRESS HOSTING

# Host your WordPress site with the WordPress experts

 60 day money-back **guarantee**

 24/7 WordPress expert support

A SMARTER WAY TO WORDPRESS HOSTING

# BUILT PURELY FOR WORDPRESS



**Convert more** —

Manage less +

Sleep better +

# 0%

of people online visit a
website on WP Engine daily

# 0.0M+

websites hosted in more
than 150 countries

# 0%

customer support
satisfaction score

MANAGED WORDPRESS HOSTING

# COMPARE PLANS



| Plan includes | | | | | |
|---|---|---|---|---|---|
| Sites included ⓘ | 1 | 3 | 10 | 30 | Contact S |
| Visits ⓘ | 25,000 | 75,000 | 100,000 | 400,000 | Contact S |
| Local storage ⓘ | 10 GB | 15 GB | 20 GB | 50 GB | Contact S |
| Bandwidth ⓘ | 75 GB | 150 GB | 240 GB | 550 GB | Contact S |

+ **Support & Security**

+ **Site performance**

+ **Site Building**

WHAT OUR CUSTOMERS SAY ABOUT WP ENGINE

# OUR IMPACT

estimonials    Reviews    Case Studies

"WP Engine gives me **peace of mind** in knowing I won't ever have to miss my daughter's birthdays because on their platform, I know I'm in good h



Lucas Williams
Director of Development at Taproot Agency

MOVING WORDPRESS FORWARD

# THE LATEST IN WORDPRESS



# POWER THE FREEDOM TO CREATE

## HEADLESS WORDPRESS

*Try now for **free***

One comprehensive platform to enable modern development flexibility and radical site speed, with the CMS marketers trust.

Learn More →

## ECOMMERCE PLATFORM

*Starting at **$24**/mo*

The building blocks and hosting to build faster, sell more, and manage less with WooCommerce.

Learn More →

## AGENCY SOLUTIONS

*Special Agency Pricing*

Manage multiple WordPress clients with ease and leverage partnership benefits.

Learn More →

## DESIGN & BUILD TOOLS

Included with **any** plan

WordPress themes, frameworks, plugins, and developer tooling that empower better, faster builds.

A GUIDE TO WORDPRESS HOSTING

# AN OVERVIEW OF HOSTING AND WORDPRESS HISTORY

**WordPress Hosting** | Managed WordPress Hosting | WordPress CMS | How WordPress Works | Open Source 101



## What is WordPress hosting?

Standard web hosting services provide websites with the server space and resources required to deliver content online. There are four main types of hosting: shared, dedicated, VPS, and cloud.

However, since WordPress is the most popular CMS in the world, there's an entire category (and industry) of WordPress hosting services designed explicitly for this CMS.

WordPress hosting plans should work seamlessly with all of the WordPress core software and other essential tools like plugins and themes. For example, a WordPress host may offer seamless installation of the CMS via a one-click installation process. It

might also guide you through a WordPress-specific setup wizard and install specific plugins and tools.

Additionally, with this type of hosting, the servers are usually optimized for peak WordPress performance. The support team should also be particularly knowledgeable about this CMS.

Who needs a WordPress host?                                         +

What is eCommerce hosting?                                          +

What is WooCommerce hosting?                                        +

What is developer-friendly hosting?                                 +

What are the basic WordPress security considerations?               +

What are some common security features offered by WordPress hosting providers?  +

How can I secure my WordPress hosting account?                      +

How do I migrate a WordPress site to a new host? +



LET'S GET STARTED

# WHAT WILL YOU BUILD TODAY?

Plans & Pricing

Let's Chat

🏅 **60 day money-back guarantee:** We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.

\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.



