# EXHIBIT 3B

The Wayback Machine - https://web.archive.org/web/20241002014516/https://wpengine.com/plans/

PLANS & PRICING

# Choose your WordPress Hosting plan

annually  in  USD

## Essential



Provides managed services for basic WordPress[1] sites or businesses just getting started.

**4 months free saves $120!**

**$20** USD /mo

Billed at ~~$360~~ $240/yr today*

Buy Now

- ✓ Edge content delivery with global CDN
- ✓ 24/7 WordPress technical expertise
- ✓ Managed WP, PHP & MySQL updates
- ✓ Proactive WordPress security
- ✗ Site monitoring alerts
- ✗ Auto plugin & theme management
- ✗ Optimal front & backend performance

**Build your plan:**



## Startup

**$20** USD /mo

-  **1** Site(s) ⓘ
- **25,000** Visits/mo ⓘ
- **10 GB** Storage
- **75 GB** Bandwidth/mo

[ - **0** + ]   Additional Site(s) +$17

**For Online Stores**

○ **eCommerce Package +$4**
- *Performance optimizations made for Woo*
- *Get started faster w/ 1-click store creation*
- *Stripe Connect hosted checkout*

○ **Automated Plugin Updates +$3** ⓘ
*Keep plugins up to date and your sites secure.*

○ **Extra Layer of Security +$19** ⓘ
*SOC 2 level security with Managed WAF.*

○ **Page Speed Boost +$17** ⓘ
*Improve speed scores with 30+ site optimizations.*

Buy Now

**Compare all features**

**Best Value**

# Core

⚡⚡⚡

Designed for business seeking optimized performance and premium support.

**Most popular package**

**Starting at**



$400 USD /mo

Get in Touch

- ✓ Edge content delivery with global CDN
- ✓ 24/7 WordPress technical expertise
- ✓ Managed WP, PHP & MySQL updates
- ✓ Proactive WordPress security
- ✓ Site monitoring alerts
- ✓ Auto plugin & theme management
- ✓ Optimal front & backend performance
- ✗ Ongoing technical planning & business reviews

**Technical Expertise**

- ✓ Custom onboarding
- ✓ On-demand site health assessments
- ✗ Prioritized senior technical support

**Performance & Insights**

- ✓ 99.99% uptime SLA
- ✓ Isolated resources
- ✓ Site performance investigations
- ✗ Application performance monitoring
- ✗ Platform designed with burst capacity
- ✗ GeoTargeting

**Security**

- ✓ Layer 3+4 DDoS Protection
- ✗ SOC II reports

**Site Building Tools**

- ✓ Multisite for WordPress
- ✗ High performance site search

**Add an eCommerce Package**

- ✓ 1-click Woo store creation
- ✓ Hosted checkout & Stripe Connect
- ✓ Performance optimizations for Woo

Get in Touch

**Call 1-877-973-6446**

# Enterprise
⚡⚡⚡

Unrivaled performance, scale and security for mission-critical sites.

**Premium performance & security**

Starting at

# $2,000 USD/mo

Get in Touch

- ✓ Edge content delivery with global CDN
- ✓ 24/7 WordPress technical expertise
- ✓ Managed WP, PHP & MySQL updates
- ✓ Proactive WordPress security
- ✓ Site monitoring alerts
- ✓ Auto plugin & theme management
- ✓ Optimal front & backend performance
- ✓ Ongoing technical planning & business reviews[1]

**Technical Expertise**

- ✓ Custom onboarding
- ✓ On-demand site health assessments
- ✓ Prioritized senior technical support

**Performance & Insights**

- ✓ 99.99% uptime SLA
- ✓ Isolated resources
- ✓ Site performance investigations
- ✓ Application performance monitoring

- ✓ Platform designed with burst capacity
- ✓ GeoTargeting

**Security**



**Site Building Tools**

- ✓ Multisite for WordPress
- ✓ High performance site search

**Add an eCommerce Package**

- ✓ 1-click Woo store creation
- ✓ Hosted checkout & Stripe Connect
- ✓ Performance optimizations for Woo

Get in Touch

**Call 1-877-973-6446**

60 day money-back **guarantee**

24/7 expert support for WordPress

ALL PLANS INCLUDE

# End-to-end management

- ✓ Fully managed WP, PHP & MySQL updates
- ✓ Site Speed Boost with EverCache®
- ✓ Transferable site for easy client handoff
- ✓ Activity log & advanced user permissions
- ✓ Edge content delivery with global CDN
- ✓ Flexible site copy tools
- ✓ Daily & on-demand backups
- ✓ Free automated migration plugin
- ✓ Dev, staging, and production environments

Select Plan

Get in Touch

WP ENGINE PRODUCTS

# Essential plans

**Hosting for WordPress** | eCommerce Hosting

| | Startup | Professional (Best Value) | Growth | Scale | Core Hosti... |
|---|---|---|---|---|---|
| | Starting at **$20**/mo | Starting at **$40**/mo | Starting at **$77**/mo | Starting at **$194**/mo | Starting at **$40**... |
| | Buy Now | Buy Now | Buy Now | Buy Now | Get in Touch |
| **Plan Includes** | | | | | |
| Sites included | 1 | 3 | 10 | 30 | Contact S... |
| Visits | 25,000 | 75,000 | 100,000 | 400,000 | Contact S... |
| Local storage | 10 GB | 15 GB | 20 GB | 50 GB | Contact S... |
| Bandwidth | 75 GB | 150 GB | 240 GB | 550 GB | Contact S... |

## Support & Security

| | | | | | |
|---|---|---|---|---|---|
| 24/7 customer support for WordPress | Chat only | Chat & phone | Chat & phone | Chat & phone | Chat & phone |
| Auto-renewing SSL and SSH access | ✓ | ✓ | ✓ | ✓ | — |
| Security patching & plugin risk scans | ✓ | ✓ | ✓ | ✓ | ✓ |
| Advanced DDoS & managed WAF | Optional add-on | Optional add-on | Optional add-on | Optional add-on | Optional add-on |
| Pre-launch technical health assessment | — | — | — | — | Optional add-on |
| Premium onboarding & | — | — | — | — | Optional add-on |

| | | | | | |
|---|---|---|---|---|---|
| priority support | | | | | |

## Site Performance

| Environment type | Shared | Shared | Shared | Shared | Isolate |
|---|---|---|---|---|---|
| Automated WordPress & PHP updates ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Automatic and on-demand backups ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| EverCache® for better performance ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Global CDN ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 99.99% SLA ⓘ | — | — | — | — | ✓ |
| Application performance monitoring ⓘ | — | — | — | — | Optional ad |

## — Site Building

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 Premium themes included | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Genesis blocks for easy site creation | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 1-Click staging and dev. environments | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Transferable sites for client handoff | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Multisite for WordPress | ⓘ | — | Optional after signup | Optional after signup | Optional after signup | ✓ |

WHAT OUR CUSTOMERS SAY ABOUT WP ENGINE

# Reviews



 reviewed by **Stephen B.**

**For fully managed WordPress installs, WP Engine is my go-to**

*When it comes to managed hosting solutions, WP Engine is our platform of choice. Between the 24/7/365 support and a genuinely easy to use interface anyone can safely spin up a site with industry best practices baked in.*



TALK TO A SPECIALIST

# Have more questions?

Get in Touch

Contact Us

**60 day money-back guarantee:** *We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60 day money-back guarantee. All other premium and custom plans are not included.*

*\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.*



Our Company

Products

Solutions

Community

Resources

Our Brands

© 2013–2024 WPEngine, Inc. All rights reserved.

WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1] WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.