# EXHIBIT 4A

The Wayback Machine - https://web.archive.org/web/20240926152623/https://wpengine.com/woocommerce/



WOOCOMMERCE HOSTING

# The path to WooCommerce® success starts here

 60 day money-back **guarantee**

 24/7 WordPress expert support

WOOCOMMERCE PEACE OF MIND





**Drive more sales** —

**Optimize Woo** +

**Manage less** +

# 0%

more pages, served 2X
faster with EverCache®

# 0x

faster search with Instant
Store Search



| Feature | | | | | |
|---|---|---|---|---|---|
| for Woo - Proprietary smart cache for WooCommerce | ✓ | ✓ | ✓ | ✓ | ✓ |
| Slow Query Monitor | — | — | — | — | ✓ |
| Live Cart | ✓ | ✓ | ✓ | ✓ | ✓ |
| Stripe Connect integration | ✓ | ✓ | ✓ | ✓ | ✓ |
| Smart Plugin Manager - Automatic Woo updates & visual store regression testing | ✓ | ✓ | ✓ | ✓ | ✓ |
| 60 day money-back guarantee | ✓ | ✓ | ✓ | ✓ | ✓ |

+ Platform

+ Support & Security

+ Site Performance

+ Site Building



SEE HOW WP ENGINE EMPOWERS

# BUSINESSES

WP Engine Agency Partner Frank Digital helps Gregory Jewellers reimagine eCommerce on WordPress and **increases time on site engagement by nearly 70%.**

**Explore Small Business Solutions**

**View Case Study**

WHAT OUR CUSTOMERS SAY ABOUT WOOCOMMERCE

# OUR IMPACT

"Finding the right trusted partner is essential to achieve amazing results. There is little point in suggesting new and exciting ideas to our clients when the server isn't stable. WP Engine created a solid foundation for our clients and allowed us to bring them great **conversion results**."



Irwin Hau
Director, Chromatix Digital Agency

A GUIDE TO WOOCOMMERCE HOSTING

# AN OVERVIEW OF WOOCOMMERCE FOR WORDPRESS ECOMMERCE SUCCESS

**Overview** | WooCommerce 101 | WooCommerce Hosting | How does WooCommerce work? | Additional FAQs

## WooCommerce: empowering eCommerce success

Are you ready to take your business online and maximize its potential? Look no further than WooCommerce, the powerful plugin for WordPress that can transform your website into a thriving online store. Whether you're a budding entrepreneur, a small business owner, or you represent an established enterprise, WooCommerce caters to your eCommerce needs.

What makes WooCommerce so enticing? Here are a few reasons:

- What is WooCommerce?
- How much does WooCommerce cost?
- Is WooCommerce good for beginners?
- Can I host WooCommerce anywhere?
- Who created WooCommerce?
- Is WooCommerce Secure?



MONEY-BACK GUARANTEE

# 60 DAYS. WORRY-FREE.

Plans & Pricing

Let's Chat

**60 day money-back guarantee:** *We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.*

*\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.*

WooCommerce is a registered trademark of Automattic Inc.



- Our Company
- Products
- Solutions
- Community
- Resources
- Our Brands

© 2013-2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.