# EXHIBIT 4B

WP engine

eCommerce Suite. Performance-optimized hosting platform built for WooCommerce



View All Plans

60 day money-back **guarantee**

24/7 expert support for WordPress[1]

**WOOCOMMERCE PEACE OF MIND**

# Simplify. Sell more.



| Drive more sales | − |

| Optimize Woo | + |

| Manage less | + |

# 0%





| Feature | | | | | |
|---|---|---|---|---|---|
| Instant Store Search | — | ✓ | ✓ | ✓ | ✓ |
| One-click store creation | ✓ | ✓ | ✓ | ✓ | ✓ |
| Unlimited products | ✓ | ✓ | ✓ | ✓ | ✓ |
| Unlimited staff accounts | ✓ | ✓ | ✓ | ✓ | ✓ |
| EverCache® for Woo - Proprietary smart cache for WooCommerce | ✓ | ✓ | ✓ | ✓ | ✓ |
| Slow Query Monitor | — | — | — | — | ✓ |
| Live Cart | ✓ | ✓ | ✓ | ✓ | ✓ |
| Stripe Connect integration | ✓ | ✓ | ✓ | ✓ | ✓ |
| Smart Plugin Manager - Automatic Woo updates & visual store regression testing | ✓ | ✓ | ✓ | ✓ | ✓ |
| 60 day money-back guarantee | ✓ | ✓ | ✓ | ✓ | ✓ |
| + Platform | | | | | |

+ Support & Security

+ Site Performance

+ Site Building

SEE HOW WP ENGINE EMPOWERS

# Businesses

WP Engine Agency Partner Frank Digital helps Gregory Jewellers reimagine eCommerce on WordPress and **increases time on site engagement by nearly 70%.**



WHAT OUR CUSTOMERS SAY

## Our impact

"Finding the right trusted partner is essential to achieve amazing results. There is little point in suggesting new and ideas to our clients when the server isn't stable. WP Engine created a solid foundation for our clients and allowed them **strong conversion results.**"



Irwin Hau
Director, Chromatix Digital Agency

A GUIDE TO ECOMMERCE HOSTING

# An overview of WooCommerce for WordPress eCommerce success

Overview | WooCommerce 101 | WooCommerce Hosting | How does WooCommerce work? | Additional FAQs

## WooCommerce: empowering eCommerce success

Are you ready to take your business online and maximize its potential? Look no further than WooCommerce, the powerful plugin for WordPress that can transform your website into a thriving online store. Whether you're a budding entrepreneur, a small business owner, or you represent an established enterprise, WooCommerce caters to your eCommerce needs.

What makes WooCommerce so enticing? Here are a few reasons:

What is WooCommerce? +

How much does WooCommerce cost? +

Is WooCommerce good for beginners? +

Can I host WooCommerce anywhere? +

Who created WooCommerce? +

Is WooCommerce Secure? +



## MONEY-BACK GUARANTEE

# 60 days. Worry-free.

[Plans & Pricing]

[Let's Chat]

🏅 **60 day money-back guarantee:** *We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.*
*\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.*



Products
Solutions
Community
Resources
Our Brands

© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.