# EXHIBIT 5A



MOST TRUSTED WORDPRESS HOSTING AND BEYOND

# We power the *freedom to create* on WordPress

Build, power, manage and optimize extraordinary WordPress, **WooCommerce** and **headless** sites with the world's #1 **WordPress hosting** platform.

**Plans & Pricing**

**Get a Quote**

The *most trusted* WordPress platform

        



SEE HOW WP ENGINE EMPOWERS

# Brands

Red Door Interactive helps luxury kitchen appliance retailer Thermador achieve **dramatic performance improvements** by migrating its WordPress site to WP Engine's fully managed platform.

Explore Enterprise Solutions



## Headless WordPress

*Try now for free*

One comprehensive platform to enable modern development flexibility and radical site speed, with the CMS marketers trust.

Learn More →

## eCommerce Platform

*Starting at $24/mo*

The building blocks and hosting to build faster, sell more, and manage less with WooCommerce.

Learn More →

## Agency Solutions

*Special Agency Pricing*

Manage multiple WordPress clients with ease and leverage partnership benefits.

Learn More →

## Design & Build Tools

*Included with **any** plan*

WordPress themes, frameworks, plugins, and developer tooling that empower better, faster builds.

POWERED BY THE MOST TRUSTED WORDPRESS PLATFORM

# Global trust and scale





WE PASSIONATELY STAND FOR

# WordPress, giving back, and DE&I

Our culture is focused on ensuring an open future with our contributions to WordPress, on giving to the communities where we work and live, and on fostering a diverse and inclusive workspace.

**WP Engine Platform**

THOUGHT LEADERSHIP, EDUCATION, COMMUNITY

# Insights to inspire



## Crafted with Code

Built in partnership with The Webby Awards, Crafted with Code shares the stories behind the best of the Web through interviews with developers, designers, and creators around make great work.

Learn More →



LET'S GET STARTED

