# EXHIBIT 5B

The Wayback Machine - https://web.archive.org/web/20241003013958/https://wpengine.com/



MOST TRUSTED WORDPRESS HOSTING AND BEYOND

# We power the *freedom to create*

Build, power, manage, and optimize your **WordPress**[1], **Headless** and **WooCommerce**[1] sites with the #1 hosting platform.

Plans & Pricing

Get a Quote

The *most trusted* platform for WordPress

     



SEE HOW WP ENGINE EMPOWERS

# Brands

Red Door Interactive helps luxury kitchen appliance retailer Thermador achieve **dramatic performance improvements** by migrating its WordPress site to WP Engine's fully managed platform.

Explore Enterprise Solutions

View Case Study

TRUSTED BY MILLIONS FOR UNMATCHED PERFORMANCE AND SUPPORT

# Experience confidence online

*Expertise*

Leverage our expert guidance to manage and grow your WordPress sites with confidence.

*People*

Partner with a company that cares about its employees, communities, and you.

*Innovation*

Experience cutting-edge web development tech, streamlined workflows, and AI integrations.

*Performance*

Experience peak speed and security for your sites with reliability you can count on.



THE MOST TRUSTED HOSTING PLATFORM FOR WORDPRESS

# Power the freedom to create

### WordPress Hosting

Starting at **$20**/mo

Unmatched performance, automated updates, and bulletproof security ensure your sites thrive.

Learn More →

## Headless Platform

*Try now for **free***

One comprehensive platform to enable modern development flexibility and radical site speed, with the CMS marketers trust.

Learn More →

## eCommerce Platform

*Starting at **$24**/mo*

The building blocks and hosting to build faster, sell more, and manage less with WooCommerce.

Learn More →

## Agency Solutions

*Special Agency Pricing*

Manage multiple WordPress clients with ease and leverage partnership benefits.

Learn More →

## Design & Build Tools

*Included with **any** plan*

WordPress themes, frameworks, plugins, and developer tooling that empower better, faster builds.

Learn More →

THE MOST TRUSTED PLATFORM FOR WORDPRESS

# Global trust and scale



Technical expertise

Global security

Unrivaled speed

## 96%

customer support satisfaction score

## 26B+

attacks blocked every year

## 8%

of people online visit a website on WP Engine daily



WE PASSIONATELY STAND FOR

# WordPress, giving back, and DE&I

Our culture is focused on ensuring an open future with our contributions to WordPress, on giving to the communities where we work and live, and on fostering a diverse and inclusive workspace.

[ WP Engine Platform ]

THOUGHT LEADERSHIP, EDUCATION, COMMUNITY

# Insights to inspire

## Crafted with Code

Built in partnership with The Webby Awards, Crafted with Code shares the stories behind the best of the Web through interviews with developers, designers, and creators around the world on what it takes to make great work.

Learn More →



LET'S GET STARTED

# What will you build today?

Plans & Pricing

Chat With Us

Our Company

Products

Solutions

Community

Resources

Our Brands

© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.