# EXHIBIT 6



Menu

# Blog

🏠 BLOG / PRESS RELEASE / WP ENGINE'S DE{CODE} 2024: WHAT'S NEXT IN MODERN WEB DEVELOPMENT



# WP Engine's DE{CODE} 2024: What's Next in Modern Web Development

March 12, 2024 by **WP Engine**



industry's largest WordPress developer event. The free, virtual event will be held on March 19 (North America and APAC) and March 21 (EMEA).

Now in its fifth year, WP Engine DE{CODE} brings together WordPress community thought leaders to share best practices and discuss the future of modern web development innovation. This year's **agenda** features developer-centric content and learning opportunities, including:

- **Industry-leading keynote speakers,** including AI futurist expert **Zack Kass**, OpenAI's former Head of GTM on 'Navigating Our AI Future'
- **New product launches** unveiling the latest WP Engine innovations including its new artificial intelligence (AI) offering
- **Breakout sessions from agencies and brands** including Brainstorm Force, Elementor, NitroPack, Google, PeachPay, Code & Theory, Granite Digital, Illustrate Digital, StrategiQ, americaneagle.com, WEBDOGS, and drewl.

"WP Engine's north star is to advance WordPress success, offering unparalleled technology and expertise that helps our customers win online," said WP Engine Founder and Chief Innovation Officer **Jason Cohen**.

"DE{CODE} was created with that same spirit in mind, empowering developers with ongoing education centered around the latest innovations in WordPress. This year, we're empowering attendees with the skills and inspiration needed to shape the future of the web through sessions on performance optimization, developer efficiency, eCommerce growth, and modern development solutions such as headless WordPress and AI."

The conference has grown to become the industry's largest WordPress developer event and will feature content, networking opportunities, and live demos dedicated



- Improve developer workflows and increase efficiency
- Uncover new strategies for enhancing site performance and SEO
- Discover how to optimize eCommerce sites
- Explore how the applications of emerging technologies, such as artificial intelligence (AI) and headless WordPress, are modernizing web development

To register for the conference and learn more about what to expect at DE{CODE} 2024, visit: **https://events.wpengine.com/GPrGQQ?Refid=PR**

## About WP Engine

**WP Engine** provides the most relied upon and trusted WordPress products for companies and agencies of all sizes, including specialized solutions for **managed WordPress hosting**, **eCommerce, enterprise WordPress**, **headless WordPress**, and developer-centric tools like **Local**, **Advanced Custom Fields**, **Genesis**, and more. WP Engine's tech innovation and award-winning WordPress experts help to power more than 1.5 million customers across 150 countries. More of the top 200,000 sites in the world use WP Engine to drive their digital experiences than anyone else in WordPress.

At WP Engine, we do what's right for our customers, and this focus helps us to do the best work of our careers. We prioritize investing in our employees' success and love offering opportunities to help them grow and develop professionally. Learn more at **wpengine.careers**.

## More WordPress News from WP Engine



**Checkout Integration**

## Start the conversation.

Leave a Comment.

**Comment** *

**Name** *

**Email** *



## Solutions

Managed WordPress Hosting

WooCommerce Hosting

SMB

Agency

Enterprise

Affiliate

Our Platform

## About

Our Company

Leadership Team

Careers

Contact

Customer Stories

Legal

Newsroom

Privacy Policy

## Insights

Blog

Torque

Velocitize

## Resources

Resource Center

Support Center

Solution Center

Partner Programs

Agency Directory

System Status

Brand Assets



Austin, TX 78701

**Sales**

+1-512-273-3906

sales@wpengine.com

24 Hours

**Billing**

billing@wpengine.com

Sign In



© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.