# EXHIBIT 7

Menu

# Blog

BLOG / EVENTS / REGISTRATION IS OPEN FOR DE{CODE} 2024!



# Registration is Open for DE{CODE} 2024!

January 30, 2024 by **Riley Cullen**



cutting edge of WordPress development.

DE{CODE} is an all-day, fully virtual event in which experts from all corners of the web gather to discuss the topics affecting modern web development. Past events have covered everything from broad overviews of tools and plugins to deep dives into the intricacies of getting a new headless website up and running.

Keep reading for a sneak peek into the topics, trends, technologies, and products we'll discuss at DE{CODE} 2024 and how they can help you shape what's next.

[REGISTER NOW!](#)

## What is DE{CODE}?

WP Engine's DE{CODE} conference is the industry's largest annual WordPress developer event. It features high-level content, networking opportunities, and live demos, all geared towards helping developers build better WordPress sites.

Last year's DE{CODE} was a record-setting event, with more than 10,000 viewers tuning in from more than 138 different countries. Check out some of the highest attended sessions from last year for a preview of what you can expect in March!

Registration is Open for DE{CODE} 2024



*Simplifying Payment Processing in a Shifting Global Economy*



*When is it Worth Investing in Block-Centric Building in WordPress?*

You can find more of last year's recorded sessions **on our YouTube channel**.

## What Will I Learn at DE{CODE}?

Powerful technology, like **AI-powered search**, **block-centric design**, and **decoupled headless solutions** are changing the way we develop WordPress sites.



discuss how you can harness the power of next-gen WordPress to drive better results and connect with your audience.

Presenters will touch on a wide range of topics, including best practices for improving **SEO** and **Core Web Vitals** scores, how to improve your developer workflow with tools like **Local** and **Advanced Custom Fields** (ACF), and how to use **WPGraphQL** and ACF with WP Engine's **Headless WordPress platform**.

# Register Now for DE{CODE} 2024!

If you can't attend virtually, all presentations will be made available in our **resource library** and on our **YouTube channel** after the conference concludes.

Check out more of **last year's sessions** to get an idea of what you might expect at DE{CODE} 2024, and make sure you register now to save your seat at WP Engine's largest event of the year!

**REGISTER NOW!**

## More WordPress News from WP Engine

‹ **Webby Talks: The Race to Outpace Featuring Jason Konen**

**WP Engine Celebrates WordPress Excellence With Launch of Annual Agency Partner Awards** ›



## Start the conversation.

Leave a Comment.

**Comment** *

**Name** *

**Email** *

Post Comment



## Solutions

Managed WordPress Hosting

WooCommerce Hosting

SMB

Agency

Enterprise

Affiliate

Our Platform

## About

Our Company

Leadership Team

Careers

Contact

Customer Stories

Legal

Newsroom

Privacy Policy

## Insights

Blog

Torque

Velocitize

## Resources

Resource Center

Support Center

Solution Center

Partner Programs

Agency Directory

System Status

Brand Assets

**WP Engine**

504 Lavaca Street, Suite 1000

Austin, TX 78701

**Sales**



**Billing**

billing@wpengine.com

Sign In



© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.