# EXHIBIT 9







Matt
4 reviews • US

★☆☆☆☆                                                         Jul 17, 2024

**Completely horrific experience.**

Completely horrific experience.

We've been using WPE for years and have multiple sites.

It seems recently something changed with their service, as their software recently became non-functional and support has been a total disaster:

We have not one, but three critical issues:

1.) Their official plugin to migrate sites into WPE completely failed and there was no backup plan. Even the PM of the tool could not tell us why it failed. We had to do manual migrations which was tedious and failed multiple times. Very frustrating and time consuming.

2.) No scheduled CRON events work, ever. Any scheduled import or export event is suddenly broken 100% of the time. Our site uses data so we could not launch since CRON was blocked. This was working 100% on our previous home at Dreamhost and started immediately failing once we got set up inside WPE.

3.) The domains portal suddenly went down for all of our sites. We cannot access any DNS, domain or proxy information. And have to start a new support ticket any time we need this information.

👆 To make thing worse, the support team is completely out of control. They have been offering essentially the same suggestions for all three problems for nearly a month, even after very direct requests not to keep responding with the same information.

It actually got so bad that we were connected to the Head of Support at WP Engine.

She assured me she would take control of things. I never heard back from her and none of the problems were solved. That was around 4 weeks ago.



**WP Engine**

★★★☆☆ 2.9

In the Business Services category

Useful    Share

Advertisement

Rolex Daytona Yellow Gold Steel Mother of Pearl Diamond Mens...
$23,275
Shop no

| Previous | Next page |

**Is this your company?**

Claim your profile to access Trustpilot's free business tools and connect with customers.

Get free account

Advertisement



**About WP Engine**
Information provided by various external sources

WP Engine provides managed WordPress hosting for mission critical sites around the world. Amazing support, enterprise class, & optimized for WordPress.

**WP Engine**



⭐⭐⭐☆☆ 2.9 ⓘ

In the [Business Services](#) category

Austin
United States

**Category** ⓘ

[Business Services](#)

## People who looked at this company also looked at



**WP Engine**

⭐⭐⭐⭐½ 1,429

✅ Claimed



**SiteGround**

⭐⭐⭐⭐⭐ 18,512

✅ Asking for reviews



**leather-repair-alterations.co**

⭐⭐☆☆☆ 6

⊖ Unclaimed

Suggested companies are based on people's [browsing tendencies](#).

## The Trustpilot Experience ★

**We're open to all** ⌄

**We champion verified reviews** ⌄



10/30/24, 9:32 PM
WP Engine Reviews | Read Customer Service Reviews of wpengine.co.uk
Case 3:24-cv-06917-AMO   Document 37-14   Filed 10/30/24   Page 7 of 7

## Businesses

Trustpilot Business

Products

Plans & Pricing

Business Login

Blog for Business

## Follow us on

## Legal

Privacy Policy

Terms & Conditions

Guidelines for Reviewers

System status

Cookie preferences

Do Not Sell My Info

Modern Slavery Statement

© 2024 Trustpilot, Inc. All rights reserved.