# EXHIBIT 10



| | | |
|---|---|---|
| ☐ 5-star | ████████████████████████████ | 88% |
| ☐ 4-star | ● | 2% |
| ☐ 3-star | ● | 1% |
| ☐ 2-star | ● | 2% |
| ☑ 1-star | ████ | 7% |

| Filter ⚙ | Most recent ⇅ |
|---|---|

[ 1-star ✕ ]   Reset

---

**OS**  **Olivier Simard-Casanova**
12 reviews   ◉ FR

⭐☆☆☆☆                                                          Oct 21, 2024

## WP Engine doesn't care about user consent

I'm currently looking for a managed WordPress hosting service. I contacted WP Engine via their contact form as I had a couple of questions to ask them.

I received an automated response that was completely out of touch with what I wrote in my message, which isn't a great look for the first contact you get with a company.

But that's not the real issue.

In the contact form, I clicked the checkbox to **opt-out** from any email communication. But in less than a day, I

10/29/24, 12:16 PM    WP Engine Reviews | Read Customer Service Reviews of wpengine.com

received TWO marketing email. When I unsubscribed, *all* checkboxes were checked as "Subscribed".

First, this is clearly abusive and a violation of user consent. Second, this is *also* a clear GDPR violation.

I'm obviously not interested in doing any business with a company that behaves like this *with potential customers*. I don't even want to know how they behave with actual customers. I will spend my money elsewhere.

**Date of experience:** October 21, 2024

👍 Useful      ⌁ Share                                                                                              ⚑

---

 **Carson Spitzke**
3 reviews      ◎ CA

★☆☆☆☆                                                                                          Oct 21, 2024

**tells you to talk to support to get a…**

tells you to talk to support to get a plan, support says you dont have

Your current account does not offer support. You may navigate to our Plans page to upgrade your account to a qualifying plan.

I CANNOT VISIT THE PLANS PAGE

**Date of experience:** October 21, 2024

👍 Useful      ⌁ Share                                                                                              ⚑

---



**Tom Wirtz**



1 review    ⊙ AR

⭐☆☆☆☆                               Updated Oct 10, 2024

## They setal your money.

I requested to cancel my subscription because I didn't want to use it anymore on October 1st, and I only received a response on October 8th confirming that my account would be canceled on October 9th before the next charge. It's now October 10th, and I've just been charged. I reached out everywhere to prevent this from happening, but I haven't received any response. This is the worst service ever—don't waste your money or time with this hosting, choose any other provider, and you'll have a much better experience.

**Date of experience:** October 09, 2024

👍 Useful     ⌁ Share                                              ⚐

 **Reply from WP Engine**                              Oct 10, 2024

Hi Tom. We're sorry to hear about your negative experience and we apologize for any frustration this has caused. This does not match the standards we hold ourselves to and we would like to research your issue further as soon as possible.

Please respond to our request for more information so we can escalate this to our team!

 **Gregory James Ellis**



6 reviews    ⊙ GB

                                                          Oct 7, 2024

## was actually dreadful didn't realise…

was actually dreadful didn't realise they disable some core wp functions, moved back off to own hosting almost immediately, make sure you know what you're doing before you move to WP engine

**Date of experience:** October 07, 2024

 Useful      Share

>  **Reply from WP Engine**       Oct 7, 2024
>
> We're sorry to hear about your negative experience and we apologize for any frustration this has caused.
> Thank you for providing additional information. We have escalated your review to our team to look into your account and reach out as soon as possible.

---

 **Phoenix**
3 reviews   📍 GB

      Sep 24, 2024

## Terrible

My experience with this company was extremely disappointing. I lasted only five weeks before deciding to leave. The customer service was subpar; I sent multiple emails over weeks without receiving direct answers to my questions. It felt as though my communications were completely ignored. Once I left, I felt a sense of relief.

Communication is crucial, yet their AI chat feature is ineffective, and reaching a real person is hit-or-miss, as some staff seem disengaged. Despite assurances that my billing concerns would be addressed, nothing happened. Overall, dealing with this company was a nightmare—overpriced and providing poor service compared to competitors.

**Date of experience:** September 09, 2024

 Useful    ⟨⟩ Share                                                                                    ⚑

> ↱  **Reply from WP Engine**                                                      Sep 25, 2024
>
> We're sorry to hear about your negative experience with our platform and we sincerely apologize for any frustration this has
> caused. This does not match the standards we uphold ourselves to and we sincerely apologize for any frustration this has
> caused.
>
> We have escalated your feedback to our leadership team and want learn more about your issues and concerns. Please
> respond to our request for more information so we can look into this further.

---

  **Hamza Ajlouni**
   2 reviews    ◎ JO

                                                                          Updated Aug 26, 2024

## WPEngine has been a disappointing…

WPEngine has been a disappointing experience for me. While their servers are fast, their support team is unhelpful,
rude, and slow. The WPEngine platform also has numerous bugs. For example, if you want to turn off auto-updates,
there's no option to do so. This can ruin your website with incorrect versions and updates, especially in cases like
mine where I manage a large website and need to ensure that updates don't cause any issues. However, with
WPEngine, you don't have the option to prevent this; they will likely ruin your website. I had to do extensive hard
coding just to stop WPEngine from controlling aspects of my site. I've encountered many issues that they couldn't
resolve, all arising from their servers—or more specifically, from their platform. Often, they simply ignore my concerns.
I have tickets that have been open for four months. After two years of using their service, I'm really struggling and am
actively searching for an alternative that offers the same speed and performance.

After I wrote this review they contacted with me and they said this exactly:
"I understand how important it is to have control over updates, especially for a large website like yours. While WP

Engine automates updates to enhance security and performance, it's clear that this approach has caused issues for you. We do have the option to defer major updates for 30 days, which would provide more time for you to test it out to make sure your site is ready

So clearly you can stop the update for 30 days, but you can't turn it off, in my case, I have written code added to some old plugins, and I want them to stay as they are, I don't want to update anything, because they are customised now, but they kept updating them and ruining my website, then I had to hard code and force the updates to stop, so technically you can't control your website easily and you will struggle a lot, I highly don't recommend them as a host, be clever and find a better alternative.

**Date of experience:** August 24, 2024

 Useful ⌒° Share ⚑

> ... wait
>
> ↳ **Reply from WP Engine**                                  Aug 26, 2024
>
> Hi Hamza. We're sorry to hear about your negative experience and we apologize for any frustration this has caused. We have escalated your feedback to our leadership team and want to research your issues and concerns further.
>
> Please respond to our request for more information so we can look into this.

**Nidhi Chanani**
1 review   ⊙ US

                                           Jul 31, 2024

## Extortion and abuse

They used to be good. However I believe they are now using AI to scam their clients by claiming bandwidth overage. They charge your card on file after asking if you approve it, even when I said no, they charged me $350 for overage. That's what I pay a year! It's ridiculous and anyone using them should beware of their harassing and extortion practices.

**Date of experience:** July 30, 2024

 Useful **2**    ⚬⟨ Share

 Reply from WP Engine                                                    Aug 1, 2024

> Hi Nidhi. We're sorry to hear about your negative experience and we apologize for any frustration this may have caused. Your experience does not match the standards we hold ourselves to and we do not use AI to measure bandwidth and visits. Please check these two pages for more information on how we track overages: https://wpengine.com/support/count-visits/ and https://wpengine.com/overage-pricing/
>
> If you are able to, please respond to our request for more information so we can have a senior member of our team research this.

---

**JS**    **J Smith**
       1 review    ⊙ US

                                                                 Jun 24, 2024

### Hard sell tactics to move companies to the most expensive solutions

After moving our site to an emergency site because of Bot traffic and effectively taking our website down for half a day, WP Engine sales team is serving up only one alternative and hard selling us to move from Startup plan ($30/month) to the white glove dedicated server plan for $800/month because we're averaging 30K visits/mo. on a plan that accommodates 25K. Totally ignoring the 3 other plans past Startup including the plan that accommodates 400K/mo. in traffic for a mere $179/month. Disgusting sales tactics and exploitation of their customers during critical

downtime. The hard sell email came through the day we were frantically troubleshooting the site problems. Gross. I'm so upset with them at this point.

**Date of experience:** June 24, 2024

 Useful    Share

---

 **Reply from WP Engine**                   Jun 25, 2024

We're sorry to hear about your negative experience and we sincerely apologize for any frustration this has caused.

Thank you for providing additional information. We have escalated your review and ticket to our senior leadership team to investigate further as soon as possible.

---

NB    **Neil Bannet**
      29 reviews    GB

                         Jun 7, 2024

### Useless support

Been on a chat for more than 40 minutes, but the unhelpful guy just don't want to help. He didn't even know how his own system works. Even I know more than him. Total clown and illiterate. I am going to ask my company to move to another hosting.

**Date of experience:** June 03, 2024

 Useful    Share

---

 **Reply from WP Engine**                   Jun 10, 2024

Hi Neil. We're sorry to hear about your negative experience. This does not match the standards we uphold ourselves to and we sincerely apologize for any frustration this has caused.

Thank you for providing additional information. We have escalated your review and ticket to our senior leadership team to investigate further.

 **Luke Hutchinson**
4 reviews    GB

                                                                                    Jun 1, 2024

## Would not recommend

Would not recommend.
After almost 3 years on a dedicated server, I must say the service started well, but following increasingly less tech support and long wait times and also online chat support just not working it was time for us to leave our rolling contract.
There is only the option to click a button on the dashboard to 'request cancellation'
The cancellation process is currently a problem, no contact from anyone, try to talk to someone on the phone and don't get any calls back, just 'we'll pass this onto the billing team'
Meanwhile we're a month since submitting the cancellation and no one from WPengine will confirm the cancellation, instead they will keep taking the money and ignore the cancellation.
Avoid starting with them at all costs.
Very poor customer service

**Date of experience:** June 01, 2024

 Useful     Share                                                                  ⚑

↰ **Reply from WP Engine**                                                              Jun 4, 2024



Hi Luke. We're sorry to hear about your negative experience and we sincerely apologize for any frustration this has caused.

Thank you for providing additional information. We have escalated your review and feedback to our senior leadership team to look into ASAP.

---

 **Piotr Grochowski**

7 reviews　📍 GB

　　　　　　　　　　　　　　　　　　　　　　　　　May 23, 2024

### Billed even after requesting cancellation of trial period

We were looking for a new provider and asked for initial call. We've been offered a month trial, after which we decided WPEngine can't give us what we needed, so we kindly asked to cancel trial. We've been offered another month of trial and multiple emails and calls even after we said we want to cancel.
Also we never installed the website on the server or used their services and now I received few months worth of billing for over $3k.

**Date of experience:** May 23, 2024

---

👍 Useful **1**　　🔗 Share　　　　　　　　　　　　　　　　　　　　　　🚩

 **Reply from WP Engine**　　　　　　　　　　　　　　　　　　May 23, 2024

Hi Piotr. We're sorry to hear that you were not satisfied with your experience, and we sincerely apologize for the frustration caused trying to cancel your account.

Please respond to our request for more information, so we can escalate your feedback and our senior leadership team as we would like to investigate your issue further.



**D Gregory**
3 reviews         GB

★☆☆☆☆                                                        May 1, 2024

## Hard sell when you run out of…

Hard sell when you run out of bandwidth. Then they take your site down! Used them for several years.

Account managers are not account managers, they just want you to pay more for a better 'package' Stay clear!!

**Date of experience:** November 02, 2023

👍 Useful **1**        ◁ Share                                        🏳

 Reply from WP Engine                                May 2, 2024

We're sorry to hear about your negative experience. If you are able to, please respond to our request for more information. Your concerns have been escalated to our senior leadership team and they would like to investigate your issue further.

 **Mike**
42 reviews         SE

★☆☆☆☆                                                  Updated May 2, 2024

## We upgraded to premium 0

We upgraded to premium 0, and after the upgrade was complete wpenginee tried to charge over 68.000€ from our card, luckily we didn't have such amount on the card.
When we have asked our account manager, but we don't get any clear answer about the wrong deduction. We also

notice that wpenginee have without our approval included extra storage that cost over 4000€ per year, adding such a thing without our knowledge or approval is really not okay. Incredibly poor and non professional support regarding this.

We have previously been promised that we will have 2 months to reduce our storage so that it is in line with premium 0, but instead they sneakily add storage and want us to pay over 8000 € per year, when premium 0 should be just over 5300 €.

Unbelievable how wpenginee and our account manager are trying to cheat in this way, and charge us extra for something we have not agreed on, even though we have been customers for several years.

We really hope to get further answers and get the promised price for the premium 0. If this get sorted we are happy and gladly update our review to a 5 star review.

**Date of experience:** April 30, 2024

 Useful           Share

↳ **Reply from WP Engine**                                              May 2, 2024

Hi Mike. We're sorry to hear about your negative experience trying to upgrade your plan.

We have escalated your feedback and fixed the related issue in our billing system. We've updated your ticket and please let us know if you need any further assistance.

 **Mitch**
2 reviews     US

★★★★★                                                                Apr 26, 2024

## Dont give them your CC. They will take your money!

This used to be an awesome company with great support.

However, we recently moved to a new provider (webflow) after at least 7 years with them. We asked to cancel the account for months and they continued to charge the card on file only to tell us we could not cancel even though multiple people had reached out about it.

Terrible customer service. DO NOT GIVE THEM YOUR CC. So frustrating that after years of service and giving them thousands of dollars in hosting we were treated this way because we decided to move away from wordpress.

**Date of experience:** April 26, 2024

👍 Useful     ⌁ Share          ⚑

 **Reply from WP Engine**      Updated May 1, 2024

Hi Mitch. We're sorry to hear that you were not satisfied with your experience, and we sincerely apologize for the frustration caused trying to cancel your account.

Please respond to our request for more information, so I can escalate your feedback and our senior leadership team as I would like to investigate your issue further.

 **Jacob Wonder** ✅
48 reviews   📍 US

          Updated Apr 18, 2024

## Slow servers and bad restrictions

Slow servers and bad restrictions, disabling WP revisions is ludicrous. We should NOT need to talk to support to do it.

Also, the AI bot is absolutely useless and refuses to connect me 99% of the time.

Me: Please enable Revisions
Bot: Only support can do that
Me: Can you please connect me then?
Bot: Please ask me any questions you have before reaching out to support.

WP Engine is the worst.

Edit: WPEngine tried shutting down this review by requesting an order number, they know they don't allow revisions and make it very hard to talk to a person. For 5-10x the price of every other host, you'd expect it to be faster, and have better support.

**Date of experience:** April 17, 2024

---

👍 Useful 1     ⬦ Share                         ⚑


**Reply from WP Engine**               Apr 19, 2024

Hi Jacob. We're sorry to hear about your negative experience using our platform and our virtual assistant.

We disable WordPress revisions by default because they can cause the database to grow exponentially and directly and negatively impact site performance. You can read more info about this here: https://wpengine.com/support/platform-settings/#Post_Revisions

We also apologize for any frustration when we requested information. This was not intended to shut down your review but to gain more insight to your concerns so that we could look into your individual experience further. That noted, we did locate your chat and have have escalated your feedback about our Virtual Assistant to our team to look into as we evolve this process.



**Catherine Hazeldine**
22 reviews    ⚐ GB

 ★☆☆☆☆                                            Apr 13, 2024

## Misleading pricing on website

The pricing on the website is misleading and support are unhelpful. Really disappointed.

**Date of experience:** April 13, 2024

👍 Useful    ⤴ Share                                            ⚑

> ↳ **Reply from WP Engine**                                  Apr 16, 2024
>
> Hi Catherine.
>
> Thank you for providing additional information.
> We're sorry to hear about your negative experience with our support team regarding billiable visits and how they are expressed within our plans. Billable visits are outlined on our site here: https://wpengine.com/support/count-visits/#Define_Billable_Visits.
>
> We have located your ticket and escalated your feedback to our leadership team as we evolve our process and systems.



**Billy T**
6 reviews    ⚐ US

 ★☆☆☆☆                                            Apr 9, 2024

## Overpriced Stay Away!

Overpriced and they make critical website changes without owners consent. We signed up paying $100 a month and the performance was okay. A few months later we were told that we needed to upgrade to a plan which costed $1900 a month. Like the other customers here, what a surprise! We had no changes to our website! We have moved to Godaddy for 10% of the cost they were wanting to charge.

They do not list CPU/MEMORY for hosting plans like other hosts, which is shady.

**Date of experience:** December 30, 2023

👍 Useful    ⇆ Share

> **Reply from WP Engine**                                    Apr 9, 2024
>
> Hi Billy. We're sorry to hear about your negative experience. Please respond to our request for more information. We have escalated your feedback and our senior leadership team would like to investigate your concerns further.

**Sarian Houfis**
8 reviews    ⊙ CA

                                          Mar 11, 2024

## unsollcited email SPAM

another one of those companies who think they can send you marketing even thos you never optin. hopefully they'll get slap one day

**Date of experience:** March 11, 2024

👍 Useful    ⇆ Share

 **Reply from WP Engine**      Mar 11, 2024

Hi Sarian.

We apologize for any frustration with receiving emails. Our team does not send out emails without opt-in. If you are able to, please respond to our request for more information so we can investigate which unwanted mail you are referring to.

---

 **lee bailey**
30 reviews    GB

      Feb 15, 2024

## Horrific company

Horrific company. I've been out of contract for a while so decided to switch. I told WP engine I want to cancel the contract, I've had no reply on the 5 occasions I've emailed. They now keep pestering me for money that I don't owe and have taken a random amount of money with no permission out of my account. Very very poor business be very careful

**Date of experience:** February 15, 2024

 Useful    ⬀ Share      ⚑

 **Reply from WP Engine**      Feb 15, 2024

Hi Lee. We apologize for the frustration caused trying to cancel your account.

Thank you for providing additional information. We have escalated your concerns and review to our leadership team to investigate and reach out to you as soon as possible.

### Ervinas Baubinas

1 review   ⚲ LT

 ★ ★ ★ ★                                          Feb 7, 2024

## you send me unwanted mails without…

you send me unwanted mails without unsubscribe button you get 1 star

**Date of experience:** February 07, 2024

👍 Useful        ⤴ Share                                              ⚑

   **Reply from WP Engine**                       Feb 7, 2024

Hi Ervinas. We apologize for any frustration with receiving an email. Our marketing emails have an unsubscribe option at the bottom, per CAN-SPAM compliance, however emails that involve important customer information are critical and required for security and performance reasons.

Please respond to our request for more information so we can research which unwanted mail you are referring to so we can address this properly!

|                 Previous                 |                **Next page**                |
| ----------------------------------------- | ------------------------------------------- |

## About WP Engine
Information written by the company

10/29/24, 12:16 PM
WP Engine Reviews | Read Customer Service Reviews of wpengine.com
Case 3:24-cv-06917-AMO    Document 87-15    Filed 10/30/24    Page 21 of 26



At WP Engine we help power over 1.5 million businesses, brands, and agencies of all sizes on WordPress®.

**Pricing**

**Request a Demo**





Our solutions enable brands and agencies to build, power and manage traditional WordPress®, WooCommerce® and Headless sites with tools used by millions like Local WP, Advanced Custom Fields, WP Migrate, and more.

**Why WP Engine**

**Product Portfolio**

## Contact

@  sales@wpengine.com

☎  877-973-6446

◎  504 Lavaca St #1000
   78701
   Austin
   United States

## Categories ⓘ

Business to Business Service
Web Hosting Company

## People who looked at this company also looked at



**Hostinger**

⭐⭐⭐⭐⭐ 34,151

✓ Asking for reviews

**Kinsta**

⭐⭐⭐⭐⭐ 816

✓ Claimed

**SiteGround**

⭐⭐⭐⭐⭐ 18,488

✓ Asking for reviews

Suggested companies are based on people's browsing tendencies.

## The Trustpilot Experience ⭐

We're open to all                                                    ⌄

We champion verified reviews                                          ⌄

★ Trustpilot



## Choose country

🇺🇸 United States ▾

| About | Community | Businesses |
| --- | --- | --- |
| About us | Trust in reviews | Trustpilot Business |
| Jobs | Help Center | Products |
| Contact | Log in | Plans & Pricing |
| Blog | Sign up | Business Login |
| How Trustpilot works | | Blog for Business |
| Press | | |
| Investor Relations | | |

Download on the App Store

## Follow us on



Legal

Privacy Policy

Terms & Conditions

Guidelines for Reviewers

System status

Cookie preferences

Do Not Sell My Info

Modern Slavery Statement

© 2024 Trustpilot, Inc. All rights reserved.