# EXHIBIT 11





| | | | |
|---|---|---|---|
| ☐ | 5-star | | 88% |
| ☐ | 4-star | | 2% |
| ☐ | 3-star | | 1% |
| ☑ | 2-star | | 2% |
| ☐ | 1-star | | 7% |

**Filter** ⚬⚬

**Most recent** ⬍

[ 2-star ✕ ]    Reset



**JD**   **Joe Developer**
1 review   📍 US

★★☆☆☆          Jul 23, 2024

### No longer worth the price. And Damaged SEO

No longer worth the price.
As many have said, it has gone downhill. It used to be recommended by many developers.

It does not automatically update wordpress.
If you buy the smart-plugin-manager it also fails to update plugins. This is for vanilla wordpress content websites. I can't imagine how bad it would be for complex websites or more traffic.

It also damaged our SEO with all of their domain rewriting garbage. The traces they leave in your wordpress install will take manual developer time to remove. Find another provider if you want managed wordpress. And also find another

provider if you want cheap commodity hosting. Buy wpengine if you want to overpay and pretend you have a managed wordpress site while getting the worst of both worlds.

**Date of experience:** July 23, 2024

👍 Useful          ⌁ Share          ⚑

> ↰  **Reply from WP Engine**                                      Jul 24, 2024
>
> We're sorry to hear about your negative experience with our platform and we sincerely apologize for any frustration this has caused.
>
> We have escalated your feedback to our leadership team and want learn more about your issue and concerns. If you are able to, please respond to our request for more information and we can have a member of our senior leadership team reach out.

 **Barny**
5 reviews      ⊙ GB

                                              Apr 25, 2024

## A disappointing move to sub-standard AI support.

I would always have given WP Engine five stars and we have over 12 clients hosted on the platform (we're a digital agency).
Sadly, like so many companies, WP Engine are moving to AI support which is still in it's infancy and rarely works. Since April 2024, our team has faced significant challenges in accessing human support; technically, it remains possible, but in practice, the support form crashes, necessitating a restart of the entire process. This inadequacy has compelled us to switch hosting providers for four of our clients, as we found ourselves unable to address even basic technical issues.

**Date of experience:** April 25, 2024

 Useful    Share

 **Reply from WP Engine**                                    Apr 25, 2024

Hi Barny. Thank you for sharing your feedback with us. We're sorry to hear that you're disappointed with our support chat experience. If you are able to, please respond to our request for more information! We have escalated your review and our leadership team would love to discuss your experience further.

Please know that our live agents are still always available to you 24/7/365. We launched our new pre-support chatbot this year, which pulls from hundreds of WP Engine articles and resources to help our customers get answers quickly and save time. However, we also understand AI is not for everyone and there are times it may not be able to help, so the option to chat with one of our agents will always be available.

We look forward to hearing back from you!

---

 SE    **Sean**
6 reviews    AU

                                                          Feb 17, 2024

## WPengine used to be good not any more

WPengine used to be good, but now they are extremely expensive for what they offer, and the response rates on support have gotten slower, especially on issues with billing. Not to mention, when you leave them, they have a 30-day notice period, which just smells of a desperate company. There are so many better options these days that offer the kind of service wpengine used to offer 5 years ago, and they don't charge you an arm and leg and take advantage of you like wpengine. do.

**Date of experience:** February 18, 2024

👍 Useful    ⌘ Share                                                                              ⚑

 **Reply from WP Engine**                                          Feb 19, 2024

Hi Sean. We're sorry to hear that you are dissatisfied. Please respond to our request for more information and we can have a member of our senior leadership team investigate this further.

In the meantime, we have escalated your feedback to our leadership team so they dig into your concerns as we evolve our process and systems.

---

 **zumaxb**
7 reviews     DE

                                                                       Feb 9, 2024

### Decent basics, but lacking in detail

Decent basics, but lacking in the specifics. Just one terrible example:

Staging sites are always cached.

**Date of experience:** February 09, 2024

---

👍 Useful    ⌘ Share                                                                              ⚑

 **Reply from WP Engine** Feb 9, 2024

Thank you for your feedback and the for providing additional information. We will reach out to you to via your ticket to learn more about your concerns as we evolve our process and systems.

Please let us know if we can help with anything else.

---

 **Steven Nicholls**

2 reviews    GB

 Nov 30, 2023

## As a new user

As a new user, I am very disappointed. Always trying to 'Upsell' and lock you in. They were attractive on paper because I could easy push and pull from local. But then I had pushy account managers warning me about usage and then trying to upsell to a new package. Then I find out I have to 'upgrade' (surpise!) to create a sub domain or sub directory. Be cautious and always evaluate this. Reading previous reveiws they used to be very good. Now seem to be 'upsell' driven!

**Date of experience:** November 30, 2023

---

👍 Useful **1**    ⌁ Share

 **Reply from WP Engine**      Nov 30, 2023

Hi Steven.
We're sorry to hear about your negative experience and we sincerely apologize for the frustration this has caused. Your experience does not match the standards we hold ourselves to and we would like the opportunity to earn your trust.

Your review has been escalated internally and a member of our executive leadership team has reached out to you via email.

---

 **James**
10 reviews    GB

      Sep 25, 2023

## Has gone downhill - no longer recommend

Was a happy customer for many years but service has really declined in our experience. First they moved us onto a worse server (without telling us) even though we were paying £1000 + a month. To fix this we had to upgrade again multiple times and were being pressured by the account manager to do this with calls on the last day of the last month of the quarter. We are now with AWS and the performance is already a lot better for a fraction of the cost.

**Date of experience:** September 25, 2022

 Useful **1**    ⌔ Share          ⚑

 **Reply from WP Engine**      Sep 25, 2023

Hi James. Thank you for sharing your feedback with us. We're sorry to hear that you were not satisfied with your experience using our platform. We have escalated your concerns and review to our leadership team.

We have located your ticket and will provide more updates and information through there. If you are open to a longer

10/29/24, 12:15 PM
WP Engine Reviews | Read Customer Service Reviews of wpengine.com
Case 3:24-cv-06917-AMO     Document 37-16     Filed 10/30/24     Page 9 of 25

discussion with our team. we would love to have the opportunity to earn your trust back and be your platform of choice in the future. If you need anything from our team, please don't hesitate to reach out.

---

 **Daniel**
13 reviews     US

                                                        Sep 16, 2023

### As a long-term client of WP Engine…

As a long-term client of WP Engine across multiple companies, it's disheartening to witness the decline in both service and performance over the years. WP Engine was once a go-to solution for reliable and high-performing WordPress hosting, but recent years have shown a noticeable degradation in these areas.

Server Performance
The server performance, which was once robust and reliable, has taken a significant hit. Load times have increased, and the overall responsiveness has deteriorated, affecting not just the user experience but also SEO rankings. Downtime has become more frequent, causing disruptions in business operations.

Customer Support
WP Engine's support, although accessible, has become increasingly ineffective. The support team often provides solutions that are either too generic or ineffective, leading to prolonged issue resolution times. What's worse is the complete lack of care in addressing customer concerns. Support tickets often lead to conversations with account executives who are more interested in upselling services than in resolving the issues at hand. This has resulted in a loss of trust and increased frustration among long-standing clients like us.

Final Thoughts
The decline in WP Engine's service quality and server performance is not just disappointing but also detrimental to businesses that rely on their hosting services. The lack of genuine customer care and the focus on upselling rather than problem-solving have further eroded trust. It's a far cry from the high standards they once set in the industry.

Long-term clients have been left to reconsider their hosting options, as the current state of affairs is unsustainable for serious business operations.

**Date of experience:** September 04, 2023

 Useful **1**     ⌇° Share

⚑

>  **Reply from WP Engine**                                    Sep 18, 2023
>
> Hi Daniel. We're very sorry to hear about your negative experience both using our platform and interacting with our team. We sincerely apologize for any frustration this may have caused and we would like the opportunity to earn your trust.
>
> We have escalated your feedback to our leadership team and want learn more about your concerns as we evolve our process and systems. If you are able to, please respond to our request for more information and we can have a member of our senior leadership team reach out.

 **XZR**
1 review     ⊙ US

                                                   Updated Jun 30, 2023

 Verified

## They used to be a great

We were customers since 2015 with a small group of non commercial low traffic sites and we just ported out our final two sites this month. Our sites have always been stable but they have recently been slow especially on the back end. We are also constantly bothered by our "account managers" or "customer relationship managers" to upgrade our plan. Tech support used to be fast and helpful but now there is a bot followed by a chat queue so you can wait for generic copy and paste responses. You can also create a support ticket that gets a similar quality of response.

Their metrics do not appear to be accurate except for use as a sales tool. They will contact you with claims of "Exceeding Plan Limitation" or statements like "...this can place a heavy strain on the server and lead to performance issues, downtime, and errors." Every time we look at our data their number of visits is roughly 1.5-2X more than google analytics, and their bandwidth metrics make no sense. If you ask for additional info you either get a csv in excel or a screenshot of bandwidth usage that is basically useless.

Overall we would no longer recommend wpengine even for a basic website. There are many other managed Wordpress hosts with much higher limits on bandwidth and storage for the same cost or lower.

**Date of experience:** June 20, 2023

👍 Useful        ⌣ Share                                                                                                          ⚑

 **Reply from WP Engine**                                                                            Jun 29, 2023

Thank you for taking the time to share your feedback with us. We're sorry to hear that you're having a poor time using our platform and interacting with our team lately, and we want to work to improve this experience for you. We have also escalated your review and and concerns to our Management team to look into.

To help address a few of your concerns:
Our chat bot is available for all users in case they would rather troubleshoot on their own, but we understand that customers may prefer to interact with one of our support agents instead of our virtual assistant. You can type "support" at any time to bypass this and speak directly with one of our techs: https://wpengine.com/support/virtual-assistant/#Connecting_to_a_Human

Regarding Google Analytics discrepancies, it's not uncommon that the visits shown by different platforms like Google Analytics do not match. Fundamentally there are two reasons for this:
1. Google Analytics requires a javascript to load to count the visit.
2. Google Analytics and WP Engine are tracking visits for different purposes.

If you're seeing large discrepancies between Google Analytics and WP Engine's visitor counts, it may be beneficial to use a service like CloudFlare.

You can read more about this here: https://wpengine.com/support/count-visits/#Google_Analytics_Discrepancies

Please let us know if we can help with anything else!

---

 **Zsolt**

3 reviews   US

                                                        Jun 6, 2023

## Good performance, but lots of outages!

Overall good performance for the price, but frequent outages - and support is insanely difficult to deal with, that is if you actually get to even talk to a person. We're paying for the middle tier, that is supposed to give better support, yet here we are, our website is down, and there is nobody responding. Unacceptable.

**Date of experience:** June 06, 2023

---

 Useful **1**      Share                                                                    🚩

>  **Reply from WP Engine**                                                    Jun 8, 2023
>
> Thank you for sharing your feedback with us. We're sorry that you were impacted by an outage this week. Here is more information on that specific incident:
> https://wpenginestatus.com/incidents/496058
> Your concerns have been escalated to our management team and we're working diligently to ensure that your experience continues to imrpove.
>
> Please feel free to reach out to our support team via live chat if you have any other questions or concerns about this outage or if you are still experiencing issues! Our team is here for you 24/7.

---

 **Ed**
1 review  ◎ US

★★☆☆☆                                              May 15, 2023

✓ Verified

### You all should leave me the f-ck alone

You all should leave me the f-ck alone. I am not a web developer and I had to pay a contractor to make my site, now I have to hear from you and it's pointless.

**Date of experience:** May 08, 2023

👍 Useful     ⌘ Share                                              ⚑

> ↰ **Reply from WP Engine**                                    May 16, 2023
>
> Hi, Ed! Thank you for your feedback. I'm sorry to hear about your negative communications experience, I passed this on to our team to consider how we might improve. Please reach out to our support team through live chat if you need anything!

 **Joshua Lane**
1 review  ◎ US

★★☆☆☆                                              Apr 20, 2023

✓ Verified

### Need an advance email letting me know the yearly renewal price is due

Hello, I would like an advance email letting me know my yearly subscription is about to be due. Thank you,

Josh Lane
Here's To Your Health with Joshua Lane
wellness radio

**Date of experience:** April 13, 2023

👍 Useful     ⌔ Share                                                                                    🚩


**Reply from WP Engine**                                                    Updated Apr 21, 2023

Hi, Joshua!
Thank you for your feedback. I passed this on to our team to consider implementing this as a process. Please feel free to reach out to our support team through live chat if you need anything!

---


**Jessica**
1 review    ⌖ US

                                                                    Jan 30, 2023

 Invited

## We were forced to upgrade our plan…

We were forced to upgrade our plan because our usage skyrocketed. While your team was great about reaching out, we've struggled to get any support to find out why this could have happened when we made no changes to our site.

**Date of experience:** December 15, 2022

👍 Useful **3**     ⌔ Share                                                                        🚩

 **Reply from WP Engine**                                        May 29, 2023

Hi Jessica. Thank you for sharing your review. I'm sorry to hear that you had trouble finding support for this issue. I've escalated this to our management team to look into so we can improve and avoid experiences like this in the future.

---

 **31West**
2 reviews        IN

                                                    Jan 21, 2023

 Invited

## Very expensive

**Date of experience:** December 28, 2022

---

👍 Useful **1**        Share                                                    🚩



> **Reply from WP Engine**      Jan 25, 2023
>
> Hi! Thank you for your review. I'm sorry to hear that you find WP Engine too expensive, but our pricing reflects all that is involved with our platform and services.
>
> Most hosting companies are essentially hardware providers. You lease a small amount of hardware resources, but it's a blank slate. So you get notoriously poor server efficiency, yielding slow speeds, no scalability, lackluster security, etc.
>
> With WP Engine, it's all about the platform: the software on the server, proprietary caching layers, NGINX front-end, etc. This is our "secret sauce" and that's why the average WP site is 4x faster on our platform than other shared hosts and vastly more scalable and secure. Along with this, we have the most WordPress experts per customer of any host in the industry. We oversee that platform, managing critical server and WP-related tasks (so you can just focus on content) and providing award-winning, world-class, 24/7 Support whenever you have a problem.

---

 **Awespire** 
1 review   📍 US

      Aug 8, 2022

## From "Gold Standard" to "Brown Standard" in Hosting!

I've been recommending WP Engine to clients for years now as the "gold standard" in hosting, even at the elevated pricing (compared to other hosting services). And, while I sincerely believe that was once true, it's no longer the case. Technical Support has been replaced by an AI bot, which does its best to force you to figure it out yourself from links to FAQ pages, and upgrade to their latest upgraded services, then makes you wait forever to connect with a tech. Then, once you connect to a live tech, the response is always the same boilerplate garbage: create a staging site, turn all the plugins off, one by one to see which one is causing the issue, etc.", only to finish up with "contact the plugin developer as we do not support plugins." I, for one, will be moving on other hosting providers.

**Date of experience:** August 08, 2022

👍 Useful **1**    ⌘ Share                                                                        🚩

 **Thomas Karlsson**
1 review    📍 SE

⭐⭐☆☆☆                                                                            Jun 29, 2022

### Getting worse by the day

We've been using WPE for years and as time goes more and more things are starting to break.
The server error logs are not up to date (or show anything), copying environments from production to stage/dev keeps failing in one way or another, new PHP versions takes forever to be added and so on.

There are good things though like the emails they send on vulnerable/out of date plugins, support is often nice, in built geolocation but as a developer these things don't make up the day to day struggles.

**Date of experience:** June 29, 2022

👍 Useful **1**    ⌘ Share                                                                        🚩

 **tm**
1 review    📍 AU

⭐⭐☆☆☆                                                                            Dec 7, 2020

### Tickets sometimes better than chat - option?

Creating a ticket is more efficient for me than waiting in queue for a live chat. The issue needs solving as it seems to be recurrent. A Subdomain comes up as a broken link.

**Date of experience:** December 08, 2020

  Useful **1**    Share    

---

  **Edu Gate**
1 review    ⊙ JP

                                                    Sep 14, 2020

### Support is no longer good...

Support used to be very good but then... not sure what happened. It's like the whole new team of customer support is incompetent. Not only is the wait time incredibly long now, they don't know what to do with basic requests. They also tell you they will finish a ticket and email you but nothing happens. I have had TWO tickets disappear into thin air in the last three days. When I contacted them again, they apologized that the ticket was accidentally closed. Need to think about moving my site soon.

**Date of experience:** September 14, 2020

---

 Useful    Share

---

**TW**  **Tom Watts**
3 reviews    ⊙ GB

                                                    Aug 21, 2020

### WPEngine support is good but their...

WPEngine support is good but their prices are truly catastrophic. We were overcharged a whopping £230/month for a few sites on a low-fi shared server! They don't reveal how many people you are sharing with either, but they'll happily

have their salespeople hunt you down and constantly tell you that you need to spend more! One to avoid if you don't like throwing money away.

**Date of experience:** August 21, 2020

 Useful          ⚘ Share                                                                ⚑

---

**Stuart Edwards**

21 reviews    ⦿ GB

★★☆☆☆                                                              Mar 27, 2019

### We have used WPE for 3+ years now

We have used WPE for 3+ years now. Generally have had a good experience and liked the great support on chat but now thats all changed. We get put in a que in line with 25+. Horrible and totally different. Considering our options to find an alternative.

**Date of experience:** March 27, 2019

 Useful          ⚘ Share                                                                ⚑

---

**Priority Pixels**

5 reviews    ⦿ GB

★★☆☆☆                                                              Mar 26, 2019

### Servers are lightning quick but…

Servers are lightning quick but very expensive for what it is. You are also unable to install third part SSL's on their startup package. You have to upgrade to their growth package which costs three times as much. Even as a business we can't justify these costs!

**Date of experience:** March 26, 2019

👍 Useful     ⌁ Share                                                                                    ⚑

| Previous | Next page |
|----------|-----------|

**About WP Engine**
Information written by the company



At WP Engine we help power over 1.5 million businesses, brands, and agencies of all sizes on WordPress®.

**Pricing**

**Request a Demo**





Our solutions enable brands and agencies to build, power and manage traditional WordPress®, WooCommerce® and Headless sites with tools used by millions like Local WP, Advanced Custom Fields, WP Migrate, and more.

**Why WP Engine**

**Product Portfolio**



## Choose country

🇺🇸 United States

| About | Community | Businesses |
|---|---|---|
| About us | Trust in reviews | Trustpilot Business |

Jobs

Contact

Blog

How Trustpilot works

Press

Investor Relations

Help Center

Log in

Sign up

Products

Plans & Pricing

Business Login

Blog for Business

Download on the App Store

**Follow us on**

Legal

Privacy Policy

Terms & Conditions

Guidelines for Reviewers

System status

Case 3:24-cv-06917-AMO    Document 87-16    Filed 10/30/24    Page 25 of 25



We advocate against bias                                    ⌄

Take a closer look