# EXHIBIT 12

Advertisement



Latest
Startups
Venture
Apple

Security
AI
Apps

Sign In

Events
Podcasts
Newsletters

# WP Engine, a managed WordPress platform, raises $250M from Silver Lake

Ingrid Lunden    8:18 AM PST · January 4, 2018

While apps continue to grow in popularity as a primary route for people to interface with the digital world, there remains a very significant role for the web, and today, a startup that helps businesses build and run websites, specifically on WordPress, has raised a very large round of money.

WP Engine, which claims to be one of the world's largest WordPress hosts, has raised $250 million in funding led by Silver Lake, money that the company intends to use to fuel its international growth and continue developing its Digital Experience Platform, the product that underpins its main line of business.

Advertisement

The company did not disclose its valuation (we're asking) in its own [announcement](#) of the funding, but in its last round, in [2015](#) when it picked up a modest $20 million, WP Engine was valued at just under $194 million post-money, according to [PitchBook](#). This would imply a current valuation of at least $444 million, or more if this was an up-round.

It's likely it was: the company boasts that it now makes more than $100 million in annual recurring revenue and has more than 75,000 customers, up 30 percent in the last year.

The company, in fact, says that its platform powers around five percent of all internet visits. WordPress itself, WP Engine says, accounts for 29 percent of the entire Internet today, versus 13 percent in 2010.

This makes WP Engine the biggest WordPress host among the 1 million most-trafficked sites on the Internet, and a significant player in its own right, putting to paid the belief that a company that is built on a platform — in WP Engine's case, WordPress — it does not own is in a precarious state.

(For those wondering, the 29 percent stat is based on research from W3Techs from November 2017; and the 'biggest' stat comes from "WP Engine research identifying the Web Content Management systems' digital fingerprints for the most visited 1,000,000 sites as identified by Alexa.")

**TechCrunch Disrupt 2024**
**TODAY! Connect with 10,000 startup & VC leaders, learn from 250+ industry experts, join 200+ deep-dive sessions, explore 350+ new startups, and more.**

**Moscone West, San Francisco** | October 28-30

REGISTER NOW

As you would expect for a company that works with enterprises, there is more to WP Engine than just hosting. It integrates with services like AWS

and Google Cloud Platform, provides not just infrastructure but analytics and security and support, in a platform that can be used by people across the whole ecosystem of a company's digital operations, from developers to marketers and others.

To date, the Austin, Texas-based company has [raised around $290 million](#) including this latest round, with other investors including none other than Automattic, the company behind WordPress, as well as GuidePost Growth Equity (formerly known as North Bridge), Eric Ries (of "Lean Startup" fame) and Silverton.

Silver Lake coming on is a significant addition to that mix, given its track record with a number of other big-name, outsized startups such as Alibaba, Didi Chuxing, SoFi, Tesla and many more.

Advertisement

"We are partnering with Silver Lake because of their incredible track record as technology investors, their understanding of digital platform businesses like ours and because of the alignment in core values we share," said Heather J. Brunner, Chairwoman and CEO of WP Engine, in a statement. "This partnership will help us further invest in our Digital Experience Platform and bring the power of our platform to WordPress users all around the globe."

"WP Engine's enterprise-grade technology and excellent service enable its customers to rapidly create high quality websites with best-in-class performance," said Lee Wittlinger of Silver Lake in the statement. "We believe WP Engine is poised to take a leading global position in the fast-growing WordPress ecosystem and we look forward to working alongside the company's talented management team as it executes on its next phase of development."

As part of the deal, Wittlinger, Greg Mondre, and Mark Gillett of Silver Lake are joining the board.

*Updated with more clarification about the internet traffic statistics.*

Topics:   [Enterprise](#)   [silver lake](#)   [Startups](#)   [websites](#)   [WordPress](#)   [wp engine](#)

10/29/24, 10:27 AM
WP Engine, a managed WordPress platform, raises $250M from Silver Lake | TechCrunch
Case 3:24-cv-06917-AMO   Document 37-17   Filed 10/30/24   Page 5 of 8

Advertisement

## TC DISRUPT

**October 28-30**  |  **Moscone West**

Join Day 2 of Disrupt 2024 as we take it away with more invaluable insights from 250+ industry giants and in 200+ sessions.

Register Now

# Most Popular 

This veteran couldn't share 3D scans of a burnt naval ship, so he created a startup that can

Wiz CEO explains why he turned down a $23 billion deal

A mysterious new image generation model has appeared

How to enable Apple Intelligence on your iPhone

Indian fintech Slice seals bank merger

Meta releases an 'open' version of Google's podcast generator

Arcade, a new AI product creation platform, designed this necklace



10/29/24, 10:27 AM
WP Engine, a managed WordPress platform, raises $250M from Silver Lake | TechCrunch
Case 3:24-cv-06917-AMO    Document 37-17    Filed 10/30/24    Page 6 of 8

### Ingrid Lunden
Europe Editor
@ingridlunden

Ingrid is a writer and editor for TechCrunch, joining February 2012, based out of London.

Before TechCrunch, Ingrid worked at paidContent.org, where she was a staff writer, and has in the past also written freelanc…

View Bio

## Newsletters

See More

Subscribe for the industry's biggest tech news

**TechCrunch Daily News**
Every weekday and Sunday, you can get the best of TechCrunch's coverage.

**TechCrunch AI**
TechCrunch's AI experts cover the latest news in the fast-moving field.

**TechCrunch Space**
Every Monday, gets you up to speed on the latest advances in aerospace.

**Startups Weekly**
Startups are the core of TechCrunch, so get our best coverage delivered weekly.

No newsletters selected.

Email address

By submitting your email, you agree to our Terms and Privacy Notice.

Subscribe

10/29/24, 10:27 AM
Case 3:24-cv-06917-AMO    Document 37-17    Filed 10/30/24    Page 7 of 8
WP Engine, a managed WordPress platform, raises $250M from Silver Lake | TechCrunch

## Related



TECHCRUNCH DISRUPT 2024

This veteran couldn't share 3D scans of a burnt naval ship, so he created a startup that can

Maxwell Zeff

15 hours ago



SECURITY

Wiz CEO explains why he turned down a $23 billion deal

Lorenzo Franceschi-Bicchierai

19 hours ago



AI

A mysterious new image generation model has appeared

Kyle Wiggers

20 hours ago

## Latest in Enterprise  See More



ENTERPRISE

Tabnine launches its code review agent

Frederic Lardinois

25 mins ago



AI

Salesforce AI chatbot Agentforce hits general availability

Brian Heater

1 hour ago



ENTERPRISE

Infraspeak raises $19.5M to bring collaboration to facilities management

Paul Sawers

6 hours ago

Advertisement

10/29/24, 10:27 AM
WP Engine, a managed WordPress platform, raises $250M from Silver Lake | TechCrunch
Case 3:24-cv-06917-AMO    Document 37-17    Filed 10/30/24    Page 8 of 8



TechCrunch

Staff

Contact Us

Advertise

Crunchboard Jobs

Site Map

Terms of Service

Privacy Policy

RSS Terms of Use

Your Privacy Choices

Code of Conduct

About Our Ads

TechCrunch Disrupt 2024

Apple Intelligence

M4 iMac

Bridgit Mendler

TechCrunch Disrupt 2024 Agenda

Tech Layoffs

ChatGPT

© 2024 Yahoo.