# EXHIBIT 26

10/29/24, 2:23 PM
Case 3:24-cv-06917-AMO   Document 37-31   Filed 10/30/24   Page 2 of 13
Why the founder of WP Engine is knee-deep in headless products | TechRadar

 THE BUSINESS TECHNOLOGY EXPERTS 

TRENDING    Expert Insights    Best standing desks    Best office chairs    Best mini PCs

Pro  >  Website Hosting

# Why the founder of WP Engine is knee-deep in headless products

News    By Abigail Opiah last updated July 14, 2021

From managed WordPress growth to headless products, WP Engine founder tells all

     

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.



(Image credit: Shutterstock/Koshiro K)

When Jason Cohen started off a blog called "A Smart Bear" , he probably never thought that it would years later turn into the very foundation of WP Engine, one of the largest digital experience platforms for WordPress around today.

From 2003 till 2009, Cohen wrote blogs for the company Smart Bear (which he founded) in the hope that everyone else in the company would also contribute. Over time, he noticed that he was the only one posting, but more importantly and possibly more annoyingly, the website kept crashing because his WordPress installation did not scale.

Cohen tells *TechRadar Pro* that this frustration led to him searching for a hosting solution by any means necessary, as his main focus was making sure his website did not go down.

Sponsored Links

**The New Dyson WashG1™ wet cleaner**

Dyson

Shop now

- Check out a list of the best managed WordPress hosting available
- Here's a list of the best WordPress website builders on the market
- Also, check out our list of the best WordPress plugins right now

"I would call my blogger friends and say, what WordPress hosting should I use? I don't care if it costs $50 a month, I just want the blog to not go down. Their answer was always, I don't know, but if you find it, tell me because I need that, too," he explains.

Following his lightbulb moment, Cohen vetted the idea for WP Engine with over 50 people, using the fundamental value that users would pay $50 a month and would receive four things which he called the four S's: Speed, Scale, Security and Service.

"We started early in 2010 but we launched officially in May with about 30 customers. We started as a bootstrapped company. About 18 months in, it was clear that the market is very big, and over the decade we eventually raised a total of about $300M," he says.





Jason Cohen, Founder and CTO of WP Engine (Image credit: WP Engine)

## Building WP Engine

Over the past 11 years, WP Engine has served billions of requests per day for its 150,000 customers across the globe. Cohen's mantra when building

**LATEST ARTICLES**

1 Netflix now lets you share iconic clips from its shows and movies to social media

2 Many bosses think their employees lack even basic security awareness

3 Indiana Jones and the Great Circle let me pelt Nazis with bottles, shovels, and various foods - in short, it absolutely rocks

4 Lords of the Fallen is the latest game to get confirmed PS5 Pro

WP Engine and the team was that every startup must decide the culture it wants to have.

## Are you a pro? Subscribe to our newsletter

Sign up to the TechRadar Pro newsletter to get all the top news, opinion, features and guidance your business needs to succeed!

Your Email Address          SIGN ME UP

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.

"Every startup has a culture, but whether or not you decide what it is is up to the leaders. You have to define it clearly and in writing, so you can operationalize it in areas like interviewing and performance management. You have a set of characteristics to look for beyond just their skillset," he says.

"Also, I looked less for skills and more for the aptitude to grow and to be great. For example, we hired a talented developer who doesn't know our stack rather than a mediocre developer who may already know it."

Cohen's method has resulted in WP Engine now employing 1,000 people across the company, including in its infrastructure that has been the focal point for the firm's scalable and secure WordPress-powered websites.

When asked if WP Engine had grown according to the original plan Cohen had in mind for the company, he revealed that it actually grew much faster than expected.

"For the first 18 months it grew nicely for a bootstrapped company, but then in early 2012 our growth rate suddenly shifted dramatically upwards and we took off and never looked back," he added.

"No new startup grows according to plan - it's faster, slower, or lumpy. Some of that is due to inherent uncertainty, some due to the law of small numbers. This is why startups almost always need more operating cash than their plan expects - either revenue is growing slower than expenses (so you need more cash), or revenue is growing faster, which means you have to turn around and increase expenses even faster (so you need more cash)."

## The next level

As one of the largest public website platforms in the world, WP Engine's primary technology is internet-scale software and infrastructure. With tens of billions of requests per day running through its platform, even things



5  Grado's new high-end headphones echo the firm's iconic 90s cans, but feature detachable cables for the first time

Advertisement

that are otherwise turn-key-easy, like collecting and reading logs, can be challenging.

Looking forward, Cohen said the company plans to take WordPress to new heights of functionality and performance.

"While we are still providing world-class managed WordPress hosting, we recently launched Atlas, our headless WordPress solution, which I believe is the future of the web broadly and WordPress specifically," he explained.

"Atlas is the complete Headless WordPress platform, enabling exponentially faster dynamic sites with the flexibility and security that comes with headless solutions. It enables developers to uncouple the front and back end of a site, so they can build personalized, omnichannel experiences integrated with back ends at the speed normally reserved for static brochure sites.

"We also launched our custom ecommerce solution and are doubling down on enterprise WordPress with the launch of Premier, an enterprise WordPress platform that delivers industry-leading levels of security, performance and scalability for the world's most popular and most visited sites."

Having built four technology startups to more than $1 million in annual revenue, it was only right for Cohen to share his biggest learning curve. His answer is just two simple words - people management.

"As an engineer, I'm always more comfortable discussing algorithms than looking at resumes, and as an entrepreneur I'm always more comfortable talking about strategy and product than building world-class global sales, service, and finance organizations," he says.

"Fortunately for me at WP Engine, early in our trajectory we hired Heather Brunner as our CEO, and under her leadership we have enjoyed years of success. Perhaps the best learning for me, is to set ego and title aside, and instead seek that ideal of working on things which I personally enjoy, that I'm expert at, and that the company needs done."

"While of course in practice one cannot live in the center of that Venn diagram every hour, day, or month, seeking it as much as possible is a great solution, and perhaps my most important learning."



(Image credit: WP Engine)

10/29/24, 2:23 PM
Case 3:24-cv-06917-AMO    Document 37-31    Filed 10/30/24    Page 6 of 13
Why the founder of WP Engine is knee-deep in headless products | TechRadar

## Eyes on the prize

WP Engine has launched several products and initiatives in recent months, and from an external perspective, the brand is well-trusted by a huge number of managed WordPress customers in different regions. But from an internal perspective, Cohen once again says that his company's strength is its culture.

"Because we've been focussed on that for many years, we're very good at it, even as we've grown. While once again it's impossible to be perfect, our relentless pursuit of creating a 'Workplace of Choice' as we say means we're constantly improving, constantly listening and reacting," he added.

"The value of that is hopefully self-evident, and goes beyond finance and metrics and into what's really important: Creating good jobs that people like, where they can bring their authentic selves to work, and work on important projects."

With the  market continuing to evolve, and with his company established in the managed WordPress community, Cohen said he currently has his eye firmly on headless.

WP Engine recently launched a new headless product to which Cohen has completely shifted his focus, taking over as the lead on that product.

"Headless solutions are the future of enterprise WordPress, yet there isn't one end-to-end solution out there that includes the dynamic Node.js layer, the static CDN layer and the Headless content management systems (CMS) layer, in one package," he says.

"That's why we created Atlas. With it, developers aren't forced to choose between incredible site performance and dynamic experiences. And they can keep the open source CMS platform that drives 42% of the web, now upgraded to support developers' modern architecture. It's the best of all worlds."

- Here is a list of the best web hosting services on the market

---



### Abigail Opiah  

B2B Editor - Web hosting & Website builders

Abigail is a B2B Editor that specializes in web hosting and website builder news, features and reviews at TechRadar Pro. She has been a B2B journalist for more than five years covering a wide range of topics in the technology sector from colocation and cloud to data centers and telecommunications. As a B2B web hosting and website builder editor, Abigail also writes how-to guides and deals for the sector, keeping up to date with the latest trends in the hosting industry. Abigail is also extremely keen on commissioning contributed content from experts in the web hosting and website builder field.

---

MORE ABOUT WEBSITE HOSTING                                    LATEST







**Entri 1 : GoDaddy 0 - Court ruling allows Entri to challenge GoDaddy's alleged anti-competitive behaviour ▶**

**What does it take to manage a top level domain? ▶**

**Netflix now lets you share iconic clips from its shows and movies to social media ▶**

SEE MORE LATEST ▶

**TOPICS**

WordPress

Seek to outperform the index with FELC

The Fidelity Enhanced Large Cap Core ETF (FELC) is run by experts to pursue upside potential and adapt to market …

**Sylvie Slingback Flare Heels**

A chic pointed toe and flared kitten heel adds a modern touch to our Sylvie pumps. Crafted in a floral metallic jacquard pattern with a comfortable …

Talbots | Sponsored                                                                      Shop now

**Micro nuclear reactors are being built that can deliver 5MW of power for up to 100 months, producing a staggering 1.2…**

Westinghouse says its eVinci microreactor could power future data centers, and even be used on the moon

TechRadar

**Meet the powerful tools everyone needs to thrive at work.**

Learn how to create, edit, e-sign, and so much more with tools from Adobe Acrobat Pro. You can do it all anywhere, from any device.

Adobe Systems Incorporated | Sponsored

**Dot Georgette Shirtdress**

10/29/24, 2:23 PM
Case 3:24-cv-06917-AMO    Document 37-31    Filed 10/30/24    Page 8 of 13
Why the founder of WP Engine is knee-deep in headless products | TechRadar

MICHAEL KORS

Michael Kors | Sponsored                                    Shop now

Seniors Can Now Fly Business Class For the Price Of Economy
Americans, you'll want to check this out ASAP
Online Shopping Tools | Sponsored

Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack
This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.
Online Shopping Tools | Sponsored

Sandisk quietly puts 2TB SD card on sale — Extreme Pro is as fast as a hard drive, has a lifetime warranty, and is actually…
2TB SD card is large enough to store over 2,800 minutes of 4K UHD video
TechRadar

These Barefoot Shoes are Leaving Neuropathy Experts Baffled
Barefoot Vitality | Sponsored

Webflow sites used to trick victims into sharing login details
Hackers are building phishing pages with no code through Webflow
TechRadar

Amazon brings back Black Friday favorites: Apple, Keurig, Dyson, Sony and LG from $38
Amazon is bringing back Black Friday favorites, and I'm rounding up the 16 best deals from Apple, Keurig, Dyson, Sony, and LG.
TechRadar

Want very big SSDs? Here's a little known secret, 15.36TB models are almost as cheap as 8TB ones per terabyte — but there's a catch
TechRadar

**Free ISP announces data breach, millions of users possibly affected**
TechRadar

**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack (It's Unbelievable)**
This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.
Online Shopping Tools | Sponsored

**Nearly a million users affected by Landmark data breach**
Plenty of sensitive data stolen in a new cyberattack
TechRadar

**Giant Snake Found at Sterling Construction [See Details]**
Bitcoinwisdom | Sponsored                                              Read More

**Another day, another huge Windows 11 24H2 update bug, this time triggering the dreaded Blue Screen of Death**
More bugs in Windows 11's latest major update
TechRadar

**New SUVs Many Don't Realize Are Loaded With Luxury (Take A Look)**
GoSearches | Search Ads | Sponsored

**Yes! You can finally buy 26TB hard disk drives, two years after launch, but only in packs of 20 for $9100, and you will proba…**
Western Digital's high capacity drive is available to order on demand
TechRadar

**New Small Electric Car For Seniors - The Price May Surprise You**
GoSearches | Search Ads | Sponsored

### Several major US telecoms firms hit by Chinese hackers, FBI says

Joint statement reports major US telecoms providers breached by China

TechRadar

### Smart CPAP Users Swear By This For Mouth Leaks & Dry Mouth

Papmd | Sponsored

### "100% Nvidia's fault": Jensen Huang admits Blackwell AI chips had a concerning design flaw

CEO admits AI chip design flaw was '100% Nvidia's fault'

TechRadar

### Here Are 23 Of The Coolest Gifts For 2024

23 Hottest Cool Gifts In 2024 You'll Regret Not Getting Before They Sell Out

Best Tech Trend | Sponsored

Learn More

### World's most powerful desktop PC has 256 EPYC Genoa cores, 6TB (yes TB) RAM and costs only $120,000 — but yo…

The Titan 900 can handle any task you throw at it

TechRadar

### Here Are 23 of the Coolest Gifts for This 2024

23 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out

TrendingGifts | Sponsored

### Millions affected in major health data breach caused by a missing password

Huge database of personal data left unsecured online

TechRadar

**MOST POPULAR**



**Half of Americans want the internet to forget about them – but they don't know how**



**Some of the biggest password stealers around may have been disrupted by police**



**Apple has quietly given the M4 iMac some hidden upgrades – here are the ones you may have missed**



**PS5 Slim and DualSense Anniversary Edition restock live: the latest on PS Direct's stock drop**



**AMD Ryzen 7 9800X3D pricing leaks from multiple retailers, and it could be bad news for PC gamers**



**Fastest RAM in the world – G.Skill sets new record with DDR5 memory overclocked in excess of a staggering 12,000MT/s**



**Look away now if you're a personal trainer: Tech, data, and AI are forecast to be the biggest fitness trends of 2025**



**Meta is building an AI search engine – could it be the true Google rival we've been waiting for?**



**The Pixel Watch 5 might get Google's custom Tensor chips – and that could be great for AI features**



**SteelSeries has unveiled a huge Call of Duty: Black Ops 6 collection with Zombies inspired accessories**



**Microsoft claims Google is running "shadow campaigns" to discredit its cloud work in Europe**

TechRadar is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

About Us
Contact Future's experts
Contact Us
Terms and conditions

Privacy policy
Cookies policy
Advertise with us
Web notifications

Accessibility Statement
Careers
Do not sell or share my personal information

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.