# EXHIBIT 30

| | |
|---|---|
| 1 | Michael M. Maddigan (Bar No. 163450) |
|   | michael.maddigan@hoganlovells.com |
| 2 | **HOGAN LOVELLS US LLP** |
| 3 | 1999 Avenue of the Stars, Suite 1400 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: (310) 785-4600 |
| 5 | Neal Kumar Katyal, *pro hac vice* |
|   | neal.katyal@hoganlovells.com |
| 6 | Anna Kurian Shaw, *pro hac vice* |
| 7 | anna.shaw@hoganlovells.com |
|   | Lauren Cury, *pro hac vice* |
| 8 | lauren.cury@hoganlovells.com |
|   | Hadley Dreibelbis, *pro hac vice* |
| 9 | hadley.dreibelbis@hoganlovells.com |
|   | **HOGAN LOVELLS US LLP** |
| 10 | 555 Thirteenth Street NW |
| 11 | Washington, D.C. 20004 |
|   | Telephone: (202) 637-5600 |
| 12 | |
| 13 | Jiaxing (Kyle) Xu (Bar No. 344100) |
|   | kyle.xu@hoganlovells.com |
| 14 | **HOGAN LOVELLS US LLP** |
|   | 4 Embarcadero Center, Suite 3500 |
| 15 | San Francisco, CA 94103 |
|   | Telephone: (415) 374-2300 |
| 16 | |
| 17 | *Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| vs. | Exhibit 30 - Video recording of a portion of a livestream show, posted to ThePrimeTime YouTube channel on September 26, 2024, entitled "The WordPress Situation Is Wild" |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | |
| Defendants. | Judge: Hon. Araceli Martinez-Olguin |

# MANUAL FILING NOTIFICATION

Regarding: Exhibit 30 to Defendants' Request for Judicial Notice in support of Defendants' Special Motion to Strike.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at https://www.cand.uscourts.gov/ under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (please describe):

Dated: October 30, 2024

By: */s/ Michael M. Maddigan*
    Michael M. Maddigan

**HOGAN LOVELLS US LLP**
Michael M. Maddigan (Bar No. 163450)
Neal Kumar Katyal, *pro hac vice*
Anna Kurian Shaw, *pro hac vice*
Lauren Cury, *pro hac vice*
Hadley Dreibelbis, *pro hac vice*
Jiaxing (Kyle) Xu (Bar No. 344100)

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*