# EXHIBIT 1

WordCamp US 2024 is over. Check out **the next edition**!

WordCamp US is the premier North American event for web professionals

News About Community Schedule Tickets

# About WordCamp US 2024

## What is WordCamp US?

WordCamp US is the premiere North American event for web professionals. It's the *largest* gathering of WordPress users in the Americas! Read on to learn more.

Register Now

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

Close and accept

WordCamp US 2024 is over. Check out **the next edition**!

## Why Attend WordCamp US?

With four full days of high-quality content, WordCamp US has something for *anyone* who works or plays in the world of WordPress.

### Two Days of Sessions

Learn about the latest trends, skills, strategies, and concepts in web development, blogging, and site building from some of the smartest minds in WordPress.

### Contributor Day

Make WordPress *better* by spending a day on a team dedicated to improving and growing WordPress. All skill levels are welcome!

### Showcase Day

Get inspired by presentations of some of the most unique, innovative uses of

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

WordCamp US 2024 is over. Check out **the next edition**!

Connect and re-connect with friends, colleagues, and some of the most influential people in the WordPress community.

### Food and Fun

Your ticket includes exquisite daily lunches and access to a show-stopping social event. You'll have many opportunities to meet and learn from other WordPress users just like you!

### Shape the Future of WordPress

WordCamp US is a great opportunity to *get involved*. Collaborate, learn, and build the future of WordPress!

## Convince Your Boss

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

the hearts and minds of anyone who understands WordPress's impact on the web.

WordCamp US 2024 is over. Check out **the next edition**!

↓ Convince Your Boss

## Who Attends WordCamp US?

✓ Passionate WordPress users of all skill levels
✓ Content Managers
✓ Website Agencies
✓ E-Commerce Professionals
✓ WordPress Plugin Authors
✓ WordPress Theme Designers
✓ Web Hosts
✓ Open Source Enthusiasts
✓ Supporters of the Open Web

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

WordCamp US 2024 is over. Check out **the next edition**!

## What Will I Learn?

- ✓ The current state of the WordPress job market
- ✓ How to put WordPress to work in the enterprise
- ✓ How you can help build the future of WordPress
- ✓ How Data Liberation project supports the Open Web
- ✓ Much, much more

> "*WordCamp US 2023 was more than a conference.* It catalyzes change, especially in how governments look at WordPress, technology, and how we perceive

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

WordCamp US 2024 is over. Check out **the next edition**!

Jason Nickerson

Partnerships Manager, JetApps

**WordCamp US 2024**

Portland, Oregon, September 17-20, 2024

Oregon Convention Center
777 NE Martin Luther King Jr Blvd,
Portland, Oregon 97232 USA

**About**

About WordCamp US

**Information**

Code of Conduct

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

WordCamp US 2024 is over. Check out **the next edition**!

Sponsors

Visa Letters

**Get Involved**

Contributor Day

Tickets

Proudly powered by WordPress, Volunteers, and Sponsors.

WordCamp Central | Privacy Policy

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy