# EXHIBIT 2

# FRIDAY



| TIME | SUN (Room Town & Country A) | PALM (Room Town & Country B) | SURF (Room Palm 1 & 2) |
|---|---|---|---|
| 9 AM | Opening Remarks | | |
| 9:15 AM | Taming the Whirlwind - Growing Your Business While You're Busy with Client Work. **Nathan Ingram** | Engagement Principles **Lee Levy** | Getting Started with WP-CLI **Alain Schlesser** |
| 10:15 AM | Embracing Minds of All Kinds: Making Digital Content Usable for People with Cognitive Disabilities **Chris Lubkert** | Tackling performance in the WordPress ecosystem at scale **Christina Deemer** | |
| 11:15 AM | Meeting Your Customers Where They Are - How Businesses Can Thrive in a Digital-First World **Keala Gaines** | Blog to Video: Tapping into YouTube and Video SEO with Your Existing Content **Joey Daoud** | |
| 12 PM | Lunch | | |
| 1 PM | An Anthropologist, a WordPress Developer, and a Lawyer Walk into a Bar **Cassandra Decker** | Customizing Core Blocks for Clients **Alex Ball** | Website Accessibility Testing Workshop **Amber Hinds and Alex Stine** |
| 1:15 PM | | Prepare for the cookie-less future with Google Analytics 4 **Sajid Islam** | |
| 1:30 PM | | Improving Processes & Website Tracking with Google Tag Manager and WordPress **Stephanie Bernal** | |
| 2 PM | Your Technical Support Philosophy is Losing Money and Angering Customers **Ben Meredith** | Let's Build a Custom Block in 15 Minutes **Nick Diego** | |
| 2:15 PM | | FSE For the Win **Evan Mullins** | |
| 2:30 PM | | A Rookie's Reflection - It is NEVER too late to learn! **Sally Thoun** | |
| 2:45 PM | Afternoon Break | | |
| 3:15PM | Where is WordPress' place in the creator economy? **Ben May** | Gamify Your Content **Ronnie Burt** | The Nexus of Design and WordPress **David Yarde** |
| 4:15 PM | You can contribute too! **Jonathan Desrosiers** | Get Hooked! Using the right WP actions **Benjamin Kostenbader** | |

# SATURDAY


WORDCAMP US
San Diego, CA 2022

| TIME | SUN (Room Town & Country A) | PALM (Room Town & Country B) | SURF (Room Palm 1 & 2) |
|---|---|---|---|
| 9 AM | Opening Remarks | | |
| 9:15 AM | Developing Cultural Intelligence<br>**Petya Raykovska** | Connected Commerce: Evolving to multichannel selling<br>**Beka Rice** | Build Your First Block Theme<br>**Daisy Olsen** |
| 10:15 AM | Designing for Accessibility<br>**Sara Cannon** | Tackling performance in the WordPress ecosystem at scale<br>**Felix Arntz** | |
| 11:15 AM | What's the Big IDEA? Creating an inclusive culture.<br>**Cami Kaos** | Clue: A Detective's Guide to Troubleshooting in WordPress<br>**Micah Wood** | |
| 12 PM | Lunch | | |
| 1 PM | A New Era of WordPress Themes is Here: Block Themes<br>**Rich Tabor** | Build Your Social Media Posting Application with WordPress and Zapier<br>**George Woodard** | How to Create Your Brand Content Style Guide<br>**Maddy Osman** |
| 1:15 PM | | How Live Streaming Can Level-Up Your Career<br>**Ebonie Butler** | |
| 1:30 PM | | Images on the Web - past present and future<br>**Adam Silverstein** | |
| 2 PM | The Future Of Themes: Designing for the Block Editor and Beyond<br>**Michelle R Schulp** | WordPress Through The Terminal<br>**Milana Cap** | |
| 2:45 PM | Afternoon Break | | |
| 3:15PM | Empowering local stores; learn from the tech giants whilst staying local<br>**Ronald GIjsel** | Content Creators Are Users, Too: The Crucial Importance of Carefully Crafted Editorial Experiences<br>**Phil Crumm & Helen Hou-Sandí** | Making Security Simple for Plugin and Theme Developers<br>**Robert Rowley** |
| 3:30PM | Finding and fixing the six most common WCAG 2 Failures<br>**Joe Dolson** | | |
| 3:45PM | WordPress for the Next Generation<br>**Clemvio Hodge** | | |
| 4:45PM | A Chat with Matt Mullenweg | | |

WordCamp US 2022 is over. Check out **the next edition**!

Wi-Fi    # WCUS         CONTACT



NEWS    SCHEDULE    SPEAKERS    SPONSORS    INFO

SESSION

Palm, Sun, Surf

# A Chat with Matt Mullenweg

 Matt Mullenweg    Sep 10, 2022 4:45 pm PDT

In this session, Matt Mullenweg, co-founder of WordPress, will answer live questions from WordCamp US attendees.

Community

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

Close and accept

WordCamp US 2022 is over. Check out **the next edition**!

Home

Livestream

Schedule

Sessions

**COMMUNITY**

Attendees

Speakers

Organizers

Contributor Day

Underrepresented Speaker Support

Sponsors

**MENU**

Info

Official Parties

Where To Eat

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

WordCamp US 2022 is over. Check out **the next edition**!

## Code of Conduct

FOLLOW US

  

## News

## Media Partners

GET IN TOUCH

## Tickets

## Contact

## Visa Letters



JOIN MAKE WORDPRESS SLACK   *#WCUS channel*

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

WordCamp US 2022 is over. Check out **the next edition**!

# 500 North Hotel Circle, North San Diego, CA 92108

# Town & Country Resort

# Use #WCUS when you post online

# We hope you had a great WordCamp US!

# ❤ Thank you for joining us

Proudly powered by WordPress, Volunteers & Sponsors

WordCamp Central     Privacy Policy

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy