# EXHIBIT 3

# Wednesday

## SHOWCASE DAY



| Time | Rose City<br>A105 – A106 | Stumptown<br>B113 – B116 | Timbers<br>C123 – C124 |
|---|---|---|---|
| 9:00 AM | **Mt. Hood (Oregon Ballroom)** Opening Remarks | | |
| 9:15 AM | **Mt. Hood (Oregon Ballroom)** Reach for the Sky: Disney Experiences' Magical Transformation with Gutenberg with Alexandra Guffey | | |
| 10:15 AM | BREAK | | |
| 10:30 AM | Deeply Integrating AI with WordPress with James LePage | Unlocking Disney's Digital Evolution: Navigating the Gutenberg Era with Alexandra Guffey | Democratizing Accessibility: Equalize Digital Accessibility Checker with Amber Hinds and Steve Jones |
| 11:15 AM | BREAK | | |
| 11:30 AM | The Power of Extending the WordPress Editor: A Block Visibility Showcase with Nick Diego | The News Never Sleeps: How WordPress Powers The New York Post with Linnea Huxford | How We Grew and Optimized RecipeTin Eats to Reach 45 Million Monthly Views (from 25M) with Jon Ang and Stuart Shields |
| 12:15 PM | LUNCH | | |
| 1:30 PM | Open Source Link Management for Modern Marketing with Steven Tey | Breaking News: CNN's Rise to Industry Leader in Brazil with João Carvalho and Brian Alvey | Reinventing Vox Media's CMS: A WordPress Migration Journey with Stéphane Boisvert, Anique Halliday, and Thomas Stang |
| 2:15 PM | BREAK | | |
| 2:30 PM | Mrs.Sporty's 250 Synchronized Franchise Websites with Jessica Lyschik | Building a Block First Digital News Platform for Pew Research Center with Seth Rubenstein | Enhancing Open Source Plugin Security: Establishing Robust Processes and Leveraging Bug Bounty Partnerships with Miriam Schwab and Oliver Sild |
| 3:15 PM | BREAK | | |
| 3:30 PM | Highlights from the Automattic Special Projects Team with Christy Nyiri | How to Use Humanity, the Open Source Theme from Amnesty with Austin | Reinventing Gravatar: Profiles-as-a-Service with Ronnie Burt |
| 4:00 PM | BREAK | | |
| 4:15 PM | Engineering for the Automattic Special Projects Team with Mike Straw | A Technical Deep Dive Into Our Favorite Features of the New Harvard Gazette Site with Joeleen Kennedy | Client-Side Media Processing in WordPress with Pascal Birchler |

WordCamp US 2024 is over. Check out **the next edition!**

WordCamp US is the premier North American event for web professionals





News   About ⌄   Community ⌄   Schedule   Tickets

# An In-Person Q&A With Matt Mullenweg

Presented by Matt Mullenweg

Friday 3:45 PM PDT

Location: Mt. Hood (Oregon Ballroom)

In this session, Matt Mullenweg, co-founder of WordPress, will answer live questions from WordCamp US attendees.

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy

Close and accept

WordCamp US 2024 is over. Check out the next edition!

Portland, Oregon, September 17-20, 2024

Oregon Convention Center
777 NE Martin Luther King Jr Blvd,
Portland, Oregon 97232 USA

## About

About WordCamp US

Attendees

Schedule

Sponsors

## Get Involved

Contributor Day

Tickets

## Information

Code of Conduct

Contact

Location

Visa Letters

Proudly powered by WordPress, Volunteers, and Sponsors.

WordCamp Central | Privacy Policy

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy