# EXHIBIT 7

September 21, 2024

By Matt Mullenweg in Community, WordCamp

# WP Engine is not WordPress

It has to be said and repeated: *WP Engine is not WordPress*. My own mother was confused and thought WP Engine was an official thing. Their branding, marketing, advertising, and entire promise to customers is that they're giving you WordPress, but they're not. And they're profiting off of the confusion. WP Engine needs a trademark license to continue their business.

I spoke yesterday at WordCamp about how Lee Wittlinger at Silver Lake, a private equity firm with $102B assets under management, can hollow out an open source community. (To summarize, they do about half a billion in revenue on top of WordPress and contribute back 40 hours a week, Automattic is a similar size and contributes back 3,915 hours a week.) Today, I would like to offer a specific, technical example of how they break the trust and sanctity of our software's promise to users to save themselves money so they can extract more profits from you.

WordPress is a content management system, and the content is *sacred*. Every change you make to every page, every post, is tracked in a revision system, just like the Wikipedia. This means if you make a mistake, you can *always* undo it. It also means if you're trying to figure out why something is on a page, you can see precisely the history and edits that led to it. These revisions are stored in our database.

This is very important, it's at the core of the user promise of protecting your data, and it's why WordPress is architected and designed to never lose anything.

**WP Engine turns this off.** They disable revisions because it costs them more money to store the history of the changes in the database, and they don't want to spend that to protect your content. It strikes to the very heart of what WordPress does, and they shatter it, the integrity of your content. If you make a mistake, you have no way to get your content back, breaking the core promise of what WordPress does, which is manage and protect your content.

Here is a screenshot of their support page saying they disable this across their 1.5 million WordPress installs.

> **Every WP Engine site has WordPress revisions *disabled* by default.** If you need a more extensive revision management system, we recommend using a third-party editing system rather than relying on WordPress revisions.
>
> **Revisions can *only* be enabled by <u>contacting Support</u>.** Revisions *cannot* be enabled in the `wp-config.php` or `php.ini` files, as this will be overwritten at the server level.
>
> If you migrated a site with existing revisions that you would like to preserve, reach out to Support to have revisions enabled.
>
> - Support can help you enable **3 revisions** for your posts to start. Revisions should not exceed 5.
> - Old revisions will be automatically **removed after 60 days**.
>
> **NOTE**
>
> Enabling revisions is not a retroactive change. Only revisions generated *after* the feature has been enabled will be stored moving forward.

They say it's slowing down your site, but what they mean is they want to avoid paying to store that data. We tested revisions on *all* of the recommended hosts on WordPress.org, and *none* disabled revisions by default. **Why is WP Engine the only one that does?** They are strip-mining the WordPress ecosystem, giving our users a crappier experience so they can make more money.

**What WP Engine gives you is not WordPress**, it's something that they've chopped up, hacked, butchered to look like WordPress, but actually they're giving you a cheap knock-off and charging you more for it.

This is one of the many reasons they are a cancer to WordPress, and it's important to remember that unchecked, cancer will spread. WP Engine is setting a poor standard that others may look at and think is ok to replicate. We must set a higher standard to ensure WordPress is here for the next 100 years.

If you are a customer of "WordPress Engine," you should [contact their support](#) immediately to at least get the 3 revisions they allow turned on so you don't accidentally lose something important. Ideally, they should go to unlimited. **Remember that you, the customer, hold the power; they are nothing without the money you give them.** And as you vote with your dollars, consider literally any other WordPress host as WP Engine is the only one we've found that completely disables revisions by default.