# EXHIBIT 8

10/28/24, 8:17 PM
Matt Mullenweg on X: "Heard a rumor @wpengine is trying to remove the news feed from wp-admin dashboards so people don't s…
Case 3:24-cv-06917-AMO    Document 39-8    Filed 10/20/24    Page 2 of 2

