# EXHIBIT 11



Five for the Future  •  WP Engine



# WP Engine

[wpengine.com](wpengine.com)

This organization contributes resources to the WordPress project.

WP Engine empowers businesses and agencies of all sizes to build, manage, and optimize their WordPress websites with confidence. Serving over 1.5 million customers across 150+ countries, our platform delivers enterprise-grade solutions that ensure top-tier performance, security, and scalability. In addition to tailored eCommerce, Headless, and Agency offerings, we provide powerful developer tools like Local and Advanced Custom Fields, enhancing WordPress' flexibility for creators everywhere.

As a longtime contributor to WordPress Core, WP Engine has played an integral role in supporting the WordPress project for more than a decade. Our involvement includes regular contributions to major WordPress releases and support for open-source projects like WPGraphQL, Faust.js, and Genesis Blocks. Through our commitment to the Five for the Future initiative, WP Engine dedicates resources to advancing WordPress as an open-source platform for millions of users worldwide.

In addition to our technical contributions, we actively support the WordPress community by sponsoring major events including WordCamps and DE{CODE}. Our educational efforts, including thousands of insightful articles and videos across our content channels, provide ongoing resources and support for users and developers as they create exceptional digital experiences. With 8% of the web visiting a WP Engine-powered site daily, we continue to drive innovation and empower WordPress users globally. Learn more at wpengine.com.

**Report a problem**    **Edit Pledge**

## Contributions

WP Engine sponsors **11 contributors** for a total of **45 hours** per week across **5 teams**.

 Community Team      Core Team      Documentation Team

 Polyglots Team      Themes Team

## Contributors