# EXHIBIT 12

Forums                    Welcome to Support            Guidelines            Get involved    •    Log in

Home  /  Plugin: WP Engine GeoTarget  /  Notice regarding WP Engine

Search forums

# Notice regarding WP Engine



Moderator



Felipe Santos (@foosantos)

1 week, 6 days ago

For the foreseeable future, WP Engine teams cannot log in to WordPress.org.

Where plugin updates are made available by WP Engine directly, plugins owned by WP Engine may be updated using guidance shared on their related web pages.

The topic 'Notice regarding WP Engine' is closed to new replies.



WP Engine GeoTarget

Frequently Asked Questions

Support Threads

Active Topics

Unresolved Topics

Reviews

In: Plugins

0 replies

1 participant

Last reply from: Felipe Santos

Last activity: 1 week, 6 days ago

Status: not a support question

| About | Showcase | Learn | Get Involved |
| News | Themes | Documentation | Events |
| Hosting | Plugins | Developers | Donate ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future |

WordPress.com ↗

Matt ↗

bbPress ↗

BuddyPress ↗

10/29/24, 2:21 PM
Case 3:24-cv-06917-AMO   Document 39-12   Filed 10/30/24   Page 5 of 19
Notice regarding WP Engine | WordPress.org

Forums    Welcome to Support    Guidelines    Get involved  •  Log in

Home  /  Plugin: WP Migrate Lite - WordPress Migration Made Easy  /  Notice regarding WP Engine

Search forums

# Notice regarding WP Engine



Moderator



[Felipe Santos](#) (@foosantos)

[1 week, 6 days ago](#)

For the foreseeable future, WP Engine teams cannot log in to WordPress.org.

Where plugin updates are made available by WP Engine directly, plugins owned by WP Engine may be updated using guidance shared on their related web pages.

The topic 'Notice regarding WP Engine' is closed to new replies.



WP Migrate Lite - WordPress Migration Made Easy

Frequently Asked Questions

Support Threads

Active Topics

Unresolved Topics

Reviews

In: Plugins

0 replies

1 participant

Last reply from: Felipe Santos

Last activity: 1 week, 6 days ago

Status: not a support question

| About | Showcase | Learn | Get Involved |
| News | Themes | Documentation | Events |
| Hosting | Plugins | Developers | Donate ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future |

WordPress.com ↗

Matt ↗

bbPress ↗

BuddyPress ↗

10/29/24, 2:22 PM
Notice regarding WP Engine | WordPress.org
Case 3:24-cv-06917-AMO    Document 39-12    Filed 10/30/24    Page 8 of 19

Forums    Welcome to Support    Guidelines    Get involved    •    Log in

Home  /  Plugin: Better Search Replace  /  Notice regarding WP Engine

Search forums

# Notice regarding WP Engine



Moderator



Felipe Santos (@foosantos)

1 week, 6 days ago

For the foreseeable future, WP Engine teams cannot log in to WordPress.org.

Where plugin updates are made available by WP Engine directly, plugins owned by WP Engine may be updated using guidance shared on their related web pages.

The topic 'Notice regarding WP Engine' is closed to new replies.



Better Search Replace

Frequently Asked Questions

Support Threads

Active Topics

Unresolved Topics

Reviews

In: Plugins

0 replies

1 participant

Last reply from: Felipe Santos

Last activity: 1 week, 6 days ago

Status: not a support question

| About | Showcase | Learn | Get Involved |
| News | Themes | Documentation | Events |
| Hosting | Plugins | Developers | Donate ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future |

WordPress.com ↗

Matt ↗

bbPress ↗

BuddyPress ↗

Forums   Welcome to Support   Guidelines   Get involved   •   Log in

Home  /  Plugin: PHP Compatibility Checker  /  Notice regarding WP Engine

Search forums

# Notice regarding WP Engine



Moderator



**Felipe Santos** (@foosantos)

[1 week, 6 days ago](#)

For the foreseeable future, WP Engine teams cannot log in to WordPress.org.

Where plugin updates are made available by WP Engine directly, plugins owned by WP Engine may be updated using guidance shared on their related web pages.

The topic 'Notice regarding WP Engine' is closed to new replies.



PHP Compatibility Checker

Frequently Asked Questions

Support Threads

Active Topics

Unresolved Topics

Reviews

In: Plugins

0 replies

1 participant

Last reply from: Felipe Santos

Last activity: 1 week, 6 days ago

Status: not a support question

| About | Showcase | Learn | Get Involved |
| News | Themes | Documentation | Events |
| Hosting | Plugins | Developers | Donate ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future |

WordPress.com ↗

Matt ↗

bbPress ↗

BuddyPress ↗

Forums                Welcome to Support                Guidelines                Get involved   •   Log in

Home  /  Plugin: Faust.js  /  Notice regarding WP Engine

Search forums

# Notice regarding WP Engine



Moderator



**Felipe Santos** (@foosantos)

[1 week, 6 days ago](#)

For the foreseeable future, WP Engine teams cannot log in to WordPress.org.

Where plugin updates are made available by WP Engine directly, plugins owned by WP Engine may be updated using guidance shared on their related web pages.

The topic 'Notice regarding WP Engine' is closed to new replies.



Faust.js

Frequently Asked Questions

Support Threads

Active Topics

Unresolved Topics

Reviews

In: Plugins

0 replies

1 participant

Last reply from: Felipe Santos

Last activity: 1 week, 6 days ago

Status: not a support question

| About | Showcase | Learn | Get Involved |
| News | Themes | Documentation | Events |
| Hosting | Plugins | Developers | Donate ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future |

WordPress.com ↗

Matt ↗

bbPress ↗

BuddyPress ↗

Forums     Welcome to Support     Guidelines     Get involved  •  Log in

Home  /  Plugin: Pattern Manager  /  Notice regarding WP Engine

Search forums 🔍

# Notice regarding WP Engine



Moderator



**Felipe Santos** (@foosantos)

[1 week, 6 days ago](#)

For the foreseeable future, WP Engine teams cannot log in to WordPress.org.

Where plugin updates are made available by WP Engine directly, plugins owned by WP Engine may be updated using guidance shared on their related web pages.

The topic 'Notice regarding WP Engine' is closed to new replies.



Pattern Manager

Frequently Asked Questions

Support Threads

Active Topics

Unresolved Topics

Reviews

In: Plugins

0 replies

1 participant

Last reply from: Felipe Santos

Last activity: 1 week, 6 days ago

Status: not a support question

| About | Showcase | Learn | Get Involved |
| News | Themes | Documentation | Events |
| Hosting | Plugins | Developers | Donate ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future |

10/29/24, 2:23 PM
Notice regarding WP Engine | WordPress.org
Case 3:24-cv-06917-AMO   Document 39-12   Filed 10/30/24   Page 19 of 19

WordPress.com ↗

Matt ↗

bbPress ↗

BuddyPress ↗