# EXHIBIT 15

 Plugin Directory • Secure Custom Fields



# Secure Custom Fields

By [WordPress.org](...)

**Download**

| Details | Reviews | **Development** | | [Support](...) |

## Contributors & Developers

"Secure Custom Fields" has been translated into 31 locales. Thank you to the translators for their contributions.

Translate "Secure Custom Fields" into your language.

## Interested in development?

Browse the code, check out the SVN repository, or subscribe to the development log by RSS.

## Changelog

### 6.3.10.2

*Release Date 29th October 2024*

- Security – Setting a metabox callback for custom post types and taxonomies now requires being an admin, or super admin for multisite installs
- Security – Field specific ACF nonces are now prefixed, resolving an issue where third party nonces could be treated as valid for AJAX calls
- Enhancement – A new "Close and Add Field" option is now available when editing a field group, inserting a new field inline after the field being edited
- Fix – Exporting post types and taxonomies containing metabox callbacks now correctly exports the user defined callback

## 6.3.9

Release Date 22nd October 2024

- Version update release

## 6.3.6.3

Release Date 15th October 2024

- Security – Editing a Field in the Field Group editor can no longer execute a stored XSS vulnerability. Thanks to Duc Luong Tran (janlele91) from Viettel Cyber Security for the responsible disclosure
- Security – Post Type and Taxonomy metabox callbacks no longer have access to any superglobal values, hardening the original fix from 6.3.6.2 even further
- Fix – SCF Fields now correctly validate when used in the block editor and attached to the sidebar

## 6.3.6.2

Release Date 12th October 2024

- Security – Harden fix in 6.3.6.1 to cover $_REQUEST as well.
- Fork – Change name of plugin to Secure Custom Fields.

## 6.3.6.1

Release Date 7th October 2024

- Security – SCF defined Post Type and Taxonomy metabox callbacks no longer have access to $_POST data. (Thanks to the Automattic Security Team for the disclosure)

| | |
|---|---|
| Version | 6.3.10.2 |
| Last updated | 11 hours ago |
| Active installations | 2+ million |
| WordPress version | 6.0 or higher |
| Tested up to | 6.6.2 |
| PHP version | 7.4 or higher |
| Languages | See all 32 |
| Tags | acf   custom fields   fields   meta   scf |

Advanced View

# Ratings

 4.5 out of 5 stars.

| | |
|---|---|
| 5 stars | 1152 |
| 4 stars | 27 |
| 3 stars | 14 |
| 2 stars | 10 |
| 1 star | 153 |
| Add my review | See all |

# Contributors

 WordPress.org

 Delicious Brains

 WP Engine

 Elliot Condon

 [Matt Shaw](#)

 [Liam Gladdy](#)

 [Anthony Burchell](#)

 [Phil Johnston](#)

 [Dale Williams](#)

 [Iain Poulson](#)

## Support

Issues resolved in last two months:

**28 out of 74**

[View support forum](#)