Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF JIAXING (KYLE) XU IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Araceli Martinez-Olguin |

I, Jiaxing (Kyle) Xu, declare as follows:

1. I am an attorney with the law firm Hogan Lovells US LLP, located at 4 Embarcadero Center, Suite 3500, San Francisco, CA 94111. As counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants"), I make this declaration in support of Defendants' Motion to Strike and Opposition to Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the website at https://www.silvertonpartners.com/portfolio/wp-engine/, captured on October 29, 2024.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the website at https://wpengine.com/blog/milestone-announcement/, captured on October 29, 2024.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a PitchBook report of WP Engine, Inc. ("WP Engine") generated on October 29, 2024.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a S&P Capital IQ report of WP Engine generated on October 29, 2024.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the website at https://www.silverlake.com/portfolio/wp-engine/, captured on October 29, 2024.

7. Attached hereto as **Exhibit 6** is a true and correct copy of X Post on the website at https://x.com/wpengine/status/1840910240801316924, captured on October 30, 2024.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: October 30, 2024

By: _____
Jiaxing (Kyle) Xu

---

1

DECLARATION OF JIAXING (KYLE) XU IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE
AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:24-cv-06917-AMO