# EXHIBIT 1





### ENTERPRISE

# WP ENGINE (ACQ. SILVER LAKE)



WP Engine is the world's leading Digital Experience Platform for WordPress.

Majority investment by Silver Lake in 2018

## FOUNDERS / LEADERSHIP

### BEN METCALFE

### CULLEN WILSON




# PRESS

WP Engine raises $250M from Silver Lake and passes $100M ARR

January 4, 2018

Heather Brunner & Jason Cohen win E&Y Entrepreneur of the Year

June 10, 2017

WP Engine Raises $15M From North Bridge Growth Equity To Invest In Product Development, Accelerate Growth

January 14, 2014



EARLY-STAGE INVESTORS, LONG-TERM PARTNERS.

PHILOSOPHY

TEAM

PORTFOLIO

PRESS



MEDIA

## NEWS BY SILVERTON PARTNERS

"*" indicates required fields

ENTER EMAIL ADDRESS

SUBSCRIBE



© 2024 Silverton Partners. All Rights Reserved.

Privacy Policy  |  Contact