# EXHIBIT 2



Menu

# Blog

 BLOG  /  PRESS RELEASE  /
WP ENGINE SECURES STRATEGIC GROWTH INVESTMENT FROM SILVER LAKE AND SURPASSES $100M ANNUAL RECURRING REVENUE



# WP Engine Secures Strategic Growth Investment From Silver Lake And



January 4, 2018 by **WP Engine**

*Company Poised for Continued Rapid Revenue and Customer Growth*

**AUSTIN, Texas — Jan. 4, 2018** – WP Engine, the world's leading [WordPress Digital Experience Platform](), announced today a $250 million investment from Silver Lake, the global leader in technology investing, and the company's achievement of more than $100 million in annual recurring revenue with over 75,000 customers globally, up 30 percent year-over-year. Silver Lake's investment in the company will help accelerate innovation on WP Engine's Digital Experience Platform and fuel future growth internationally. As part of the transaction, Greg Mondre, Managing Partner of Silver Lake, and Lee Wittlinger and Mark Gillett, Managing Directors of Silver Lake, will join WP Engine's Board of Directors.

"We are partnering with Silver Lake because of their incredible track record as technology investors, their understanding of digital platform businesses like ours and because of the alignment in core values we share," said Heather J. Brunner, Chairwoman and CEO of WP Engine. "This partnership will help us further invest in



Founded in 2010, WP Engine is a market leader in one of the fastest growing segments of the Internet, providing digital solutions for companies of all sizes to build, manage and deliver compelling websites. The company's Digital Experience Platform is the world's leading software and services solution for websites developed on the WordPress content management system (CMS), the preeminent open source software for website building that powers approximately 29 percent of the **Internet**, up from 13 percent in 2010.* Today, WP Engine powers more WordPress websites than all other managed WordPress hosts combined among the one million most trafficked websites on the Internet.**

"WP Engine's enterprise-grade technology and excellent service enable its customers to rapidly create high quality websites with best-in-class performance," said Mr. Wittlinger of Silver Lake. "We believe WP Engine is poised to take a leading global position in the fast-growing WordPress ecosystem and we look forward to working alongside the company's talented management team as it executes on its next phase of development."

Silver Lake's strategic growth investment in WP Engine follows a series of recent milestones for the company:

**The Only WordPress Digital Experience Platform**

# WP engine

Experience Platform provides a comprehensive suite of software, infrastructure, analytics, security and support solutions needed to create websites and applications on WordPress. The only one of its kind in the WordPress industry, these solutions enable a global ecosystem of developers, marketers, and agencies to innovate and go-to-market faster, improve the performance of their brand's online presence, deliver actionable insights to improve the ROI of their sites and applications and enable integrations with the best-in-category technologies and trusted brands like Google Cloud Platform (GCP) and Amazon Web Services (AWS).

**Agency Partner Program Growth 10X**

Launched in September, the Agency Partner Program enables agencies of all sizes to use WordPress to grow their business, focus on driving creative, engaging experiences and deliver clear impact for their clients. Since the launch, the Agency Partner Program has quickly enrolled over 500 digital agency partners, helping them be more competitive in the marketplace and innovative with their clients.

**Expands Integrations With Key Technology Partners**

WP Engine is the **first WordPress solution to achieve Amazon Web Services** (AWS) Marketing and Commerce Competency

manage and publish WordPress digital experiences. Also this past year, WP Engine broadened its relationship with Google, as a Google Cloud Platform Technology partner. Lastly, WP Engine partnered with digital intelligence leader New Relic to include its analytics software as part of a new Application Performance solution, providing code-level visibility to help developers troubleshoot faster, optimize their WordPress experiences, and increase development agility.

**Opens New Office in Brisbane**

In October 2017, WP Engine announced the opening of its new office in Brisbane to further support the company's surging customer base across Australia and New Zealand. The company expects to more than double its customer base and ramp its employees there over the next three years. The Brisbane office is the company's latest global expansion, following the opening of offices in London in 2015 and Limerick, Ireland in 2016.

**Recent Awards**

- Featured on **Fortune's 100 Best Workplaces for Millennials** and **100 Best Medium Workplaces** lists



the Stevie's, the world's premier business awards program

Chairwoman & CEO Heather J. Brunner and Founder/CTO Jason Cohen were named winners of the **EY Entrepreneur of the Year for the Central Texas** region

Recognized as a **Best Place to Work** four years in a row by the Austin Business Journal and by the **San Antonio Business Journal**

Received RecognizeGood's award for **Ethics in Business and Community**

Won the **Business Intelligence Group's 2017 BIG Awards** for Tech Executive (Jason Cohen) and Product of the Year (WordPress Digital Experience Platform)

**The Rise of Multiple Content Management Systems In The Enterprise**

**A new, international study jointly commissioned by WP Engine** and Manifesto and conducted by Vanson Bourne explores which CMS technologies are used most commonly by enterprises. The study surveyed over 300 enterprise-level IT and marketing decision-makers in the U.S. and U.K. The majority (**61 percent**) of the respondents worked for organizations with at

# WP engine™

WordPress is on par with Adobe Experience Manager as the most frequently used enterprise CMS in either a primary or secondary fashion. WordPress was also the leading secondary CMS.

"Clearly 2017 was an outstanding year for WP Engine, our customers and our employees," said Ms. Brunner. "Our mission is to help our customers win online. We wouldn't have this phenomenal success without our incredible employees delivering outstanding technology and service to our customers everyday. We are looking forward to more customer success led growth around the world in 2018."

WP Engine was advised by RBC Capital Markets, LLC on the transaction.

## About Silver Lake

Silver Lake is the global leader in technology investing, with about $39 billion in combined assets under management and committed capital and a team of approximately 100 investment and value creation professionals located in Silicon Valley, New York, London, Hong Kong and Tokyo. Silver Lake's portfolio of investments collectively generates more than $140 billion of



and technology-enabled businesses such as Alibaba Group, Ancestry, Broadcom Limited, Cast & Crew, Ctrip, Dell Technologies, Endeavor, Fanatics, Global Blue, GoDaddy, Motorola Solutions, Red Ventures, Sabre, SoFi, SolarWinds and Symantec. For more information about Silver Lake and its entire portfolio, please visit **www.silverlake.com**.

**About WP Engine**

WP Engine is the world's leading WordPress Digital Experience Platform that gives companies of all sizes the agility, performance, intelligence, and integrations they need to drive their business forward faster. WP Engine's combination of tech innovation and an award-winning team of WordPress experts are trusted by over 75,000 companies across 130 countries to provide counsel and support, helping brands create world-class digital experiences. Founded in 2010, WP Engine is headquartered in Austin, Texas, and has offices in San Francisco, California; San Antonio, Texas; London, England; Limerick, Ireland, and Brisbane, Australia. **WPEngine.com**.

*Based on W3Techs updated on Nov. 1, 2017

**Based on WP Engine research identifying the Web Content Management systems' digital fingerprints for the most visited



located in the HTTP headers.

## More WordPress News from WP Engine

‹ **Enterprise-Grade Search Experiences For WordPress With Algolia**

**WP Engine: 2017 In Review** ›

## Join the conversation.

Leave a Comment.

**Comment** *



## Name *

## Email *

Post Comment

## There are 9 comments

**WP Engine Secures Strategic Growth Investment From Silver Lake And Surpasses $100M In Annual Recurring Revenue** on January 4, 2018 at 7:20 am



**Reply**

**WP Engine, a managed WordPress platform, raises $250M from Silver Lake - Technology Empire** on January 4, 2018 at 11:19 am

[…] company did not disclose its valuation (we're asking) in its own announcement of the funding, but in its last round, in 2015 when it picked up a modest $20 million, WP Engine […]

**Reply**

**WP Engine, a managed WordPress platform, raises $250M from Silver Lake - Tech News Finder** on January 4, 2018 at 11:24 am

[…] company did not disclose its valuation (we're asking) in its own announcement of the funding, but in its last round, in 2015 when it picked up a modest $20 million, WP Engine […]

**Reply**



**Ahmad Awais** on January 4, 2018 at 2:28 pm

Huge props! And congratulations Heather, Jason, David, and the rest of WPEngine's team on raising $250M USD investment and $100M/yr revenue!

Well, deserved! Keep making the #WordPress community better.



I'm also excited to see a WordPress company getting huge investr
actually tells how confident the future of WordPress could be as we
forward towards the 50% of web with WordPress goal.

Happy for you, folks!

Peace! ✌

Reply



**Noor** on January 4, 2018 at 11:29 pm

Congratulations to WPEngine on securing investment and surpassing $100M in annual recurring revenue.

Reply



**Terry Duperon** on January 5, 2018 at 12:44 pm

Congratulations WP Engine. Great product and great accomplishment.

Reply



**Alex** on January 9, 2018 at 1:34 pm

That's amazing news, congratulations!



**Who and What I'll Be Following in 2018 - Matt Cromwell** on March 4, 2018 at 1:49 pm

[…] also announced this year that they just got a new investment of $250 Million. Their announcement doesn't say […]

Reply



**Collins Agbonghama** on March 9, 2018 at 8:20 am

This is a great news. Congrats Jason and the rest of WPEngine's team.

Reply

## Solutions

Managed WordPress Hosting

WooCommerce Hosting

SMB

Agency

## Insights

Blog

Torque

Velocitize



Our Platform

## About

Our Company

Leadership Team

Careers

Contact

Customer Stories

Legal

Newsroom

Privacy Policy

## Resources

Resource Center

Support Center

Solution Center

Partner Programs

Agency Directory

System Status

Brand Assets

**WP Engine**

504 Lavaca Street, Suite 1000

Austin, TX 78701

**Sales**

+1-512-273-3906

sales@wpengine.com

24 Hours

**Billing**

billing@wpengine.com





© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.