# EXHIBIT 3

📊 PitchBook    **Generated by PitchBook for Chelsea Jerry, Hogan Lovells**    Last Updated: 03-Oct-2024
pbId: 53792-38

# WP Engine | Private Company Profile

## Highlights

📊 **PitchBook Analyst Coverage**



Last Updated Q4 2024

**Employees**

1000

As of 03-Oct-2024



**Last Deal Details**

$187.86M

Dividend Recapitalization 14-Aug-2023

**Post Valuation**

$250.00M

As of 04-Jan-2018

**Total Raised to Date**

$395.16M

As of 14-Aug-2023

**Valuation Step-up**

2.03x

Later Stage VC (Series C) - Later Stage VC (Series C1)

## General Information

**Description**

Provider of online content creation and hosting services designed to create and manage websites. The company caters to designing, building, managing and powering experiences through a comprehensive suite of developer applications, thereby simplifying website creation, optimization and management as well as enterprise-grade infrastructure.

**Most Recent Financing Status** (as of 21-Dec-2023)

The company completed a $187.86 million of dividend recapitalization on August 14, 2023. Previously, the company raised $340 million of debt financing on an undisclosed date.

| | | | |
|---|---|---|---|
| **Website** | www.wpengine.com | **Year Founded** | 2010 |
| **Entity Types** | Private Company Acquirer | **Universes** | Debt Financed, Private Equity, Venture Capital |
| **Legal Name** | WPEngine, Inc. | **Employees** | 1,000 |
| **Business Status** | Profitable | | |
| **Ownership Status** | Privately Held (backing) | | |
| **Financing Status** | Private Equity-Backed | | |
| **LinkedIn URL** | wpengine | | |

## Industries, Verticals & Keywords

**Primary Industry**

Systems and Information Management

**Other Industries**

Media and Information Services (B2B)

IT Consulting and Outsourcing

**Keywords**

security

enterprise hosting services

wordpress hosting services

wordpress services

website management

web application protection

hosting services

website management software

software solutions

application security

website workflow

**Appears in PitchBook Analyst Market Map**

Q3 2024 - Infosec/Cybersecurity - VC Ecosystem
7,670 Companies | Brendan Burke

Q2 2024 - Infosec/Cybersecurity - VC Ecosystem
7,612 Companies

Q1 2024 - Infosec (aka Cybersecurity) - Industry
4,356 Companies

Q1 2024 - Infosec (aka Cybersecurity) - VC Ecosystem
4,292 Companies | Brendan Burke

## Contact Information

**Primary Contact**

David Brolsma

Chief Financial Officer

david.brolsma@wpengine.com

**Phone:** +1 (877) 973-6446

**Primary Office**

504 Lavaca Street

Suite 1000

Austin, TX 78701

United States

**Phone:** +1 (877) 973-6446

info@wpengine.com

## Alternate Offices

**Brisbane**

Brisbane, Queensland

Australia

**Fortitude Valley**

Level 3

315 Brunswick Street

Fortitude Valley, Queensland 4006

Australia

**Limerick**

Limerick

Ireland

**London**

London

England, United Kingdom

**San Francisco**

San Francisco, CA

United States

heather@wpengine.com

## Financials

| Key Metrics Amounts in thousands, USD (except Ratios, Multiples & per share items) | Fiscal Year **2018** End: 31-Dec-2018 | Fiscal Year **2023** End: 31-Dec-2023 | 12 Months Ending **Dec 2023** Start: 31-Dec-2022 End: 31-Dec-2023 |
|---|---|---|---|
| **Income Statement** | | | |
| Total Revenue | 132,000 | 400,000 | 400,000 |
| Revenue % Growth | +30.00% | | |

## Top 5 Similar Companies

| # | Name | Competitor | Financing Status | HQ Location | Primary Industry | Year Founded | Last Financing Date/Type | Last Financing Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Automattic | ✔ | Venture Capital-Backed | San Francisco, CA | IT Consulting and Outsourcing | 2005 | 2023/2ndary - Private | |
| 2 | Acquia | ✔ | Private Equity-Backed | Boston, MA | Business/Productivity Software | 2007 | 2024/Debt | $11.17M |
| 3 | Newfold Digital | | Private Equity-Backed | Jacksonville, FL | Systems and Information Management | 1997 | 2023/Debt | $515.00M |
| 4 | Optimizely | | Private Equity-Backed | New York, NY | Business/Productivity Software | 1994 | 2ndary - Private | |

| 5 | Sitecore | ✔ | | Private Equity-Backed | San Francisco, CA | Business/Productivity Software | 2001 | 2023/Debt Refin. | $406.50M |

## Comparisons

| | WP Engine | Automattic | Acquia | Newfold Digital |
|---|---|---|---|---|
| **Description** | Provider of online content creation and hosting services designed to create and manage websites. | Developer of open-source content management systems designed to democratize publishing and commerce. | Developer of a cloud-based content management platform designed to build, deliver and optimize digital experiences. | Provider of cloud-based web hosting, website design and online marketing services intended for small and medium enterprises. |
| **Primary Industry** | Systems and Information Management | IT Consulting and Outsourcing | Business/Productivity Software | Systems and Information Management |
| **HQ Location** | Austin, TX | San Francisco, CA | Boston, MA | Jacksonville, FL |
| **Employees** | 1000 \| 2024 | 2000 \| 2024 | 1207 \| 2024 | 4220 \| 2024 |
| **Total Raised** | $395.16M | $820.30M | $22.93M | $524.98M |
| **Post Valuation** | $250.00M \| 04-Jan-2018 | $7.50B \| 01-Aug-2021 | $1.00B \| 01-Nov-2019 | $2.20B *E* \| 10-Feb-2021 |
| **Last Financing Details** | $187.86M \| 2023/Dividend Recapitalization | Undisclosed amount \| 2023/Secondary Transaction - Private | $11.17M \| 2024/Debt - General | $515.00M \| 2023/Debt - General |

*E Estimated*

## Patents

| **1** | **4** | **2** | **0** | **0** | **2** |
|---|---|---|---|---|---|
| Total Patents | Total Documents | Active | Pending | Expiring | Inactive |
| Families | Applications and Grants | | | In next 12 mo | |

**Top Patent Technology (CPC codes):** Electric digital data processing

**Portfolio Breakdown**
Each of the company's patent is represented once by it's earliest filing date and it's representative technology classification

# Patent Technology: CPC Section



■ Physics

## Patent Technology: CPC Class



■ Computing

Report generated 10/29/2024

# Patent Technology: CPC Subclass



■ Electric digital data processing

**Citations**

Citations are defined as the number of unique patents that have made reference to the company's patent. Citations are often used as a signal of patent value.

**Most Cited Patents:** All Years

| # | Patent Title | Forward Citations |
|---|---|---|
| 1 | Systems and methods for keyword research and content analysis | 9 |
| 2 | Systems and methods for keyword research and content analysis | 1 |
| 3 | Systems and methods for keyword research and content analysis | 0 |
| 4 | Systems and methods for keyword research and content analysis | 0 |

**Citations:** Cites WP Engine

| Company | Forward Citations | Total Active & Pending Patents |
|---|---|---|
| Salesforce | 3 | 9,544 |
| CA Technologies | 2 | 4,582 |

| | | | |
|---|---|---:|---:|
| | Dell EMC | 2 | 17,415 |
| | Ericsson | 1 | 87,194 |

**Recent Patent Activity**

| Publication ID | Patent Title | Status | Activity Date | Publication Date | Technology (CPC) | Citations | Independent Claims | First Filing Date |
|---|---|---|---|---|---|---|---|---|
| US-9569535-B2 | Systems and methods for keyword research and content analysis | Inactive | 15-Aug-2023 | 14-Feb-2017 | | 24 | 1 | 24-Sep-2012 |
| US-20140089290-A1 | Systems and methods for keyword research and content analysis | Active | 15-Aug-2023 | 27-Mar-2014 | G06F16/951 | 13 | 3 | 24-Sep-2012 |
| CA-2828329-A1 | Systems and methods for keyword research and content analysis | Active | 06-May-2023 | 24-Mar-2014 | G06F16/951 | | 3 | 24-Sep-2012 |
| CA-2828329-C | Systems and methods for keyword research and content analysis | Inactive | 06-May-2023 | 02-Jan-2018 | G06F16/951 | | 1 | 24-Sep-2012 |

## Current Team (13)

| Name | Title | Board Seats | Office | Phone | Email |
|---|---|---|---|---|---|
| Heather Brunner | Chief Executive Officer and Chairwoman | 1 | Austin, TX | +1 (877) 973-6446 | heather@wpengine.com |
| David Brolsma | Chief Financial Officer | | Austin, TX | +1 (877) 973-6446 | david.brolsma@wpengine.com |
| Samuel Monti | Chief Financial Officer | | Austin, TX | +1 (877) 973-6446 | sam.monti@wpengine.com |
| Jason Teichman | Chief Operating Officer | | Austin, TX | +1 (877) 973-6446 | jason.teichman@wpengine.com |
| Ramadass Prabhakar | Chief Technology Officer & Senior Vice President, Global Engineering | | Austin, TX | +1 (877) 973-6446 | ramadass.prabhakar@wpengine.com |
| Annette Alexander | Chief People Officer | | Austin, TX | +1 (877) 973-6446 | annette.alexander@wpengine.com |

Report generated 10/29/2024

| Chad Costello JD | General Counsel & Corporate Secretary | | Austin, TX | +1 (877) 973-6446 | chad.costello@wpengine.com |
| Mariano Dima | Independent Board Director | 2 | Austin, TX | +1 (877) 973-6446 | mariano.dima@wpengine-careers.com |
| Jason Cohen | Founder & Chief Innovation Officer | | Austin, TX | +1 (877) 973-6446 | jason@wpengine.com |
| Ezinne Udezue | Chief Product Officer & Senior Vice President | | Austin, TX | +1 (512) 551-6000 | ezinne.udezue@wpengine.com |
| Tarsha McCormick | Vice President, Diversity, Equity, Inclusion, Culture and Engagement | | Austin, TX | +1 (877) 973-6446 | tarsha.mccormick@wpengine.com |
| Victor Yuan | Vice President of Corporate Development | | Austin, TX | +1 (877) 973-6446 | victor.yuan@wpengine.com |
| Monica Cravotta | Vice President of Corporate Marketing | | Austin, TX | +1 (877) 973-6446 | monica.cravotta@wpengine.com |

## Current Board Members (4)

| Name | Title | Representing | Role | Since | Phone | Email |
|------|-------|-------------|------|-------|-------|-------|
| Gregory Mondre | Co-Chief Executive Officer & Managing Partner | Silver Lake | Board Member | Jan 2018 | +1 (855) 268-2822 | |
| Heather Brunner | Chief Executive Officer and Chairwoman | WP Engine | Chief Executive Officer and Chairwoman | | +1 (877) 973-6446 | heather@wpengine.com |
| Lee Wittlinger | Managing Director | Silver Lake | Board Member | Jan 2018 | +1 (650) 233-8120 | lee.wittlinger@silverlake.com |

Report generated 10/29/2024

| Mark Gillett | Managing Director & Head of Value Creation | Silver Lake | Board Member | Jan 2018 | +1 (650) 233-8120 | mgillett@silverlake.com |

## Deal History (8)

**Category:** All Deals

| # | Deal Type | Date | Amount | Raised to Date | Pre-Val | Post-Val | Status | Stage |
|---|---|---|---|---|---|---|---|---|
| 8. | Dividend Recapitalization | 14-Aug-2023 | $187.86M | $395.16M | | | Completed | Profitable |
| 7. | Debt - General | | $340.00M | $395.16M | | | Completed | Profitable |
| 6. | Debt - General | 27-Mar-2020 | $55.16M | $55.16M | | | Completed | Profitable |
| 5. | Buyout/LBO | 04-Jan-2018 | $250.00M | $41.30M | | $250.00M | Completed | Profitable |
| 4. | Later Stage VC (Series C1) | 24-Mar-2015 | $23.00M | $41.30M | $170.64M | $193.64M | Completed | Profitable |
| 3. | Later Stage VC (Series C) | 14-Jan-2014 | $15.00M | $18.30M | $69.01M | $84.01M | Completed | Profitable |
| 2. | Early Stage VC (Series B) | 19-Sep-2012 | $2.10M | $3.30M | $15.35M | $17.45M | Completed | Profitable |
| 1. | Early Stage VC (Series A) | 15-Nov-2011 | $1.19M | $1.19M | $3.87M | $5.07M | Completed | Startup |

*† Indicates an Add-On*
*E Estimated*

**CAP TABLE HISTORY** (as of 24-Mar-2015)

| Stock | # Of Shares Authorized | Par Value | Original Issue Price | Liquidation | Liquidation Pref. Multiple | Conversion Price | % Owned |
|---|---|---|---|---|---|---|---|
| Series C1 | 6,000,000 | $0.000100 | $3.92 | $3.92 | 1x | $3.92 | 11.88% |
| Series C | 7,500,000 | $0.000100 | $2.09 | $2.09 | 1x | $2.09 | 15.19% |
| Series B | 3,900,000 | $0.000100 | $0.54 | $0.54 | 1x | $0.54 | 7.90% |
| Series A | 6,663,357 | $0.000100 | $0.18 | $0.18 | 1x | $0.18 | 13.50% |

**Series Terms for: A, B, C, C1** (as of 24-Mar-2015)

| | | | |
|---|---|---|---|
| **Liquidation Preferences** | Senior | **Anti-dilution Provisions** | Weighted Average |
| **Participating vs. Non-participating** | Non-participating | **Board Voting Rights** | Yes |
| **Dividend Rights** | Yes | | |

## Deal #8: Dividend Recapitalization, $187.86M, Completed; 14-Aug-2023

### Deal Info

| | |
|---|---|
| **Deal Types** | Dividend Recapitalization |
| **Deal Date** | 14-Aug-2023 |
| **Deal Status** | Completed |
| **Financing Source** | Debt |

### Company Info

| | |
|---|---|
| **Financing Status** | Private Equity-Backed |
| **Business Status** | Profitable |
| **CEO/Lead Mgt** | Heather Brunner |
| **Site** | Austin, TX |

### Total Capital

| | |
|---|---|
| **Deal Amount** | $187.86M |
| **Total Invested Capital** | $187.86M |
| **Raised to Date** | $395.16M ** |

### Debt

| | |
|---|---|
| **Total New Debt** | $187.86M ‡ |

### Deal Synopsis

The company completed a $187.86 million of dividend recapitalization on August 14, 2023.

*‡ Not necessarily a summation of individual debt figures*
*** Includes $395.16M  of known debt; Does not include grant funding*
*E Estimated*

### Beneficiaries (1)

| Beneficiary Name | Comments |
|---|---|
| 1. Silver Lake | |

*E Estimated*

### Lenders & Debt Financings (9)

### Debt Summary

| | |
|---|---|
| **Revolving Credit - Senior** | $16.46M |
| **Unitranche** | $6.83M |
| **Unspecified Term Loan - 1st Lien** | $164.57M |

**Revolving Credit - Senior: $16.46M**

11

| Debt Instrument | | Lender Name | | |
|---|---|---|---|---|
| Debt Amount: | $16.46M | 1. Blackstone | Amount: | $8.14M |
| Maturity Date: | 14-Aug-2029 | | Fund 1: | Blackstone Private Credit Fund BDC |
| Seniority: | Senior | | Fund 1 Amount: | $8.14M |
| Spread: | SOFR + 650 | 2. Blackstone Credit and Insurance | Amount: | $6.67M |
| | | | Fund 1: | Blackstone Secured Lending Fund BDC |
| | | | Fund 1 Amount: | $6.67M |
| | | 3. Golub Capital | Fund 1: | Golub Capital BDC 4, Inc. |
| | | | Fund 2: | Golub Capital Direct Lending Unlevered Corp BDC |
| | | 4. Monroe Capital | Amount: | $1.65M |
| | | | Fund 1: | Monroe Capital Income Plus Corp BDC |
| | | | Fund 1 Amount: | $1.65M |

**Unitranche: $6.83M**

| Debt Instrument | | Lender Name | | |
|---|---|---|---|---|
| Debt Amount: | $6.83M | 1. Golub Capital | Amount: | $6.83M |
| Maturity Date: | 01-Aug-2029 | | Fund 1: | Golub Capital BDC |
| Spread: | SOFR + 650 | | Fund 1 Amount: | $3.52M |
| Ticking Fee Comment: | None | | Fund 2: | Golub Capital BDC 3 |
| Additional characteristics: | Unitranche | | Fund 2 Amount: | $1.92M |
| Unitranche: | Yes | | | |
| Debt Commentary: | None | | | |

**Unspecified Term Loan - 1st Lien: $164.57M**

Report generated 10/29/2024

## Debt Instrument

| | |
|---|---|
| Debt Amount: | $164.57M |
| Maturity Date: | 14-Aug-2029 |
| Security: | 1st Lien |
| Spread: | SOFR + 650 |
| Additional characteristics: | Unitranche |
| Unitranche: | Yes |

## Lender Name

| | | | |
|---|---|---|---|
| 1. | Blackstone | Amount: | $81.40M |
| | | Fund 1: | Blackstone Private Credit Fund BDC |
| | | Fund 1 Amount: | $81.40M |
| 2. | Blackstone Credit and Insurance | Amount: | $66.67M |
| | | Fund 1: | Blackstone Secured Lending Fund BDC |
| | | Fund 1 Amount: | $66.67M |
| 3. | Golub Capital | Amount: | $1.31M |
| | | Fund 1: | Golub Capital BDC 4, Inc. |
| | | Fund 1 Amount: | $1.07M |
| | | Fund 2: | Golub Capital Direct Lending Unlevered Corp BDC |
| | | Fund 2 Amount: | $0.24M |
| 4. | Monroe Capital | Amount: | $16.50M |
| | | Fund 1: | Monroe Capital Income Plus Corp BDC |
| | | Fund 1 Amount: | $16.50M |

*E Estimated*

### Advisors (2)

| # | Advisor Name | Service Type | Hired By | Comments |
|---|---|---|---|---|
| 1. | Blackstone | Debt Financing | WP Engine | |
| 2. | Blackstone Credit and Insurance | Debt Financing | WP Engine | |

## Deal #7: Debt - General, $340.00M, Completed

## Deal Info

| | |
|---|---|
| **Deal Types** | Debt - General |
| **Deal Status** | Completed |
| **Financing Source** | Debt |

## Company Info

| | |
|---|---|
| **Financing Status** | Private Equity-Backed |
| **Business Status** | Profitable |
| **CEO/Lead Mgt** | Heather Brunner |
| **Site** | Austin, TX |

13

## Total Capital

| | |
|---|---|
| **Deal Amount** | $340.00M |
| **Total Invested Capital** | $340.00M |
| **Raised to Date** | $395.16M ** |

## Debt

| | |
|---|---|
| **Total New Debt** | $340.00M ‡ |

### Deal Synopsis

The company raised $340 million of debt financing on an undisclosed date.

*‡ Not necessarily a summation of individual debt figures*
*\*\* Includes $395.16M  of known debt; Does not include grant funding*
*E Estimated*

---

### Lenders & Debt Financings (2)

### Debt Summary

| | |
|---|---|
| **Revolving Credit** | $30.00M |
| **Unspecified Term Loan** | $10.00M |
| **Unspecified Term Loan** | $300.00M |

### Revolving Credit: $30.00M

| Debt Instrument | | Lender Name | | |
|---|---|---|---|---|
| Debt Amount: | $30.00M | 1.  Alter Domus | Lender Role: | Admin Agent, Col Agent |

### Unspecified Term Loan: $10.00M

| Debt Instrument | |
|---|---|
| Debt Amount: | $10.00M |

### Unspecified Term Loan: $300.00M

| Debt Instrument | | Lender Name | | |
|---|---|---|---|---|
| Debt Amount: | $300.00M | 1.  Alter Domus | Amount: | $10.00M |
| | | | Lender Role: | Admin Agent, Col Agent |

*E Estimated*

---

### Advisors (1)

| # | Advisor Name | Service Type | Hired By | Comments | |
|---|---|---|---|---|---|
| 1. | Simpson Thacher & Bartlett | Legal Advisor | WP Engine | Lead Partner: | Jennifer Hobbs |

14

## Deal #6: Debt - General, $55.16M, Completed; 27-Mar-2020

### Deal Info

| | |
|---|---|
| **Deal Types** | Debt - General |
| **Deal Date** | 27-Mar-2020 |
| **Deal Status** | Completed |
| **Financing Source** | Debt |

### Company Info

| | |
|---|---|
| **Financing Status** | Private Equity-Backed |
| **Business Status** | Profitable |
| **CEO/Lead Mgt** | Heather Brunner |
| **Site** | Austin, TX |

### Total Capital

| | |
|---|---|
| **Deal Amount** | $55.16M |
| **Total Invested Capital** | $55.16M |
| **Raised to Date** | $55.16M ** |

### Debt

| | |
|---|---|
| **Total New Debt** | $55.16M ‡ |

**Deal Synopsis**

The company raised $55.16 million of debt financing on March 27, 2020.

*‡ Not necessarily a summation of individual debt figures*
*** Includes $55.16M of known debt; Does not include grant funding*
*E Estimated*

### Lenders & Debt Financings (2)

### Debt Summary

| | |
|---|---|
| **Revolving Credit** | $35.85M |
| **Unspecified Term Loan - 1st Lien** | $19.31M |

### Revolving Credit: $35.85M

| **Debt Instrument** | | **Lender Name** | | |
|---|---|---|---|---|
| Debt Amount: | $35.85M | 1. Oaktree Capital Management | Amount: | $35.85M |
| Maturity Date: | 27-Mar-2026 | | Fund 1: | Oaktree Specialty Lending BDC |
| Ticking Fee Comment: | None | | Fund 1 Amount: | $26.35M |
| Debt Commentary: | None | | Fund 2: | Oaktree Strategic Income II BDC |
| | | | Fund 2 Amount: | $9.50M |

### Unspecified Term Loan - 1st Lien: $19.31M

| Debt Instrument | | Lender Name | | |
|---|---|---|---|---|
| Debt Amount: | $19.31M | 1. Oaktree Capital Management | Amount: | $19.31M |
| Maturity Date: | 27-Mar-2026 | | Fund 1: | Oaktree Specialty Lending BDC |
| Security: | 1st Lien | | Fund 1 Amount: | $14.19M |
| Spread: | LIBOR + 650 | | Fund 2: | Oaktree Strategic Income II BDC |
| Rate Type: | Floating | | Fund 2 Amount: | $5.12M |

*E Estimated*

## Deal #5: Buyout/LBO, $250.00M, Completed; 04-Jan-2018

### Deal Info

| | | | | |
|---|---|---|---|---|
| **Deal Types** | Buyout/LBO | | | |
| **Deal Date** | 04-Jan-2018 | | | |
| **Deal Status** | Completed | | | |
| **Financing Source** | Private Equity | | | |

### Company Info

| | |
|---|---|
| **Financing Status** | Private Equity-Backed |
| **Business Status** | Profitable |
| **CEO/Lead Mgt** | Heather Brunner |
| **Site** | Austin, TX |
| **# of Employees** | 500 |

### Total Capital

| | |
|---|---|
| **Deal Amount** | $250.00M |
| **Post Valuation** | $250.00M |
| **Implied Enterprise Value** | $250.00M |
| **Raised to Date** | $41.30M ** |

### Deal Synopsis

The company was acquired by Silver Lake through a $250 million LBO on January 4, 2018. The funding will accelerate innovation and fuel future growth internationally and will help the company to further invest in its digital experience platform.

*‡ Not necessarily a summation of individual debt figures*
*** Does not include grant funding*
*E Estimated*

### Investors (1)

| Investor Name | Status | Lead/Sole | Comments | |
|---|---|---|---|---|
| 1. Silver Lake | New Investor | No | Amount: | $250.00M |
| | | | Lead Partner: | Mark Gillett |

*E Estimated*

## Sellers/Exiters (9)

| # | Seller/Exiter Name | Partial/Full | Comments | |
|---|---|---|---|---|
| 1. | Aspen Venture | Full | % Company Still Held: | 0.00% |
| 2. | Bill Boebel | Full | % Company Still Held: | 0.00% |
| 3. | Capital Factory | Full | Fund 1: | Capital Factory IV |
| | | | % Company Still Held: | 0.00% |
| 4. | Dharmesh Shah | Full | % Company Still Held: | 0.00% |
| 5. | Eric Ries | Full | % Company Still Held: | 0.00% |
| 6. | Guidepost Growth Equity | Full | Fund 1: | North Bridge Growth Equity II |
| | | | % Company Still Held: | 0.00% |
| 7. | Joshua Baer | Full | % Company Still Held: | 0.00% |
| 8. | Loic Le Meur | Full | % Company Still Held: | 0.00% |
| 9. | Silverton Partners | Full | Fund 1: | Silverton Partners IV |
| | | | % Company Still Held: | 0.00% |

*E Estimated*

## Advisors (3)

| # | Advisor Name | Service Type | Hired By | Comments | |
|---|---|---|---|---|---|
| 1. | RBC Capital Markets | Advisor: General | WP Engine | | |
| 2. | Davis Polk | Legal Advisor | Silver Lake | Lead Partner: | Alan Denenberg |

Report generated 10/29/2024

| 3. | Weil, Gotshal & Manges | Legal Advisor | WP Engine | Lead Partner: | Christopher Machera JD |
|----|------------------------|---------------|-----------|---------------|------------------------|

## Deal #4: Later Stage VC (Series C1), $23.00M, Completed; 24-Mar-2015

### Deal Info

| | |
|---|---|
| **Deal Types** | Later Stage VC, Series C1 |
| **Deal Date** | 24-Mar-2015 |
| **Deal Status** | Completed |
| **Financing Source** | Venture Capital |
| **Stock Split** | 3 : 1 |

### Company Info

| | |
|---|---|
| **Financing Status** | Venture Capital-Backed |
| **Business Status** | Profitable |
| **CEO/Lead Mgt** | Heather Brunner |
| **Site** | Austin, TX |

### Total Capital

| | |
|---|---|
| **Deal Amount** | $23.00M |
| **Pre-money Valuation** | $170.64M |
| **Post Valuation** | $193.64M |
| **Total Invested Capital** | $23.00M |
| **Raised to Date** | $41.30M ** |

### Equity

| | |
|---|---|
| **VC Round** | 4 Round |
| **% Acquired** | 11.88% |
| **Investor Ownership** | 48.47% |
| **Total Invested Equity** | $23.00M |

### Deal Synopsis

The company raised $23 million of Series C1 venture funding from lead investor Guidepost Growth Equity on March 24, 2015, putting the pre-money valuation at $170.64 million. The investment will fuel the company's global growth, new innovation roadmap and focus on delivering a best-in-class customer experience. Aspen Venture and Capital Factory also participated in this round.

*‡ Not necessarily a summation of individual debt figures*
*** Does not include grant funding*
*E Estimated*

### Stock Info + Cap Table History

| | | | |
|---|---|---|---|
| **Type of Stock** | Preferred | **# of Shares Acquired** | 5,863,159 |
| **Series of Stock** | C1 | **Conversion Ratio** | 1 |
| **Shares Sought** | 6,000,000 | | |
| **Price Per Share** | $3.92 | | |

*E Shares Sought and Price Per Share calculated using the Weighted Average Method*

### SERIES C1 TERMS

| | | | |
|---|---|---|---|
| **Liquidation Preferences** | Senior | **Anti-dilution Provisions** | Weighted Average |
| **Participating vs. Non-participating** | Non-participating | **Board Voting Rights** | Yes |
| **Dividend Rights** | Yes | | |

### CAP TABLE HISTORY

| Stock | # Of Shares Authorized | Par Value | Original Issue Price | Liquidation | Liquidation Pref. Multiple | Conversion Price | % Owned |
|---|---|---|---|---|---|---|---|
| Series C1 | 6,000,000 | $0.000100 | $3.92 | $3.92 | 1x | $3.92 | 11.88% |
| Series C | 7,500,000 | $0.000100 | $2.09 | $2.09 | 1x | $2.09 | 15.19% |
| Series B | 3,900,000 | $0.000100 | $0.54 | $0.54 | 1x | $0.54 | 7.90% |
| Series A | 6,663,357 | $0.000100 | $0.18 | $0.18 | 1x | $0.18 | 13.50% |

### Investors (3)

| Investor Name | Status | Lead/Sole | Comments | |
|---|---|---|---|---|
| 1. Aspen Venture | New Investor | No | Form of Payment: | Cash |
| 2. Capital Factory | New Investor | No | Lead Partner: | Joshua Baer |
| | | | Form of Payment: | Cash |
| | | | Fund 1: | Capital Factory IV |
| 3. Guidepost Growth Equity | Follow-On Investor | Yes | Amount: | $23.00M |
| | | | Lead Partner: | Douglas Kingsley |
| | | | Form of Payment: | Cash |
| | | | Fund 1: | North Bridge Growth Equity II |

*E Estimated*

### Advisors (1)

| # | Advisor Name | Service Type | Hired By | Comments |
|---|---|---|---|---|
| 1. | Kastner Gravelle | Legal Advisor | WP Engine | |

## Investors (10)

**Active Investors (1)**

| Name | Investor Type | Holding | Investor Since | Board | Related Deals |
|---|---|---|---|---|---|

19

| Silver Lake | PE/Buyout | Majority | Jan 2018 | ✓ | #5. Buyout/LBO: New Investor, Jan 2018, Mark Gillett, $250.00M |

**Former Investors (9)**

| Name | Investor Type | Holding | Investor Since | Board | Related Deals |
|------|---------------|---------|----------------|-------|---------------|
| Aspen Venture | Venture Capital | Minority | Mar 2015 | ✓ | #4. Later Stage VC (Series C1): New Investor, Mar 2015, $23.00M<br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |
| Capital Factory | Venture Capital | Minority | Mar 2015 | ✓ | #4. Later Stage VC (Series C1): New Investor, Mar 2015, Joshua Baer, $23.00M<br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |
| Guidepost Growth Equity | Growth/Expansion | Minority | Jan 2014 | ✓ | #3. Later Stage VC (Series C): New Investor, Jan 2014, Douglas Kingsley, $15.00M<br>#4. Later Stage VC (Series C1): Follow-on, Mar 2015, Douglas Kingsley, $23.00M<br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |
| Loic Le Meur | Angel (individual) | Minority | Jan 2014 | | #3. Later Stage VC (Series C): New Investor, Jan 2014, Loic Le Meur, $15.00M<br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |
| Bill Boebel | Angel (individual) | Minority | Nov 2011 | | #1. Early Stage VC (Series A): New Investor, Nov 2011, Bill Boebel, $1.19M<br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |
| Dharmesh Shah | Angel (individual) | Minority | Nov 2011 | | #1. Early Stage VC (Series A): New Investor, Nov 2011, Dharmesh Shah, $1.19M<br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |
| Eric Ries | Angel (individual) | Minority | Nov 2011 | | #1. Early Stage VC (Series A): New Investor, Nov 2011, Eric Ries, $1.19M<br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |

20

| Joshua Baer | Angel (individual) | Minority | Nov 2011 | | #1. Early Stage VC (Series A): New Investor, Nov 2011, Joshua Baer, $1.19M<br><br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |
| Silverton Partners | Venture Capital | Minority | Nov 2011 | ✔ | #1. Early Stage VC (Series A): New Investor, Nov 2011, Kip McClanahan, $1.19M<br><br>#5. Buyout/LBO: Seller, Jan 2018, $250.00M |

## Lenders on Deals (6)

| Name | Lender Type | Debt Provided | Related Deal(s) |
|------|-------------|---------------|-----------------|
| Alter Domus | Fund Administrator | Unspecified Term Loan ($300.00M)<br><br>Revolving Credit ($30.00M) | #7. Debt - General: Completed<br><br>#7. Debt - General: Completed |
| Blackstone | Lender | Revolving Credit ($16.46M)<br><br>Unspecified Term Loan ($164.57M) | #8. Dividend Recapitalization: Aug 2023, Completed<br><br>#8. Dividend Recapitalization: Aug 2023, Completed |
| Blackstone Credit and Insurance | Lender | Revolving Credit ($16.46M)<br><br>Unspecified Term Loan ($164.57M) | #8. Dividend Recapitalization: Aug 2023, Completed<br><br>#8. Dividend Recapitalization: Aug 2023, Completed |
| Golub Capital | Lender | Revolving Credit ($16.46M)<br><br>Unspecified Term Loan ($164.57M)<br><br>Unitranche ($6.83M) | #8. Dividend Recapitalization: Aug 2023, Completed<br><br>#8. Dividend Recapitalization: Aug 2023, Completed<br><br>#8. Dividend Recapitalization: Aug 2023, Completed |
| Monroe Capital | Lender | Revolving Credit ($16.46M)<br><br>Unspecified Term Loan ($164.57M) | #8. Dividend Recapitalization: Aug 2023, Completed<br><br>#8. Dividend Recapitalization: Aug 2023, Completed |
| Oaktree Capital Management | Lender | Revolving Credit ($35.85M)<br><br>Unspecified Term Loan ($19.31M) | #6. Debt - General: Mar 2020, Completed<br><br>#6. Debt - General: Mar 2020, Completed |

## Service Providers

**General Service (2)**

| Service Provider Name | Service Provided | Comments |
|---|---|---|
| Bridgepoint Consulting | Consulting | |
| Kleinberg, Kaplan, Wolff & Cohen | Legal Advisor | |

**Service on a Deal (8)**

| Service Provider Name | Service Provided | Service To | Deal Date | Deal # | Comments |
|---|---|---|---|---|---|
| Blackstone | Debt Financing | WP Engine | 14-Aug-2023 | 8 | |
| Blackstone Credit and Insurance | Debt Financing | WP Engine | 14-Aug-2023 | 8 | |
| Davis Polk | Legal Advisor | Silver Lake | 04-Jan-2018 | 5 | |
| RBC Capital Markets | Advisor: General | WP Engine | 04-Jan-2018 | 5 | |
| Weil, Gotshal & Manges | Legal Advisor | WP Engine | 04-Jan-2018 | 5 | |
| Kastner Gravelle | Legal Advisor | WP Engine | 24-Mar-2015 | 4 | |
| Kastner Gravelle | Legal Advisor | WP Engine | 14-Jan-2014 | 3 | |
| Simpson Thacher & Bartlett | Legal Advisor | WP Engine | | 7 | |

## Lead Partners on Deals (13)

**Investors (10)**

| Name | All Deals | Title | Representing | Deals | Phone | Email |
|---|---|---|---|---|---|---|
| Mark Gillett | 8 | Managing Director & Head of Value Creation | Silver Lake | #5. Buyout/LBO: Jan 2018, $250.00M, Completed | +1 (650) 233-8120 | mgillett@silverlake.com |
| Douglas Kingsley | 23 | Co-Founder & Senior Advisor | Guidepost Growth Equity | #4. Later Stage VC (Series C1): Mar 2015, $23.00M, Completed | +1 (617) 807-8800 | dak@guidepostgrowth.com |

| Joshua Baer | 98 | Co-Founder & Chief Executive Officer | Capital Factory | #4. Later Stage VC (Series C1): Mar 2015, $23.00M, Completed | +1 (512) 656-6756 | josh@capitalfactory.com |
| Douglas Kingsley | 23 | Co-Founder & Senior Advisor | Guidepost Growth Equity | #3. Later Stage VC (Series C): Jan 2014, $15.00M, Completed | +1 (617) 807-8800 | dak@guidepostgrowth.com |
| Loic Le Meur | 17 | Angel Investor | Loic Le Meur | #3. Later Stage VC (Series C): Jan 2014, $15.00M, Completed | | |
| Bill Boebel | 34 | Angel Investor | Bill Boebel | #1. Early Stage VC (Series A): Nov 2011, $1.19M, Completed | +1 (512) 501-6265 | |
| Dharmesh Shah | 104 | Angel Investor | Dharmesh Shah | #1. Early Stage VC (Series A): Nov 2011, $1.19M, Completed | +1 (617) 401-2864 | dharmesh.shah@hubspot.com |
| Eric Ries | 100 | Angel Investor | Eric Ries | #1. Early Stage VC (Series A): Nov 2011, $1.19M, Completed | | eric@ltse.com |
| Joshua Baer | 98 | Angel Investor | Joshua Baer | #1. Early Stage VC (Series A): Nov 2011, $1.19M, Completed | +1 (512) 656-6756 | josh@capitalfactory.com |
| Kip McClanahan | 32 | General Partner | Silverton Partners | #1. Early Stage VC (Series A): Nov 2011, $1.19M, Completed | +1 (512) 476-6700 | kmcclanahan@silvertonpartners.com |

## Service Providers - Sell Side (2)

| Name | All Deals | Title | Representing | Deals | Phone | Email |
| --- | --- | --- | --- | --- | --- | --- |
| Christopher Machera JD | 91 | Partner & Co-Head, Market-leading U.S. Private Equity practice | Weil, Gotshal & Manges | #5. Buyout/LBO: Jan 2018, $250.00M, Completed | +1 (212) 310-8080 | christopher.machera@weil.com |
| Jennifer Hobbs | 15 | Partner | Simpson Thacher & Bartlett | #7. Debt - General: $340.00M, Completed | | |

## Service Providers - Buy Side (1)

| Name | All Deals | Title | Representing | Deals | Phone | Email |
| --- | --- | --- | --- | --- | --- | --- |
| Alan Denenberg | 182 | Partner, Corporate | Davis Polk | #5. Buyout/LBO: Jan 2018, $250.00M, Completed | +1 (650) 752-2004 | alan.denenberg@davispolk.com |

Report generated 10/29/2024

## Investments | Buy Side (8)

| Company Name | Deal Date | Deal Type | Deal Size | Co-Investors | Company Stage | Industry | Lead Partner |
|---|---|---|---|---|---|---|---|
| NitroPack | 18-Jul-2024 | Buyout/LBO (Add-on)[†] | | 1 | Generating Revenue | Business/Productivity Software | Heather Brunner |
| Delicious Brains (WordPress Plugins Portfolio in Canada) | 02-Jun-2022 | Buyout/LBO[†] | | 1 | | Buildings and Property | Heather Brunner |
| Frost (Multimedia and Design Software) | 23-Dec-2021 | Buyout/LBO (Add-on)[†] | | 1 | Generating Revenue | Multimedia and Design Software | |
| Perfect Dashboard | 06-Aug-2019 | Buyout/LBO (Add-on)[†] | | 1 | Generating Revenue | Software Development Applications | |
| Flywheel (Omaha) | 24-Jun-2019 | Buyout/LBO (Add-on)[†] | | 1 | Generating Revenue | Internet Software | Heather Brunner |
| Array Themes | 25-Oct-2018 | Buyout/LBO (Add-on)[†] | | 1 | Generating Revenue | Media and Information Services (B2B) | |
| StudioPress | 27-Jun-2018 | Buyout/LBO (Add-on)[†] | | 1 | Generating Revenue | Business/Productivity Software | Heather Brunner |
| CloudMoxie | 10-Jan-2014 | Merger/Acquisition | | | Generating Revenue | Systems and Information Management | |

*† Indicates an Add-On*
*E Estimated*
*x Investor Exited Deal*

## Affiliates

### Subsidiaries (4)

| Name | Industry | Location | Year Founded |
|---|---|---|---|
| Flywheel (Omaha) | Internet Software | Omaha, NE | 2012 |
| StudioPress | Business/Productivity Software | San Francisco, CA | 2007 |
| NitroPack | Business/Productivity Software | Sofia, Bulgaria | 2018 |

Report generated 10/29/2024

Frost (Multimedia and Design Software)    Multimedia and Design Software    Austin, TX

## Signals Summary

This company has a weekly growth rate of -0.37%, placing it in the 8th %ile of all growth rates tracked within PitchBook. Its underlying data points generate a size multiple that is 3.71Kx times larger than the median of all size multiples tracked within PitchBook, placing it in the 100th %ile of all size multiples tracked within PitchBook.





### Growth Rate Summary (Weekly)



### Size Multiple Summary (x Median)



## Signals History

Growth Rate History

Size Multiple History

25



| | Employee Growth Rate | Growth Rate |
| | Web Growth Rate | |

| | Employee Size Multiple | Size Multiple |
| | Web Size Multiple | |

## Web Signals

**Unique Website Visitors** 341,990
trailing 7 day average as of 04-May-2024



| | Calculation Range | Unique Visitors |

**Referring Domains** 139,664



| | Calculation Range | Referring Domains |

| Metric | WP Engine | All Companies Average |
|---|---|---|
| SimilarWeb Unique Visitors | 341,990 | 12,804 |
| Growth Rate | - | 0.04% |
| Growth Rate Percentile | - | 20th |
| Size Multiple | - | 56.2x |
| Size Multiple Percentile | - | 50th |

| Metric | WP Engine | All Companies Average |
|---|---|---|
| Majestic Referring Domains | 139,664 | 190 |
| Growth Rate | -0.48% | 0.02% |
| Growth Rate Percentile | 6th | 17th |
| Size Multiple | 7.35Kx | 10.0x |
| Size Multiple Percentile | 100th | 50th |

## Ranking And Distribution

**Weekly Growth** -0.37%, 8th %ile



| Percentile | Min Rate | Max Rate | Avg. Rate |
|---|---|---|---|
| 0-10 | -44.2% | -0.09% | -1.09% |
| 10-20 | -0.08% | 0.00% | 0.00% |
| 20-30 | - | - | - |
| 30-40 | - | - | - |
| 40-50 | - | - | - |
| 50-60 | - | - | - |
| 60-70 | - | - | - |
| 70-80 | - | - | - |
| 80-90 | 0.01% | 0.10% | 0.06% |
| 90-100 | 0.11% | 2.17K% | 1.40% |

**Size Multiple** 3.71Kx, 100th %ile



| Percentile | Min Size | Max Size | Avg. Size |
|---|---|---|---|
| 0-10 | 0.00x | 0.16x | 0.11x |
| 10-20 | 0.17x | 0.26x | 0.23x |
| 20-30 | 0.27x | 0.43x | 0.36x |
| 30-40 | 0.44x | 0.68x | 0.57x |
| 40-50 | 0.69x | 1.00x | 0.85x |
| 50-60 | 1.01x | 1.53x | 1.27x |
| 60-70 | 1.54x | 2.42x | 1.95x |
| 70-80 | 2.43x | 4.32x | 3.25x |

| | | | |
|---|---|---|---|
| 80-90 | 4.33x | 10.3x | 6.69x |
| 90-100 | 10.3x | 984Kx | 132x |

## Employee Signals

| Company | Employee Count | Growth Rate | Growth Percentile | Size Multiple | Size Percentile |
|---|---|---|---|---|---|
| WP Engine | 1,000 | -0.27% | 14th | 76.9x | 98th |
| All Companies Average | 580 | 0.17% | 36th | 26.6x | 49th |

Company signals data was calculated against 2663854 companies within all companies.


Company Signals Population: Company Signals data is tracked for active companies (i.e. have not gone out of business) that haven't been exited from VC, PE, or Incubator/Accelerator. Web presence is tracked only for companies whose websites are tracked by SimilarWeb and Majestic.


## Last 25 News

### Internal blog post reveals Automattic's plan to enforce the WordPress trademark using 'nice and not nice lawyers'

Matt Mullenweg, the WordPress co-founder and Automattic CEO, has been embroiled in a very public and legal fight with WP Engine these last few weeks over

TechCrunch | 15-Oct-2024
Tagged entities: **Automattic**, **WP Engine**, **WooCommerce**

### In latest move against WP Engine, WordPress takes control of ACF plugin

The dispute between WordPress founder Matt Mullenweg and hosting provider WP Engine continues, with Mullenweg announcing that WordPress is "forking" a

TechCrunch | 12-Oct-2024
Tagged entities: **WP Engine**

### 159 employees are leaving Automattic as CEO's fight with WP Engine escalates

The employees accepted a severance package offered to those who disagreed with Matt Mullenweg's direction of WordPress and his fight with WP Engine.

TechCrunch | 04-Oct-2024
Tagged entities: **Automattic**, **WP Engine**

### WP Engine sues Automattic and WordPress co-founder Matt Mullenweg

Hosting provider WP Engine has filed a lawsuit against Automattic and WordPress co-founder Matt Mullenweg, accusing them of extortion and abuse of power.

TechCrunch | 02-Oct-2024

28

Report generated 10/29/2024

Tagged entities: **Automattic**, **WP Engine**

### WP Engine sues WordPress co-creator Mullenweg and Automattic, alleging abuse of power

Web hosting provider WP Engine has filed a lawsuit against Automattic, and WordPress co-founder Matt Mullenweg, accusing them of extortion and abuse of power. The lawsuit comes after nearlytwo weeks of tussling between Mullenweg, who is also CEO ...

Yahoo Finance | 02-Oct-2024
Tagged entities: **Automattic**, **WP Engine**

### Automattic demanded a cut of WP Engine's revenue before starting WordPress battle

The drama continues.

The Verge | 02-Oct-2024
Tagged entities: **Automattic**, **WP Engine**

### Legal ping-pong in the WordPress world continues as Automattic sends WP Engine a cease-and-desist letter alleging trademark infringement

Legal ping-pong in the WordPress world continues as Automattic sends WP Engine a cease-and-desist letter alleging trademark infringement | TechCrunch

TechCrunch | 25-Sep-2024
Tagged entities: **Automattic**, **WP Engine**

### WP Engine sends cease-and-desist letter to Automattic over Mullenweg's comments

Mullenweg, who co-created WordPress, last week criticized WP Engine for raking in profits without giving much back to the open source project.

TechCrunch | 24-Sep-2024
Tagged entities: **Automattic**, **WP Engine**

### Matt Mullenweg calls WP Engine a 'cancer to WordPress' and urges community to switch providers

Matt Mullenweg unleashed a no-holds-barred tirade at WP Engine, which has been commercializing WordPress since 2010.

TechCrunch | 22-Sep-2024
Tagged entities: **Automattic**, **WP Engine**

### WP Engine Ireland Announces 20 New Jobs as WordPress Technology Leader Accelerates Growth in Europe

WP Engine, the WordPress technology company serving millions of web developers, agencies and brands worldwide, today announced 20 new job vacancies at

BusinessWire | 11-Dec-2023
Tagged entities: **Business Wire**, **WP Engine**

### WP Engine Supports Accelerated Growth with Appointment of Sachin Puri as Chief Marketing Officer

WP Engine, the world's most trusted WordPress technology company, today announced the appointment of Sachin Puri as Senior Vice President and Chief Ma

BusinessWire | 06-Sep-2022
Tagged entities: **Business Wire**, **WP Engine**

### WP Engine Doubles Down on WordPress Technology Innovation Expanding Product & Technology Leadership Team with New CPO and CTO

Ezinne Udezue appointed as CPO, Ramadass Prabhakar elevated to CTO, and Company Founder Jason Cohen to serve as Chief Innovation Officer.

BusinessWire | 18-Aug-2022
Tagged entities: **Business Wire**, **Delicious Brains (WordPress Plugins Portfolio in Canada)**, **Hardy Transaction Management**, **WP Engine**

### WP Engine's Third Annual DE{CODE} Event Invites Global Developers To Be Inspired and Uplevel Their WordPress Skills

WP Engine today announced registration is open globally for its third annual, developer-focused event, DE{CODE} 2022.

BusinessWire | 11-Mar-2022
Tagged entities: **WP Engine**

### Web Hosting Services Market Size Rising at a CAGR of 18.0% to Reach USD 267.10 Billion in 2028

Companies Profiled in Web Hosting Services Market are AT&T Inc., GoDaddy Operating Company LLC, DreamHost, Hostinger International, Ltd., Cloudflare,...

GlobalNewsWire | 10-Feb-2022
Tagged entities: **AT&T**, **Clearlake Capital Group**, **Cloudflare**, **DreamHost**, **Equinix**, **GoDaddy Registry**, **Liquid Web**, **WP Engine**

### WordPress Hosting Cyber Monday Deals 2021: WP Engine, Bluehost, SiteGround & More Savings Rounded Up by Deal Stripe

Cyber Monday WordPress hosting deals for 2021 are underway, compare all the top Cyber Monday Namecheap, HostGator & Hostinger savings right here on this page ...

Market Screener | 28-Nov-2021
Tagged entities: **Bluehost**, **SiteGround**, **WP Engine**

### Web Hosting Services Market to Reach USD 267.10 Billion by 2028, Rising at a CAGR of 18.0%

Leading companies in the global Web Hosting Services Market are SiteGround, Digitalocean, Inc., Equinix, Inc., Clearlake Capital Group, Hostinger...

GlobalNewsWire | 21-Oct-2021
Tagged entities: **1&1 (Germany)**, **AT&T**, **Clearlake Capital Group**, **Cloudflare**, **DreamHost**, **Equinix**, **GoDaddy**, **Liquid Web**, **SiteGround**, **Uniregistry (Domain Registrar and Marketplace Business Division)**, **WP Engine**

### Web Hosting Services Market Rising at 18.0% CAGR to Reach USD 267.10 Billion by 2028

Top Players in Web Hosting Services Market are SiteGround (Sofia, Bulgaria), Digitalocean, Inc. (New York, United States), Equinix, Inc. ...

30

GlobalNewsWire | 20-Apr-2021
Tagged entities: **AT&T**, **Alibaba Cloud Computing**, **Clearlake Capital Group**, **Cloudflare**, **DreamHost**, **Equinix**, **GoDaddy**, **Liquid Web**, **SiteGround**, **Uniregistry (Domain Registrar and Marketplace Business Division)**, **WP Engine**

## Virdee Announces Strategic Financing from Leading SaaS Investors, Bringing Total Seed Funding to $4 Million

/PRNewswire/ -- Virdee, a SaaS company delivering digital check-in and virtual concierge services to the hospitality and commercial real estate industries, has...

PR NewsWire | 19-Apr-2021
Tagged entities: **PR Newswire Association**, **TravelClick**, **Virdee**, **WP Engine**

## WP ENGINE

make|SHIFT Celebrates John Boiler, David Droga, Stephen Moy, PJ Pereira and 40+ Creatives Who Transformed Advertising Through Creative Technology ...

Market Screener | 30-Mar-2021
Tagged entities: **WP Engine**

## Web Hosting Services Market to Hit USD 267.10 Billion by 2028; Increasing Number of Small & Medium Enterprises to Catalyze Market Growth: Fortune Business Insights™

Key Companies Covered in Web Hosting Services Market are SiteGround (Sofia, Bulgaria), Digitalocean, Inc. (New York, United States), Equinix, Inc.

GlobalNewsWire | 17-Mar-2021
Tagged entities: **AT&T**, **Alibaba Cloud Computing**, **Clearlake Capital Group**, **Cloudflare**, **DreamHost**, **Equinix**, **GoDaddy**, **Liquid Web**, **SiteGround**, **Uniregistry (Domain Registrar and Marketplace Business Division)**, **WP Engine**

## Building Your Business Online: WP Engine Announces New eCommerce Solution for Small/Medium Businesses

WordPress eCommerce solution enables selling success for first-timers and those looking to scale their eCommerce operations ...

Market Screener | 10-Mar-2021
Tagged entities: **WP Engine**

## WP Engine : International Growth Led by Agency Focus

Double-digit External and Internal Growth Includes Focus on New Markets and Expanding Engineering Teams ...

Market Screener | 01-Mar-2021
Tagged entities: **WP Engine**

## WP Engine Appoints Rob Charlebois Senior Vice President of Digital and Heather Buckingham Vice President of Brand Revenue

WP Engine announced the appointment of Rob Charlebois as Senior Vice President, Digital and Heather Buckingham as Vice President, Brand Revenue.

BusinessWire | 22-Feb-2021
Tagged entities: **WP Engine**

31

Report generated 10/29/2024

### WP Engine Adopts New Growth Model

WP ENGINE ADOPTS NEW GROWTH MODEL; APPOINTS VETERAN LEADERS TO NEW BUSINESS UNITS

BusinessWire | 02-Feb-2021
Tagged entities: **WP Engine**

### WP Engine Appoints Tarsha McCormick Vice President of Diversity, Equity, Inclusion, Culture and Engagement

WP Engine announces the appointment of Tarsha McCormick as the company's first Vice President of Diversity, Equity, Inclusion, Culture and Engagement.

BusinessWire | 28-Jan-2021
Tagged entities: **WP Engine**

## UCC Filings

**Top 25 Filings as Debtor**

| Filing Number | Filing Date | Expiration Date | State Filed | Last Statement | Collateral |
|---|---|---|---|---|---|
| 2023 5562474 | 14-Aug-2023 | | DE | Original: 14-Aug-2023 | |
| 2020 2247536 | 27-Mar-2020 | | DE | Continuation: 14-Aug-2023 | All Assets |
| 2018 7896018 | 14-Nov-2018 | | DE | Continuation: 27-Mar-2020 | All Assets |
| 2013 2695790 | 12-Jul-2013 | | DE | Termination: 12-Feb-2018 | Equipment, Fixtures, Inventory, General Intangibles, Chattel Paper, Computer Equipment, Negotiable Instruments, Assets, Accounts |

*\* Released collateral*
*UCC Filings have been sourced from Dun & Bradstreet who collects from individual state agencies*

## Filings (1)

| Type | Filed Date | Title |
|---|---|---|
| D | 10-Jul-2019 | Notice of Exempt Offering of Securities |

**Copyright © 2024 PitchBook Data, Inc. All rights reserved.**
**Provided under contract for the exclusive use of subscriber Chelsea Jerry, Hogan Lovells.**

32