# EXHIBIT 4

## Table of Contents

| | |
|---|---|
| **WPEngine, Inc.** | **1** |
| WPEngine, Inc. | Private Company | 1 |
| WPEngine, Inc. | Corporate Structure | 4 |
| WPEngine, Inc. | People Summary | 6 |
| WPEngine, Inc. | Private Ownership | 21 |
| WPEngine, Inc. | Capitalization Table Summary | 22 |
| WPEngine, Inc. | Capitalization Table Details | 24 |

# WPEngine, Inc. | Private Company

(MI Key: 5225379; SPCIQ Key: 139087350)

## Corporate Data

### Company Data

| | |
|---|---|
| Status | Operating |
| Primary Industry (MI) | Internet Services and Infrastructure |
| Topic Tags | Cloud Data Services, Cloud Infrastructure, Cloud Hosting |
| Categories[1] | Blogging Platforms, Content, Enterprise Software, SaaS, Web Development, Web Hosting |
| VAT ID | 273155665 |
| Date of Incorporation | 07/12/2011 |
| SIC Code | 7374 |
| NACE Code | 63.11 - Data processing, hosting and related activities |
| NAICS Code | 518210 - Computing Infrastructure Providers, Data Processing, Web Hosting, and Related Services |
| U.S. Number Of Employees 2023 | 815 |
| U.S. Number Of Employees 2022 | 848 |
| U.S. Latest Employee Growth % | (3.89) |

### Company Description

WPEngine, Inc. provides managed WordPress cloud hosting platform for websites and applications. The company offers atlas content modeler (ACM), a WordPress plugin to create custom post types and fields for headless WordPress sites. It offers products that includes Wordpress Hosting, to boost performance; WooCommerce, for performance hosting, proprietary caching; Agency and Client Management, to automate client billing and reporting; and Headless WordPress, to build, deploy and manage headless sites. It serves small businesses, enterprises, agencies, and companies in the United States and internationally. The company was founded in 2010 and is based in Austin, Texas. It has additional offices in San Francisco, California; San Antonio, Texas; Omaha, Omaha; Kraków, Poland; Brisbane, Australia; and London, United Kingdom.

As of Date: 7/4/2022

### Contact

| | |
|---|---|
| Headquarters | 504 Lavaca Street Suite 1000 Austin, TX 78701 USA |
| Phone | (512) 273-3906 |
| Web Address | wpengine.com |
| TWITTER[1] | http://twitter.com/wpengine |
| FACEBOOK[1] | http://www.facebook.com/wpengine |
| LINKEDIN[1] | https://www.linkedin.com/company/wpengine |

### Officers & Directors

| | |
|---|---|
| Chairwoman & CEO | Heather J. Brunner |
| Founder & Chief Innovation Officer | Jason Cohen |
| Chief Financial Officer | Samuel Monti |
| Chief Operating Officer | Jason T. Teichman |

### Industry Details (MI)

| |
|---|
| Technology, Media & Telecommunications |
| Information Technology |
| Software and Services |
| Application Software |
| Application Hosting Services |
| Application Service Providers (ASPs) |
| **Internet Services and Infrastructure** |
| Internet Presence Providers (IPP) |
| Web Hosting |

## WPEngine, Inc. | Private Company

### Latest Rounds of Funding



● Amount Raised($000)    ○ Post-Money Valuation($M)

### Funding Overview

#### Summary

**300.45 ($M)**                                            **0.14 ($B)**

Total Funding                                              Latest Available Post-Money Valuation

**300.45 ($M)\*** Raised in 6 Disclosed Rounds by 5 Investors.

It has been **5 years** and **4 months** since the last funding round.

#### Overview

| Announced Date | Round Type | Round Number | Size ($000) | Pre-Money ($M) | Post-Money ($M) |
|---|---|---|---|---|---|
| 7/10/2019 | Mature | 6 | 9,574 | NA | NA |
| 1/4/2018 | Mature | 5 | 250,000 | NA | NA |
| 3/25/2015 | Series C | 4 | 23,000¹ | NA | 143 |
| 1/14/2014 | Series B | 3 | 15,000¹ | NA | NA |
| 9/20/2012 | Series B | 2 | 1,674¹ | NA | NA |
| 11/15/2011 | Series A | 1 | 1,200 | NA | NA |

*This number reflects the estimated value of the total new money raised through private placement rounds.

### Transactions

| | | | |
|---|---|---|---|
| WPEngine, Inc. acquires NitroPack Ltd* | Acquisition of Whole Company (incl. Majority Stake) | Completed on 7/18/2024 | NA |
| WPEngine, Inc. - Mature (Age of Company > 7 Years) | Rounds of Funding | Completed on 7/10/2019 | 9.57 ($M) |
| WPEngine, Inc. acquires Fancy Chap, Inc. | Acquisition of Whole Company (incl. Majority Stake) | Completed on 6/25/2019 | NA |
| WPEngine, Inc. acquires Array Themes and Atomic Blocks | Acquisition of Asset or Branch | Completed on 10/25/2018 | NA |
| WPEngine, Inc. acquires StudioPress WordPress Solutions of Rainmaker Digital LLC | Acquisition of Asset or Branch | Completed on 6/27/2018 | NA |

* Indicates that the deal directly or indirectly involved a private equity investor

### RiskGauge Score

Licensed to isabel.mccullagh@morganlevins.com

## WPEngine, Inc. | Private Company



| | |
|---|---|
| **34** | **b+** |
| High Risk | |
| (1-100 scale) | |

| Previous | Change |
|---|---|
| 34 | - |

Legend: — RiskGauge Score   — USA, Internet Services and Infrastructure Median

### Current/Pending Investors

| INVESTOR | INITIAL INVESTMENT DATE | LAST INVESTMENT DATE | STAKE TYPE | AGGREGATE AMOUNT INVESTED($000) | LATEST ROUND |
|---|---|---|---|---|---|
| Silver Lake Technology Management, L.L.C. | Jan-04-2018 | Jan-04-2018 | Minority | 250,000 | Mature |
| Guidepost Growth Equity | Jan-14-2014 | Mar-25-2015 | Unknown | 38,000 | Series C |
| North Bridge Venture Partners | Jan-14-2014 | Mar-25-2015 | Unknown | NA | Series C |
| Automattic Inc. | Nov-15-2011 | Nov-15-2011 | Minority | NA | Series A |
| Capital Factory | NA | NA | Unknown | NA | NA |

### Latest Activity

#### Key Developments

| | | |
|---|---|---|
| WP Engine Names Samuel Monti as Chief Financial Officer | CFO Change | 9/6/2024 |
| WPEngine, Inc. acquired NitroPack from Eleven Ventures, DevriX and others. | M&A: Transaction Closing | 7/18/2024 |
| WPEngine, Inc. acquired NitroPack from Eleven Ventures, DevriX and others. | M&A: Transaction Closing | 7/18/2024 |

[1.] Data supplemented from Crunchbase.

Historical Equity Pricing Data supplied by Interactive Data Pricing and Reference Data LLC  

## WPEngine, Inc. | Corporate Structure

(MI Key: 5225379; SPCIQ Key: 139087350)

Relationship Type Options (Available in Filters):
Majority Subsidiary – Parent owns 50% or more with an intent to derive operational or synergistic value from the company.
Majority Investment - Parent either A) owns 50% or more with only an intent to derive financial value from the company, or B) owns less than 50% but has effective control of the company.
Minority Investment - Parent owns less than 50% of the company and does not have effective control.
Acquired/Merged - Refers to "historical" entities who have been merged or absorbed into another company for all purposes.
Pending Acquisition - Parent will own majority share (50% or more) post the acquisition.

| | |
|---|---|
| **View:** | Direct Corporate Structure from Focus Company |
| **Relationship Type:** | Majority |
| **Depth:** | 2 |
| **Industries (MI):** | Financials,Real Estate,Energy and Utilities,Materials,Health Care,Industrials,Consumer,Technology, Media & Telecommunications |
| **Geography:** | United States and Canada,Latin America and Caribbean,Africa,Asia-Pacific,Europe,Middle East |

Click on Redraw Tree to launch S&P Capital IQ Pro Corporate Structure page for the Focus Company

**REDRAW TREE**

| CORPORATE STRUCTURE OF WPENGINE, INC. |
|---|
| **WPEngine, Inc. - TX, USA | Internet Services and Infrastructure** (5225379) |
| Fancy Chap, Inc. - NE, USA | Majority (Subsidiary) - 100.00% owned | Internet Services and Infrastructure (5276491) |
| Local by Flywheel - CO, USA | Majority (Subsidiary) - 100.00% owned | Application Software (5320971) |
| NitroPack - Bulgaria | Majority (Subsidiary) - 100.00% owned | Application Software (13442225) |

Results shown may not include all minority investments or investments when the ownership stake is undisclosed. When "Minority Investment" is selected for the Relationship Type, only minority relationships at the 1st and 2nd level below the focus company are shown – this prevents the tree from showing 100,000+ relationships for larger companies.

'Corporate Structure Depth' indicates degree of separation between a child and the starting company. Please note, starting point varies depending upon view selected, i.e. either Focus company or Ultimate Parent.

Entities italicized in the display below indicate subsidiaries with cross ownership holdings. These entities are either owned directly or indirectly by multiple entities within the larger corporate structure of the company in focus.

The parent/subsidiary tree above may not represent the company's complete organizational structure. The companies listed are only those with related news, financial and/or industry data within S&P Global Market Intelligence's products, or the parents of such companies.

Rating results are driven on both Long Term and short term active rating data.

WPEngine, Inc. | Corporate Structure

Shareholding increase from Minority to Majority category = ▲
Shareholding increase within existing Minority/Majority category = ▲
New Company Purchased = ↻
Shareholding decrease within existing Minority/Majority category = ▼
Shareholding decrease from Majority to Minority category = ▼

The Indicators are reflective of a 1 year period and does not account of internal reorganizations.

S&P Credit Ratings and Research provided by    

Copyright © 2024, Fitch Ratings, Inc., Fitch Ratings, Ltd. and its subsidiaries ("Fitch"). Reproduction of the Fitch credit ratings in any form is prohibited except with the prior written permission of Fitch. Fitch does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of ratings. FITCH GIVES NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE. Fitch shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs or losses caused by negligence) in connection with any use of the Fitch credit ratings. Fitch's ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. Fitch credit ratings do not address the market value of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

* In accordance with S&P Global Market Intelligence's contract with Fitch Ratings, only Corporate Sector ratings will be displayed for client use. Corporate Sector Includes Financial Institutions and Sovereigns.



## WPEngine, Inc. | People Summary

(MI KEY: 5225379; SPCIQ KEY: 139087350)

**Keyword**
**Limit By:** All Professionals, All Board Members
**Status:**   Current Professionals, Current Board Members
**Gender:**   All

Use the Keyword search to narrow results by Name, Title, Role, Status or Bio details.

| Gender Representation | | |
| --- | --- | --- |
| **Top Executives** | | |

| | PERSONS (ACTUAL) | PERSONS (%) |
| --- | --- | --- |
| Female | 4 | 30.80 |
| Male | 9 | 69.20 |



| Board of Directors | | |
| --- | --- | --- |

| | PERSONS (ACTUAL) | PERSONS (%) |
| --- | --- | --- |
| Female | 1 | 12.50 |

Licensed to isabel.mcculloughs@hoganlovells.com



WPEngine, Inc. | People Summary

|  | PERSONS (ACTUAL) | PERSONS (%) |
|---|---|---|
| Male | 7 | 87.50 |



### Professionals

|  | PERSONS (ACTUAL) | PERSONS (%) |
|---|---|---|
| Male | 1 | 100.00 |



Licensed to isabel.mccullough@hoganlovells.com
Report generated 10/29/2024



## WPEngine, Inc. | People Summary

| | | | | | |
|---|---|---|---|---|---|
| **Top Executives** | | | | | |

| NAME | TITLE | STATUS | AGE | GENDER | BIOGRAPHY |
|---|---|---|---|---|---|
| Heather J. Brunner | Chairwoman & CEO | Current | 55 | Female | Ms. Heather J. Brunner has been the Chief Executive Officer and Chairwoman of WP Engine, Inc. since October 7, 2013. Ms. Brunner focuses on business strategy, global growth and customer experience and has built on firm's product innovation and client success to cement its market leadership as WordPress continues to emerge as a dominant force in content management for all organizations. She was a Partner, Start-Up Advisor and Angel Investor at Capital Factory. Ms. Brunner has built a career creating business value for both privately-funded new ventures and Fortune 500 companies and driving growth and scaling business operations for SaaS companies in large and expanding markets. She is a seasoned leader with experience in operations and client services. Ms. Brunner has built a career delivering technology to create exceptional business value for privately funded new ventures and Fortune 500 companies alike. Ms. Brunner has several years of executive management and client service experience. She served as Chief Operating Officer at WP Engine from May 2013 to October 2013. Ms. Brunner served as an Advisor from May 4, 2013 to November 3, 2013 and Chief Operating Officer at Bazaarvoice, Inc. from June 2009 to May 3, 2013 where she oversaw all stages of early, rapid global growth, through to IPO and two acquisition integrations. Ms. Brunner oversaw firm's industry-leading services organization as it continues to innovate social commerce strategies and best practices to help companies gain higher ROI from social commerce initiatives. With deep expertise and proven results in operations, P&L management, client services and inspirational leadership, she has built teams responsible for delivering hundreds of millions in business value. She served as a Senior Vice President of Worldwide Client Services at Bazaarvoice, Inc., from August 2008 to June 2009. Prior to joining Bazaarvoice, Ms. Brunner served as the Chief Executive Officer and President at Nuvo. Ms. Brunner was the Chief Operations Officer at B-Side Entertainment, where she led day-to-day business operations, technology delivery, finance and G&A. She has held various other executive management roles at leading technology companies, including Coremetrics, where she led worldwide client services. Ms. Brunner served as the Vice President of Client Services at Coremetrics, Inc., since November 2005. She was responsible for firm's industry leading client service organization which includes the account management, implementation, client support and strategic services teams. Ms. Brunner served as a Vice President of client delivery and operations at Trilogy. She served as an Area Vice President at Concero where she lead over 130 professionals driving business development and client service delivery to Global 2000 companies. She also served at Accenture. She served as a Practice Director at Oracle, where she led the grounds-up development of the Central Texas enterprise sales and consulting practice. She has also held senior roles at Andersen Consulting. Ms. Brunner has been an Independent Trust Manager of Camden Property Trust since January 13, 2017. She serves on the Board of Directors of Capital Area United Way. Ms. Brunner also serves as a Board Director for the Entrepreneurs Foundation and Bazaarvoice Foundation. Ms. Brunner was named her as 2010 Profiles in Power "Woman of Influence." by The Austin Business Journal. She was a returning judge for the 2014 E&Y Entrepreneur of the Year award for Central Texas. Ms. Brunner holds a Bachelor's Degree in International Economics from Trinity University. |

Licensed to isabel.mccullough@hoganlovells.com



## WPEngine, Inc. | People Summary

| NAME | TITLE | STATUS | AGE | GENDER | BIOGRAPHY |
|------|-------|--------|-----|--------|-----------|
| Jason Cohen | Founder & Chief Innovation Officer | Current | NA | Male | Mr. Jason Cohen served as Partner of Capital Factory till October 2023. Mr. Cohen served as a Director at Capital Factory. He Founded WPEngine, Inc. and served as its Chief Technology Officer until August 2022. He serves as Chief Innovation Officer at WPEngine, Inc. since August 2022. Mr. Cohen served as the Chief Executive Officer of WP Engine, LLC until October 7, 2013. Mr. Cohen is the Founder of Smart Bear. Prior to this, he founded Sheer Genius Software and also co-founded ITWatchDogs. In 2006, he wrote Best Kept Secrets of Peer Code Review. He also speaks at industry tradeshows and conferences such as Joel Spolsky's Business of Software. |
| Samuel Monti | Chief Financial Officer | Current | NA | Male | Mr. Samuel Monti, also known as Sam, serves as Chief Executive Officer of WPEngine, Inc. since September 2024. He is Chief Executive Officer of CrownPeak Technology, Inc. from December 2023. He served as Chief Financial Officer at Epicor Software Corporation from January 2021 to 2023. He came to Epicor Software after nearly three years as CFO of Khoros LLC, an Austin-based company making customer engagement software. He served as Chief Financial Officer and Chief Operating Officer at Mitratech Holdings, Inc. and LT Online Corporation and managed all financial, human resource and general counsel functions for LT Online's global operations. Mr. Monti has experience in software, services, manufacturing, operations, contracts & negotiations, international finance, corporate finance, mergers & acquisitions, sales & marketing, audit and general accounting. He was Director of finance for Rockwell Automation's software business. He holds a Six Sigma Black Belt certification and is a Certified Public Accountant licensed in the state of Ohio. He has a BS in accounting from Miami University in Ohio and an MBA in Finance from Case Western University. |
| Jason T. Teichman | Chief Operating Officer | Current | 49 | Male | Mr. Jason T. Teichman serves as Chief Operating Officer of WPEngine, Inc. since June 2020. He had been Chief Executive Officer at Pond5 Inc. since August 10, 2016. In this role, Mr. Teichman helped Pond5 Inc. continue to accelerate its growth by scaling its creative marketplace, leveraging its unique relationship with the artist community, and improving its investments in emerging media, such as drone footage and 360-degree video. He has executive experience driving double digit growth across early stage and Fortune 100 companies. Mr. Teichman served as the Chief Operating Officer of Web.com Group, Inc. since September 30, 2013 until July 5, 2016 as its Executive Vice President since October 2011 until July 5, 2016 and its Chief Marketing Officer since August 2010 until September 2013. He served as Chief Marketing Officer at Register.com, Inc. Mr. Teichman served as Senior Vice President of Marketing and Products at Register.com., where he was responsible for revitalizing growth in their Retail business, paving the way for the sale to Web.com. Mr. Teichman served as a General Manager for Online at Affinnova. He served as Vice President of Marketing within the Consumer Group of American Express for seven years and served as Vice President for its Card Services Division. He had been Board Director at Pond5 Inc. since August 10, 2016. Mr. Teichman has a BA in Political Science from the University of Michigan, Ann Arbor. |
| Ramadass Prabhakar | Senior VP & CTO | Current | NA | Male | Mr. Ramadass Prabhakar serves as Chief Technology Officer at WPEngine, Inc. since August 2022 and serves as its Senior Vice President since 2022. He served as Senior Vice President of Global Engineering at WPEngine, Inc. since February 2020 until August 2022. He is a technology veteran who brings experience at companies like |



## WPEngine, Inc. | People Summary

| NAME | TITLE | STATUS | AGE | GENDER | BIOGRAPHY |
|------|-------|--------|-----|--------|-----------|
| | | | | | Adobe, Magento and Bazaarvoice leading multiple, cross-functional and geographically-dispersed teams. He oversees WP Engine's global engineering team with a mission to build upon WP Engine's enterprise-grade architecture to deliver unparalleled speed, scalability, security and best-of-breed technology integrations trusted by more than 100,000 agencies and brands. He holds a Master of Science degree from Vanderbilt University and an MBA from Duke University. |
| Chad Costello | General Counsel & Corporate Secretary | Current | NA | Male | Mr. Chad Costello serves as General Counsel and Corporate Secretary of WPEngine, Inc. Chad leads all aspects of WP Engine's global legal affairs. An accomplished senior legal executive with experience working with tech companies ranging from startups to global companies, Chad has held a number of senior legal counsel roles at companies including Spredfast, Mass Relevance, and Dachis Group. He created and built legal teams at four companies and his specialties include contracts and negotiation, mergers and acquisition, financing, corporate affairs, data privacy, employment law, real estate, and licensing. Chad holds a JD from The University of Texas School of Law, a MBA from Southern Methodist University's Cox School of Business and a bachelor of arts in Economics from Hillsdale College. |
| Eric Jones | Vice President of Global Brand and Communications | Current | NA | Male | Mr. Eric Jones serves as the Vice President of Global Brand and Communications at WPEngine, Inc. Mr. Jones was the Marketing Partner at North Bridge Growth Equity and North Bridge Venture Partners. Previously, he was Group Head of the New York Technology Practice at Edelman. |
| Justin Mongroo | Senior Vice President of North America Brand Sales | Current | NA | Male | Mr. Justin Mongroo is Senior Vice President of North America Brand Sales of WPEngine, Inc. from December 2023. He has experience leading sales teams across industry-defining technology companies, including Salesforce, Conga, Intuit and most recently Slack, where he served as Vice President of Commercial Sales. Justin has gained experience working with large and small customers in multiple industries. While at Slack, he got a ???front row seat??? at the intersection of self-serve, product-led and sales-led growth, providing a unique perspective on possibilities for go-to-market strategies working with companies on Slack???s journey from their first 100M to beyond 1B. As SVP of Sales at WP Engine, Mongroo will lead a team of over 100 sales professionals who consult and advise on innovative solutions to build, power and manage different types of WordPress experiences for large brands and small and medium-sized businesses (SMBs). |
| Annette Alexander | Chief People Officer | Current | NA | Female | Ms. Annette Alexander has been Chief People Officer of WPEngine, Inc. since April 2017. Ms. Alexander has spent many years in Human Resource. She served as Vice President of Human Resources at the Coupon Website Operator. She has also worked for PayPal, Danaher Corp., Barclays, WP Engine and Dell. She holds a bachelor's degree in Psychology from the University of Houston and a master's degree in Human Resources from Purdue University. |
| Rob Charlebois | Senior Vice President of Digital | Current | NA | Male | Mr. Rob Charlebois serves as Chief Marketing Officer at Lastpass since May 2022. He serves as Senior Vice President of Digital at WPEngine, Inc. since February 2021. He has been Executive Vice President of Global eCommerce and Digital Marketing at Mindjet LLC since April 11, 2017. Mr. Charlebois leads global online sales |



PRO

## WPEngine, Inc. | People Summary

| NAME | TITLE | STATUS | AGE | GENDER | BIOGRAPHY |
|------|-------|--------|-----|--------|-----------|
| | | | | | and marketing strategies across all its product lines, including Corel, WinZip, Roxio, Pinnacle, ReviverSoft and MindManager. He had been Executive Vice President of Global eCommerce and Digital Marketing at Corel Corporation since April 11, 2017 until 2021. Mr. Charlebois served as Vice President of Global eCommerce at Corel Corporation until April 11, 2017. Mr. Charlebois is responsible for Corel Corporation's global online sales and marketing strategies across all its product lines, including Corel, WinZip, Roxio, Pinnacle and ReviverSoft. He served as Senior Director of eCommerce for WinZip and Director of eCommerce for Corel. Prior to joining Corel, he has held various strategic marketing positions at companies including Buystream, N-able Technologies and Nexinnovations. He holds a Bachelor of Political Science and Government from the University of Ottawa and a Diploma in Architecture from Algonquin College. |
| **Average** | | **52** | | | |

| Board of Directors | | | | | | | | |
|--------------------|--|--|--|--|--|--|--|--|

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|-----------|----------|--------|-----------|
| Heather J. Brunner | Chairman of the Board | Current | 55 | Female | 2013 | NA | 11y | Ms. Heather J. Brunner has been the Chief Executive Officer and Chairwoman of WP Engine, Inc. since October 7, 2013. Ms. Brunner focuses on business strategy, global growth and customer experience and has built on firm's product innovation and client success to cement its market leadership as WordPress continues to emerge as a dominant force in content management for all organizations. She was a Partner, Start-Up Advisor and Angel Investor at Capital Factory. Ms. Brunner has built a career creating business value for both privately-funded new ventures and Fortune 500 companies and driving growth and scaling business operations for SaaS companies in large and expanding markets. She is a seasoned leader with experience in operations and client services. Ms. Brunner has built a career delivering technology to create exceptional business value for privately funded new ventures and Fortune 500 companies alike. Ms. Brunner has several years of executive management and client service experience. She served as Chief Operating Officer at WP Engine from May 2013 to October 2013. Ms. Brunner served as an Advisor from May 4, 2013 to November 3, 2013 and Chief Operating Officer at Bazaarvoice, Inc. from June 2009 to May 3, 2013 where she oversaw all stages of early, rapid global growth, through to IPO and two acquisition integrations. Ms. Brunner oversaw firm's industry-leading services organization as it continues to innovate social commerce strategies and best practices to help companies gain higher ROI from social commerce initiatives. |

Licensed to isabel.mccullough@hoganlovells.com



## WPEngine, Inc. | People Summary

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|------------|----------|--------|-----------|
| | | | | | | | | With deep expertise and proven results in operations, P&L management, client services and inspirational leadership, she has built teams responsible for delivering hundreds of millions in business value. She served as a Senior Vice President of Worldwide Client Services at Bazaarvoice, Inc., from August 2008 to June 2009. Prior to joining Bazaarvoice, Ms. Brunner served as the Chief Executive Officer and President at Nuvo. Ms. Brunner was the Chief Operations Officer at B-Side Entertainment, where she led day-to-day business operations, technology delivery, finance and G&A. She has held various other executive management roles at leading technology companies, including Coremetrics, where she led worldwide client services. Ms. Brunner served as the Vice President of Client Services at Coremetrics, Inc., since November 2005. She was responsible for firm's industry leading client service organization which includes the account management, implementation, client support and strategic services teams. Ms. Brunner served as a Vice President of client delivery and operations at Trilogy. She served as an Area Vice President at Concero where she lead over 130 professionals driving business development and client service delivery to Global 2000 companies. She also served at Accenture. She served as a Practice Director at Oracle, where she led the grounds-up development of the Central Texas enterprise sales and consulting practice. She has also held senior roles at Andersen Consulting. Ms. Brunner has been an Independent Trust Manager of Camden Property Trust since January 13, 2017. She serves on the Board of Directors of Capital Area United Way. Ms. Brunner also serves as a Board Director for the Entrepreneurs Foundation and Bazaarvoice Foundation. Ms. Brunner was named her as 2010 Profiles in Power "Woman of Influence." by The Austin Business Journal. She was a returning judge for the 2014 E&Y Entrepreneur of the Year award for Central Texas. Ms. Brunner holds a Bachelor's Degree in International Economics from Trinity University. |
| Matthew C. Blodgett | Board Director/Trustee | Current | NA | Male | NA | NA | NA | Mr. Matthew C. Blodgett, also known as Matt, served as a Managing Director at Vector Capital till July 2020. Mr. Blodgett joined Vector Capital in 2014. He serves as a Director of Prodport Inc. since March 2022. He served as a Partner and General Partner at North Bridge Growth Equity since August 2, 2013. At North Bridge, he sourced and led growth equity investments in high technology companies across multiple sectors, including advanced manufacturing, applications software, internet infrastructure, and digital media. Previously, Mr. Blodgett served as a Principal at North Bridge Growth Equity. He joined North Bridge Growth Equity in 2007. Previously, Mr. Blodgett served as a Vice President |

Licensed to isabel.mccullough@hoganlovells.com



## WPEngine, Inc. | People Summary

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|------------|----------|--------|-----------|
| | | | | | | | | at Alta Communications where he invested in growth equity and completed management-led buyouts in companies in the digital media and information technology industries. Prior to that, Mr. Blodgett served as an Analyst and investment banker at The Bear Stearns Companies, LLC, advising domestic and international media and technology corporate clients on complex mergers, joint ventures, equity offerings and debt financings. He serves as Member of the Supervisory Board of emarsys interactive services GmbH. Mr. Blodgett serves as a Director of WP Engine, LLC. He has been a Director of CloudSense Ltd., since November 6, 2017, Kela Group, and Meltwater. He served as a Director of Proto Labs, Inc. from February 27, 2013 to May 20, 2014. Previously, he served as a Director of iMakeNews, Inc. Mr. Blodgett has spent many years working with high growth technology companies as an investor and advisor. Mr. Blodgett works closely with founders and entrepreneurs building rapidly growing technology and technology-enabled companies and has a highly collaborative approach to his investment partnerships. As an active investor and board member, he supports entrepreneurs in their efforts building market leading growth companies. He led growth equity investments across industries including software, internet infrastructure, digital and mobile media, logistics and advanced manufacturing. Mr. Blodgett developed investment partnerships with entrepreneurs and founders of rapidly growing technology and technology-enabled companies. He has several years of experience working as an active investor and advisor to high growth technology companies across North America and Europe, both in the private and public markets. He brings a highly collaborative approach to the investment partnerships he cultivates with founders, entrepreneurs, management teams, and technologists. His areas of interest include technology-enabled business services, digital manufacturing, digital media and advertising, e-commerce, logistics and software. Mr. Blodgett holds a B.A. in Economics and Political Science from Yale University in 2000. |
| Richard L. "Rick" Crandall | Board Director/Trustee | Current | 81 | Male | 2015 | NA | 8y, 11m | Mr. Richard L. Crandall, also known as Rick, has been Managing Partner of Aspen Venture LLC since 2001. Mr. Crandall serves as the Software and Services Advisor/Technology Advisor to U.S. Chamber of Commerce and assists its efforts in areas of legal reform and advocacy in Federal and State government actions that affect the technology industries in the United States. He is a Co-Founder of Aspen Partners, LLC and has been its Managing Partner since 2001. He has been the Executive Chairman of the Board of Pelstar, LLC since 2007. He is a Founding Partner and Founding Managing Director at Arbor Partners, LLC and |

Licensed to isabel.mccullough@hoganlovells.com



## WPEngine, Inc. | People Summary

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|------------|----------|--------|-----------|
| | | | | | | | | Arbor Venture Partners II, L.P. Mr. Crandall joined Arbor Partners in November 1997. Mr. Crandall's breadth of experience in leading software and technology companies, including a technology venture capital firm, as well as his background serving on various boards of Directors, provides the Board with valuable corporate governance, oversight and industry experience. He contributes to Arbor Partners with his background in computer technology ranging from startups to Board governance of large public technology companies, as well as his expertise in private equity and venture capital investing. Mr. Crandall's long and varied career has created a wealth of experience and contacts that have contributed to successful strategies, execution and Partnering by Arbor Partners' portfolio companies. From 1995 to 2003, Mr. Crandall helped create Giga Information Group, Inc. and served as its Chairman from 2002 to 2003, Consultant from July 1998 to June 30, 2000 and Special Advisor from 1995 to 2003. In 1966, he founded Comshare, Inc. in 1966 and served as its President and Chief Executive Officer from 1970 to 1994 and Chairman from April 1994 to March 1997. During his tenure at Comshare, he led it through several highly publicized transitions in response to the rapid market changes characteristic of the computer industry. In 1994, he left his position at Comshare and founded the Enterprise Software Roundtable in 1994. He was a Managing Partner of Alpine Capital Partners, L.L.C. At Novell, he served as Chairman and oversaw the sale of the company to a trio of private equity firms and simultaneously much of its patent library to a consortium led by Microsoft, Apple Computer, Oracle and EMC. Mr. Crandall served as a Senior Advisor at Bryant Park Capital, Inc. since 2003. He served as a Senior Advisor at Bryant Park Capital LLC. He has been Independent Chairman of Donnelley Financial Solutions, Inc. since October 01, 2016. He joined the Donnelley Financial Solutions, Inc. on October 01, 2016. He has been the Chairman of the Enterprise Software Roundtable since 1995 and has been its Chief Executive Officer since 1994. Mr. Crandall served as the Chairman of SolidSpeed Inc. He served as the Non-Executive Chairman of Novell, Inc. from May 13, 2008 to April 27, 2011. He was Chairman of the ITAA Foundation. He serves as a Director of Tacit Knowledge Systems, Sigaba and BISNet, Inc. He has been a Director of RRD since 2012. He serves as a Director of ACTV8, INC. He has been an Independent Director at WPEngine, Inc. since November 2015. He serves on the Boards of Directors of several other private companies including Illinois Energy Partners. He serves as Director and Member of Advisory Board at ChannelNet. Mr. Crandall also serves on the Executive Advisory Board of Beacon |

Licensed to isabell.mccullough@hoganlovells.com



## WPEngine, Inc. | People Summary

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|-----------|----------|--------|-----------|
| | | | | | | | | IT. He served as a Director of Giga Information Group, Inc. since August 1995. He served as Independent Director of R.R. Donnelley & Sons Company from 2012 to September 30, 2016. He served as a Director at Platinum Energy Solutions, Inc. from 2012 to February 19, 2013. He served as a Director at Comshare, Incorporated since 1968. He serves on the Advisory Board for the Wharton Executive Education Program, Boards That Lead governance initiative. He served as a Director of Tacit Software, Inc. He served as a Director at Giga from August 1995 to 2003. He served as a Director at Novell, Inc. from June 2, 2003 to April 27, 2011. He served as a Director of iTRACS Corporation, Inc., Computer Task Group Inc. and Secure Data In Motion, Inc. Mr. Crandall was an Independent Director of Diebold Nixdorf, Incorporated since 1996 until April 25, 2019. He is a cybersecurity expert and serves on the Board of the National Cybersecurity Center (Colorado Springs) (the NCC), a position he has held since 2016. He served as an Independent Trustee at Guggenheim Enhanced Equity Strategy Fund from 2004 to July 2010. He serves on the National Advisory Board of the University of Michigan College of Engineering and Computer Science. Mr. Crandall was a Founding Member of the Board of the ITAA Foundation and served on its Board. Among his many other industry honors is the ICP Business Software Review listing as "One of the five Leading Pioneers of the Software Services Industry" in its commemorative issue celebrating the 25th anniversary of the software industry. Mr. Crandall received an M.S. in Industrial Engineering in 1966, holds a B.S. in Electrical Engineering and a B.S. in Mathematics, all from the University of Michigan. |
| Mariano Dima | Board Director/Trustee | Current | 55 | Male | 2015 | NA | 8y, 11m | Mr. Mariano Dima has been President of Soldo Limited since November 2020 and also serves as its Director. He serves as Strategic Advisor at Farview Equity Partners Limited. He holds expertise in Marketing and product. Mr. Dima served as Global Chief Marketing Officer of HomeAway, Inc. since September 2014. Mr. Dima oversaw all global marketing, corporate communications and brand initiatives and teams for HomeAway. He served as an Executive Vice President of Marketing & Payment Solutions at Visa Europe Limited since December 2006 and served as its Chief Marketing Officer. He has many years of marketing, product and business development experience across leading companies and industries, including PepsiCo, Inc., Vodafone, Levi Strauss & Co. and Visa Europe Ltd. He served as chief marketing officer of Visa Europe, he oversaw strategic marketing, brand communications, advertising, sponsorships, insights and analytics. Dima begins working at HomeAway in September. Mr. Dima served as an Executive |

Licensed to isabel.mccullough@hoganlovells.com



## WPEngine, Inc. | People Summary

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|------------|----------|--------|-----------|
| | | | | | | | | Vice President of Marketing and Product Solutions at VISA Europe Services, Inc., since December 2006. Mr. Dima is tasked with boosting customer loyalty as new products including contactless cards are launched. He served as an European Field Marketing Director of Levi Strauss & Co Europe Sca. He served with PepsiCo. He served as Head of Consumer Segments Strategy Worldwide for Vodafone and Head of International Marketing & Business Development of Pentland Group. He has been an Independent Director at WPEngine, Inc. since November 2015. He studied Industrial Engineer and Engineer from University of Buenos Aires. |
| Mark Gillett | Board Director/Trustee | Current | 49 | Male | NA | NA | NA | Mr. Mark Gillett serves as the Managing Director and Head of Value Creation at Silver Lake Technology Management, L.L.C. He is Director at Qualtrics International Inc. since June 28, 2023. Mr. Gillett re-joined Silver Lake in 2013 after previously serving it from 2009-2011. Mr. Wittlinger serves as a member of the Board of Directors of WPEngine, Inc. Mr. Gillett led Value Creation for Silver Lake in Europe and worked directly with the Chief Executive Officers of Silver Lake's portfolio companies to improve operating performance. Mr. Gillett served as Corporate Vice President for Skype and Lync at Microsoft Corp. He served as the Corporate Vice President of Microsoft and was responsible for Skype Product Engineering and Operations. He served as the Chief Development and Operations Officer of Skype Global S.à r.l. since March 2011. Mr. Gillett served as Chief Development & Operations Officer and Corporate Vice President of Product Engineering & Operations at Skype Limited. He began his tenure at Microsoft Corp. in March 2011 and worked with Skype as Chief Transformation Officer and Interim Chief Development Officer. He served as a European Operating Partner of Silver Lake Partners. He joined Skype in since 2009. He joined Silver Lake from Alvarez & Marsal, where he served for four years and served as Managing Director and Partner, where he was responsible for leading Technology, Telecoms and Business Services engagements across Europe and growing its private equity performance improvement services in Europe. At A&M, he also led engagements with several leading private equity firms and also specialized in restructuring and operational diligence, performance improvement and turnaround management of online, consumer and enterprise software and device businesses. While at A&M, he served in interim leadership positions, advisory and operating roles including; Lehman Brothers, ADT/Tyco, Navigon AG and iSOFT plc. He started his technology career in software engineering and product management for regulated medical devices, networking equipment and software. He serves as |

Licensed to isabel.mccullough@hoganlovells.com



# WPEngine, Inc. | People Summary

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|------------|----------|--------|-----------|
| | | | | | | | | a Director of Relativity ODA LLC (Also known as kCura Corporation). He served as a Director of Silver Lake. He served as a Non-Executive Director of European Directories S.A. Mr. Gillett served as a Director of Quorum Business Solutions, Inc.(Quorum Software). He served as an international quality assurance reviewer for the UK Office of Government Commerce's ITIL v3 publication. He served as a board observer and advisor at Ancestry.com and Boomi, a Dell Technologies Company. He is a Member of the IT Service Management Forum. He is a Member of the Institute of Directors, the Institute of Service Management and Chartered Member of the British Computer Society. Mr. Gillett holds nine US and international patents in the fields of networking, communications and security. He is a Chartered Technologist and an accredited IT Infrastructure Library Manager. Mr. Gillett studied Medicine at the University of London. |
| Kip McClanahan | Board Director/Trustee | Current | 55 | Male | NA | NA | NA | Mr. Kip McClanahan serves as Director at Enveedo, Inc. He serves as Director of SpyCloud, Inc and NotCommon Corp. He is a General Partner at Silverton Partners. He serves as Director at It's Skinny, Inc. He serves as Advisor of Hurricane Party, Inc. Mr. McClanahan co-founded ON Networks, Inc. in 2006 and serves as its Chief Executive Officer. For 20 years, he has worked in IT security, networking, media communications, and software industries. He has served as both Chief Executive Officer and board member to both public and private companies leading all functional areas including strategy, operations, product, sales and marketing, as well as mergers and acquisitions deal structuring. He served as both Chief Executive Officer and board member with several public and private companies. He ran 3Com's Security Division. Mr. McClanahan served as Chief Executive Officer of Tippingpoint Technologies Inc. from January 5, 2004 to November 2005. He served as President of Motive Communication, Inc., from January 2003 to November 2003. He was at Motive, Inc., where he served as President and oversaw a broad range of business operations including product strategy. He co-founded BroadJump, Inc. in November 1998 and served as its President and Chief Executive Officer from November 1998 to January 2003. Prior to BroadJump, Mr. McClanahan was a part of management at NetSpeed and held engineering and managerial roles at Motorola, Thomas-Conrad, BMC Software, Cisco Systems and Dell Computer. From March 1998 to November 1998, he led software development for DSL Customer Premises Equipment at Cisco Systems Inc. From November 1996 to March 1998, he served as Lead Engineering Architect of NetSpeed Inc. He was the Chief Executive Officer and Director at NetSpeed. He was a part of management at NetSpeed. His career |

Licensed to isabel.mccullough@hoganlovells.com



S&P Capital IQ **PRO**

## WPEngine, Inc. | People Summary

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|------------|----------|--------|-----------|
| | | | | | | | | included engineering and managerial roles at Motorola, Thomas-Conrad, BMC Software, Cisco Systems, and Dell Computer. Mr. McClanahan serves as the Chairman of the Board of the Board of Socialware, Inc. He serves as Director of Socialware, Inc., Pingboard, Inc., and Sparefoot. He serves as a Director of ON Networks, Inc. He served as a Director of iControl Networks, Inc., CopperEgg Corporation, OutboundEngine, WP Engine, LLC, and uControl, Inc. He served as Director of BroadJump, Inc. He has been a member of the Engineering Foundation Advisory Council since 2002. He serves as a mentor for Capital Factory. He served as Director of Motive Communication, Inc. and Motive Inc. from January 2003 to December 2003 and Tippingpoint Technologies Inc. since August 2001. Mr. McClanahan received a B.S. degree in Electrical in 1988-1991 and Computer Engineering from the University of Texas. |
| Gregory Keith Mondre | Board Director/Trustee | Current | 49 | Male | NA | NA | NA | Mr. Gregory Keith Mondre, also known as Greg, has been an Independent Director of GoodRx Holdings, Inc. since October 2018. He has been Member of Advisory Board at Creating Culinary Communities LLC. He serves as Board Member at GoodRx, Inc. Mr. Mondre served as an Independent Director of Expedia Group, Inc. since May 2020 until October 15, 2021. He serves as a Director of Relativity ODA LLC (Also known as kCura Corporation). Mr. Mondre serves as a Co-Chief Executive Officer at Silver Lake Technology Management, L.L.C. since December 02, 2019. He serves as Managing Partner at the firm. Prior to joining Silver Lake, Mr. Mondre was a principal at Texas Pacific Group, where he predominantly focused on private equity investments in the technology sector. Mr. Mondre serves as a Director at New York City Investment Fund Manager, Inc. He joined Silver Lake in 1999. He served as Managing Partner and Managing Director of Silver Lake Management, L.L.C. from September 2011 to December 01, 2019. He has significant experience in private equity investing and expertise in sectors of the technology and technology-enabled industries. He served as a Principal at TPG Capital, L.P., where he focused on private equity investments across a wide range of industries, with a particular focus on technology. He served as an Investment Banker in the Communications, Media and Entertainment group at Goldman, Sachs & Co. He serves as a Director at Red Ventures, LLC. Mr. Mondre has been a Director of Fanatics, Inc. Mr. Mondre has been a Director of Desert Newco Managers, LLC since May 2014. He served as Director at GoDaddy Inc. since May 2014 until February 2020 and has served on GoDaddy's board of directors since the 2011 private equity investment in GoDaddy. He served as Director of Sabre Corporation since March 2007 until |

**S&P Capital IQ** PRO

## WPEngine, Inc. | People Summary

| NAME | ROLE | STATUS | AGE | GENDER | BEGIN YEAR | END YEAR | TENURE | BIOGRAPHY |
|------|------|--------|-----|--------|-----------|----------|--------|-----------|
| | | | | | | | | December 31, 2018. He has been an Independent Director of Motorola Solutions, Inc. since August 25, 2015. He serves as a Director of WPEngine, Inc. and The Partnership for New York City, Inc. He is a director of A Place for Mom, Inc. and Weld North Education. He serves as the Director at YAM Special Holdings, Inc., IPC Systems Holdings Corp., Sabre Holdings Corporation and Desert Newco, LLC. He has previously served as a director of Equinox Group, Expedia Group, Inc., IPC Systems Holdings Corp., UGS Corporation. He is a director of portfolio companies Imagine Learning. He served as a Director of Siemens Product Lifecycle Management Software Inc., since May 2004 and Avaya Inc. since October 26, 2007. He has also previously served as a director of Vantage Data Centers, LLC. He served as a Director of UGS Capital Corporation, Avaya Holdings Corp., and Network General Corporation. He holds a B.S. degree in Economics from The Wharton School of the University of Pennsylvania. |
| Lee E. Wittlinger | Board Director/Trustee | Current | 41 | Male | NA | NA | NA | Mr. Lee E. Wittlinger serves as a Managing Director at Silver Lake Technology Management, L.L.C. since January 2018. Mr. Wittlinger had been an Independent Director of AMC Entertainment Holdings, Inc. since September 17, 2018 until December 31, 2022. Mr. Wittlinger joined Silver Lake in 2007. He serves as a Director on the Board of Vantage Data Centers, Oak View Group and Cast & Crew Entertainment. Mr. Wittlinger serves as a member of the Board of Directors of WPEngine, Inc. He had been a Non-Employee Director at GoDaddy Inc since May 2014 until January 25, 2023. Previously, Mr. Wittlinger was an investment banker in the Technology, Media and Telecommunications Investment Banking group at Goldman, Sachs & Co., where he focused on mergers and acquisitions and financings in the technology industry. He currently serves as a director on the boards of Iterable, Oak View Group, ProService, Shadowbox Studios, Vantage Data Centers and WP Engine. Previously, he served as a director of AMC Entertainment. Mr. Wittlinger holds a B.Sc. in Economics, summa cum laude, with dual concentrations in Finance and Accounting from The Wharton School of the University of Pennsylvania. |
| **Average** | | | **55** | | | | **9y, 7m** | |

**Professionals**

Licensed to isabel.mccullough@hoganlovells.com



# WPEngine, Inc. | People Summary

| NAME | TITLE | STATUS | AGE | GENDER | BIOGRAPHY |
|---|---|---|---|---|---|
| Mark Kelnar | Independent Consultant | Current | NA | Male | Mr. Mark Kelnar serves as an Independent Consultant at WP Engine, LLC. Mr. Kelnar has been developing software as a full time employee and as an Independent Consultant in Austin since 2000. He has done work for a collection of companies and projects, including work on the website for Hoover s Inc and Dun and Bradstreet. His role at WP Engine is to make sure the servers and your site are up and running as expected. If they are not, there s a good chance that he is already working on resolving the issue. |
| **Average** | | | | | |

In the event exact dates of hire, termination, or birthday are unknown, age and tenure values may be off by +/- 1 year. Tenure refers to the length of time an individual held their current title.

Contact information may be limited by privacy restrictions of the contact's home country or state/province

## WPEngine, Inc. | Private Ownership

(MI KEY: 5225379; SPCIQ KEY: 139087350)

**Search Investor(s):**

| Investors | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **INVESTOR NAME** | **RELATIONSHIP TYPE** | **COMPANY TYPE** | **TRANSACTION DATE(S)** | **MOST RECENT TRANSACTION SIZE ($000)** | **MOST RECENT INVESTMENT VALUE ($000)** | **MOST RECENT ROUND NUMBER** | **MOST RECENT ROUND TYPE** | **AGGREGATE INVESTMENT VALUE ($000)** |
| Automattic Inc. | Current Investment | Private Company | 11/15/2011 | 1,200 | - | 1 | Series A | - |
| Capital Factory | Current Investment | Private Company | - | - | - | - | - | - |
| Guidepost Growth Equity | Current Investment | Private Company | 3/25/2015, 1/14/2014 | 23,000 | 23,000 | 4 | Series C | 38,000 |
| North Bridge Growth Equity II, L.P. | Current Investment | Private Fund | 3/25/2015, 1/14/2014 | 23,000 | - | 4 | Series C | - |
| North Bridge Venture Partners | Current Investment | Private Company | 3/25/2015, 1/14/2014 | 23,000 | - | 4 | Series C | - |
| Silver Lake Technology Management, L.L.C. | Current Investment | Private Company | 1/4/2018 | 250,000 | 250,000 | 5 | Mature | 250,000 |
| Silverton Partners | Prior Investment | Private Company | 9/20/2012, 11/15/2011 | 1,674 | - | 2 | Series B | - |

## WPEngine, Inc. | Capitalization Table Summary

(MI Key: 5225379; SPCIQ Key: 139087350)

| Financing Scenario Analysis | | | Input Exit Value | 0 |
|---|---|---|---|---|
| **ROUND TYPE** | **PRE-MONEY OWNERSHIP (%)** | **POST-MONEY OWNERSHIP (%)** | **VALUE OF OWNERSHIP STAKE ($)** | **EXIT VALUE ($)** |
| Series A | - | - | - | - |
| Series B | - | - | - | - |
| Series B | - | - | - | - |
| Series C | - | - | - | - |
| Mature | - | - | - | - |
| Mature | - | - | - | - |
| New Investor Round | - | - | - | - |
| **Total** | **-** | **-** | **-** | **-** |

| Historical Rounds of Funding | | | | |
|---|---|---|---|---|
| **Mature** | | | | |
| **JUL-10-2019** | **PRE-MONEY OWNERSHIP (%)** | **POST-MONEY OWNERSHIP (%)** | **VALUE OF OWNERSHIP STAKE ($)** | **EXIT VALUE ($)** |
| Series A | - | - | - | - |
| Series B | - | - | - | - |
| Series B | - | - | - | - |
| Series C | - | - | - | - |
| Mature | - | - | - | - |
| Mature | - | - | - | - |
| **Total** | **-** | **-** | **-** | **-** |

| Mature | | | | |
|---|---|---|---|---|
| **JAN-04-2018** | **PRE-MONEY OWNERSHIP (%)** | **POST-MONEY OWNERSHIP (%)** | **VALUE OF OWNERSHIP STAKE ($)** | **EXIT VALUE ($)** |
| Series A | - | - | - | - |
| Series B | - | - | - | - |
| Series B | - | - | - | - |
| Series C | - | - | - | - |
| Mature | - | - | - | - |
| **Total** | **-** | **-** | **-** | **-** |

| Series C | | | | |
|---|---|---|---|---|
| **MAR-25-2015** | **PRE-MONEY OWNERSHIP (%)** | **POST-MONEY OWNERSHIP (%)** | **VALUE OF OWNERSHIP STAKE ($)** | **EXIT VALUE ($)** |
| Series A | - | - | - | - |
| Series B | - | - | - | - |

Licensed to isabel.mccullough@reneganlevens.com

## WPEngine, Inc. | Capitalization Table Summary

| | | | | |
|---|---|---|---|---|
| Series B | - | - | - | - |
| Series C | - | - | - | - |
| **Total** | **-** | **-** | **-** | **-** |

| Series B | | | | |
|---|---|---|---|---|
| **JAN-14-2014** | **PRE-MONEY OWNERSHIP (%)** | **POST-MONEY OWNERSHIP (%)** | **VALUE OF OWNERSHIP STAKE ($)** | **EXIT VALUE ($)** |
| Series A | - | - | - | - |
| Series B | - | - | - | - |
| Series B | - | - | - | - |
| **Total** | **-** | **-** | **-** | **-** |

| Series B | | | | |
|---|---|---|---|---|
| **SEP-20-2012** | **PRE-MONEY OWNERSHIP (%)** | **POST-MONEY OWNERSHIP (%)** | **VALUE OF OWNERSHIP STAKE ($)** | **EXIT VALUE ($)** |
| Series A | - | - | - | - |
| Series B | - | - | - | - |
| **Total** | **-** | **-** | **-** | **-** |

| Series A | | | | |
|---|---|---|---|---|
| **NOV-15-2011** | **PRE-MONEY OWNERSHIP (%)** | **POST-MONEY OWNERSHIP (%)** | **VALUE OF OWNERSHIP STAKE ($)** | **EXIT VALUE ($)** |
| Series A | - | - | - | - |
| **Total** | **-** | **-** | **-** | **-** |

**Assumptions**
We assume that all of the Debt and Post-Money Options come out of the Pre-Money.
We assume that all of the Pre-Money Options have been allocated.
Individual Investors may participate in succeeding rounds, reducing dilution.
Total Authorized Share count is estimated based on available data.
Pre-Money is based on prior round post-money valuation, i.e. it does not include the Debt and Post-Money Options.
Exit Value assumes there is no liquidation preference and no additional dilution before an exit.
Share Value and Value of Ownership Stake assumes that the Common Stock's fair market value is equal to the most recent issue price.
Debt rounds are not included.



# WPEngine, Inc. | Capitalization Table Details

(MI KEY: 5225379; SPCIQ KEY: 139087350)

| ANNOUNCEMENT DATE | ROUND TYPE | AUTHORIZED PREFERRED SHARES (ACTUAL) | FUNDING TYPE | PAR VALUE ($) | OUTSTANDING COMMON SHARES (ACTUAL) | PRE-MONEY VALUATION ($M) | POST-MONEY VALUATION ($M) | INVESTOR LEVEL OWNERSHIP (%) | OPTION POOL (%) | LIQUIDATION PREFERENCE MULTIPLE (X) | ROUND DIRECTION | LIQUIDATION PREFERENCE | CAPPED PARTICIPATION? | PARTICIPATING PREFERRED CAP (X) | ANTI DILUTION METHOD | REDEMPTION? | CUMULATIVE DIVIDENDS? | REORGANIZATION? | PAY TO PLAY? | PAY TO PLAY PENALTIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/2019 | Mature | NA | Common Equity | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 1/4/2018 | Mature | NA | Unclassified | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 3/25/2015 | Series C | NA | Unclassified | NA | NA | NA | 143 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 1/14/2014 | Series B | NA | Unclassified | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 9/20/2012 | Series B | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 11/15/2011 | Series A | NA | Unclassified | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

**Assumptions**
We assume that all of the Debt and Post-Money Options come out of the Pre-Money.
We assume that all of the Pre-Money Options have been allocated.
Individual Investors may participate in succeeding rounds, reducing dilution.
Total Authorized Share count is estimated based on available data.
Pre-Money is based on prior round post-money valuation, i.e. it does not include the Debt and Post-Money Options.
Exit Value assumes there is no liquidation preference and no additional dilution before an exit.
Share Value and Value of Ownership Stake assumes that the Common Stock's fair market value is equal to the most recent issue price.
Debt rounds are not included.

Licensed to isabel.mccullough@hoganlovells.com