# EXHIBIT 5

# **//** WP ENGINE



Partner Since
2018

Strategy
Silver Lake Partners & Alpine

Current Investment

### ■ INTERNET & ECOMMERCE



WP Engine provides a comprehensive suite of software, infrastructure, analytics, security, and support solutions needed to create websites and applications on WordPress, the leading open source software for website building.