# EXHIBIT 6

10/30/24, 2:02 PM
Case 3:24-cv-06917-AMO    Document 42-6    Filed 10/30/24    Page 2 of 2
WP Engine on X: "We are pleased to report that our solution has been fully deployed and regular workflow practices have been re…

Post

**WP Engine** ✓
@wpengine

We are pleased to report that our solution has been fully deployed and regular workflow practices have been restored to our customers around the globe. We thank all our customers for their patience and support over the past week. Like so many of you, we love WordPress, and are committed to the stability and longevity of the community.

8:22 PM · Sep 30, 2024 · **126.6K** Views

**45** Reposts   **28** Quotes   **428** Likes   **44** Bookmarks

### New to X?

Sign up now to get your own personalized timeline!

[Sign up with Google]
[Sign up with Apple]
[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.
Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up