Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Neal Kumar Katyal, *pro hac vice pending*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice pending*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice pending*
lauren.cury@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR AN ORDER TO SHORTEN TIME FOR BRIEFING AND TO ADVANCE HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>**[L.R. 6-3]**<br><br>Judge: Hon. Araceli Martinez-Olguin<br>Crtrm:  10 – 19th Floor |

**ORDER**

The Court has read and considered the motion of Defendants Automattic, Inc. and Matthew Mullenweg ("Defendants") to shorten time for briefing and to advance the hearing on their motion to dismiss (ECF No. 36) and motion to strike (ECF No. 38) (collectively "the Motions"), filed on October 30, 2024.  The Court finds good cause to GRANT the motion and therefore hereby GRANTS the motion and ORDERS as follows:

1. Any opposition to the Motions shall be filed on or before November 11, 2024:
2. Any reply brief in support of the Motions be filed on November 18, 2024; and
3. The hearing on the Motions shall be held November 26, 2024.

**IT IS SO ORDERED.**

Dated: November ___, 2024

_____

Honorable Araceli Martinez-Olguin

-1-   Case No. 3:24-cv-06917-AMO

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER TO SHORTEN TIME