QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF SARA JENKINS IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Honorable Araceli Martínez-Olguín<br>Courtroom: 3, Oakland Courthouse<br>Hearing Date: November 26, 2024<br>Hearing Time: 10:30 a.m. |

I, Sara Jenkins, declare as follows:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff WPEngine, Inc. in this action. I am licensed to practice law in California and admitted to practice in the Northern District of California. I make this Declaration in support of Plaintiff WPEngine, Inc.'s ("WPE") Reply In Support Of Its Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify thereto.

**Defendants' Statements About the Ownership of wordpress.org**

2. Attached hereto as Exhibit 37 is a true and correct copy of a webpage located at the following link: https://wordpress.org/support/topic/wordpress-org-administration/. This page of the wordpress.org website is titled "WordPress.org Administration." In response to a question about the ownership of wordpress.org, "luisherranz," who is identified as a "Software engineer at Automattic," in the "Profiles" section of the wordpress.org website states, "WordPress.org is not 'owned' in the traditional sense, as it's an open-source project." The post goes on to state that "no one owns WordPress.org for practical purposes." On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.

> **luisherranz** (@luisherranz)
> 11 months, 2 weeks ago
>
> Understanding the ownership and management structure of WordPress.org requires distinguishing between the WordPress open-source project and the entities associated with it. Here's a breakdown:
>
> 1. **Ownership of WordPress.org**: WordPress.org is not "owned" in the traditional sense, as it's an open-source project. The software it provides is licensed under GPLv2, which means it's free to use and modify. There's no individual or company that "owns" the open-source software of WordPress.org.
> 2. **WordPress Foundation**: While no one owns WordPress.org for practical purposes, the WordPress Foundation holds the trademark for WordPress. The Foundation focuses on ensuring free access to the software and promoting the open-source project.
> 3. **Management and Distribution**: WordPress.org mainly distributes open-source code and hosts this code. It is not an entity that enters into agreements or has a typical ownership structure like a private company.
> 4. **WordPress.com vs. WordPress.org**: There's often confusion between WordPress.org and WordPress.com. WordPress.com is a commercial entity owned by Automattic, offering WordPress hosting services. In contrast, WordPress.org is community-based, providing the open-source software.
>
> In summary, while the WordPress Foundation holds the trademark, WordPress.org operates as a community-driven platform distributing open-source software, with no traditional ownership or corporate structure to manage it.

3.     Attached hereto as Exhibit 38 is a true and correct copy of a webpage located at the following link: https://wordpress.org/support/topic/who-owns-wordpress-org/. On the webpage, "Jan Dembowski," a wordpress.org forum moderator, states, "No one [owns] WordPress.org" for the purposes of a user who is asking who owns wordpress.org because the user was looking for a representative of wordpress.org to sign an agreement.  On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.

4.     Attached hereto as Exhibit 39 is a true and correct copy of a post on X.com dated October 23, 2024.  In this post, the user states that the connection between "w.org" (wordpress.org) is "linked everywhere" to the WordPress Foundation and is "hardcoded into WordPress [software] and cited by the foundation as the official WordPress resource."  On November 3, 2024, I caused a screenshot to be taken of this post located at https://x.com/eliottstephen/status/1849132852429906342, which is shown below.



5. Attached hereto as Exhibit 40 is a true and correct copy of a webpage located at the following link: https://wordpressfoundation.org/projects/. This webpage from the WordPress Foundation's website is titled "Projects" and lists "WordPress" as one of the Foundation's projects and links to https://wordpress.org. On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.

### Projects

Matt Mullenweg, the director of the WordPress Foundation, has been directly involved in the creation of, or coordination of volunteers around, a number of WordPress projects that espouse the core philosophy:

- WordPress, freely available GPL blogging software with about 346,509 lines of code representing about 91 person-years of development.

6. Attached hereto as Exhibit 41 is a true and correct copy of a webpage located at the following link: https://web.archive.org/web/20110923170547/http://codex.wordpress.org:80/Hardening_WordPress. This webpage comes from the Internet Archive's Wayback Machine from September 23, 2011. The Internet Archive states that the Wayback Machine makes more than 28 years of web history accessible to the public. *See* https://archive.org/about/. This webpage is titled "Hardening WordPress," and states that users should "**never** download or install WordPress from any website other than http://wordpress.org" (emphasis in original). On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.

**Updating WordPress**

Main article: Updating WordPress.

The latest version of WordPress is always available from the main WordPress website at http://wordpress.org. Official releases are not available from other sites -- **never** download or install WordPress from any website other than http://wordpress.org.

7. Attached hereto as Exhibit 42 is a true and correct copy of a webpage located at the following link: https://developer.wordpress.org/advanced-administration/security/hardening/. This webpage is titled "Hardening WordPress" and states that users should "**never** download or install WordPress from any website other than http://wordpress.org" (emphasis in original). On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.



**WordPress Community Comments Regarding Their Stated Understanding
of the Ownership of wordpress.org**

8. Attached hereto as Exhibit 43 is a true and correct copy of a post on Reddit.com dated October 22, 2024. In this post, the user states, "I was today old when I found out: Wordpress.org is not owned by the WordPress foundation." Another user wrote, "the vast majority of us thought that wordpress/.org was part of the Foundation." On November 3, 2024, I caused three screenshots to be taken of this post, located at https://www.reddit.com/r/Wordpress/comments/1gab4wq/i_was_today_old_when_i_found_out_wordpressorg_is/, which is shown below.



9. Attached hereto as Exhibit 44 is a true and correct copy of a post on X.com dated October 24, 2024. In this post, the user states, "If O'Reilly is confused about WordPress, then I feel ok being confused." O'Reilly refers to a website which published a "WordPress Bible." On November 3, 2024, I caused a screenshot to be taken of this post located at https://x.com/hashim_warren/status/1849425065902760183, which is shown below.

10. Attached hereto as Exhibit 45 is a true and correct copy of a post on X.com dated October 23, 2024. The user states, "I was today years old when I learned .org did not belong to the WordPress Foundation." On November 3, 2024, I caused a screenshot to be taken of this post located at https://x.com/cdils/status/1849223389564617159, which is shown below.



**Mullenweg's Statements About Taking Over Plugins**

11. Attached hereto as Exhibit 46 is a true and correct copy of a webpage located at the following link: https://www.therepository.email/mullenweg-threatens-to-take-over-paid-memberships-pro. The webpage states, "Matt Mullenweg has threatened to take over Paid Memberships Pro (PMPro) in the WordPress.org plugin repository." On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.

> Mullenweg messaged Coleman in Making WordPress Slack on October 18, writing that he wanted to "check in" with Coleman about his announcement two days earlier that from version 3.3 onward, PMPro would be hosted on the company's own license server instead of WordPress.org.
>
> Mullenweg warned Coleman: "because [sic] if you go down that path, next step is for us to take over your listing and make it a community plugin like we did to ACF.
>
> "is [sic] that what you want? you [sic] can't have it both ways, you're violating the directory guidelines right now."

## TrustPilot Reviews

12. Attached hereto as Exhibit 47 is a true and correct copy of a webpage located at the following link: https://www.trustpilot.com/review/wpengine.com.  The webpage states that WP Engine has a Trustpilot rating of 4.7 stars out of 5.  On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.

 

13. Attached hereto as Exhibit 48 is a true and correct copy of a webpage located at the following link: https://www.trustpilot.com/review/automattic.com.  The webpage states that Automattic has a Trustpilot rating of 1.8 stars out of 5.  On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.



14. Attached hereto as Exhibit 49 is a true and correct copy of a webpage located at the following link: https://www.trustpilot.com/review/www.wordpress.com. The webpage states that WordPress.com has a Trustpilot rating of 1.6 stars out of 5. On November 3, 2024, I caused a screenshot to be taken of this webpage, which is shown below.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 4th day of November, 2024, in Redwood City, California.

By /s/ Sara Jenkins
Sara Jenkins

**ATTESTATION**

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sara Jenkins has concurred in the aforementioned filing.

By */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian