# EXHIBIT 39







Document title: Eliott Stephen on X: &quot;I can&#39;t imagine why anyone was ever confused about the relationship between https://t.co/xk6ZFCviQN and the…
Capture URL: https://x.com/eliottstephen/status/1849132852429906342/photo/2
Capture timestamp (UTC): Mon, 04 Nov 2024 17:33:37 GMT



Document title: Eliott Stephen on X: &quot;I can&#39;t imagine why anyone was ever confused about the relationship between https://t.co/xk6ZFCviQN and the…
Capture URL: https://x.com/eliottstephen/status/1849132852429906342/photo/3
Capture timestamp (UTC): Mon, 04 Nov 2024 17:34:07 GMT
Page 1 of 1

wordpressfoundation.org/news/2013/make-wordpress/

WordPress Foundation

Supporting the WordPress community since 2010.

About

Donate

News

## Making WordPress: How to Get Involved

WordPress is an Open Source project, which means there are hundreds of people all over the world contributing to it — they work on code, provide support, do translations, organize events, write documentation, review plugins and themes, and are involved in many other projects.

Contributors are grouped into teams, and each team has a site on make.wordpress.org to communicate with others and share updates about what they're working on. Want to get involved in the WordPress community but not sure how or where to start? Start your search at make.wordpress.org, where you can follow these official team blogs and WordPress developer resources.

3 16 96 4.9K

**Eliott Stephen**
@eliottstephen

I can't imagine why anyone was ever confused about the relationship between w.org and the foundation. It's only linked to everywhere, hardcoded into WordPress and cited by the foundation as the official WordPress resource...

4:56 PM · Oct 23, 2024 · **4,987** Views

**16** Reposts **96** Likes **12** Bookmarks

12

