# EXHIBIT 40



## WordPress Foundation

Supporting the WordPress community since 2010.

About ⌄

Donate ⌄

News

Philosophy

**Projects** ⌄

Trademarks

Contact

**RECENT POSTS**

2024 WordPress Foundation Meeting Minutes

WordPress Foundation Donates $100,000 to Internet Archive

Announcing the 2024 Kim Parsell Memorial Scholarship Recipient: Cynthia Norman

Apply for the Kim Parsell Memorial Scholarship for WordCamp US 2024

The WordPress Foundation 2023 Annual Report is Now Available

**Search**

[                    ] SEARCH

# Projects

Matt Mullenweg, the director of the WordPress Foundation, has been directly involved in the creation of, or coordination of volunteers around, a number of WordPress projects that espouse the core philosophy:

- WordPress, freely available GPL blogging software with about 346,509 lines of code representing about 91 person-years of development.
- WordPress is available in over 200 languages and the latest version has been downloaded over 77 million times.
- WordPress Plugins, a repository of over 54,000 freely available plugins representing about as many volunteers. These plugins have received over 859 million downloads that we know about.
- WordPress Themes, over 3,048 free GPL-licensed design and themes for WordPress that have received over 128 million downloads.
- Currently there are over 700 WordPress meetup groups and in 2018 over 140 WordCamps were held in countries all over the world.
- bbPress, open source forum software that works right inside WordPress.
- BuddyPress, a project that allows anyone to create a social network on purely Free Software.

The source code for all of the above is *freely available for any use to anyone in the world* via the links above.

Proudly powered by WordPress

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy.

Accept