# EXHIBIT 43







again. The only mention of WordPress.org is in the title of the page.

The meeting minutes from last week's annual meeting of the WordPress Foundation references WordPress.org multiple times in a way that would suggest they are connected. Why would they be having an additional meeting to get an update from the new Executive Director of WordPress.org if they are not connected? The new Executive Director of WordPress.org is also an Automattic employee, as was the previous one.

Also, parts of wordpress.org are hosted by Automattic. Look at the URL of an image on the homepage, https://i0.wp.com/wordpress.org/files/2024/04/brush.png?w=1198&ssl=1. The domain name is wp.com, which redirects to wordpress.com. That is part of Automattic. Here is the URL of icon image for the Classic Editor, https://ps.w.org/classic-editor/assets/icon-128x128.png?rev=1998671. That is coming from s.w.org, which is hosted by Automattic from the same range IP range as i0.wp.com.

10 · Reply · Award · Share · …

• 11d ago •

Is there any agreement between Matt and Foundation/Automattic to allow him to use the trademark?

Salesforce is the investor in Automattic and they have business Slack license worth of multiple millions to WordPress, was it donated to Foundation or to Matt?

9 · Reply · Award · Share · …

10 more replies

• 11d ago •

Do we have a history of how/when the central repo was set up and how it was sold to the community?

How is that I can't get a plugin listed in a repo that appears in the admin dashboard without going through wordpress.org, but at the same time it's nothing to do with WordPress?!

8 · Reply · Award · Share · …

• 11d ago •

You are not limited to plugins and themes from the repo at W dot org.

I have a whole bunch of sites with plugins and themes from themeforest.

5 · Reply · Award · Share · …

1 more reply

• 11d ago • Top 10% Commenter +1

I don't trust anyone who claims they knew this all along like it was common knowledge. You seem like a plant that's trying to help sow doubt on the WPE legal case.

8 · Reply · Award · Share · …

• 11d ago • Edited 11d ago •

There is a ticket that needs more attention. We need public mirrors the way debian (and other distros) apt/yum/pacman do it for linux packages, utilizing GPG signing so plugins/themes/core can't be hijacked ever again.

https://core.trac.wordpress.org/ticket/62230

8 · Reply · Award · Share · …

• 11d ago • Top 10% Commenter

Hope he loses the lawsuit so bad that changes has to happen. Because even if he doesn't lose, bad changes will happen regardless. Might as well make them severe for him too. WordPress will suffer regardless

6 · Reply · Award · Share · …

---

Document title: I was today old when I found out: Wordpress.org is not owned by the Wordpress foundation : r/Wordpress
Capture URL: https://www.reddit.com/r/Wordpress/comments/1gab4wq/i_was_today_old_when_i_found_out_wordpressorg_is/?rdt=62769
Capture timestamp (UTC): Sun, 03 Nov 2024 18:38:39 GMT
Page 3 of 4

