# EXHIBIT 45

Settings



I was today years old when I learned .org did not belong to the WordPress Foundation.

It is and always has been Matt's, which explains a lot, except his willingness to build it on the backs of volunteers. That's just wrong.

@JustinFerriman · Oct 23

I've been in #WordPress for a LONG time, and only today have I learned that the repo is not the property of Automattic, nor the WordPress Foundation. It's Matt's thing, and he has no obligation to anyone. 🤷‍♂️😬 #EverthingIsFine🔥🔥

I. SUMMARY OF DISPUTE: CONTRARY TO PLAINTIFF'S ASSERTIONS, THIS CASE IS NOT ABOUT ACCESS TO WORDPRESS. (LOCAL RULE 6-3(A)(4)).

The administrative motion's misleading summary of the parties' dispute portrays this case as being about Defendants' supposed "abus[ing] of their control" of WordPress. Administrative Motion at 1:15-16. Not so. This case is *not* about Plaintiff's access to WordPress. WordPress is open source software that is, always has been, and remains freely available to Plaintiff— anyone in the world, including Plaintiff, can visit https://github.com/WordPress/WordPress and download WordPress software for their own use, for free. Rather than being about access to WordPress software, this case instead is about WordPress.org – a website owned and run by Defendant Matt Mullenweg individually, for the benefit of the community he loves.

WordPress.org is not WordPress. WordPress.org is not Automattic or the WordPress Foundation, and is not controlled by either. To the contrary, as Plaintiff itself acknowledges, WordPress.org is Mr. Mullenweg's responsibility.

Mr. Mullenweg has no contracts, agreements, or obligation to provide WP Engine access to the network and resources of WordPress.org. WP Engine points to no terms, conditions, or permissions that entitle them to such access. Nevertheless, WP Engine, a private equity-backed company, made the unilateral decision, at its own risk, to build a multi-billion dollar business around Mr. Mullenweg's website. In doing so, WP Engine gambled for the sake of profit that Mr. Mullenweg would continue to maintain open access to his website for free. That was their choice.

10:56 PM · Oct 23, 2024 · **10.2K** Views

**12** Reposts  **3** Quotes  **136** Likes  **7** Bookmarks

New to X?

Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service  Privacy Policy  Cookie Policy  Accessibility  Ads info  More --
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Document title:  on X: "I was today years old when I learned .org did not belong to the WordPress Foundation. It is and always has been Matt&#39
Capture URL: h      /cdils/status/1849223389564617159
Capture timestamp (UTC): Sun, 03 Nov 2024 22:11:12 GMT
Page 1 of 1