# EXHIBIT 47





Electronics & Technology  >  Internet & Software  >  Web Hosting Company  >  WP Engine

# WP Engine

Reviews 1,430 • Excellent

★★★★★ 4.7  VERIFIED COMPANY

**wpengine.com**
Visit this website



**Company activity**  See all

- Claimed profile
- Pays for extra features
- Replied to 92% of negative reviews
- Replies to negative reviews in < 24 hours

**About WP Engine**
Information written by the company



At WP Engine we help power over 1.5 million businesses, brands, and agencies of all sizes on WordPress®.

**Pricing**

**Request a Demo**

Our solutions enable brands and agencies to build, power and manage traditional WordPress®, WooCommerce® and

Document title: WP Engine Reviews | Read Customer Service Reviews of wpengine.com
Capture URL: https://www.trustpilot.com/review/wpengine.com
Capture timestamp (UTC): Sun, 03 Nov 2024 22:12:38 GMT
Page 1 of 10








### WP Engine
4.7 ⓘ

wpengine.com    Write a review

👍 Useful   🔗 Share

> **Reply from WP Engine**  Oct 1, 2024
>
> Merci pour votre avis positif! Nous apprécions votre plaidoyer et nous sommes heureux de vous avoir parmi nous!

We verify companies and reviewers ⌄

We advocate against bias ⌄

**Take a closer look**



review   US

★★★★★   Oct 22, 2024

**Great customer service**

Extremely happy with the customer support team - I had a major issue migrating my site from another host and their support team helped me through the process step by step!

Date of experience: October 21, 2024

👍 Useful   🔗 Share



3 reviews   CA

★☆☆☆☆   Oct 21, 2024

**tells you to talk to support to get a…**

tells you to talk to support to get a plan, support says you dont have

Your current account does not offer support. You may navigate to our Plans page to upgrade your account to a qualifying plan.

I CANNOT VISIT THE PLANS PAGE

Date of experience: October 21, 2024

👍 Useful   🔗 Share



12 reviews   FR

★☆☆☆☆   Oct 21, 2024

**WP Engine doesn't care about user consent**

I'm currently looking for a managed WordPress hosting service. I contacted WP Engine via their contact form as I had a couple of questions to ask them.

I received an automated response that was completely out of touch with what I wrote in my message, which isn't a great look for the first contact you get with a company.

But that's not the real issue.






**WP Engine**  4.7  ⓘ

wpengine.com    Write a review

In the contact form, I clicked the checkbox to **opt-out** from any email communication. But in less than a day, I received TWO marketing email. When I unsubscribed, *all* checkboxes were checked as "Subscribed".

First, this is clearly abusive and a violation of user consent. Second, this is *also* a clear GDPR violation.

I'm obviously not interested in doing any business with a company that behaves like this *with potential customers*. I don't even want to know how they behave with actual customers. I will spend my money elsewhere.

Date of experience: October 21, 2024

Useful    Share



1 review    US

★★★★★    Oct 1, 2024

**AMAZING Customer Support**

WP Engine customer support is ALWAYS amazing. I was connected to a support agent quickly and she solved my problem in just a few minutes. And every experience I've had with them has been like this. 10/10 would recommend WP Engine!

Date of experience: October 01, 2024

Useful    Share



> **Reply from WP Engine**    Oct 1, 2024
>
> Thank you for your review, Erica! We're glad to hear about your positive experience with our support team! If you ever need anything else, please don't hesitate to reach out. We're always here and happy to help!

3 reviews    US

★★★★★    Oct 14, 2024

**Their customer service is brilliant!**

Their customer service is brilliant! They've been immensely helpful with anything that you throw at them.

Date of experience: October 14, 2024

Useful    Share



> **Reply from WP Engine**    Oct 14, 2024
>
> Hi Angela! Thank you for your positive review! We're glad to hear that our support team has been helpful for you! We'll be sure to pass your review along to them.
>
> Please let us know if we can help with anything else!







  

# WP Engine

4.7

wpengine.com

Write a review

US

★★★★★ Sep 11, 2024

**WPE is the only provider worth considering.**

WP Engine provides the best service and support in the industry. We've tried many others over the years. Their environment is powerful and easy to use. Super-fast. We've been working with WPE for a long time and have had a flawless experience in every regard. I highly recommend them to anyone. You can't go wrong in choosing WPE. Facts.

**Date of experience:** September 10, 2024

Useful   Share

> **Reply from WP Engine** — Sep 11, 2024
>
> Thank you for your review! We're glad to hear about your positive experience using our platform and we're happy to have you with us! Please don't hesitate to reach out if you ever need anything! Our team is here to help 24/7/365.

1 review   US

★★★★★ Sep 18, 2024

**Reliable, Dependable Performance**

WP Engine has provided reliable, dependable performance for our blog over many years. The support team is great in helping solve any infrequent issues as they arise.

**Date of experience:** September 18, 2024

Useful   Share

> **Reply from WP Engine** — Sep 19, 2024
>
> Thank you for your positive review, Jim! We're glad to have you and your blog with us! If you ever need anything, please don't hesitate to reach out! We're always here and happy to help.

1 review   US

★★★★★ Aug 8, 2024

**Switched over from bluehost and…**

Switched over from bluehost and it's definitely a different interface to get used to, but it's so much better. My site is so much faster.

So far, I've reached out to the customer support via chat twice, both times after normal business hours, and the support is phenomenal, seriously. The problem comprehension is great and English fluency is damn near native.

 

### WP Engine
4.7

wpengine.com | Write a review

All around awesome. It's more expensive, but you actually get what you're paying for.

Date of experience: August 07, 2024

Useful · Share

> **Reply from WP Engine** — Aug 8, 2024
>
> Hi Brett! Thank you for sharing your review! We're happy to have you with us on your WordPress journey and we're glad to hear about your positive experience with our Support Team. If you ever need anything, please don't hesitate to reach out!

2 reviews · IE

Aug 1, 2024

**I moved my 3 sites to WPengine almost 2…**

I moved my 3 sites to WPengine almost 2 years ago as my old host couldn't cope with our sites. The experience has been fantastic. As we have grown, WPEngine have constantly offered assistance and made suggestions for improvement.
I've just made the move to Dedicated hosting and the experience was even better than usual. Carried out within 24 hours, no downtime, pagespeed stats through the roof and the sites "feel" significantly faster to use.
Grateful to Alex and the team for their time and expertise

Date of experience: August 01, 2024

Useful · Share

> **Reply from WP Engine** — Aug 1, 2024
>
> Thank you for taking the time to share your positive review! We appreciate your kind words about our team and we're happy to have you with us! We'll be sure to pass your review along to the rest of our team. If you ever need anything, please don't hesitate to reach out! We're happy to help 24/7/365!

1 review · AU

Oct 5, 2024

**Always knowledgeable and helpful**

I have always found WP Engine support to be knowledgeable and helpful no matter what the issue is. Today was no exception.

Date of experience: October 05, 2024

Useful · Share

> **Reply from WP Engine** — Oct 7, 2024
>
> Hi Susan! Thank you for your positive review! We're glad to hear our team was able to help out.
> If you need anything else, please don't hesitate to reach out!

---

Document title: WP Engine Reviews | Read Customer Service Reviews of wpengine.com
Capture URL: https://www.trustpilot.com/review/wpengine.com
Capture timestamp (UTC): Sun, 03 Nov 2024 22:12:38 GMT

Page 7 of 10

 Search reviews or company... | Categories | Blog | Log In | For businesses

## WP Engine
★★★★★ 4.7 ⓘ

wpengine.com | Write a review



WS
3 reviews • US

★★★★★    Sep 10, 2024

**Good support is what defines WPengine**

Good support is what defines WPengine. In a day and age where support seems to be moving towards AI, it stands in even further contrast to have a human who deeply dives into the issue and comprehensively addresses the issue. I own a company in Austin, TX called Just Mind Counseling and my wife and I have 55 employees. The last thing I need is support telling me to look at a FAQ (which I have already) or pointing a finger. WPengine's support engineer thoughtfully looked at the error we were having and then at the code of the plugin and identified the issue and an easy way to troubleshoot the fix. It solved the issue. I would swim in shark infested waters to have support like this. As a business owner, you appreciate thoughtful analysis support that has chops. We first heard about WPengine in 2011 from an agency in New Orleans that said, "If you have wordpress, switch to WPengine, you will never regret it." Those words proved very true as they are high quality in every way. Thank you Michael and thank you WPengine!

Date of experience: September 10, 2024

👍 Useful   ⤴ Share

> **Reply from WP Engine**    Sep 11, 2024
>
> Thank you for taking the time to share your review, William! We greatly appreciate your advocacy and we're glad to have you with us! We'll be sure to pass your kind words along to the rest of our team. If you ever need anything, please don't hesitate to reach out! We're always here and happy to help!



1 review • IE

★★★★★    Sep 18, 2024

**I highly recommend using WP Engine!**

I have 20+ years experience in the field and can say that WP Engine not only provide the top-level service but also they have the best support. I highly recommend using WP Engine!

Date of experience: September 18, 2024

👍 Useful   ⤴ Share

> **Reply from WP Engine**    Sep 18, 2024
>
> Thank you for taking the time to share your positive review, Atanas! We greatly appreciate your kind words and we're happy to have you with us! If you ever need anything, please don't hesitate to reach out! Our team is always here and happy to help.



## WP Engine

★★★★★ 4.7 ⓘ

🔗 wpengine.com     Write a review

---

★★★★★                                          Aug 21, 2024

**James Y at WP Engine helpdesk is magical**

James Y at WP Engine tech support/helpdesk is fantastic. He was very helpful and quick with replies. He quickly understood my problem, provided easy to understand explanations, and resolved the problem very quickly. I wish every tech support/helpdesk had someone like James Y.

**Date of experience:** August 20, 2024

👍 Useful    ⤳ Share

> **Reply from WP Engine**                      Aug 21, 2024
>
> Thank you for taking the time to share your review! We're glad to hear about your positive experience with James. We'll be sure to pass your kind words along to him and the rest of our team. If you ever need anything else, please don't hesitate to reach out! We're always here to help!

Previous | **1** | 2 | 3 | 4 | ... | 69 | Next page

---



★ Trustpilot

| About | Community | Businesses | Follow us on | Choose country |
|---|---|---|---|---|
| About us | Trust in reviews | Trustpilot Business | Facebook | 🇺🇸 United States ▾ |
| Jobs | Help Center | Products | X | |
| Contact | Log in | Plans & Pricing | Instagram | |
| Blog | Sign up | Business Login | LinkedIn | |
| How Trustpilot works | | Blog for Business | YouTube | |
| Press | | | | |
| Investor Relations | | | | |

[Download on the App Store]

Legal | Privacy Policy | Terms & Conditions | Guidelines for Reviewers | System status | Cookie preferences | Do Not Sell My Info

Modern Slavery Statement

---




## WP Engine

★★★★½ 4.7 ⓘ

⧉ wpengine.com

Write a review

James Y at WP Engine tech support/helpdesk is fantastic. He was very helpful and quick with replies. He quickly understood my problem, provided easy to understand explanations, and resolved the problem very quickly. I wish every tech support/helpdesk had someone like James Y.

**Date of experience:** August 20, 2024

👍 Useful    ⤴ Share                                                  ⚑

> **Reply from WP Engine**                                    Aug 21, 2024
>
> Thank you for taking the time to share your review! We're glad to hear about your positive experience with James. We'll be sure to pass your kind words along to him and the rest of our team. If you ever need anything else, please don't hesitate to reach out! We're always here to help!

Previous | **1** | 2 | 3 | 4 | … | 69 | Next page

