# EXHIBIT 49

















# WordPress.com
1.6

www.wordpress.com  |  Write a review



GU  3 reviews  NL

★☆☆☆☆                                                    Oct 11, 2024

**I've been using WordPress.com managed…**

I've been using WordPress.com managed hosting for about 11 months now, and while my website has consistently performed well in terms of speed and reliability, I've recently decided to cancel my plan and move to Rocket.net. This decision isn't based on any performance issues but rather on how WordPress.com has been handling its relationship with WPEngine.

Although I'm not a WPEngine customer, the way WordPress.com has been treating them during this ongoing conflict made me rethink my decision to renew. What really stood out to me was a checkbox on the registration page asking users to confirm they don't have any affiliation with WPEngine. To me, that felt excessive, and it was the tipping point that made me decide to move my websites elsewhere.

In my view, WordPress.com and its parent company, Automattic, are moving in a direction that feels contrary to the open, collaborative spirit that the WordPress community is known for. I believe they need to reconsider their approach for the sake of the community's future.

If things change for the better, I might return one day, but for now, I don't feel comfortable continuing to support a company that handles its relationships this way.

Date of experience: October 11, 2024

Useful 3   Share



DN  11 reviews  AR

★☆☆☆☆                                                    Oct 13, 2024

**A Deceptive Introduction to WordPress**

About ten years ago, when I first ventured into website design, the first platform I encountered was WordPress.com. Unfortunately, it wasn't made clear that WordPress.com and WordPress.org are two different entities. I was misled into believing that WordPress.com was the true WordPress, when in reality, WordPress.org offers an open-source version that gives users much more freedom and control. This confusion seems to be part of a strategy by Automattic, and its owner, Matt Mullenweg, to push WordPress.com as the WordPress experience, which is misleading.

Mullenweg's approach with WordPress.com feels greedy and manipulative, capitalizing on the reputation of the larger, open-source WordPress project. The core of WordPress is its thriving community of contributors, yet Mullenweg appears to be sidelining the best of them—those who think independently and offer real value.

Furthermore, the products developed by WordPress.com and Automattic, like Jetpack and Gutenberg, are poorly designed, not user-friendly, and add little value to the WordPress ecosystem. They tend to complicate the user experience rather than enhance it.

In short, WordPress.com is a shadow of the real WordPress project, which thrives










**WordPress.com** ✓
★★★★★ 1.6 ⓘ

[www.wordpress.com]   [Write a review]

Everyone else has got it so right. Don't expect them to help or understand.

Date of experience: July 12, 2024

👍 Useful 1    ⌘ Share                                                             ⚑

---



★☆☆☆☆                                              Updated Oct 11, 2024

**I have 6 Business Plan and Commerce…**

I have 6 Business Plan and Commerce Plans websites at WordPress and always liked it. The problem is that I am supposed to have 24/7 priority support by specislists and there is a long time they added an AI bot and say that the (un)happiness engeneers will contact in up to 24h, even though I paid for plans with 24/7 support and they keep advertising that. Last time I needed, with issues to be able to pay because their website was having issues, they took forever to reply me to try another card, when I had told them I tried 6 cards. I complained about the absence of 24/7 service and heard it is 24/7 but they prioritaze urgent matters. After some months, I needed them again for an urgent matter and no reply in the chat. Then I received an auto email about one of the unhapiness engeneers getting in touch in up to 24h. I told them many times how urgent it was, but after 12+ h I was able to research, learn, and solve the issue myself without their help and got behind in all my work for being struggling with this. This happened 42h ago. Never had a reply from them.

If you are getting a WordPress plan, know that the system is nice, works well, but the support now is a bot. This 24/7 priority support is a lie, all the times I needed to contact them after they added that bot, I never had an immediate reply like years ago, when there were really specialized support, who was helpful, polite and fast. Now it's a nightmare. The worst is the gaslighting that "there is, in fact, 24/7 support, but…"

Updating the review a week later:

Needed them again, and the same… email saying they would be in touch in 24h… there is 24h and no reply yet. They keep promoting the 24/7 support that don't exist.

Date of experience: October 04, 2024

👍 Useful 1    ⌘ Share                                                             ⚑

---

2 reviews   ⊙ US

★★★★★                                               Jun 26, 2024

**Having someone hang in there with you…**

Having someone hang in there with you when you know they are aware of your frustrations—this is what The Happiness Engineers do. They persevere and understand until the problem is solved, making you feel respected and valued.

I've been with WordPress for over thirteen years. And the last couple of weeks have been the most challenging. But Hanging in is what they've had to do with me because of the compliance changes required for blogs. After several months of not blogging, I was bombarded with compliance changes when I signed back into my blog.




# WordPress.com
★☆☆☆☆ 1.6 ⓘ

www.wordpress.com

Write a review

Their professional handling of my frustrations was truly commendable. Although I come from an era of communication by phone, it was critical. It was challenging to hide my frustrations. The absence of phone contact played a role in this. It's easier to maintain a professional demeanor when communicating through chat.

Date of experience: June 25, 2024

👍 Useful    ⏿ Share                                            ⚐

Read 1 more review about WordPress.com ⌄

**CL**
3 reviews   ⊚ GB

★★☆☆☆                                                    Jun 1, 2024

**Dissatisfaction**

wordpress.com is good host in itself because they do all the backing up service for their customers and you don't have anything else to do but run your website.
Of late wordpress.com changed forever. The Annual price they charge are too toxic and so very much expensive and I wonder how many people have left them only because of the price. My website is being hanged in the "Free of charge" for now because I cannot afford the Annual Fee. And plus a bought a beautiful theme and I had a beautiful blog and shop there. Now my future online happiness is in turmoil. I don't know what to do. Wordpress.com should lower their annual prices if they want their customers to return and or continue to stick with them.

Date of experience: May 30, 2024

👍 Useful    ⏿ Share                                            ⚐

Read 1 more review about WordPress.com ⌄


1 review   ⊚ AU

★☆☆☆☆                                                    Apr 11, 2024

**I made a huge mistake signing up! They scammed me**

I made a huge mistake signing up for them. They scam beginners confusing them that they are actually the "wordpress" the open-source software before you discover that they are a highly priced company with poor service. Your website will be their property not yours. Every thing you want to make, they will get you pay for them first. Hosting price increases every year and their subscribtion plan is the worst. If you want to create a website and willing to give it a little effort, I suggest the ORIGINAL free "wordpress.org", so that you own your website and not hijacked by them.

Date of experience: January 23, 2024

👍 Useful 1    ⏿ Share                                         ⚐



↩ Reply from WordPress.com                              Apr 11, 2024

We truly appreciate you sharing your thoughts, and we genuinely regret to hear that your impression of WordPress.com has been less than favourable. It's important to us to clarify that while WordPress.com and the open-source WordPress.org are indeed different entities, our platform is built on WordPress software and aims to provide a





# WordPress.com

1.6

www.wordpress.com | Write a review



1 review — AU

Dec 19, 2023

**Action-oriented and patient**

The support I received was incredibly helpful, actionable and absolutely solved my problem. I would like to thank Neha S, Admin P, Ian, OmarFPG, Henry Cee, Zane and Tobi for their consistent support. They each played a role in solving my problem and even though I was moving away from their service, held my hand through the whole process. I cannot commend the team highly enough. They were each incredibly patient and action-oriented through the whole process. They each made an otherwise incredibly stressful and frustrating issue into one I felt supported through at every step. A commendable customer support experience.

Date of experience: December 12, 2023

Useful   Share



1 review — CA

Nov 12, 2023

**Social Boost Media (Web Design Agency)**

Tons of things missing for SEO with premium version. articles show date which you can't take out in your article slug, Robot.txt dissalows bingbots and you cannot change it unless you have the buissness plan which is 5X the cost of premium. They give you all the reasons to pass to the buissness plan but even if you do you still wont have full fonctionalities that you would normally have with other platforms.

Date of experience: November 11, 2023

Useful   Share

NR
7 reviews — GB

Jun 1, 2024

