QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF OLGA SLOBODYANYUK IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Honorable Araceli Martínez-Olguín<br>Courtroom: 3, Oakland Courthouse<br>Hearing Date: November 26, 2024<br>Hearing Time: 10:30 a.m. |

I, Olga Slobodyanyuk, declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff WPEngine, Inc. in this action. I am licensed to practice law in California and admitted to practice in the Northern District of California. I make this Declaration in support of Plaintiff WPEngine, Inc.'s ("WPE") Reply In Support Of Its Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify thereto.

2. On November 4, 2024, I caused a video copy to be made of Defendant Matthew Charles Mullenweg's public interview on October 30, 2024 at the TechCrunch Disrupt 2024 conference. Attached hereto as Exhibit 1 is a true and correct copy of an audio visual recording of the aforementioned public interview as published by TechCrunch and available for viewing at: https://www.youtube.com/watch?v=Fn_HzfI_sW0. A USB drive with a copy of this audio-visual recording will be submitted in a physical copy to the Clerk of the Court and will likewise be served on opposing counsel per the Court's instructions located at https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/preparing-my-filing/when-paper-documents-are-required/.

3. On November 4, 2024, I caused a transcript to be made of Defendant Matthew Charles Mullenweg's aforementioned interview on October 30, 2024 at the TechCrunch Disrupt 2024 conference. A true and correct copy of the video transcript is attached hereto as Exhibit 2.

4. On November 4, 2024, I caused a video copy to be made of Defendant Matthew Charles Mullenweg's interview with the YouTube Channel "Theo – t3.gg" on September 29, 2024. Attached hereto as Exhibit 3 is a true and correct copy of an audio visual recording of the aforementioned interview as published by the YouTube Channel "Theo – t3.gg" and is available for viewing at: https://www.youtube.com/watch?v=OUJgahHjAKU. A USB drive with a copy of this audio-visual recording will be submitted in a physical copy to the Clerk of the Court and will likewise be served on opposing counsel per the Court's instructions located at https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/preparing-my-filing/when-paper-documents-are-required/.

5. On November 4, 2024, I caused a transcript to be made of Defendant Matthew Charles Mullenweg's aforementioned interview on September 29, 2024 with the YouTube Channel "Theo – t3.gg". A true and correct copy of the video transcript is attached hereto as Exhibit 4.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 4th day of November, 2024, in San Diego, California.

By */s/ Olga Slobodyanyuk*
Olga Slobodyanyuk

**ATTESTATION**

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Olga Slobodyanyuk has concurred in the aforementioned filing.

By */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian