# EXHIBIT 1

QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | CASE NO. 3:24-CV-06917-AMO<br><br>**EXHIBIT 1: AUDIO-VISUAL RECORDING OF DEFENDANT MATTHEW CHARLES MULLENWEG PUBLIC INTERVIEW AT TECHCRUNCH DISRUPT 2024 CONFERENCE** |

**MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT 1 TO THE DECLARATION OF OLGA SLOBODYANYUK IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

1  For information on retrieving this filing directly from the court, please see the court's main
2  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3  This filing was not e-filed for the following reason(s):
4  __Unable to Scan Documents
5  __Physical Object (please describe):
6  _X_ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
7  __Item Under Seal in Criminal Case
8  __Conformance with the Judicial Conference Privacy Policy (General Order 53)
9  __Other (please describe):

Dated: November 4, 2024        Respectfully Submitted,
                               Quinn Emanuel Urquhart & Sullivan, LLP

                               */s/ Olga Slobodyanyuk*
                               Olga Slobodyanyuk

-2-     Case No. 3:24-CV-06917-AMO
MANUAL FILING NOTIFICATION

**ATTESTATION**

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Manual Filing Notification. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Olga Slobodyanyuk has concurred in the aforementioned filing.

By */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian