# EXHIBIT 3

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | Rachel Herrick Kassabian (SBN 191060)<br>rachelkassabian@quinnemanuel.com |
| 3 | Yury Kapgan (SBN 218366)<br>yurykapgan@quinnemanuel.com |
| 4 | Margret M. Caruso (SBN 243473)<br>margretcaruso@quinnemanuel.com |
| 5 | 555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 801-5000 |
| 7 | Facsimile: (650) 801-5100 |
| 8 | Brian Mack (SBN 275086) |
| 9 | brianmack@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 10 | San Francisco, CA 94111<br>Telephone: (415) 875-6400 |
| 11 | Facsimile: (415) 875-6700 |
| 12 | *Attorneys for Plaintiff WPEngine, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | CASE NO. 3:24-CV-06917-AMO<br><br>**EXHIBIT 3: AUDIO-VISUAL RECORDING OF DEFENDANT MATTHEW CHARLES MULLENWEG INTERVIEW WITH YOUTUBE CHANNEL "THEO – T.3.GG"** |

**MANUAL FILING NOTIFICATION**

Regarding:   <u>EXHIBIT 3 TO THE DECLARATION OF OLGA SLOBODYANYUK IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION.</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

-1-   Case No. 3:24-CV-06917-AMO
MANUAL FILING NOTIFICATION

1  For information on retrieving this filing directly from the court, please see the court's main
2  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

4  This filing was not e-filed for the following reason(s):

5  __Unable to Scan Documents

6  __Physical Object (please describe):

7  _X_ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

8  __Item Under Seal in Criminal Case

9  __Conformance with the Judicial Conference Privacy Policy (General Order 53)

10  __Other (please describe):

12  Dated: November 4, 2024             Respectfully Submitted,
                                        Quinn Emanuel Urquhart & Sullivan, LLP

14                                      */s/ Olga Slobodyanyuk*
15                                      Olga Slobodyanyuk

-2-                        Case No. 3:24-CV-06917-AMO
MANUAL FILING NOTIFICATION

**ATTESTATION**

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Manual Filing Notification. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Olga Slobodyanyuk has concurred in the aforementioned filing.

By */s/ Rachel Herrick Kassabian*
     Rachel Herrick Kassabian