# EXHIBIT E



News  •  WP Engine Reprieve

September 27, 2024

By Matt Mullenweg in Community, Meta, Security, Updates

# WP Engine Reprieve

I've heard from WP Engine customers that they are frustrated that WP Engine hasn't been able to make updates, plugin directory, theme directory, and Openverse work on their sites. It saddens me that they've been negatively impacted by Silver Lake's commercial decisions.

On WP Engine's homepage, they promise "Unmatched performance, automated updates, and bulletproof security ensure your sites thrive."

WP Engine was well aware that we could remove access when they chose to ignore our efforts to resolve our differences and enter into a commercial licensing agreement. Heather Brunner, Lee Wittlinger, and their Board chose to take this risk. WPE was also aware that they were placing this risk directly on WPE customers. You could assume that WPE has a workaround ready, or they were simply reckless in supporting their customers. Silver Lake and WP Engine put their customers at risk, not me.

We have lifted the blocks of their servers from accessing ours, until October 1, UTC 00:00. Hopefully this helps them spin up their mirrors of all of WordPress.org's resources that they were using for free while not paying, and making legal threats against us.