# EXHIBIT I

19:02

**Otto, johnbillion, polevaultweb**
4 members • 3 tabs

  

# polevaultweb, johnbillion and Otto.

This is the very beginning of your direct message history. Only the 4 of you are in this conversation.

**Today**

 **Liam Gladdy** 4:03 PM
Hey John and Otto, we know there was some discussion over the weekend about the security team releasing an update to ACF on .org that includes the security fix for the vulnerability reported to us.

We've released our fix now. I've attached a build here of ACF, 6.3.6.1 which is our last wp.org release + the security fix. There are no other changes included.

 advanced-custom-fields-6.3.6.1.zip

