# EXHIBIT J



# Samuel Wood (Otto)

@otto42 on WordPress.org, @Otto on <u>Slack</u>

## Bio

Tech nerd what works on WordPress.org. Beer connoisseur. Man about town.

## Interests

WordPress, Beer, Hacking, Homebrewing

## WordPress Origin Story

Fundamentally, I started using WordPress because I was bored at work. So I started messing around on the forums, reading questions, finding the answers by reading the code, and then by answering the questions for others. Do that for a year and you will know everything there is to know about the code.

After a few years, I started working on it full time, and now I work on the WordPress.org website directly, and help all the different teams building the WordPress software. It's fun. Love doing it.

## Contributions <sub>Sponsored</sub>

Samuel Wood (Otto) contributes 50 hours per week to the following teams:
Core, Documentation, Meta, Photos, Plugins, Support, and Themes.

## Contribution History

 bbPress Contributor       Core Contributor           Core Performance Contributor

 Core Performance Team     Documentation Contributor  Documentation Team

 Marketing Contributor     Meta Contributor          Meta Team

 Photo Contributor         Photos Team               Plugin Developer

 Plugin Review Team        Security Contributor      Security Team

 Support Contributor       Support Team              Themes Team

 Translation Contributor   Translation Editor        WordCamp Speaker

**Activity**

Plugins

Photos

Favorites

Translations

- Posted a reply to *Cannot update my WP profile*, on the site WordPress.org Forums:
  **Try not to mention known sites that are spam in your profile. Like "darkwolf.it", is…**
  *5 hours ago*

- Committed [14136] to Meta SVN:
  **Update bluehost link, per matt**
  *2 weeks ago*

- Committed [14111] to Meta SVN:
  **Add oglekler and krupajnanda to announce for #core-test, ref: …**
  *3 weeks ago*

- Posted a reply to *I cant update/edit my profile page – i need this*, on the site WordPress.org Forums:
  **Try it now.**
  *4 weeks ago*

- Posted a reply to *Blocks, Elementor?*, on the site WordPress.org Forums:
  **Basically, when you get blocked for potential spam, then do not post the same thing…**
  *4 weeks ago*

- Posted a reply to *Which 'Blocks' for WordPress, so many plugins?*, on the site WordPress.org Forums:
  **There is no special plugin for blocks, the blocks system is built into the editor,…**
  *4 weeks ago*

- Committed [3164480] to Plugins SVN:
  **Deploy version 6.3.6.1**
  *4 weeks ago*

- Committed [14093] to Meta SVN:
  **Typo corrections, props cagdasdag**
  *1 month ago*

- Committed [14092] to Meta SVN:
  **minor wording change**
  *1 month ago*

- Committed [14091] to Meta SVN:
  **Update the hosting page, per matt**
  *1 month ago*

- Posted a reply to *My WordPress.org profile information is invisible*, on the site WordPress.org Forums:
  **Additionally, profiles are hidden until they have a certain number of forum posts, or other…**
  *1 month ago*

*2 months ago*

- Closed ticket #7771 on Meta Trac:
  **Rendering arbitrary Tailwind CSS classes break in Gutenberg Block**
  *2 months ago*

- Mentioned in [14048] on Meta SVN:
  **Photo Directory, Photo: Raise the threshold for potentially questionable content to warrant being flagged.**
  *2 months ago*

- Wrote a comment on the post *Automatic conversion of HEIC images to JPEG in WordPress 6.7*, on the si Make WordPress Core:
  **For the record, this is exactly the type of thing that should be in the…**
  *2 months ago*

- Closed ticket #7763 on Meta Trac:
  **Spammer Are Putting Hidden Link**
  *2 months ago*

- Wrote a comment on the post *Registering block templates via plugins in WordPress 6.7*, on the site WordPress Developer Blog:
  **For your devblog_get_template_content function, wouldn't it be easier to use file_get_contents?**
  *2 months ago*

- Closed ticket #7763 on Meta Trac:
  **Spammer Are Putting Hidden Link**
  *2 months ago*

- Closed ticket #7758 on Meta Trac:
  **Business Model - Commerical and Community value not updated**
  *2 months ago*

- Closed ticket #7733 on Meta Trac:
  **Theme page new design is missing Commercial support URL field**
  *3 months ago*

- Posted a reply to *Virus Issue :wordpress-6.6.1.zip shows a virus from windows defender*, on the site WordPress.org Forums:
  **This has been confirmed to be a false positive with Windows Defender, and basically it…**
  *3 months ago*

- Closed ticket #7731 on Meta Trac:
  **Unable to upload photo to the WordPress photo directory due to HTTP …**
  *3 months ago*

- Closed pull request #64018 on WordPress/gutenberg:
  **Update www.w3.org/2000/svg from `http` to `https`**
  *3 months ago*

- Posted a reply to *"Donate to this plugin" link not working*, on the site WordPress.org Forums:
  **"Release confirmations for this plugin are enabled." Because you have this, changes cannot be made to…**
  *3 months ago*

- Posted a reply to *Error connecting Site Kit*, on the site WordPress.org Forums:
  **You should probably ask them in their support forums: https://wordpress.org/support/plugin/google-site-kit/**
  *3 months ago*

- Closed ticket #7718 on Meta Trac:
  **The release page incorrectly states the wrong date for the initial …**
  *4 months ago*

- Closed ticket #7716 on Meta Trac:
  **Need clear definition of Explicit Consent for Plugin Guidelines**
  *4 months ago*

- Closed ticket #7712 on Meta Trac:
  **Bug: Image attributes don't propogate to posts, pages, products, etc**
  *4 months ago*

- Closed ticket #7707 on Meta Trac:
  **Remove Jetpack from Featured and Recommended channels**
  *4 months ago*

- Posted a reply to *Error on update location profile*, on the site WordPress.org Forums:
  **Try it again now.**
  *4 months ago*

- Posted a reply to *Not receiving support forum email notifications for My Plugin*, on the site WordPress.org Forums:
  **<span style="font-family: Inter, sans-serif; white-space: pretty; background-color: rgb(251, 251, 251);">No, I'm not on Gmail</span> You…**
  *4 months ago*

- Posted a reply to *Website change of URL*, on the site WordPress.org Forums:
  **There is no account like you're talking about. WordPress is free software, not an account…**
  *4 months ago*