# EXHIBIT K



AutoZone

Senior Programmer Analyst, with emphasis on commercial business and
server design. Designed, wrote, and maintained server systems which hand...
Apr 2004 - May 2008 · 4 yrs 2 mos



**Software Engineer**

Dynetics, Inc.

Designed and wrote server systems for use in automotive manufacturing
plants. Helped create Current Based Testing system, used for testing vehicl...
Aug 1999 - Aug 2003 · 4 yrs 1 mo

## Education



**Missouri University of Science and Technology**

Bachelor's, Computer Science

Activities and societies: Sigma Pi, Association for Computing Machinery
1994 - 1999

## Skills

**XML**

 5 endorsements

**MySQL**

 3 endorsements

Show all 20 skills →

## Recommendations

**Received**    Given



**Paul Ryburn**

Professional Writer | Open to Freelance Work | Computer Science
Background

I worked with Sam on PHP and open source projects at Verified Person in
the summer and fall of 2008. Sam is one of the most talented programmers
July 18, 2009, Paul worked with Samuel on the same team
I have ever met. He embraces new technology and is someone I can always
turn to for advice. While we worked together he built some really neat
applications using the Zend Framework for PHP using the MVC model. He is
also a major contributor to the WordPress codebase, and I have learned a
lot from him in that area as well. If I needed to hire for an IT department
Sam is without a doubt one of the first people I would call.

Promoted ···

**FARO**

**FARO Public Safety**





**American Counseling Association**

Mental Health Care
682,640 followers

+ Follow

**Child Mind Institute**

Mental Health Care
44,218 followers

+ Follow

Show all