# EXHIBIT N



## Your website, sorted

Once a week in your inbox. The best stories and article to make your website perform.

your@email.com                              Subscribe

# Mullenweg and Co. Take Over the Advanced Custom Fields Plugin

by  / October 15, 2024 / **wordpress news**

A couple of weeks ago, I talked about the new and growing fight between Automattic/Matt Mullenweg and WP Engine.

Back then, the two were mainly trading words, and dueling cease and desist letters. However, the scope seems to be continuing to expand, including WP Engine filing an actual lawsuit against Matt Mullenweg and Automattic.

This news post is about what I think to be one of the most dramatic moves in the entire thing:

On the weekend of October 12th, Matt Mullenweg and his team made the dramatic move of taking over the Advanced Custom Fields plugin (ACF) from Delicious Brains, a company that was acquired by WP Engine a couple of years ago.



11/3/24, 11:35 PM
Case 3:24-cv-06917-AMO   Document 47-10   Filed 11/05/24   Page 3 of 9
Mullenweg and Co. Take Over the Advanced Custom Fields Plugin





If you're on Mullenweg's side, you would say that they "forked" Advanced Custom Fields, which would be a legitimate action under the GPL.

However, I called it a takeover because there's one huge difference between what Mullenweg did and what a fork does.

Rather than forking ACF's codebase and creating a new, standalone plugin, Mullenweg opted to actually take over the Advanced Custom FIelds plugin at WordPress.org and rename it to Secure Custom Fields.

Here's the biggest issue with that, in my opinion:

If a user automatically updates Advanced Custom Fields through their WordPress dashboard, the plugin will change to Secure Custom Fields, which kind of makes it seem more like a malicious supply chain attack than a "fork."

The new Secure Custom Fields plugin is also continuing to use the Advanced Custom Fields slug, which technically violates Rule 17 of the WordPress.org plugin directory.

> Mullenweg and co. take over the ACF plugin - here's what you should know 🤯 #WordPress
>
> CLICK TO TWEET

## What to do if you've been using ACF



- **'I want to keep using the original ACF'**

  If you don't want to be forcibly updated to the new Secure Custom Fields plugin, you will need to manually update your plugin with the version that you download directly from the Advanced Custom Fields website. Here are instructions from the ACF team.

  For future updates *after* you initially perform the manual update, the plugin will download directly from ACF's servers, rather than WordPress.org.

+ **'I want to transition to SCF'**

**Note** – none of these issues affect ACF Pro, which already updates from ACF's servers even before these issues.

# Could it get any worse?

This issue has obviously stirred up *a ton* of debate, as it's pretty unprecedented in the history of WordPress (and most open-source projects in general). It's also getting some mainstream press, such as this article from The Verge.

I wonder if this is just the first takeover that we'll see, as some other WP Engine plugins are also blocked from WordPress.org (such as NitroPack).

I also wonder how a judge will feel about these actions, given that Mullenweg/WordPress has tweeted that he will stop them if WP Engine drops its lawsuit.

…

Don't forget to join our crash course on speeding up your WordPress site. Learn more below:

### How to Speed Up Your WordPress Site

With some simple fixes, you can reduce your loading times by even 50-80% 🚀



your@email.com

**Join Here to Find Out**

✓ By entering your email above, you're subscribing to our weekly newsletter. You can change your mind at any time. We respect your inbox and privacy.



Was this article helpful?    👍 Yes    👎 No

Yay! 🎉 You made it to the end of the article!



...power user who has been writing about WordPress for over seven years and using the WordPress software since all the way back in 2006. He also has hands-on experience with SEO, content marketing, affiliate marketing, and other digital marketing areas.

FOLLOW  🌐 🐦 in

Share: X f in 🟠

Join the discussion

2

2 COMMENTS                                                        Most Voted ▼



This is ridiculous. I don't know what's going on behind the scenes but they need to work it out. It hurts the WordPress image. We don't need "Jerry Springer Show: WordPress Edition".

 2    0    Reply

🕒 October 23, 2024 6:14 pm

Its a greed. Matt wanted the WPEngine to pay him tens of millions to continue to use the WordPress Core for their WPEngine's Hosting and ACF subscription.

Guess, who would become the richest person in the world, if every WordPress website would bring Matt only one dollar a year? He knows it and he wants it.

 0    0    Reply

Or start the conversation in our Facebook group for WordPress professionals. Find answers, share tips, and get help from other WordPress experts. Join now (it's free)!

## RELATED ARTICLES



12 Best WordPress Hosting Providers of 2024 Compared and Tested



15 Fastest WordPress Hosting Providers Compared (16,400 Individual Tests Between ...

2





Best Cheap WordPress Hosting: 7 Options That Are Both Cheap ...



5+ Best UK WordPress Hosting Options Compared (2024)

 

Is Gutenberg Finally Winning Users Over? We Analyzed 340+ Opinions ...



Free WordPress Hosting: Is It Worth It? Data Gives Us ...



Annual Survey Results, WordPress 6.5 Beta, Nginx Fork 📰 March ...



Plugin Directory Changes, Envato Acquired, Our Hosting Survey 📰 June ...





WordCamp Europe, Supply Chain Attack, More Acquisitions 🗞️ July 2024 ...

 

WPShout is a hub for advanced WordPress users, developers and savvy business owners. From web design to freelancing and from development to business, your questions are covered.

## OUR NETWORK

Themeisle
Optimole
Domain Wheel
BizarroDevs
Revive Social

## FREE RESOURCES





Jadro FSE Theme
Who Is Hosting This Website?
What WordPress Theme Is That?
Pattern Collection

About Us    Editorial Policy    Contact    Newsletter    Privacy Policy    Latest Articles

Copyright © 2012-2024 WPShout | All rights reserved | Powered by VertiStudio
Enjoy the rest of your Friday

