# EXHIBIT P

 

Such a strange, flimsy argument. There are 1,588 references to wordpress.org in the source code, including multiple links from both the name and the logo.



8:48 AM · Oct 23, 2024 · **3,425** Views

 3    ⟲ 5    ♡ 57     5