

WPEngine, Inc. v. Automattic Inc. et al., 3:24-cv-06917-AMO, Plaintiff's Manual Filing in Support of its Reply to its Motions for Preliminary Injunction.

RECEIVED NOV 04 2024 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

