

Align bottom of peel-and-stick airbill or pouch here.

To open, lift tab and pull quickly.

This pak is reusable. If it is still in good shape, use it again for your next shipment.

Please use seal closest to edge first.

added Pak