QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Judge: Honorable Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | |
| Defendants. | |

1 **PROOF OF SERVICE**

2      I, Olga Slobodyanyuk, declare as follows:

3      I am an Associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn

4 Emanuel"), counsel for WPEngine, Inc. ("WPE") in this action.

5      On November 5, 2024, I caused to be served true copies of the following documents

6 associated with Dkt. 46 on the interested parties in this action as follows:

7

8 **COPIES OF MANUALLY FILED EXHIBIT 1 (DKT. 46-1) AND EXHIBIT 3 (DKT. 46-3) TO THE DECLARATION OF OLGA SLOBODYANYUK IN SUPPORT OF WPENGINE, INC.'S REPLY ISO ITS MOTION FOR PRELIMINARY INJUNCTION (DKT 46).**

9

10

11 **BY ELECTRONIC MAIL TRANSMISSION AND BY OVERNIGHT MAIL SERVICE:**

12

13 By electronic mail transmission on November 5, 2024, by transmitting access to the audio-visual recordings contained in the aforementioned exhibits to each such person(s) at the email address(es) listed below along with a FTP link.

14

15

16 HOGAN LOVELLS US LLP
Michael M. Maddigan (michael.maddigan@hoganlovells.com)
17 1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
18 Telephone: (310) 785-4600

19 Jiaxing (Kyle) Xu (kyle.xu@hoganlovells.com)
4 Embarcadero Center, Suite 3500
20 San Francisco, CA 94103
Telephone: (415) 374-2300
21

22 Neal Kumar Katyal (neal.katyal@hoganlovells.com)
Anna Kurian Shaw (anna.shaw@hoganlovells.com)
23 Lauren Cury (lauren.cury@hoganlovells.com)
Hadley Dreibelbis (hadley.dreibelbis@hoganlovells.com)
24 555 Thirteenth Street NW
Washington, D.C. 20004
25 Telephone: (202) 637-5600

26

27 *Attorneys for Defendants*
Automattic Inc. and
28 Matthew Charles Mullenweg

1 The aforementioned files were also transmitted on a USB drive in physical form by FedEx overnight mail to the address below:

2

3 HOGAN LOVELLS US LLP
555 Thirteenth Street NW
4 c/o Lauren Cury
Washington, D.C. 20004
5 Telephone: (202) 637-5600

6 A proof of service for this overnight mail service is enclosed herein.

7

8      I declare under penalty of perjury under the laws of the United States of America and the

9 State of California that the foregoing is true and correct.

10      Executed on this 11th day of November, 2024, in San Francisco, California.

11

12                                         By */s/ Olga Slobodyanyuk*
                                            Olga Slobodyanyuk
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **ATTESTATION**

2     I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to

3 file the above Proof of Service. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Olga

4 Slobodyanyuk has concurred in the aforementioned filing.

5                                        By */s/ Rachel Herrick Kassabian*
                                                  Rachel Herrick Kassabian

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28