| Attorney or Party without Attorney: <br> QUINN EMANUEL URQUHART & SULLIVAN <br> 555 TWIN DOLPHIN DRIVE, FIFTH FLOOR <br> REDWOOD CITY, CA 94065 <br> Telephone No: 650-801-5000    FAX No: 650-801-5100 <br><br> Attorney for: | For Court Use Only |
|---|---|
| | Ref. No. or File No.: <br> 13245-00001 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California-San Francisco Division |

| Plaintiff: W P ENGINE, INC |
|---|
| Defendant: AUTOMATTIC INC, ET AL |

| PROOF OF SERVICE <br> MISC | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:24-CV-06917-AMO |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PLAINTIFF'S USB DRIVE RE IN SUPPORT OF ITS REPLY TO ITS MOTION FOR PRELIMINARY INJUNCTION.

3. a. Party served: LAUREN CORY @ HOGAN LOVELLS US LLP

4. Address where the party was served: 555 THIRTEENTH STREET NW
   WASHINGTON, DC 20004

5. I served the party:
   d. **by other means** On: Mon., Nov. 04, 2024 at: 3:00PM served via fed ex overnight

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LIANA M. SOLOMON
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   d. *The Fee for Service was:*
   e. I am: Exempt from registration under B&P 22350(b)

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Nov. 05, 2024

   (LIANA M. SOLOMON)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
MISC

6204500.143593