IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AUTOMATTIC INC. AND MATTHEW CHARLES MULLENWEG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

The Court has read and considered Defendants Automattic Inc. and Matthew Charles Mullenweg's Administrative Motion for Leave to File Surreply in Opposition to Motion for Preliminary Injunction.

The Court finds good cause to GRANT the motion. Accordingly, Defendants' motion for leave to file their proposed Surreply is GRANTED.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                      HON. ARACELI MARTINEZ-OLGUIN
                                      United States District Judge