Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF HADLEY DREIBELBIS IN SUPPORT OF DEFENDANTS' SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Araceli Martinez-Olguin |

Hogan Lovells US LLP
Attorneys At Law

DECLARATION OF HADLEY DREIBELBIS IN SUPPORT OF DEFENDANTS' SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:24-cv-06917-AMO

1  I, Hadley Dreibelbis, declare as follows:

2  1.  I am an attorney with the law firm Hogan Lovells US LLP, counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants"). I make this declaration in support of Defendants' Surreply in Opposition to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts stated in this Declaration and would, if called as a witness, competently testify to those facts.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of an audio-visual recording of Defendant Matthew Charles Mullenweg's public interview at TechCrunch Disrupt 2024 Conference, submitted as Exhibit 2 to the Declaration of Olga Slobodyanyuk in Support of Plaintiff WPEngine, Inc.'s ("WP Engine") Reply in Support of Its Motion for Preliminary Injunction, ECF No. 46-2. Phrases that WP Engine incorporated into its Reply are highlighted in yellow. Phrases within the same sentence or sentences which were not incorporated into WP Engine's Reply are highlighted in blue.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 21st day of November, 2024 in Washington, D.C.

*/s/ Hadley Dreibelbis*
Hadley Dreibelbis

- 1 -

DECLARATION OF HADLEY DREIBELBIS IN SUPPORT OF DEFENDANTS' SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:24-cv-06917-AMO

Hogan Lovells US LLP
Attorneys At Law

## ATTESTATION

I, Michael M. Maddigan, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Hadley Dreibelbis has concurred in the aforementioned filing.

Dated: November 21, 2024         */s/ Michael M. Maddigan*
                                  Michael M. Maddigan

- 2 -
DECLARATION OF HADLEY DREIBELBIS IN SUPPORT OF DEFENDANTS' SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:24-cv-06917-AMO

Hogan Lovells US LLP
Attorneys At Law