IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>[PROPOSED] ORDER RE DEFENDANTS AUTOMATTIC INC. AND MATTHEW CHARLES MULLENWEG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |

1  The Court has read and considered Defendants Automattic Inc. and Matthew Charles
2  Mullenweg's Administrative Motion for Leave to File Surreply in Opposition to Motion for
3  Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: November 22, 2024          By: _____
                                       **ARACELI MARTÍNEZ-OLGUÍN**
                                       **United States District Judge**

[Stamp: DENIED — Judge Araceli Martinez-Olguin — United States District Court Northern District of California]