Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF MICHAEL M. MADDIGAN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO ESTABLISH ASSOCIATED BRIEFING SCHEDULE**<br><br>Judge: Hon. Araceli Martinez-Olguín |

## DECLARATION OF MICHAEL M. MADDIGAN

I, Michael M. Maddigan, declare:

1.      I am a member in good standing of the California Bar and am admitted to practice before this Court.  I am one of the attorneys responsible for representing Defendants in this action. I submit this declaration in support of the parties' Joint Stipulation for an extension of time to respond to the Amended Complaint in this matter and to establish an associated briefing schedule for Defendants' anticipated motions to dismiss and to strike.  I have personal knowledge of the facts stated in this declaration and would, if called as a witness, competently testify to those facts. In this Declaration, I will refer to Defendants Automattic Inc. and Matthew Charles Mullenweg together as "Defendants," to Plaintiff WPEngine Inc. as "Plaintiff," and to Plaintiff and Defendants collectively as "the Parties."

2.      Plaintiff filed an Amended Complaint (ECF 51) on November 14, 2024.  Plaintiff's Amended Complaint adds nine additional claims, as well as adding new factual allegations for alleged antitrust and other violations.

3.      Defendants intend to file Motions to Dismiss and to Strike ("the Motions") in response to Plaintiff's Amended Complaint.  Plaintiff will oppose both Motions.

4.      Defendants intend to notice the Motions to be heard on the next available hearing date on the Court's calendar (currently in April 2025).

5.      In order to accommodate Defendants' briefing of these Motions, which fall over the Thanksgiving holiday period, Defendants have requested that Plaintiff stipulate to a three week extension of time for Defendants to respond to the Amended Complaint.  Plaintiff has agreed to accommodate Defendants' request, provided that any such extension is reciprocal, since Defendants' requested extension will cause Plaintiff's opposition  to be briefed over the Winter holiday period.  Defendants have also requested an extension of  five days to file their replies in support of the Motions, to accommodate a scheduling conflict they have, which Plaintiff also agreed to accommodate.

6.      The Parties accordingly agree to the following briefing schedule for the Motions:

DECLARATION OF MICHAEL M. MADDIGAN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO ESTABLISH ASSOCIATED BRIEFING SCHEDULE

o   December 19, 2024: Defendants' deadline to respond to the Amended Complaint, including to file their intended Motions

o   January 24, 2025: Plaintiff's deadline to oppose Defendants' Motions

o   February 5, 2025: Defendants' deadline to reply in support of Motions

7.    The requested extension of these dates as set forth above will not affect any date previously ordered by the Court.

8.    The Court has set an Initial Case Management Conference for February 27, 2025, but otherwise has not yet set a schedule for this case, which is in its initial stages, and so these dates stipulated to by the Parties will not have any impact on the overall schedule for the case.

9.    The Parties previously stipulated to a short extension (from October 28, 2024 to October 30, 2024) for Defendants to respond to Plaintiff's initial Complaint.  The Court also previously granted Plaintiff's motion to shorten the time to brief and hear Plaintiff's motion for a preliminary injunction.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

DECLARATION OF MICHAEL M. MADDIGAN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO ESTABLISH ASSOCIATED BRIEFING SCHEDULE

1    I declare under penalty of perjury under the laws of the United States and the State of

2  California that the foregoing is true and correct.

3    Executed at Burbank, California on this 29th day of November, 2024.

4

5

6  Dated: November 29, 2024          By:  */s/ Michael M. Maddigan*

7                                          Michael M. Maddigan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL M. MADDIGAN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO ESTABLISH
ASSOCIATED BRIEFING SCHEDULE