Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**NOTICE OF SUBMISSION OF PROPOSED STIPULATED PRELIMINARY INJUNCTION SHARED WITH PLAINTIFF PURSUANT TO ECF 58** |

Hogan Lovells US LLP
Attorneys At Law

Case No. 3:24-cv-06917-AMO
DEFENDANTS' NOTICE OF SUBMISSION OF PROPOSED STIPULATED PRELIMINARY INJUNCTION

As requested by the Court, Defendants Automattic Inc. and Matthew Charles Mullenweg (together, "Defendants") prepared the draft stipulated preliminary injunction attached as Exhibit A and shared it with Plaintiff WPEngine, Inc. ("Plaintiff") as Defendants' proposal for resolving Plaintiff's motion for preliminary injunction. The parties met and conferred and could not reach agreement on a stipulated preliminary injunction.

If the Court determines to enter a preliminary injunction (and Defendants maintain that a preliminary injunction should not be issued for the reasons set forth in its Opposition to the Motion for Preliminary Injunction), then Defendants believe that paragraphs (a) – (e) of their proposed stipulated injunction provide the appropriate narrower scope of relief that the Court should order in any preliminary injunction it may issue.

Dated: December 2, 2024

Respectfully submitted,

By: */s/Michael M. Maddigan*
Michael M. Maddigan

**HOGAN LOVELLS US LLP**
Michael M. Maddigan (Bar No. 163450)
Jiaxing (Kyle) Xu (Bar No. 344100)
Neal Kumar Katyal, *pro hac vice*
Anna Kurian Shaw, *pro hac vice*
Lauren Cury, *pro hac vice*
Hadley Dreibelbis, *pro hac vice*

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

Attorneys At Law

-1-    Case No. 3:24-cv-06917-AMO
DEFENDANTS' NOTICE OF SUBMISSION OF PROPOSED STIPULATED PRELIMINARY INJUNCTION