1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER RE: DEFENDANTS AUTOMATTIC INC. AND MATTHEW CHARLES MULLENWEG'S MOTION TO DISMISS AND STRIKE AMENDED COMPLAINT**<br><br>Judge: Hon. Araceli Martinez-Olguín<br>Courtroom: 10<br>Hearing Date: June 5, 2025<br>Hearing Time: 2:00 p.m. |

Defendants Automattic Inc. and Matthew Charles Mullenweg have filed a Motion to Dismiss and Strike Pursuant to Fed. R. Civ. P. 12(b)(6) and Cal. Civ. Proc. Code § 425.16.

Having fully considered the papers, the arguments of counsel, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss and Strike is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Counts 1-6, 12-16, and 19-20 are dismissed in their entirety, and Counts 17 and 18 are dismissed as against Automatic, Inc.

Pursuant to California's anti-SLAPP law, C.C.P. § 425.16(b)(1), and Rule 12(f) of the Federal Rules of Civil Procedure, the following portions of Plaintiff WPEngine, Inc.'s Complaint are stricken without leave to amend: (1) Paragraphs 328-342 in their entirety (comprising Cause of Action Nine of the Complaint); (2) Paragraphs 343-358 in their entirety (comprising Cause of Action Ten of the Complaint); (3) Paragraphs 359-379 in their entirety (comprising Cause of Action Eleven of the Complaint); and (4) Paragraphs 8 and 9 of the "Prayer for Relief."

Defendants are awarded their attorneys' fees and costs in connection with their Motion to Strike pursuant to California Code of Civil Procedure §425.16(c), which provides for a mandatory award of attorneys' fees and costs when a Special Motion to Strike is granted. Defendants are to file a separate motion for their reasonable attorneys' fees and costs, so that the amount of such award can be determined. Defendants' motion for attorneys' fees pursuant to California Code of Civil Procedure §425.16 is to be filed within 30 days of the date of this Order.

**SO ORDERED.**

Dated: _____, 2025

Honorable Araceli Martínez-Olguín
United States District Judge
Northern District of California