Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,

Defendants.

Case No. 3:24-cv-06917-AMO

**DEFENDANTS AUTOMATTIC INC. AND MATTHEW CHARLES MULLENWEG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND STRIKE AMENDED COMPLAINT**

Judge: Hon. Araceli Martinez-Olguin

Courtroom: 10

**REQUEST FOR JUDICIAL NOTICE**

Defendants respectfully request that the Court take judicial notice of the following exhibits in support of Defendants' Combined Motion to Dismiss and Strike Plaintiff WPEngine's ("WPE") Amended Complaint, true and correct copies of which are attached to or referenced in this Request.

- Selected pages from WPE's website, available at:
    - https://wpengine.com/headless-wordpress/, as it appeared on October 9, 2024, with emphasis added **(Exhibit 1)**;
    - https://wpengine.com/woocommerce/, as it appeared on September 26, 2024 and October 9, 2024, with emphasis added **(Exhibits 2A and 2B);**
    - https://wpengine.com/support/platform-settings/#Post_Revisions, as it appeared on December 18, 2024 (**Exhibit 3**);
- A copy of the Trademark Guidelines appearing on the WooCommerce website, available at https://woocommerce.com/trademark-guidelines/, as they appeared on December 19, 2024 (**Exhibit 4**);
- A copy of pages from WPE's website for its advanced custom fields plugin, available at https://www.advancedcustomfields.com/blog/installing-and-upgrading-to-the-latest-version-of-acf/, as they appeared on December 18, 2024 (**Exhibit 5**);
- Selected pages from wordpress.org (the "Website"), including:
    - o https://wordpress.org/news/2024/10/secure-custom-fields/, as it appeared on December 18, 2024 (**Exhibit 6**);
    - o https://wordpress.org/news/2024/09/wp-engine/, as it appeared on October 28, 2024 (**Exhibit 7**);
    - o https://wordpress.org/news/2024/09/wp-engine-banned/, as it appeared on October 28, 2024 (**Exhibit 8**);
    - o https://wordpress.org/support/topic/wordpress-org-administration/#post-17218580, as it appeared on December 18, 2024 (**Exhibit 9**);

- A copy of an audio-visual recording of Matt Mullenweg's ("Matt") Q&A session from WordCamp US 2024, available at https://www.youtube.com/live/fnI-QcVSwMU?t=5s and posted on September 21, 2024 (**Exhibit 10**). **Exhibit 10**, an audio-visual file, will be submitted in a physical copy to the Clerk of the Court and likewise will be served on opposing counsel by email.
- Selected pages from the website for WordCamp US 2024 (https://us.wordcamp.org/2024/), including:
  - https://us.wordcamp.org/2024/schedule/, as it appeared on December 19, 2024 (**Exhibit 11**);
  - https://us.wordcamp.org/2024/session/an-in-person-qa-with-matt-mullenweg/, as it appeared on October 28, 2024 (**Exhibit 12**);
- A copy of an audio-visual recording of a portion of a Twitch livestream show, posted to ThePrimeTime YouTube channel on September 26, 2024, entitled "Matt Talks About WordPress Situation," available at https://www.youtube.com/watch?v=H6F0PgMcKWM **(Exhibit 13)**. **Exhibit 13**, an audio visual file, will be submitted in a physical copy to the Clerk of the Court and likewise will be served on opposing counsel by email.
- A copy of the public LinkedIn profile page for Jan Dembowski, available at https://www.linkedin.com/in/jandembowski/, as it appeared on December 18, 2024 (**Exhibit 14**); and
- A copy of pages from Matt's personal blog, available at https://ma.tt/2024/09/ecosystem-thinking/, as it appeared on December 18, 2024 (**Exhibit 15**).
- A copy of the Trademark Policy appearing on the WordPress Foundation website, available at https://wordpressfoundation.org/trademark-policy/, as it appeared on December 19, 2024 (**Exhibit 16**).

**AUTHORITY**

**A. Applicable Standard.**

Judicial notice of a fact is proper where the fact is not subject to reasonable dispute because it is: (1) generally known within the territorial jurisdiction of the trial court or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence ("Rule") 201(b)(2). Courts are required to take judicial notice of facts if requested by a party and supplied with the necessary information. Rule 201(c)(2).

**B. The Court May Properly Take Judicial Notice of Websites, News Articles, Blog Posts, and Other Material in the Public Realm.**

Exhibits 1-16 consist of publicly-available websites, blog posts, online customer support forum posts, transcripts of two podcast episodes, an audio-visual recording of a Q&A session given at WordCamp US 2024, an audio-visual recording of an interview on YouTube, and a public LinkedIn profile page. The Court may take judicial notice of such material as an indication of information available in the public realm. *See Unsworth v. Musk*, No. 19-MC-80224-JSC, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019) (citing *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010)); *In re Google Assistant Priv. Litig.*, 457 F. Supp. 3d 797, 813 (N.D. Cal. 2020) (taking judicial notice of Google "blog post for the fact that Google made the statements it contains").

Similarly, district courts routinely find judicial notice of publicly available websites to be proper. *Loomis v. Slendertone Distrib., Inc.*, 420 F. Supp. 3d 1046, 1062-63 (S.D. Cal. 2019) (taking *sua sponte* judicial notice of the printouts from Defendant's website and its Amazon.com listing); *see also Perkins v. LinkedIn Corp*., 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014) (noting that publicly available websites are proper subjects of judicial notice); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (granting judicial notice of two Amazon.com webpages); *Castagnola v. Hewlett-Packard Co.*, C 11-05772 JSW, 2012 WL 2159385 (N.D. Cal. June 13, 2012) (taking judicial notice of screenshots of Defendant's webpages where plaintiffs did not dispute the accuracy or the authenticity).

In addition, WP Engine's Amended Complaint relies on and references: Exhibits 7 and 8, blog posts appearing on the Website (FAC ¶¶ 107, 109, 329-30); Exhibit 10, an audio-visual recording of Matt's WordCamp US 2024 Q&A session (FAC ¶¶ 101, 365, 368); Exhibit 13, a portion of a livestream interview with Matt that was posted to YouTube (FAC ¶¶ 105, 366); and Exhibit 16, the WordPress Foundation trademark policy WPE references and links to (FAC ¶ 47, n. 21). Because those materials are incorporated by reference into the Amended Complaint, it is proper for the Court to consider these materials for this reason as well. *Bernier v. Travelers Prop. Cas. Ins. Co.*, No. 17cv1028-MMA (BLM), 2017 WL 5843396, at *2 (S.D. Cal. Nov. 29, 2017).

**CONCLUSION**

For all of the foregoing reasons, Defendants respectfully request that this Court grant their request for judicial notice.

Dated: December 19, 2024

Respectfully submitted,

By: */s/Michael M. Maddigan*
Michael M. Maddigan

**HOGAN LOVELLS US LLP**
Michael M. Maddigan (Bar No. 163450)
Neal Kumar Katyal, *pro hac vice*
Anna Kurian Shaw, *pro hac vice*
Lauren Cury, *pro hac vice*
Jiaxing (Kyle) Xu (Bar No. 344100)
Hadley Dreibelbis, *pro hac vice*

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*