# EXHIBIT 1



**HEADLESS WORDPRESS**

# The all-in-one headless solution for radically fast sites

[Try Now for Free] [Request Pricing]

- Single, end-to-end optimized headless platform
- Incredible performance up to 10x classic WordPress
- Flexible Node.js frontend, including Next & React
- Diverse plans for any size project
- Free, feature-complete sandbox environments
- Rich resources, communities, and learning tools

60 day money-back guarantee | 24/7 expert support for WordPress

A NEW WAY TO BUILD ON WORDPRESS

# Headless solutions



**Agency efficiency**
Improve operational efficiency and ROI with one powerful platform

Developer freedom

Brand impact

**Reduce time and money** spent integrating multiple vendors with one end-to-end platform for building creative client experiences.

**Ensure cost-savings, flexibility, and MarTech integrations** with open-source development tools backed by WP Engine.

**Empower your content managers and developers** to deliver consistent brand experiences while improving change management processes.

## 99+
Lighthouse performance score from the top 25% of all headless sites for WordPress

## 10x
faster site speeds with headless compared to traditional WordPress sites

## 90%
of enterprises are evaluating headless solutions

HEADLESS PLATFORM FEATURES

# A complete headless tech stack



**One, holistic solution**

Reduces your time spent integrating multiple vendors in your tech stack, saves you and your clients money, and allows you to spend more time innovating.

Learn More →



**Node.js frontend**

Unlock new opportunities for WordPress and higher-budget projects. Build with your choice of modern front-end Javascript framework.

Learn More →



**High-performance hosting**

Achieve up to 10x performance with global CDN, the fastest WordPress TTFB scores, and smart scaling with auto-healing Node frontend hosting.

Learn More →














WHAT OUR CUSTOMERS SAY

# Our impact

**Testimonials**   Case Studies

"With the growing need for headless with a lot of our clients, we fully trust WP Engine and the Headless Platform! We loved to see where WP Engine is actually taking the WordPress community off to the future."



**David DiCamillo**
CTO, Code and Theory

"We've been delighted to work with WP Engine and the Headless Platform as we've embraced WordPress and embraced headless technologies on top of WordPress. It's great to see a well-thought-out enterprise-grade managed experience that helps us get WordPress, helps us get a decoupled frontend, all online in the same place."



**Phil Crumm**
VP of Marketing and Growth, 10Up

"We've been a partner of WP Engine for many years and one reason that we continue that partnership is the support, both for us and for our clients. And now with Headless Platform, they've listened to us, to our needs, to what we need in that product, and they've made it as simple as possible for us to manage a decoupled solution without worrying about hosting for all the different pieces."



**Jonathan Jeter**
Director of Technical Production, Click Here Labs

 

HEADLESS PLATFORM

# FAQ

| | |
|---|---|
| What makes WP Engine's headless solution different from other? Is WP Engine Headless Platform just backend CMS hosting for headless WordPress? + | Why would I choose headless and when is it not a good fit? What about media sites? + |
| Do I have to use Faust.js for my frontend? Can I use another Node.js framework like Next.js or React? + | Is headless more secure or have better performance? How? + |
| Does WP Engine support headless WordPress sites? + | I've heard headless can be difficult, is it? What developer skills do I need to go headless? + |
| What is a headless WordPress CMS? + | What is the publisher experience like when going headless? + |
| I still have questions about headless WordPress hosting, WP Engine Headless Platform plans, and pricing. Who can I talk to? + | |



HEADLESS PLATFORM

# Plans for any size project or budget.

[Plans & Pricing]   [Contact Us]

 **60 day money-back guarantee:** We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.

\* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.

**wp** engine

