# EXHIBIT 2A



WOOCOMMERCE PEACE OF MIND

# Simplify Woo. Sell more.

**Drive more sales**
Move products faster. Keep shoppers coming back.

Optimize Woo

Manage less

**Stripe Connect** integration allows you to securely connect and start taking payments faster with instant onboarding and global payouts to increase both conversions and average cart value.

**Instant Store Search** gives your customers what they're looking for, faster, with highly-customizable elastic search functionality and AI-powered related product recommendations.

**Global CDN** with over 200 data centers allows for peak performance regardless of where your traffic lives.



## 18%
more pages, served 2X faster with EverCache®

## 2x
faster search with Instant Store Search

## $4B+
in annual transactions on WP Engine customer sites

WOOCOMMERCE HOSTING

# Compare plans

|  | Startup<br>for small websites & blogs<br>Starting at $24/mo<br>Buy Now | **Best Value**<br>Professional<br>for building your brand<br>Starting at $50/mo<br>Buy Now | Growth<br>for a growing business<br>Starting at $94/mo<br>Buy Now | Scale<br>for higher capacity sites<br>Starting at $234/mo<br>Buy Now | Custom<br>for mission-critical sites<br>Starting at $500/mo<br>Get in Touch |
|---|---|---|---|---|---|
| **eCommerce Features** | | | | | |
| Instant Store Search | – | ✓ | ✓ | ✓ | ✓ |
| One-click store creation | ✓ | ✓ | ✓ | ✓ | ✓ |
| Unlimited products | ✓ | ✓ | ✓ | ✓ | ✓ |
| Unlimited staff accounts | ✓ | ✓ | ✓ | ✓ | ✓ |
| EverCache® for Woo - Proprietary smart cache for WooCommerce | ✓ | ✓ | ✓ | ✓ | ✓ |
| Slow Query Monitor | – | – | – | – | ✓ |
| Live Cart | ✓ | ✓ | ✓ | ✓ | ✓ |
| Stripe Connect integration | ✓ | ✓ | ✓ | ✓ | ✓ |
| Smart Plugin Manager - Automatic Woo updates & visual store regression testing | ✓ | ✓ | ✓ | ✓ | ✓ |
| 60 day money-back guarantee | ✓ | ✓ | ✓ | ✓ | ✓ |

+ Platform

+ Support & Security

+ Site Performance

+ Site Building

SEE HOW WP ENGINE EMPOWERS

# Businesses

WP Engine Agency Partner Frank Digital helps Gregory Jewellers reimagine eCommerce on WordPress and **increases time on site engagement by nearly 70%.**

Explore Small Business Solutions   View Case Study

WHAT OUR CUSTOMERS SAY ABOUT WOOCOMMERCE

# Our impact

"Finding the right trusted partner is essential to achieve amazing results. There is little point in suggesting new and exciting ideas to our clients when the server isn't stable. WP Engine created a solid foundation for our clients and allowed us to bring them **strong conversion results.**"

Irwin Hau
Director, Chromatix Digital Agency

"Using an open source option like WordPress paired with WP Engine's support, security, and WooCommerce optimized performance, we've gained flexibility and creative freedom in the way we package our products and add value for our customers."

Satya Inayat Khan
Partner & CMO, Functional Bodybuilding

"Using WordPress and Woo Engine's platform is an incre combination for our busines

Lisa M. Cheatham
Vice President, E-Commerce Glo
Management (Parent company o

A GUIDE TO WOOCOMMERCE HOSTING

# An overview of WooCommerce for WordPress eCommerce success

Overview | WooCommerce 101 | WooCommerce Hosting | How does WooCommerce work? | Additional FAQs

## WooCommerce: empowering eCommerce success

Are you ready to take your business online and maximize its potential? Look no further than WooCommerce, the powerful plugin for WordPress that can transform your website into a thriving online store. Whether you're a budding entrepreneur, a small business owner, or you represent an established enterprise, WooCommerce caters to your eCommerce needs.

What makes WooCommerce so enticing? Here are a few reasons:

What is WooCommerce?                                        Can I host WooCommerce anywhere?

| How much does WooCommerce cost? | + | Who created WooCommerce? | + |
| Is WooCommerce good for beginners? | + | Is WooCommerce Secure? | + |



MONEY-BACK GUARANTEE

# 60 days.
# Worry-free.

Plans & Pricing    Let's Chat

**60 day money-back guarantee:** We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.

* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.

WooCommerce is a registered trademark of Automattic Inc.



**WP engine**

| Our Company | Products | Solutions | Community | Resources |
|---|---|---|---|---|
| About Us | WordPress Hosting | Small Businesses | Blog | Resources |
| Case Studies | WooCommerce Hosting | Agencies | Builder Community | Support |
| WP Engine Reviews | Headless WordPress | Developers | Headless Developer Community | FAQs |
| Our Platform Technology | | Enterprises | Find a WordPress Agency | Brand Assets |
| Agency Partner Program | | | | System Status |
| Careers | | | | Privacy Policy |
| Contact Us | | | | Legal |

Local   ACF   STUDIOPRESS   DELICIOUS BRAINS   TORQUE

© 2013–2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.