# EXHIBIT 2B



WP engine    Products ⌄    Solutions ⌄    Why WP Engine? ⌄    WordPress Hosting ⌄    Pricing    Resources ⌄    Log In    🌐    Contact Us

eCommerce Suite. Performance-optimized hosting platform built for WooCommerce

WOOCOMMERCE HOSTING

# The path to eCommerce success starts here



| | | | |
|---|---|---|---|
| ○ Startup | 1 site, 25,000 visits/mo | **$24** USD/mo |
| ● Professional | 3 sites, 75,000 visits/mo | **$50** USD/mo |
| ○ Growth | 10 sites, 100,000 visits/mo | **$94** USD/mo |
| ○ Scale | 30 sites, 400,000 visits/mo | **$234** USD/mo |
| ○ Custom | Premium hosting solutions | Starting at **$500** USD/mo |

**$50** USD /mo    **Buy Now**    **View All Plans**

Billed at ~~$900~~ $600*    *First year pricing for new customers only.*

💡 60 day money-back **guarantee**    🔔 24/7 expert support for WordPress[1]

WOOCOMMERCE PEACE OF MIND

# Simplify. Sell more.



**Drive more sales**
Move products faster. Keep shoppers coming back.

Optimize Woo

Manage less

**Stripe Connect** integration for WooCommerce[1] allows you to securely connect and start taking payments faster with instant onboarding and global payouts to increase both conversions and average cart value.

**Instant Store Search** gives your customers what they're looking for, faster, with highly-customizable elastic search functionality and AI-powered related product recommendations.

**Global CDN** with over 200 data centers allows for peak performance regardless of where your traffic lives.

**90%**
more pages, served 2X
faster with EverCache®

**10x**
faster search with Instant
Store Search

**$22B+**
in annual transactions on
WP Engine customer sites

ECOMMERCE HOSTING

# Compare plans

| | | Startup | Professional | Growth | Scale | Custom |
|---|---|---|---|---|---|---|
| | | for small websites & blogs | for building your brand | for a growing business | for higher capacity sites | for mission-critical sites |
| | | Starting at **$24**/mo | Starting at **$50**/mo | Starting at **$94**/mo | Starting at **$234**/mo | Starting at **$500**/mo |
| | | Buy Now | Buy Now | Buy Now | Buy Now | Get in Touch |
| **— eCommerce Features** | | | | | | |
| Instant Store Search | ⓘ | — | ✓ | ✓ | ✓ | ✓ |
| One-click store creation | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Unlimited products | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Unlimited staff accounts | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| EverCache® for Woo - Proprietary smart cache for WooCommerce | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Slow Query Monitor | ⓘ | — | — | — | — | ✓ |
| Live Cart | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Stripe Connect integration | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Smart Plugin Manager - Automatic Woo updates & visual store regression testing | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 60 day money-back guarantee | ⓘ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **+ Platform** | | | | | | |
| **+ Support & Security** | | | | | | |
| **+ Site Performance** | | | | | | |
| **+ Site Building** | | | | | | |

Best Value



SEE HOW WP ENGINE EMPOWERS

# Businesses

WP Engine Agency Partner Frank Digital helps Gregory Jewellers reimagine eCommerce on WordPress and **increases time on site engagement by nearly 70%.**

**Explore Small Business Solutions**    View Case Study



WHAT OUR CUSTOMERS SAY

# Our impact

*"Finding the right trusted partner is essential to achieve amazing results. There is little point in suggesting new and exciting ideas to our clients when the server isn't stable. WP Engine created a solid foundation for our clients and allowed us to bring them **strong conversion results."***


Irwin Hau
Director, Chromatix Digital Agency

*"Using an open source option like WordPress paired with WP Engine's support, security, and WooCommerce optimized performance, we've gained flexibility and creative freedom in the way we package our products and add value for our customers."*


Satya Inayat Khan
Partner & CMO, Functional Bodybuilding

*"Using WordPress and Woo Engine's platform is an incre combination for our busines*


Lisa M. Cheatham
Vice President, E-Commerce Glo
Management (Parent company o

 

A GUIDE TO ECOMMERCE HOSTING

# An overview of WooCommerce for WordPress eCommerce success

Overview    WooCommerce 101    WooCommerce Hosting    How does WooCommerce work?    Additional FAQs

## WooCommerce: empowering eCommerce success

Are you ready to take your business online and maximize its potential? Look no further than WooCommerce, the powerful plugin for WordPress that can transform your website into a thriving online store. Whether you're a budding entrepreneur, a small business owner, or you represent an established enterprise, WooCommerce caters to your eCommerce needs.

What makes WooCommerce so enticing? Here are a few reasons:

What is WooCommerce?                                              ＋

Can I host WooCommerce anywhere?                                 ＋

| How much does WooCommerce cost? | + | Who created WooCommerce? | + |
| Is WooCommerce good for beginners? | + | Is WooCommerce Secure? | + |



MONEY-BACK GUARANTEE

# 60 days.
# Worry-free.

[Plans & Pricing]  [Let's Chat]

💡 **60 day money-back guarantee:** We're so confident that you'll love our products and services that we're offering a 60 day money-back guarantee. If you're unsatisfied for any reason, you can request a refund anytime within the first 60 days and we'll refund your plan fees paid. You must request your refund as part of your cancellation notice to qualify for a refund. Please note: All new Startup, Professional, Growth, and Scale plans are included in the 60-day money back guarantee. All other premium and custom plans are not included.
* First year pricing and associated coupons are valid for new customers purchasing Startup, Professional, Growth, and Scale plans only. Cannot be used with other offers and is not valid for upgrades, renewals or any other product purchase. Offer can only be redeemed once upon signup.



**WP engine**

**Our Company**
About Us
Case Studies
WP Engine Reviews
Our Platform Technology
Agency Partner Program
Careers
Contact Us

**Products**
WordPress Hosting
WooCommerce Hosting
Headless WordPress

**Solutions**
Small Businesses
Agencies
Developers
Enterprises

**Community**
Blog
Builder Community
Headless Developer Community
Find a WordPress Agency

**Resources**
Resources
Support
FAQs
Brand Assets
System Status
Privacy Policy
Legal

FLYWHEEL    Local    ACF    STUDIOPRESS    DELICIOUS BRAINS    VELOCITIZE    TORQUE

© 2013-2024 WPEngine, Inc. All rights reserved.
WP ENGINE®, VELOCITIZE®, TORQUE®, EVERCACHE®, and the cog logo service marks are owned by WPEngine, Inc.

[1] WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademark is the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.