# EXHIBIT 3



WP Engine has a governor in place for your benefit to prevent database queries that are extremely long in character length from running and affecting site and server performance. The governor can be disabled with the following define in your wp-config.php file but we advise against it in most cases to prevent performance issues. Optimizing queries so that they no longer receive a KILLED QUERY error is preferable to allowing long queries.

```
define( 'WPE_GOVERNOR', false );
```

Read more about the governor and long query errors in the **Error Logs and Common Errors** article.

## Post Revisions

WordPress Post Revisions, or autosaves, store a record of each saved draft or published update for a post. This system allows a user to see the last few changes and to restore a page or post to a previous version. While great in theory, revisions cause the database to grow exponentially and a large database can directly impact site performance.

**Every WP Engine site has WordPress revisions *disabled* by default.** If you need a more extensive revision management system, we recommend using a third-party editing system rather than relying on WordPress revisions.

**Revisions can *only* be enabled by contacting Support.** Revisions *cannot* be enabled in the `wp-config.php` or `php.ini` files, as this will be overwritten at the server level.

If you migrated a site with existing revisions that you would like to preserve, reach out to Support to have revisions enabled.



**NOTE**

Enabling revisions is not a retroactive change. Only revisions generated *after* the feature has been enabled will be stored moving forward.

If you would like to clean up your database and delete any existing database revisions, the following query can be **run from phpMyAdmin**.

```
DELETE FROM wp_posts WHERE post_type = "revision";
```

# Sending Email

WP Engine allows general WordPress emails such as password resets to be sent through WordPress below a certain reasonable quantity. However, for sending a large number of emails, such as a newsletter or email blast, we impose a limit and require the use of an **email API or an SMTP plugin**.

As Port 25 is blocked for all services, we highly recommend using an email service that sends email via API, or an alternative port (such as port 2525).

**More information about WP Engine's email policy can be found here.**

# TLS Version

All WP Engine servers have TLS 1.2 and 1.3 enabled by default.