# EXHIBIT 5



**Recent events do not impact customers of ACF PRO. All updates of ACF PRO will continue to be served from advancedcustomfields.com and no action is required.**

Due to recent events in the WordPress ecosystem, WP Engine employees have been blocked from accessing WordPress.org. This means the ACF team is unable to deploy updates to the free version of ACF hosted on WordPress.org and users running this plugin on their sites were removed from the ability to automatically update to newer versions.

To resolve this, our engineering team at WP Engine has worked hard on an alternative update mechanism for the free version of ACF. While there are no pending security updates for ACF, this alternative update mechanism ensures your sites are ready to receive new features, bug fixes, and security updates going forward.

## How to Update ACF

In order to update your site's version of ACF and receive updates in the future, please follow these steps:

- Download the latest zip of the plugin
- Log in to your site
- Navigate to Plugins > Add new
- Upload the zip file
- Confirm you want to overwrite the existing ACF plugin
- Future updates for the plugin will be available in the WordPress admin as normal

## How to Install ACF

Users who are installing ACF for the first time on a site should follow these steps:

- Download the latest zip of the plugin
- Log in to your site
- Navigate to Plugins > Add new
- Upload the zip file
- Click 'Activate Plugin'





## How to Replace the SCF Plugin

On October 12th, the WordPress.org team forcibly overtook our genuine version of ACF and renamed it SCF. If the ACF plugin on your website has been updated to this and you would like to switch back to ACF, you can follow the same installation instructions above.

## Other WP Engine Plugins

The block of WordPress.org access has affected all of WP Engine's free plugins and if you have sites that run multiple WP Engine plugins, future updates have been made easier by our new 'WP Engine Secure Updater' plugin. Once installed it will tell each WP Engine plugin to retrieve updates from our update service. To install the plugin, please follow these steps:

- Download the WPE Secure Update plugin zip
- Navigate to Plugins > Add new
- Upload the zip file
- Activate the plugin
- Navigate to Dashboard > Updates
- Select the WP Engine plugins to update
- Click 'Update Plugins'

## ACF PRO

**This does not impact customers of ACF PRO. All updates of ACF PRO will continue to be served from advancedcustomfields.com and no action is required.**

## WP Engine Customers

If you are a WP Engine or Flywheel customer, your sites will receive automatic updates of the free version of ACF, and the other WP Engine plugins, as updates are available. You are not required to manually update to the latest version of ACF to receive future automatic updates.

## Spread the Word

We need your help! Reaching the users of over 2 million sites that use the free ACF plugin is going to be hard so we need every amplification possible to help get users updated.

Please share this blog post and this post on X/Twitter.

12/18/24, 2:01 PM

Case 3:24-cv-06917-AMO   Document 69-6   Filed 12/10/24   Page 4 of 5
Installing and Upgrading to the Latest Version of ACF_ - www.advancedcustomfields.com

We have also created a new status page so you can quickly and easily keep track of issues with updates and releases in the future.

From all of the ACF team here at WP Engine, thank you for your continued support.

**For questions and help about this release, please contact our support team.**

## About the Author



*Iain is the Product Manager for Advanced Custom Fields. He has a long history of building and growing WordPress plugins. Moonlights as a PhpStorm evangelist.*

*View other posts by Iain Poulson*

TAGGED IN

Security

CONTINUE READING

Blog Archive  /  Reflecting on Two Years at WP Engine

*For plugin support, please contact our support team directly, as comments aren't actively monitored.*

### One response to "Installing and Upgrading to the Latest Version of ACF"



1. *Maxim Akimov* says:

   October 4, 2024 at 4:33 am

   According to WordPress.org news, the ban seemed to target WP Engine servers specifically, without impacting the ability to upload new plugin versions. It's shocking that they didn't allow the release of at least one final automatic update to switch the update servers.

   It's unbelievable that over 2 million innocent ACF users, who have no direct connection to WP Engine's services or hosting, were affected by this decision. Especially considering that ACF didn't violate any WordPress.org rules, there was no valid reason to disable the ability to upload new versions.

   I hope that one day, an independent plugin repository will emerge, offering a robust recommendation and search system, along with detailed statistics for plugin authors – including traffic sources.

   Thank you for your continued dedication to ACF, and keep up the great work despite the challenging circumstances!



Sign up for the latest Advanced Custom Fields news, updates, and developer tutorials

Your email address        First name        Let's Go

ACF
BY WP engine

Build smarter, faster, better with ACF®

**ABOUT**
PRO
About Us
Blog
Account
Changelog
Status

**HELP**
Docs
FAQs
Forums
Contact
Feedback
Security

**COMMUNITY**
Download ACF
GitHub
ACF Chat Fridays
Twitter

**PRODUCTS**
WP Engine Hosting
WP Migrate
WP Offload Media
WP Offload SES

12/18/24, 2:01 PM
Case 3:24-cv-06917-AMO    Document 60-6    Filed 12/19/24    Page 5 of 5
Installing and Upgrading to the Latest Version of ACF _ www.advancedcustomfields.com
Status                    Security

© 2024 **WPENGINE, INC.** ALL RIGHTS RESERVED.

PRIVACY POLICY | TERMS AND CONDITIONS

[1]WP Engine is a proud member and supporter of the community of WordPress® users. The WordPress® trademarks are the intellectual property of the WordPress Foundation, and the Woo® and WooCommerce® trademarks are the intellectual property of WooCommerce, Inc. Uses of the WordPress®, Woo®, and WooCommerce® names in this website are for identification purposes only and do not imply an endorsement by WordPress Foundation or WooCommerce, Inc. WP Engine is not endorsed or owned by, or affiliated with, the WordPress Foundation or WooCommerce, Inc.