# EXHIBIT 8

September 25, 2024

By Matt Mullenweg in Community, Development, General, Security, Updates

# WP Engine is banned from WordPress.org

Any WP Engine customers having trouble with their sites should contact WP Engine support and ask them to fix it.

WP Engine needs a trademark license, they don't have one. I won't bore you with the story of how WP Engine broke thousands of customer sites yesterday in their haphazard attempt to block our attempts to inform the wider WordPress community regarding their disabling and locking down a WordPress core feature in order to extract profit.

**What I will tell you is that, pending their legal claims and litigation against WordPress.org, WP Engine no longer has free access to WordPress.org's resources.**

WP Engine wants to control your WordPress experience, they need to run their own user login system, update servers, plugin directory, theme directory, pattern directory, block directory, translations, photo directory, job board, meetups, conferences, bug tracker, forums, Slack, Ping-o-matic, and showcase. Their servers can no longer access our servers for free.

The reason WordPress sites don't get hacked as much anymore is we work with hosts to block vulnerabilities at the network layer, WP Engine will need to replicate that security research on their own.

Why should WordPress.org provide these services to WP Engine for free, given their attacks on us?

WP Engine is free to offer their hacked up, bastardized simulacra of WordPress's GPL code to their customers, and they can experience WordPress as WP Engine envisions it, with them getting all of the profits and providing all of the services.

If you want to experience WordPress, use any other host in the world besides WP Engine. WP Engine is not WordPress.