# EXHIBIT 9



# WordPress.org Administration

In: Everything else WordPress

1 reply

2 participants

Last reply from: luisherranz

Last activity: 1 year ago

Status: resolved

Topics

Topics with no replies

Non-support topics

Resolved topics

Unresolved topics

All topics

mihirparmar (@mihirparmar)
1 year ago

✓ Resolved

I recently pondered the question of who owns WordPress.org, and in my quest for answers, I consulted two blogs. According to my findings, WordPress.org is not owned by any individual or entity; rather, it operates under the GPL2 license.

To gain more insight, I explored a related query in the WordPress.org support forum, which can be found here: [https://wordpress.org/support/topic/who-owns-wordpress-org/]. However, this left me with an additional question: Can we attribute the term "owner" to the entity or individuals responsible for running WordPress.org?

I would appreciate any clarification on the ownership structure or the distinction between those who run and own WordPress.org. Thank you for your assistance.

Viewing 1 replies (of 1 total)

luisherranz (@luisherranz)
1 year ago

Understanding the ownership and management structure of WordPress.org requires distinguishing between the WordPress open-source project and the entities associated with it. Here's a breakdown:

1. **Ownership of WordPress.org**: WordPress.org is not "owned" in the traditional sense, as it's an open-source project. The software it provides is licensed under GPLv2, which means it's free to use and modify. There's no individual or company that "owns" the open-source software of WordPress.org.
2. **WordPress Foundation**: While no one owns WordPress.org for practical purposes, the WordPress Foundation holds the trademark for WordPress. The Foundation focuses on ensuring free access to the software and promoting the open-source project.
3. **Management and Distribution**: WordPress.org mainly distributes open-source code and hosts this code. It is not an entity that enters into agreements or has a typical ownership structure like a private company.
4. **WordPress.com vs. WordPress.org**: There's often confusion between WordPress.org and WordPress.com. WordPress.com is a commercial entity owned by Automattic, offering WordPress hosting services. In contrast, WordPress.org is community-based, providing the open-source software.

In summary, while the WordPress Foundation holds the trademark, WordPress.org operates as a community-driven platform distributing open-source software, with no traditional ownership or






