# EXHIBIT 10

Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| vs. | Exhibit 10 - Audio-visual recording of Matthew Charles Mullenweg Q&A session from WordCamp US 2024 |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | |
| Defendants. | Judge: Hon. Araceli Martinez-Olguin |

Case No. 3:24-cv-06917-AMO

MANUAL FILING NOTIFICATION

# MANUAL FILING NOTIFICATION

Regarding: Exhibit 10 to Defendants' Request for Judicial Notice in Support of Defendants' Combined Motion to Dismiss and Strike Plaintiff WPEngine's ("WPE") Amended Complaint.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at https://www.cand.uscourts.gov/ under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (please describe):

Dated: December 19, 2024

By: */s/ Michael M. Maddigan*
    Michael M. Maddigan

**HOGAN LOVELLS US LLP**
Michael M. Maddigan (Bar No. 163450)
Neal Kumar Katyal, *pro hac vice*
Anna Kurian Shaw, *pro hac vice*
Lauren Cury, *pro hac vice*
Hadley Dreibelbis, *pro hac vice*
Jiaxing (Kyle) Xu (Bar No. 344100)

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

-1-    Case No. 3:24-cv-06917-AMO
MANUAL FILING NOTIFICATION