# EXHIBIT 11



| Time | | | |
|---|---|---|---|
| 1:30 pm PDT | Management for Modern Marketing<br>1:30 pm - 2:15 pm<br>Steven Tey | to Industry Leader in Brazil<br>1:30 pm - 2:15 pm<br>João Carvalho, Brian Alvey | CMS: A WordPress Migration Journey<br>1:30 pm - 2:15 pm<br>Stéphane Boisvert, Thomas Stang, Anique Halliday |
| 2:15 pm PDT | Break<br>2:15 pm - 2:30 pm | | |
| 2:30 pm PDT | Mrs.Sporty's 250 Synchronized Franchise Websites ☆<br>2:30 pm - 3:15 pm<br>Jessica Lyschik | Building a Block First Digital News Platform for Pew Research Center ☆<br>2:30 pm - 3:15 pm<br>Seth Rubenstein | Enhancing Open Source Plugin Security: Establishing Robust Processes and Leveraging Bug Bounty Partnerships ☆<br>2:30 pm - 3:15 pm<br>Miriam Schwab, Oliver Sild |
| 3:15 pm PDT | Break<br>3:15 pm - 3:30 pm | | |
| 3:30 pm PDT | Highlights from the Automattic Special Projects Team ☆<br>3:30 pm - 4:00 pm<br>Christy Nyiri | How to Use Humanity, the Open Source Theme from Amnesty ☆<br>3:30 pm - 4:00 pm<br>Austin | Reinventing Gravatar: Profiles-as-a-Service ☆<br>3:30 pm - 4:00 pm<br>Ronnie Burt |
| 4:00 pm PDT | Break<br>4:00 pm - 4:15 pm | | |
| 4:15 pm PDT | Engineering for the Automattic Special Projects Team ☆<br>4:15 pm - 5:00 pm<br>Mike Straw | A Technical Deep Dive Into Our Favorite Features of the New Harvard Gazette Site ☆<br>4:15 pm - 5:00 pm<br>Joeleen Kennedy | Client-Side Media Processing in WordPress ☆<br>4:15 pm - 5:00 pm<br>Pascal Birchler |

## Thursday, September 19

Printable Thursday schedule (PDF)

| Time | Rose City (A105 - A106) | Stumptown (B113 - B116) | Timbers (C123 - C124) |
|---|---|---|---|
| 8:00 am PDT | Registration opens<br>8:00 am - 9:00 am | | |
| 9:00 am PDT | **Mt. Hood (Oregon Ballroom)**<br>Opening remarks<br>9:00 am - 9:15 am | | |
| 9:15 am PDT | **Mt. Hood (Oregon Ballroom)** ☆<br>Open Source Is Eating Software Faster Than Software Is Eating the World<br>9:15 am - 10:00 am<br>Joseph Jacks<br>Keynote | | |
| 10:00 am PDT | Break<br>10:00 am - 10:15 am | | |
| 10:15 am PDT | Unleash the Power of the Interactivity API: A New Era for WordPress ☆<br>10:15 am - 11:00 am<br>Damon Cook | Custom WordPress Solutions for Educational Initiatives ☆<br>10:15 am - 11:00 am<br>Aaron Reimann, Keith Osburn, Ed. D. | wp-admin as Mission Control ☆<br>10:15 am - 11:00 am<br>Gary Kovar |
| 11:00 am PDT | Break<br>11:00 am - 11:15 am | | |
| | Building WordPress Websites with 'Privacy by Design' in Mind ☆<br>11:15 am - 12:00 pm | Immersive Journalism, Syndication, and Content Analytics with WordPress: Behind-the-Scenes of an ☆ | Building a Customer Success Team ☆<br>11:15 am - 12:00 pm |

| Time | | | |
|---|---|---|---|
| 11:15 am PDT | Donata Stroink-Skillrud | Award-Winning Publisher<br>11:15 am - 12:00 pm<br>Rahul Bansal, Maitreyie Chavan<br>Showcase | Michelle Frechette |
| 12:00 pm PDT | Lunch<br>12:00 pm - 1:15 pm | | |
| 1:15 pm PDT | Growing and Sustaining a Digital Agency in Uncertain Times ☆<br>1:15 pm - 2:00 pm<br>Jessi Gurr | Decoding the Woo and WordPress Strategies of Industry Giants ☆<br>1:15 pm - 2:00 pm<br>Bryce Adams, Travis Lima | Beyond the Playground: WordPress as a Tool and Product Builder ☆<br>1:15 pm - 2:00 pm<br>Dennis Snell |
| 2:00 pm PDT | Break<br>2:00 pm - 2:15 pm | | |
| 2:15 pm PDT | From Bottlenecks to Breakthroughs: How the New York Post Mastered Scalability ☆<br>2:15 pm - 3:00 pm<br>Linnea Huxford | WordPress Speed Build Battle: A Lightning-Fast Web Design Contest! ☆<br>2:15 pm - 3:00 pm<br>Jamie Marsland, Amber Hinds, Brian Coords | Creating Client-Friendly Editing Experiences ☆<br>2:15 pm - 3:00 pm<br>Kristin Falkner |
| 3:00 pm PDT | Pre-Function A<br>WCUS Group Photo<br>3:00 pm - 3:15 pm | | |
| 3:15 pm PDT | Sponsor Hall ☆<br>WordCamp US Networking Block<br>3:15 pm - 5:00 pm | | |

### Campfire

| | |
|---|---|
| 10:15 am PDT | |
| | WordCamp US Lounge ☆<br>Everything and Anything Content Marketing<br>10:15 am - 11:00 am<br>Emma Young |
| 1:15 pm PDT | |
| | WordCamp US Lounge ☆<br>Over the Rainbow: Talking About Inclusivity for the LGBTQ+ Community in WordPress<br>1:15 pm - 2:00 pm<br>Kirsty Burgoine |

## Friday, September 20

Printable Friday schedule (PDF)

| Time | Rose City (A105 - A106) | Stumptown (B113 - B116) | Timbers (C123 - C124) |
|---|---|---|---|
| 8:00 am PDT | Registration opens<br>8:00 am - 9:00 am | | |
| 9:00 am PDT | | Mt. Hood (Oregon Ballroom) ☆<br>Fireside Chat: How TIME Uses Patterns to Drive Recirculation and Engagement<br>9:00 am - 9:45 am<br>Burhan Hamid, Tim Hossain<br>Keynote | |
| 9:45 am PDT | Break<br>9:45 am - 10:00 am | | |

| | | | |
|---|---|---|---|
| 10:00 am PDT | How the Wikimedia Foundation Uses WordPress to Run an Open Community Blog for the Wikipedia Community and Beyond<br>10:00 am - 10:45 am<br>Chris Koerner | Uber for Nurses: The Power of WordPress<br>10:00 am - 10:45 am<br>Amber Hinds, Steve Jones | Empowering Black-Owned Businesses: The iOne Digital Story<br>10:00 am - 10:45 am<br>Alexandra Ungureanu, Markus Robinson<br>Showcase |
| 10:45 am PDT | Break<br>10:45 am - 11:00 am | | |
| 11:00 am PDT | From Passion to Profit: Strategies for Developing Successful Online Courses with WordPress<br>11:00 am - 11:45 am<br>Michael Cunningham | Releasing a Version of WordPress in 8 Hours or Less<br>11:00 am - 11:45 am<br>Jonathan Desrosiers, Aaron Jorbin | How to Grow and Protect Your Brand<br>11:00 am - 11:45 am<br>Neil Peretz |
| 11:45 am PDT | Lunch<br>11:45 am - 1:15 pm | | |
| 1:15 pm PDT | 200,000 Games and Going: The Pandemic Kept Us Apart, But My WordPress Project Brought Us Together<br>1:15 pm - 2:00 pm<br>Corey Maass<br>Showcase | Scaling Your Agency: Lessons Learned the Hard Way<br>1:15 pm - 2:00 pm<br>Karena Kreger, Gina Deaton | WordPress Bootcamp for Educators: Turn Your Knowledge into Engaging Courses<br>1:15 pm - 2:00 pm<br>Carrie Dils |
| 2:00 pm PDT | Break<br>2:00 pm - 2:15 pm | | |
| 2:15 pm PDT | Leveraging AI to Accelerate Your Digital Workflow<br>2:15 pm - 3:00 pm<br>Robbie Adair | Enhancing WordPress Accessibility: Tools, Techniques, and Real-World Solutions<br>2:15 pm - 3:00 pm<br>Jennifer Dust, Eli Frigoli | Innovative Pricing Strategies to Grow Your WordPress Business<br>2:15 pm - 3:00 pm<br>Brian Rotsztein |
| 3:00 pm PDT | Break<br>3:00 pm - 3:30 pm | | |
| 3:30 pm PDT | **Mt. Hood (Oregon Ballroom)**<br>Sponsor Raffles<br>3:30 pm - 3:45 pm | | |
| 3:45 pm PDT | **Mt. Hood (Oregon Ballroom)**<br>An In-Person Q&A With Matt Mullenweg<br>3:45 pm - 4:45 pm<br>Matt Mullenweg<br>Keynote | | |
| 4:45 pm PDT | **Mt. Hood (Oregon Ballroom)**<br>Closing Announcements<br>4:45 pm - 4:55 pm | | |

## Campfire

| | |
|---|---|
| 10:00 am PDT | |
| | **WordCamp US Lounge**<br>Learning WordPress as a Neurodivergent Person<br>10:00 am - 10:45 am<br>Eduardo Telaya |
| 2:15 pm PDT | |
| | **WordCamp US Lounge**<br>Let's Talk Hosting |



