# EXHIBIT 12

WordCamp US 2024 is over. Check out **the next edition!**

WordCamp US is the premier North American event for web professionals



News   About   Community   Schedule   Tickets

# An In-Person Q&A With Matt Mullenweg

Presented by **Matt Mullenweg**

Friday 3:45 PM PDT

Location: **Mt. Hood (Oregon Ballroom)**

In this session, Matt Mullenweg, co-founder of WordPress, will answer live questions from WordCamp US attendees.

**Privacy & Cookies:** This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, please see here: **Cookie Policy**

Close and accept

WordCamp US 2024 is over. Check out the next edition!

Portland, Oregon, September 17-20, 2024

Oregon Convention Center
777 NE Martin Luther King Jr Blvd,
Portland, Oregon 97232 USA

## About

About WordCamp US

Attendees

Schedule

Sponsors

## Get Involved

Contributor Day

Tickets

## Information

Code of Conduct

Contact

Location

Visa Letters

Proudly powered by WordPress, Volunteers, and Sponsors.

WordCamp Central | Privacy Policy

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, please see here: Cookie Policy