# EXHIBIT 13

1  Michael M. Maddigan (Bar No. 163450)
   michael.maddigan@hoganlovells.com
2  **HOGAN LOVELLS US LLP**
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
4  Telephone: (310) 785-4600

5  Neal Kumar Katyal, *pro hac vice*
   neal.katyal@hoganlovells.com
6  Anna Kurian Shaw, *pro hac vice*
   anna.shaw@hoganlovells.com
7  Lauren Cury, *pro hac vice*
8  lauren.cury@hoganlovells.com
   Hadley Dreibelbis, *pro hac vice*
9  hadley.dreibelbis@hoganlovells.com
   **HOGAN LOVELLS US LLP**
10 555 Thirteenth Street NW
   Washington, D.C. 20004
11 Telephone: (202) 637-5600
12
   Jiaxing (Kyle) Xu (Bar No. 344100)
13 kyle.xu@hoganlovells.com
   **HOGAN LOVELLS US LLP**
14 4 Embarcadero Center, Suite 3500
   San Francisco, CA 94103
15 Telephone: (415) 374-2300
16
   *Attorneys for Defendants Automattic Inc. and*
17 *Matthew Charles Mullenweg*

18         **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19                    **SAN FRANCISCO DIVISION**

20 | WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
21 | | |
   | Plaintiff, | **MANUAL FILING NOTIFICATION** |
22 | | |
   | vs. | Exhibit 13 - Audio-visual recording of portion of a Twitch livestream show, posted to ThePrimeTime YouTube channel on September 26, 2024, entitled "Matt Talks About WordPress Situation" |
23 | | |
24 | AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | |
25 | | |
26 | Defendants. | |
27 | | Judge: Hon. Araceli Martinez-Olguin |
28

Case No. 3:24-cv-06917-AMO

MANUAL FILING NOTIFICATION

# MANUAL FILING NOTIFICATION

Regarding: Exhibit 13 to Defendants' Request for Judicial Notice in Support of Defendants' Combined Motion to Dismiss and Strike Plaintiff WPEngine's ("WPE") Amended Complaint.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at https://www.cand.uscourts.gov/ under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (please describe):

Dated: December 19, 2024

By: */s/ Michael M. Maddigan*
    Michael M. Maddigan

**HOGAN LOVELLS US LLP**
    Michael M. Maddigan (Bar No. 163450)
    Neal Kumar Katyal, *pro hac vice*
    Anna Kurian Shaw, *pro hac vice*
    Lauren Cury, *pro hac vice*
    Hadley Dreibelbis, *pro hac vice*
    Jiaxing (Kyle) Xu (Bar No. 344100)

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*