# EXHIBIT 14





in Search Home My Network 2 Jobs Messaging Notifications 15 For Business Learning

# Jan Dembowski · 3rd

Cisco

Consulting System Engineer, Cloud Security at Cisco

Huntington Station, New York, United States · Contact info

500+ connections

Message + Follow More

## About

I am an experienced network security engineer with a diverse history of information technology. I have expertise in Network Security, Risk Management/Control, Data Loss Prevention and Incident Management within the settings of major investment banks. I have a proven ability to solve complex problems and complete projects.

## Activity

906 followers

Posts Comments

Jan Dembowski reposted this

Allon Ram • 3rd+
Product Management Leader at Cisco Cloud Se...
5mo •

Join us to learn how Cisco Secure Access together with AppOmni SSPM applies zero trust principles end-to-end to secure your users ...more

AppOmni
8,832 followers

While traditional #ZeroTrust secures user access *to* applications, AppOmni and Cisco Security extends the zero trust ...more

20 · 2 reposts

Jan Dembowski reposted this

Lancy Lobo • 3rd+
Leading Technology and Services team at ePlus
1yr •

As I reflect on our Cisco Engage & Innovate event, our first post-pandemic event for Cisco's Greater NY Area customers, the African proverb, "it takes ...more

72 · 3 comments · 4 reposts

Show all posts →

## Experience

**Consulting System Engineer, Cloud Security at Cisco**
Cisco
Jul 2017 - Present · 7 yrs 6 mos
Greater New York City Area

**Senior Network Security and Services Engineer**
Credit Suisse
Jul 2007 - Jul 2017 · 10 yrs 1 mo
One Madison Avenue, New York, NY 10010

**Senior Engineer/VP**

More profiles for you

Nio N. · 3rd
L2 Desktop/site Support at Credit Suisse (AVP)
View profile

Maciej Makuch · 3rd
Network Engineer at Kaczmarski Group
View profile

Erik Peterson · 3rd
Systems Engineer at Cisco
View profile

Haydee Diaz · 3rd
Transaction Specialist II
View profile

John Atchison · 3rd+
Data Center Technician at USIS
Message

Show all

Explore Premium profiles

Corey Shota Rogers · 2nd
Paralegal
Connect

Jenny Fleury · 2nd
Partner at Hogan Lovells
Connect

Kaleigh J. · 2nd
Attorney (CA licensed)
Connect

Ryan W. Therrian · 2nd
Litigation Senior Paralegal Specialist at ArentFox Schiff LLP
Connect

People you may know
From Jan's company

Citigroup
Apr 2004 - Jul 2007 · 3 yrs 4 mos

**Network Security Engineer**
Deutsche Bank
Jun 2000 - Apr 2004 · 3 yrs 11 mos

Network Security Engineer

**Security Engineer**
Salomon Smith Barney
Sep 1999 - Jun 2000 · 10 mos

## Skills

### Business Continuity

Endorsed by Stanley A. T. and 2 others who are highly skilled at this

Endorsed by 3 colleagues at Cisco

26 endorsements

### Information Security Management

Endorsed by 10 colleagues at Credit Suisse

21 endorsements

Show all 42 skills →

## Recommendations

**Received**        Given

**Erik Mintz** · 3rd
25+ years focused on advancing cyber security operations and architectures.
February 20, 2008, Erik worked with Jan but on different teams

Jan is a true security professional. He is one of the most experienced practitioners of real-world asset risk management I have ever known. I can always trust Jan to provide the most educated perspective on computer security I can find.

## Interests

**Companies**        Groups

Cisco
6,671,539 followers
+ Follow

Credit Suisse
1,345,972 followers
+ Follow

Show all companies →

**Chris Dudkiewicz**
Senior Product Manager
Connect

**Shannon Tobin**
Executive Assistant at Cisco ·
Project Management•...
Connect

**Reni Thomas**
Let tomorrow be your best
Connect

**Courtney Firestone**
Project Specialist at Cisco
Connect

**Almira Rivera**
Project Manager at Cisco | MBA
Candidate | CSM | Veteran
Connect

Show all

**You might like**
Pages for you

Hogan Lovells Diversity,
Equity and Inclusion
Legal Services
3,291 followers
31 connections
follow this page
+ Follow

Hogan Lovells Germany –
Compliance &
Investigations
Legal Services
475 followers
1 connection follows this
page
+ Follow

Show all

See who's hiring
on LinkedIn.

About                    Accessibility              Talent Solutions                 Questions?
                                                                                          Visit our Help Center.
Professional Community Policies    Careers        Marketing Solutions
Privacy & Terms ▾        Ad Choices              Advertising                        Manage your account and privacy
                                                                                          Go to your Settings.
Sales Solutions          Mobile                   Small Business
                                                                                          Recommendation transparency
Safety Center                                                                            Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2024