1  Your Name: Michael Willman

2  Address: 5 Mecca Lane Washington, ME 04574

3  Phone Number: 1 (207) 242-4767

4  Email Address: michael@websiteredev.com

5  Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case Number: 3:24-cv-06917-AMO |
| Plaintiff, | **RE-NOTICE OF MOTION** |
| v. | DATE: None Set |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | TIME: None Set |
| | COURTROOM: None Set |
| Defendant. | JUDGE: Hon. Araceli Martinez-Olguin |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Intervenor, Michael Willman, hereby re-notices the hearing on its motion to intervene and motion for contempt, originally scheduled for February 23rd, 2025 before the Honorable Judge Araceli Martinez-Olguin.

Pursuant to the Court's instructions, the previously scheduled hearing date is vacated. The Court will set a new hearing date and notify the parties accordingly.

This re-notice of motion pertains solely to the scheduling of the hearing. No substantive changes have been made to the motion or supporting documents, which were originally filed on January 13th, 2025.

Respectfully submitted,

Date: 2025-01-17

Signature: *Michael Willman*

Print Name: Michael Willman