ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:   213.229.6652

*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*

MICHAEL WILLMAN
  michael@websiteredev.com
5 Mecca Lane
Washington, ME 04574
Telephone: 207.242.4767

*Non-Party Pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>          Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

# JOINT STIPULATION

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants") and non-party Michael Willman (collectively, the "Undersigned"), by and through their respective counsel or themselves, hereby stipulate and agree to the following:

**WHEREAS**, on January 13, 2025, Mr. Willman filed a Motion to Intervene (Dkt. 70) and a Motion for Contempt (Dkt. 71) (collectively, the "Motions"), noticing them for hearing on February 23, 2025;

**WHEREAS**, on January 21, 2025, the Court continued the hearing on the Motions to June 5, 2025 (Dkt. 74);

**WHEREAS**, pursuant to the docket in the above-captioned matter, responses to the Motions are due by January 27, 2025, and replies in support of the Motions are due by February 3, 2025;

**WHEREAS**, on January 22, 2025, Defendants retained new counsel in this matter, as detailed in the accompanying Declaration of Rosemarie T. Ring;

**WHEREAS**, as further detailed in the Ring Declaration, to permit Defendants' new counsel time to transition into the case, review the voluminous pleadings and orders filed to date, and adequately prepare responses to the Motions, and in light of the fact that the hearing on the Motions remains more than five months away, the Undersigned agree there is good cause for an extension of the time to file responses to the Motions until February 19, 2025;

**WHEREAS**, if the time to file responses to the Motions is extended until February 19, 2025, the Undersigned also agree that there is good cause for an extension of the time for Mr. Willman to file reply briefs in support of the Motions until March 5, 2025;

**NOW THEREFORE**, the Undersigned accordingly agree and jointly request to extend the briefing on the Motions, as follows:

1. Responses to Non-Party Michael Willman's Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkt. 71) shall be filed on or before February 19, 2025.

2. Replies in Support of Non-Party Michael Willman's Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkt. 71) shall be filed on or before March 5, 2025.

The requested extension of these deadlines as set forth above will not affect any other date previously ordered by the Court, or the overall schedule in this case.

**IT IS SO STIPULATED**

DATED: January 24, 2025					GIBSON, DUNN & CRUTCHER LLP

							By:      */s/ Rosemarie T. Ring*
							                  Rosemarie T. Ring

							*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*

DATED: January 24, 2025

							By:      *Michael Willman*
							                  Michael Willman

## [PROPOSED] ORDER

By joint stipulation on January 24, 2025, Defendants Automattic Inc. and Matthew Charles Mullenweg and Non-Party Michael Willman submitted the *Joint Stipulation and [Proposed] Order Regarding Brief Schedule* (the "Joint Stipulation").

NOW THEREFORE, the Court approves the Joint Stipulation and ORDERS as follows:

1. Responses to Non-Party Michael Willman's Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkt. 71) shall be filed on or before February 19, 2025.
2. Replies in Support of Non-Party Michael Willman's Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkt. 71) shall be filed on or before March 5, 2025.

IT IS SO ORDERED.

Dated: _____, 2025

By: _____
Honorable Araceli Martinez-Olguin
United States District Judge

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that Non-Party Michael Willman has concurred in this filing.

*/s/ Rosemarie T. Ring*
Rosemarie T. Ring