Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF MATTHEW CHARLES MULLENWEG IN SUPPORT OF DEFENDANTS' OPPOSITION TO NON-PARTY MICHAEL WILLMAN'S MOTION TO INTERVENE AND MOTION FOR CONTEMPT**<br><br>Judge: Hon. Araceli Martinez-Olguin<br>Courtroom: 10<br>Hearing Date: June 5, 2025<br>Hearing Time: 2:00 P.M. |

1  I, Matthew Charles Mullenweg, declare as follows:

2  1. I make this declaration in support of Defendants Automattic Inc. and Matthew Charles Mullenweg's (collectively, "**Defendants**") Opposition to Non-Party Michael Willman's Motion to Intervene and Motion for Contempt. I have personal knowledge of the facts set forth in this declaration and could testify competently to them under oath if called as a witness.

2. I am a co-founder of the open-source web publishing software WordPress and the founder of Automattic, where I am currently the President and CEO. I am also a founding director of the WordPress Foundation, a nonprofit public benefit corporation organized exclusively for charitable, scientific, and educational purposes. In addition, I own the domain name www.WordPress.org individually. I also manage the website WordPress.org (the "**Website**") to benefit the WordPress community.

3. In my role as manager of the Website, I also serve as a community leader for the wordpress.slack.com workspace.

4. The wordpress.slack.com workspace is a resource for WordPress contributors to discuss WordPress software developments, collaborate on issues and solutions, and create community through discussions and events.

5. This Slack workspace is made up of various channels organized by topic in which users can participate, including #meta, #community-team, and #ranting, among others.

6. Individuals can, and have, expressed disagreement about my actions within the #ranting channel without violating the Community Code of Conduct.

7. On or around January 16, 2025, I reviewed the WordPress.org account of Michael Willman, which was used to initially access the wordpress.slack.com workspace. Upon review of this account, I confirmed that this account was created on October 10, 2024.

8. I also confirmed on or around January 16, 2025 that Michael Willman's first post in the wordpress.slack.com workspace using this WordPress.org account was created on October 10, 2024.

9. On January 3, 2025, the account operated by username "Michael Willman" was banned from the wordpress.slack.com workspace for repeated and egregious violations of the Community Code of Conduct.

10. On or around January 4, 2025, I reviewed the secondary Slack account created by Michael Willman, identified at @mwillman1991, to access the wordpress.slack.com workspace after the account operated by username "Michael Willman" was banned. Upon review of this account, I confirmed that this account was created on January 4, 2025.

11. On January 4, 2025, the account operated by @mwillman1991 was banned from the wordpress.slack.com workspace as well due to continued violations of the Community Code of Conduct.

12. I confirm that Michael Willman has not been banned from accessing the Website at any time prior to or postdating September 20, 2024.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: January 27, 2025

By: */s/ Matthew Charles Mullenweg*
      Matthew Charles Mullenweg

**ATTESTATION**

I, Lauren Cury, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Matthew Charles Mullenweg has concurred in the aforementioned filing.

Dated: January 27, 2025                    */s/ Lauren Cury*
                                           Lauren Cury