Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF HADLEY DREIBELBIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO NON-PARTY MICHAEL WILLMAN'S MOTION TO INTERVENE AND MOTION FOR CONTEMPT**<br><br>Judge: Hon. Araceli Martinez-Olguin<br>Courtroom: 10<br>Hearing Date: June 5, 2025<br>Hearing Time: 2:00 P.M. |

I, Hadley Dreibelbis, declare as follows:

1. I am an associate in the law firm of Hogan Lovells US LLP, counsel of record for Defendants Automattic, Inc. and Matthew Charles Mullenweg (collectively, "**Defendants**"). I am one of the attorneys responsible for representing Defendants in this action. I make this Declaration in support of Defendants' Opposition to Non-Party Michael Willman's Motion to Intervene and Motion for Contempt. I have personal knowledge of the facts stated in this declaration and would, if called as a witness, competently testify to those facts.

2. Attached at **Exhibit 1** hereto is a true and correct copy of a website screenshot of a comment posted by r/WillmanRacing on subreddit r/WPDrama, https://www.reddit.com/r/WPDrama/comments/1i1p4pb/comment/m78cw4o/, captured January 26, 2025.

3. Attached at **Exhibit 2** hereto is a true and correct copy of a screenshot of messages posted to the #meta channel within the wordpress.slack.com workspace beginning October 10, 2024, captured January 16, 2025.

4. Attached at **Exhibit 3** hereto is a true and correct copy of a screenshot of messages posted to the wordpress.slack.com workspace beginning October 14, 2024, captured January 16, 2025.

5. Attached at **Exhibit 4** hereto is a true and correct copy of a website screenshot of the moderator list for subreddit /WPDrama, https://www.reddit.com/mod/WPDrama/moderators/, captured January 26, 2025.

6. Attached at **Exhibit 5** hereto are true and correct copies of website screenshots of comments posted by r/WillmanRacing on subreddit r/WPDrama, https://www.reddit.com/r/WPDrama/comments/1i1g6q5/comment/m76q8ff/, captured January 26, 2025.

7. Attached at **Exhibit 6** hereto is a true and accurate copy of a website screenshot of a comment posted by r/WillmanRacing on subreddit r/WPDrama, https://www.reddit.com/r/WPDrama/comments/1i1p4pb/comment/m78m7z1/, captured January 26, 2025.

8.      Attached at **Exhibit 7** hereto is a true and accurate copy of the WordPress Community Code of Conduct, https://make.wordpress.org/handbook/community-code-of-conduct/, captured January 26, 2025.

9.      Attached at **Exhibit 8** hereto are true and correct copies of screenshots from an archived version of the WordPress Community Code of Conduct dated August 28, 2024, https://web.archive.org/web/20240828233945/https://make.wordpress.org/handbook/community-code-of-conduct/, captured January 26, 2025.

10.     Attached at **Exhibit 9** hereto is a true and correct copy of a screenshot of messages posted to the #meta channel within the wordpress.slack.com workspace on October 12, 2024, captured January 16, 2025.

11.     Attached at **Exhibit 10** hereto is a true and correct copy of a screenshot of messages posted to the wordpress.slack.com workspace beginning October 16, 2024, captured January 16, 2025.

12.     Attached at **Exhibit 11** hereto is a true and correct copy of a screenshot of messages posted to the wordpress.slack.com workspace beginning December 23, 2024, captured January 16, 2025.

13.     Attached at **Exhibit 12** hereto is a true and correct copy of a screenshot of messages posted to the #meta channel within the wordpress.slack.com workspace beginning October 10, 2024, captured January 16, 2025.

14.     Attached at **Exhibit 13** hereto is a true and correct copy of a screenshot of messages posted to the #meta channel within the wordpress.slack.com workspace beginning October 13, 2024, captured January 16, 2025.

15.     Attached at **Exhibit 14** hereto is a true and correct copy of a website screenshot of a comment posted by r/WillmanRacing on subreddit r/WPDrama,

16.     Attached at **Exhibit 15** hereto is a true and correct copy of electronic correspondence sent from Defendants' counsel to WPEngine, Inc.'s ("**WP Engine**") counsel on December 11, 2024.

17.     Attached at **Exhibit 16** hereto is a true and correct copy of electronic

correspondence sent from WP Engine's counsel to Defendants' counsel on December 13, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of January, 2025, in Washington, District of Columbia.

By:  */s/ Hadley Dreibelbis*
     Hadley Dreibelbis

**ATTESTATION**

I, Lauren Cury, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Hadley Dreibelbis has concurred in the aforementioned filing.

Dated: January 27, 2025                                          */s/ Lauren B. Cury*
                                                                                    Lauren B. Cury