# EXHIBIT 1

Skip to main content  r/WPDrama  Search in r/WPDrama  Log In

**r/WPDrama** • 12 days ago
WillmanRacing

# Motion to Intervene & Motion for Contempt Filed in WPEngine, Inc. v. Automattic Inc.

websiteredev.com    Open

⬆ 76 ⬇    💬 77    🏅    ↗ Share

**r_bluehost** • Promoted

Hey Reddit, got products to sell? 🛒 Bluehost is here to help you set up shop online. With our AI tools, you can onboard in minutes and get a custom, ready-to-go WordPress site.

Learn More    bluehost.com



Single comment thread    See full discussion

**WillmanRacing** OP • 12d ago

Skip to main content  Log In

My man, not only did I check the box, I went into Slack and pinged Matt to tell him I did so and gave him my dang address to boot! That all happened after I lost the contract though, the first I heard about the check box was when my client called me about it. All they wanted to know was: 1. Did I have clients that used WP Engine? 2. Did I have clients impacted by this? 3. Were any of my clients concerned by this?

My sincere answer to those three was all yes, and that is all it took to lose the contract. Keep in mind, we signed it just a few days before and the guy was spending the time between then and the check box being added researching Wordpress and trying to learn about it.

> He's trying to make this drama about him.

I have above average damages as a result of this, but otherwise I am literally no different than anyone else here beyond my willingness to take action in response to what Matt has done. What's going to happen is, I'm going to sit in the corner and occasionally submit some evidence or ask a question.

> This is stupid as fuck

Yes. I agree. Its stupid as fuck. Guilty as charged. I know it is.

What else am I supposed to do? Crawl into a ditch and die?

25  Reply  ...

 r/WPDrama • 12 days ago

New Rule - No Armchair Diagnosis

125 upvotes · 109 comments

 r/wallstreetbets • 2 yr. ago

so we're going to ignore this



459 upvotes · 209 comments

 r/Justrolledintotheshop • 6 mo. ago

It's a 'Bird, it's a plane, it's ....



1.1K upvotes · 138 comments

Case 3:24-cv-06917-AMO    Document 83-1    Filed 01/27/25    Page 4 of 6

Skip to main content     Log In


0:33

284 upvotes · 153 comments

 r/nba • 8 yr. ago

Ernie Johnson talking about Shaq and Chuck in the Dan Patrick Show


youtube

62 upvotes · 16 comments

 r/WPDrama • 17 days ago

It was a good run

107 upvotes · 14 comments

 r/WPDrama • 1 mo. ago

Deleted my WordPress.org account

129 upvotes · 31 comments

 r/WPDrama • 6 days ago

Lost $200k and much more contract due to Matts WordPress Drama.

144 upvotes · 85 comments

 r/WPDrama • 7 days ago

The founding documents of the WordPress Foundation are damning

182 upvotes · 69 comments

 r/WPDrama • 13 days ago

A potential explanation for why all this drama is happening now…

194 upvotes · 61 comments

 r/WPDrama • 13 days ago

Which is what Matt should do as well.



130 upvotes · 14 comments

 r/WPDrama • 13 days ago

Matt comments he may blow off the entire WP ecosystem if the lawsuits end badly (for him)



Skip to main content                                                                                                     Log In

**Kara Swisher leaves WordPress in the Dust.**



177 upvotes · 25 comments

 r/WPDrama • 18 days ago

**Matt disbands sustainability team after representative steps down in protest**



158 upvotes · 65 comments

 r/WPDrama • 16 days ago

**Matt banned joost, Karim and others**



133 upvotes · 118 comments

 r/WPDrama • 7 days ago

**Founding Foundation documents state that the Foundation was to manage the repository**



102 upvotes · 14 comments

 r/WPDrama • 9 days ago

**"The person who did it" wants you to shut up**



100 upvotes · 89 comments

 r/Wordpress • 5 days ago

**GoDaddy pledges $520,000 to the WordPress Community Collective**

198 upvotes · 112 comments

 r/Wordpress • 12 days ago

**Ask me anything, I am a WordPress Performance Optimisation freak!**

153 upvotes · 375 comments

 r/Wordpress • 18 days ago

**Matt disbands sustainability team after representative steps down in protest**

222 upvotes · 96 comments

    Log In

292 upvotes · 93 comments

 r/Wordpress • 16 days ago

**Matt trolling those trying to maintain WP and banning them from .org**

247 upvotes · 252 comments

 r/Wordpress • 11 days ago

**Mullenweg's Grip On WordPress Challenged In New Court Filing**



159 upvotes · 57 comments

 r/Wordpress • 17 days ago

**Automattic will reduce its contributions to WordPress to 45 hours a week, focus on for-profit projects within Automattic instead: WordPress.com, Pressable, WPVIP, Jetpack, and WooCommerce**

185 upvotes · 408 comments

 r/Wordpress • 5 days ago

**Advice needed: I run a solo WP agency. If I get hit by a bus, my clients are gonna be hosed. What to do?**

111 upvotes · 120 comments