# EXHIBIT 2

# Thread    # meta

**Michael Willman**  Oct 10th, 2024 at 6:55 AM

Hey @matt, I wanted to let you know that I willfully clicked your checkbox on the new account registration page. That is despite being an indisputable WP Engine affiliate, as I have been part of their affiliate program for several years. I just wanted to send over my legal details so you know where to send any demand letters or lawsuits.

Michael Willman
CEO - Website Redev
5 Mecca Lane
Washington, ME 04574

michael@websiteredev.com

👍 2

38 replies

**matt**  Oct 10th, 2024 at 7:19 AM

I haven't filed any lawsuits, only WPE has. 🙂

It's your choice based on your ethics and principles to check the box or not. You chose to despite considering yourself an affiliate? That's fine. People lie all the time. You can still use WordPress.org just fine.

I checked out your site, I think it's amazing you've built a business with 8 employees (distributed!) building WordPress sites.

You mention Jonathan Perkins on your home page, you should link to your clients! I had to Google him to find the site. It loads super fast, just like yours. One suggestion I'd make for their site is that on desktop, it's common for users to "click" a dropdown menu, which in your implementation adds a # and kind of disappears the menu in an inconsistent way. I've attached a quick video to show what I mean. On mobile it works great, though.

I hope you're very successful and can scale even beyond what you've achieved already.

People are always asking me for developer referrals and I have a lot of friends in Maine, if you ever switch off WPE let me know so I can send them your way.

Welcome to the WordPress community! This #meta channel is really more for improving the website. A message like this would probably be better as a DM in the future, especially since it includes personal details.

2 files





😂 1   👀 2   ❤️ 9   🌟 1   🤩 2

**Michael Willman**  Oct 10th, 2024 at 7:24 AM

We actually did not build their current site, we did a rescue mission for them after another agency held them hostage and then they built a new site after.

Our most recent project can be found here: https://strongeru.com/af360/

Sadly we have to deal with their legacy site infrastructure (im not personally a fan of beaver builder), but we are in the process of a full rebuild. Would love your feedback on the landing page though.

🅤 **Stronger U Nutrition**
**Fast-track Your Wellness Goals with the AF360 Challenge - Stronger U Nutrition**
Prioritize whole-you health with leveled-up training, nutrition, and recovery support