# EXHIBIT 3

**matt** Oct 14th, 2024 at 12:04 PM
Who's the contract with? Maybe I can help

👍 👍 2   🤡 5   😊+

**Adam Lowe** Oct 14th, 2024 at 12:06 PM
I'm just one player on the project team. It's in the hands of their CIO, CMO, and GC now. I'll pass along your message.

**Michael Willman** Oct 14th, 2024 at 4:18 PM
I understand your pain @Adam Lowe, we just lost a $14k project over this issue and are seeing our largest client (over $10k MRR) openly talk to Shopify, BigCommerce and Webflow sales teams as we speak.

😢 2   ❤️ 1   😊+

**Adam Lowe** Oct 14th, 2024 at 4:20 PM
When I have clients saying things like "maybe we should stick with Sitecore" I die a little inside...

**Michael Willman** Oct 14th, 2024 at 4:20 PM
🫠

4:21  The client we lost went with a Drupal developer instead....

😢 1   😊+

**Tyler Stokes** Oct 14th, 2024 at 4:29 PM
Yeah I feel the pain here too. I've had my fair share of struggles to retain customers and gain new ones.

**Dan** Oct 15th, 2024 at 10:50 AM
Nice of Matt to offer help but I think he'd be the last person I'd be wanting help from right now.

➕ 3   😊+

**Michael Willman** Oct 15th, 2024 at 10:51 AM
The offer of help is conditional on us losing a significant revenue stream from past WP Engine referrals with no guarantee we will actually see any work.

❗ 1   😑 1   💔 1   😊+

We don't refer clients to WP Engine anymore but I still make healthy revenue from my past referrals.

**Dan** Oct 15th, 2024 at 10:56 AM
That sadly doesn't surprise me. Never been so disappointed in Matt.