# EXHIBIT 4

# r/WPDrama moderators

| USERNAME | PERMISSIONS | You can edit | JOINED |
|---|---|---|---|
|  u/Devnik | Everything | No | 3:04 AM Oct 10, 2024 |
|  u/WillmanRacing | Users, Channels, Chat config, Chat operator, Community chat, Config, Flair, Mail, Posts & Comments, Wiki | No | 5:52 PM Oct 12, 2024 |
| u/iknownothing66 | Users, Channels, Chat config, Chat operator, Community chat, Config, Flair, Mail, Posts & Comments, Wiki | No | 7:37 AM Jan 18, 2025 |