# EXHIBIT 5

Skip to main content       r/WPDrama  ✕     Search in r/WPDrama                                               Log In     ⋯

### r/WPDrama • 12 days ago
WillmanRacing

# New Rule - No Armchair Diagnosis

We have just added a new rule to the subreddit regarding armchair diagnosis of mental illness or drug use. I have avoided taking action on such messages so far, honestly out of anger, but it has been pointed out to me that nothing justifies such messages towards Matt and I must agree with that logic. Its not that I care about how it impacts Matt, but I do care about how it impacts anyone else. I do not want to belittle anyone else's mental struggles, and I know I have had plenty of my own over the past several months.

Therefore, I need to ask everyone to please refrain from messages implying that Matt Mullenweg is mentally unwell or ill. I don't like to restrict people's ability to discuss this issue but I also want to be able to prevent the subreddit from being astroturfed by reports and I want everyone of all stripes to feel safe here.

Read more ⌄

⬆ 125 ⬇     💬 109       🏅        ↗ Share

 r_bluehost • Promoted                                                                                                  ⋯

Hey small business owners, let our AI tools handle your WordPress site design so you can get back to business. 📈

Learn More                                                                  bluehost.com



Single comment thread                                                                        See full discussion

 WillmanRacing OP • 12d ago

I know who it is, and I'm not giving into anyone. You can say literally anything else about him that you want, and I'll probably upvote it. This is about keeping the subreddit from being banned, not allowing content that violates TOS. If people keep posting this over and over, and I do nothing, then they will remove me as moderator and ban the subreddit.

!remindMe 2 days

Want to see if you still think I'm giving into Matt after my next act.

Skip to main content                                                                                            Log In

This is how bullies escape accountability. People giving them more grace than they give everyone else. Bullies don't deserve kid gloves.

1    Reply

**WillmanRacing** OP • 12d ago

I want to see if you still think that in two days.

3    Reply

**darkly1977** • 12d ago

I agree with your reasoning Willman. And I say that as someone who's dealt with narcissists for most of my life, from parents, bosses and partners; it's clear to me what Matt is, and personally I feel that it's cathartic and supportive to say it out loud...

**However**, if saying that publicly risks this sub being closed, it's not worth it at all. This is a good space, and there's ways to talk about things that don't break the TOS.

I've also feel that blaming treatable issues like bipolar or drugs removes accountability, and lumps people who potentially want help in with a lot of bad behaviours; I've known people in that situation, and they'd much prefer to not be in it. Whereas I've never seen someone get over narcissism. They just get worse, or get better at hiding, but always seem to enjoy causing pain. So the only "fix" is learning how to recognise and avoid them.

3    Reply

**WillmanRacing** OP • 12d ago

Hey, good news, the party came in early.

https://www.reddit.com/r/WPDrama/comments/1i1p4pb/motion_to_intervene_motion_for_contempt_filed_in/

Am I still letting him escape accountability? ;)

2    Reply

**mbatt2** • 12d ago

I take back what I said!

2    Reply

(+) 1 more reply

**RemindMeBot** • 12d ago

Skip to main content   Log In

Parent commenter can delete this message to hide from others.

Info    Custom    Your Reminders    Feedback

↑ 1 ↓    💬 Reply   ...

 r/WPDrama • 1 mo. ago
Deleted my WordPress.org account
129 upvotes · 31 comments

 r/WPDrama • 17 days ago
It was a good run
107 upvotes · 14 comments

 r/WPDrama • 13 days ago
A potential explanation for why all this drama is happening now...
194 upvotes · 61 comments

 r/ScamandaPodcast • 20 days ago
 SPOILER
I don't know if this has been mentioned before, but..
43 upvotes · 4 comments

 r/WPDrama • 7 days ago
The founding documents of the WordPress Foundation are damning
182 upvotes · 69 comments

 r/TaylorSwift • 9 mo. ago
What is one word you can't believe Taylor managed to fit into a song?
671 upvotes · 761 comments

 r/reddeadredemption • 6 yr. ago
John and Jonah roasting each other are some of my favorite moments in the first game

0:14
232 upvotes · 27 comments

Skip to main content                                                                                                           Log In

145 upvotes · 85 comments

 r/WPDrama • 13 days ago

Which is what Matt should do as well.



130 upvotes · 14 comments

 r/WPDrama • 13 days ago

Matt comments he may blow off the entire WP ecosystem if the lawsuits end badly (for him)



126 upvotes · 180 comments

 r/WPDrama • 17 days ago

Kara Swisher leaves WordPress in the Dust.



177 upvotes · 25 comments

 r/WPDrama • 16 days ago

Matt banned joost, Karim and others



133 upvotes · 118 comments

 r/WPDrama • 18 days ago

Matt disbands sustainability team after representative steps down in protest



158 upvotes · 65 comments

 r/WPDrama • 7 days ago

Founding Foundation documents state that the Foundation was to manage the repository



102 upvotes · 14 comments

 r/WPDrama • 10 days ago

"The person who did it" wants you to shut up



Skip to main content   Log In

**Ask me anything, I am a WordPress Performance Optimisation freak!**

153 upvotes · 375 comments

 r/Wordpress • 5 days ago

**GoDaddy pledges $520,000 to the WordPress Community Collective**

198 upvotes · 112 comments

 r/Wordpress • 16 days ago

**An open letter to Matt Mullenweg**

292 upvotes · 93 comments

 r/Wordpress • 5 days ago

**Advice needed: I run a solo WP agency. If I get hit by a bus, my clients are gonna be hosed. What to do?**

111 upvotes · 120 comments

 r/Wordpress • 18 days ago

**Matt disbands sustainability team after representative steps down in protest**

222 upvotes · 96 comments

 r/Wordpress • 16 days ago

**Matt trolling those trying to maintain WP and banning them from .org**

247 upvotes · 252 comments

 r/Wordpress • 12 days ago

**Mullenweg's Grip On WordPress Challenged In New Court Filing**



159 upvotes · 57 comments

 r/Wordpress • 17 days ago

**Automattic will reduce its contributions to WordPress to 45 hours a week, focus on for-profit projects within Automattic instead: WordPress.com, Pressable, WPVIP, Jetpack, and WooCommerce**

185 upvotes · 408 comments

 r/Wordpress • 12 days ago

**Mullenweg Says Lawsuits Could End WordPress**



   Log In

I created the ultimate, 100% reliable anti-spam solution for WordPress. Thank me later. 

211 upvotes   ·   44 comments