# EXHIBIT 6

Skip to main content r/WPDrama Search in r/WPDrama Log In

r/WPDrama • 12 days ago
WillmanRacing

# Motion to Intervene & Motion for Contempt Filed in WPEngine, Inc. v. Automattic Inc.

websiteredev.com Open

75 77 Share

RoomSketcher • Promoted

Draw your floor plan with our easy-to-use floor plan software. Or let us draw for you: Just upload a blueprint or sketch and place your order!

roomsketcher.com View More

Single comment thread See full discussion

WillmanRacing OP • 12d ago





     



1/26/25, 10:13 PM Case 3:24-cv-06917-AMO Motion to Intervene & Motion for Contempt filed in WPEngine, Inc. v. Automattic, Inc. : r/WPDrama Document 83-6 Filed 01/27/25 Page 3 of 6

Skip to main content  Log In

There are additional documents that I am going to attempt to file under seal once it gets to that point. Unfortunately not every single point can be covered publicly.

> The ban didn't stop you from doing any work. Easy enough to sign up for another account.

I lost work due solely to the damage to my reputation, my client never asked if I could evade or get around the ban.

> By your own admission, you were only banned after egging Matt on.

For using the ranting channel for a legitimate purpose, as it was presented for use and within the terms of the Code of Conduct. I fail to see any difference between those messages and earlier exchanges between myself and Matt, including one that he ended up turning into an announcement on that very Slack server.

If my actions are somehow harassing or similar, then you would think he would refrain from continuing to frequent communities that I moderate myself. And maybe not thank me for my moderation actions here *checks notes* just a few hours ago.

I don't dispute in any way that I was being argumentative and combative. I was. But, what else is the purpose of that channel? Is it not for people impacted to rant about the issues?

If Matt had never created such a channel, I would never even think about filing this. If he banned me for posting that to #meta or #community-team, I wouldn't have a leg to stand on.

And that's really this whole thing. He just keeps *going* and *going* and *going*. If I need to risk further financial ruin, sell everything I own to buy a trailer and park it next to the court house for a year, then so be it.

11    Reply

 jengl • 12d ago

 r/wallstreetbets • 2 yr. ago

so we're going to ignore this

459 upvotes · 209 comments



 r/WPDrama • 12 days ago

New Rule - No Armchair Diagnosis

125 upvotes · 109 comments

 r/WPDrama • 17 days ago

It was a good run

1/26/25, 10:13 PM
Case 3:24-cv-06917-AMO   Document 83-6   Filed 01/27/25   Page 4 of 6
Motion to Intervene & Motion for Contempt filed in WPEngine, Inc. v. Automattic, Inc. : r/WPDrama

Skip to main content 

Log In

**Deleted my WordPress.org account**

129 upvotes · 31 comments

 r/Justrolledintotheshop • 6 mo. ago

**It's a 'Bird, it's a plane, it's ....**



1.1K upvotes · 138 comments

 r/Colts • 5 mo. ago

**No flag?**



284 upvotes · 153 comments

 r/nba • 8 yr. ago

**Ernie Johnson talking about Shaq and Chuck in the Dan Patrick Show**



62 upvotes · 16 comments

 r/WPDrama • 6 days ago

**Lost $200k and much more contract due to Matts WordPress Drama.**

145 upvotes · 85 comments

 r/WPDrama • 7 days ago

**The founding documents of the WordPress Foundation are damning**

182 upvotes · 69 comments

 r/WPDrama • 13 days ago

**A potential explanation for why all this drama is happening now...**

194 upvotes · 61 comments

 r/WPDrama • 13 days ago

**Which is what Matt should do as well.**



130 upvotes · 14 comments

1/26/25, 10:13 PM
Case 3:24-cv-06917-AMO   Document 83-6   Filed 01/27/25   Page 5 of 6
Motion to Intervene & Motion for Contempt filed in WP Engine, Inc. v. Automattic, Inc. : r/WPDrama

Skip to main content  Log In

126 upvotes · 180 comments

 r/WPDrama • 17 days ago 

**Kara Swisher leaves WordPress in the Dust.**

177 upvotes · 25 comments

 r/WPDrama • 18 days ago 

**Matt disbands sustainability team after representative steps down in protest**

158 upvotes · 65 comments

 r/WPDrama • 16 days ago

**Matt banned joost, Karim and others**

133 upvotes · 118 comments

 r/WPDrama • 7 days ago 

**Founding Foundation documents state that the Foundation was to manage the repository**

102 upvotes · 14 comments

 r/WPDrama • 10 days ago 

**"The person who did it" wants you to shut up**

100 upvotes · 89 comments

 r/Wordpress • 5 days ago

**GoDaddy pledges $520,000 to the WordPress Community Collective**

198 upvotes · 112 comments

 r/Wordpress • 12 days ago

**Ask me anything, I am a WordPress Performance Optimisation freak!**

153 upvotes · 375 comments

1/26/25, 10:13 PM
Motion to Intervene & Motion for Contempt filed in WPEngine, Inc. v. Automattic, Inc. : r/WPDrama
Case 3:24-cv-06917-AMO   Document 83-6   Filed 01/27/25   Page 6 of 6

   Log In

222 upvotes · 96 comments

 r/Wordpress • 16 days ago

### An open letter to Matt Mullenweg

292 upvotes · 93 comments

 r/Wordpress • 16 days ago

### Matt trolling those trying to maintain WP and banning them from .org

247 upvotes · 252 comments

 r/Wordpress • 12 days ago

### Mullenweg's Grip On WordPress Challenged In New Court Filing



159 upvotes · 57 comments

 r/Wordpress • 17 days ago

### Automattic will reduce its contributions to WordPress to 45 hours a week, focus on for-profit projects within Automattic instead: WordPress.com, Pressable, WPVIP, Jetpack, and WooCommerce

185 upvotes · 408 comments

 r/Wordpress • 5 days ago

### Advice needed: I run a solo WP agency. If I get hit by a bus, my clients are gonna be hosed. What to do?

111 upvotes · 120 comments