# EXHIBIT 8

350 captures
26. Jan 2022 – 26. Jan 2025

JUL AUG SEP
2023 **28** 2025
2024

Page 2 of 2

# Make WordPress

Meetings  Team Updates  Project Updates  Five for the Future  Contributor Handbook

## Community Code of Conduct

> ℹ️ This is a living document, and your feedback and questions are welcome. If you have suggested edits for this, please email the Community Team at support@wordcamp.org.

Based on the [Contributor Covenant Code of Conduct](#)

### TOPICS
- Our Pledge
- Our Expectations
- Interpretation
- Enforcement Responsibilities
- Scope
- Enforcement
- Enforcement Guidelines
  - 1. Correction
  - 2. Warning
  - 3. Temporary Ban
  - 4. Permanent Ban
- Modifications to the Community CoC
- Attribution

## 🔗 Our Pledge

We as members, contributors, and leaders pledge to make participation in our community a harassment-free experience for everyone, regardless of age, body size, visible or invisible disability, ethnicity, sex characteristics, gender identity and expression, level of experience, education, socio-economic status, nationality, personal appearance, race, caste, color, religion, or sexual identity and orientation.

We pledge to act and interact in ways that contribute to an open, welcoming, diverse, inclusive, and healthy community.

Top ↑

## 🔗 Our Expectations

Examples of behavior that contributes to a positive environment for our community include:

- Demonstrating empathy and kindness toward other people
- Being respectful of differing opinions, viewpoints, and experiences
- Giving and gracefully accepting constructive feedback
- Accepting responsibility and apologizing to those affected by our mistakes, and learning from the experience
- Focusing on what is best not just for us as individuals, but for the overall community

Examples of unacceptable behavior include:

- The use of sexualized language or imagery, and sexual attention or advances of any kind
- Insulting or derogatory comments, taunting or baiting, and personal or political attacks
- Public or private harassment
- Publishing others' private information, such as a physical or email address, without their explicit permission
- Other conduct which could reasonably be considered inappropriate in a professional setting

**Influencing Unacceptable Behavior**

Influencing or inciting unacceptable behavior and activities will be viewed as the behavior and activities themselves, and result in the same consequences.

**Retaliation**

Retaliation against those who raise concerns or make reports in good faith will not be tolerated.

Top ↑

## 🔗 Interpretation

These expectations are not exhaustive or complete. Rather, they serve to distill our common understanding of a collaborative, shared environment and goals. We expect it to be followed in spirit as much as in letter.

Top ↑

## 🔗 Enforcement Responsibilities

Community leaders (such as team reps, component maintainers, organizers, and project leads) are responsible for clarifying and enforcing our standards of acceptable behavior; they will take appropriate and fair corrective action in response to any behavior that they deem inappropriate, threatening, offensive, or harmful.

Community leaders have the right and responsibility to remove, edit, or reject comments, commits, code, documentation edits, issues, videos, presentations, and other contributions that are not aligned to this Code of Conduct, and will communicate reasons for moderation decisions when appropriate.

Top ↑

## 🔗 Scope

This Code of Conduct applies within all community spaces (virtual and in-person) and applies when an individual officially represents the community in public spaces. Examples of representing our community include using an official email address, posting via an official social media account, or representing WordPress as an organizer, speaker, or volunteer at an online or offline event.

Top ↑

## 🔗 Enforcement

Instances of abusive, harassing, or otherwise unacceptable behavior may be reported to the WordPress Incident Response Team at reports@wordpress.org. All complaints will be reviewed and investigated promptly and fairly.

All community leaders are obligated to respect the privacy and security of the reporter of any incident.

Top ↑

## 🔗 Enforcement Guidelines

Community leaders will follow these Community Impact Guidelines in determining the consequences for any action they deem in violation of this Code of Conduct:

Top ↑

## 🔗 1. Correction

**Community Impact**: Use of inappropriate language or other behavior deemed unprofessional or unwelcome in the community.

**Consequence**: A private, written warning from community leaders, providing clarity around the nature of the violation, explaining why the behavior was inappropriate. A public apology may be requested.

Top ↑

## 🔗 2. Warning

**Community Impact**: A violation through a single incident or series of actions.

**Consequence**: A warning with consequences for continued behavior. No interaction with the people involved, including unsolicited interaction with those enforcing the Code of Conduct, for a specified period of time. This includes avoiding interactions in community spaces as well as external channels like social media. Violating these terms may lead to a temporary or permanent ban.

Top ↑

## 🔗 3. Temporary Ban

**Community Impact**: A serious violation of community standards, including sustained inappropriate behavior.

**Consequence**: A temporary ban from any sort of interaction or public communication with the community for a specified period of time. No public or private interaction with the people involved, including unsolicited interaction with those enforcing the Code of Conduct, is allowed during this period. Violating these terms may lead to a permanent ban.

Top ↑

## 🔗 4. Permanent Ban

**Community Impact**: Demonstrating a pattern of violation of community standards, including sustained inappropriate behavior, harassment of an individual, or aggression toward or disparagement of classes of individuals.

**Consequence**: A permanent ban from any sort of public interaction within the community.

Top ↑

## 🔗 Modifications to the Community CoC

This Code of Conduct may be amended from time to time, as may the procedures it sets out where appropriate in a particular case. Your agreement to comply with the Code of Conduct will be deemed agreement to any changes to it. If you would like to suggest updates to this document, you can do so by emailing support@wordcamp.org.

Top ↑

## 🔗 Attribution

This Code of Conduct is adapted from the [Contributor Covenant](#), version 2.1, available at https://www.contributor-covenant.org/version/2/1/code_of_conduct.html.

Community Impact Guidelines were inspired by [Mozilla's code of conduct enforcement ladder](#).

For answers to common questions about this code of conduct, see the FAQ at https://www.contributor-covenant.org/faq. Translations are available at https://www.contributor-covenant.org/translations.

Last updated: February 14, 2024

---

About | Showcase | Learn | Get Involved | WordPress.com ↗
News | Themes | Documentation | Events | Matt ↗
Hosting | Plugins | Developers | Donate ↗ | bbPress ↗
Privacy | Patterns | WordPress.tv ↗ | Five for the Future | BuddyPress ↗

**WORDPRESS.ORG**  CODE IS POETRY