# EXHIBIT 9

# Thread  # meta

**Michael Willman**  Oct 12th, 2024 at 9:30 PM

@matt I wanted to make you aware of a certain California law that your recent actions may be in violation of. I am not a lawyer but it is my layman understanding that you cannot falsely misrepresent the reviews of a competitors product as your own. While a fork of ACF is legal, is it legal to misrepresent reviews of WP Engine's product as reviews for the product that Wordpress.org has launched? It may be based on the same code base, but by forking it you have created a new and distinct product. (edited)

4 replies

**Michael Willman**  Oct 12th, 2024 at 9:30 PM

17500.  It is unlawful for any person, firm, corporation or association, or any employee thereof with intent directly or indirectly to dispose of real or personal property or to perform services, professional or otherwise, or anything of any nature whatsoever or to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated before the public in this state, or to make or disseminate or cause to be made or disseminated from this state before the public in any state, in any newspaper or other publication, or any advertising device, or by public outcry or proclamation, or in any other manner or means whatever, including over the Internet, any statement, concerning that real or personal property or those services, professional or otherwise, or concerning any circumstance or matter of fact connected with the proposed performance or disposition thereof, which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading, or for any person, firm, or corporation to so make or disseminate or cause to be so made or disseminated any such statement as part of a plan or scheme with the intent not to sell that personal property or those services, professional or otherwise, so advertised at the price stated therein, or as so advertised. Any violation of the provisions of this section is a misdemeanor punishable by imprisonment in the county jail not exceeding six months, or by a fine not exceeding two thousand five hundred dollars ($2,500), or by both that imprisonment and fine.

The Wordpress.org site is currently displaying reviews of "Advanced Custom Fields" published by WP Engine under a listing for "Secure Custom Fields" published by Wordpress.org.

Screenshot_20241012_153142_Chrome.jpg

