# EXHIBIT 10


**Silencio** Oct 16th, 2024 at 10:48 AM

There are a lot of things that are not cool. Dredging up stuff like Matt's other legal issue related to his mom is most certainly not cool. Focusing on irrelevant stuff like his nosebleed is not cool. You know what else is not cool?

Making a sarcastic gesture on a stream when Theo queried if Matt had any sympathy for the bystander customers affected by his wp.org block.

Replying to someone with "Who are you?" when they presented a valid issue ...c'mon you know this was Matt and not wp.org speaking there.

Calling people out with regards to their hobbies even if it involves a $200k car, particularly when you post pics and talk about $2k cardigans, African safaris and attending F1 all in the same month. Rich people be richin' but it's also a case of pot meet kettle. (edited)

 


**Michael Willman** Oct 16th, 2024 at 10:50 AM

The legal issue in question is with Audrey Capital, which employs Wordpress.org volunteers and other Wordpress community members, so I would say that legal issue is directly applicable to the topic at hand. I'm not sure why the same organization is hiring Wordpress contributors as well as personal home care staff for Matt's mom, but that is Matt's own decision not the communities.

Given that this same Wordpress community member is censoring any mention of Audrey Capital on reddit, that only makes the issue more relevant.


**paragonie** Oct 16th, 2024 at 11:21 AM

> It is my opinion that Matt has set the tone for the community to follow and this response is entirely in line with his own responses to users.

Just because he leads this way doesn't mean anyone is obligated to follow his example.

 




**Michael Willman** Oct 16th, 2024 at 12:11 PM

@paragonie No but it feels like punching down to go after the people who are responding to this instead of Matt and the other Automattic/Audrey Capital employees pushing the drama on the community.


**paragonie** Oct 16th, 2024 at 12:18 PM
You can make a salient case about those things being bad without unnecessary mud-slinging. In fact, your arguments are stronger if you remove the mud-slinging.


**Michael Willman** Oct 16th, 2024 at 12:19 PM
I don't disagree with you there, and I have been trying to do so myself, but I cannot really blame people who are essentially innocent parties here for being mad at Matt personally and acting in an unprofessional way as a result. I would expect the same backlash directed towards myself if I acted in a similar way.

The bigger issue I have is people being disrespectful towards other parties, such as the Wordpress community team here.

 

That isn't a reasonable response at all.

**paragonie** Oct 16th, 2024 at 12:22 PM
People are allowed to feel angry, scared, outraged, offended, and/or betrayed by Matt's recent behavior, and the sycophants that seem to endorse said behavior. Totally justified.

It's not okay to use those feelings to do pointless shit that causes collateral damage to third parties. As you said, WP contributors and community members. But also, third parties who might be self conscious about chronic nose bleeds.

It also doesn't directly serve any purpose other than shaming Matt. Which, if he's as big a narcissist as everyone says, is a fool's endeavor anyway! But also, you don't **need** to shame Matt to get your point across. The point stands very strongly alone. (edited)