# EXHIBIT 11

# Thread  # ranting

**Michael Willman**  Dec 23rd, 2024 at 2:51 PM

@matt Reading your "Holiday Break" article today and I just wanted to make sure you are aware you aren't just liable for damages to Automattic, you are also going to be liable for damages to a variety of other parties like myself when you lose. My personal losses due to your actions to-date are rapidly reaching six figures, including three laid off employees who are without a job over your "Holiday Break" due to your childish antics.

In summary, please enjoy a miserable holiday break, you deserve it.

Sincerely Yours,
A Related Entity of WP Engine

🤔 1   😔 2   😞 1   👊 1

**17 replies**

**veerleverbert**  Dec 24th, 2024 at 1:54 PM

I'm sorry to hear that. It is so true for many of us, even non-paid work has been shut down. So many projects have halted. Both energy, FOSS spirit and money are leaking at a higher pace each week.

Hope the new year may bring you and all of us relief, a new path forward.
🙏

> Also sent to the channel
>
> **matt**  Jan 1st at 12:11 AM
> Thanks, telling an open source contributor they're personally liable for legal action and damages is a super-motivating way to get them to want to continue providing free services to you!
>
> 💯 1

> Also sent to the channel
>
> **matt**  Jan 1st at 12:12 AM
> I encourage you do that for all the open source software you use, email all the maintainers and tell them how you're going to cause them harm
>
> 💯 1

**Michael Willman**  Jan 1st at 3:29 AM

None of the other open source software I use is managed by someone who tried to extort me into moving from a competitor to them. None of their contributors have anything to worry about, as long as they dont engage in flagrantly illegal behavior.

**matt**  Jan 2nd at 6:41 PM

Actually if you use ACF or any WPE plugins they try to switch you from your current host to WP Engine

**Michael Willman**  Jan 2nd at 6:58 PM

I am engaged in the business of referring website development clients to hosting companies in return for compensation. I have signed a partnership deal with WP Engine, referred clients to WP Engine and received compensation from them in the past. As well as from other hosting providers such as my current partner Cloudways, whose payments alone are in the thousands of dollars. You have engaged in an attempt to compel me to stop providing such services to these clients under threat, services which I normally do for compensation, and to instead provide these services to you personally without compensation. You have done so, in part, by converting your legal access to my computer systems as the provider of the Wordpress.org update service, to unlawfully transform my websites to suit your own commercial purposes by installing your "Secure Custom Fields" plugin onto my websites and websites belonging to my clients, against my will.

WPE has done no such thing.

**matt**  Jan 2nd at 6:59 PM

All the ACF stuff has been undone

if you actually want SCF with the pro features you can get it here: https://wordpress.org/plugins/secure-custom-fields/

> **WordPress.org**
> **Secure Custom Fields**
> Secure Custom Fields boosts content management with custom fields and options. It deactivates Advanced Custom Fields to prevent duplicate code errors. (54 kB) ▾
>
>