# EXHIBIT 12



**Michael Willman**  Oct 10th, 2024 at 7:24 AM

We actually did not build their current site, we did a rescue mission for them after another agency held them hostage and then they built a new site after.

Our most recent project can be found here: https://strongeru.com/af360/

Sadly we have to deal with their legacy site infrastructure (im not personally a fan of beaver builder), but we are in the process of a full rebuild. Would love your feedback on the landing page though.

> **U** Stronger U Nutrition
>
> **Fast-track Your Wellness Goals with the AF360 Challenge - Stronger U Nutrition**
>
> Prioritize whole-you health with leveled-up training, nutrition, and recovery support
> in our 6-week program.
>
> **Est. reading time**
>
> 9 minutes
>
> 



**Michael Willman**  Oct 10th, 2024 at 7:30 AM

In terms of the WP Engine, we don't recommend them to clients currently and use Cloudways for our own hosting. However, I do still generate residual affiliate payments and don't plan to give up a free check every month.



**matt**  Oct 10th, 2024 at 8:04 AM

That site looks a lot better than the lawyer one! My only note would be on this typographical orphan. Otherwise the site has a really clear call to action, states its case well. I see Zoom for all the scheduling stuff, what are you using for your checkout?

Screenshot 2024-10-10 at 12.58.56 AM.png ▼





**Michael Willman**  Oct 10th, 2024 at 3:57 PM

WooCommerce. We didn't build that Woo site but are part of the team maintaining it, and we've built/launched roughly a dozen Woo sites over the years (between myself as a contractor and my current team), from my estimates we've generated around $50,000 in licensing revenue for Automattic over the last 5 years.

  ❤️ 3



**matt**  Oct 10th, 2024 at 5:47 PM

That's amazing

Automattic has an agency program you should definitely get on it: https://automattic.com/for-agencies/

> ⭕ **Automattic**
>
> **For Agencies**
>
> Welcome to a new era of partnership with Automattic. We're on a mission to help your agency prosper and thrive with the best of what Automattic has to offer.
>
> Feb 27th, 2024 (1 MB) ▼
>
>