# EXHIBIT 13

**Thread** # meta 

 **matt** Oct 13th, 2024 at 12:12 AM
There are companies bigger than WPE in the WordPress ecosystem that have full .org access, like Godaddy and Newfold. If we were to make a rule, it would be something like "don't sue us." Everyone else is, and has been for 21 years, fine.

 **Michael Willman** Oct 13th, 2024 at 12:18 AM
Godaddy paid a license fee though, correct? And WP Engine was banned before their lawsuit was filed? Or are you including a "ceace and desist" under the umbrella of "don't sue us"? *(edited)*

 **matt** Oct 13th, 2024 at 12:22 AM
Godaddy has no trademark violations I'm currently aware of and usually a friendly conversation or email fixes things a lot faster than paying lawyers money to send C&Ds

 **Michael Willman** Oct 13th, 2024 at 12:38 AM
Did Godaddy make any payments to Automattic, Wordpress.org, the Wordpress Foundation or yourself, to resolve the conflict you had in 2022? I'm trying to get a better idea of the expectations on large hosts, as we work with Cloudways currently.

 **matt** Oct 13th, 2024 at 12:40 AM
I can't comment on private business deals, often that sort of thing is covered by NDA

 **Michael Willman** Oct 13th, 2024 at 1:04 AM
Completely understandable, i know how that all goes. Given that Cloudways was purchased for $350 million by Digital Ocean, and Digital Ocean has a market cap of over $4 billion, does their own contribution of 8 hours per week to Five for our Future meet you expectations of a large host? Are we at risk of facing similar issues with our host, that customers of WP Engine have experienced over the past few weeks?

And I just want to say, i appreciate your willingness to have a dialog despite my obvious opposition to your actions in this dispute, and im glad we have been able to have a civil conversation here.

 

 **matt** Oct 13th, 2024 at 1:11 AM
Likewise. I'm not aware of anyone mixing up Digital Ocean with WordPress. I haven't gotten any customer support requests for Digital Ocean or Cloudways. I'm not aware of any trademark violations they have, they seem to be strong, independent brands that make sense to customers.

 **Michael Willman** Oct 13th, 2024 at 1:42 AM
That's good to hear, we appreciate the relatively unique service that Cloudways provides and it would hurt to have to switch away. Some things we do with them are not possible elsewhere.

Is there any way for more explicit guidance for hosts to be released? We do also consult with a Wordpress host who offers a boutique service, and they ended up changing some of their messaging which was materially similar to WP Engine's. They had based their messaging on that of other established hosts and aren't sure if their current messaging is acceptable. I can't ask you about their specific site (their owner understandably doesn't want to catch your attention at the moment 😅 ) but more general guidance would be helpful.

 **matt** Oct 13th, 2024 at 1:44 AM
W.org maintains a list of recommended hosts here: https://wordpress.org/hosting/

 **wordpress.org**
**WordPress Hosting | WordPress.org**
Blog Tool and Publishing Platform

 

 **Michael Willman** Oct 13th, 2024 at 1:51 AM
Sorry, I don't think I worded that right. Is there any more explicit guidance for companies that host Wordpress sites for third parties, to avoid violating your trademark on the term "WordPress"? Right now I know that use of "WP" is acceptable, and that hosts should avoid making it seem like they are an "official" part of "WordPress", "the Wordpress Foundation", "Wordpress.org", "Wordpress.com" or "Automattic, Inc" but are there any other terminology or statements that should be avoided specifically? For example, would a statement like "Your Servers Meet Managed Wordpress" as an H1 tag on a landing page be an issue?

 **matt** Oct 13th, 2024 at 1:52 AM
That's all covered by https://wordpressfoundation.org/trademark-policy/

**WordPress Foundation**
**Trademark Policy**
The WordPress Foundation owns and oversees the trademarks for the names and logos of WordPress as well as a few other WordPress-related brands. Trademarks are a signifier of a product's identity an…
Sep 10th, 2010 (27 kB) ▾