# EXHIBIT 14

1/26/25, 10:53 PM
Case 3:24-cv-06917-AMO    Document 83-14    Filed 01/27/25    Page 2 of 9
In the verge of creating my agency, dilemma between affiliate hosting or reselling or whitelabeling : r/Wordpress

Skip to main content

 r/Wordpress ✕ Search in r/Wordpress    Log In   •••

**r/Wordpress** • 11 days ago
SplitFantastic7624

# In the verge of creating my agency, dilemma between affiliate hosting or reselling or whitelabeling

Hello everyone, for a little background, I've been a freelancer for a couple years now, I've made a dozen of websites and I found an associate I can create an agency with, I never actually offered care plan or gotten any continuous revenue from my freelancing (basically clients come pay for the website and get their own hosting then bye bye), I've been searching for the last day and found out about care plan and how I can generate income from hosting, maintenance etc. I'd really appreciate your help and maybe hear your experiences.

Now I've come accross services like [WPMU Dev](#) or [Godaddy](#) who offers a whitelabeling plan (customers can buy a 15$ hosting through me for 25$ for example and I keep the margin, I see it kinda like dropshipping so I wonder if it's not seem sketchy), a reselling plan (I buy a large hosting and resell slots, i'm not sure about this one cus it's not dedicated resources) or use a hosting affiliate plan (such as siteground who offers based on how much sales you get them by month, ill show all screenshots)

Skip to main content  Log In





Skip to main content  Log In



This is the reselling plan from Siteground

1/26/25, 10:53 PM                    In the edge of creating my agency, dilemma between affiliate hosting or reselling or white labeling : r/Wordpress

Case 3:24-cv-06917-AMO    Document 83-14    Filed 01/27/25    Page 5 of 9

Skip to main content



Log In



This is affiliate rates for Siteground

The idea is to have an MRR from Hosting, maintenance, and services like SEO, so thank you in advance and looking forward to read your replies.

⬆ 3 ⬇     💬 6     🏅     ↗ Share

siteground • Promoted                                                                                  ⋯

Get your SiteGround WordPress hosting plan today and take advantage of: Up to 5x WP site speed boost thanks to innovative in-house technologies. Easy-to-use tools to build and manage your website. Free Domain, Email, SSL, CDN and backups. 98% client satisfaction rate!

Sign Up                                                                          siteground.com



Single comment thread                                                              See full discussion

**WillmanRacing** • 11d ago

We are currently a partner with Cloudways, we have worked with WP Engine and others in the past as well. I like their affiliate program, we made over $1k last year in referrals alone from them for doing literally nothing. All of our clients have their own accounts, and then we make an email like "clientname@websiteredev.com" and thats our login on Cloudways for that client.

Cloudways is as low as $14 a month for a 1GB VPS, which is fully managed on the application layer like most managed hosts. Its hard to beat that performance and price.

1/26/25, 10:53 PM
On the verge of creating my agency, dilemma between affiliate hosting or reselling or white labeling : r/Wordpress
Case 3:24-cv-06917-AMO    Document 83-14    Filed 01/27/25    Page 6 of 9

Skip to main content  Log In



I've heard good things about cloudways, I've checked their affiliate program and it looks good, mix of one time payout and recurring revenue might work well. I can integrate it with wp umbrella for maintenance and it could work really well. Thanks for the info. But do you reckon it would be better (both in profitability and ease-of-access) than WPMU Dev if by any chance you already worked with them?

1    Reply

 r/agency • 4 days ago

Agency vs Product Delima

5 upvotes · 12 comments

 r/webhosting • 7 mo. ago

How does your white-labeled 20i reseller hosting website look like?

3 upvotes · 22 comments

 r/Entrepreneur • 4 yr. ago

I tested 8 biggest website hosts (1 month before the big Google update)

304 upvotes · 105 comments

 r/GraphicDesigning • 14 days ago

What's your favorite free platform for building a portfolio as a graphic designer?

5 comments

 r/Wordpress • 5 days ago

Advice needed: I run a solo WP agency. If I get hit by a bus, my clients are gonna be hosed. What to do?

111 upvotes · 120 comments

 r/Wordpress • 5 days ago

GoDaddy pledges $520,000 to the WordPress Community Collective

198 upvotes · 112 comments

 r/msp • 3 yr. ago

Microsoft raising O365 + M365 pricing

80 upvotes · 42 comments

 r/Wordpress • 16 days ago

Skip to main content                                                                                                     Log In

 r/Wordpress • 12 days ago

Ask me anything, I am a WordPress Performance Optimisation freak!

153 upvotes · 375 comments

 r/Wordpress • 12 days ago

Mullenweg Says Lawsuits Could End WordPress                                                                                              

213 upvotes · 155 comments

 r/Wordpress • 12 days ago

Mullenweg's Grip On WordPress Challenged In New Court Filing                                                                             

159 upvotes · 57 comments

 r/Wordpress • 17 days ago

Automattic will reduce its contributions to WordPress to 45 hours a week, focus on for-profit projects within Automattic instead: WordPress.com, Pressable, WPVIP, Jetpack, and WooCommerce

185 upvotes · 408 comments

 r/Wordpress • 25 days ago

I created the ultimate, 100% reliable anti-spam solution for WordPress. Thank me later.                                                  

211 upvotes · 44 comments

 r/Wordpress • 16 days ago

Matt trolling those trying to maintain WP and banning them from .org

247 upvotes · 252 comments

 r/Wordpress • 18 days ago

Matt disbands sustainability team after representative steps down in protest

222 upvotes · 96 comments

 r/Wordpress • 17 days ago

Matt Mullenweg is now attacking WPEngine and it's CEO with snarky comments                                                              

158 upvotes · 125 comments

1/26/25, 10:53 PM
On the verge of creating my agency, dilemma between affiliate hosting or reselling or whitelabeling? : r/Wordpress
Case 3:24-cv-06917-AMO    Document 83-14    Filed 01/27/25    Page 8 of 9

Skip to main content

Log In



244 upvotes · 164 comments

 r/WPDrama • 6 days ago

Lost $200k and much more contract due to Matts WordPress Drama.

145 upvotes · 85 comments

 r/WPDrama • 1 mo. ago

Deleted my WordPress.org account

129 upvotes · 31 comments

 r/WPDrama • 17 days ago

It was a good run

107 upvotes · 14 comments

 r/WPDrama • 12 days ago

New Rule - No Armchair Diagnosis

125 upvotes · 109 comments

 r/WPDrama • 13 days ago

A potential explanation for why all this drama is happening now...

194 upvotes · 61 comments

 r/WPDrama • 7 days ago

The founding documents of the WordPress Foundation are damning

182 upvotes · 69 comments

 r/WPDrama • 13 days ago



Which is what Matt should do as well.

130 upvotes · 14 comments

 r/WPDrama • 17 days ago



Kara Swisher leaves WordPress in the Dust.

177 upvotes · 25 comments

1/26/25, 10:53 PM
On the edge of creating my agency, dilemma between affiliate hosting or reselling or whitelabeling : r/Wordpress
Case 3:24-cv-06917-AMO    Document 83-14    Filed 01/27/25    Page 9 of 9

  

Log In

### Related discussions

Best Affiliate Marketing Agencies

Best Affiliate Program

Best Affiliate Marketing Programs

Best Platform To Start Affiliate Marketing

See more