# EXHIBIT 15

**Dreibelbis, Hadley**

| | |
|---|---|
| **From:** | Kurian Shaw, Anna |
| **Sent:** | Wednesday, December 11, 2024 7:30 PM |
| **To:** | QE-WPE |
| **Cc:** | HLWORDPRESS |
| **Subject:** | Preliminary Injunction Order |

Dear Counsel,

We write in connection with the Court's Order (Dkt. 64) issued yesterday. Defendants are working to promptly ensure compliance with the order but there are some technical issues that need to be addressed. We are hoping to resolve them with WP Engine directly and hope they can be addressed without having to trouble the Court.

In the first paragraph (a) of the Order (p. 41), the Court has ordered Defendants to restore access to wordpress.org to WP Engine and/or its employees, users, customers, or partners ("WPEngine and Related Entities"). WordPress.org confirms that it is in the process of restoring access to any accounts registered with WP Engine email addresses; however, it does not have a means by which to identify accounts belonging to "Related Entities" who do not have WP Engine email addresses. We are reaching out to seek your assistance in identifying any such accounts. If WP Engine could identify the specific email addresses of accounts who would be considered Related Entities that do not use WP Engine email addresses, WordPress.org will ensure access is restored. Please confirm that you can provide these email addresses prior to Friday.

In paragraph (b)(v) of the Order (p. 42), the Court has ordered Defendants to return and restore WP Engine's access to and control of the ACF plugin directory listing at https://wordpress.org/plugins/advanced-custom-fields, "as it existed as of September 20, 2024." It is our understanding that the current offering of ACF (6.3.11) has been updated as recently as November 12, 2024 (see here), and that this version of the plugin, by virtue of WP Engine's use of the mirror repository, directs back to WP Engine's servers. The Court has also stated that its Order "does not preclude wordpress.org's ability to ensure the security and operability of its site consistent with procedures and policies in place as of September 20, 2024." As such, we wanted to confirm that the version of the plugin that WP Engine plans to upload to the wordpress.org directory will comply with the Plugin Guidelines and direct back to wordpress.org rather than an external server, as well as comply with all other guidelines at all times. Please confirm this to be the case.

To facilitate compliance with paragraph (b)(v), we are happy to organize a call between a WordPress.org technical team member and WP Engine technical contact so that they can work through these issues. Please let us know if this would be helpful to WP Engine, and, if so, potential windows of availability for the relevant employees.

We look forward to receiving WP Engine's prompt response in view of the Court's Friday deadline.

Regards,

Anna


**Anna Shaw**
Partner

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW

Washington, DC 20004

Tel: +1 202 637 5600
Direct: +1 202 637 5687

Email: anna.shaw@hoganlovells.com
www.hoganlovells.com

*Please consider the environment before printing this e-mail.*