ROSEMARIE T. RING, SBN 220769
   rring@gibsondunn.com
JOSEPH R. ROSE, SBN 279092
   jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
   mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>  v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>              Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE AND ADVANCING HEARING DATE ON DKTS. 68, 71 AND 73** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE AND ADVANCING HEARING DATE ON DKTS. 68, 71 AND 73
CASE NO. 3:24-CV-06917-AMO

## DECLARATION OF ROSEMARIE T. RING

I, Rosemarie T. Ring, declare as follows:

1. I am a member in good standing of the California Bar and am admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn, & Crutcher LLP, and, as of today, January 27, 2025, I am counsel of record for Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants") in the above-captioned action. I submit this declaration in support of the Joint Stipulation filed concurrently herewith by Defendants and Plaintiff WPEngine, Inc. (collectively, the "Parties") seeking an extension of time for Defendants to file a reply in support of their Motion to Dismiss and Strike Plaintiff's Amended Complaint (Dkt. 68, or the "Motion"), and to move the hearing on the Motion from June 5, 2025, to May 8, 2025. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. On December 2, 2024, on the stipulation of the parties, the Court ordered that Defendants' consolidated motion to dismiss and strike the amended complaint be filed by December 19, 2024 (the "Motion"), that Plaintiff's opposition to the Motion be filed by January 22, 2025 ("Opposition"), and that Defendants' reply in support of the Motion be filed by February 5, 2025 (Dkt. 61).

3. On December 19, 2024, Defendants filed their Motion (Dkt. 68).

4. On January 22, 2025, Plaintiff filed their Opposition (Dkt. 75).

5. On January 22, 2025, my law firm was retained to represent Defendants in this matter. Attorneys at my firm and I have been working diligently to transition into the case, reviewing the voluminous pleadings and orders filed to date, but it will not be feasible to get up to speed adequately to respond to the Opposition in a consolidated reply in support of the Motion by February 5, 2025.

6. In light of the foregoing, and because the Motion is set for hearing several months from now, on June 5, 2025, so that the requested extension will not prejudice any of the litigants in this case or delay resolution of the Motion, I contacted counsel for Plaintiff by telephone on January 23 and 24, 2025, to request that Plaintiff stipulate to a short extension of Defendants' deadline to file their

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFF'S AMENDED COMPLAINT AND UNOPPOSED REQUEST TO MOVE HEARING DATE
CASE NO. 3:24-CV-06917-AMO

consolidated reply brief to February 19, 2025. Counsel for Plaintiff agreed and the Parties have therefore stipulated, subject to approval by the Court, that there is good cause for a two-week extension of the time for Defendants to file their consolidated reply brief to February 19, 2025.

7. This stipulated extension will ensure that briefing on the Motion will be complete several months before the hearing date and does not affect any other date previously ordered by the Court or have any impact on the case schedule.

8. In meeting and conferring with Plaintiff's counsel on Defendant's requested extension of the deadline to file their reply in support of the Motion, Plaintiff's counsel informed me that they have a conflict with the current June 5, 2025 hearing date and proposed that the hearing be advanced to a mutually convenient law and motion date in May 2025, provided the Court approves of the modification and is able to accommodate it. The Parties conferred and agree that of the four law and motion dates in May 2025, May 8 is a mutually convenient date for the Parties.

9. On January 24, 2025, non-party Michael Willman, who filed a Motion to Intervene (Dkt. 70) and a Motion for Contempt (Dkt. 71) on January 13, 2025, which are also set for hearing on June 5, 2025 (Dkt. 74), informed me that he has no objection to moving the hearing date on his motions to May 8, 2025.

10. Plaintiff WPEngine and Defendants previously stipulated to a short extension (from October 28, 2025, to October 30, 2024) for Defendants to respond to the initial Complaint filed by Plaintiff in this matter. The Court also previously granted Plaintiff's motion to shorten the time to brief and hear Plaintiff's motion for a preliminary injunction, and, pursuant to a stipulation, extended the time for Defendants to respond to Plaintiff's Amended Complaint and established an associated briefing schedule (Dkts. 34, 61). On January 24, 2025, Defendants and non-party Michael Willman filed a joint stipulation seeking to extend the briefing schedule regarding Mr. Willman's Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkt. 71), also due to the recent retention of counsel for Defendants in this matter. Dkt. 80.

2
DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFF'S AMENDED COMPLAINT AND UNOPPOSED REQUEST TO MOVE HEARING DATE
CASE NO. 3:24-CV-06917-AMO

Gibson, Dunn & Crutcher LLP

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Francisco, California on this 28th day of January, 2025.

DATED: January 28, 2025					GIBSON, DUNN & CRUTCHER LLP

							By:	*/s/ Rosemarie T. Ring*
								Rosemarie T. Ring

DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFF'S AMENDED COMPLAINT AND UNOPPOSED REQUEST TO MOVE HEARING DATE
CASE NO. 3:24-CV-06917-AMO