ROSEMARIE T. RING, SBN 220769
   rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
   jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
   mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*

QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Counsel for Plaintiff WPEngine, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>        Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE ~~AND ADVANCING HEARING DATE ON DKTS. 68, 71 AND 73~~**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants") and Plaintiff WPEngine, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

## BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFF'S AMENDED COMPLAINT

**WHEREAS**, on December 2, 2024, on the Parties' stipulation, the Court ordered that Defendants' motion to dismiss and strike WPE's amended complaint be filed by December 19, 2024 ("Motion"), that Plaintiff's opposition to the Motion be filed by January 22, 2025 ("Opposition"), and that Defendants' reply in support of the Motion be filed by February 5, 2025 (Dkt. 61);

**WHEREAS**, on December 19, 2024, Defendants filed the Motion (Dkt. 68), which was set for hearing on June 5, 2025;

**WHEREAS**, on January 22, 2025, Plaintiff filed its Opposition to the Motion (Dkt. 75);

**WHEREAS**, on January 22, 2025, Defendants retained new counsel in this matter, Gibson Dunn, as detailed in the accompanying Declaration of Rosemarie T. Ring, who will substitute in and replace existing counsel who are withdrawing from representing Defendants in this action;

**WHEREAS**, as also detailed in the Ring Declaration, to permit Defendants' new counsel time to transition into the case and adequately prepare their reply in support of the Motion, Defendants request a two-week extension of the time to file their reply until February 19, 2025, which Plaintiff does not oppose, and which will not delay resolution of the case given that the hearing on the Motion is several months away;

**WHEREAS**, in light of the above, the Parties have stipulated that, subject to the Court's approval, Defendants' deadline to file their reply in support of the Motion will be extended by two weeks until February 19, 2025;

**NOW THEREFORE**, the Parties stipulate that, subject to the Court's approval, Defendants' deadline to file their reply in support of the Motion will be extended to February 19, 2025; The requested extension will not affect any other date previously ordered by the Court, or the overall schedule in this case.

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE AND ADVANCING HEARING DATE ON DKTS. 68, 71 AND 73 - CASE NO. 3:24-CV-06917-AMO

Gibson, Dunn & Crutcher LLP

## HEARING ON DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFF'S AMENDED COMPLAINT

**WHEREAS**, Plaintiff's counsel has a conflict with the June 5, 2025 hearing date on the Motion (which date was selected unilaterally by Defendants based on the Court's listed availability) due to a family graduation, and has requested moving the hearing date up to a mutually convenient date in May 2025;

**WHEREAS,** Defendants do not object to moving the hearing date up to May 8, 2025;

**WHEREAS**, Michael Willman, the movant on the Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkt. 71) filed on January 13, 2025, and also set for hearing on June 5, 2025 (Dkt. 74), has been contacted by Defendants' counsel and has confirmed that he also has no objection to moving the hearing date on all three motions (Dkts. 68, 70 and 71) up to May 8, 2025;

**WHEREAS**, the Parties understand that there are no publicly available hearing dates currently listed on the Court's calendar for May 2025, but respectfully request that, in light of Plaintiff's counsel's scheduling conflict, if the Court is able to accommodate Plaintiff's request to move the June 5, 2025 hearing date to May 8, 2025, that the hearing be moved up accordingly;

**WHEREAS**, if the Court is unable to move the June 5, 2025 hearing date to May 8, 2025, the Parties request that the June 5 hearing stay in place (and not be continued to a later date) in order to avoid delaying the schedule in this matter, and Plaintiff's counsel will adjust its staffing;

**WHEREAS**, in light of the above, the Parties have stipulated that, subject to the Court's approval, the hearing date on all three motions (Dkts. 68, 70 and 71) be moved up to May 8, 2025, which non-party Mr. Willman does not oppose;

**NOW THEREFORE**, the Parties stipulate that, subject to the Court's approval, and given Mr. Willman's consent, the June 5, 2025 hearing date on all three motions (Dkts. 68, 70 and 71) be moved up to May 8, 2025; The requested hearing date modification will not affect any other date previously ordered by the Court, or the overall schedule in this case; The new requested hearing date of May 8, 2025, is still more than 11 weeks after the proposed February 19, 2025 deadline for Defendants' reply and thus remains compliant with the Court's Standing Order. *See* Nov. 22, 2023 Standing Order for

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE AND ADVANCING HEARING DATE ON DKTS. 68, 71 AND 73 - CASE NO. 3:24-CV-06917-AMO

Civil Cases § B. The requested modification will not affect any other date previously ordered by the Court, or the overall schedule in this case.

**IT IS SO STIPULATED.**

DATED: January 28, 2025                    GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Rosemarie T. Ring_____
Rosemarie T. Ring

*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*

DATED: January 28, 2025                    QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____/s/ Rachel Kassabian_____
Rachel Kassabian

*Counsel for Plaintiff WPEngine, Inc.*

**[PROPOSED] ORDER**

NOW THEREFORE, pursuant to the *Joint Stipulation and [Proposed] Order Extending Time To File Reply in Support of Defendants' Motion To Dismiss and Strike and Advancing Hearing Date on Dkts. 68, 71 and 73* (the "Joint Stipulation"), the Court ORDERS as follows:

1. Defendants' reply in support of Defendants' Motion to Dismiss and Strike the Amended Complaint (Dkt. 68) shall be filed on or before February 19, 2025.

2. ~~The hearing on Defendants' Motion to Dismiss and Strike the Amended Complaint (Dkt. 68) and non-party Michael Willman's Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkt. 71) shall be advanced from June 5, 2025, to May 8, 2025.~~

The June 5, 2025 hearing remains as scheduled, but it may be continued as the Court's calendar requires. The parties may be able to obtain an earlier hearing date by consenting to magistrate judge jurisdiction using the one-page form available at https://www.cand.uscourts.gov/wp-content/uploads/forms/civil-forms/MJ_Consent-Declination_Form_10-2020.pdf

**IT IS SO ORDERED.**

Dated: January 29, 2025

By: _____
Honorable Araceli Martínez-Olguín
United States District Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE ~~AND ADVANCING HEARING DATE ON DKTS. 68, 71 AND 73~~ - CASE NO. 3:24-CV-06917-AMO

Gibson, Dunn & Crutcher LLP