Michael Willman

5 Mecca Lane Washington, ME 04574

1 (207) 242-4767

michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case Number: 3:24-cv-06917-AMO |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | JUDGE: Hon. Araceli Martinez-Olguin |
| Defendant. | |

# PROOF OF SERVICE

PLEASE TAKE NOTICE that I, Michael Willman, do declare as follows:

I am a proposed intervenor in this case.

On January 15th, 2025, I caused to be served true copies of the following documents associated with Dkt. 70, 71, and 72 on the interested parties in the action as follows:

**MOTION TO INTERVENE FILED BY MICHAEL WILLMAN ON 1/13/2025**

**MOTION FOR CONTEMPT FILED BY MICHAEL WILLMAN ON 1/13/2025**

**DECLARATION OF MICHAEL WILLMAN IN SUPPORT OF 71 MOTION CONTEMPT, 70 MOTION TO INTERVENE FILED BY MICHAEL WILLMAN ON 1/13/2025**

**PROPOSED ORDER FILED BY MICHAEL WILLMAN ON 1/13/2025**

**BY CERTIFIED USPS MAIL SERVICE:**

Neal Kumar Katyal
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Anna Kurian Shaw
Hogan Lovells LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Lauren Beth Cury
Hogan Lovells LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Hadley Dreibelbis
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Michael McDonald Maddigan
Hogan Lovells US LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

Jiaxing (Kyle) Xu
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103

################

Yury Kapgan
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Rachel M. Kassabian
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

Margret Mary Caruso
Quinn Emanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

Brian E. Mack
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

1. A proof of service for this certified mail service is enclosed herein.

2. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Date: 2025-01-29     Signature: *Michael Willman*

Print Name: Michael Willman