




**UNITED STATES POSTAL SERVICE** ®    **PRIORITY MAIL** ®

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

FROM:
Michael Willman
5 Mecca Ln
Washington, ME 04574

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

TO:
Yury Kapgan
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017



To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2

---




**UNITED STATES POSTAL SERVICE** ®    **PRIORITY MAIL** ®

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

FROM:
Michael Willman
5 Mecca Ln
Washington, ME 04574

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

TO:
Rachel M. Kassabian
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065





To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2

---




**UNITED STATES POSTAL SERVICE** ®    **PRIORITY MAIL** ®

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

FROM:
Michael Willman
5 Mecca Ln
Washington, ME 04574

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

TO:
Brian E. Mack
Quinn Emanuel Urquhart and Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111




To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2

---




**UNITED STATES POSTAL SERVICE** ®    **PRIORITY MAIL** ®

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL    PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

FROM:
Michael Willman
5 Mecca Ln
Washington, ME 04574

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

TO:
Margret Mary Caruso
Quinn Emanuel
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065





To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2




**Tracking Number:**
# 70200640000013973341

 Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 10:52 am on January 21, 2025 in LOS ANGELES, CA 90057.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**
**Delivered, Left with Individual**

LOS ANGELES, CA 90057
January 21, 2025, 10:52 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70200640000013973372

 Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 7:00 am on
January 21, 2025 in WASHINGTON, DC 20005.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20005
January 21, 2025, 7:00 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70200640000013973327

 Copy     Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent at the front desk, reception, or mail room at 11:50 am on January 17, 2025 in REDWOOD CITY, CA 94065.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered to Agent**

**Delivered to Agent, Front Desk/Reception/Mail Room**

REDWOOD CITY, CA 94065
January 17, 2025, 11:50 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70200640000013973396

 Copy     Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 7:00 am on
January 21, 2025 in WASHINGTON, DC 20005.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20005
January 21, 2025, 7:00 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70200640000013973334

 Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:45 am on January 17, 2025 in SAN FRANCISCO, CA 94111.

**Get More Out of USPS Tracking:**

 **USPS Tracking Plus®**

 **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94111
January 17, 2025, 8:45 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70200640000013973365

 Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 2:44 pm on January 17, 2025 in LOS ANGELES, CA 90067.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, Left with Individual**

LOS ANGELES, CA 90067
January 17, 2025, 2:44 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**
# 70200640000013973358

 Copy     Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent at the front desk, reception, or mail room at 11:50 am on January 17, 2025 in REDWOOD CITY, CA 94065.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 Delivered to Agent

**Delivered to Agent, Front Desk/Reception/Mail Room**

REDWOOD CITY, CA 94065
January 17, 2025, 11:50 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 702006400000013973389

 Copy     Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 7:00 am on
January 21, 2025 in WASHINGTON, DC 20005.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20005
January 21, 2025, 7:00 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70200640000013973594

 Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 7:00 am on
January 21, 2025 in WASHINGTON, DC 20005.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20005
January 21, 2025, 7:00 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70200640000013973303

 Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on January 21, 2025 in SAN FRANCISCO, CA 94111.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94111
January 21, 2025, 11:34 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**



**Customer Receipt**

UNITED STATES
POSTAL SERVICE ® *(For use by Rural Carriers and Highway Contract Routes only)*

Amount *(Written Out)*

One hundred fifty three dollar a /100 Dollars

☐ Check Here for Temporary Receipt
*(Payment Received -- Total Cost Not Yet Calculated)*

Amount *(In Numbers)*
$ 153 a

Purpose

10 ech

Flat Rate Env. w/ cert

By *(Signature)*  C Ransdll

WASHINGTON
JAN 15 2025
...NE 04 STA

Date *(MM/DD/YYYY)*

PS Form **1096**, October 2009  PSN 7530-02-000-7346