# EXHIBIT A

Screenshots of a series of conversations held between Michael Willman and various users of the Make.Wordpress.org Slack server between October 14th, 2024 and December 11th, 2024.

**Thread** # meta                                                                    ✕

 **Michael Willman**  Oct 14th, 2024 at 1:17 PM
What individual or legal entity owns the domain "Wordpress.org" and which individual or legal entity is responsible for administrating and managing the websites hosted on Wordpress.org?

👍 1   😊

6 replies

 **Markx2**  Oct 14th, 2024 at 1:20 PM
Matt.

 **Michael Willman**  Oct 14th, 2024 at 1:23 PM
So Wordpress.org and the related web properties are the sole legal property of @matt, and are not owned, either in part or in whole, by the Wordpress Foundation or any other legal entity?

 **Markx2**  Oct 14th, 2024 at 1:25 PM
https://www.theverge.com/2024/10/4/24262232/matt-mullenweg-wordpress-org-wp-engine

▽ **The Verge**
**Matt Mullenweg: 'WordPress.org just belongs to me'**
WordPress's WP Engine battle is dividing the community.
Oct 4th, 2024 (53 kB) ▾



🙏 2   😊

 **kraftbj**  Oct 14th, 2024 at 3:09 PM
"related web properties" — check me on this, but I think wordcamp.org, buddypress.org, bbpress.org, etc, are within the Foundation or the WordCamp subsidiary, etc.

wordpress.org is registered by Matt personally.

**Thread**  # meta-wordcamp    ✕

 **Michael Willman**  Oct 15th, 2024 at 12:17 PM
Is it true that WP Engine employees are banned from attending all future WordCamp events? Does this ban include just employees, or customers and other affiliates of WP Engine as well?

5 replies

 **Michael Willman**  Oct 15th, 2024 at 12:17 PM
Source: https://www.theregister.com/2024/10/15/wordpress_bans_wpengine_from_events/

 theregister.com
**WordPress bans WP Engine from sponsoring user groups**
As Matt Mullenweg and David Heinemeier Hansson feud over FOSS, community worries about the fallout (63 kB) ▾



 **sippis**  Oct 15th, 2024 at 12:59 PM
#community-events would be the appropriate channel. This one is for coordinating the development of WordCamp and other Event program websites.

 **Michael Willman**  Oct 15th, 2024 at 12:59 PM
Gotcha. Can I ask then, are WP Engine employees banned from the WordCamp website?

 **sippis**  Oct 15th, 2024 at 1:04 PM
WordCamp websites are open to public. I don't have access to information tho if there's any IP level blocks in place. WordCamp sites do use a shared login mechanism with wordpress.org.

 **Michael Willman**  Oct 15th, 2024 at 1:04 PM
I appreciate the response @sippis, thank you.

---

 **kraftbj**  Oct 14th, 2024 at 3:09 PM
"related web properties" — check me on this, but I think wordcamp.org, buddypress.org, bbpress.org, etc, are within the Foundation or the WordCamp subsidiary, etc.

wordpress.org is registered by Matt personally.

 **Michael Willman**  Oct 14th, 2024 at 3:10 PM
Sorry, by "related web properties" i meant any websites hosted at Wordpress.org and its many subdomains, not other Wordpress-affiliated properties that may be used by the Foundation, Wordcamp, etc.

 👍 1  

 **kraftbj**  Oct 14th, 2024 at 3:11 PM
I assumed, but didn't want to leave it hanging if others read it differently.

 🙏 1  

**Thread** # meta ✕


**Michael Willman**  Oct 16th, 2024 at 11:09 AM
I saw that Wordpress.org is now requiring manual approval of accounts. Is this solely an anti-spam measure or are new accounts being vetted for ties to WP Engine? If a user is a client of WP Engine, will they be allowed to have a Wordpress.org account?

18 replies


**realloc**  Oct 16th, 2024 at 11:13 AM
I hope this isn't the case for those trying to register for an event (like a WordCamp), only to find out they first need to sign up for WordPress.org. 🤔 (edited)


**sippis**  Oct 16th, 2024 at 11:18 AM
Haven't seen changes that would make .org registration approval for every single user mandatory. Can't say for certain tho, as I do not have access to data that would prove or disprove this.

But I highly doubt there's forced manual approval in place just because of the shear amount of manual work that would be needed for that.

There's always been a process where certain things (I don't know exactly what) mark the account to be approved - to fight spam and some other junk.

 1   😊


**Courtney**  Oct 16th, 2024 at 11:18 AM
https://github.com/WordPress/wordpress.org/pull/397 from earlier in this channel

> **#397 Remove extra fields from pending-profile page.**
> This PR removes extra field data when a profile is pending.
>
> **Why?**
>
> When the profile is pending, users are waiting for someone to approve. Once approved, an email is sent to the user that opens `pending-create` which includes the profiles fields, along with a field to set the password.
>
> We therefore don't need to show users these profiles field when the account is pending or the users needs to confirm their email. It distracts from the next step.
>
> There are some incidental changes:
>
> • Style: Updated links to use same color as wp.org.
> • Style: Expand the box a bit to make copy more legible
> • Content: Add headings to states

**Thread**  # meta  ✕

There are some incidental changes:

- Style: Updated links to use same color as wp.org.
- Style: Expand the box a bit to make copy more legible
- Content: Add headings to states
- Spacing changes.

**Current**

| State   | Image                                         ... Show more
**Comments**
1

WordPress/wordpress.org | Oct 15th, 2024 | Added by GitHub



**sippis**  Oct 16th, 2024 at 11:21 AM
To my knowledge, that process has always existed when certain flags are met. By the quick looks that PR is just tweaking some parts of the process, not forcing it to all new users.

👍 1

**Courtney**  Oct 16th, 2024 at 11:22 AM
Related, not direct issues.

👍 1

**Michael Willman**  Oct 16th, 2024 at 11:24 AM
Gotcha, I was hearing chatter to the contrary but looking at the PR now I think you may be right. I apologize for the confusion @sippis.

**Thread**  # meta                                                                                                    ✕

**clorith** 🌴  Oct 16th, 2024 at 11:24 AM
We are not vetting individual users, this is simplifying and removing FUD from the average user, and making it clearer for those caught by the spam trap that there's a path forward, we get ~100 emails from users in this state reaching out per day
🍪 3   ❤️ 2   😃

**Michael Willman**  Oct 16th, 2024 at 11:30 AM
Makes sense to me, thanks for the clarification.

**phpguy**  Oct 16th, 2024 at 12:07 PM
Im sure that would be a nightmare for them, but Its about the only way to stop spam, then Im not sure its 100%.

**ML Dev**  Oct 16th, 2024 at 1:31 PM
@clorith in general thank you to helping add clarity to a lot of questions we've had lately here - it's seen and appreciated! 🤗

**Michael Willman**  Oct 16th, 2024 at 3:07 PM
@clorith Should take a look at ChatGPT's Moderation API, could help you a lot and your use case is low volume enough to not be $$$$$$.

**clorith** 🌴  Oct 16th, 2024 at 3:09 PM
oh I am not leaning on LLM's for this, they're great for flagging things that need manual review, but we already have that fairly well covered, and the real user interaction gives those caught in those cases a much better experience wit hthe platform as a whole when they know someone is reading their replies (even if parts of our replies are based on pre-defined replies to save us having to type them out every time 😄 )

**Michael Willman**  Oct 16th, 2024 at 3:10 PM
I meant more as a first line of defense vs some more traditional filters, we are testing it for comment moderation as a replacement for Akismet and its working quite well so far.

But its not the best tool for everyone of course, if you already have robust filtering in place then it may not be needed.

**clorith** 🌴  Oct 16th, 2024 at 3:12 PM
We've had good success with the current setup, I don't have all the details on that one obviously, but it seems to work well so far 🙂 Always happy to hear suggestions on improvements though, even if they may not always lead to anything!

**Michael Willman**  Oct 16th, 2024 at 3:12 PM
I made a note to shoot you a DM when we are more further along in our testing, just to show you what we've done. Even just some feedback would be cool as well.
👍 1   😃

**clorith** 🌴  Oct 16th, 2024 at 3:12 PM
We've had good success with the current setup, I don't have all the details on that one obviously, but it seems to work well so far 🙂 Always happy to hear suggestions on improvements though, even if they may not always lead to anything!

**Michael Willman**  Oct 16th, 2024 at 3:12 PM
I made a note to shoot you a DM when we are more further along in our testing, just to show you what we've done. Even just some feedback would be cool as well.
👍 1   😃

**Steve Dufresne**  Oct 16th, 2024 at 7:21 PM
Thanks for fielding this conversation clorith and apologies for the speedy move to production. I think it's good timing to improve the login flow where relevant and I hope to make a few more minor improvements in the upcoming weeks. I'll be more sensitive to spam/moderating as I do so. 👍

**clorith** 🌴  Oct 17th, 2024 at 12:19 AM
No worries at all, and my remark on speed wasn't as a retort (would probably have worked better in person 😄), I'm always happy to see workflow improved



\# meta   WordPress Meta Team  | https://make.wordpress.org/meta/        3,478

Messages   Canvas   Files   Bookmarks   Pins   +

joined #meta. Also, rafaelgallani joined.

October 17th, 2024

**Michael Willman** 12:46 PM
Is there a way for Wordpress.org users to determine if their account has been blocked, if they are unable to login due to the WP Engine checkbox? Several individuals are reporting that their slack accounts were deactivated today but their accounts on Wordpress.org appear to still be active.

**clorith** 🌴 12:49 PM
If you are blocked form signing in to WordPress.org, you will get a message saying so. The checkbox is a required form field, so you can't sign in without checking it and it won't impact anything there. We can't comment on specific slack accounts, as we only discuss individual users accounts with the users them selves if they reach out.

**Michael Willman** 12:50 PM
How can I tell if I am blocked if I cannot login due to the checkbox?

One user I spoke with is actively trying to move their clients off WP Engine, they've already moved half and canceled several thousands of dollars a month in WP Engine hosting contracts, but still has clients awaiting migration. That user, for example, would like to be able to tell if their account is blocked, but cannot attempt a login until they finish offboarding their clients from WP Engine. Is there a solution for them? I understand you cant answer about individual accounts, but more generally is there a way for them to determine if their account is blocked?

😐 1   😀

**clorith** 🌴 12:51 PM
Unfortunately, at this time, you can not, but if you are unable to tick the box, you generally cannot use WordPress.org at this time any way, so the effect would essentially be the same.

**Michael Willman** 12:53 PM
Is there a method for EU users to request data deletion from Wordpress.org under GDPR regulations?

**clorith** 🌴 12:53 PM
All of that is covered in the privacy policy page, but the short answer is yes.

🙏 1   😀

↓ Latest messages



**Thread**  # ranting                                                                  ✕

 **Michael Willman**  Dec 10th, 2024 at 7:23 PM
https://storage.courtlistener.com/recap/gov.uscourts.cand.437474/gov.uscourts.cand.437474.64.0.pdf



👎 1   👍 1   😀+

1 reply

 **veerleverbert**  Dec 11th, 2024 at 5:13 AM
Thank you for sharing.
This so shouldn't have happened in the first place. We'll see how the case continues, but at least all can rejoin for now. 💜


👎 1   👍 1   😀+

 1 reply  1 month ago

 **Michael Willman**  7:23 PM
Provided without commentary

This account on slack.wordpress.org / wordpress.slack.com is operated by an affiliate and Related Entity of WP Engine. (edited)