# EXHIBIT B

Screenshots of conversations between Trellis and Redev

**Bill Aicher, isaiahbollinger, Kris Clason**

Messages | Add canvas | Files | +

**Mike Willman** 11:10 AM — October 11th, 2024

It pains me to inform you all that I have just learned Redev has lost a second closed (verbal) project, and that due to the accumulated losses in the past 90 days, I will be forced to wind down operations of Redev by Dec 31st.

I am fully committed to continuing to serve the two retainer clients we share, DHS Equipment and Moore & Giles, through the end of the year and possibly beyond. I am willing to explore continuing those retainers as a solo contractor, if Trellis wishes to continue working with me on them. We also have work being pitched with MGH, which I will commit to delivering if it is closed.

The one area of business that is "closed" that I am not able to deliver on personally, is the Airlift project. In part due to the uncertainty of the project itself, and in part due to it depending on an employee who I am no longer capable of paying the salary of. I have however, spoken with Mike Kelly, and he is willing to work directly with Trellis that project if you wish to continue it. I am willing to assist Trellis in any way to find a solution, so that you do not lose that deal, but I am not going to be available for the time commitment required to manage it myself. At this point, I have not been paid by Redev in 71 days and I will need to focus on finding alternate employment.

If you have any questions about this, please reach out and I will be happy to do whatever I can to minimize the damages to Trellis.

It has been a great pleasure working with you all, and I appreciate how reliable of a partner you have been over the years with Redev and myself.

**isaiahbollinger** 11:12 AM
Let's figure out a path forward where you and your contractors get paid

We can get you guys busy

**Mike Willman** 11:13 AM
I'd be interested in exploring that, if you have some ideas.

And I do have some really talented team members who may need employment, if we can't figure something else out.

**Bill Aicher** 11:15 AM
Yes, we can definitely have some conversations here. Note that Kris is out on PTO (and out of phone range etc) until Tuesday.

**isaiahbollinger** 11:15 AM
I could prolly buy your assets

Won't be much

But you get something not zero

Let's talk before you fully shut down

Next week?

**Bill Aicher, isaiahbollinger, Kris Clason**

Messages   Add canvas   Files   +

Next week?

October 11th, 2024

**Mike Willman**  11:15 AM
Absolutely

11:15  Our assets are pretty minimal, mostly talent.

**isaiahbollinger**  11:15 AM
Yeah but those relationships are valuable

Recruiting fees etc

I can consider a value on that

Do you have any big customers left?

Even just one?

**Mike Willman**  11:16 AM
Yes, one

**isaiahbollinger**  11:16 AM
With upsell potential

On

Ok

That we could def buy

**Mike Willman**  11:16 AM
StrongerU, sister company of Anytime Fitness

**isaiahbollinger**  11:16 AM
And prolly bring you on a good deal for you

**Mike Willman**  11:16 AM
I would be very interested in that, for sure

**isaiahbollinger**  11:16 AM
I've done this before and it's worked out well

Loan did this

With us

**Bill Aicher, isaiahbollinger, Kris Clason**

Messages | Add canvas | Files | +

Loan did this

With us

October 11th, 2024

**Mike Willman** 11:16 AM
Interesting

**isaiahbollinger** 11:17 AM
He had less than you so hahaha

**Mike Willman** 11:17 AM
🤣

**isaiahbollinger** 11:17 AM
Also I see us massively expanding SEO services in 2025

And I will need a head of SEO

It can be a contract role so you can do other work

**Mike Willman** 11:17 AM
I have to say, with the rollercoaster I've been on the past few months, I have looked at Bill's position with a bit of envy.

**isaiahbollinger** 11:17 AM
And have flexibility

I honestly think 99 percent of other firms are full of shit when it comes to SEO

And you actually get it

**Mike Willman** 11:18 AM
I agree completely

And for ecommerce its a very unique beast

**isaiahbollinger** 11:18 AM
It's hard which is good

And valuable

**Bill Aicher** 11:18 AM
yeah I definitely would love to find a way for us to keep working together. You're one of the best SEO people I've worked with. No bullshit, actual strategy.

**Mike Willman** 11:19 AM
There is room to target merchandising type work as well, lots of overlap.

**Mike Willman** 11:19 AM
There is room to target merchandising type work as well, lots of overlap.

Even without the SEO aspect

I have a good team on the Wordpress side as well, my Sr Dev has been working on learning headless development with Next.js. I think he would be a great addition to your team.

So yeah, lets talk next week and see if there is room for us to make something happen. I'm game.

**Bill Aicher** 11:40 AM
Just sent over an invite for us to connect next Wednesday. Definitely would like Kris to be included in the conversation, and as we are closed on Monday and Tuesday is the first day back in the office for Kris after his PTO, just want to make sure he has time to settle back in (plus his calendar is super booked Tuesday).

That work for you, Mike?

**Mike Willman** 11:40 AM
Works for me!

❤️ 1  

 **Kris Clason** 1:55 PM
Hey @Mike Willman here's the contract I drafted for us to move forward with. Can you take a look and let me know if anything stands out to you in terms of giving you hesitation to proceed?

After that, do you want to move this to your letterhead and submit the contract to us? Or would you like us to proceed through the standard Zaelab contractor process?

PDF ▾


Zaelab _ Michael Willman Contract December 20...
PDF

 **Mike Willman** 2:43 PM
I think going through your process would be best, then I will just get my attorney to review the final contract language. Everything in that looks acceptable to me. My only question is about Mike Kelly and how we are going to manage him and the remaining payment on Airlift. I'm not sure if any payment to him is factored into your planning.

 **Kris Clason** 2:55 PM
It's not, you said you wanted to keep him off the Zaelab payroll. My expectation is that he was factored in to the total estimate of the project and you will pass through costs to him.

**Kris Clason**

Messages   Add canvas   Files   +

**Mike Willman** 2:55 PM
Okay, I can do that

December 9th, 2024

**Kris Clason** 2:55 PM
I can bring him on as a contractor, but it seemed like you didn't want to do that.

**Mike Willman** 2:57 PM
I'm not entirely against it if my side of things is protected

Let me talk to him and see

The issue is that I haven't been able to pay him

**Mike Willman** 3:11 PM
What does it look like if you bring him on as a contractor

**Kris Clason** 3:11 PM
Ok, do you have an ETA on getting this approved on your side

Simply paying him directly, he can continue to work with/under you. If we have additional SEO work, you and I would collaborate to see if he is a good fit for it

**Mike Willman** 3:15 PM
How is that going to impact hours

**Kris Clason** 3:21 PM
How do you expect to split time between you and Mike Kelly?

Like in terms of the 81 hours, how many of them will be Mike K?

**Mike Willman** 3:22 PM
I dont recall ever discussing having Mike Kelly work through me

The whole issue is that I haven't been able to pay him

My only issue with him working with you directly, is that I cant just give up his non-solicit and IP for free

Otherwise I have no issue with it, my understanding was that you wanted to work with Mike Kelly directly

**Kris Clason** 3:37 PM
We're not asking for the IP. Yes I do, but you said you needed to see if you'd allow that.

**Kris Clason**

Messages  Add canvas  Files  +

Otherwise I have no issue with it, my understanding was you had to work with Mike Kelly directly

December 9th, 2024

**Kris Clason** 3:37 PM
We're not asking for the IP. Yes I do, but you said you needed to see if you'd allow that.

**Mike Willman** 3:37 PM
If we didn't work together

**Kris Clason** 3:38 PM
Ok, so we will proceed with contracting Mike Kelly directly. I'm fine with that. What portion of the work do you think he'll do?

Regardless, I think we need to get things moving forward if we expect to retain this work. Do you have an ETA on having the contract reviewed and drafted on your side?

**Mike Willman** 3:39 PM
I had not expected for him to do any of the 80 hours

**Kris Clason** 3:40 PM
Ok, so the overall cost of the project will be going up? Do you know his estimates?

**Mike Willman** 3:50 PM
He thinks 50-60 hours left on his end. I dont even mind giving up my hours on this for free but I think the sticking point is that the 80 hours is going to be off the table now.

I'd do everything on Air Lift for free if you could do the 80 hours on other work but I dont think you have that budget

And I cant live on $3k a month

**Kris Clason** 3:55 PM
What's his hourly rate?

**Mike Willman** 3:56 PM
His rate with Redev was $25/hour but that was agreed to with the expectation of 40 hours a week and a 5% equity stake after a few years.

We were also using a loophole related to my initial investment in Redev to avoid income taxes in 2024, to be honest with you

I honestly dont want to be involved in your rate discussion with him, I think its between you two but I dont think he's going to accept what I was paying him.

 **Kris Clason**

Messages | Add canvas | Files

We were also using a loophole related to my ini[tial]   *December 9th, 2024*   to avoid income taxes in 2024, to be honest with you

I honestly dont want to be involved in your rate discussion with him, I think its between you two but I dont think he's going to accept what I was paying him.

 **Mike Willman**  4:05 PM
And I guess I was right about that because I guess the number he gave me was what he wanted to ask you for per hour

Not his hours estimate

So uh

 **Kris Clason**  4:05 PM
Ok, what's his hourly estimate on the project?

 **Mike Willman**  4:06 PM
Working on that one now

 **Kris Clason**  4:14 PM
Cool, we're good to go with December since we have the MGH work. Jan and Feb may get tough if he's doing 80% of the work or more, but it sounds like he will be in assistance to you to provide the scale needed, so if it's 20h or so, I think we'll be fine

 **Mike Willman**  4:15 PM
Sorry, the hours estimate is north of 60 hours.

 **Kris Clason**  4:17 PM
OK, so 80% him of the remaining estimate? (edited)

 **Kris Clason**  4:22 PM
So of the 81 hours left in the initial project estimate, Mike Kelly needs 65? hours and you will have 15 hours?

 **Mike Willman**  4:36 PM
I think you would need to pay something like the full hours to Mike and then have me eat some hours to get it done at this point.

 **Kris Clason**  4:40 PM
I mean you're not really eating any hours if we're paying a min. rate

**Kris Clason**

Messages  Add canvas  Files

point.

December 9th, 2024

**Kris Clason**  4:40 PM
I mean you're not really eating any hours if we're paying a min. rate

**Mike Willman**  4:41 PM
I can if I still work 80 hours above and beyond those hours

**Kris Clason**  4:43 PM
Can we just talk with Mike Kelly soon? We need to get this towards the finish line or I'm not sure we'll retain any of these clients.

I need to know if our payment to complete this project is capped at 81 hours based on the initial estimate or if this is basically starting fresh

**Mike Willman**  4:47 PM
I am talking with him now

**Kris Clason**  4:50 PM
OK, we'll let me know an answer on:
- I need to know if our payment to complete this project is capped at 81 hours based on the initial estimate or if this is basically starting fresh
- Hourly rate (sounds like $50-60)

**Mike Willman**  4:59 PM
If the answer is yes to both, is there a way to make the rest of our deal work

From where I'm sitting, I dont see it

**Kris Clason**  5:00 PM
I'll go back to the drawing board and see

**Mike Willman**  5:03 PM
I dont know if any of us can afford the drawing board

**Kris Clason**  5:04 PM
I'm going to run the numbers again tonight and send it back through the approval. If you're saying you're out right now, I'd prefer you just say it





Screenshots of excerpts of contracts between Trellis and Redev

| Payment Number | Month | Amount | Terms |
|---|---|---|---|
| 1 | October | $7,400 | ACH payment pending Trellis receives payment from client Credit Card payment by 10/18 if client has not completed payment to Trellis Processing fees accepted by Redev |
| 2 | November | 80 hours billed: $3,445 | At least 40% of IC work (48 hours) has been completed If less than 48 IC hours are completed by Redev, Trellis will pay Redev proportionally to the 48 hours targeted (ie. 30 hours are completed, Trellis will pay 63% of the $3,445 which is equal to $2,155) At least 40% of IC work time (48 hours) has been billed to the Client Pending first 50 pages of content have been accepted by the Client If content has not been accepted by the client, payment will be delayed until the first 50 pages are client approved ACH payment pending Trellis receives payment from client Credit Card payment by invoice due date if client has not completed payment to Trellis Processing fees accepted by Redev |
| 3 | December | $3,445 | At least 80% of IC work time has been billed to the Client ACH payment completed by 12/6/2024 pending Trellis receives payment from client Credit Card payment by invoice due date if client has not completed payment to Trellis by 12/6/2024 Processing fees accepted by Redev |

Michael Willman & Zaelab SEO Contractor Agreement
12/9/2024

## Contractor Agreement

1. Michael Willman (the "Contractor Personnel") will provide Zaelab (the "Client") SEO, content production and technical marketing services at the rate of $70 per hour.
2. The Client guarantees payment of at least 80 hours per month for a minimum monthly payment of $5,600.*
3. The Client will make an additional $700 payment to the Contractor in December for SEMrush reporting.
4. The Contractor will migrate the SEMrush enterprise account to the Client before 12/31/2024.
    1. The Contractor will support report re-integration as needed.

## Statement of Work

### Zaelab Retainers

1. The Contractor will deliver SEO services on behalf of the Client through 3/31/2025.
    1. The contractor will complete 20 hours per month of SEO strategy, production and reporting per month for DHS Equipment Parts.
    2. The Contractor will complete 20 hours per month of SEO strategy, production and reporting per month for Moore and Giles.
    3. The Contractor will produce monthly SEO-targeted content for Triangle Engineering.
2. The Contractor acknowledges the following work billed by the Contractor in November is still outstanding, thus will not be billed in December and viewed as a service credit to the Client to be completed in December 2024.
    1. DHS Equipment Parts SEO Retainer

## Airlift Performance

1. The Contractor will immediately begin work on the Airlift Performance SEO content production project with a target completion date of 2/28/2024.
2. Outstanding deliverables & project milestones:
    1. Initial prompt approval by Airlift Performance
    2. Page template design approval by Airlift Performance
    3. Initial 50 pages of content produced and approved by the Airlift Performance
    4. Completion of all content for target urls produced and approved by the Airlift Performance
3. The Contractor will complete the project within initially quoted cost of $14,290
    1. The Contractor acknowledges the previous project payments totalling $8,763.65 resulting in an outstanding project balance of $5,426.35.

Michael Willman & Zaelab SEO Contractor Agreement
12/9/2024

### Additional Work

1. In periods of low utilization, the Contractor will support:
    1.1. SEO case study development
    1.2. SEO process improvements
    1.3. Website tagging and tracking work
    1.4. Cross-selling and audits

## *Addendum 1

1. In the event that the Client and Airlift Performance dissolve the SEO content production contract, the Client will not guarantee 80 hours of work per month.
2. In the event that the Contractor fails to complete up to 80 billable hours that are available, the Client does not guarantee the monthly minimum payment of $5,600.

## Addendum 2

1. The Contractor commits to maintaining SEO services if the Client secures phase two of the Airlift Performance SEO content production project.