Your Name: Michael Willman

Address: 5 Mecca Lane Washington, ME 04574

Phone Number: 1 (207) 242-4767

Email Address: michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>        Defendant. | Case Number: 3:24-cv-06917-AMO<br><br>**DECLARATION OF MICHAEL WILLMAN IN SUPPORT OF MICHAEL WILLMAN'S REPLY TO THE OPPOSITION TO MOTION FOR CONTEMPT**<br><br>JUDGE: Hon. Araceli Martinez-Olguin |

I, Michael Willman, declare as follows:

1. I make this declaration in support of Michael Willman's Reply to the Opposition to Motion for Contempt. I have personal knowledge of all the facts set forth in this declaration, and if called upon to do so by the Court, I could and would testify competently thereto.

2. Between January 11th, 2025 and January 13th, 2025, I created several screenshots of conversations between myself and members of the Make.Wordpress.org Slack Server. A true and correct copy of the screenshots are attached hereto as part of Exhibit A.

3. Between January 11th, 2025 and January 13th, 2025, I created several screenshots of conversations between myself and members of the Trellis team. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

4. On January 31st, 2025, I created several screenshots of contracts held between Redev and Trellis. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

5. On January 31st, 2025, I created several screenshots of conversations that were held between myself and the Redev team. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

Respectfully submitted,

Date: January 31st, 2025

By: /s/ *Michael Willman*

Michael Willman