# EXHIBIT A

Screenshots of a Conversation between Matt Mullenweg and Michael Willman taken January 11th, 2025

**Thread**  # ranting                                                                                  ✕

 **Michael Willman**  Dec 23rd, 2024 at 8:51 AM

@matt Reading your "Holiday Break" article today and I just wanted to make sure you are aware you aren't just liable for damages to Automattic, you are also going to be liable for damages to a variety of other parties like myself when you lose. My personal losses due to your actions to-date are rapidly reaching six figures, including three laid off employees who are without a job over your "Holiday Break" due to your childish antics.

In summary, please enjoy a miserable holiday break, you deserve it.

Sincerely Yours,
A Related Entity of WP Engine

🤣 1    😔 2    😢 1    🙁 1    😀

**17 replies**

 **veerleverbert**  Dec 24th, 2024 at 7:54 AM

I'm sorry to hear that. It is so true for many of us, even non-paid work has been shut down. So many projects have halted. Both energy, FOSS spirit and money are leaking at a higher pace each week.

Hope the new year may bring you and all of us relief, a new path forward.
🙏

  # Also sent to the channel
 **matt**  Dec 31st, 2024 at 6:11 PM
Thanks, telling an open source contributor they're personally liable for legal action and damages is a super-motivating way to get them to want to continue providing free services to you!

💯 1    😀

  # Also sent to the channel
 **matt**  Dec 31st, 2024 at 6:12 PM
I encourage you do that for all the open source software you use, email all the maintainers and tell them how you're going to cause them harm

💯 1    😀

  # Also sent to the channel
**matt**  Dec 31st, 2024 at 6:12 PM
I encourage you do that for all the open source software you use, email all the maintainers and tell them how you're going to cause them harm

💯 1    😀

 **Michael Willman**  Dec 31st, 2024 at 9:29 PM
None of the other open source software I use is managed by someone who tried to extort me into moving from a competitor to them. None of their contributors have anything to worry about, as long as they dont engage in flagrantly illegal behavior.

 **matt**  Jan 2nd at 12:41 PM
Actually if you use ACF or any WPE plugins they try to switch you from your current host to WP Engine

 **Michael Willman**  Jan 2nd at 12:58 PM
I am engaged in the business of referring website development clients to hosting companies in return for compensation. I have signed a partnership deal with WP Engine, referred clients to WP Engine and received compensation from them in the past. As well as from other hosting providers such as my current partner Cloudways, whose payments alone are in the thousands of dollars. You have engaged in an attempt to compel me to stop providing such services to these clients under threat, services which I normally do for compensation, and to instead provide these services to you personally without compensation. You have done so, in part, by converting your legal access to my computer systems as the provider of the Wordpress.org update service, to unlawfully transform my websites to suit your own commercial purposes by installing your "Secure Custom Fields" plugin onto my websites and websites belonging to my clients, against my will.

WPE has done no such thing.

 **matt**  Jan 2nd at 12:59 PM
All the ACF stuff has been undone

if you actually want SCF with the pro features you can get it here: https://wordpress.org/plugins/secure-custom-fields/

**matt** Jan 2nd at 12:59 PM
All the ACF stuff has been undone

if you actually want SCF with the pro features you can get it here: https://wordpress.org/plugins/secure-custom-fields/


**WordPress.org**
**Secure Custom Fields**
Secure Custom Fields boosts content management with custom fields and options. It deactivates Advanced Custom Fields to prevent duplicate code errors. (54 kB) ▾

**Michael Willman** Jan 2nd at 1:00 PM
You undid it when you were compelled to do so by the courts, but the software was installed on my website against my will as part of a concerted campaign of extortion. That is conversion, which under Texas law is treated the same as theft.

Thats a state jail felony in Texas if the court finds the websites are valued under $30,000, and a third degree felony if they find they are valued between $30,000 and $150,000.

**Michael Willman** Jan 2nd at 1:07 PM
Here is where I informed you that I am engaged in the business of providing referrals to hosting companies in return for compensation and you attempted to compel me to partner with Automattic instead.

2 files ▾



This is BEFORE you accessed my computer systems unlawfully.

**Thread**  # ranting                                                                ✕

This is BEFORE you accessed my computer systems unlawfully.

# Also sent to the channel
**Michael Willman** Jan 2nd at 1:21 PM
I'm sitting here packing up my house so we can move out by the end of the month, because we cant pay our mortgage. Most of my employees are laid off and I'm trying to save the rest. One of the ones that got laid of just had a kid, and I cant even pay him. All of that is because of you and business we lost because of your actions.

Meanwhile you are sitting here acting like you are the "good guy" when you dragged thousands of innocent people into a spat between two billion dollar companies, and still trying to push people to buy your plugins. What, is $500 million not enough money? Need to make the number keep going up so might as well make a bunch of working people suffer to do it.

# Also sent to the channel
**Michael Willman** Jan 2nd at 1:24 PM
My wife, my 5 year old autistic son, and I will be moving into a travel trailer. The one benefit of that is that we can move it anywhere and I can still work. That means I can bring it to anywhere I need to, like to file legal actions in Texas, California and Delaware.

**matt** Jan 2nd at 2:21 PM
No one can install software against your will, your settings or site has to request the update. Could you help me understand how this impacted your business, and if there's anything I can do to help?

**Namith Jawahar** Jan 2nd at 9:00 PM
Sharing your concern  @Michael Willman . I had zero new Wordpress projects in Dec 2024 a first in my 15 years of Wordpress development.  In addition to the isn't Wordpress insecure questions all devs have been fighting off for years now a new question has emerged from prospective clients where they are asking "what will happen if Wordpress shuts down".  Not every business owner is tech savvy and would know the ins and outs of tech, they get their info from popular media and it has definitely become increasingly difficult to convince prospective clients to pick Wordpress as the platform due to the recent negative publicity.

Hope some positive image building exercise happens to the platform early in 2025 to undo part of the reputation damage.  Otherwise freelancers and SMEs like me who put their bets on Wordpress are going to out of business.  We might be the first to fall but it's going to affect the Wordpress hosting companies even worse.

 **Michael Willman**  Jan 3rd at 12:12 PM

@matt Wordpress.org was given limited access to my website for the purpose of providing updates to third party plugins via the default plugin repository system. Each of these plugins are third party pieces of software that I chose to install on my website. I chose to install ACF, I did not chose to install SCF. By hijacking my install and transforming the install of ACF to SCF, you engaged in a textbook example of conversion, which is considering the same as theft in Texas.

If I hire a mechanic to do an oil change on my car, the only actions he has permission to perform on that car is to change the oil. He cannot start changing other parts, take my car for a joy ride, etc. If he does so, he has taken his legal access to my property and converted it to his own use. That legal concept is called "conversion" and it is the exact action you engaged in here, by taking your legal access to my computer systems and converting it illegally for your own benefit.

Steve Lehto gives a good summary of conversion here, in case you are unaware of what it is: https://youtu.be/hjMLtWhckt8?si=eq-5N6uyc1w7oJFh&t=417

In terms of how it impacted my business, I lost a closed $14.5k website project because you BANNED ME from Wordpress.org for having a relationship with WP Engine. My client asked me what's going on and I had to tell him that the guy who makes the software I use, that I have paid thousands of dollars, has banned me from all of his services. We have not closed a single Wordpress project with a new client since this drama started, so at this point our Wordpress development company is on the verge of bankruptcy. We survive only by doing maintenance for some of our older clients at the moment, and that just barely. We do so only because I have not taken a salary.

 YouTube | Steve Lehto
Service Advisor Wrecks Customer's Rare Camaro in Joyride ▾



