# EXHIBIT B

Screenshots of a Conversation between Michael Willman, a slack user named "paragonie", and assorted other users in October of 2024, taken January 31st, 2025.

 **paragonie** Oct 16th, 2024 at 7:12 AM
https://github.com/bullenweg/bullenweg.github.io/issues/11
I believe it's important that everyone, especially people critical of @matt, pay attention to what happened in this linked issue. A lot of people from r/WordPress expressed discomfort in them highlighting Matt having a nosebleed (after a ton of travel) as criticism. They closed it unceremoniously as "not planned".

However you feel about this situation, that's simply not cool.

> **#11 Nosebleed Stuff**
> I'd suggest removing the nosebleed bit. I don't think it fits, "lied, misrepresented or behaved in a questionable manner" especially since it happened after traveling. It is a pretty normal occurrence and takes away from the more valid points in the timeline.
> Thank you.
> **Comments**
> 1

bullenweg/bullenweg.github.io | Oct 15th, 2024 | Added by GitHub

11 replies

 **paragonie** Oct 16th, 2024 at 7:12 AM
Full context here: https://old.reddit.com/r/Wordpress/comments/1g43n7s/every_time_matt_mullenweg_has_lied_misrepresented/ls1agy6/?context=3

> **reddit**
> **Every time Matt Mullenweg has lied, misrepresented or behaved in a questionable manner.**
> Posted in r/Wordpress by u/Mte90 • 208 points and 51 comments

 **Michael Willman** Oct 16th, 2024 at 11:14 AM
It is my opinion that Matt has set the tone for the community to follow and this response is entirely in line with his own responses to users. If anything, its far more tame than trying to extort Wordpress devs who lost business into stopping work with WP Engine using a carrot of referrals, for example.

✅ 1   😀

 **Silencio** Oct 16th, 2024 at 11:48 AM
There are a lot of things that are not cool. Dredging up stuff like Matt's other legal issue related to his mom is most certainly not cool. Focusing on irrelevant stuff like his nosebleed is not cool. You know what else is not cool?

Making a sarcastic gesture on a stream when Theo queried if Matt had any sympathy for the bystander customers affected by his wp.org block.

Replying to someone with "Who are you?" when they presented a valid issue ...c'mon you know this was Matt and not wp.org speaking there.

Calling people out with regards to their hobbies even if it involves a $200k car, particularly when you post pics and talk about $2k cardigans, African safaris and attending F1 all in the same month. Rich people be richin' but it's also a case of pot meet kettle. (edited)

💯 1   😀

 **Michael Willman** Oct 16th, 2024 at 11:50 AM
The legal issue in question is with Audrey Capital, which employs Wordpress.org volunteers and other Wordpress community members, so I would say that legal issue is directly applicable to the topic at hand. I'm not sure why the same organization is hiring Wordpress contributors as well as personal home care staff for Matt's mom, but that is Matt's own decision not the communities.

Given that this same Wordpress community member is censoring any mention of Audrey Capital on reddit, that only makes the issue more relevant.

 **paragonie** Oct 16th, 2024 at 12:21 PM
> It is my opinion that Matt has set the tone for the community to follow and this response is entirely in line with his own responses to users.

Just because he leads this way doesn't mean anyone is obligated to follow his example.

➕ 2   😀

 **Michael Willman** Oct 16th, 2024 at 1:11 PM
@paragonie No but it feels like punching down to go after the people who are responding to this instead of Matt and the other Automattic/Audrey Capital employees pushing the drama on the community.

 **paragonie** Oct 16th, 2024 at 1:18 PM
You can make a salient case about those things being bad without unnecessary mud-slinging. In fact, your arguments are stronger if you remove the mud-slinging.

 **Michael Willman** Oct 16th, 2024 at 1:19 PM
I don't disagree with you there, and I have been trying to do so myself, but I cannot really blame people who are essentially innocent parties here for being mad at Matt personally and acting in an unprofessional way as a result. I would expect the same backlash directed towards myself if I acted in a similar way.

 **Michael Willman**  Oct 16th, 2024 at 1:19 PM

I don't disagree with you there, and I have been trying to do so myself, but I cannot really blame people who are essentially innocent parties here for being mad at Matt personally and acting in an unprofessional way as a result. I would expect the same backlash directed towards myself if I acted in a similar way.

The bigger issue I have is people being disrespectful towards other parties, such as the Wordpress community team here.

❤️ 1   😃

That isn't a reasonable response at all.

 **paragonie**  Oct 16th, 2024 at 1:22 PM

People are allowed to feel angry, scared, outraged, offended, and/or betrayed by Matt's recent behavior, and the sycophants that seem to endorse said behavior. Totally justified.

It's not okay to use those feelings to do pointless shit that causes collateral damage to third parties. As you said, WP contributors and community members. But also, third parties who might be self conscious about chronic nose bleeds.

It also doesn't directly serve any purpose other than shaming Matt. Which, if he's as big a narcissist as everyone says, is a fool's endeavor anyway! But also, you don't **need** to shame Matt to get your point across. The point stands very strongly alone. (edited)

Screenshots of a DM Conversation between Michael Willman and a Make.Wordpress.org slack user named "paragonie", conducted and taken January 31st, 2025.

 **mwillman1991**  5:11 PM

Wanted to let you know that you got mentioned in the court case between WP Engine and Automattic. (edited)





On my end, it seems like your comment about mudslinging is directed at the people attacking Matt for his nosebleed, but I wanted to see if that interpretation is accurate.

 **paragonie**  5:35 PM
Your interpretation was correct, I was referring to outside activities that I didn't want to see replicated in the channel. I was not accusing you, in particular, of mudslinging. Matt misunderstood the intent and context.

For additional context: Paragon Initiative Enterprises is a cryptography and security firm that specializes in PHP, and whose open source software is used by WordPress. Our interest in participating is almost always limited to preventing existential threats to the ecosystem that powers nearly half the Internet (WordPress) and/or most websites on the Internet (PHP). Matt's behavior is such a threat.

From what I understand, the mudslinging was mostly provoked from hate forums (Kiwi Farms, rDrama\.net, etc.) not the regular community members that have been around for years.

And most of it was on Reddit.

(As far as the overall court case between Automattic and WP Engine goes, I'd really prefer to stay out of it.)