EXHIBIT C

CT0157053

**Registry of Charitable Trusts**
P.O. Box 903447
Sacramento, CA 94203-4470
Telephone: (916) 445-2021

**WEBSITE ADDRESS:**
http://ag.ca.gov/charities/

# INITIAL
# REGISTRATION FORM
## STATE OF CALIFORNIA
## OFFICE OF THE ATTORNEY GENERAL
## REGISTRY OF CHARITABLE TRUSTS
### (Government Code Sections 12580-12599.7)



**NOTE:  A $25.00 REGISTRATION FEE MUST ACCOMPANY THIS REGISTRATION FORM.  MAKE CHECK PAYABLE TO DEPARTMENT OF JUSTICE.**

Pursuant to Section 12585, registration is required of every trustee subject to the Supervision of Trustees and Fundraisers for Charitable Purposes Act within thirty days after receipt of assets (cash or other forms of property) for the charitable purposes for which organized.

Every charitable (public benefit) corporation, association and trustee holding assets for charitable purposes or doing business in the State of California must register with the Attorney General, except those exempted by California Government Code section 12583.  Corporations that are organized primarily as a hospital, a school, or a religious organization are exempted by Section 12583.

Name of Organization:  WORDPRESS FOUNDATION

The name of the organization should be the legal name as stated in the organization's organizing instrument (i.e., articles of incorporation, articles of association, or trust instrument).

Official Mailing Address for Organization:

Address:  200 BRANNAN ST. #239

City:  SAN FRANCISCO

State:  CA

ZIP Code:  94107

*RECEIVED*
Attorney General's Office

NOV 02 2009

Registry of
Charitable Trusts

Organization's telephone number:

Organization's e-mail address:

Organization's fax number:

Organization's website:

All organizations must apply for a Federal Employer Identification Number from the Internal Revenue Service, including organizations that have a group exemption or file group returns.

Federal Employer Identification Number (FEIN):
20-5498932

Group Exemption FEIN (if applicable):

All California corporations and foreign corporations that have qualified to do business in California will have a corporate number.  Unincorporated organizations are assigned an organization number by the Franchise Tax Board upon application for California tax exemption.

Corporate or Organization Number:

CT-1  REGISTRATION FORM (6/2007)

#126042  $25

**Names and addresses of ALL trustees or directors and officers (attach a list if necessary):**

| | |
|---|---|
| Name *MATTHEW MULLENWEG* | Position *PRESIDENT & TREASURER* |
| Address *200 BRANNAN ST. #239* | |
| City *SAN FRANCISCO* · State *CA* · ZIP Code *94107* | |
| Name *MATTHEW BARTUS* | Position *SECRETARY* |
| Address *1717 EMBARCADERO RD.* | |
| City *PALO ALTO* · State *CA* · ZIP Code *94303* | |
| Name | Position |
| Address | |
| City · State · ZIP Code | |
| Name | Position |
| Address | |
| City · State · ZIP Code | |
| Name | Position |
| Address | |
| City · State · ZIP Code | |

**Describe the primary activity of the organization. (A copy of the material submitted with the application for federal or state tax exemption will normally provide this information.) If the organization is based outside California, comment fully on the extent of activities in California and how the California activities relate to total activities. In addition, list all funds, property, and other assets held or expected to be held in California. Indicate whether you are monitored in your home state, and if so, by whom. Attach additional sheets if necessary.**

To serve the general public by promoting and advancing the development of certain open source software and technologies which can be used by individuals as a personal publishing platform free of charge, and to educate the general public on the availability and use of such software and technologies.

To preserve and protect the freedom to use, study, copy, modify, redistribute and otherwise make freely available certain open source software.

**The organization will be required to file financial reports annually. All organizations must file the Annual Registration/Renewal Fee Report (RRF-1) within four months and fifteen days after the end of the organization's accounting period. Organizations with $25,000 or more in either gross receipts or total assets are also required to file either the IRS Form 990, 990-EZ, or 990-PF. Forms can be found on the Charitable Trusts' website at http://ag.ca.gov/charities/.**

If assets (funds, property, etc.) have been received, enter the date first received:

Date assets first received: _____∅_____

**Registration with the Attorney General is required within thirty days of receipt of assets.**

What annual accounting period has the organization adopted?

☐ Fiscal Year Ending _____   ☒ Calendar Year

CT-1 REGISTRATION FORM (6/2007)

**Attach your founding documents as follows:**

A)  Corporations - Furnish a copy of the articles of incorporation and all amendments and current bylaws. If incorporated outside California, enter the date the corporation qualified through the California Secretary of State's Office to conduct activities in California.

B)  Associations - Furnish a copy of the instrument creating the organization (bylaws, constitution, and/or articles of association).

C)  Trusts - Furnish a copy of the trust instrument or will and decree of final distribution.

D)  Trustees for charitable purposes - Furnish a statement describing your operations and charitable purpose.

Has the organization applied for or been granted IRS tax exempt status  Yes ☒  No ☐

Date of application for Federal tax exemption: _07/08/2008_

Date of exemption letter: _06/12/2009, effective 05/31/2006_ Exempt under Internal Revenue Code section 501(c) (_3_)

If known, are contributions to the organization tax deductible?          Yes ☒                    No ☐

Attach a copy of the Application for Recognition of Exemption (IRS Form 1023) and the determination letter issued by the IRS.

Does your organization contract with or otherwise engage the services of any commercial fundraiser for charitable purposes, fundraising counsel, or commercial coventurer? If yes, provide the name(s), address(es), and telephone number(s) of the provider(s):

| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
|---|---|---|
| Name | | |
| Address | | |
| City | State | ZIP Code |
| Telephone Number | | |
| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
| Name | | |
| Address | | |
| City | State | ZIP Code |
| Telephone Number | | |
| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
| Name | | |
| Address | | |
| City | State | ZIP Code |
| Telephone Number | | |

I declare under penalty of perjury that I have examined this registration form, including accompanying documents, and to the best of my knowledge and belief, the form and each document are true, correct, and complete.

Signature _____  Title _PRESIDENT_____  Date _10/11/09_

If additional information is required, please refer to the Supervision of Trustees and Fundraisers for Charitable Purposes Act (Government Code sections 12580-12599.7), the Administrative Rules and Regulations pursuant to the Act (California Code of Regulations, Title 11, Sections 300-312.1).

If you have questions regarding registration, or need assistance, information is available on our website at http://ag.ca.gov/charities/ or you can reach us by telephone at (916) 445-2021 or fax at (916) 444-3651.



# State of California
## Secretary of State

I, BRUCE McPHERSON, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___2___ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

JUN 0 6 2006

**BRUCE McPHERSON**
Secretary of State

*Sec/State Form CE-107 (REV 03/31/05)*                    OSP 05 94700

26

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

**MAY 3 1 2006**

## ARTICLES OF INCORPORATION
### OF
### WORDPRESS FOUNDATION

### A California Nonprofit Public Benefit Corporation

**FIRST:**  The name of this corporation is WordPress Foundation.

**SECOND:**  This corporation is a nonprofit public benefit corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for charitable purposes.

**THIRD:**  The name and address of this corporation's initial agent for service of process is Matthew Mullenweg, 355 1st Street, Suite 202, San Francisco, California, 94105-2692.

**FOURTH:**  This corporation is organized exclusively for charitable, scientific and educational purposes within the meaning of the Internal Revenue Code section 501(c)(3) or the corresponding provision of any future United States internal revenue law. More specifically, such purposes include, but are not limited to, the following:

> To serve the general public by promoting and advancing the development of certain open source software and technologies which can be used by individuals as a personal publishing platform free of charge, and to educate the general public on the availability and use of such software and technologies.

> To preserve and protect the freedom to use, study, copy, modify, redistribute and otherwise make freely available certain open source software.

> Despite any other provision in this articles, the corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that do not further the purposes of this corporation, and the corporation shall not carry on any other activities not permitted to be carried on by (a) a corporation exempt from federal income tax under Internal Revenue Code section 501(c)(3) or the corresponding provision of any future United States internal revenue law, or (b) a corporation, contributions to which are deductible under Internal Revenue Code section 170(c)(2) or the corresponding provision of any future United States internal revenue law.

> No substantial part of the activities of this corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation (except as otherwise permitted by Section 501(h) of the Internal Revenue Code and in any corresponding laws of the State of California), and this corporation shall not participate in or intervene in (including the publishing or distribution of statements concerning) any political campaign on behalf of (or in opposition to) any candidate for public office.

**FIFTH:**  The property of this corporation is irrevocably dedicated to charitable, scientific and educational purposes meeting the requirements under Section 214 of the California

30

Revenue and Taxation Code. No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable any director or officer of the corporation, or to any other private person, except that this corporation shall be authorized and empowered to pay reasonable compensation for services rendered to or for this corporation and to make payments and distributions in furtherance of the purposes set forth in Article FOURTH hereof.

SIXTH:    On winding up and dissolution of this corporation, after paying or adequately providing for debts, obligations and liabilities of the corporation, the remaining assets of this corporation shall be distributed to such organization, or organizations, organized and operated exclusively for charitable, scientific and educational purposes, which has established its tax-exempt status under Internal Revenue Code section 501(c)(3) (or corresponding provisions of any future federal internal revenue code).

DATED: May 26, 2006                    By: _____
                                            Joyce Lan Kim, Esq.
                                            Incorporator


I declare under penalty of perjury under the laws of the State of California that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed, and that the matters set forth herein are true and correct of my own knowledge.

                                       By: _____
                                            Joyce Lan Kim, Esq.
                                            Incorporator



WordPress Foundation                                          EIN:20-5498932

# ATTACHMENT 2

## BYLAWS

US1DOCS 5689118v2

34

# BYLAWS

## OF

## WORDPRESS FOUNDATION

### (A California Nonprofit Public Benefit Corporation)

USIDOCS 5590778v4

# TABLE OF CONTENTS

                                                                                    Page

ARTICLE I        NAME ......................................................................................................1

    Section 1.1.    Name ........................................................................................1

ARTICLE II       OFFICES ...................................................................................................1

    Section 2.1.    Principal Office ........................................................................1
    Section 2.2.    Other Offices ...........................................................................1

ARTICLE III      DIRECTORS ...............................................................................................1

    Section 3.1.    Powers. .....................................................................................1
    Section 3.2.    Number of Directors .................................................................2
    Section 3.3.    Selection and Term of Office ....................................................2
    Section 3.4.    Interested Person as a Director .................................................2
    Section 3.5.    Resignation and Removal of Directors ......................................2
    Section 3.6.    Vacancies ..................................................................................2
    Section 3.7.    Filling Vacancies in the Board of Directors ..............................3
    Section 3.8.    Place of Meetings .....................................................................3
    Section 3.9.    Regular Meetings ......................................................................3
    Section 3.10.   Special Meetings ......................................................................3
    Section 3.11.   Meetings by Conference Telephone ..........................................3
    Section 3.12.   Waiver of Notice ......................................................................3
    Section 3.13.   Action at a Meeting: Quorum and Required Vote ......................3
    Section 3.14.   Validation of Defectively Called or Noticed Meetings .............4
    Section 3.15.   Adjournment. ............................................................................4
    Section 3.16.   Action Without Meeting ...........................................................4
    Section 3.17.   Fees and Compensation ............................................................4
    Section 3.18.   Committees. ..............................................................................4

ARTICLE IV       OFFICERS ..................................................................................................5

    Section 4.1.    Officers .....................................................................................5
    Section 4.2.    Election and Appointment .........................................................6
    Section 4.3.    Removal and Resignation ..........................................................6
    Section 4.4.    Compensation ...........................................................................6
    Section 4.5.    Vacancies ..................................................................................6
    Section 4.6.    Bond .........................................................................................6
    Section 4.7.    President ...................................................................................6
    Section 4.8.    Secretary ...................................................................................6
    Section 4.9.    Chief Financial Officer/Treasurer ............................................7

ARTICLE V        MEMBERS ..................................................................................................7

    Section 5.1.    Membership ..............................................................................7

i

| | | |
|---|---|---:|
| **ARTICLE VI** | **MISCELLANEOUS** | 8 |
| Section 6.1. | Construction and Definitions | 8 |
| Section 6.2. | Director's Right of Inspection | 8 |
| Section 6.3. | Contracts, Etc., How Executed | 8 |
| Section 6.4. | Contracts with Directors and Officers | 8 |
| Section 6.5. | Loans to Directors and Officers | 9 |
| Section 6.6. | Indemnification by Corporation of Directors, Officers, Employees, and Other Agents | 9 |
| Section 6.7. | Insurance for Corporate Agents | 9 |
| **ARTICLE VII** | **AMENDMENTS** | 10 |
| Section 7.1. | Powers of Directors | 10 |

ii

# BYLAWS
## OF
## WORDPRESS FOUNDATION

### (A California Nonprofit Public Benefit Corporation)

## ARTICLE I - NAME

**Section 1.1.   Name.**  The name of this corporation is WordPress Foundation.

## ARTICLE II - OFFICES

**Section 2.1.   Principal Office.**  The principal executive office of the corporation shall be located at such place as the Board of Directors may from time to time authorize.  If the principal executive office is located outside this state, and the corporation has one or more business offices in this state, the Board of Directors shall fix and designate a principal business office in the State of California.

**Section 2.2.   Other Offices.**  Additional offices of the corporation shall be located at such place or places, within or outside the State of California, as the Board of Directors may from time to time authorize.

## ARTICLE III – DIRECTORS

**Section 3.1.   Powers.**

(a)   **Exercise of Powers.**  Subject to the provisions and limitations of the California Nonprofit Public Benefit Corporation Law, the business and affairs of the corporation shall be managed and all corporate powers shall be exercised by or under the direction of the Board of Directors. The Board of Directors may delegate the management of the day-to-day operation of the business of the corporation to a management company or other person, provided that the business and affairs of the corporation shall be managed and all corporate powers shall be exercised under the ultimate direction of the Board of Directors.

(b)   **Specific Powers.**  Without prejudice to these general powers, and subject to the same limitation, the directors shall have the power to:

(i)   select and remove, at the pleasure of the Board,  all officers, agents and employees of the corporation; prescribe any powers and duties for them that are consistent with law, with the Articles of Incorporation, and with these Bylaws; and fix their compensation;

(ii)   change the principal executive office or the principal business office in the State of California from one location to another; cause the corporation to be qualified to do business in any other state, territory, dependency or country and conduct business within or outside the State of California; designate any place within or

outside the State of California for the holding of any meeting or meetings, including annual meetings;

(iii)    adopt, make, and use a corporate seal;

(iv)    borrow money and incur indebtedness on behalf of the corporation and cause to be executed and delivered for the corporation's purposes, in the corporate name, promissory notes, bonds, debentures, deeds of trust, mortgages, pledges, hypothecations, and other evidences of debt and securities.

**Section 3.2.    Number of Directors.**  The board of directors shall consist of at least one (1), but no more than three (3) directors unless changed by amendment to these Bylaws.  The exact number of directors shall be fixed, within those limits, by a resolution adopted by the board of directors.

**Section 3.3.    Selection and Term of Office.**  All directors shall be designated by the president.  Each director shall hold office for three (3) years and until a successor director has been designated and qualified.

**Section 3.4.    Interested Person as a Director.**  Any other provision of these Bylaws notwithstanding, at no time shall more than forty-nine percent (49%) of the persons serving on the board of directors be "interested persons."  An interested person is: (i) any person currently being compensated by this corporation for services rendered to the corporation within the previous twelve (12) months (whether as a full or part-time employee, independent contractor otherwise) other than reasonable compensation paid to a director as a director; or, (ii) any brother, sister, ancestor, descendant, spouse, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law or father-in-law of any such person.  However, any violation of this Section 3.4 shall not affect the validity or enforceability of transactions entered into by the corporation.

**Section 3.5.    Resignation and Removal of Directors.**  Except as provided below, any director may resign effective upon giving written notice to the chairman of the board, if any, or to the president, the secretary or the board of directors of the corporation, unless the notice specifies a later time for the effectiveness of such resignation, in which case such resignation shall be effective at the time specified; *provided, however,* that no director may resign where the corporation would then be left without a duly elected director or directors in charge of its affairs unless such director gives notice of such resignation to the Attorney General of the State of California.

The board of directors may remove from the office of director any director who has been found by a final order or judgment of any court to have breached any duty under Chapter 2, Article 3 of the California Nonprofit Public Benefit Corporation Law.  No reduction of the authorized number of directors shall have the effect of removing any director before his term of office expires.

**Section 3.6.    Vacancies.**  A vacancy or vacancies on the board of directors shall occur in the event of (a) the death, resignation or removal of any director; (b) the declaration by resolution of the board of a vacancy in the office of a director who has been declared of unsound

-2-

mind by order of court, or convicted of a felony, or found by final order of judgment of any court to have breached a duty under California Nonprofit Public Benefit Corporation Law, Chapter 2, Article 3; or (c) the increase in the authorized number of directors.  Any reduction of the authorized number of directors shall not result in any director being removed before his or her term of office expires.  Vacancies in the board of directors shall be filled as provided in Section 3.7 below.

Section 3.7.    **Filling Vacancies in the Board of Directors.**  Vacancies on the board may be filled by approval of the board, or, if the number of directors then in office is less than a quorum, by (1) the unanimous written consent of the directors then in office, (2) the affirmative vote of a majority of the directors then in office at a meeting held according to notice or waivers of notice complying with Corporation Code section 5211, or (3) a sole remaining director.

Section 3.8.    **Place of Meetings.**  Meetings of the board of directors shall be held at any place within or without the State of California, which has been designated (a) in the notice of the meeting, if any; (b) by resolution of the board of directors; (c) in these Bylaws; or (d) at the corporation's principal office.

Section 3.9.    **Regular Meetings.**  The board of directors may hold, without notice, a regular meeting at such time and date as the board may fix from time to time.

Section 3.10. **Special Meetings.**  Special meetings of the board of directors may be called for any purpose at any time by the chairman of the board, if any, the president, any vice-president, the secretary or any two directors. Notice of the time of special meeting shall be delivered personally, by telephone, by facsimile, by electronic mail or other electronic means, by telegraph, or sent to the director by first-class mail. Any notice shall state the time and date of the meeting and the place, if the place is other than the corporation's principal office.  The notice need not specify the purpose of the meeting.

Section 3.11. **Meetings by Conference Telephone.**  Members of the board of directors may participate in a meeting through use of conference telephone or similar communications equipment, so long as all members participating in such meeting can hear one another. Participation in a meeting in the manner provided in this Section shall constitute presence in person at such meeting.

Section 3.12. **Waiver of Notice.**  Notice of a meeting need not be given to any director who, either before or after the meeting, signs a waiver of notice, a written consent to the holding of the meeting, or an approval of the minutes of the meeting.  The waiver of notice or consent need not specify the purpose of the meeting.  All such waivers, consents, and approvals shall be filed with the corporate records or made part of the minutes of the meeting.  Notice of a meeting need not be given to any director who attends the meeting and who, before or at the beginning of the meeting, does not protest the lack of notice to him or her.

Section 3.13. **Action at a Meeting: Quorum and Required Vote.**  Presence of a majority of the authorized number of directors at a meeting of the board of directors shall constitute a quorum for the transaction of any business except adjournment. Every act or decision done or made by a majority of the directors present at a meeting duly held at which a quorum is

-3-

present shall be the act of the board of directors, subject to the more stringent provisions of the California Nonprofit Public Benefit Corporation law, including, without limitation, those provisions relating to (a) approval of contracts or transactions in which a director has a direct or indirect material financial interest, (b) approval of certain transactions between corporations having common dictatorships, (c) creation of and appointments to committees of the board, and (d) indemnification of directors. A meeting at which a quorum is initially present may continue to transact business notwithstanding the withdrawal of one or more directors, provided that any action taken is approved by at least a majority of the required quorum for such meeting.

Section 3.14. Validation of Defectively Called or Noticed Meetings. The transactions of any meeting of the board of directors, however called and noticed or wherever held, shall be as valid as though had at a meeting duly held after regular call and notice, if a quorum is present and if, either before or after the meeting, each of the directors not present or who, though present, has prior to the meeting or at its commencement, protested the lack of proper notice to him, signs a written waiver of notice or a consent to holding such meeting or an approval of the minutes thereof. A waiver of notice need not specify the purpose of any regular or special meeting of the board of directors. All such waivers, consents or approvals shall be filed with the corporate records or made a part of the minutes of the meeting.

Section 3.15. Adjournment. A majority of the directors present, whether or not a quorum is present, may adjourn any meeting to another time and place. Notice of the time and place of holding an adjourned meeting need not be given unless the original meeting is adjourned for more than twenty-four (24) hours. If the meeting is adjourned for more than twenty-four (24) hours, notice of the adjournment to another time or place shall be given prior to the time of the adjourned meeting to the directors who were not present at the time of the adjournment.

Section 3.16. Action Without Meeting. Any action that the board of directors is required or permitted to take may be taken without a meeting if all members of the board of directors consent in writing to such action; *provided, however*, that the consent of any director who has a material financial interest to a transaction to which the corporation is a party and who is an "interested director" as defined in California Nonprofit Public Benefit Corporations Code section 5233 shall not be required. Such written consent or consents shall be filed with the minutes of the proceedings of the board of directors. Such action by written consent shall have the same force and effect as a unanimous vote of such directors.

Section 3.17. Fees and Compensation. Directors and members of committees may receive such compensation for their services and such reimbursement for expenses as may be fixed or determined by resolution of the board of directors to be just and reasonable.

Section 3.18. Committees.

(a)     Committees Without Authority of the Board. The board of directors may create such committees and appoint such members thereof as it may in its discretion find necessary or desirable and in the best interest of the corporation or in furtherance of the corporation's purposes; provided, however, any committee exercising any authority of the board of directors shall be subject to Section 18 (b) of this Article III.

-4-

(b)    **Committees With the Authority of the Board.**  The board of directors may, at its discretion, by specific resolution adopted by a majority of the directors then in office, provided that a quorum is present, create one or more committees, each of which shall be composed of two or more directors, to serve at the pleasure of the board of directors. Appointment of members or alternate members to such a committee shall be by majority vote of the directors then in office. The board of directors may appoint one or more directors as alternate members of any committee, who may replace any absent member at any meeting of the committee. The board of directors may delegate to any such committee, to the extent provided in a specific resolution, any of the board of directors' powers and authority, except with respect to:

   (i)    Filling vacancies on the board of directors or in any committee that has the authority of the board;

   (ii)   Fixing of compensation of directors for serving on the board of directors or on any committee;

   (iii)  Amending or repealing Bylaws or the adoption of new Bylaws;

   (iv)   Amending or repealing any resolution of the board of directors, which by its express terms is not so amendable or repealable;

   (v)    Creating or appointing other committees of the board of directors or the members thereof;

   (vi)   Expending corporate funds to support a nominee for director if more people have been nominated for director than can be elected; and

   (vii)  Approving any self-dealing transactions except as provided in paragraph (3) of subdivision (d) of Section 5233 of the California Nonprofit Public Benefit Law.

(c)    **Meetings and Action of Committees.**  Meetings and actions of committees of the board shall be governed by, held, and taken under the provisions of these Bylaws concerning meetings and other board actions, except that the time for general meetings of such committees and the calling of special meetings of such committees may be set either by board resolution, or, if not, by resolution of the committee. Minutes of each meeting shall be kept and shall be filed with the corporate records. The board may adopt rules for the governance of any committee as long as the rules are consistent with these Bylaws.  If the Board has not adopted rules, the committee may do so.

## ARTICLE IV - OFFICERS

**Section 4.1.  Officers.**  The officers of the corporation shall be a president, a chief financial officer and a secretary. The corporation may also have, at the discretion of the board of directors, such other officers as the business of the corporation may require, each of whom shall hold office for such period, have such authority and perform such duties as are provided in the Bylaws or as the board of directors may from time to time determine. Officers need not be

-5-

directors. Any two or more offices may be held by the same person, except that neither the secretary nor the chief financial officer may serve concurrently as the president.

**Section 4.2.    Election and Appointment.**  The officers of the corporation shall be elected at such times as the board of directors may by resolution determine. Each officer shall serve at the pleasure of the board of directors, subject to the rights of any officer under any employment contract, and until his or her successor shall be elected and shall qualify, or until his death or until he shall resign or shall be otherwise disqualified to serve.    In addition, the board may authorize the chairman of the board (if any), the president, or another officer to appoint any other officers that the corporation may require.  Each appointed officer shall have the title and authority, hold office for the period, and perform the duties specified in the Bylaws or established by the board.

**Section 4.3.    Removal and Resignation.**  Any officer may be removed at any time with or without cause either by the board of directors or by any officer to whom the power of removal has been conferred by the board of directors, subject to the rights, if any, of the officer under a contract of employment with the corporation. Without prejudice to the rights, if any, of the corporation under any contract to which the officer is a party, any officer may resign at any time by giving written notice to the corporation. Unless otherwise specified therein, any such resignation shall take effect at the date of the receipt of such notice, and, unless otherwise specified therein, the acceptance of such resignation shall not be necessary to render it effective.

**Section 4.4.    Compensation.**  Officers may receive such compensation for their services or such reimbursement for their expense as may be determined by the board of directors to be just and reasonable.

**Section 4.5.    Vacancies.**  A vacancy in any office because of death, resignation, removal, disqualification, or any other cause shall be filled in the manner prescribed in these Bylaws for regular appointments to that office, provided, however, that vacancies need not be filled on an annual basis.

**Section 4.6.    Bond.**  If required by the board of directors, any officer or employee of the corporation shall give the corporation a bond in the amount and with the surety or sureties specified by the board for the faithful performance of the duties of his office and for restoration to the corporation of all of its books, papers, vouchers, money and other property of every kind in his possession, or under his control, on his death, resignation, retirement or removal from office.

**Section 4.7.    President.**  The president shall be the corporation's general manager and chief executive officer and shall, subject to the control of the board of directors, have general supervision, direction and control over the corporation's business and officers. He shall have the general powers and duties of management customarily vested in a corporation's president, and shall have such other powers and duties as may be prescribed by the board of directors or the Bylaws. The president shall preside at all board meetings.

**Section 4.8.    Secretary.**  The secretary shall keep, or cause to be kept, at the corporation's principal office or such other place as the board may direct, a book of minutes of all meetings and actions taken by the written consent of the board of directors, and of any

-6-

committees appointed by the board of directors. The minutes shall set forth any actions taken at any such meeting; its time and place; the names of those present at a board or committee meeting; and, regarding meetings of the board of directors, the notice thereof given, whether regular or special, and, if special, how authorized.

The secretary shall keep, or cause to be kept, at the corporation's principal office in the State of California, a copy of the Articles of Incorporation and Bylaws, as amended to date.

The secretary shall give, or cause to be given, notice of all meetings of the board of directors required by these Bylaws or by law to be given, and shall keep the records of the corporation and the seal in safe custody. The secretary shall perform all duties incident to the office of secretary and shall have such other powers and duties as may be prescribed by the board of directors or these Bylaws.

Any assistant secretary may perform any of the duties and exercise any of the powers of the secretary, unless prohibited from doing so by the board of directors, the president or the secretary, and shall have any such other powers and duties as may be prescribed by the board of directors or these Bylaws.

**Section 4.9.    Chief Financial Officer/Treasurer.**  The Chief Financial Officer shall keep and maintain, or cause to be kept and maintained, adequate and correct books and records of account of the corporation's properties and business transactions. The Chief Financial Officer shall send or cause to be given to the members and directors such financial statements and reports as are required to be given by law, by these bylaws, or by the board. The book of account shall be open to inspection by any director at all reasonable times.

The Chief Financial Officer shall (i) deposit, or cause to be deposited, all money and other valuables in the name and to the credit of the corporation with such depositories as the board may designate; (ii) disburse the corporation's funds as the board may order; (iii) disburse the corporation's funds as the board may order; (iii) render to the president, chairman of the board, if any, and the board, when requested, an account of all transactions as chief financial officer and of the financial condition of the corporation; (iv) and, in general, have all the duties and powers incident to the office of Chief Financial Officer, as well as any other duties or powers which may be prescribed by the board of directors or these Bylaws.

Any assistant Chief Financial Officer may perform any of the duties and exercise any of the powers of the Chief Financial Officer, unless prohibited from doing so by the board of directors, the chief executive officer or the Chief Financial Officer, and shall have any such other powers and duties as may be prescribed by the board of directors or these Bylaws.

## ARTICLE V - MEMBERS

**Section 5.1.    Membership.** The corporation shall have no members within the meaning of Section 5056 of the California Nonprofit Corporation Law.  Persons associated with the corporation may, however, be referred to as honorary members of the corporation upon the adoption by the board of directors of a resolution providing for one or more class of honorary

members. The board of directors may, by resolution, confer upon any such class or classes of honorary members some or all of the rights of a member under the California Nonprofit Public Benefit Law other than the right to vote:

> (a)    for the election of a director or directors;
>
> (b)    on a disposition of all or substantially all of the assets of the corporation;
>
> (c)    on a merger;
>
> (d)    on a dissolution; or
>
> (e)    on changes to the corporation's Articles of Incorporation or these Bylaws.

Such voting rights are vested exclusively in the board of directors or the president.

## ARTICLE VI - MISCELLANEOUS

**Section 6.1.    Construction and Definitions.**  Unless the context requires otherwise, the general provisions, rules of construction, and definitions in the California Nonprofit Corporation Law shall govern the construction of these Bylaws. Without limiting the generality of the preceding sentence, the masculine gender includes the feminine and neuter, the singular includes the plural, the plural includes the singular, and the term "person" includes both a legal entity and a natural person.

**Section 6.2.    Director's Right of Inspection.**  Every director of the corporation shall have the absolute right at any reasonable time to inspect and copy all books, records and documents of every kind and to inspect the physical properties of the corporation. Such inspection by a director may be made in person or by agent or attorney and such right of inspection includes the right to copy and make extracts.

**Section 6.3.    Contracts, Etc., How Executed.**  The board of directors may authorize any officer or officers, agent or agents, to enter into any contract or execute any instrument in the name of and on behalf of the corporation, and such authority may be general or confined to specific instances; and, unless so authorized by the board of directors, no officer, agent or employee shall have any power or authority to bind the corporation by any contract or engagement or to pledge its credit or to render it liable for any purpose or to any amount, except for contracts or commitments in the regular course of business of the corporation executed by an officer within the scope of his authority.

**Section 6.4.    Contracts with Directors and Officers.**  No director of this corporation nor any other corporation, firm, association, or other entity in which one or more of this corporation's directors have a material financial interest, shall be interested, directly or indirectly, in any contract or transaction with this corporation, unless (a) the material facts regarding that director's financial interest in such contract or transaction or regarding such common directorship, officership, or financial interest are fully disclosed in good faith and noted in the minutes, or are known to all members of the board prior to the board's consideration of such

-8-

contract or transaction; (b) such contract or transaction is authorized in good faith by a majority of the board by a vote sufficient for that purpose without counting the votes of the interested directors; (c) before authorizing or approving the transaction, the board considers and in good faith decides after reasonable investigation that the corporation could not obtain a more advantageous arrangement with reasonable effort under the circumstances; and (d) the corporation for its own benefits enters into the transaction, which is fair and reasonable to the corporation at the time the transaction is entered into.

This Section 6.4 does not apply to a transaction that is part of an educational or charitable program of this corporation if it (a) is approved or authorized by the corporation in good faith and without unjustified favoritism and (b) results in a benefit to one or more directors or their families because they are in the class of persons intended to be benefited by the educational or charitable program of this corporation.

**Section 6.5.   Loans to Directors and Officers.**  This corporation shall not lend any money or property to or guarantee the obligation of any director or officer without the approval of the California Attorney General; *provided, however*, that the corporation may advance money to a director or officer of the corporation for expenses reasonably anticipated to be incurred in the performance of his or her duties if that director or officer would be entitled to reimbursement for such expenses by the corporation.

**Section 6.6.   Indemnification by Corporation of Directors, Officers, Employees, and Other Agents.**  To the extent that a person who is, or was, a director, officer, employee, or other agent of this corporation has been successful on the merits in defense of any civil, criminal, administrative, or investigative proceeding brought to procure a judgment against such person by reason of the fact that he or she is, or was, an agent of the corporation, or has been successful in defense of any claim, issue, or matter, therein, such person shall be indemnified against expenses actually and reasonably incurred by the person in connection with such proceeding.

If such person either settles any such claim or sustains a judgment against him, then indemnification against expenses, judgments, fines, settlements, and other amounts reasonably incurred in connection with such proceedings shall be provided by the corporation but only to the extent allowed by, and in accordance with the requirements of, Section 5238 of the California Nonprofit Public Benefit Corporation Law.

**Section 6.7.   Insurance for Corporate Agents.**  The board of directors may adopt a resolution authorizing the purchase and maintenance of insurance on behalf of any agent of the corporation (including a director, officer, employee, or other agent of the corporation) against any liability other than for violating provisions of law relating to self-dealing (Section 5233 of the California Nonprofit Public Benefit Corporation Law) asserted against or incurred by the agent in such capacity or arising out of the agent's status as such, whether or not the corporation would have the power to indemnify the agent against such liability under the provisions of Section 5238 of the California Nonprofit Public Benefit Corporation Law.

US1DOCS 5590778v4

## ARTICLE VII - AMENDMENTS

**Section 7.1.    Powers of Directors.**  The board of directors may adopt, amend or repeal these Bylaws by a majority vote of the directors in attendance at a meeting where a quorum is present, provided, however, that the requirements of Article III, Section 3.3 (Selection and Term of Office) shall not be amended except by unanimous vote of the directors appointed pursuant to such section.

-10-

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH  45201

DEPARTMENT OF THE TREASURY

Date:    JUN 1 2 2009

WORDPRESS FOUNDATION
C/O BARBARA L KIRSCHTEN
WILMERHALE
1875 PENNSYLVANIA AVE NW
WASHINGTON, DC  20006-0000

Employer Identification Number:
  20-5498932
DLN:
  609107003
Contact Person:
  TERRY IZUMI               ID# 95048
Contact Telephone Number:
  (877) 829-5500
Accounting Period Ending:
  December 31
Public Charity Status:
  170(b)(1)(A)(vi)
Form 990 Required:
  Yes
Effective Date of Exemption:
  May 31, 2006
Contribution Deductibility:
  Yes
Addendum Applies:
  No

Dear Applicant:

We are pleased to inform you that upon review of your application for tax
exempt status we have determined that you are exempt from Federal income tax
under section 501(c)(3) of the Internal Revenue Code.  Contributions to you are
deductible under section 170 of the Code.  You are also qualified to receive
tax deductible bequests, devises, transfers or gifts under section 2055, 2106
or 2522 of the Code.  Because this letter could help resolve any questions
regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified
as either public charities or private foundations.  We determined that you are
a public charity under the Code section(s) listed in the heading of this
letter.

Please see enclosed Publication 4221-PC, Compliance Guide for 501(c)(3) Public
Charities, for some helpful information about your responsibilities as an
exempt organization.

Letter  947 (DO/CG)

-2-

WORDPRESS FOUNDATION

We have sent a copy of this letter to your representative as indicated in your power of attorney.

Sincerely,

Robert Choi
Director, Exempt Organizations
Rulings and Agreements

Enclosures: Publication 4221-PC

Letter 947 (DO/CG)

# WILMERHALE

**Barbara L. Kirschten**

+1 202 663 6290 (t)
+1 202 663 6363 (f)
barbara.kirschten@wilmerhale.com

July 15, 2008

Internal Revenue Service
P.O. Box 192
Covington, KY 41012-0192

Re: **WordPress Foundation**
    **EIN: 20-5498932**

Dear Sir or Madam:

Enclosed for your consideration is the application of WordPress Foundation, a California nonprofit public benefit corporation, for a determination that it is an exempt organization described in section 501(c)(3) of the Internal Revenue Code of 1986, as amended.

In this regard, the following are attached:

1. Form 1023 Checklist;

2. A check payable to the U.S. Treasury in the amount of $750 for the User Fee payment;

3. Form 2848, Power of Attorney and Declaration of Representative; and

4. Form 1023, executed by the President of WordPress Foundation with the following additional attachments:

Attachment 1: A conformed copy of the Articles of Incorporation of WordPress Foundation and certification of filing;
Attachment 2: A copy of the Bylaws of WordPress Foundation;
Attachment 3: Answer to Part IV of Form 1023;
Attachment 4: Answer to Part V, Question 3(a), 3(b), 4(g), 5(b) and 5(c);
Attachment 5: Answer to Part VI, Question 1(a) and 1(b) of Form 1023;
Attachment 6: Answer to Part VIII, Questions 4(a), 10, 11 and 15 of Form 1023, and a copy of the GNU General Public License Agreement;
Attachment 7: Answer to Part IX of Form 1023 Questions A line 23 and B line 15;

WILMERHALE

Internal Revenue Service
July 15, 2008
Page 2

Let me thank you in advance for your consideration of this matter.

Sincerely,

Barbara L. Kirschten

Enclosures
cc:  Matthew Mullenweg
       Curtis Mo, Esq.

**Form 1023**
(Rev. June 2006)
Department of the Treasury
Internal Revenue Service

# Application for Recognition of Exemption
## Under Section 501(c)(3) of the Internal Revenue Code

OMB No. 1545-0056

Note: *If exempt status is approved, this application will be open for public inspection.*

*Use the instructions to complete this application and for a definition of all **bold** items. For additional help, call IRS Exempt Organizations Customer Account Services toll-free at 1-877-829-5500. Visit our website at www.irs.gov for forms and publications. If the required information and documents are not submitted with payment of the appropriate user fee, the application may be returned to you.*

*Attach additional sheets to this application if you need more space to answer fully. Put your name and EIN on each sheet and identify each answer by Part and line number. Complete Parts I - XI of Form 1023 and submit only those Schedules (A through H) that apply to you.*

**Part I     Identification of Applicant**

| | |
|---|---|
| **1** Full name of organization (exactly as it appears in your organizing document)<br><br>WordPress Foundation | **2** c/o Name (if applicable)<br><br>c/o Matthew Mullenweg |

| | | |
|---|---|---|
| **3** **Mailing address** (Number and street) (see instructions)<br><br>570 El Camino Real | Room/Suite<br><br>150-154 | **4** Employer Identification Number (EIN)<br><br>20-5498932 |
| City or town, state or country, and ZIP + 4<br><br>Redwood City, CA 94063 | | **5** Month the annual accounting period ends (01 – 12)<br><br>12 |

**6** Primary contact (officer, director, trustee, or authorized representative)

| | |
|---|---|
| **a** Name: Barbara L. Kirschten, WilmerHale LLP<br><br>1875 Pennsylvania Avenue, NW Washington 20006 | **b** Phone: (202) 663-6290 |
| | **c** Fax: (optional) (202) 663-6363 |

**7** Are you represented by an authorized representative, such as an attorney or accountant? If "Yes," provide the authorized representative's name, and the name and address of the authorized representative's firm. Include a completed Form 2848, *Power of Attorney and Declaration of Representative*, with your application if you would like us to communicate with your representative.     ☒ Yes     ☐ No

Barbara L. Kirschten, WilmerHale LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006

**8** Was a person who is not one of your officers, directors, trustees, employees, or an authorized representative listed in line 7, paid, or promised payment, to help plan, manage, or advise you about the structure or activities of your organization, or about your financial or tax matters? If "Yes," provide the person's name, the name and address of the person's firm, the amounts paid or promised to be paid, and describe that person's role.     ☐ Yes     ☒ No

**9a** Organization's website: www.wordpress.org

**b** Organization's email: (optional)

**10** Certain organizations are not required to file an information return (Form 990 or Form 990-EZ). If you are granted tax-exemption, are you claiming to be excused from filing Form 990 or Form 990-EZ? If "Yes," explain. See the instructions for a description of organizations not required to file Form 990 or Form 990-EZ.     ☐ Yes     ☒ No

**11** Date incorporated if a corporation, or formed, if other than a corporation.     (MM/DD/YYYY)  06/06/2006

**12** Were you formed under the laws of a foreign country?     ☐ Yes     ☒ No
If "Yes," state the country.

For Paperwork Reduction Act Notice, see page 24 of the instructions.                    Form **1023** (Rev. 6-2006)

ISA
STF KGGV1000.1

Form 1023 (Rev. 6-2006)    Name: **WordPress Foundation**    EIN: **20-5498932**    Page **2**

## Part II    Organizational Structure

You must be a corporation (including a limited liability company), an unincorporated association, or a trust to be tax exempt. (See instructions.) DO NOT file this form unless you can check "Yes" on lines 1, 2, 3, or 4.

| | | | |
|---|---|---|---|
| **1** | Are you a corporation? If "Yes," attach a copy of your articles of incorporation showing **certification** of filing with the appropriate state agency. Include copies of any amendments to your articles and be sure they also show state filing certification. | ☒ **Yes** | ☐ **No** |
| **2** | Are you a limited liability company (LLC)? If "Yes," attach a copy of your articles of organization showing certification of filing with the appropriate state agency. Also, if you adopted an operating agreement, attach a copy. Include copies of any amendments to your articles and be sure they show state filing certification. Refer to the instructions for circumstances when an LLC should not file its own exemption application. | ☐ Yes | ☒ **No** |
| **3** | Are you an unincorporated association? If "Yes," attach a copy of your articles of association, constitution, or other similar organizing document that is dated and includes at least two signatures. Include signed and dated copies of any amendments. | ☐ Yes | ☒ **No** |
| **4a** | Are you a trust? If "Yes," attach a signed and dated copy of your trust agreement. Include signed and dated copies of any amendments. | ☐ Yes | ☒ **No** |
| **b** | Have you been funded? If "No," explain how you are formed without anything of value placed in trust. | ☐ Yes | ☒ **No** |
| **5** | Have you adopted bylaws? If "Yes," attach a current copy showing date of adoption. If "No," explain how your officers, directors, or trustees are selected. | ☒ **Yes** | ☐ No |

## Part III    Required Provisions in Your Organizing Document

The following questions are designed to ensure that when you file this application, your organizing document contains the required provisions to meet the organizational test under section 501(c)(3). Unless you can check the boxes in both lines 1 and 2, your organizing document does not meet the organizational test. DO NOT file this application until you have amended your organizing document. Submit your original and amended organizing documents (showing state filing certification if you are a corporation or an LLC) with your application.

| | | |
|---|---|---|
| **1** | Section 501(c)(3) requires that your organizing document state your exempt purpose(s), such as charitable, religious, educational, and/or scientific purposes. Check the box to confirm that your organizing document meets this requirement. Describe specifically where your organizing document meets this requirement, such as a reference to a particular article or section in your organizing document. Refer to the instructions for exempt purpose language. Location of Purpose Clause (Page, Article, and Paragraph): <u>Section 2 of the Articles of Incorporation</u> | ☒ |
| **2a** | Section 501(c)(3) requires that upon dissolution of your organization, your remaining assets must be used exclusively for exempt purposes, such as charitable, religious, educational, and/or scientific purposes. Check the box on line 2a to confirm that your organizing document meets this requirement by express provision for the distribution of assets upon dissolution. If you rely on state law for your dissolution provision, do not check the box on line 2a and go to line 2c. | ☒ |
| **2b** | If you checked the box on line 2a, specify the location of your dissolution clause (Page, Article, and Paragraph). Do not complete line 2c if you checked box 2a. <u>Section 6 of the Articles of Incorporation</u> | |
| **2c** | See the instructions for information about the operation of state law in your particular state. Check this box if you rely on state law for your dissolution provision and indicate the state: | ☐ |

## Part IV    Narrative Description of Your Activities    See Attachment 3

Using an attachment, describe your *past, present,* and *planned* activities in a narrative. If you believe that you have already provided some of this information in response to other parts of this application, you may summarize that information here and refer to the specific parts of the application for supporting details. You may also attach representative copies of newsletters, brochures, or similar documents for supporting details to this narrative. Remember that if this application is approved, it will be open for public inspection. Therefore, your narrative description of activities should be thorough and accurate. Refer to the instructions for information that must be included in your description.

## Part V    Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors    See Attachment 4

**1a** List the names, titles, and mailing addresses of all of your officers, directors, and trustees. For each person listed, state their total annual compensation, or proposed compensation, for all services to the organization, whether as an officer, employee, or other position. Use actual figures, if available. Enter "none" if no compensation is or will be paid. If additional space is needed, attach a separate sheet. Refer to the instructions for information on what to include as compensation.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| Matthew Mullenweg | President | 570 El Camino Real Redwood City, CA 94063 | None |
| Curtis Mo | Secretary | 1117 California Avenue Palo Alto, CA 94304 | None |
| Matthew Mullenweg | Treasurer | 570 El Camino Real Redwood City, CA 94063 | None |
| | | | |
| | | | |

STF KGQV1000.2

Form **1023** (Rev. 6-2006)

Form 1023 (Rev. 6-2006)     Name: WordPress Foundation     EIN: 20-5498932     Page **3**

| Part V | Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors *(Continued)* |
|---|---|

**b** List the names, titles, and mailing addresses of each of your five highest compensated employees who receive or will receive compensation of more than $50,000 per year. Use the actual figure, if available. Refer to the instructions for information on what to include as compensation. Do not include officers, directors, or trustees listed in line 1a.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| None | | - - - - - - - - - - - | |
| | | - - - - - - - - - - - | |
| | | - - - - - - - - - - - | |
| | | - - - - - - - - - - - | |
| | | - - - - - - - - - - - | |

**c** List the names, names of businesses, and mailing addresses of your five highest compensated independent contractors that receive or will receive compensation of more than $50,000 per year. Use the actual figure, if available. Refer to the instructions for information on what to include as compensation.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| None | | - - - - - - - - - - - | |
| | | - - - - - - - - - - - | |
| | | - - - - - - - - - - - | |
| | | - - - - - - - - - - - | |
| | | - - - - - - - - - - - | |

The following "Yes" or "No" questions relate to *past, present, or planned* relationships, transactions, or agreements with your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in lines 1a, 1b, and 1c.

**2a** Are any of your officers, directors, or trustees related to each other through family or business relationships? If "Yes," identify the individuals and explain the relationship. ☐ Yes ☒ No

**b** Do you have a business relationship with any of your officers, directors, or trustees other than through their position as an officer, director, or trustee? If "Yes," identify the individuals and describe the business relationship with each of your officers, directors, or trustees. ☐ Yes ☒ No

**c** Are any of your officers, directors, or trustees related to your highest compensated employees or highest compensated independent contractors listed on lines 1b or 1c through family or business relationships? If "Yes," identify the individuals and explain the relationship. ☐ Yes ☒ No

**3a** For each of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, or 1c, attach a list showing their name, qualifications, average hours worked, and duties.

**b** Do any of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, or 1c receive compensation from any other organizations, whether tax exempt or taxable, that are related to you through common control? If "Yes," identify the individuals, explain the relationship between you and the other organization, and describe the compensation arrangement. ☒ Yes ☐ No

**4** In establishing the compensation for your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, or 1c, the following practices are recommended, although they are not required to obtain exemption. Answer "Yes" to all the practices you use.

**a** Do you or will the individuals that approve compensation arrangements follow a conflict of interest policy? ☐ Yes ☒ No

**b** Do you or will you approve compensation arrangements in advance of paying compensation? ☐ Yes ☒ No

**c** Do you or will you document in writing the date and terms of approved compensation arrangements? ☐ Yes ☒ No

Form **1023** (Rev. 6-2006)

STF KGQV1000.3

Form 1023 (Rev. 6-2006)   Name: WordPress Foundation   EIN: 20-5498932   Page **4**

| Part V | Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors *(Continued)* |

**d** Do you or will you record in writing the decision made by each individual who decided or voted on compensation arrangements? ☐ Yes ☒ No

**e** Do you or will you approve compensation arrangements based on information about compensation paid by similarly situated taxable or tax-exempt organizations for similar services, current compensation surveys compiled by independent firms, or actual written offers from similarly situated organizations? Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. ☐ Yes ☒ No

**f** Do you or will you record in writing both the information on which you relied to base your decision and its source? ☐ Yes ☒ No

**g** If you answered "No" to any item on lines 4a through 4f, describe how you set compensation that is reasonable for your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in Part V, lines 1a, 1b, and 1c.

**5a** Have you adopted a conflict of interest policy consistent with the sample conflict of interest policy in Appendix A to the instructions? If "Yes," provide a copy of the policy and explain how the policy has been adopted, such as by resolution of your governing board. If "No," answer lines 5b and 5c. ☐ Yes ☒ No

**b** What procedures will you follow to assure that persons who have a conflict of interest will not have influence over you for setting their own compensation?

**c** What procedures will you follow to assure that persons who have a conflict of interest will not have influence over you regarding business deals with themselves?

**Note:** A conflict of interest policy is recommended though it is not required to obtain exemption. Hospitals, see Schedule C, Section I, line 14.

**6a** Do you or will you compensate any of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in lines 1a, 1b, or 1c through non-fixed payments, such as discretionary bonuses or revenue-based payments? If "Yes," describe all non-fixed compensation arrangements, including how the amounts are determined, who is eligible for such arrangements, whether you place a limitation on total compensation, and how you determine or will determine that you pay no more than reasonable compensation for services. Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. ☐ Yes ☒ No

**b** Do you or will you compensate any of your employees, other than your officers, directors, trustees, or your five highest compensated employees who receive or will receive compensation of more than $50,000 per year, through non-fixed payments, such as discretionary bonuses or revenue-based payments? If "Yes," describe all non-fixed compensation arrangements, including how the amounts are or will be determined, who is or will be eligible for such arrangements, whether you place or will place a limitation on total compensation, and how you determine or will determine that you pay no more than reasonable compensation for services. Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. ☐ Yes ☒ No

**7a** Do you or will you purchase any goods, services, or assets from any of your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," describe any such purchase that you made or intend to make, from whom you make or will make such purchases, how the terms are or will be negotiated at arm's length, and explain how you determine or will determine that you pay no more than fair market value. Attach copies of any written contracts or other agreements relating to such purchases. ☐ Yes ☒ No

**b** Do you or will you sell any goods, services, or assets to any of your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," describe any such sales that you made or intend to make, to whom you make or will make such sales, how the terms are or will be negotiated at arm's length, and explain how you determine or will determine you are or will be paid at least fair market value. Attach copies of any written contracts or other agreements relating to such sales. ☐ Yes ☒ No

**8a** Do you or will you have any leases, contracts, loans, or other agreements with your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," provide the information requested in lines 8b through 8f. ☐ Yes ☒ No

**b** Describe any written or oral arrangements that you made or intend to make.

**c** Identify with whom you have or will have such arrangements.

**d** Explain how the terms are or will be negotiated at arm's length.

**e** Explain how you determine you pay no more than fair market value or you are paid at least fair market value.

**f** Attach copies of any signed leases, contracts, loans, or other agreements relating to such arrangements.

**9a** Do you or will you have any leases, contracts, loans, or other agreements with any organization in which any of your officers, directors, or trustees are also officers, directors, or trustees, or in which any individual officer, director, or trustee owns more than a 35% interest? If "Yes," provide the information requested in lines 9b through 9f. ☐ Yes ☒ No

Form **1023** (Rev. 6-2006)

Form 1023 (Rev. 6-2006)    Name: WordPress Foundation    EIN: 20-5498932    Page **5**

| Part V | Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors *(Continued)* |

  **b** Describe any written or oral arrangements you made or intend to make.

  **c** Identify with whom you have or will have such arrangements.

  **d** Explain how the terms are or will be negotiated at arm's length.

  **e** Explain how you determine or will determine you pay no more than fair market value or that you are paid at least fair market value.

  **f** Attach a copy of any signed leases, contracts, loans, or other agreements relating to such arrangements.

| Part VI | Your Members and Other Individuals and Organizations That Receive Benefits From You See Attachment 5 |

The following "Yes" or "No" questions relate to goods, services, and funds you provide to individuals and organizations as part of your activities. Your answers should pertain to *past, present,* and *planned* activities. (See instructions.)

| | | |
|---|---|---|
| **1a** | In carrying out your exempt purposes, do you provide goods, services, or funds to individuals? If "Yes," describe each program that provides goods, services, or funds to individuals. | ☒ Yes ☐ No |
| **b** | In carrying out your exempt purposes, do you provide goods, services, or funds to organizations? If "Yes," describe each program that provides goods, services, or funds to organizations. | ☒ Yes ☐ No |
| **2** | Do any of your programs limit the provision of goods, services, or funds to a specific individual or group of specific individuals? For example, answer "Yes," if goods, services, or funds are provided only for a particular individual, your members, individuals who work for a particular employer, or graduates of a particular school. If "Yes," explain the limitation and how recipients are selected for each program. | ☐ Yes ☒ No |
| **3** | Do any individuals who receive goods, services, or funds through your programs have a family or business relationship with any officer, director, trustee, or with any of your highest compensated employees or highest compensated independent contractors listed in Part V, lines 1a, 1b, and 1c? If "Yes," explain how these related individuals are eligible for goods, services, or funds. | ☐ Yes ☒ No |

| Part VII | Your History |

The following "Yes" or "No" questions relate to your history. (See instructions.)

| | | |
|---|---|---|
| **1** | Are you a successor to another organization? Answer "Yes," if you have taken or will take over the activities of another organization; you took over 25% or more of the fair market value of the net assets of another organization; or you were established upon the conversion of an organization from for-profit to non-profit status. If "Yes," complete Schedule G. | ☐ Yes ☒ No |
| **2** | Are you submitting this application more than 27 months after the end of the month in which you were legally formed? If "Yes," complete Schedule E. | ☐ Yes ☒ No |

| Part VIII | Your Specific Activities    See Attachment 6 |

The following "Yes" or "No" questions relate to specific activities that you may conduct. Check the appropriate box. Your answers should pertain to *past, present,* and *planned* activities. (See instructions.)

| | | |
|---|---|---|
| **1** | Do you support or oppose candidates in political campaigns in any way? If "Yes," explain. | ☐ Yes ☒ No |
| **2a** | Do you attempt to influence legislation? If "Yes," explain how you attempt to influence legislation and complete line 2b. If "No," go to line 3a. | ☐ Yes ☒ No |
| **b** | Have you made or are you making an election to have your legislative activities measured by expenditures by filing Form 5768? If "Yes," attach a copy of the Form 5768 that was already filed or attach a completed Form 5768 that you are filing with this application. If "No," describe whether your attempts to influence legislation are a substantial part of your activities. Include the time and money spent on your attempts to influence legislation as compared to your total activities. | ☐ Yes ☒ No |
| **3a** | Do you or will you operate bingo or gaming activities? If "Yes," describe who conducts them, and list all revenue received or expected to be received and expenses paid or expected to be paid in operating these activities. Revenue and expenses should be provided for the time periods specified in Part IX, Financial Data. | ☐ Yes ☒ No |
| **b** | Do you or will you enter into contracts or other agreements with individuals or organizations to conduct bingo or gaming for you? If "Yes," describe any written or oral arrangements that you made or intend to make, identify with whom you have or will have such arrangements, explain how the terms are or will be negotiated at arm's length, and explain how you determine or will determine you pay no more than fair market value or you will be paid at least fair market value. Attach copies or any written contracts or other agreements relating to such arrangements. | ☐ Yes ☒ No |
| **c** | List the states and local jurisdictions, including Indian Reservations, in which you conduct or will conduct gaming or bingo. | |

Form **1023** (Rev. 6-2006)

Form 1023 (Rev. 6-2006)    Name: WordPress Foundation    EIN: 20-5498932    Page 6

## Part VIII   Your Specific Activities *(Continued)*

**4a**  Do you or will you undertake fundraising? If "Yes," check all the fundraising programs you do or will conduct. (See instructions.)    ☒ Yes   ☐ No

☐ mail solicitations
☒ email solicitations
☐ personal solicitations
☐ vehicle, boat, plane, or similar donations
☐ foundation grant solicitations

☐ phone solicitations
☒ accept donations on your website
☐ receive donations from another organization's website
☐ government grant solicitations
☐ Other

Attach a description of each fundraising program.

**b**  Do you or will you have written or oral contracts with any individuals or organizations to raise funds for you? If "Yes," describe these activities. Include all revenue and expenses from these activities and state who conducts them. Revenue and expenses should be provided for the time periods specified in Part IX, Financial Data. Also, attach a copy of any contracts or agreements.    ☐ Yes   ☒ No

**c**  Do you or will you engage in fundraising activities for other organizations? If "Yes," describe these arrangements. Include a description of the organizations for which you raise funds and attach copies of all contracts or agreements.    ☐ Yes   ☒ No

**d**  List all states and local jurisdictions in which you conduct fundraising. For each state or local jurisdiction listed, specify whether you fundraise for your own organization, you fundraise for another organization, or another organization fundraises for you.

**e**  Do you or will you maintain separate accounts for any contributor under which the contributor has the right to advise on the use or distribution of funds? Answer "Yes" if the donor may provide advice on the types of investments, distributions from the types of investments, or the distribution from the donor's contribution account. If "Yes," describe this program, including the type of advice that may be provided and submit copies of any written materials provided to donors.    ☐ Yes   ☒ No

**5**  Are you affiliated with a governmental unit? If "Yes," explain.    ☐ Yes   ☒ No

**6a**  Do you or will you engage in economic development? If "Yes," describe your program.    ☐ Yes   ☒ No

**b**  Describe in full who benefits from your economic development activities and how the activities promote exempt purposes.

**7a**  Do or will persons other than your employees or volunteers develop your facilities? If "Yes," describe each facility, the role of the developer, and any business or family relationship(s) between the developer and your officers, directors, or trustees.    ☐ Yes   ☒ No

**b**  Do or will persons other than your employees or volunteers manage your activities or facilities? If "Yes," describe each activity and facility, the role of the manager, and any business or family relationship(s) between the manager and your officers, directors, or trustees.    ☐ Yes   ☒ No

**c**  If there is a business or family relationship between any manager or developer and your officers, directors, or trustees, identify the individuals, explain the relationship, describe how contracts are negotiated at arm's length so that you pay no more than fair market value, and submit a copy of any contracts or other agreements.

**8**  Do you or will you enter into joint ventures, including partnerships or limited liability companies treated as partnerships, in which you share profits and losses with partners other than section 501(c)(3) organizations? If "Yes," describe the activities of these joint ventures in which you participate.    ☐ Yes   ☒ No

**9a**  Are you applying for exemption as a childcare organization under section 501(k)? If "Yes," answer lines 9b through 9d. If "No," go to line 10.    ☐ Yes   ☒ No

**b**  Do you provide child care so that parents or caretakers of children you care for can be gainfully employed (see instructions)? If "No," explain how you qualify as a childcare organization described in section 501(k).    ☐ Yes   ☐ No

**c**  Of the children for whom you provide child care, are 85% or more of them cared for by you to enable their parents or caretakers to be gainfully employed (see instructions)? If "No," explain how you qualify as a childcare organization described in section 501(k).    ☐ Yes   ☐ No

**d**  Are your services available to the general public? If "No," describe the specific group of people for whom your activities are available. Also, see the instructions and explain how you qualify as a childcare organization described in section 501(k).    ☐ Yes   ☐ No

**10**  Do you or will you publish, own, or have rights in music, literature, tapes, artworks, choreography, scientific discoveries, or other intellectual property? If "Yes," explain. Describe who owns or will own any copyrights, patents, or trademarks, whether fees are or will be charged, how the fees are determined, and how any items are or will be produced, distributed, and marketed.    ☒ Yes   ☐ No

Form **1023** (Rev. 6-2006)

STF KGQV1009.6

Form 1023 (Rev. 8-2006)   Name: WordPress Foundation                EIN: 20-5498932                Page **7**

| Part VIII | Your Specific Activities *(Continued)* |
|---|---|

**11**  Do you or will you accept contributions of: real property; conservation easements; closely held securities; intellectual property such as patents, trademarks, and copyrights; works of music or art; licenses; royalties; automobiles, boats, planes, or other vehicles; or collectibles of any type? If "Yes," describe each type of contribution, any conditions imposed by the donor on the contribution, and any agreements with the donor regarding the contribution.  ☒ Yes  ☐ No

**12a**  Do you or will you operate in a foreign country or countries? If "Yes," answer lines 12b through 12d. If "No," go to line 13a.  ☐ Yes  ☒ No
  **b**  Name the foreign countries and regions within the countries in which you operate.
  **c**  Describe your operations in each country and region in which you operate.
  **d**  Describe how your operations in each country and region further your exempt purposes.

**13a**  Do you or will you make grants, loans, or other distributions to organization(s)? If "Yes," answer lines 13b through 13g. If "No," go to line 14a.  ☐ Yes  ☒ No
  **b**  Describe how your grants, loans, or other distributions to organizations further your exempt purposes.
  **c**  Do you have written contracts with each of these organizations? If "Yes," attach a copy of each contract.  ☐ Yes  ☐ No
  **d**  Identify each recipient organization and any relationship between you and the recipient organization.
  **e**  Describe the records you keep with respect to the grants, loans, or other distributions you make.
  **f**  Describe your selection process, including whether you do any of the following:
    **(i)**  Do you require an application form? If "Yes," attach a copy of the form.  ☐ Yes  ☐ No
    **(ii)**  Do you require a grant proposal? If "Yes," describe whether the grant proposal specifies your responsibilities and those of the grantee, obligates the grantee to use the grant funds only for the purposes for which the grant was made, provides for periodic written reports concerning the use of grant funds, requires a final written report and an accounting of how grant funds were used, and acknowledges your authority to withhold and/or recover grant funds in case such funds are, or appear to be, misused.  ☐ Yes  ☐ No
  **g**  Describe your procedures for oversight of distributions that assure you the resources are used to further your exempt purposes, including whether you require periodic and final reports on the use of resources.

**14a**  Do you or will you make grants, loans, or other distributions to foreign organizations? If "Yes," answer lines 14b through 14f. If "No," go to line 15.  ☐ Yes  ☒ No
  **b**  Provide the name of each foreign organization, the country and regions within a country in which each foreign organization operates, and describe any relationship you have with each foreign organization.
  **c**  Does any foreign organization listed in line 14b accept contributions earmarked for a specific country or specific organization? If "Yes," list all earmarked organizations or countries.  ☐ Yes  ☐ No
  **d**  Do your contributors know that you have ultimate authority to use contributions made to you at your discretion for purposes consistent with your exempt purposes? If "Yes," describe how you relay this information to contributors.  ☐ Yes  ☐ No
  **e**  Do you or will you make pre-grant inquiries about the recipient organization? If "Yes," describe these inquiries, including whether you inquire about the recipient's financial status, its tax-exempt status under the Internal Revenue Code, its ability to accomplish the purpose for which the resources are provided, and other relevant information.  ☐ Yes  ☐ No
  **f**  Do you or will you use any additional procedures to ensure that your distributions to foreign organizations are used in furtherance of your exempt purposes? If "Yes," describe these procedures, including site visits by your employees or compliance checks by impartial experts, to verify that grant funds are being used appropriately.  ☐ Yes  ☐ No

STF KGQV1000.7

Form 1023 (Rev. 6-2006)    Name: WordPress Foundation    EIN: 20-5498932    Page **8**

| Part VIII | Your Specific Activities *(Continued)* | | |
|---|---|---|---|
| 15 | Do you have a close connection with any organizations? If "Yes," explain. | ☒ Yes | ☐ No |
| 16 | Are you applying for exemption as a cooperative hospital service organization under section 501(e)? If "Yes," explain. | ☐ Yes | ☒ No |
| 17 | Are you applying for exemption as a cooperative service organization of operating educational organizations under section 501(f)? If "Yes," explain. | ☐ Yes | ☒ No |
| 18 | Are you applying for exemption as a charitable risk pool under section 501(n)? If "Yes," explain. | ☐ Yes | ☒ No |
| 19 | Do you or will you operate a school? If "Yes," complete Schedule B. Answer "Yes," whether you operate a school as your main function or as a secondary activity. | ☐ Yes | ☒ No |
| 20 | Is your main function to provide hospital or medical care? If "Yes," complete Schedule C. | ☐ Yes | ☒ No |
| 21 | Do you or will you provide low-income housing or housing for the elderly or handicapped? If "Yes," complete Schedule F. | ☐ Yes | ☒ No |
| 22 | Do you or will you provide scholarships, fellowships, educational loans, or other educational grants to individuals, including grants for travel, study, or other similar purposes? If "Yes," complete Schedule H. | ☐ Yes | ☒ No |
| | **Note:** Private foundations may use Schedule H to request advance approval of individual grant procedures. | | |

STF KGQV1000.8

Form 1023 (Rev. 6-2006)    Name: WordPress Foundation    EIN: 20-5498932    Page **9**

### Part IX Financial Data

For purposes of this schedule, years in existence refer to completed tax years. If in existence 4 or more years, complete the schedule for the most recent 4 tax years. If in existence more than 1 year but less than 4 years, complete the statements for each year in existence and provide projections of your likely revenues and expenses based on a reasonable and good faith estimate of your future finances for a total of 3 years of financial information. If in existence less than 1 year, provide projections of your likely revenues and expenses for the current year and the 2 following years, based on a reasonable and good faith estimate of your future finances for a total of 3 years of financial information. (See instructions.)

#### A. Statement of Revenues and Expenses

| | Type of revenue or expense | Current tax year (a) From 01/2006 To 12/2006 | 3 prior tax years or 2 succeeding tax years (b) From 01/2007 To 12/2007 | (c) From 01/2008 To 12/2008 | (d) From ___ To ___ | (e) Provide Total for (a) through (d) |
|---|---|---|---|---|---|---|
| Revenues | 1 Gifts, grants, and contributions received (do not include unusual grants) | 5,000 | 10,000 | 14,000 | | 29,000.00 |
| | 2 Membership fees received | 0 | 0 | 0 | | 0.00 |
| | 3 Gross investment income | 0 | 0 | 0 | | 0.00 |
| | 4 Net unrelated business income | 0 | 0 | 0 | | 0.00 |
| | 5 Taxes levied for your benefit | 0 | 0 | 0 | | 0.00 |
| | 6 Value of services or facilities furnished by a governmental unit without charge (not including the value of services generally furnished to the public without charge) | 0 | 0 | 0 | | 0.00 |
| | 7 Any revenue not otherwise listed above or in lines 9–12 below (attach an itemized list) | 0 | 0 | 0 | | 0.00 |
| | 8 Total of lines 1 through 7 | 5,000.00 | 10,000.00 | 14,000.00 | | 29,000.00 |
| | 9 Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is related to your exempt purposes (attach itemized list) | | 0 | 0 | | 0.00 |
| | 10 Total of lines 8 and 9 | 5,000.00 | 10,000.00 | 14,000.00 | | 29,000.00 |
| | 11 Net gain or loss on sale of capital assets (attach schedule and see instructions) | 0 | 0 | 0 | | 0.00 |
| | 12 Unusual grants | 0 | 0 | 0 | | 0.00 |
| | 13 Total Revenue Add lines 10 through 12 | 5,000.00 | 10,000.00 | 14,000.00 | | 29,000.00 |
| Expenses | 14 Fundraising expenses | 0 | 0 | 0 | | |
| | 15 Contributions, gifts, grants, and similar amounts paid out (attach an itemized list) | 0 | 0 | 0 | | |
| | 16 Disbursements to or for the benefit of members (attach an itemized list) | 0 | 0 | 0 | | |
| | 17 Compensation of officers, directors, and trustees | 0 | 0 | 0 | | |
| | 18 Other salaries and wages | 0 | 0 | 0 | | |
| | 19 Interest expense | 0 | 0 | 0 | | |
| | 20 Occupancy (rent, utilities, etc.) | 0 | 0 | 0 | | |
| | 21 Depreciation and depletion | 0 | 0 | 0 | | |
| | 22 Professional fees | 0 | 0 | 0 | | |
| | 23 Any expense not otherwise classified, such as program services (attach itemized list) | 12,200 | 12,200 | 15,200 | | |
| | 24 Total Expenses Add lines 14 through 23 | 12,200.00 | 12,200.00 | 15,200.00 | | |

Form **1023** (Rev. 6-2006)

STF KGQV1000.9

Form 1023 (Rev. 6-2006)    Name: WordPress Foundation    EIN: 20-5498932    Page **10**

## Part IX  Financial Data *(Continued)*

**B. Balance Sheet (for your most recently completed tax year)**    Year End:

| Assets | | (Whole dollars) |
|---|---|---|
| 1 Cash | 1 | 0 |
| 2 Accounts receivable, net | 2 | 0 |
| 3 Inventories | 3 | 0 |
| 4 Bonds and notes receivable (attach an itemized list) | 4 | 0 |
| 5 Corporate stocks (attach an itemized list) | 5 | 0 |
| 6 Loans receivable (attach an itemized list) | 6 | 0 |
| 7 Other investments (attach an itemized list) | 7 | 0 |
| 8 Depreciable and depletable assets (attach an itemized list) | 8 | 0 |
| 9 Land | 9 | 0 |
| 10 Other assets (attach an itemized list) | 10 | 0 |
| 11     Total Assets (add lines 1 through 10) | 11 | 0 |
| **Liabilities** | | |
| 12 Accounts payable | 12 | 0 |
| 13 Contributions, gifts, grants, etc. payable | 13 | 0 |
| 14 Mortgages and notes payable (attach an itemized list) | 14 | 0 |
| 15 Other liabilities (attach an itemized list) | 15 | 7,200 |
| 16     Total Liabilities (add lines 12 through 15) | 16 | 7,200 |
| **Fund Balances or Net Assets** | | |
| 17 Total fund balances or net assets | 17 | 0 |
| 18     Total Liabilities and Fund Balances or Net Assets (add lines 16 and 17) | 18 | 7,200 |

19 Have there been any substantial changes in your assets or liabilities since the end of the period shown above? If "Yes," explain.   ☐ Yes   ☒ No

## Part X  Public Charity Status

Part X is designed to classify you as an organization that is either a private foundation or a public charity. Public charity status is a more favorable tax status than private foundation status. If you are a private foundation, Part X is designed to further determine whether you are a private operating foundation. (See instructions.)

**1a** Are you a private foundation? If "Yes," go to line 1b. If "No," go to line 5 and proceed as instructed. If you are unsure, see the instructions.   ☐ Yes   ☒ No

**b** As a private foundation, section 508(e) requires special provisions in your organizing document in addition to those that apply to all organizations described in section 501(c)(3). Check the box to confirm that your organizing document meets this requirement, whether by express provision or by reliance on operation of state law. Attach a statement that describes specifically where your organizing document meets this requirement, such as a reference to a particular article or section in your organizing document or by operation of state law. See the instructions, including Appendix B, for information about the special provisions that need to be contained in your organizing document. Go to line 2.   ☐

**2** Are you a private operating foundation? To be a private operating foundation you must engage directly in the active conduct of charitable, religious, educational, and similar activities, as opposed to indirectly carrying out these activities by providing grants to individuals or other organizations. If "Yes," go to line 3. If "No," go to the signature section of Part XI.   ☐ Yes   ☐ No

**3** Have you existed for one or more years? If "Yes," attach financial information showing that you are a private operating foundation; go to the signature section of Part XI. If "No," continue to line 4.   ☐ Yes   ☐ No

**4** Have you attached either (1) an affidavit or opinion of counsel, (including a written affidavit or opinion from a certified public accountant or accounting firm with expertise regarding this tax law matter), that sets forth facts concerning your operations and support to demonstrate that you are likely to satisfy the requirements to be classified as a private operating foundation; or (2) a statement describing your proposed operations as a private operating foundation?   ☐ Yes   ☐ No

**5** If you answered "No" to line 1a, indicate the type of public charity status you are requesting by checking one of the choices below. You may check only one box.

The organization is not a private foundation because it is:

**a** 509(a)(1) and 170(b)(1)(A)(i)—a church or a convention or association of churches. Complete and attach Schedule A.   ☐

**b** 509(a)(1) and 170(b)(1)(A)(ii)—a school. Complete and attach Schedule B.   ☐

**c** 509(a)(1) and 170(b)(1)(A)(iii)—a hospital, a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital. Complete and attach Schedule C.   ☐

**d** 509(a)(3)—an organization supporting either one or more organizations described in line 5a through c, f, g, or h or a publicly supported section 501(c)(4), (5), or (6) organization. Complete and attach Schedule D.   ☐

Form **1023** (Rev. 6-2006)

STF KGQV1000.10

Form 1023 (Rev. 6-2006)    Name: WordPress Foundation    EIN: 20-5498932    Page **11**

## Part X    Public Charity Status *(Continued)*

**e**  509(a)(4)—an organization organized and operated exclusively for testing for public safety.    ☐

**f**  509(a)(1) and 170(b)(1)(A)(iv)—an organization operated for the benefit of a college or university that is owned or operated by a governmental unit.    ☐

**g**  509(a)(1) and 170(b)(1)(A)(vi)—an organization that receives a substantial part of its financial support in the form of contributions from publicly supported organizations, from a governmental unit, or from the general public.    ☒

**h**  509(a)(2)—an organization that normally receives not more than one-third of its financial support from gross investment income and receives more than one-third of its financial support from contributions, membership fees, and gross receipts from activities related to its exempt functions (subject to certain exceptions).    ☐

**i**  A publicly supported organization, but unsure if it is described in 5g or 5h. The organization would like the IRS to decide the correct status.    ☐

**6**  If you checked box g, h, or i in question 5 above, you must request either an advance or a definitive ruling by selecting one of the boxes below. Refer to the instructions to determine which type of ruling you are eligible to receive.

**a**  **Request for Advance Ruling:** By checking this box and signing the consent, pursuant to section 6501(c)(4) of    ☒
the Code you request an advance ruling and agree to extend the statute of limitations on the assessment of excise tax under section 4940 of the Code. The tax will apply only if you do not establish public support status at the end of the 5-year advance ruling period. The assessment period will be extended for the 5 advance ruling years to 8 years, 4 months, and 15 days beyond the end of the first year. You have the right to refuse or limit the extension to a mutually agreed-upon period of time or issue(s). Publication 1035, *Extending the Tax Assessment Period,* provides a more detailed explanation of your rights and the consequences of the choices you make. You may obtain Publication 1035 free of charge from the IRS web site at *www.irs.gov* or by calling toll-free 1-800-829-3676. Signing this consent will not deprive you of any appeal rights to which you would otherwise be entitled. If you decide not to extend the statute of limitations, you are not eligible for an advance ruling.

**Consent Fixing Period of Limitations Upon Assessment of Tax Under Section 4940 of the Internal Revenue Code**

**For Organization**

(Signature of Officer, Director, Trustee, or other authorized official)

Matthew Mullenweg    7/8/08
(Type or print name of signer)    (Date)

President
(Type or print title or authority of signer)

**For IRS Use Only**

IRS Director, Exempt Organizations    (Date)

**b**  **Request for Definitive Ruling:** Check this box if you have completed one tax year of at least 8 full months and    ☐
you are requesting a definitive ruling. To confirm your public support status, answer line 6b(i) if you checked box g in line 5 above. Answer line 6b(ii) if you checked box h in line 5 above. If you checked box i in line 5 above, answer both lines 6b(i) and (ii).

**(i)  (a)** Enter 2% of line 8, column (e) on Part IX-A. Statement of Revenues and Expenses.  _____

**(b)** Attach a list showing the name and amount contributed by each person, company, or organization whose    ☐
gifts totaled more than the 2% amount. If the answer is "None," check this box.

**(ii)  (a)** For each year amounts are included on lines 1, 2, and 9 of Part IX-A. Statement of Revenues and    ☐
Expenses, attach a list showing the name of and amount received from each disqualified person. If the answer is "None," check this box.

**(b)** For each year amounts are included on line 9 of Part IX-A. Statement of Revenues and Expenses, attach    ☐
a list showing the name of and amount received from each payer, other than a disqualified person, whose payments were more than the larger of (1) 1% of line 10, Part IX-A. Statement of Revenues and Expenses, or (2) $5,000. If the answer is "None," check this box.

**7**  Did you receive any unusual grants during any of the years shown on Part IX-A. Statement of    ☐ Yes    ☒ No
Revenues and Expenses? If "Yes," attach a list including the name of the contributor, the date and amount of the grant, a brief description of the grant, and explain why it is unusual.

Form **1023** (Rev. 6-2006)

Form 1023 (Rev. 6-2006)    Name: WordPress Foundation    EIN: 20-5498932    Page 12

| Part XI | User Fee Information |
|---|---|

*You must include a user fee payment with this application. It will not be processed without your paid user fee. If your average annual gross receipts have exceeded or will exceed $10,000 annually over a 4-year period, you must submit payment of $750. If your gross receipts have not exceeded or will not exceed $10,000 annually over a 4-year period, the required user fee payment is $300. See instructions for Part XI, for a definition of gross receipts over a 4-year period. Your check or money order must be made payable to the United States Treasury. User fees are subject to change. Check our website at www.irs.gov and type User Fee" in the keyword box, or call Customer Account Services at 1-877-829-5500 for current information.*

| 1 | Have your annual gross receipts averaged or are they expected to average not more than $10,000? | ☐ Yes | ☒ No |
|---|---|---|---|
| | If "Yes," check the box on line 2 and enclose a user fee payment of $300 (Subject to change—see above). | | |
| | If "No," check the box on line 3 and enclose a user fee payment of $750 (Subject to change—see above). | | |
| 2 | Check the box if you have enclosed the reduced user fee payment of $300 (Subject to change). | | ☐ |
| 3 | Check the box if you have enclosed the user fee payment of $750 (Subject to change). | | ☒ |

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

**Please Sign Here** ▸

(Signature of Officer, Director, Trustee, or other authorized official)

Matthew Mullenweg
(Type or print name of signer)

President
(Type or print title or authority of signer)

7/8/08
(Date)

**Reminder: Send the completed Form 1023 Checklist with your filled-in-application.**    Form **1023** (Rev. 6-2006)

STF KGQV1000.12

8

WordPress Foundation                                    EIN:20-5498932

## ATTACHMENT 1

## ARTICLES OF INCORPORATION

SUPPLEMENTARY ANSWERS                                    EIN:20-5498932
WordPress Foundation

# ATTACHMENT 3

## PART IV.    NARRATIVE DESCRIPTION OF YOUR ACTIVITIES

<u>What is the activity?</u>

WordPress is a free, open source blogging software tool. Any member of the general public may download the WordPress open source software to publish his or her own personal blog.

A blog is a frequently updated, personal website featuring diary-type commentary and links to articles or other Web sites. Blogs range from personal journals to academic and professional writings, and can focus on one narrow subject or a whole range of subjects. Generally, blogs tend to have the following things in common:

- A main content area with articles listed chronologically, newest on top. Often, the articles are organized into categories.
- An archive of older articles.
- A way for people to leave comments about the articles.
- A list of links to other related sites, sometimes called a "blogroll".

As open-source software, WordPress grants to the public (i) the ability to run the program, for any purpose, (ii) the ability to study how the program works, and adapt it to an individual's needs (which requires free access to the source code), (iii) the ability to redistribute copies to help others, and (iv) the ability to improve the program, and release those improvements to the general public.

<u>Who conducts the activity? When is the activity conducted?</u>

Anyone may go to the WordPress website and download the WordPress software free of charge. This software can then be used to create a blog on any topic of the user's choice ranging from a homepage for their personal use to a Fortune 500 intranet site without having to pay any license fees.

As blogging has gained popularity and become a major source of personal and professional expression, the need for the free access to blogging software has grown. The WordPress software has grown to become the most used blogging software tool, and the purpose of the WordPress Foundation is to preserve the general public's continued free and open access to the WordPress software.

Because WordPress is open-source, it depends on the contributions of hundreds of volunteers from around the world to contribute to the continued development of the software. Volunteer developers identify areas of the software code that can be improved and create revisions. These revisions are then submitted to a central repository which is managed by the WordPress Foundation. The Foundation then reviews all revision submissions for quality

SUPPLEMENTARY ANSWERS                                    EIN:20-5498932
WordPress Foundation

control. Revisions are then approved and integrated into the WordPress open source code. Volunteer developers are largely responsible for the continued growth and improvements to the WordPress software.

Where is this activity conducted?

The WordPress Foundation is based in San Francisco, California. The volunteer contributor base and user base spans the world, through use of electronic software and the Internet.

What percentage of your total time is allocated to the activity?

Approximately fifty percent (50%) of the Foundation's time is allocated to education for and outreach to the general public, thirty percent (30%) is allocated to oversight of the software code and contributions, twenty percent (20%) is allocated to fund-raising and management of the Foundation,

How is the activity funded?

WordPress Foundation intends on funding its activities primarily through small donations from users and developers around the world with occasional larger donations from companies and other individuals that support the development of open-source software.

SUPPLEMENTARY ANSWERS                                    EIN:20-5498932
WordPress Foundation

## ATTACHMENT 4

**PART V.**      **COMPENSATION AND OTHER FINANCIAL ARRANGEMENTS WITH YOUR OFFICERS, DIRECTORS, TRUSTEES, EMPLOYEES, AND INDEPENDENT CONTRACTORS**

**Line 3(a).**

Matthew Mullenweg (President and Treasurer) is the founding developer of the WordPress software, and devotes the majority of his time to developing open source projects. He is a frequent speaker at conferences.

Curtis Mo (Secretary) is a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP.

**Line 3(b).**

Matthew Mullenweg, the President of WordPress Foundation also created WordPress.com (a free blogging service, which is funded by Google AdSense), which runs software that allows people to create and manage their own weblogs without requiring the time, money and technical knowledge involved in setting up WordPress on an ordinary hosting account. Mr. Mullenweg also founded and is an employee of Automattic, Inc., a small web development corporation which has developed Akismet, a spam protection service and provides other web-based products and services.

**Line 4(g).**

WordPress Foundation is a volunteer-based organization. As such, all officers, directors, and trustees will not receive any compensation for their services and there are no plans for the future hiring of employees and independent contractors. If in the future, WordPress Foundation decides to compensate individuals, then it expects to implement the policies and practices listed under Part V, Line 4 of Form 1023.

**Line 5(b).**

WordPress Foundation does not pay any compensation to any individuals.

**Line 5(c).**

WordPress Foundation will not enter into business deals with individuals associated with the Foundation.

SUPPLEMENTARY ANSWERS
WordPress Foundation

EIN:20-5498932

# ATTACHMENT 5

**PART VI.    YOUR MEMBERS AND OTHER INDIVIDUALS AND ORGANIZATIONS THAT RECEIVE BENEFITS FROM YOU.**

**Line 1(a).  Benefits to individuals**

WordPress Foundation offers the WordPress software to the general public free of charge thereby allowing any person the opportunity to create and publish their own personal blog.

**Line 1(b).  Benefits to organizations.**

The WordPress software may also be downloaded and used by any organization free of charge thereby allowing any organization to create a collaborative work space, team bulletin board or intranet site.

EIN:20-5498932

SUPPLEMENTARY ANSWERS
WordPress Foundation

# ATTACHMENT 6

## PART VIII.   YOUR SPECIFIC ACTIVITIES.

### Line 4(a). Fundraising.

Fundraising will be conducted exclusively through the WordPress Foundation website which will contain a link via which donors can make secure donations and email solicitations which will ask supporters to make donations through the WordPress Foundation website.

### Line 10. Intellectual Property.

The WordPress Foundation is a copyright holder of a major portion of the WordPress software and source code. This software and code is distributed under the GNU General Public License (copy attached), a widely used open source license which grants to each user the rights to share, distribute and change the software. The WordPress Foundation does not charge any fees for the distribution and use of the software. It may be downloaded free of charge through the WordPress Foundation website.

The WordPress Foundation also owns the copyright for the Ping-o-Matic software, a software that sends updates ("pings") to different search engines that a blog has updated. Pinging a search engine is the universal method by which blog writers inform a search engine that their blog has been updated. This is an important tool for blog writers who want their blogs to be indexed by search engines and therefore searchable by the general public. The Foundation does not charge for use of this software.

### Line 11.  Contributions of Intellectual Property.

The WordPress Foundation may, from time to time, accept assignments of copyrighted code from volunteer developers who chose to donate their copyrights in revisions of the WordPress source code to the Foundation. As required by the GNU General Public License, any donations of the original copyright to revisions from the original copyright holders are subject to the GNU General Public License. There will be no other agreements with donors regarding their contributions.

### Line 15.  Close Connection with Other Organizations.

As described in response to Part V, the President of the Foundation created WordPress.com and Automattic, Inc.

MySQL 5.0 Reference Manual :: J GNU General Public License

Get the MySQL Language Reference and MySQL Administrator's Guide from MySQL Press!

**Additional languages**

○ French

# Get Support with MySQL Network today!

**Order from our online shop and get technical support from MySQL engineers today.**

Get Support Now »

Previous / Next / Up / Table of Contents

## Appendix J. GNU General Public License

Version 2, June 1991

Copyright © 1989, 1991 Free Software Foundation, Inc.
59 Temple Place - Suite 330, Boston, MA 02111-1307, USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

*Preamble*

The licenses for most software are designed to take away your freedom to share and change it. By contrast, the GNU General Public License is intended to guarantee your freedom to share and change free software--- to make sure the software is free for all its users. This General Public License applies to most of the Free Software Foundation's software and to any other program whose authors commit to using it. (Some other Free Software Foundation software is covered by the GNU Library General Public License instead.) You can apply it to your programs, too.

When we speak of free software, we are referring to freedom, not price. Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for this service if you wish), that you receive source code or can get it if you want it, that you can change the software or use pieces of it in new free programs; and that you know you can do these things.

To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights. These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it.

For example, if you distribute copies of such a program, whether gratis or for a fee, you must give the recipients all the rights that you have. You must make sure that they, too, receive or can get the source code. And you must show them these terms so they know their rights.

We protect your rights with two steps: (1) copyright the software, and (2) offer you this license which gives you

MySQL 5.0 Reference Manual :: J GNU General Public License

legal permission to copy, distribute and/or modify the software.

Also, for each author's protection and ours, we want to make certain that everyone understands that there is no warranty for this free software. If the software is modified by someone else and passed on, we want its recipients to know that what they have is not the original, so that any problems introduced by others will not reflect on the original authors' reputations.

Finally, any free program is threatened constantly by software patents. We wish to avoid the danger that redistributors of a free program will individually obtain patent licenses, in effect making the program proprietary. To prevent this, we have made it clear that any patent must be licensed for everyone's free use or not licensed at all.

The precise terms and conditions for copying, distribution and modification follow.

GNU GENERAL PUBLIC LICENSE TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

1. This License applies to any program or other work which contains a notice placed by the copyright holder saying it may be distributed under the terms of this General Public License. The ``Program'', below, refers to any such program or work, and a ``work based on the Program'' means either the Program or any derivative work under copyright law: that is to say, a work containing the Program or a portion of it, either verbatim or with modifications and/or translated into another language. (Hereinafter, translation is included without limitation in the term ``modification''.) Each licensee is addressed as ``you''.

   Activities other than copying, distribution and modification are not covered by this License; they are outside its scope. The act of running the Program is not restricted, and the output from the Program is covered only if its contents constitute a work based on the Program (independent of having been made by running the Program). Whether that is true depends on what the Program does.

2. You may copy and distribute verbatim copies of the Program's source code as you receive it, in any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice and disclaimer of warranty; keep intact all the notices that refer to this License and to the absence of any warranty; and give any other recipients of the Program a copy of this License along with the Program.

   You may charge a fee for the physical act of transferring a copy, and you may at your option offer warranty protection in exchange for a fee.

3. You may modify your copy or copies of the Program or any portion of it, thus forming a work based on the Program, and copy and distribute such modifications or work under the terms of Section 1 above, provided that you also meet all of these conditions:

   a. You must cause the modified files to carry prominent notices stating that you changed the files and the date of any change.

   b. You must cause any work that you distribute or publish, that in whole or in part contains or is derived from the Program or any part thereof, to be licensed as a whole at no charge to all third parties under the terms of this License.

   c. If the modified program normally reads commands interactively when run, you must cause it, when started running for such interactive use in the most ordinary way, to print or display an announcement including an appropriate copyright notice and a notice that there is no warranty (or else, saying that you provide a warranty) and that users may redistribute the program under these conditions, and telling the user how to view a copy of this License. (Exception: if the Program itself is interactive but does not normally print such an announcement, your work based on the Program is not required to print an announcement.)

MySQL 5.0 Reference Manual :: J GNU General Public License

These requirements apply to the modified work as a whole. If identifiable sections of that work are not derived from the Program, and can be reasonably considered independent and separate works in themselves, then this License, and its terms, do not apply to those sections when you distribute them as separate works. But when you distribute the same sections as part of a whole which is a work based on the Program, the distribution of the whole must be on the terms of this License, whose permissions for other licensees extend to the entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest your rights to work written entirely by you; rather, the intent is to exercise the right to control the distribution of derivative or collective works based on the Program.

In addition, mere aggregation of another work not based on the Program with the Program (or with a work based on the Program) on a volume of a storage or distribution medium does not bring the other work under the scope of this License.

4. You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you also do one of the following:

   a. Accompany it with the complete corresponding machine-readable source code, which must be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,

   b. Accompany it with a written offer, valid for at least three years, to give any third-party, for a charge no more than your cost of physically performing source distribution, a complete machine-readable copy of the corresponding source code, to be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,

   c. Accompany it with the information you received as to the offer to distribute corresponding source code. (This alternative is allowed only for noncommercial distribution and only if you received the program in object code or executable form with such an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for making modifications to it. For an executable work, complete source code means all the source code for all modules it contains, plus any associated interface definition files, plus the scripts used to control compilation and installation of the executable. However, as a special exception, the source code distributed need not include anything that is normally distributed (in either source or binary form) with the major components (compiler, kernel, and so on) of the operating system on which the executable runs, unless that component itself accompanies the executable.

If distribution of executable or object code is made by offering access to copy from a designated place, then offering equivalent access to copy the source code from the same place counts as distribution of the source code, even though third parties are not compelled to copy the source along with the object code.

5. You may not copy, modify, sublicense, or distribute the Program except as expressly provided under this License. Any attempt otherwise to copy, modify, sublicense or distribute the Program is void, and will automatically terminate your rights under this License. However, parties who have received copies, or rights, from you under this License will not have their licenses terminated so long as such parties remain in full compliance.

6. You are not required to accept this License, since you have not signed it. However, nothing else grants you permission to modify or distribute the Program or its derivative works. These actions are prohibited by law if you do not accept this License. Therefore, by modifying or distributing the Program (or any work based on the Program), you indicate your acceptance of this License to do so, and all its terms and conditions for copying, distributing or modifying the Program or works based on it.

7. Each time you redistribute the Program (or any work based on the Program), the recipient automatically receives a license from the original licensor to copy, distribute or modify the Program subject to these terms and conditions. You may not impose any further restrictions on the recipients' exercise of the rights granted herein. You are not responsible for enforcing compliance by third parties to this License.

MySQL 5.0 Reference Manual :: J GNU General Public License

8. If, as a consequence of a court judgment or allegation of patent infringement or for any other reason (not limited to patent issues), conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot distribute so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not distribute the Program at all. For example, if a patent license would not permit royalty-free redistribution of the Program by all those who receive copies directly or indirectly through you, then the only way you could satisfy both it and this License would be to refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under any particular circumstance, the balance of the section is intended to apply and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any patents or other property right claims or to contest validity of any such claims; this section has the sole purpose of protecting the integrity of the free software distribution system, which is implemented by public license practices. Many people have made generous contributions to the wide range of software distributed through that system in reliance on consistent application of that system; it is up to the author/donor to decide if he or she is willing to distribute software through any other system and a licensee cannot impose that choice.

This section is intended to make thoroughly clear what is believed to be a consequence of the rest of this License.

9. If the distribution and/or use of the Program is restricted in certain countries either by patents or by copyrighted interfaces, the original copyright holder who places the Program under this License may add an explicit geographical distribution limitation excluding those countries, so that distribution is permitted only in or among countries not thus excluded. In such case, this License incorporates the limitation as if written in the body of this License.

10. The Free Software Foundation may publish revised and/or new versions of the General Public License from time to time. Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number. If the Program specifies a version number of this License which applies to it and ``any later version'', you have the option of following the terms and conditions either of that version or of any later version published by the Free Software Foundation. If the Program does not specify a version number of this License, you may choose any version ever published by the Free Software Foundation.

11. If you wish to incorporate parts of the Program into other free programs whose distribution conditions are different, write to the author to ask for permission. For software which is copyrighted by the Free Software Foundation, write to the Free Software Foundation; we sometimes make exceptions for this. Our decision will be guided by the two goals of preserving the free status of all derivatives of our free software and of promoting the sharing and reuse of software generally.

NO WARRANTY

12. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW. EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM ``AS IS'' WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU. SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

13. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

END OF TERMS AND CONDITIONS

*How to Apply These Terms to Your New Programs*

If you develop a new program, and you want it to be of the greatest possible use to the public, the best way to achieve this is to make it free software which everyone can redistribute and change under these terms.

To do so, attach the following notices to the program. It is safest to attach them to the start of each source file to most effectively convey the exclusion of warranty; and each file should have at least the ``copyright'' line ' and a pointer to where the full notice is found.

```
one line to give the program's name and a brief idea of what it does.
Copyright (C) yyyy  name of author

This program is free software; you can redistribute it and/or modify
it under the terms of the GNU General Public License as published by
the Free Software Foundation; either version 2 of the License, or
(at your option) any later version.

This program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
GNU General Public License for more details.

You should have received a copy of the GNU General Public License
along with this program; if not, write to the Free Software
Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA  02111-1307, USA.
```

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this when it starts in an interactive mode:

```
Gnomovision version 69, Copyright (C) 19yy name of author
Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
This is free software, and you are welcome to redistribute it
under certain conditions; type `show c' for details.
```

The hypothetical commands 'show w' and 'show c' should show the appropriate parts of the General Public License. Of course, the commands you use may be called something other than 'show w' and 'show c'; they could even be mouse-clicks or menu items---whatever suits your program.

You should also get your employer (if you work as a programmer) or your school, if any, to sign a ``copyright disclaimer'' for the program, if necessary. Here is a sample; alter the names:

```
Yoyodyne, Inc., hereby disclaims all copyright interest in the program
`Gnomovision' (which makes passes at compilers) written by James Hacker.

signature of Ty Coon, 1 April 1989
Ty Coon, President of Vice
```

This General Public License does not permit incorporating your program into proprietary programs. If your program is a subroutine library, you may consider it more useful to permit linking proprietary applications with the library. If this is what you want to do, use the GNU Library General Public License instead of this License.

SUPPLEMENTARY ANSWERS
WordPress Foundation

EIN:20-5498932

## <u>ATTACHMENT 7</u>

PART IX.     FINANCIAL DATA.

A. Statement of Revenue and Expenses, Line 23.

WordPress Foundation has server and IT expenses in the aggregate of approximately $7,200 per year.  In addition, WordPress Foundation intends on occasionally hosting general meetings in various locations across the United States for the general public to provide updates on the development of the WordPress open source.  These meetings cost approximately $5,000 per year for 2006 and 2007 and increased to $10,000 per year for 2008.

B. Balance Sheet, Line 15.

WordPress Foundation has server and IT expenses in the aggregate of approximately $7,200.00 per year.