Your Name: Michael Willman

Address: 5 Mecca Lane Washington, ME 04574

Phone Number: 1 (207) 242-4767

Email Address: michael@websiteredev.com

Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendant. | Case Number: 3:24-cv-06917-AMO<br><br>**DECLARATION OF MICHAEL WILLMAN IN SUPPORT OF MICHAEL WILLMAN'S MOTION FOR ORDER TO SHOW CAUSE**<br><br>JUDGE: Hon. Araceli Martinez-Olguin |

I, Michael Willman, declare as follows:

1. I make this declaration in support of Michael Willman's Motion for Order to Show Cause. I have personal knowledge of all the facts set forth in this declaration, and if called upon to do so by the Court, I could and would testify competently thereto.

1. On January 11th, 2025, I created several screenshots of a conversation that I had with Matt Mullenweg on the Make.Wordpress.org Slack server. A true and correct copy of the screenshots are attached hereto as part of Exhibit A.

2. On January 31st, 2025, I created several screenshots of a conversation that was held on the Make.Wordpress.org slack server between myself, a user named "paragonie" and several other users in October of 2024. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

3. On January 31st, 2025, I had a conversation with the user "paragonie" on the Make.Wordpress.org slack via direct message. After this conversation, I created several screenshots of this conversation. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

Respectfully submitted,

Date: January 31st, 2025

By: /s/ *Michael Willman*

Michael Willman

PAGE 2 OF 2                                    Case No. 3:24-cv-06917-AMO