Your Name: Michael Willman

Address: 5 Mecca Lane Washington, ME 04574

Phone Number: 1 (207) 242-4767

Email Address: michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>　　　　Defendant. | Case Number: 3:24-cv-06917-AMO<br><br>**DECLARATION OF MICHAEL WILLMAN IN SUPPORT OF MICHAEL WILLMAN'S REPLY TO OPPOSITION TO MOTION TO INTERVENE**<br><br>DATE: February 23rd, 2025<br>TIME: 2PM<br>COURTROOM: Courtroom 10 - 19th Floor<br>JUDGE: Hon. Araceli Martinez-Olguin |

I, Michael Willman, declare as follows:

1. I make this declaration in support of Intervenor Michael Willman's Reply to Opposition to Motion to Intervene. I have personal knowledge of all the facts set forth in this declaration, and if called upon to do so by the Court, I could and would testify competently thereto.

2. On February 4th, 2025 I downloaded a copy of a letter sent to me by Plaintiffs' attorney from my email inbox. A true and correct copy of the screenshot is attached hereto as Exhibit A.

3. On February 4th, 2025 I caused a screenshot of an email received in 2016 to be created. A true and correct copy of the screenshot is attached hereto as Exhibit B.

4. On February 4th, 2025 I caused a series of screenshot of invoices sent to Snap Agency for WooCommerce development work in 2024 to be created. A true and correct copy of the screenshot is attached hereto as Exhibit C.

Respectfully submitted,

Date: January 31st, 2025

By: /s/ *Michael Willman*

Michael Willman