# EXHIBIT B

## [The Computer Wizardz] Your site has updated to WordPress 4.5.3    Inbox ×

 **computu9@just84.justhost.com**     Fri, Aug 5, 2016, 5:55 PM
to me

Howdy! Your site at http://www.computerwizardz.com has been updated automatically to WordPress 4.5.3.

No further action is needed on your part. For more on version 4.5.3, see the About WordPress screen:
http://www.computerwizardz.com/wp-admin/about.php

If you experience any issues or need support, the volunteers in the WordPress.org support forums may be able to help.
https://wordpress.org/support/

The WordPress Team