# EXHIBIT C

| # | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 7 | Healthy Ponds - Emergency Support (Strategist)<br>- Site outage on old Healthy Ponds site - 12 Hours<br>- Checkout outage on new Healthy Ponds site - 8 Hours | 20.00 | 75.00 | 1,500.00 |
| 8 | Healthy Ponds - Emergency Support (Sr. Dev)<br>- Site outage on old Healthy Ponds site - 10 Hours<br>- Checkout outage on new Healthy Ponds site - 8 Hours | 18.00 | 50.00 | 900.00 |
| 9 | Healthy Ponds - Order history export (1 hour 30 min)<br>Healthy Ponds - Customer List Pull from Old Site (3 hours)<br>Healthy Ponds - Plugin for Customer View of Portal (1 hour) | 5.50 | 50.00 | 275.00 |
| 10 | Healthy Ponds - Change domain from shopdrconnies.com to doctorconnies.com + Implement Redirects | 6.00 | 75.00 | 450.00 |
| 3 | Healthy Ponds Additional Development Work (comped) | 87.00 | 75.00 | 6,525.00 |
| 4 | Healthy Ponds Additional Development Work | 40.00 | 50.00 | 2,000.00 |
| 5 | Healthy Ponds Emergency Site Outage Response | Dev | 10.00 | 50.00 | 500.00 |

**Snap Agency**
725 Florida Ave S
Minneapolis
55426 Minnesota
U.S.A

Invoice Date : 29 Apr 2024
Terms : Due on Receipt
Due Date : 29 Apr 2024

| # | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Healthy Ponds Website Build | Development (10 hours) | 10.00 | 75.00 | 750.00 |
| 2 | Healthy Ponds Website Build | Development (20 hours)<br>Healthy Ponds | Additional Product Catalog Edits (5 hours)<br>Healthy Ponds | Reformat Hero Section for Blog Page (2 hours) | 27.00 | 50.00 | 1,350.00 |

**Snap Agency**
725 Florida Ave S
Minneapolis
55426 Minnesota
U.S.A

Invoice Date : 29 Mar 2024
Terms : Due on Receipt
Due Date : 29 Mar 2024

| # | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Healthy Ponds Website Build | Development (16 hours)<br>Healthy Ponds Site Migration | Hosting migration (6 hours) | 22.00 | 75.00 | 1,650.00 |
| 2 | Healthy Ponds Website Build | Development (24 hours)<br>Healthy Ponds | Packing slip creation issues + Rest API errors (3 hours) | 27.00 | 50.00 | 1,350.00 |

| | | | | |
|---|---|---|---|---|
| 2 | Healthy Ponds Website Build | Development (24 hours)<br>Healthy Ponds Site Migration | WooCommerce Legacy REST API (4 hours) | 28.00 | 50.00 | 1,400.00 |
| 3 | Healthy Ponds Website Build | Development (16 hours)<br>Healthy Ponds Site Migration | Hosting migration (6 hours) | 22.00 | 75.00 | 1,650.00 |

**Snap Agency**
725 Florida Ave S
Minneapolis
55426 Minnesota
U.S.A

Invoice Date :   30 Jan 2024
Terms :   Due on Receipt
Due Date :   30 Jan 2024

| # | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Healthy Ponds<br>Healthy Ponds | Site Development | 20.00 | 50.00 | 1,000.00 |