Michael M. Maddigan (Bar No. 163450)
michael.maddigan@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Anna Kurian Shaw, *pro hac vice*
anna.shaw@hoganlovells.com
Lauren Cury, *pro hac vice*
lauren.cury@hoganlovells.com
Hadley Dreibelbis, *pro hac vice*
hadley.dreibelbis@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600

Jiaxing (Kyle) Xu (Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94103
Telephone: (415) 374-2300

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF LAUREN B. CURY IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER TO SHOW CAUSE**<br><br>Judge: Hon. Araceli Martinez-Olguin<br>Courtroom: 10<br>Hearing Date: June 5, 2025<br>Hearing Time: 2:00 p.m. |

# DECLARATION

I, Lauren B. Cury, declare:

1. I am partner in the law firm of Hogan Lovells US LLP. I make this Declaration in support of the opposition to third party Michael Willman's ("Mr. Willman") Motion for Order to Show Cause. I have personal knowledge of the facts stated in this declaration and would, if called as a witness, competently testify to those facts.

2. I am prior counsel of record for Defendants Automattic, Inc. and Matthew Charles Mullenweg. My colleagues at Hogan Lovells US LLP and I filed our notices of withdrawal from the above-captioned action on January 29, 2025, which notices of withdrawal appear on the docket at ECF Nos. 91-96. As of January 29, 2025, neither I nor Hogan Lovells US LLP represent Defendants Automattic, Inc. or Matthew Charles Mullenweg in connection with this action.

3. On February 1, 2025, I understand that Mr. Willman filed a Motion for Order to Show Cause against me and Hogan Lovells US LLP (the "Motion"). I understand that the Motion appears on the docket at ECF No. 99.

4. At no time prior to or since filing the Motion has Mr. Willman served me, or to the best of my knowledge, any prior counsel of record at Hogan Lovells US LLP, with a copy of the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of February, 2025, in Washington, DC.

*Lauren Cury*
Lauren B. Cury