ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Ave
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>**Hearing:**<br>Date:    June 5, 2025<br>Time:   2:00 p.m.<br>Place:   Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

## SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

Defendants respectfully request that the Court take judicial notice of the following exhibits in support of Defendants' concurrently filed Reply in Support of Motion to Dismiss and Strike Plaintiff's Amended Complaint, true and correct copies of which are attached to or referenced in this Request.

- A copy of the "Plugin Developer Frequently Asked Questions" from Wordpress.org, available at https://developer.wordpress.org/plugins/wordpress-org/plugin-developer-faq/, as it appeared on September 24, 2024 (**Exhibit 1**);

- A copy of the "Detailed Plugin Guidelines" from Wordpress.org, available at https://developer.wordpress.org/plugins/wordpress-org/detailed-plugin-guidelines/, as it appeared on September 24, 2024 (**Exhibit 2**);

- A copy of a certified audio-visual transcript of a Twitch livestream show, posted to ThePrimeTime YouTube channel on September 26, 2024, entitled "Matt Talks About WordPress Situation," available at https://www.youtube.com/watch?v=H6F0PgMcKWM (**Exhibit 3**). Defendants previously requested judicial notice of an audio-visual recording of this Twitch livestream show (Dkt. 69-13), and submit this certified transcript of that recording for ease of reference by the Court.

- A copy of a certified audio-visual transcript of Matt Mullenweg's ("Mr. Mullenweg") keynote address at the WordCamp US Convention 2024, available at https://www.youtube.com/live/fnI-QcVSwMU?t=5s and posted on September 21, 2024 (**Exhibit 4**). Defendants previously requested judicial notice of an audio-visual recording of this keynote address (Dkt. 69-10), and submit this certified transcript of that recording for ease of reference by the Court.

- A copy of a September 21, 2024 blog post to WordPress.org authored by Mr. Mullenweg titled "WP Engine is not WordPress," available at https://wordpress.org/news/2024/09/wp-engine/ **(Exhibit 5)**.

- A copy of a September 25, 2024 blog post to WordPress.org authored by Mr. Mullenweg titled "WP Engine is banned from WordPress.org," available at https://wordpress.org/news/2024/09/wp-engine-banned/ **(Exhibit 6)**.

# AUTHORITY

## A. Legal Standard

Federal Rule of Evidence 201 allows the Court to take judicial notice of any fact (1) generally known within the territorial jurisdiction of the trial court or any fact that (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Rule 201(c) provides that the Court "must take judicial notice" of such a fact "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

## B. The Court may take judicial notice of websites, transcripts, interviews, and other publicly available material.

Exhibits 1-6 consist of pages from a publicly available website, blog posts, and certified transcripts of an audio-visual recording of an interview given on YouTube and an audio-visual recording of a keynote address given at WordCamp US 2024. The Court may take judicial notice of such material as an indication of information available in the public realm. *See Unsworth v. Musk*, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019) (citing *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010)); *In re Google Assistant Priv. Litig.*, 457 F. Supp. 3d 797, 813 (N.D. Cal. 2020) (taking judicial notice of Google "blog post for the fact that Google made the statements it contains"). Similarly, courts in this district take judicial notice of video and corresponding transcripts of speeches given to a live audience. *Wynn v. Chanos*, 75 F. Supp. 3d 1228, 1235 (N.D. Cal. 2021) (taking judicial notice of a video and corresponding transcript of a symposium during which the defendant made allegedly defamatory remarks).

WPEngine's First Amended Complaint also relies on and references these exhibits: Exhibit 1, "Plugin Developer Frequently Asked Questions" on Wordpress.org (FAC ¶ 87 n. 51-54); Exhibit 2, the "Detailed Plugin Guidelines" located on Wordpress.org's developer resources page (FAC ¶¶ 60 n.40, 69 n.41, 233 n.116); Exhibit 3, a podcast interview titled "Matt Talks About WordPress Situation" (FAC ¶¶ 366-69); Exhibit 4, Mr. Mullenweg's keynote presentation at WordCamp US 2024 (FAC ¶¶ 101-02, 121, 365, 369-70); Exhibit 5, Mr. Mullenweg's September 21, 2024 blog post (FAC ¶¶ 107 n.62, 329, 334–35, 344, 350–51); Exhibit 6, Mr. Mullenweg's September 25, 2024 blog post (FAC¶¶ 109 n.63, 115 n.64, 330, 336, 345).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court grant their Supplemental Request for Judicial Notice of the above-referenced materials.

DATED: February 19, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rosemarie T. Ring
    Rosemarie T. Ring

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*