# EXHIBIT 3

Audio Transcript

Case Number: 3:24-CV-06917
Date:

In the matter of:

# WPENGINE, INC. v AUTOMATTIC INC., et al.

# VIDEO 1

**CERTIFIED COPY**

Reported by:
MONICA GONZALEZ



Steno
Official Reporters

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
310.573.8380

1  CASE NAME:   WPENGINE, INC. V AUTOMATTIC INC., ET AL.

2  CASE ID:   3:24-CV-06917

3  DATE TRANSCRIBED: THURSDAY, FEBRUARY 13, 2025

4  VIDEO 1

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    MR. PAULSON:  So, here we go.  This is who we're

2  talking to, for those that can't see Matt.

3    MR. MULLENWEG:  Hi everybody.  Thank you so much

4  for listening.  Thanks for joining.

5    MR. PAULSON:  Yeah.  Look at this.  Look at me

6  following you.  I'm such a nice guy.  All right.  Anyways,

7  okay.  So by the way, Lex Friedman has -- he also said

8  thank you for WordPress.  Been using it since the early

9  days.

10    MR. MULLENWEG:  Oh, wow.  That's awesome.  I'm a

11  huge fan of X.

12    MR. PAULSON:  There you go.  All right.  So, help

13  us understand a few things.  Let me just tell you what I

14  understand as of now.  This is how it looks like looking

15  through a few of the legal docs, looking through the

16  posts, trying to understand it.  For a long time, WP was

17  free to use as part of the terms and conditioning.

18                Sometime this year, maybe middle of the

19  year, that was changed.  And then WPEngine, shortly before

20  WordCamp, started receiving messages that they must pay or

21  else.

22    MR. MULLENWEG:  Yeah.

23    MR. PAULSON:  That's -- this is -- so the -- so

24  this is -- this is just what we've read online, right?

25    MR. MULLENWEG:  Sure.

1        MR. PAULSON:  And then at that point --

2        MR. MULLENWEG:  I mean, that doesn't make sense

3   from a business point of view, right?  So --

4        MR. PAULSON:  Yep.  And then WordCamp then --

5   effectively at WordCamp you --

6        MR. MULLENWEG:  Well, can we address that first

7   stuff first?

8        MR. PAULSON:  Sure.  Yeah, yeah, yeah.  First

9   address --

10       MR. MULLENWEG:  We don't want to --

11       MR. PAULSON:  Yeah, yeah.

12       MR. MULLENWEG:  -- because we don't want to stack

13  too many things.  So WP, okay, to use it -- say thousands

14  of things that use WP, WPBeginner or WP -- most of them

15  don't confuse consumers.

16       MR. PAULSON:  Yeah.

17       MR. MULLENWEG:  You know, WPEngine is very

18  confusing to consumers.  For example, until today they had

19  a plan on their website for sale that was called Core

20  WordPress.  It was like their 50 buck a month plan or

21  something.  It's called Core WordPress.  What does Core

22  WordPress mean to most people?  What's it mean to you?

23       MR. PAULSON:  It just means the core features of

24  WordPress is how I would -- I guess I would take that.

25  I'm more soft wary, so it's probably bad to ask me because

 1  maybe my opinions aren't --

 2      MR. MULLENWEG:  Yeah.  They were selling that as a

 3  plan name that they were selling to customers.  Now they

 4  have changed it to like -- call it something else.  They

 5  call it growth or something.  But, you can kind of tell

 6  all the stuff that the lawyers are making them do is --

 7  are all examples of things they were doing wrong.  So

 8  those are trademark violations.  So --

 9      MR. PAULSON:  Okay.

10      MR. MULLENWEG:  Yeah.  So they -- yes, they use WP,

11  but they do it.  They've done so many things on top of

12  that that are really confusing to consumers, far above the

13  legal threshold, which by the way, is 15% of consumers

14  confused for trademark violations.

15              And so, yeah, we -- we try to use the

16  trademark.  And by the way, they've built a half a billion

17  dollar business.  They've given nothing back to WordPress.

18  They were contributing 40 hours per week, so call that a

19  hundred grand per year.  They sponsored, yeah, WordCamp

20  for 75 grand.  We allowed them to be a top sponsor, by the

21  way.  Lots of people wanted those spots.

22      MR. PAULSON:  Yeah, I was about to say sponsorships

23  don't count because you get -- it's -- you're buying

24  marketing, you're not buying -- that's not considered

25  giving.  At least I personally don't consider giving --

1  sponsoring a conference, giving back to the community.

2  I've never considered that.  I don't think that's fair.

3       MR. MULLENWEG:  I -- I've done everything I can to

4  try to bring WPEngine into the fold.  I spoke at their

5  conference last year, like they have this proprietary

6  marketing conference called Decode.  I allowed them to be

7  a top sponsor and have a big booth at WordCamp.  Like I

8  was really doing everything I could.

9                And these talks and negotiations, they

10  said like, oh, you know, you just showed up at WordCamp

11  and said, you know, pay me now or else -- oh, this is

12  going back years .  And the bad behavior did start in 2018

13  when Silver Lake took over WPEngine.  They were actually a

14  pretty cool company before.  Flywheel was also a way

15  cooler before WP --

16       MR. PAULSON:  Can you help me on the trademark

17  stuff?  So when -- because I know at one point in the way

18  back, machine it says WP is free to use, and that's that.

19  So when, when did the change happen?

20       MR. MULLENWEG:  It still says that.  So, you can

21  still use WP.  You can -- like I said, WPBeginner, there's

22  lots of WP plugins, there's lots of WP things.  Just how

23  they were doing it is egregious violation of trademarks.

24  And as the trademark holder, you know, automatic has --

25  you know, the commercial owns the commercial trademark.

1    They can choose who to go after, right?

2                    So, if someone was using WP in a way that

3    wasn't, you know, causing harm, or maybe they're using WP

4    or WordPress, but they're also giving back to the

5    community, awesome.  By the way, WP Engine had the option.

6    And the deal I offered them, they could pay a trademark

7    fee or they could pay that in salaries in hours of

8    contribution or any combination.

9                    They could do 4% of 4%, 8% of 0%, seven

10   of one.  So they had that option to make a contributions

11   and they -- they chose zero .So, that was -- that was why

12   we -- well, they just tried to delay and delay, which

13   they've been doing for now, you know, 18 months basically.

14       MR. PAULSON:  Okay.  All right.  So -- so I guess

15   the next obvious question is why now and not say a year

16   ago when WPEngine was still WPEngine, or two years ago, or

17   five years ago, or a decade ago.  Like at what point did

18   this become something that must be addressed and in this

19   way?

20       MR. MULLENWEG:  You know --

21       MR. PAULSON:  Just help me understand from this

22   perspective.

23       MR. MULLENWEG:  I -- I -- I -- I might be a bit

24   naive.  Most people -- most companies in the WordPress

25   ecosystem, we have great relationships with.  And when

1  they say they're going to do something, they do it and

2  they contribute back.  And in fact, other hosts do have a

3  trademark agreement and they pay for it.

4              And other hosts give back way more than

5  WPEngine, even though they make way less revenue.  So,

6  yeah.  So, I -- I just kind of believed that they -- they

7  kept saying they were going to do something for years.

8  And there's a lot of friendly people there.  And I just --

9  I -- I did -- I guess I didn't realize how like capricious

10 and evil like private equity could be.  So I -- that is

11 totally my fault, I apologize for that.

12      MR. PAULSON:  Okay.  Because I always thought --

13 because that -- I mean, at least from an outsider, that --

14 that feels very confusing.  Like, why today?  Why not a

15 year ago?  Why not at some point?  Because it -- it -- it

16 -- it -- it makes it feel more petty at least, from my

17 perspective.  Just throwing that out.  I think I represent

18 some amount.

19      MR. MULLENWEG:  This has been going for a long

20 time.  And like I said, I was, and people can confirm

21 this, I was literally, you know, calling and trying to

22 connect with them.  If they had just even said verbally,

23 like they could have tried to change the percentage, you

24 know, whatever, negotiate.  But they were just like, nope,

25 not anything.  You know, that's delay, delay, delay.

1        MR. PAULSON:  And I assume you have some sort of

2    like actual in paper trail to represent like the

3    repetitive communications over the course of years being

4    like, hey, you're still not contributing back and all

5    that.  Because I -- I just assume that exists somewhere

6    because at some point that comes out, right?

7        MR. MULLENWEG:  They published some of my text

8    messages and they tried to make it look like I was --

9        MR. PAULSON:  Uh-huh.

10        MR. MULLENWEG:  -- you know --

11        MR. PAULSON:  We read those yesterday.

12        MR. MULLENWEG:  Yeah.  It's sorting them last

13    minute or something.  But like, that was me like trying --

14    like, hey, I really don't want to give this presentation.

15    I don't want this fight.  I don't want to -- like, I

16    really want there to be peace and for you to be a -- like

17    a great part of the community.

18        MR. PAULSON:  Yeah.

19        MR. MULLENWEG:  And in fact, they could do -- sign

20    a trademark license today and all this will go away.  So,

21    it's -- it's totally in their hands to do a deal.  They

22    just don't want to.  They feel like they can sort of smear

23    my name, attack wordpress.org, do the cease and desist

24    delay, you know, with putting out all this misinformation.

25        MR. PAULSON:  Yeah.

```
 1        MR. MULLENWEG:  They -- they fired a incident
 2   report against me that said I berated them and cursed at
 3   them in their booth.  Now, if you ask anyone who knows me,
 4   I actually don't curse.  Like I don't use curse words at
 5   all.  And they put information out there saying that I
 6   told them to f off, you know, which is not true.
 7                  And there were witnesses there.  And
 8   people -- one of the witnesses left the comment on Reddit,
 9   Jake McGold, who's the -- one of the founders of 10up, a
10   large (indiscernible) agency.  That comment had like
11   negative 40 Karma because people were voting it down.
12                  So they have this whole coordinated
13   campaign to make me look bad and to hide anything that
14   sort of shows all the evil stuff they've been doing.
15   Something else that was posted on Reddit is allegedly,
16   they have taken the Stripe plugin.
17                  So part of how WooCommerce makes money,
18   they also violate the WooCommerce trademark by the way.
19   Part of how WooCommerce makes money is with a deal with
20   Stripe.  And so on -- on WPEngine servers, they
21   essentially hack the Stripe plugin to change the
22   attribution code to go from us to them, which is probably
23   tens of millions of years in -- in revenue.
24        MR. PAULSON:  So they -- they -- they override --
25        MR. MULLENWEG:  Yeah.
```

1    MR. PAULSON:  -- they override the -- the -- the

2  Stripe attributor or whatever it is that -- that does

3  that?

4    MR. MULLENWEG:  Yeah.

5    MR. PAULSON:  I assume you've talked to them about

6  this?  That you've had many conversations --

7    MR. MULLENWEG:  Of course -- of course.  Yeah,

8  these things go back months.

9    MR. PAULSON:  Okay.

10    MR. MULLENWEG:  So, yeah.  I -- I mean I've had --

11  I've had meals with Heather numerous times.  I've had

12  meals with Lee.  These are people I've known for years.

13  So please don't think that this was some sort of like out

14  of the blue thing.  It was more I was being led on.

15                So, I feel dumb for that.  But like at

16  some point it was like, okay, you keep saying you're going

17  to do something and you keep not doing anything, you know.

18  I'm going on stage later this week.  Given this

19  presentation, do you want it to be about how you've

20  delayed for years?  Or do you want it to be about -- or

21  just not mention it at all, to be honest.  I was just

22  going to do a Q and A.

23    MR. PAULSON:  All right.  So I guess another

24  question would have to be, then there's other -- like you

25  even mentioned, there's a lot of other WP style ones or

1  even things that mention the word WordPress.  Do they also

2  have the same requirement to pay some sort of money?  Or

3  what is the threshold in which you approach these other

4  companies and make them pay money?  Like -- so what --

5  what is like, I guess the -- the rules in which you apply?

6      MR. MULLENWEG:  That's up to the trademark owner.

7  So automatically choose to do deals and with anyone.

8  That's -- that's sort of the right of the trademark owner.

9      MR. PAULSON:  Okay.  And so, has there been other

10 people in which you've effectively done similar type

11 things and they're just like, okay, yes, everything is

12 this way, or is this the first one?

13      MR. MULLENWEG:  I would say that every other web

14 host in the world, we have no beef with, by the way.  And

15 that none of them -- all of them can -- their servers can

16 access wordpress.org servers.  WordPress works fine on

17 every other web host in the world.  This is very singular

18 to WPEngine.

19      MR. PAULSON:  Okay.  I -- so I just -- just so

20 you're clear, I don't feel -- anyone (indiscernible)

21 doesn't feel like the answer of the question --

22      MR. MULLENWEG:  I'm fine with all of those.  Those

23 things are -- they're all fine with all of them.

24      MR. PAULSON:  Okay.  Okay.  This is good

25 information.  So then, let's just forward to what has been

 1   done with the no updating.  I know you speak a lot about

 2   the community and how you want the community to be really

 3   good and healthy.  How does this decision help the

 4   community?  Or do you think that this hurts the community

 5   as much as it hurts WPEngine?  Because I -- from an

 6   outsider, it looks like the community is collateral in

 7   this situation.

 8              So they're getting hit, they're feeling

 9   worried.  I bet you there's a lot of panic communication

10   going from people that maybe feel like the world's on

11   fire.  And, you know, in reality, not being able to update

12   currently for one day is not -- like the world's not

13   exploding yet.

14              But at some amount of time for it, it

15   will start actually becoming a problem.  So how -- how do

16   you reconcile those two things?  Caring about the

17   community and also having the community pay a price on

18   behalf of WPEngine?

19       MR. MULLENWEG:  Yeah.  And this is probably where I

20   haven't done the best job explaining.  So you -- maybe you

21   can help me.

22       MR. PAULSON:  Yeah.

23       MR. MULLENWEG:  So, when you've run WordPress on

24   WPEngine, they actually control the code.  You don't

25   control the code like on other hosts.  So that's part of

```
 1   how, for example, you know, they changed the revisions

 2   thing or something they did.  They actually broke

 3   thousands of sites where they tried to hide the meetups

 4   widget and the news widget because they didn't want people

 5   to see my blog post.  And they messed it up.  So they

 6   unilaterally changed the code.

 7                   Sorry, I'm getting a call.

 8                   They unilaterally changed the code across

 9   their 1.5 million WordPress installs whenever they want so

10   they can deploy that instantly.  So they control the code.

11   So they could host a mirror of the plugin directory, they

12   could host mirror of the updates.  All of this is GPL in

13   open.

14                   You know, those 1.5 million sites that

15   call all the SaaS services on wordpress.org.  You know,

16   you could imagine that probably costing millions of

17   dollars per year in infrastructure cost and development

18   time and everything to support those 1.5 million sites.

19       MR. PAULSON:  Yep.  That stuff is very expensive

20   and I -- I get that.  CDNs alone, even just transferring

21   data is very expensive.

22       MR. MULLENWEG:  And again, they have donated $0 to

23   the WordPress Foundation.  They have no deal with

24   wordpress.org.  They have no trademark license.  They --

25   they've done so little and been so successful.  They built
```

1    a half a billion a year of business.  And if you have to

2    ask yourself how do they build it, it's partially on the

3    backs of confusion with the WordPress trademark, which is

4    what we're trying to ask them to stop and why they're

5    fighting so hard to not do it.

6        MR. PAULSON:  And so -- okay.  So is -- does that

7    mean there's some -- there is some level of -- so, is

8    there some sort of understanding or expectation that if

9    you become very successful in WordPress, you need to give

10   something back?

11               Because I'm just trying to understand

12   that because you say they made a billion -- like half

13   billion dollars.  Like, congratulations that they made a

14   half billion dollars.  That's a -- that's a lot of money,

15   right?  But is it a requirement that they give back?

16       MR. MULLENWEG:  What's a requirement?  You know, is

17   there a law that says you have to give back?  No.  There

18   is a law that says you can't violate the trademark.  So

19   that's -- that's the law that we're using to try to

20   encourage them to give back.  But -- yeah, I mean, the

21   code is open source, you can do whatever you want.

22               Now, it's a good business practice.  If

23   your entire business is built on someone else's

24   intellectual property, then yeah, you probably should

25   contribute to it in some way.  And that could be in -- in

1  code, it could be in volunteering hours, it could be in

2  organizing WordCamps or something like that.

3              Everything they say they contribute.  If

4  you look at their blog posts, it says, here's 10 years of,

5  you know, giving back.  It's all just marketing stuff for

6  them.  You know, it's like -- it's a conference we run

7  that promotes us.  Here's a, you know, a magazine we run

8  called Torque that just promotes us.

9              You know, they have this -- they actually

10  have a cool thing called Local.  But if you look at Local,

11  it just sells WPEngine hosting.  Like, it's not like a --

12  it's not a -- something they do as a charity for the

13  community.

14      MR. PAULSON:  But I mean, there's also like tons of

15  other open source.  Like -- I mean, think about React.

16  React alone has had how many billion dollar companies on

17  top of it, but they have no way to enforce some sort of

18  monetary thing back or NPM, right?

19              You make -- like think about how many

20  people make money off of NPM and CI and NPM, yet they

21  don't have -- they -- there's no kind of take back on

22  that.  I think that that might be part of the confusion is

23  that there is -- we're trying to understand why -- like

24  what is this threshold or why is this.  But let me -- let

25  me try a different --

1      MR. MULLENWEG:  From things you just said, like NPM

2  and React, those are like developer tools, right?  So you

3  --

4      MR. PAULSON:  But NPM has infrastructure cost,

5  right?  NPM pays quite a bit of money because they have to

6  transfer all this data and all that.  So they -- I'd say

7  they fall much more in line with wordpress.org in the

8  sense that they actually have a bunch of -- you know, they

9  -- they actually have to set up infrastructure and keep it

10 running at all times.

11     MR. MULLENWEG:  Yeah.  I -- you could think of it

12 like lines of code, you know.  So let's say WooCommerce is

13 four and a half million lines of code.  The Stripe plugin

14 that we wrote that they hack was like, you know, 35,000

15 lines of code.  Their modifications were like 3000 lines.

16     MR. PAULSON:  Yeah.

17     MR. MULLENWEG:  So that -- that's how much value

18 they're creating on the -- like millions of millions of

19 lines of code.  And same thing so like -- yeah, React --

20 like we use React.  We -- we built Calypso on top of it

21 and other things.  But like what you get from them is

22 WordPress.  It's, by the way, it's the same thing you get

23 from all the other hosts.

24          So you can get this from Blue hosts or

25 other places.  So -- and I encourage people to explore

1   some of these other hosts because again, WordPress will

2   work better and they all give back to the community much

3   more than WP currently does.

4        MR. PAULSON:  If -- if you could rewind the clock

5   two weeks, would you take any different action than it has

6   currently been action?  Or do you think there's better

7   ways you could have gone about this?

8        MR. MULLENWEG:  You know, I can sleep soundly at

9   night knowing that I did everything I could to try to do a

10  deal with them.  So I -- I have no qualms there.  I -- I

11  know maybe they're trying to make it look bad from the

12  outside, but yeah, I feel good there.

13       MR. PAULSON:  Okay.  All right.  That's really

14  good.  Well, thanks for trying to clarify some stuff.  I

15  think honestly the things that would really help the

16  community out a ton, at least what I'm hearing just a

17  flood of them, because I don't know if you're paying

18  attention at all the chat, it's just a wall of -- a wall

19  of text of just various questions.

20       MR. MULLENWEG:  Oh, yeah.

21       MR. PAULSON:  But I'd say that --

22       MR. MULLENWEG:  Do we want to try to adjust some of

23  those?

24       MR. PAULSON:  Well, the -- the big two are this.

25  Because I -- I asked you one and -- and you -- you didn't

```
 1   give a solid answer on which is, who else effectively has

 2   to pay trademarking?  When do you do trademark?  Like

 3   clear --

 4        MR. MULLENWEG:  I know people are saying they don't

 5   like me.  I'm sorry.  I'm actually really tired right now.

 6        MR. PAULSON:  Yeah.

 7        MR. MULLENWEG:  This stuff, I've been getting

 8   attacked so much.  I --

 9        MR. PAULSON:  I can imagine you've had --

10        MR. MULLENWEG:  I could barely sleep last night.

11        MR. PAULSON:  Actually, a full few days.

12        MR. MULLENWEG:  -- at one point, I'm -- I'm like

13   not feeling the best.  So I -- I -- I know this is a video

14   stream.  I probably don't look the best, but please --

15        MR. PAULSON:  Oh, you look great.  Don't worry

16   about how you look.  You're -- I mean, don't worry.  You

17   have me next to you.  I -- I am like -- don't worry.

18        MR. MULLENWEG:  Let's stick to the questions.

19   Yeah.

20        MR. PAULSON:  Yeah.  So, I would say that would be

21   just a big one because you didn't give a solid answer on

22   that, which is twofold.  Who -- like, are there more than

23   just WP that's paying or attempting to pay trade market

24   things and do you have some sort of rule in which you

25   apply?
```

1          And if there is any answer to those two

2     things, I think that would really help people.  And then

3     obviously the second one is just historical

4     communications.  Do you have proof that this has been a

5     long term long running thing, or is this just been said?

6          And long term being, you know, years

7     versus months versus weeks?  Like what is the -- what's

8     the communication window in which you can kind of like

9     help like massage people's feelings and say, look, I've

10    really been trying.  They've really been doing this.  It's

11    not -- it's not that we haven't tried.  It's not for a

12    lack of effort.

13        MR. MULLENWEG:  I wonder if I could pull up -- I --

14    I have photos with Heather, like having meals with her.

15    So, I could pull up some of those.

16        MR. PAULSON:  Yeah.  But those don't necessarily

17    tell us that you're telling them or asking them about this

18    whole confusion over, you know -- you know, confusion over

19    WordPress and all that.  I mean that in the nicest

20    possible way.  I'm not trying to get you.  This is not a

21    got you straight, if you haven't noticed.  I'm really just

22    trying to let you say the -- the answers you wish to say.

23        MR. MULLENWEG:  So, what would be helpful there?

24    Like do you -- would a email from --

25        MR. PAULSON:  It's more for you.  Like if you were

1   -- this is something you -- you can release at some point

2   showing we've tried.  Like the communication isn't just

3   simply me texting, hey, I'm going to nuke you if you don't

4   do X, right?  Like, because that's what's being portrayed.

5   So obviously just for you, yourself, you probably want

6   something that's a little bit maybe better in that kind of

7   world.  But the second one is just, are there more than

8   the WP --

9        MR. MULLENWEG:  Can I just search my Google

10  calendar?

11       MR. PAULSON:  Yeah.

12       MR. MULLENWEG:  So here's some receipts.  So I have

13  meetings with Heather Brunner, who's the CEO of WPEngine,

14  October 8th, 2018.  Did a call.  I had breakfast with her

15  November 30th, 2018.  I did a Zoom with her October 9th,

16  2019.  We did Zoom on June 15th, 2020.

17            I met her in person in Austin on October

18  26th, 2021.  I had lunch with her in Houston on February,

19  2023.  We had a call on November 23rd, 2023.  We had a

20  call before my sabbatical January 26th, 2024.  And January

21  28th, 2024.  We were really trying to close this deal

22  before my sabbatical in January.  So is -- is that

23  helpful?

24       MR. PAULSON:  Yeah.  Again, you know, like what

25  were they about and all that?  Yeah.  Obviously you can

```
 1   answer that.  I'm just saying for -- for writing, if
 2   there's a blog post or something, I think it would help a
 3   lot of people understand that this is a long term matter
 4   and not an urgency short term.
 5               Because from the perspective, like my
 6   perspective of just reading the legal docs and this, it
 7   feels like an out of the blue item.  So, but I mean,
 8   there's half the people saying, no WPEngine really are
 9   bullies, and the other half saying, no, you're the bully.
10               So it's very confusing to try to be like,
11   okay, who's the half that's telling the truth, right?
12   This is like the classic, who's the bad guy and you have
13   to choose one and you don't want to mess this up.  And so
14   --
15       MR. MULLENWEG:  I hope that people look at my
16   history of, you know, contributions to Open source,
17   charitable contributions, transparency.  I -- I Open
18   source a lot of my life.  It's my philosophy.  If you look
19   at what Automattic has done, you know, even when we've
20   acquired apps like Pocket Casts, we Open source it.  We're
21   -- we're switching Tumblr to WordPress.  Like, we're very,
22   very, very pro Open source.  We give tons back.
23       MR. PAULSON:  Yeah.
24       MR. MULLENWEG:  So, my money's where my mouth is to
25   the tune of hundreds of millions of dollars of
```

 1   contributions to Open source over the years.

 2       MR. PAULSON:  Yeah.  Yeah.  I -- and someone -- if

 3   someone did state in chat that cutting off access to your

 4   services as soon as -- as soon as someone threatens legal

 5   action is completely reasonable, it is true.  Anytime you

 6   say the word sue or lawyer or anything on any business

 7   call anywhere, it has been always highly required that you

 8   immediately hang up and just say, we have to talk to

 9   lawyers now.  So I do get that once there's legal action

10   mentioned, I get that.

11       MR. MULLENWEG:  Imagine I had a store that was

12   giving away free ice cream and then someone across the

13   street is, you know, taking legal action against me.  Do I

14   need to open my door and give them free ice cream still?

15       MR. PAULSON:  Yeah.

16       MR. MULLENWEG:  Like what's the obligation there?

17       MR. PAULSON:  I -- I -- I -- that, I mean, it does

18   make sense.  I -- I -- I can reason about that one.  And

19   so the other question which is still --

20       MR. MULLENWEG:  They still have access to the code,

21   by the way.

22       MR. PAULSON:  Yeah.

23       MR. MULLENWEG:  All the code GPL.  They can host it

24   themselves, they can run their own update servers, they

25   can host their own plugin directories.  They -- they can

1  do all of that.  They just don't want to because it costs

2  money and they're trying to make more profits.  They would

3  probably have to spend tens of millions a year -- a year

4  to replicate an engine what -- they get for free from

5  wordpress.org.

6      MR. PAULSON:  Yeah.  No, I -- I get content

7  delivery is not -- you know, as simple as it is, it's also

8  exceptionally complicated.  All right.  So, and then of

9  course the only other one is just still the trademark

10  stuff, who -- you don't even have to say who, because I

11  don't want -- you don't have to do that.  But are there

12  other people in which you have pursued and they have been

13  fine paying?  Or do you have a measurement that you use?

14      MR. MULLENWEG:  Sure.  So there's a number of hosts

15  that we recommend on wordpress.org.  So there's -- you can

16  assume all of those are in very good relations.  And I

17  think I've said public before that Newfold Digital, which

18  owns a bunch of hosts like Postgate or Bluehost and other

19  things has a -- they actually have a commercial license to

20  the WordPress trademark.  So they're allowed, just like

21  automatic is, to use WordPress in a more commercial way.

22  They can call things WordPress plans, they can use

23  WordPress in their advertising, stuff like that.

24      MR. PAULSON:  Okay.  Okay.  Well, cool.  Thank you

25  for attempting to clear up there.  You know, always give

1   you the last word.  Is there anything you want to say that

2   could help clarify or help people understand your

3   positioning or anything.  You can take as long or as

4   little as you'd like.

5          MR. MULLENWEG:  Well -- do know that if this is

6   successful, you know, WP is going to lose a lot of

7   customer -- Silver Lake stands to lose billions of

8   dollars.  So they are going to pull out every dirty trick,

9   every smear campaign, Cambridge Analytica stuff, Palantir,

10  they're going to try to attack and smear me in automatic

11  and wordpress.org as much as possible.

12              So, you know, if you see terrible stuff

13  about me coming out, I don't know, I just know that

14  there's probably someone paying for that.  That's --

15  that's one thing I'll say.  Two, I'll just say, you know,

16  thank you all for listening.  Thank you for engaging.

17  Thanks for allowing me to come on.  Like, I really

18  appreciate it.

19              Even if -- I hope it shows like, you

20  know, WPEngine is not doing things like this.  And so, I'm

21  trying to engage and be public and I'm happy to have calls

22  with people.  I'm happy to talk to anyone who wants to

23  talk about this.  Like, I -- I'm really -- like as a

24  community leader, I feel it's like my obligation to spend

25  time with community members.

1           And over the weekend I've spent probably

2    10 plus hours in Zoom calls with different community

3    members and talking to people and things like that.  So,

4    like -- like I also run a company called Automattic with

5    1900 people.  So, I'm very busy.  But like I -- I am

6    making the time for the community as well and I hope this

7    is an example of that.  So, thank you.

8        MR. PAULSON:  Sorry, I -- I, you know, I -- just to

9    be completely real, if Lex Friedman asks a question, I'm

10   going to give him the stage here.  He said, how -- how can

11   WPEngine best support Open source, donate to wordpress.org

12   and what amount do you think is good?  PS, thank you for

13   everything you have done for Open source and the web in

14   general.

15       MR. MULLENWEG:  Yeah.  So, based on what I

16   understand about WP Engine's business, I think and also

17   how much, you know, they profit off WordPress and

18   WooCommerce.  I believe that a fair amount was 8% of the

19   revenue.  And that could either be paid as a trademark

20   license, Automattic, and we would hire a bunch of

21   engineers and put more, you know, people on the core and

22   things like that.  Or they could do that themselves, hire

23   people and contribute them to the -- to the core.  So --

24       MR. PAULSON:  And you technically said they could

25   give back hours or pay Automattic.  And you were fine with

1   either giving to -- like donating engineering hours or

2   actual cashola so long as -- as long as it was either or -

3   -

4        MR. MULLENWEG:  And I think we'll actually try to

5   publish the term sheet.  It's a one pager.  It's very

6   simple and short.  So, you can see exactly what they --

7   and they could do any combination of that as well.  So --

8        MR. PAULSON:  Okay.

9        MR. MULLENWEG:  That's -- that's how they could get

10  back.  And, by the way, WordPress would be way better if

11  they did.

12       MR. PAULSON:  Yeah, I mean, any piece of software

13  that would get millions of dollars worth of engineering

14  effort would always get better.  So that's -- I mean --

15       MR. MULLENWEG:  And people are saying 8% might seem

16  like a lot, like think of how much tech companies spend on

17  RND, you know.  The budget's usually like 10, 15, 20%, and

18  that's what they create the software that they offer to

19  customers.  So WPEngine doesn't have to do that, right?

20            They don't have to make WordPress or

21  WooCommerce.  They just get the Open source code and they

22  sell it to people.  So actually 8% would fit perfectly

23  into the business model.  Again, it's a -- it would --

24  they would still be making tens of millions of dollars in

25  profit per year, if they pay this fee.

1        MR. PAULSON:  Okay.  Awesome.  Well, hey, I really

2   appreciate you coming on.  I hope that you get some good

3   sleep, obviously.  I'm sure you'll have tons of

4   communication and a ton of time spent clarifying the same

5   question 900 times.  So, I --

6        MR. MULLENWEG:  I -- I had bad sleep last night.  I

7   did sleep, you know, I can -- when I said I sleep soundly,

8   I feel comfortable with my decisions.  But like --

9        MR. PAULSON:  Yeah.

10        MR. MULLENWEG:  Yeah, I did have bad sleep last

11  night, so.

12        MR. PAULSON:  Awesome.

13        MR. MULLENWEG:  Sorry about that.  Thank you.  Bye-

14  bye.

15        MR. PAULSON:  Take care.

16                    (END OF TRANSCRIPT)

17

18

19

20

21

22

23

24

25

```
 1                      CERTIFICATE

 2    I, MONICA GONZALEZ, certify that I was authorized to and did

 3   transcribe the above audio, and that the transcript is a true

 4   and correct record of the audio provided.

 5

 6

 7

 8   _____

 9   MONICA GONZALEZ

10   OFFICIAL TRANSCRIPTIONIST

11   February 17, 2025

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

VIDEO 1

---

**$**

**$0** 13:22

---

**0**

**0%** 6:9

---

**1**

**1.5** 13:9,14,18
**10** 15:4 25:2 26:17
**10up** 9:9
**15** 26:17
**15%** 4:13
**15th** 20:16
**18** 6:13
**1900** 25:5

---

**2**

**20%** 26:17
**2018** 5:12 20:14,15
**2019** 20:16
**2020** 20:16
**2021** 20:18
**2023** 20:19
**2024** 20:20,21
**23rd** 20:19
**26th** 20:18,20
**28th** 20:21

---

**3**

**3000** 16:15
**30th** 20:15
**35,000** 16:14

---

**4**

**4%** 6:9
**40** 4:18 9:11

---

**5**

**50** 3:20

---

**7**

**75** 4:20

---

**8**

**8%** 6:9 25:18 26:15,22
**8th** 20:14

---

**9**

**900** 27:5
**9th** 20:15

---

**A**

**access** 11:16 22:3,20
**acquired** 21:20
**action** 17:5,6 22:5,9,13
**actual** 8:2 26:2
**address** 3:6,9
**addressed** 6:18
**adjust** 17:22
**advertising** 23:23
**agency** 9:10
**agreement** 7:3
**allegedly** 9:15
**allowed** 4:20 5:6 23:20
**allowing** 24:17

---

**amount** 7:18 12:14 25:12,18
**Analytica** 24:9
**answers** 19:22
**Anytime** 22:5
**apologize** 7:11
**apply** 11:5 18:25
**approach** 11:3
**apps** 21:20
**asks** 25:9
**assume** 8:1,5 10:5 23:16
**attack** 8:23 24:10
**attacked** 18:8
**attempting** 18:23 23:25
**attention** 17:18
**attribution** 9:22
**attributor** 10:2
**Austin** 20:17
**automatic** 5:24 23:21 24:10
**automatically** 11:7
**Automattic** 21:19 25:4,20,25
**awesome** 2:10 6:5 27:1,12

---

**B**

**back** 4:17 5:1,12,18 6:4 7:2,4 8:4 10:8 14:10,15,17,20 15:5,18,21 17:2 21:22 25:25 26:10
**backs** 14:3
**bad** 3:25 5:12 9:13 17:11 21:12 27:6,10
**barely** 18:10
**based** 25:15
**basically** 6:13

---

**beef** 11:14
**behalf** 12:18
**behavior** 5:12
**believed** 7:6
**berated** 9:2
**bet** 12:9
**big** 5:7 17:24 18:21
**billion** 4:16 14:1,12,13,14 15:16
**billions** 24:7
**bit** 6:23 16:5 20:6
**blog** 13:5 15:4 21:2
**blue** 10:14 16:24 21:7
**Bluehost** 23:18
**booth** 5:7 9:3
**breakfast** 20:14
**bring** 5:4
**broke** 13:2
**Brunner** 20:13
**buck** 3:20
**budget's** 26:17
**build** 14:2
**built** 4:16 13:25 14:23 16:20
**bullies** 21:9
**bully** 21:9
**bunch** 16:8 23:18 25:20
**business** 3:3 4:17 14:1,22,23 22:6 25:16 26:23
**busy** 25:5
**buying** 4:23,24
**bye** 27:14
**Bye-** 27:13

---

**C**

**calendar** 20:10

---

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

VIDEO 1

**call** 4:4,5,18 13:7,15 20:14,19,20 22:7 23:22

**called** 3:19,21 5:6 15:8,10 25:4

**calling** 7:21

**calls** 24:21 25:2

**Calypso** 16:20

**Cambridge** 24:9

**campaign** 9:13 24:9

**capricious** 7:9

**care** 27:15

**Caring** 12:16

**cashola** 26:2

**Casts** 21:20

**causing** 6:3

**CDNS** 13:20

**cease** 8:23

**CEO** 20:13

**change** 5:19 7:23 9:21

**changed** 2:19 4:4 13:1,6,8

**charitable** 21:17

**charity** 15:12

**chat** 17:18 22:3

**choose** 6:1 11:7 21:13

**chose** 6:11

**CI** 15:20

**clarify** 17:14 24:2

**clarifying** 27:4

**classic** 21:12

**clear** 11:20 18:3 23:25

**clock** 17:4

**close** 20:21

**code** 9:22 12:24,25 13:6,8,10 14:21 15:1 16:12,13,15,19 22:20, 23 26:21

**collateral** 12:6

**combination** 6:8 26:7

**comfortable** 27:8

**comment** 9:8,10

**commercial** 5:25 23:19,21

**communication** 12:9 19:8 20:2 27:4

**communications** 8:3 19:4

**community** 5:1 6:5 8:17 12:2,4,6,17 15:13 17:2,16 24:24,25 25:2,6

**companies** 6:24 11:4 15:16 26:16

**company** 5:14 25:4

**completely** 22:5 25:9

**complicated** 23:8

**conditioning** 2:17

**conference** 5:1,5,6 15:6

**confirm** 7:20

**confuse** 3:15

**confused** 4:14

**confusing** 3:18 4:12 7:14 21:10

**confusion** 14:3 15:22 19:18

**congratulations** 14:13

**connect** 7:22

**considered** 4:24 5:2

**consumers** 3:15,18 4:12,13

**content** 23:6

**contribute** 7:2 14:25 15:3 25:23

**contributing** 4:18 8:4

**contribution** 6:8

**contributions** 6:10 21:16,17 22:1

**control** 12:24,25 13:10

**conversations** 10:6

**cool** 5:14 15:10 23:24

**cooler** 5:15

**coordinated** 9:12

**core** 3:19,21,23 25:21, 23

**cost** 13:17 16:4

**costing** 13:16

**costs** 23:1

**count** 4:23

**cream** 22:12,14

**create** 26:18

**creating** 16:6

**curse** 9:4

**cursed** 9:2

**customer** 24:7

**customers** 4:3 26:19

**cutting** 22:3

---

**D**

**data** 13:21 16:6

**day** 12:12

**days** 2:9 18:11

**deal** 6:6 8:21 9:19 13:23 17:10 20:21

**deals** 11:7

**decade** 6:17

**decision** 12:3

**decisions** 27:8

**Decode** 5:6

**delay** 6:12 7:25 8:24

**delayed** 10:20

**delivery** 23:7

**deploy** 13:10

**desist** 8:23

**developer** 16:2

**development** 13:17

**Digital** 23:17

**directories** 22:25

**directory** 13:11

**dirty** 24:8

**docs** 2:15 21:6

**dollar** 4:17 15:16

**dollars** 13:17 14:13, 14 21:25 24:8 26:13,24

**donate** 25:11

**donated** 13:22

**donating** 26:1

**door** 22:14

**dumb** 10:15

---

**E**

**early** 2:8

**ecosystem** 6:25

**effectively** 3:5 11:10 18:1

**effort** 19:12 26:14

**egregious** 5:23

**else's** 14:23

**email** 19:24

**encourage** 14:20 16:25

**END** 27:16

**enforce** 15:17

**engage** 24:21

**engaging** 24:16

**engine** 6:5 23:4

**Engine's** 25:16

**engineering** 26:1, 13

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.                                VIDEO 1

**engineers** 25:21

**entire** 14:23

**equity** 7:10

**essentially** 9:21

**evil** 7:10 9:14

**examples** 4:7

**exceptionally** 23:8

**exists** 8:5

**expectation** 14:8

**expensive** 13:19,21

**explaining** 12:20

**exploding** 12:13

**explore** 16:25

---

**F**

**fact** 7:2 8:19

**fair** 5:2 25:18

**fall** 16:7

**fan** 2:11

**fault** 7:11

**features** 3:23

**February** 20:18

**fee** 6:7 26:25

**feel** 7:16 8:22 10:15
11:20,21 12:10 17:12
24:24 27:8

**feeling** 12:8 18:13

**feelings** 19:9

**feels** 7:14 21:7

**fight** 8:15

**fighting** 14:5

**fine** 11:16,22,23 23:13
25:25

**fire** 12:11

**fired** 9:1

**fit** 26:22

**flood** 17:17

**Flywheel** 5:14

**fold** 5:4

**forward** 11:25

**Foundation** 13:23

**founders** 9:9

**free** 2:17 5:18 22:12,
14 23:4

**Friedman** 2:7 25:9

**friendly** 7:8

**full** 18:11

---

**G**

**general** 25:14

**give** 7:4 8:14 14:9,15,
17,20 17:2 18:1,21
21:22 22:14 23:25
25:10,25

**giving** 4:25 5:1 6:4
15:5 22:12 26:1

**good** 11:24 12:3
14:22 17:12,14 23:16
25:12 27:2

**Google** 20:9

**GPL** 13:12 22:23

**grand** 4:19,20

**great** 6:25 8:17 18:15

**growth** 4:5

**guess** 3:24 6:14 7:9
10:23 11:5

**guy** 2:6 21:12

---

**H**

**hack** 9:21 16:14

**half** 4:16 14:1,12,14
16:13 21:8,9,11

**hands** 8:21

**hang** 22:8

**happen** 5:19

**happy** 24:21,22

**hard** 14:5

**harm** 6:3

**healthy** 12:3

**hearing** 17:16

**Heather** 10:11 19:14
20:13

**helpful** 19:23 20:23

**hey** 8:4,14 20:3 27:1

**hide** 9:13 13:3

**highly** 22:7

**hire** 25:20,22

**historical** 19:3

**history** 21:16

**hit** 12:8

**holder** 5:24

**honest** 10:21

**honestly** 17:15

**hope** 21:15 24:19 25:6
27:2

**host** 11:14,17 13:11,
12 22:23,25

**hosting** 15:11

**hosts** 7:2,4 12:25
16:23,24 17:1 23:14,18

**hours** 4:18 6:7 15:1
25:2,25 26:1

**Houston** 20:18

**huge** 2:11

**hundred** 4:19

**hundreds** 21:25

**hurts** 12:4,5

---

**I**

**ice** 22:12,14

**imagine** 13:16 18:9
22:11

**immediately** 22:8

**incident** 9:1

**indiscernible** 9:10
11:20

**information** 9:5
11:25

**infrastructure**
13:17 16:4,9

**installs** 13:9

**instantly** 13:10

**intellectual** 14:24

**item** 21:7

---

**J**

**Jake** 9:9

**January** 20:20,22

**job** 12:20

**joining** 2:4

**June** 20:16

---

**K**

**Karma** 9:11

**kind** 4:5 7:6 15:21
19:8 20:6

**knowing** 17:9

---

**L**

**lack** 19:12

**Lake** 5:13 24:7

**large** 9:10

**law** 14:17,18,19

**lawyer** 22:6

**lawyers** 4:6 22:9

**leader** 24:24

**led** 10:14

**Lee** 10:12

**left** 9:8

**legal** 2:15 4:13 21:6
22:4,9,13

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.                                    VIDEO 1

**level** 14:7

**Lex** 2:7 25:9

**license** 8:20 13:24
23:19 25:20

**life** 21:18

**lines** 16:12,13,15,19

**listening** 2:4 24:16

**literally** 7:21

**Local** 15:10

**long** 2:16 7:19 19:5,6
21:3 24:3 26:2

**lose** 24:6,7

**lot** 7:8 10:25 12:1,9
14:14 21:3,18 24:6
26:16

**lots** 4:21 5:22

**lunch** 20:18

**M**

**machine** 5:18

**made** 14:12,13

**magazine** 15:7

**make** 3:2 6:10 7:5 8:8
9:13 11:4 15:19,20
17:11 22:18 23:2 26:20

**makes** 7:16 9:17,19

**making** 4:6 25:6
26:24

**market** 18:23

**marketing** 4:24 5:6
15:5

**massage** 19:9

**Matt** 2:2

**matter** 21:3

**Mcgold** 9:9

**meals** 10:11,12 19:14

**means** 3:23

**measurement**
23:13

**meetings** 20:13

**meetups** 13:3

**members** 24:25 25:3

**mention** 10:21 11:1

**mentioned** 10:25
22:10

**mess** 21:13

**messages** 2:20 8:8

**messed** 13:5

**met** 20:17

**middle** 2:18

**million** 13:9,14,18
16:13

**millions** 9:23 13:16
16:18 21:25 23:3 26:13,
24

**minute** 8:13

**mirror** 13:11,12

**misinformation**
8:24

**model** 26:23

**modifications**
16:15

**monetary** 15:18

**money** 9:17,19 11:2,4
14:14 15:20 16:5 23:2

**money's** 21:24

**month** 3:20

**months** 6:13 10:8
19:7

**mouth** 21:24

**MULLENWEG** 2:3,
10,22,25 3:2,6,10,12,17
4:2,10 5:3,20 6:20,23
7:19 8:7,10,12,19 9:1,
25 10:4,7,10 11:6,13,22
12:19,23 13:22 14:16
16:1,11,17 17:8,20,22
18:4,7,10,12,18 19:13,
23 20:9,12 21:15,24
22:11,16,20,23 23:14
24:5 25:15 26:4,9,15
27:6,10,13

**N**

**naive** 6:24

**necessarily** 19:16

**negative** 9:11

**negotiate** 7:24

**negotiations** 5:9

**Newfold** 23:17

**news** 13:4

**nice** 2:6

**nicest** 19:19

**night** 17:9 18:10 27:6,
11

**noticed** 19:21

**November** 20:15,19

**NPM** 15:18,20 16:1,4,5

**nuke** 20:3

**number** 23:14

**numerous** 10:11

**O**

**obligation** 22:16
24:24

**obvious** 6:15

**October** 20:14,15,17

**offer** 26:18

**offered** 6:6

**online** 2:24

**open** 13:13 14:21
15:15 21:16,17,20,22
22:1,14 25:11,13 26:21

**opinions** 4:1

**option** 6:5,10

**organizing** 15:2

**outsider** 7:13 12:6

**override** 9:24 10:1

**owner** 11:6,8

**owns** 5:25 23:18

**P**

**pager** 26:5

**paid** 25:19

**Palantir** 24:9

**panic** 12:9

**paper** 8:2

**part** 2:17 8:17 9:17,19
12:25 15:22

**partially** 14:2

**PAULSON** 2:1,5,12,
23 3:1,4,8,11,16,23 4:9,
22 5:16 6:14,21 7:12
8:1,9,11,18,25 9:24
10:1,5,9,23 11:9,19,24
12:22 13:19 14:6 15:14
16:4,16 17:4,13,21,24
18:6,9,11,15,20 19:16,
25 20:11,24 21:23 22:2,
15,17,22 23:6,24 25:8,
24 26:8,12 27:1,9,12,15

**pay** 2:20 5:11 6:6,7 7:3
11:2,4 12:17 18:2,23
25:25 26:25

**paying** 17:17 18:23
23:13 24:14

**pays** 16:5

**peace** 8:16

**people** 3:22 4:21 6:24
7:8,20 9:8,11 10:12
11:10 12:10 13:4 15:20
16:25 18:4 19:2 21:3,8,
15 23:12 24:2,22 25:3,
5,21,23 26:15,22

**people's** 19:9

**percentage** 7:23

**perfectly** 26:22

**person** 20:17

**personally** 4:25

**perspective** 6:22
7:17 21:5,6

**petty** 7:16

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.                    VIDEO 1

philosophy 21:18

photos 19:14

piece 26:12

places 16:25

plan 3:19,20 4:3

plans 23:22

plugin 9:16,21 13:11
16:13 22:25

plugins 5:22

Pocket 21:20

point 3:1,3 5:17 6:17
7:15 8:6 10:16 18:12
20:1

portrayed 20:4

positioning 24:3

post 13:5 21:2

posted 9:15

Postgate 23:18

posts 2:16 15:4

practice 14:22

presentation 8:14
10:19

pretty 5:14

price 12:17

private 7:10

pro 21:22

problem 12:15

profit 25:17 26:25

profits 23:2

promotes 15:7,8

proof 19:4

property 14:24

proprietary 5:5

PS 25:12

public 23:17 24:21

publish 26:5

published 8:7

pull 19:13,15 24:8

pursued 23:12

put 9:5 25:21

putting 8:24

                Q

qualms 17:10

question 6:15 10:24
11:21 22:19 25:9 27:5

questions 17:19
18:18

                R

React 15:15,16 16:2,
19,20

read 2:24 8:11

reading 21:6

real 25:9

reality 12:11

realize 7:9

reason 22:18

reasonable 22:5

receipts 20:12

receiving 2:20

recommend 23:15

reconcile 12:16

Reddit 9:8,15

relations 23:16

relationships 6:25

release 20:1

repetitive 8:3

replicate 23:4

report 9:2

represent 7:17 8:2

required 22:7

requirement 11:2
14:15,16

revenue 7:5 9:23
25:19

revisions 13:1

rewind 17:4

RND 26:17

rule 18:24

rules 11:5

run 12:23 15:6,7 22:24
25:4

running 16:10 19:5

                S

Saas 13:15

sabbatical 20:20,22

salaries 6:7

sale 3:19

search 20:9

sell 26:22

selling 4:2,3

sells 15:11

sense 3:2 16:8 22:18

servers 9:20 11:15,
16 22:24

services 13:15 22:4

set 16:9

sheet 26:5

short 21:4 26:6

shortly 2:19

showed 5:10

showing 20:2

shows 9:14 24:19

sign 8:19

Silver 5:13 24:7

similar 11:10

simple 23:7 26:6

simply 20:3

singular 11:17

sites 13:3,14,18

situation 12:7

sleep 17:8 18:10 27:3,
6,7,10

smear 8:22 24:9,10

soft 3:25

software 26:12,18

solid 18:1,21

sort 8:1,22 9:14 10:13
11:2,8 14:8 15:17 18:24

sorting 8:12

soundly 17:8 27:7

source 14:21 15:15
21:16,18,20,22 22:1
25:11,13 26:21

speak 12:1

spend 23:3 24:24
26:16

spent 25:1 27:4

spoke 5:4

sponsor 4:20 5:7

sponsored 4:19

sponsoring 5:1

sponsorships 4:22

spots 4:21

stack 3:12

stage 10:18 25:10

stands 24:7

start 5:12 12:15

started 2:20

state 22:3

stick 18:18

stop 14:4

store 22:11

straight 19:21

stream 18:14

street 22:13

Stripe 9:16,20,21 10:2
16:13

stuff 3:7 4:6 5:17 9:14
13:19 15:5 17:14 18:7
23:10,23 24:9,12

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

VIDEO 1

**style** 10:25

**successful** 13:25
14:9 24:6

**sue** 22:6

**support** 13:18 25:11

**switching** 21:21

---

**T**

**taking** 22:13

**talk** 22:8 24:22,23

**talked** 10:5

**talking** 2:2 25:3

**talks** 5:9

**tech** 26:16

**technically** 25:24

**telling** 19:17 21:11

**tens** 9:23 23:3 26:24

**term** 19:5,6 21:3,4
26:5

**terms** 2:17

**terrible** 24:12

**text** 8:7 17:19

**texting** 20:3

**thing** 10:14 13:2
15:10,18 16:19,22 19:5
24:15

**things** 2:13 3:13,14
4:7,11 5:22 10:8 11:1,
11,23 12:16 16:1,21
17:15 18:24 19:2 23:19,
22 24:20 25:3,22

**thought** 7:12

**thousands** 3:13
13:3

**threatens** 22:4

**threshold** 4:13 11:3
15:24

**throwing** 7:17

**time** 2:16 7:20 12:14
13:18 24:25 25:6 27:4

**times** 10:11 16:10
27:5

**tired** 18:5

**today** 3:18 7:14 8:20

**told** 9:6

**ton** 17:16 27:4

**tons** 15:14 21:22 27:3

**tools** 16:2

**top** 4:11,20 5:7 15:17
16:20

**Torque** 15:8

**totally** 7:11 8:21

**trade** 18:23

**trademark** 4:8,14,16
5:16,24,25 6:6 7:3 8:20
9:18 11:6,8 13:24 14:3,
18 18:2 23:9,20 25:19

**trademarking** 18:2

**trademarks** 5:23

**trail** 8:2

**TRANSCRIPT**
27:16

**transfer** 16:6

**transferring** 13:20

**transparency**
21:17

**trick** 24:8

**true** 9:6 22:5

**truth** 21:11

**Tumblr** 21:21

**tune** 21:25

**twofold** 18:22

**type** 11:10

---

**U**

**Uh-huh** 8:9

**understand** 2:13,
14,16 6:21 14:11 15:23
21:3 24:2 25:16

**understanding**
14:8

**unilaterally** 13:6,8

**update** 12:11 22:24

**updates** 13:12

**updating** 12:1

**urgency** 21:4

---

**V**

**verbally** 7:22

**versus** 19:7

**video** 18:13

**view** 3:3

**violate** 9:18 14:18

**violation** 5:23

**violations** 4:8,14

**volunteering** 15:1

**voting** 9:11

---

**W**

**wall** 17:18

**wanted** 4:21

**wary** 3:25

**ways** 17:7

**web** 11:13,17 25:13

**website** 3:19

**week** 4:18 10:18

**weekend** 25:1

**weeks** 17:5 19:7

**widget** 13:4

**window** 19:8

**witnesses** 9:7,8

**Woocommerce**
9:17,18,19 16:12 25:18
26:21

**word** 11:1 22:6 24:1

**Wordcamp** 2:20

3:4,5 4:19 5:7,10

**Wordcamps** 15:2

**Wordpress** 2:8
3:20,21,22,24 4:17 6:4,
24 11:1,16 12:23 13:9,
23 14:3,9 16:22 17:1
19:19 21:21 23:20,21,
22,23 25:17 26:10,20

**wordpress.org**
8:23 11:16 16:7 24:11
25:11

**wordpress.org.**
13:15,24 23:5,15

**words** 9:4

**work** 17:2

**works** 11:16

**world** 11:14,17 20:7

**world's** 12:10,12

**worried** 12:9

**worry** 18:15,16,17

**worth** 26:13

**wow** 2:10

**WP** 2:16 3:13,14 4:10
5:15,18,21,22 6:2,3,5
10:25 17:3 18:23 20:8
24:6 25:16

**WPBEGINNER**
3:14 5:21

**WPENGINE** 2:19
3:17 5:4,13 6:16 7:5
9:20 11:18 12:5,18,24
15:11 20:13 21:8 24:20
25:11 26:19

**writing** 21:1

**wrong** 4:7

**wrote** 16:14

---

**Y**

**year** 2:18,19 4:19 5:5
6:15 7:15 13:17 14:1
23:3 26:25

**years** 5:12 6:16,17 7:7
8:3 9:23 10:12,20 15:4

19:6 22:1

**yesterday** 8:11

---

### Z

---

**Zoom** 20:15,16 25:2