# EXHIBIT 4

# Audio Transcript

Case Number: 3:24-CV-06917
Date: February 13, 2025

In the matter of:

# WPENGINE, INC. v AUTOMATTIC INC., et al.

**CERTIFIED COPY**

Reported by:
MONICA GONZALEZ



Steno
Official Reporters

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
310.573.8380

1 | CASE NAME:  WPENGINE, INC. V AUTOMATTIC INC., ET AL.

2 | CASE ID:  3:24-CV-06917

3 | DATE:  THURSDAY, FEBRUARY 13, 2025

4 | KEYNOTE ADDRESS- WORDCAMP US CONVENTION, SEPT. 21, 2024

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1        MR. MULLENWEG:  Howdy howdy everybody.  Good to see
2    you all.  It is always so exciting to have a physical
3    manifestation of the WordPress community.  And looking
4    around this room, Portland has been pretty fun, right?
5    Oh, clicker, thank you.  Cool.  So we're going to try a
6    few different things today.  This might be one of my
7    spiciest WordCamp presentations ever.  So, we'll see.
8               But I want to start out with actually
9    reading a blog post I wrote.  So, let's see.  Could we put
10   up the nourish slide?  So, I wrote this the other day and
11   there's a song that goes along with it.  Are we going to
12   be able to play the song?  Yeah?  Let me know when you're
13   ready to press play, and I will start reading this.
14              We actually -- Joshua Rodman was going to
15   come and -- but it was like we couldn't get a piano on the
16   stage and stuff, so we might have him at a future event.
17   But it was actually -- he lives down in Berkeley and --
18   and would have been fun to have him play.
19              But -- so the idea is that you -- you
20   read this post.  I actually kind of wrote it synchronized
21   to the song by Joshua Redmond called Wish.  He's an
22   amazing tenor saxophonist, jazz musician.  And I think
23   it's kind of fun to play with the medium of writing and
24   spoken word and performance and everything like that.
25   We're trying to bring some more art into board camps.  Did
```

 1  you all enjoy the arts stuff?

 2       ALL:  Yeah.

 3       MR. MULLENWEG:  Yeah.  Really beautiful.  Because

 4  when we think about it, WordPress is really about

 5  creation, right?  It's about how we create, how we -- what

 6  we do.  And also we think it's going to be great for

 7  sponsors to have like 20% at the booth, the sponsor floor

 8  be kind of like community stuff, art and everything like

 9  that.  Gets people going down there, more people will

10  visit the booth, everything.  So like keep an eye out for

11  more of that in the future.

12            Oh, there we go.  Howdy.  All right.

13  This is me.  I'm Matt Mullenweg.  This is where you can

14  follow me on the various socials, different things.  Some

15  of them WordPress -- some of them are going to be

16  WordPress powered, like Tumblr in the future.  So this is

17  nourish.  So, all right, music.  All right.  I'll just

18  start reading it.  All right.

19            Contributor today just wrapped up for

20  WordCamp Portland in WordCamp US.  If you've ever had a

21  chance to visit WordCamp, I recommend it.  It's an amazing

22  group of people brought together by this crazy idea that

23  working together, regardless of our differences or where

24  we came from, or what school we went to, we can be united

25  by a simple yet groundbreaking idea.

1          That software can give you more freedom.

2   Freedom to hack, freedom to charge, freedom to break it,

3   freedom to do things.  I disagree with freedom to

4   experiment, freedom to be yourself.  Freedom expressed

5   across the entire range of human -- of the human

6   condition.

7          Open source once ridiculed and attacked

8   by the professional classes, that's a link to the

9   Halloween memos from Microsoft, has taken over as an

10  intellectual and moral movement.  Its followers are

11  Allegion within every major tech company.  Yet even now,

12  false profits like Meta are trying to co-opt it.

13         Llama, its Open source AI model is free

14  to use, at least until this is a quote, "monthly active

15  users of the products or services made available by -- for

16  the licensee or the licensees affiliate is greater than

17  700 million monthly active users in the preceding calendar

18  month."

19         Seriously?  So basically -- and by the

20  way, people misinterpreted this.  I actually think Llama

21  is fantastic.  It's amazing.  I really like it.  I just

22  don't want them to call it Open source.  So anyway, excuse

23  me, is that registered users visitors to WordPress powered

24  sites?  Which number in the billions?

25         That's like if the US government said

1   that you can have the first amendment freedom of speech

2   until you make over 50 grand a year in the preceding

3   calendar year.  At which point your first Amendment rights

4   were revoked.  That's what the license says, basically.

5   No, that's not Open source.  That is not freedom.

6                    I believe Meta should have a right to set

7   the terms, the smart business and amazing deal for users

8   of Llama.  But don't pretend Llama is Open source when it

9   doesn't actually increase humanity's freedom.  It's a

10  proprietary license issues at Meta's discretion whim.  If

11  you use it, you're effectively a vassal state of meta

12  vassal.

13                   States are this kind of like a -- I -- I

14  linked it to Wikipedia because I guess a lot of people are

15  like, what's a vassal state?  It's this idea of like a --

16  in sort of countries that -- like a state that's like

17  another sort of under another country.  Canada and US, I

18  don't know.  No one likes being a vassal state by the way.

19                   When corporations disingenuously claim to

20  be Open source for marketing purposes, it's clear a sign

21  that Open source is winning.  Actual Open source licenses,

22  this is a link to the open source.org.  OSI foundation,

23  are the law that guarantees freedom, the bulwark against

24  authoritarianism.

25                   But what makes Open source work isn't the

 1   law, it's the ethos.  It's the social mores.  It's what

 2   I'm now calling ecosystem thinking.  The mindset that

 3   separates any old software with an Open source license

 4   from the software that's alive, that's humming with

 5   activity and contributions from a thousand places.

 6                    This is where I now introduce this

 7   graphic which you can actually read as like learn, evolve,

 8   nourish, teach, spells out, LENT.  Ecosystem thinking has

 9   four parts.  Learn, evolve, nourish, teach, teach,

10   nourish.  Learn is about keeping ourselves in a beginner's

11   mind.  The curiosity to always engage with new ideas and

12   approaches.

13                    Evolve is where we apply those learnings

14   to our next iteration, our next version.  We see how

15   things work in the real world.  It's a natural selection

16   of actual usage.  Teach is a way to actually learn even

17   more because you don't really know something until you

18   teach it.  Who's ever done that?  Where you've taught

19   something, then you learn it way more.

20                    Oh my goodness, it's all the time.  It's

21   incredible what you think you don't know.  Actually, one

22   of my best economics teachers, one of the best things he

23   did is every -- every day he'd have one of the students

24   teach one of the new concepts.  I thought, wow, this guy

25   is like making us do his work.  What's he getting paid

```
 1   for?

 2              But then I realized he was actually -- he

 3   has to learn way more.  Thank you, Mr.  Roman.  We open

 4   source our knowledge by sharing what we've learned so

 5   others can follow on the same path.  Nourish is the

 6   trickiest and the most important part, it's where we water

 7   the garden.

 8              If you've done the previous three steps,

 9   you've been very successful.  Now your responsibility is

10   spread the fruits of your labors around the ecosystem so

11   that everyone can succeed together.  This is the

12   philosophy behind five for the future, which you're going

13   to see us emphasize a lot more.  Now, I'm going to digress

14   from the post for a minute.  Who's heard of the -- the

15   economics term called Tragedy of the commons?  A few

16   people here.  Let me explain it with an analogy really

17   quickly.

18              So the tragedy of the commons is this

19   idea that, imagine you lived in like a town and there was

20   a field where farmers could allow their animals to graze

21   their sheep and their cows and things.  The field doesn't

22   belong to any one person kind of is -- belongs to

23   community.  Now if people bring their -- their animals to

24   graze there, they -- but they don't water the -- water the

25   grass, fertilize it, et cetera.
```

1          If everyone just brings and takes and

2    takes and takes that, eventually that field will just turn

3    into the dirt, right?  It'll be overgrazed.  There'll be

4    nothing left, and the shared resource will go away.

5    That's what's known as the Tragedy of the commons and it

6    occurs in so many examples.  It actually comes from

7    literally -- this would literally happen in villages and

8    things.

9          I think we have the opportunity, the

10   opposite, which is the abundance of the commons.  That's

11   the idea for this fight for the future program, which is

12   saying like, hey, if all the farmers, all the people who

13   are coming to bring their animals to graze in this field,

14   take 5% of their time, 5% of their profits from selling

15   the animals or -- or selling the fur or whatever it is,

16   and put that back into some fertilizer and some water and

17   some labor to make things grow, we'll have a beautiful

18   field that we can use for many generations to come.

19          All right.  Back to the post.  That's

20   ecosystem.  But if that's the yin, what's the yang?  You

21   know, the yin and yang beautiful symbol.  This openness

22   and generosity will attract parasitic entities that just

23   want to feed off the host without giving anything back.

24          There are companies that participate in

25   the learn, evolve, teach, nourish loop like a Ferngully

 1    Rainforest.  Who remembers the movie Ferngully?  That's a

 2    good one, man.  Check that out with your kids if you

 3    haven't seen it yet.  And there are those that treat Open

 4    source simply as a resource to extract from its natural

 5    surroundings like oil from the grounds, a finite resource,

 6    something be extracted and used.  It's never there

 7    anymore.

 8                    Compare the five for the future pages

 9    from Automatic and WPEngine.  Two companies that are

10    roughly the same size with revenue in the ballpark of

11    about half a billion dollars per year.  These pledgers are

12    just a proxy, and I'm perfectly accurate.  But as I write

13    this, Automatic has 3,786 hours per week, and that's not

14    even counting me.  I currently count my five for the

15    future as zero because I'm kind of in a unique place

16    because I like spend some of my time with WordPress

17    Foundation, AUD Capital Automattic, everything.

18                    So, WPEngine has 47 hours listed.  That's

19    actually gone down since I wrote this.  So some WPEngine

20    employees have modified their fire for the future, it's

21    down to 40 now.  By the way, a lot of this information

22    that I'm sharing with you all has come from WPEngine

23    employees who've reached out to me, and talked to me about

24    all this.  So, thank you all for being brave and for

25    sharing this information that you think your company's

1  doing something wrong.

2                      WPEngine has good people, some of whom

3  are listed on that page.  But the company is controlled by

4  Silver Lake, a private equity firm with 102 billion in

5  assets under management.  Silver Lake doesn't give a dang

6  about your Open source ideals.  It just wants return on

7  capital.

8                      So it's at this point that asks everyone

9  the WordPress community to go vote with your wallet.  Who

10  are you giving your money to?  Someone who's going to

11  nourish the ecosystem or someone who's going to frack

12  every bit of value out of it until it withers.

13                      Newfold, especially since the acquisition

14  of the (indiscernible) gives back.  Right now, Newfold's

15  contributions are split across a couple different five for

16  future pages, but I'm going to try to consolidate those.

17  Also, Newfold sponsors Automattic, so we want to give them

18  credit for some of Automattic's hours as well.  So we're -

19  - we'll figure out a way to do that.

20                      So there's awesome motive 10up hosting

21  (indiscernible) even Google.  I know I said even Google.

22  Google's awesome by the way.  We got a lot of Google

23  share.  Raise your hands.  Thank you.  Google has been

24  doing amazing stuff for the WordPress community and it's

25  really cool to see one of the big tech.

1          Like, let's be honest.  You're like one

2     of the four companies in the world.  You're like a nation

3     state, you're like a country.  You have a revenue bigger

4     than the GDPs of most countries.  So it's amazing to see

5     your participation in the open web.  We have a lot of

6     shared ideals.

7          Think about that next time it comes up to

8     renew your hosting or domain.  Weigh your dollars towards

9     companies that give back more because you'll get back more

10    too.  Freedom isn't free.  Those of us who are makers who

11    create the source need to be wary of those who would take

12    our creations and squeeze out the juice.  They're grifters

13    who will hop onto the next fad.

14          But what we're trying to build is

15    something big here, something long term, something that

16    lasts for generations.  I may screw up along the way or my

17    health may falter -- by the way, I wrote that because last

18    week I was in a hospital in my ER with a kidney stone.

19    Who's had a kidney stone?  Oh man, what's up with that?

20          I'm going to open source some of this

21    because we need to figure this out.  That is not okay that

22    this can happen.  You can be totally normal one day and

23    the next day it's like a shamanic demon pain amount, like

24    happening.  Like it's not -- it's weird, but we're --

25    we're all human.  We're bodies.  I think we should just

1  talk about this stuff.  Or my health may falter, but these

2  principles and beliefs will stand strong because they

3  represent the core tenet of our community.  The idea that

4  what we create together is bigger than any one person.  So

5  that's the post.

6              Now I'm going to walk you all through

7  just some of the other stuff.  There's been some -- oh, we

8  got that -- we got music going?  Oh, turn it up.  Turn it

9  up.  Let's display it.  Yeah.  Okay.  So when you get

10  home, play this song and just take a quick read through

11  it.  It kind of depends on your reading speed.  Yeah.

12  Okay.  We'll have this in the background while I -- while

13  I talk for a bit.  It's a beautiful song.

14              So, I've had some cryptic tweets over the

15  past few days.  Here's -- here's one of them I'll talk

16  about.  I know private equity and investors can be brutal.

17  Read the book, Barbarians at the Gate.  Has anyone read

18  that one?  Few people?  Yeah.  Oh man.

19              Please let me know if any employee faces

20  firing or retaliation for speaking up about their

21  company's participation or lack thereof in WordPress.  We

22  make sure it's a big public deal and that you get support.

23  Again, I've had dozens at this point of people inside

24  these companies reach out to me that they've been asked --

25  they've been -- they've said, hey, can we do more fire for

1    the future?  Can we put back more into WordPress and told

2    we can't, we need to hit these growth KPIs.  You can't

3    work on this.

4                   So, you know, keep the music going.  Keep

5    it going.  Yeah, keep it up.  So, there's a -- a private

6    equity firm behind all of this.  So I'm going to tell you

7    all about this firm called Silver Lake now.  They're the

8    ones with $102 billion under management, and I'm going to

9    call this portion of it the talk.  How private equity can

10   hollow out and destroy open source communities.

11                  We're not the first one they're doing

12   this to.  There's actually a company called Talent.  And

13   in 2010, Silver Lake bought 25% of Talent leading to an

14   aggressive monetization of the Open source users

15   prioritizing commercial conversions over community health.

16   They cycled through four CEOs in seven years.  They

17   generated 20 x return for Silver Lake, but the Open source

18   community is completely gone.

19                  Unity is another one.  Silver Lake owned

20   about 15% of Unity for $400 million and got a 10 x return

21   on that, by the way.  That means they got 4 billion out of

22   it.  But they did toxic price changings that led to a

23   massive community backlash.  And then the current CEO's

24   ousting, and multiple CEO changes.

25                  There's an Open source thing that came up

```
 1   in response to this called Gado or Gadada, I'm not sure

 2   how to pronounce it.  It's a top 10 open source project,

 3   but I just want to show that this is a pattern happening.

 4   These are Silver Lake companies.

 5              So what's another Silver Lake company?

 6   WPEngine.  And who's the person behind all this?  This

 7   guy, his name's Lee Whiting and he's on the board of

 8   WPEngine.  He owns WPEngine, actually they control it.

 9   He's also on the board of another company that's here.

10   I'm just -- I'm making the case for why this is -- might

11   be the last WordCamp you see WPEngine have a booth at.

12              And if you would like to express your

13   opinions on any of this, this is the email address.  We

14   can email Silver Lake there.  It's on their website.  I'm

15   not boxing to anyone or anything, this is just what's on

16   their website.  So, you know, you can kind of see when

17   there's like one person, one thing behind all of this and

18   it's just like a schoolyard bully.

19              You know this is -- I know this is spicy,

20   this is a lot to call out, but unfortunately this has been

21   going on since they bought WPEngine in 2018.  If you all

22   saw Noel talks presentation at -- in WordCamp Europe, he

23   talked about the slowing of the growth of WordPress, which

24   we actually had for a few years.  You can map that

25   actually pretty well.
```

1           And we've been trying to debug this and

2   you know, part of my background is macroeconomics.  You

3   can actually map it pretty well to the revenue growth of a

4   company like WPEngine.  Think about this.  If you ran a

5   business, normally you'd spend part of your budget on RND.

6   How great is it that if you could get all the software for

7   free, don't spend a single dollar on it or spend 40 hours

8   a week, so call that, you know, a hundred grand a year on

9   it and you can make $450 million per year off it.  That'd

10  be pretty sweet, right?  It's a pretty good business.

11          But then what happens with that software?

12  If you're taking the business from companies like the

13  other ones I mentioned, Automattic, Newfold, et cetera,

14  that would like actually put back to that software.  Now

15  those companies are fighting with like one hand tied

16  behind their back.

17          I've got a hundred full-time people

18  working on core and things in the commons.  I could have

19  those hundred people working on getting more customers for

20  wordpress.com or something like that, but they're not.

21  They're working on things that benefit all of us, that

22  belong to all of us, part of open source.  So, that's --

23  that's my talk.  Any -- any questions?

24          We've got some mics up here.  And by the

25  way, I -- I do also want to say, and I offer this, I told

 1  WPEngine like, hey, all the employees there, like again,

 2  many of them believe in this and agree with this.  Please

 3  do not be mean to any of them or anything like that.  This

 4  is coming from the very top.  That's why I highlighted

 5  this Lee guy.

 6              We even offered to print them new badges

 7  or something if we were going to ban them from this

 8  WordCamp.  We just ended up deciding not to do it like

 9  during the WordCamp.  But yeah, they are not going to be

10  at future ones.  I don't think so.  Check, check, check,

11  check.  If you have questions, there's a microphone right

12  here, and you can line up down the center aisle in order

13  and ask your questions.

14      MR. SASHA:  Yeah.  Go ahead.  Ladies first.

15      MS. ROBERTSON:  Hey Matt.

16      MR. MULLENWEG:  Howdy.

17      MS. ROBERTSON:  Courtney Robertson, developer

18  advocate at GoDaddy.  I like to ask Matt questions at a

19  lot of our WordCamps and Europe.  We mentioned the

20  contributor dashboards and since then, I had done some

21  research and you were interested in the findings of that

22  research.  It is transparency about the contribution that

23  is happening.

24              There's a post on

25  make.wordpress.org/project, and it's an MVP.  We're using

1  data that we're getting right now from a few sources such

2  as -- the numbers were manually cranking from Meetup, but

3  we have got some tooling that could pull in our stats from

4  GitHub.

5                   I was talking with Otto and Meta about

6  getting our data from track.  Better ways of tracking with

7  gather press, which is a potential meetup replacement.  So

8  we're bringing transparency about the contribution that is

9  happening.

10      MR. MULLENWEG:  Thank you.

11      MS. ROBERTSON:  Hard part.  I've been on the

12  receiving end.  And I want to say this with all due

13  respect.  I've been on the receiving end about improving

14  contribution, and this is why I am dedicating most of my

15  time between now and the end of the calendar year to

16  continuing to improve these contributed dashboards.

17                   Because the change that you called out

18  about GoDaddy in this process this week, I saw massive

19  improvements in understanding and how we can further that

20  contribution and those contribution mechanisms.  I was in

21  some meetings with my team about these things and I feel

22  really good about this.

23                   When we name and shame, I want to know

24  from a leadership perspective, have we gone to the top

25  leaders that you've shared and have you tried to work

1    channels without it becoming an incident?  Because I've

2    been on the other side of this.

3        MR. MULLENWEG:  Oh, yeah.  Trust me.  I've been

4    trying to talk to Heather and Lee.  I did not want to give

5    this presentation. I was literally over there calling

6    them, saying like, hey, are you all going to step up to

7    this?  Are you going to fix this?  And yeah, that was

8    scary for me.  And by the way, it's scary to go against

9    the $102 billion assets of management.  That's scary.

10            If -- if there's any freak accidents or -

11   - and by the way, I did not commit suicide.  You know,

12   it's -- it's scary.  But like -- I think you have to speak

13   truth to power.  And this is all transparent stuff.  This

14   is all public.  You can all see it.  This is all like out

15   there.  There's nothing I said that you can't fact check

16   online.  So -- so yeah, thank you.

17            And like I said, for the retaliation

18   thing, like I -- I know there's -- that's what's rude

19   about this is because companies are made up of people,

20   right?  And the people don't always agree with the

21   managements.  And if any one of you gets in trouble for

22   speaking up about this or supporting me or supporting

23   WordPress or anything like that, let me know.

24            If you lose your job, I'll do my best to

25   like support you until you find another one.  Anything

 1  like that.  Like we're all in this together.  We're a

 2  community and -- and ultimately we need to like build

 3  things together that nourish part.  So, yeah.

 4       MR. SASHA:  Hey, hey.  I'm Sasha.  Thank you Matt

 5  for being with us today.  Thank you for honesty.  And --

 6       MR. MULLENWEG:  A little closer to the mic.  Yeah.

 7       MR. SASHA:  Oh, sorry.  Of course.  Yeah.  My name

 8  is Sasha and I want to thank you in person for your --

 9  honestly for your braveness.  You've been my inspiration

10  for more than 10 years.  And as you said that we here

11  mostly gather for -- for the open web, right?  And for the

12  open web should be powered -- for open web economy should

13  power by open manual, right?  And what is your thing --

14  what is your touch on blockchain technology crypto and

15  stuff like -- I think there is --

16       MR. MULLENWEG:  Say that one more time?

17       MR. SASHA:  About what -- what is your thought

18  about blockchain and crypto and how it can complement

19  WordPress economy and WordPress movement?  Because we

20  share a lot.  I've been in WordPress movement --

21       MR. MULLENWEG:  Yeah.

22       MR. SASHA:  -- for more than almost 20 years,

23  right?  I've been in blockchain for more than seven years

24  and there is a pure -- pure -- I don't know, overlap to

25  bring the open web to make it real stuff.

1      MR. MULLENWEG:  Yeah.  So blockchain crypto.  So, I

2   love when open source gets applied to different areas, and

3   this is part of the beauty.  Like I said, open source is a

4   movement that's changing everything it touches.  So you

5   apply open source to sort of an encyclopedia.  What do you

6   get?  You get Wikipedia.  You apply open source to CMSs,

7   you get things like WordPress, Joomla, Drupal.  You apply

8   open source to game engines, you get Godot.

9           Like there's all these sort of awesome

10  examples.  You fly -- apply open source to, to the

11  financial system, you get cryptocurrency.  And it's been

12  kind of wild ride.  You know, there's like a lot of scammy

13  stuff in crypto .There's a lot of interesting things.  But

14  what's amazing, a lot of people don't realize is most of

15  these projects are open source.

16           Ethereum is open source -- sorry, Bitcoin

17  is open source.  And so they have committers just like us.

18  They have communities, they have conferences, they are --

19  this whole thing.  And so that's pretty powerful.  Now how

20  that interacts with WordPress, I'm not sure yet.  I could

21  see like more e-commerce going over crypto rails in the

22  future.

23           Like it's more, you know, companies like

24  Coinbase and others make it like kind of easier.  But

25  right now it's kind of hard to use some of this stuff.

 1  Like running your wallet, connecting to the blockchain,

 2  downloading it, like all these sorts of things.  It

 3  doesn't work around mobile devices unless you have like

 4  someone else custody of your wallet.

 5               So it's a -- it's a cool technical

 6  solution and I -- I love that it's the future from like a

 7  freedom and distributed point of view.  And -- so probably

 8  the place where it interacts WordPress the most will be

 9  that commercial side.  So when people are making donations

10  or buying something through like one of the shopping cart

11  plugins like WooCommerce or others.  So --

12       MR. SASHA:  Yeah.  Sounds good.  Let's -- let's

13  talk.

14       MR. MULLENWEG:  Cool.  Thank you.

15       MR. SASHA:  They have huge plans about it.  Yeah.

16  And -- and we already testing it in production.

17       MR. MULLENWEG:  Yeah.  It's funny.  Crypto is also

18  one of those other religions, right?  Open source is a

19  religion and crypto people like they will tell you right

20  away.

21       MR. SASHA:  Okay.  Thank you.  And to recover from

22  this kidney stone.

23       MR. MULLENWEG:  Oh, thank you.  Thank you.

24  Appreciate it.  Apparently you get more of them.  Drink

25  more water, yes.  Okay.

1    UNKNOWN MALE 1:  Well, I think it's a valid

2    criticism for someone to be making a ton of money off of a

3    freely available resource without contributing back.  You

4    mentioned 2018 and a downfall in usage of WordPress.  And

5    I was just wondering how you compare that to the fact that

6    the block editor was released at a similar time and the

7    dissatisfaction of that amongst many people in the

8    WordPress community.  And I --

9        MR. MULLENWEG:  That's a good question.

10       UNKNOWN MALE 1:  -- and I -- and I don't say that.

11   It's just as a aside because it -- what you said in your

12   presentation, sounded like you were blaming all the

13   downfall on one person.

14       MR. MULLENWEG:  Yeah.  In macroeconomics, I'm not -

15   - by the way, in macroeconomics there's so many

16   countervailing forces.  So there's a lot of different

17   things happening simultaneously.  We've shipped new

18   versions and new features including the block editor,

19   which predates 2018 by the way.

20           But like there's also, you know, the

21   growth of other block editors, all the plugins Elementor,

22   Beaver Builder, et cetera so that we had some

23   balkanization of that experience.  So that all -- that all

24   happens.  So I was just trying to point out that there's

25   some maybe some macroeconomic terms in I guess -- what's a

1    good way to put this?

2                    You know, some revenue being made is --

3    is zero something, right?  Like actually, we should ask.

4    Who's a WPEngine customer in the audience?  Don't feel

5    bad.  Okay.  There we go.  By the way, I've had a few

6    people come up and the other thing that makes WPEngine

7    tricky is their misuse of the trademark.  That they're

8    very cavalier with it.

9                    How -- how many people have heard it

10   called WordPress engine before?  Yeah, yeah, yeah, yeah.

11   Okay.  We got a few there.  People have come up to me.  I

12   get support requests sometimes for WPEngine because people

13   think it's like an official thing.  Their color -- their

14   logo's blue, they call it WPEngine.  They think it's like

15   something official that's part of the community and giving

16   back and building WordPress.  And so that's what makes it

17   so insidious.

18                   Of the WPEngine customers have, you know,

19   one thing private equity likes to do is like squeeze out

20   the profits, squeeze out the free cash flow.  Have you

21   probably noticed like some price increases coming up?

22   Yep.  I see some nods nodding heads over there.  Yeah.

23   Customer service going down a little bit?  Yep.  Yep.

24   Squeeze out that profit.

25                   That's what happens with these things.

1   And it is a way to run business and obviously it can be

2   very lucrative.  They're extremely successful.  10x

3   returns on some of these things.  But it's not great for

4   consumers often when you do that, when you squeeze every

5   last bit out of the business.  And for open source

6   communities, it can be fatal and I think that can be

7   really rough.

8                 And if you look at -- you know, WordPress

9   is fairly unique and it's a open source community that has

10  actually celebrated its growth.  So we've actually grown a

11  ton since 2018, you know.  We stalled out off a little bit

12  in the past 18 months and we were kind of looking to why.

13  There's also some methodology changes in the W3Techs

14  market share tracking and things like that.  So there was

15  a lot of stuff happening once.

16                 But I do think one of the factors of many

17  is -- yeah.  So the wallet share -- so revenue being taken

18  away from companies that are giving back and going to

19  companies that aren't because they're sort of competing

20  more mercilessly and far more like nakedly, capitalistic

21  and evil way.  So --

22  UNKNOWN MALE 1:  Thank you.

23  MR. MULLENWEG:  Block although should be a tailwind

24  for us because it's getting better and better with every

25  release.  And so like, yes, Gutenberg sucked 10 years ago.

1  I -- I -- I said from the beginning it was going to be a

2  10-year project, right?  With the collaboration stuff

3  that's coming up, it's about to get real cool.

4                    Like imagine that you can open up a

5  WordPress page and then, you know, paying a friend or

6  collaborator, you can both have it open at the same time.

7  Be moving blocks around just like Google Docs, see people

8  changing things in real time.  Share a draft with the

9  client, let them make changes, upload it.

10                    Like all this collaboration stuff is

11  going to be really, really, really cool.  And we've got

12  some very fun stuff happening there.  Including by the

13  way, sponsoring some open source projects.  That will be

14  complimentary.

15        MR. KATZ:  Hi Matt.

16        MR. MULLENWEG:  Hi.

17        MR. KATZ:  Katz.  I wanted to first address the

18  tragedy of the Commons, which is been -- was disproved by

19  Eleanor Ostrom and her work on on economics.

20        MR. MULLENWEG:  I'm familiar with her book, yes.

21        MR. KATZ:  And so, I'd like to --

22        MR. MULLENWEG:  I wouldn't say it was disproved.

23        MR. KATZ:  Well --

24        MR. MULLENWEG:  I would say that some of the

25  examples -- you know, but -- but it's kind of a logical

1    thing you can think of, right?  Like the field that

2    everyone grazes and no one waters.  Like we can all

3    understand that.

4         MR. KATZ:  We have zero marginal cost of

5    distribution and we have a lot of people who are excited

6    about WordPress.  And I wanted to share that when you

7    punch down, which has -- is not a --

8         MR. MULLENWEG:  I wish I was punching down.  I

9    don't have a $102 billion.

10        MR. KATZ:  And I'm not talking about only singling

11   out a -- a super admin sponsor, the WordCamp here.  I'm

12   also talking about personally, you've in the past, punch

13   down with other people who are less powerful than you.

14   And I find it --

15        MR. MULLENWEG:  Well, and I would now publicly

16   offer if WPEngine would like their $75,000 back that they

17   paid to be super admin sponsor.  I'm happy to wire it

18   back.

19        MR. KATZ:  I'm suggesting that you're -- you're --

20   what field of me vendettas are demotivating and what I

21   would like --

22        MR. MULLENWEG:  Yeah, it can be.

23        MR. KATZ:  And in -- in my personal perspective of

24   what's going on with WordPress and our stalled market

25   share, what we need to be doing is to be promoting new

1    people coming into WordPress.  And I know that so many of

2    us started hacking on WordPress and using WordPress for

3    everything, even things that it really wasn't well suited

4    for.

5                    And we built a whole business on top of

6    that.  And then we became who we are today.  And I think

7    that in order for WordPress to grow, we need to be

8    encouraging the new generation of people coming into

9    WordPress.

10        MR. MULLENWEG:  The good news is, it is growing.

11   So in the past year, we've grown an entire Drupal of

12   market share.  So, it's -- it -- it is growing again.  So

13   it stalled out for a little bit.  But there's -- there's

14   countervailing forces and there's a lot of folks,

15   including Automattic, that have put a ton back into core.

16   We've got a lot of activity and everything.

17                    I mean, you see it around the room.  So

18   like things -- we're -- we're going to get through this,

19   but I think that we also just need to call out bad actors.

20   And you got to -- the only way to fight a bully is to

21   fight them back.  If you just allow them to run rampant on

22   the playground, they're just going to keep terrorizing

23   everyone.

24        MR. KATZ:  I think recent --

25        MR. MULLENWEG:  Thank you.

1        MR. KATZ:  So what I'm suggesting is, if you had

2   used your platform here today to promote meetups and talk

3   about bringing new people into the fold and encouraging us

4   and being positive, that that positivity would spread

5   instead of the negativity and the downtrod like the

6   downward.  So --

7        MR. MULLENWEG:  Well, please watch one of my like

8   82 other WordCamp presentations.  That's what I've done at

9   all to others.  So this is -- I -- I really did not want

10  to give this presentation today, to be honest.  It was

11  terrifying to me.

12       MR. JACOBY:  Howdy, Matt.  Robert Jacoby.  What

13  happens to maybe like a NitroPack that was just acquired

14  and maybe others, you know, that are growing WordPress

15  companies that might be on that acquisition list via

16  WPEngine?

17       MR. MULLENWEG:  I don't know about the specific

18  acquisition, but I would say that, you know, when

19  companies are acquired, one, there could have been other

20  companies that acquired them.  So again, if one person's

21  fighting with a hand behind their back because they're

22  spending some revenue and contributing back, someone else

23  is saying, oh, I'm going to take that cash and I'll buy

24  things.  They're at an advantage.

25              Now, and then look at what happens after

1    the acquisition.  You know, some companies when they

2    acquire things like, for example, Automattic acquired

3    podcast, a podcasting app.  We open sourced it afterwards,

4    right?  It was proprietary.  We're now open sourcing

5    Tumblr, right?  Switching it to WordPress.  Like that's

6    kind of our vibe.

7                    We like to make things more open.  So

8    just look at track records.  I think a lot of this is in

9    the public and you should judge, companies by their

10   actions.  What they've done in the past, and what they're

11   going to do in the future.  I had a follow-up post of this

12   where I said, every saint has a past and every center has

13   a future .So -- so like, you know, they can change in the

14   future.  Companies can change in the future.  And --- and

15   nothing's ever -- you know, we all make mistakes and we

16   can all change.  So --

17          MR. JACOBY:  Just the micro follow-up on that.  So

18   it's almost like you're calling for a strike from end

19   users, developers, so on and so forth.

20          MR. MULLENWEG:  Well, I hope that we can get every

21   single WPEngine customer to watch this presentation and

22   that when their renewal time comes up, they think about

23   that.  And there's some really hungry other hosts hosting

24   your BlueHost Cloud, Pressable, et cetera, that would love

25   to get that business.  And might, by the way, something

 1   else that happens is like lack of capital investment.

 2                   So CPUs aren't as fast, et cetera,

 3   servers are slowing down.  You might get faster

 4   performance even switching to someone else and migrating

 5   has never been easier.  That's part of the idea of data

 6   liberation.  So again, like it's kind of like one day of

 7   work to switch your site to something else.  And I would

 8   highly encourage you to think about that when your

 9   contract renewal comes up if you're currently a customer

10   of WPEngine.

11       MR. JACOBY:  Thanks man.

12       MS. GETCH:  Hi, Matt.  Sally Getch, WP fan girl.

13   And I don't have a logo yet, so you can't complain about

14   it.  I was listening to a history podcast and I'm trying

15   to remember which one it was or when, and I thought of

16   this at the time and then I forgot to get in touch.  But

17   they mentioned that the tragedy of the commons was

18   actually written to justify the enclosure of public lands

19   by large landowners.

20                   And I thought, oh my, that's really

21   interesting because people talk about this in a very

22   different way.  And I started wondering, is that an

23   analogy we want to use?  Is the problem really that the

24   individual, since quite a lot of individual WordPress

25   users do whatever they can to give back, is the problem

1   the individuals who are using this income?  And or is the

2   problem people who, you know, are not at that level but

3   who are exactly trying to make sure that people can't do

4   things for themselves and have to rely on them.

5               Because you're like, we didn't want these

6   serfs making any money selling the stuff they did in their

7   spare time.  We wanted them to have to work for us.  And I

8   do think that is private equities approach.  They've done

9   some frightening things to other industries, including

10  veterinarians and it's a thing to worry about.  And yet

11  the people who built up the company that got acquired,

12  like I'm pretty sure that having it eaten up into bits was

13  not their purpose in building it and hopefully not even

14  their purpose in selling it.  Although yes, sometimes it's

15  just like, I don't care, just give me tons of money.

16  Everyone has a price.

17       MR. MULLENWEG:  I -- I'm a big proponent of

18  something I like to call conscious capitalism.  And by the

19  way, I did a follow-up post where I talked about how like

20  some people interpreted as saying like, all private equity

21  is bad or all investors are bad and they're not.  It's

22  actually a lot of amazing investors and capital can be a

23  huge fuel for creativity and like innovation and

24  everything like that.

25               It's a lot of the prosperity that we

 1  experience.  You're right that it's not a perfect analogy,

 2  Tragedy of the commons.  And the gentleman before you,

 3  you're right.  Like in digital software, there's not a

 4  marginal distribution.  In fact, there's often network

 5  effects where like the more people that use something, it

 6  can become more valuable versus less valuable because it

 7  can become a standard.

 8              So there are some nuances to it.  I'm not

 9  worried about this analogy being used to take freedom away

10  because the license of WordPress itself, the GPL, protects

11  all of our freedom.  WordPress belongs just as much to

12  every single person in this room as it does to me.  And

13  that's beautiful.  And no one can take that away.

14              If -- if say my next kidney stone turns

15  me into Evil Matt and I have little horns, it doesn't

16  matter.  You all can fork the software, you can still use

17  it tomorrow, you can do a million things.  Like it's --

18  it's -- that's the ownership that really belongs to us.

19  And that's why the license is so important because it's

20  like our constitution.  It really guarantees these

21  freedoms that can't be taken away regardless.

22              And that's why often what these companies

23  come in and do is they change license.  I've only

24  relicensed something once in my career and it was actually

25  Gutenberg which we relicensed to be more open.  So

 1   Gutenberg was under the GPL.  I think we put it under --

 2   was it the MPL?  So -- so that it could be embedded in

 3   like mobile apps and things even commercial applications

 4   because we want Gutenberg become a standard that's even

 5   bigger than WordPress.

 6                 So, yeah, that's the only relicensing

 7   I've ever done in my career.  You can look at a lot of

 8   other investors or business owners or things and what kind

 9   of licensing they're doing.  It's often making the

10   licenses more closed, taking away your freedom, taking

11   away your flexibility.  And that's what we need to fight

12   against.

13        MS. GETCH:  Yes.

14        MR. MULLENWEG:  And that's why I get so worked up

15   about this stuff.  I know I'm a little bit of religious

16   zealot.  But when you've seen me get worked up and go with

17   things, it's when people have violated the GPL in the

18   past, right?  We've gotten real spicy over that.

19                 And now we have this more complex thing

20   now that we've matured a lot as an ecosystem that like

21   it's more about, okay, what are the business incentives?

22   Where's the revenue going?  Where's the investment going?

23   Everything like that.  Because, you know, this is an

24   ecosystem where the revenue that goes through the

25   WordPress ecosystem every year isn't the probably like

```
 1   eight to $10 billion per year.  It's a lot.  That's a lot

 2   of economic activity.  A lot of us benefit from it.

 3                  I've had so many people come up to me and

 4   say like, hey, I put my kids through college with my

 5   WordPress sites or like, you know, I've made a living from

 6   WordPress.  That's -- that's beautiful and that all is

 7   part of a broader system.  Next question.

 8        MR. BARRETT:  Hi Matt.  Yeah, you know me.  I'm Hi

 9   Matt.  I'm Cam Barrett.  Thank you for pointing out the

10   bullies in the room in our industry.  I think it's

11   happening a lot more and more.  And I think that

12   collectively we are bigger than $102 billion.  I think

13   that -- I think that all of us together can stick up for

14   ourselves and make sure that they don't take away our

15   industry.

16                  Secondly, I got into WordPress because I

17   got sick and tired of our school districts spending

18   taxpayer money on proprietary CMSs spending 10, 15, a

19   hundred thousand dollars a year to host websites.  I mean,

20   this is crazy.  This is our taxpayer money being spent.

21   So I put everything on WordPress about 10 years ago and

22   I've been doing it ever since.  I've saved millions of

23   dollars by putting our public school districts on

24   WordPress and I -- I'm going to keep --

25        MR. MULLENWEG:  Wow.  Yeah.  Round of applause.
```

1    MR. BARRETT:  I'm -- I'm going to keep doing it and

2  I'm --

3        MR. MULLENWEG:  Thank you.

4        MR. BARRETT:  -- I'm going to keep doing it and I'm

5  going to keep doing it for other verticals as well.  So I

6  just want to thank you for creating WordPress.  I think

7  all of us have benefited greatly from it.  Thank you.

8        MR. MULLENWEG:  Wow, that's beautiful.  And now by

9  the way, those millions of dollars you saved can now now

10  go into like more school lunches for people or better pay

11  for teachers or something like that.  Like these are all

12  part of our broader system.

13        MR. BARRETT:  Yes, absolutely.  And I also know

14  that we are seeing adoption of WordPress in the US Army as

15  well as the federal government, as you know.

16        MR. MULLENWEG:  Yeah.  I'm really excited about

17  more open source and government and more WordPress and

18  government because I think we can save them a lot of

19  money.  And I pay a lot of taxes.  I'm sure a lot of you

20  do as well.  I would love to see that be more efficiently

21  used.  Cool.  Next up here.

22        MR. MAUNDER:  Hey Matt.  I'm Mark Maunder, the

23  founder of Wordfence.  It's good to see you.  Thanks for

24  stopping by our booth today.  So this AI thing that's

25  underway, there -- there's a bit of a war that's going on

1   between proprietary AI models and open source.  And you

2   mentioned that a little bit in your -- in your blog post.

3                   It -- it seems like the world is deciding

4   which direction we're headed in, whether we're going to

5   have a lot of open source models available for innovation

6   or whether the future is going to be proprietary behind

7   rest interfaces that are metered and that we're paying for

8   and where we don't actually get to see the models or use

9   them or iterate on them.

10                  And I guess in the early days of the web,

11  you know, we -- we had proprietary web servers, Netscapes

12  Commerce server back in 1994 and Apache came along and

13  rescued us all and -- and the future of the web became

14  very much open source.  And, you know, I think WordPress

15  is one of the largest open source movements in the world.

16                  So I was wondering if you -- if you had

17  any thoughts about WordPress's place in that -- in

18  determining that -- that future of -- of AI and what we

19  could do to sort of influence that.  Along those lines,

20  you know, I've been chatting with a lot of hosting

21  providers and we're not seeing many GPUs in WordPress data

22  centers that would enable one to run a open source model

23  from hugging face locally as part of WordPress or

24  accessible to WordPress on the server or on a server local

25  to that.

1              It seems as though there's not a whole

2    heck of a lot of planning or innovation that's going on

3    around open source AI in -- in -- in the space.  And I --

4    I was wondering -- I was wondering if you had any thoughts

5    on that and -- and how our community might be an enabler

6    for that and help determine that future and help perhaps

7    make it open source.

8         MR. MULLENWEG:  Cool.  Thank you so much for that

9    question.  It's a good one.  I'm obsessed with AI .I've

10   been reading the papers for years, like spending all my

11   time on it.  There's some fun stuff coming.  So one night,

12   we talked about this earlier on the floor.

13              If you haven't tried out like Cursor or

14   Replit or some of these AI assisted coding things, please

15   do it.  As a developer, it's wild.  I can now do things

16   that used to take me like two or three hours in like two

17   or three minutes.  It's like wild the productivity boost

18   you can get, especially for generating new scripts and

19   things.

20              But even the context windows as we talked

21   about are getting larger with models like Gemini I think

22   are up to like a million and a half tokens.  We've also

23   got Google here and you all have -- what's it called Web -

24   - is it Web AI Is the new standard talking about?

25              Yes.  So, I think my theory on what's

1   going to happen here, now all the models open source or

2   not.  Not sure open source, you know, foundation is

3   talking about open weights as maybe a thing to talk about

4   for what makes something open source.  What I do think

5   practically that will happen though is the access to these

6   models will probably be mediated by either the operating

7   system layer or the browser, which is basically like an

8   operating system, right?

9                And they will have embedded access.  So

10  just calling like an API or something, you'll be able to

11  call out, make a system call to, yeah, some sort of model.

12  And with Apple intelligence stuff that they just

13  announced, it could be a local model.

14               And these chips are crazy powerful now

15  what's happening with silicon with them and also like some

16  of the Google TPU and other chip things that are happening

17  are kind of incredible.  So a lot of this I hope will move

18  to the edge, which I think is also great for speed and

19  privacy.  And then they can then call out to maybe the --

20  the big, you know, nuclear power giga data center models

21  for more complex things.

22               So, that's what I think and that's why

23  I've actually sort of stopped focusing as much of our time

24  on like doing these specific kind of product integrations

25  because it really feels like something that's going to

1  happen more at the OS layer and they'll just be like a

2  system call out to it.  I don't know.  What do you think?

3       MR. MAUNDER:  I -- I think that we -- we need to

4  come up with a plan.  I -- I think that probably the --

5  the main goal is to get plugin authors and WordPress

6  innovators using open source AI models in a WordPress

7  context.  And I think that if we can do that and -- and

8  the more users we can get and the more sort of weight of

9  usage that we can get, the better shot we have at an open

10 source future when it comes to AI because the -- the

11 demand will be there.

12            And we would also have proven that it's -

13 - it's worth it, that it's worth doing as opposed to

14 leaving it up to the mega corporations and sort of

15 trusting them with having the best available artificial

16 brains and the best available computation and they can

17 just rent it to us and that's all we get.

18      MR. MULLENWEG:  It might be.  We'll see, but they

19 need a lot of these GPUs.  These data centers are massive

20 -- and let me tell you, they're expensive.  They're

21 massive.  And I'll tell you another cool fact though.

22 Like the human brain, which by the way is more powerful

23 than all of these models still, runs on about 20 watts of

24 power.

25            So think of all like the -- the -- all

1   the electricity and all the transformers and everything

2   have to do with the power of these data centers, and you

3   and I can eat like hot dogs and some potato chips and

4   power our natural intelligence.  It's kind of incredible.

5   So like, wow.  Biology is incredible.

6        MR. MAUNDER:  Thanks Matt.

7        MR. MULLENWEG:  Thank you.  All right.  We've got a

8   few more here.

9        MR. AUSTIN:  Hello, Matt.  Austin here from

10  Amnesty.  So we recently open sourced our theme, GPL same

11  as you guys.  And I was -- had a question to basically

12  find out, you know, do you have any advice for people that

13  are trying to get their theme into the repo community

14  building?

15            And also another question around like,

16  we're trying to strip out -- we're trying to strip out all

17  the blocks into a -- into a single plugin or should we do

18  many, many plugins, one for each block?

19       MR. MULLENWEG:  Oh, interesting.  And by the way,

20  it's share a little above your story.  I know you're on

21  Showcase Day, right?  So Amnesty and Nestor International,

22  you have a theme that's now used.  Was it 80 sites?

23       MR. AUSTIN:  Forty-six sites use the theme.  They

24  could be more because it's, you know, people can come and

25  download it.  We opened it -- open sourced it about six

 1  months ago with big white sitting over there somewhere.

 2  And yeah, we've got, I think some Automattic people have

 3  given us some contributions as well.  So --

 4       MR. MULLENWEG:  And tell us what Amnesty is.  It's

 5  nonprofit that --

 6       MR. AUSTIN:  Yeah, sorry.  Amnesty is a human

 7  rights organization trying to reduce human rights

 8  violations globally.

 9       MR. MULLENWEG:  And you've got local -- yeah, thank

10  you.  By the way, you are doing amazing work.  And you've

11  got local chapters and they all have their own websites.

12       MR. AUSTIN:  Yeah.

13       MR. MULLENWEG:  But now they all have the same

14  theme.  They can use that kind of like ties into the

15  brand.

16       MR. AUSTIN:  That's right.  And we're trying to get

17  other -- we open sourced it so other NGOs or nonprofits or

18  grassroots organizations can use the work that we built

19  over the last six years.  So, yeah.

20       MR. MULLENWEG:  Let's get a round of applause for

21  that.  That's amazing.

22       MR. AUSTIN:  Thanks.

23       MR. MULLENWEG:  First, thank you.  You asked about

24  getting in the theme repo.  So you submitted it, but it

25  hasn't been accepted yet?

 1        MR. AUSTIN:  We just got a lot of work to do to get

 2   it ready for acceptance.

 3        MR. MULLENWEG:  Got you.  Yeah, so I mean, put it -

 4   - throw it up on, you know, something like GitLab or

 5   GitHub in the meantime.  We'll get in the repo as soon as

 6   possible.  If you're run any like rules there that are

 7   holding you back, like, let me know.  In terms of taking

 8   the blocks into individual plugins versus sort of a group

 9   plugin, I think it would depend on like how many there are

10   and if they're logically grouped.

11             We are going to try to make it so that

12   like individual plugins are a little lighter weight and --

13   or -- or the -- could these things be patterns that go in

14   the pattern directory, which then it's not a plugin, it

15   just kind of can get sideloaded as like (indiscernible)

16   from the pattern directory.  So there might be some

17   different ways to approach it.

18             And we're kind of creating a lot of new

19   primitives that can be used to build these sites.  And,

20   I'd be excited to see how this rose and how amazing would

21   it be if like you figure out a better way to get donations

22   to a nonprofit and all these other nonprofits are going to

23   get that.  Like, that's really making the world a better

24   place.

25        MR. AUSTIN:  Brilliant.  Thank you.

1       MR. MULLENWEG:  Thank you.

2       UNKNOWN MALE 2 :  Hi Matt.  I've got a really quick

3  -- quick --

4       MR. MULLENWEG:  And Otto says to email him, so

5  that's auto@wordpress.org.  He'll help you get on.  All

6  right.  We're fixing things live.  Thanks, Otto.  Otto, O-

7  T-T-O.

8       UNKNOWN MALE 2:  So I've got a -- a cool story

9  about how cool WordPress is robustness wise.  I do -- and

10  then a request.  I do a lot of support for like all the

11  299 million WordPress sites that are not actively

12  supported.  So I do a lot of site rescues and cleanups and

13  things like that.

14              I got a client who had a 10-year-old

15  site, hadn't been updated for 10 years, although she blogs

16  regularly.  And I was going like, oh boy, this is going to

17  be a mess, right?  I just said, why not try it?  And so I

18  --

19       MR. MULLENWEG:  You hit the button?

20       UNKNOWN MALE 2:  I hit the button, update core --

21       MR. MULLENWEG:  Did it work?

22       UNKNOWN MALE 2:  -- and it worked.  WordPress is

23  really awesome when it comes to backup.

24       MR. MULLENWEG 2:  That's amazing.  And man, so much

25  code went into that, right?

1    UNKNOWN MALE 2:  This is -- this is the one of the

2  -- and and it's like the -- she's a personal organizer.

3  She's not wealthy at all.  And so I was really happy that

4  I could do it almost for free.  So okay, I charged her $97

5  to -- to completely update her website.  It's now good for

6  I guess another 10 years, right?  So -- so -- but here's -

7  - on something else I do --

8    MR. MULLENWEG:  Put it on auto update now.

9    UNKNOWN MALE 2:  I -- I did turn on auto update.

10  So the other day on Reddit in our -- our slash WordPress,

11  somebody came in and said, our agency has told us we have

12  to pay them to rebuild our site because the classic editor

13  is end of lifeing December 31st.

14              And they said, we can't afford that.  And

15  so I went and I looked and I said, I don't think that's

16  true.  And it says, end of life, December 31st or as long

17  as it's needed.  And I just wanted -- I don't necessarily

18  want to punch down, up or sideways, but somebody is

19  messing around with people, stressing them out and sort of

20  semi blackmailing them into paying them to rebuild because

21  they're saying the classic editor is end of life, you have

22  to.

23              So, I don't think classic is necessarily

24  going to go away, but I just wanted to call out if anybody

25  else sees somebody saying something like that, unless it

1  really is end of life and I'm sure it's not, can we make

2  sure that there aren't people being taken advantage of

3  that way because that's just not nice.

4      MR. MULLENWEG:  Yeah, man, I don't want to defend a

5  classic editor though.  So -- so on some part of me

6  wonders like, man, maybe they just have some stuff they

7  should upgrade to blocks, you know, they would have a much

8  better -- better thing.  And yes, that could require some

9  development work and cost some money.  But --

10     UNKNOWN MALE 2:  The 10-year-old site she didn't

11 want.  So I just said, okay, I'll install it.  Because she

12 just wants to keep doing what she's been -- she's like 60,

13 65.

14     MR. MULLENWEG:  By the way I've actually found --

15 so if you open up an old post, even without the classic

16 editor plugin, when you open up an old post that was built

17 in the classic editor, Gutenberg actually loads a classic

18 editor like immediately so they get a familiar interface.

19 And the new stuff, we find people can figure it out pretty

20 quickly and we're making it more usable.  Including if you

21 just tell them, insert the classic editor block and then

22 they could do everything from there.  It's like a pretty

23 easy way, I think even better than the plugin.

24             And then they might get access to blocks

25 in the future.  So, I do think we, we do want to bring

1  people along to the block thing because it is very much

2  the future.  So, all right.  Thank you.  And do we have

3  time for this one last question?  Or -- or two?

4        UNKNOWN FEMALE 1:  Two.

5        MR. MULLENWEG:  All right.

6        UNKNOWN FEMALE 1:  I was one of three release

7  coordinators for WordPress 6.5.

8        MR. MULLENWEG:  Thank you.

9        UNKNOWN FEMALE 1:  I am 64.  So I don't really need

10  to stress too much about how, oh, she's 65.  We had to

11  install the classic editor

12        MR. MULLENWEG:  This is a spicy -- spicy Q and A

13  today.  All right.  Well, you know, we're trying to get

14  attendance up at the WordCamp.  So we're trying to make

15  these interesting.  So, all right, last one.  Bring us

16  home.

17        UNKNOWN FEMALE 2:  Hi Matt.

18        MR. MULLENWEG:  Howdy.

19        UNKNOWN FEMALE 2:  Hi.  I work in Europe.  You said

20  you were going to do a speedball challenge.

21        MR. MULLENWEG:  Yes.

22        UNKNOWN FEMALE 2:  Any plans when that's going to

23  happen?

24        MR. MULLENWEG:  Not yet.  We haven't scheduled it

25  yet, right?  Yeah.

AUDIO TRANSCRIPTION - JOB NO. 1462612                FEBRUARY 13, 2025
WPENGINE, INC. v AUTOMATTIC INC., et al.

1        UNKNOWN FEMALE 2:  We should.  We should.

2        MR. MULLENWEG:  We should.  Let's make it a whole

3   event, you know.  We'll -- we'll fly to a city.  We can

4   make it a fun little in person thing for the local

5   community.  If you have a city that you really want to do

6   it in, let me know.  Well, you know, it's -- I let the

7   challenger pick.  And I'm probably a challenger because I

8   think you might win .But yeah, looking forward to the

9   speed build challenge.  We'll make it fun.

10       UNKNOWN FEMALE 2:  Let's talk at it after the

11  party.

12       MR. MULLENWEG:  Sounds good.  All right.  We're

13  going to end up there.  Thank you all so much.  it was

14  very vulnerable getting up and sharing this with you all

15  today, and I really appreciate you listening.  So, we'll

16  see you rounds.  I'll pass over to Brian.

17       BRIAN:  Yes, thank you so much, Matt.  Yes, big

18  round of applause.

19                    (END OF TRANSCRIPT)

20

21

22

23

24

25

```
 1                       CERTIFICATE

 2    I, MONICA GONZALEZ, certify that I was authorized to and did

 3   transcribe the above audio, and that the transcript is a true

 4   and correct record of the audio provided.

 5

 6

 7

 8   _____

 9   MONICA GONZALEZ

10   OFFICIAL TRANSCRIPTIONIST

11   February 19, 2025

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

**$**

**$10** 34:1
**$102** 13:8 18:9 26:9 34:12
**$400** 13:20
**$450** 15:9
**$75,000** 26:16
**$97** 44:4

**1**

**1** 22:1,10 24:22 46:4,6,9
**10** 13:20 14:2 19:10 24:25 34:18,21 43:15 44:6
**10-year** 25:2
**10-year-old** 43:14 45:10
**102** 10:4
**10up** 10:20
**10x** 24:2
**15** 34:18
**15%** 13:20
**18** 24:12
**1994** 36:12

**2**

**2** 43:2,8,20,22,24 44:1,9 45:10 46:17,19,22 47:1, 10
**20** 13:17 19:22 39:23
**20%** 3:7
**2010** 13:13
**2018** 14:21 22:4,19 24:11
**25%** 13:13
**299** 43:11

**3**

**3,786** 9:13
**31st** 44:13,16

**4**

**4** 13:21
**40** 9:21 15:7
**47** 9:18

**5**

**5%** 8:14
**50** 5:2

**6**

**6.5** 46:7
**60** 45:12
**64** 46:9
**65** 45:13 46:10

**7**

**700** 4:17

**8**

**80** 40:22
**82** 28:8

**A**

**absolutely** 35:13
**abundance** 8:10
**acceptance** 42:2
**accepted** 41:25
**access** 38:5,9 45:24

**accessible** 36:24
**accidents** 18:10
**accurate** 9:12
**acquire** 29:2
**acquired** 28:13,19, 20 29:2 31:11
**acquisition** 10:13 28:15,18 29:1
**actions** 29:10
**active** 4:14,17
**actively** 43:11
**activity** 6:5 27:16 34:2
**actors** 27:19
**actual** 5:21 6:16
**address** 14:13 25:17
**admin** 26:11,17
**adoption** 35:14
**advantage** 28:24 45:2
**advice** 40:12
**advocate** 16:18
**affiliate** 4:16
**afford** 44:14
**agency** 44:11
**aggressive** 13:14
**agree** 16:2 18:20
**ahead** 16:14
**AI** 4:13 35:24 36:1,18 37:3,9,14,24 39:6,10
**aisle** 16:12
**alive** 6:4
**Allegion** 4:11
**amazing** 2:22 3:21 4:21 5:7 10:24 11:4 20:14 31:22 41:10,21 42:20 43:24
**amendment** 5:1,3
**Amnesty** 40:10,21 41:4,6

**amount** 11:23
**analogy** 7:16 30:23 32:1,9
**animals** 7:20,23 8:13,15
**announced** 38:13
**anymore** 9:7
**Apache** 36:12
**API** 38:10
**app** 29:3
**Apparently** 21:24
**applause** 34:25 41:20 47:18
**Apple** 38:12
**applications** 33:3
**applied** 20:2
**apply** 6:13 20:5,6,7,10
**approach** 31:8 42:17
**approaches** 6:12
**apps** 33:3
**areas** 20:2
**Army** 35:14
**art** 2:25 3:8
**artificial** 39:15
**arts** 3:1
**asks** 10:8
**assets** 10:5 18:9
**assisted** 37:14
**attacked** 4:7
**attendance** 46:14
**attract** 8:22
**AUD** 9:17
**audience** 23:4
**Austin** 40:9,23 41:6, 12,16,22 42:1,25
**authoritarianism** 5:24
**authors** 39:5

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

**auto** 44:8,9

**auto@wordpress.**
**org.** 43:5

**Automattic** 9:9,13,
17 10:17 15:13 27:15
29:2 41:2

**Automattic's** 10:18

**awesome** 10:20,22
20:9 43:23

---

**B**

**back** 8:16,19,23 10:14
11:9 13:1 15:14,16 22:3
23:16 24:18 26:16,18
27:15,21 28:21,22
30:25 36:12 42:7

**background** 12:12
15:2

**backlash** 13:23

**backup** 43:23

**bad** 23:5 27:19 31:21

**badges** 16:6

**balkanization**
22:23

**ballpark** 9:10

**ban** 16:7

**Barbarians** 12:17

**Barrett** 34:8,9 35:1,4,
13

**basically** 4:19 5:4
38:7 40:11

**beautiful** 3:3 8:17,21
12:13 32:13 34:6 35:8

**beauty** 20:3

**Beaver** 22:22

**beginner's** 6:10

**beginning** 25:1

**beliefs** 12:2

**belong** 7:22 15:22

**belongs** 7:22 32:11,
18

**benefit** 15:21 34:2

**benefited** 35:7

**Berkeley** 2:17

**big** 10:25 11:15 12:22
31:17 38:20 41:1 47:17

**bigger** 11:3 12:4 33:5
34:12

**billion** 9:11 10:4 13:8,
21 18:9 26:9 34:1,12

**billions** 4:24

**Biology** 40:5

**bit** 10:12 12:13 23:23
24:5,11 27:13 33:15
35:25 36:2

**Bitcoin** 20:16

**bits** 31:12

**blackmailing** 44:20

**blaming** 22:12

**block** 22:6,18,21
24:23 40:18 45:21 46:1

**blockchain** 19:14,
18,23 20:1 21:1

**blocks** 25:7 40:17
42:8 45:7,24

**blog** 2:9 36:2

**blogs** 43:15

**blue** 23:14

**Bluehost** 29:24

**board** 2:25 14:7,9

**bodies** 11:25

**book** 12:17 25:20

**boost** 37:17

**booth** 3:7,10 14:11
35:24

**bought** 13:13 14:21

**boxing** 14:15

**boy** 43:16

**brain** 39:22

**brains** 39:16

**brand** 41:15

**brave** 9:24

**braveness** 19:9

**break** 4:2

**Brian** 47:16,17

**Brilliant** 42:25

**bring** 2:25 7:23 8:13
19:25 45:25 46:15

**bringing** 17:8 28:3

**brings** 8:1

**broader** 34:7 35:12

**brought** 3:22

**browser** 38:7

**brutal** 12:16

**budget** 15:5

**build** 11:14 19:2 42:19
47:9

**Builder** 22:22

**building** 23:16 31:13
40:14

**built** 27:5 31:11 41:18
45:16

**bullies** 34:10

**bully** 14:18 27:20

**bulwark** 5:23

**business** 5:7 15:5,
10,12 24:1,5 27:5 29:25
33:8,21

**button** 43:19,20

**buy** 28:23

**buying** 21:10

---

**C**

**calendar** 4:17 5:3
17:15

**call** 4:22 13:9 14:20
15:8 23:14 27:19 31:18
38:11,19 39:2 44:24

**called** 2:21 7:15 13:7,
12 14:1 17:17 23:10

37:23

**calling** 6:2 18:5 29:18
38:10

**Cam** 34:9

**camps** 2:25

**Canada** 5:17

**capital** 9:17 10:7 30:1
31:22

**capitalism** 31:18

**capitalistic** 24:20

**care** 31:15

**career** 32:24 33:7

**cart** 21:10

**case** 14:10

**cash** 23:20 28:23

**cavalier** 23:8

**celebrated** 24:10

**center** 16:12 29:12
38:20

**centers** 36:22 39:19
40:2

**CEO** 13:24

**CEO's** 13:23

**CEOS** 13:16

**cetera** 7:25 15:13
22:22 29:24 30:2

**challenge** 46:20
47:9

**challenger** 47:7

**chance** 3:21

**change** 17:17 29:13,
14,16 32:23

**changing** 20:4 25:8

**changings** 13:22

**channels** 18:1

**chapters** 41:11

**charge** 4:2

**charged** 44:4

**chatting** 36:20

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

**check** 9:2 16:10,11 18:15

**chip** 38:16

**chips** 38:14 40:3

**city** 47:3,5

**claim** 5:19

**classes** 4:8

**classic** 44:12,21,23 45:5,15,17,21 46:11

**cleanups** 43:12

**clear** 5:20

**clicker** 2:5

**client** 25:9 43:14

**closed** 33:10

**closer** 19:6

**Cloud** 29:24

**CMSS** 20:6 34:18

**co-opt** 4:12

**code** 43:25

**coding** 37:14

**Coinbase** 20:24

**collaboration** 25:2, 10

**collaborator** 25:6

**collectively** 34:12

**college** 34:4

**color** 23:13

**Commerce** 36:12

**commercial** 13:15 21:9 33:3

**commit** 18:11

**committers** 20:17

**commons** 7:15,18 8:5,10 15:18 25:18 30:17 32:2

**communities** 13:10 20:18 24:6

**community** 2:3 3:8 7:23 10:9,24 12:3 13:15,18,23 19:2 22:8

**companies** 8:24 9:9 11:2,9 12:24 14:4 15:12,15 18:19 20:23 24:18,19 28:15,19,20 29:1,9,14 32:22

**company** 4:11 10:3 13:12 14:5,9 15:4 31:11

**company's** 9:25 12:21

**compare** 9:8 22:5

**competing** 24:19

**complain** 30:13

**complement** 19:18

**completely** 13:18 44:5

**complex** 33:19 38:21

**complimentary** 25:14

**computation** 39:16

**concepts** 6:24

**condition** 4:6

**conferences** 20:18

**connecting** 21:1

**conscious** 31:18

**consolidate** 10:16

**constitution** 32:20

**consumers** 24:4

**context** 37:20 39:7

**continuing** 17:16

**contract** 30:9

**contributed** 17:16

**contributing** 22:3 28:22

**contribution** 16:22 17:8,14,20

**contributions** 6:5 10:15 41:3

**contributor** 3:19 16:20

**control** 14:8

**controlled** 10:3

**conversions** 13:15

**cool** 2:5 10:25 21:5,14 25:3,11 35:21 37:8 39:21 43:8,9

**coordinators** 46:7

**core** 12:3 15:18 27:15 43:20

**corporations** 5:19 39:14

**cost** 26:4 45:9

**count** 9:14

**countervailing** 22:16 27:14

**counting** 9:14

**countries** 5:16 11:4

**country** 5:17 11:3

**couple** 10:15

**Courtney** 16:17

**cows** 7:21

**CPUS** 30:2

**cranking** 17:2

**crazy** 3:22 34:20 38:14

**create** 3:5 11:11 12:4

**creating** 35:6 42:18

**creation** 3:5

**creations** 11:12

**creativity** 31:23

**credit** 10:18

**criticism** 22:2

**cryptic** 12:14

**crypto** 19:14,18 20:1, 13,21 21:17,19

**cryptocurrency** 20:11

**curiosity** 6:11

**current** 13:23

**control** 14:8

**Cursor** 37:13

**custody** 21:4

**customer** 23:4,23 29:21 30:9

**customers** 15:19 23:18

**cycled** 13:16

**D**

**dang** 10:5

**dashboards** 16:20 17:16

**data** 17:1,6 30:5 36:21 38:20 39:19 40:2

**day** 2:10 6:23 11:22,23 30:6 40:21 44:10

**days** 12:15 36:10

**deal** 5:7 12:22

**debug** 15:1

**December** 44:13,16

**deciding** 16:8 36:3

**dedicating** 17:14

**defend** 45:4

**demand** 39:11

**demon** 11:23

**demotivating** 26:20

**depend** 42:9

**depends** 12:11

**destroy** 13:10

**determine** 37:6

**determining** 36:18

**developer** 16:17 37:15

**developers** 29:19

**development** 45:9

**devices** 21:3

**differences** 3:23

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

**digital** 32:3
**digress** 7:13
**direction** 36:4
**directory** 42:14,16
**dirt** 8:3
**disagree** 4:3
**discretion** 5:10
**disingenuously** 5:19
**display** 12:9
**disproved** 25:18,22
**dissatisfaction** 22:7
**distributed** 21:7
**distribution** 26:5 32:4
**districts** 34:17,23
**Docs** 25:7
**dogs** 40:3
**dollar** 15:7
**dollars** 9:11 11:8 34:19,23 35:9
**domain** 11:8
**donations** 21:9 42:21
**downfall** 22:4,13
**download** 40:25
**downloading** 21:2
**downtrod** 28:5
**downward** 28:6
**dozens** 12:23
**draft** 25:8
**Drink** 21:24
**Drupal** 20:7 27:11
**due** 17:12

___

**E**

___

**e-commerce** 20:21

**earlier** 37:12
**early** 36:10
**easier** 20:24 30:5
**easy** 45:23
**eat** 40:3
**eaten** 31:12
**economic** 34:2
**economics** 6:22 7:15 25:19
**economy** 19:12,19
**ecosystem** 6:2,8 7:10 8:20 10:11 33:20, 24,25
**edge** 38:18
**editor** 22:6,18 44:12, 21 45:5,16,17,18,21 46:11
**editors** 22:21
**effectively** 5:11
**effects** 32:5
**efficiently** 35:20
**Eleanor** 25:19
**electricity** 40:1
**Elementor** 22:21
**email** 14:13,14 43:4
**embedded** 33:2 38:9
**emphasize** 7:13
**employee** 12:19
**employees** 9:20,23 16:1
**enable** 36:22
**enabler** 37:5
**enclosure** 30:18
**encourage** 30:8
**encouraging** 27:8 28:3
**encyclopedia** 20:5
**end** 17:12,13,15 29:18 44:13,16,21 45:1 47:13,

19
**ended** 16:8
**engage** 6:11
**engine** 23:10
**engines** 20:8
**enjoy** 3:1
**entire** 4:5 27:11
**entities** 8:22
**equities** 31:8
**equity** 10:4 12:16 13:6,9 23:19 31:20
**ER** 11:18
**Ethereum** 20:16
**ethos** 6:1
**Europe** 14:22 16:19 46:19
**event** 2:16 47:3
**eventually** 8:2
**evil** 24:21 32:15
**evolve** 6:7,9,13 8:25
**examples** 8:6 20:10 25:25
**excited** 26:5 35:16 42:20
**exciting** 2:2
**excuse** 4:22
**expensive** 39:20
**experience** 22:23 32:1
**experiment** 4:4
**explain** 7:16
**express** 14:12
**expressed** 4:4
**extract** 9:4
**extracted** 9:6
**extremely** 24:2
**eye** 3:10

___

**F**

___

**face** 36:23
**faces** 12:19
**fact** 18:15 22:5 32:4 39:21
**factors** 24:16
**fad** 11:13
**fairly** 24:9
**false** 4:12
**falter** 11:17 12:1
**familiar** 25:20 45:18
**fan** 30:12
**fantastic** 4:21
**farmers** 7:20 8:12
**fast** 30:2
**faster** 30:3
**fatal** 24:6
**features** 22:18
**federal** 35:15
**feed** 8:23
**feel** 17:21 23:4
**feels** 38:25
**FEMALE** 46:4,6,9, 17,19,22 47:1,10
**Ferngully** 8:25 9:1
**fertilize** 7:25
**fertilizer** 8:16
**field** 7:20,21 8:2,13,18 26:1,20
**fight** 8:11 27:20,21 33:11
**fighting** 15:15 28:21
**figure** 10:19 11:21 42:21 45:19
**financial** 20:11
**find** 18:25 26:14 40:12 45:19

**findings** 16:21

**finite** 9:5

**fire** 9:20 12:25

**firing** 12:20

**firm** 10:4 13:6,7

**fix** 18:7

**fixing** 43:6

**flexibility** 33:11

**floor** 3:7 37:12

**flow** 23:20

**fly** 20:10 47:3

**focusing** 38:23

**fold** 28:3

**folks** 27:14

**follow** 3:14 7:5

**follow-up** 29:11,17
  31:19

**followers** 4:10

**forces** 22:16 27:14

**forgot** 30:16

**fork** 32:16

**Forty-six** 40:23

**forward** 47:8

**found** 45:14

**foundation** 5:22
  9:17 38:2

**founder** 35:23

**frack** 10:11

**freak** 18:10

**free** 4:13 11:10 15:7
  23:20 44:4

**freedom** 4:1,2,3,4
  5:1,5,9,23 11:10 21:7
  32:9,11 33:10

**freedoms** 32:21

**freely** 22:3

**friend** 25:5

**frightening** 31:9

**fruits** 7:10

**fuel** 31:23

**full-time** 15:17

**fun** 2:4,18,23 25:12
  37:11 47:4,9

**funny** 21:17

**fur** 8:15

**future** 2:16 3:11,16
  7:12 8:11 9:8,15,20
  10:16 13:1 16:10 20:22
  21:6 29:11,13,14 36:6,
  13,18 37:6 39:10 45:25
  46:2

---

## G

**Gadada** 14:1

**Gado** 14:1

**game** 20:8

**garden** 7:7

**Gate** 12:17

**gather** 17:7 19:11

**GDPS** 11:4

**Gemini** 37:21

**generated** 13:17

**generating** 37:18

**generation** 27:8

**generations** 8:18
  11:16

**generosity** 8:22

**gentleman** 32:2

**get all** 15:6

**Getch** 30:12 33:13

**giga** 38:20

**girl** 30:12

**Github** 17:4 42:5

**Gitlab** 42:4

**give** 4:1 10:5,17 11:9
  18:4 28:10 30:25 31:15

**giving** 8:23 10:10
  23:15 24:18

**globally** 41:8

**goal** 39:5

**Godaddy** 16:18
  17:18

**Godot** 20:8

**good** 2:1 9:2 10:2
  15:10 17:22 21:12 22:9
  23:1 27:10 35:23 37:9
  44:5 47:12

**goodness** 6:20

**Google** 10:21,22,23
  25:7 37:23 38:16

**Google's** 10:22

**government** 4:25
  35:15,17,18

**GPL** 32:10 33:1,17
  40:10

**GPUS** 36:21 39:19

**grand** 5:2 15:8

**graphic** 6:7

**grass** 7:25

**grassroots** 41:18

**graze** 7:20,24 8:13

**grazes** 26:2

**great** 3:6 15:6 24:3
  38:18

**greater** 4:16

**greatly** 35:7

**grifters** 11:12

**groundbreaking**
  3:25

**grounds** 9:5

**group** 3:22 42:8

**grouped** 42:10

**grow** 8:17 27:7

**growing** 27:10,12
  28:14

**grown** 24:10 27:11

**growth** 13:2 14:23
  15:3 22:21 24:10

**guarantees** 5:23
  32:20

**guess** 5:14 22:25
  36:10 44:6

**Gutenberg** 24:25
  32:25 33:1,4 45:17

**guy** 6:24 14:7 16:5

**guys** 40:11

---

## H

**hack** 4:2

**hacking** 27:2

**half** 9:11 37:22

**Halloween** 4:9

**hand** 15:15 28:21

**hands** 10:23

**happen** 8:7 11:22
  38:1,5 39:1 46:23

**happening** 11:24
  14:3 16:23 17:9 22:17
  24:15 25:12 34:11
  38:15,16

**happy** 26:17 44:3

**hard** 17:11 20:25

**He'll** 43:5

**headed** 36:4

**heads** 23:22

**health** 11:17 12:1
  13:15

**heard** 7:14 23:9

**Heather** 18:4

**heck** 37:2

**hey** 8:12 12:25 16:1,15
  18:6 19:4 34:4 35:22

**highlighted** 16:4

**highly** 30:8

**history** 30:14

**hit** 13:2 43:19,20

**holding** 42:7

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

**hollow** 13:10

**home** 12:10 46:16

**honest** 11:1 28:10

**honestly** 19:9

**honesty** 19:5

**hop** 11:13

**hope** 29:20 38:17

**horns** 32:15

**hospital** 11:18

**host** 8:23 34:19

**hosting** 10:20 11:8
  29:23 36:20

**hosts** 29:23

**hot** 40:3

**hours** 9:13,18 10:18
  15:7 37:16

**howdy** 2:1 3:12 16:16
  28:12 46:18

**huge** 21:15 31:23

**hugging** 36:23

**human** 4:5 11:25
  39:22 41:6,7

**humanity's** 5:9

**humming** 6:4

**hundred** 15:8,17,19
  34:19

**hungry** 29:23

———————

**I**

———————

**idea** 2:19 3:22,25 5:15
  7:19 8:11 12:3 30:5

**ideals** 10:6 11:6

**ideas** 6:11

**imagine** 7:19 25:4

**immediately** 45:18

**important** 7:6 32:19

**improve** 17:16

**improvements**
  17:19

**improving** 17:13

**incentives** 33:21

**incident** 18:1

**including** 22:18
  25:12 27:15 31:9 45:20

**income** 31:1

**increase** 5:9

**increases** 23:21

**incredible** 6:21
  38:17 40:4,5

**indiscernible**
  10:14,21 42:15

**individual** 30:24
  42:8,12

**individuals** 31:1

**industries** 31:9

**industry** 34:10,15

**influence** 36:19

**information** 9:21,25

**innovation** 31:23
  36:5 37:2

**innovators** 39:6

**insert** 45:21

**inside** 12:23

**insidious** 23:17

**inspiration** 19:9

**install** 45:11 46:11

**integrations** 38:24

**intellectual** 4:10

**intelligence** 38:12
  40:4

**interacts** 20:20 21:8

**interested** 16:21

**interesting** 20:13
  30:21 40:19 46:15

**interface** 45:18

**interfaces** 36:7

**International** 40:21

**interpreted** 31:20

**introduce** 6:6

**investment** 30:1
  33:22

**investors** 12:16
  31:21,22 33:8

**issues** 5:10

**iterate** 36:9

**iteration** 6:14

———————

**J**

———————

**Jacoby** 28:12 29:17
  30:11

**jazz** 2:22

**job** 18:24

**Joomla** 20:7

**Joshua** 2:14,21

**judge** 29:9

**juice** 11:12

**justify** 30:18

———————

**K**

———————

**Katz** 25:15,17,21,23
  26:4,10,19,23 27:24
  28:1

**keeping** 6:10

**kidney** 11:18,19
  21:22 32:14

**kids** 9:2 34:4

**kind** 2:20,23 3:8 5:13
  7:22 9:15 12:11 14:16
  20:12,24,25 24:12
  25:25 29:6 30:6 33:8
  38:17,24 40:4 41:14
  42:15,18

**knowledge** 7:4

**KPIS** 13:2

———————

**L**

———————

**labor** 8:17

**labors** 7:10

**lack** 12:21 30:1

**Ladies** 16:14

**Lake** 10:4,5 13:7,13,
  17,19 14:4,5,14

**landowners** 30:19

**lands** 30:18

**large** 30:19

**larger** 37:21

**largest** 36:15

**lasts** 11:16

**law** 5:23 6:1

**layer** 38:7 39:1

**leaders** 17:25

**leadership** 17:24

**leading** 13:13

**learn** 6:7,9,10,16,19
  7:3 8:25

**learned** 7:4

**learnings** 6:13

**leaving** 39:14

**led** 13:22

**Lee** 14:7 16:5 18:4

**left** 8:4

**LENT** 6:8

**level** 31:2

**liberation** 30:6

**license** 5:4,10 6:3
  32:10,19,23

**licensee** 4:16

**licensees** 4:16

**licenses** 5:21 33:10

**licensing** 33:9

**life** 44:16,21 45:1

**lifeing** 44:13

**lighter** 42:12

**likes** 5:18 23:19

AUDIO TRANSCRIPTION - JOB NO. 1462612                                    FEBRUARY 13, 2025
WPENGINE, INC. v AUTOMATTIC INC., et al.

lines 36:19

link 4:8 5:22

linked 5:14

list 28:15

listed 9:18 10:3

listening 30:14
  47:15

literally 8:7 18:5

live 43:6

lived 7:19

lives 2:17

living 34:5

Llama 4:13,20 5:8

loads 45:17

local 36:24 38:13
  41:9,11 47:4

locally 36:23

logical 25:25

logically 42:10

logo 30:13

logo's 23:14

long 11:15 44:16

looked 44:15

loop 8:25

lose 18:24

lot 5:14 7:13 9:21
  10:22 11:5 14:20 16:19
  19:20 20:12,13,14
  22:16 24:15 26:5 27:14,
  16 29:8 30:24 31:22,25
  33:7,20 34:1,2,11
  35:18,19 36:5,20 37:2
  38:17 39:19 42:1,18
  43:10,12

love 20:2 21:6 29:24
  35:20

lucrative 24:2

lunches 35:10

## M

macroeconomic
  22:25

macroeconomics
  15:2 22:14,15

made 4:15 18:19 23:2
  34:5

main 39:5

major 4:11

make 5:2 8:17 12:22
  15:9 19:25 20:24 25:9
  29:7,15 31:3 34:14 37:7
  38:11 42:11 45:1 46:14
  47:2,4,9

make.wordpress.
org/project 16:25

makers 11:10

makes 5:25 23:6,16
  38:4

making 6:25 14:10
  21:9 22:2 31:6 33:9
  42:23 45:20

MALE 22:1,10 24:22
  43:2,8,20,22 44:1,9
  45:10

man 9:2 11:19 12:18
  30:11 43:24 45:4,6

management 10:5
  13:8 18:9

managements
  18:21

manifestation 2:3

manual 19:13

manually 17:2

map 14:24 15:3

marginal 26:4 32:4

Mark 35:22

market 24:14 26:24
  27:12

marketing 5:20

massive 13:23 17:18
  39:19,21

Matt 3:13 16:15,18
  19:4 25:15 28:12 30:12
  32:15 34:8,9 35:22
  40:6,9 43:2 46:17 47:17

matter 32:16

matured 33:20

Maunder 35:22 39:3
  40:6

means 13:21

meantime 42:5

mechanisms 17:20

mediated 38:6

medium 2:23

meetings 17:21

meetup 17:2,7

meetups 28:2

mega 39:14

memos 4:9

mentioned 15:13
  16:19 22:4 30:17 36:2

mercilessly 24:20

mess 43:17

messing 44:19

meta 4:12 5:6,11 17:5

Meta's 5:10

metered 36:7

methodology
  24:13

mic 19:6

micro 29:17

microphone 16:11

Microsoft 4:9

mics 15:24

migrating 30:4

million 4:17 13:20
  15:9 32:17 37:22 43:11

millions 34:22 35:9

mind 6:11

mindset 6:2

minute 7:14

minutes 37:17

misinterpreted
  4:20

mistakes 29:15

misuse 23:7

mobile 21:3 33:3

model 4:13 36:22
  38:11,13

models 36:1,5,8
  37:21 38:1,6,20 39:6,23

modified 9:20

monetization 13:14

money 10:10 22:2
  31:6,15 34:18,20 35:19
  45:9

month 4:18

monthly 4:14,17

months 24:12 41:1

moral 4:10

mores 6:1

motive 10:20

move 38:17

movement 4:10
  19:19,20 20:4

movements 36:15

movie 9:1

moving 25:7

MPL 33:2

Mullenweg 2:1 3:3,
  13 16:16 17:10 18:3
  19:6,16,21 20:1 21:14,
  17,23 22:9,14 24:23
  25:16,20,22,24 26:8,15,
  22 27:10,25 28:7,17
  29:20 31:17 33:14
  34:25 35:3,8,16 37:8
  39:18 40:7,19 41:4,9,
  13,20,23 42:3 43:1,4,
  19,21,24 44:8 45:4,14
  46:5,8,12,18,21,24
  47:2,12

multiple 13:24

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

music 3:17 12:8 13:4
musician 2:22
MVP 16:25

**N**

nakedly 24:20
name's 14:7
nation 11:2
natural 6:15 9:4 40:4
necessarily 44:17, 23
needed 44:17
negativity 28:5
Nestor 40:21
Netscapes 36:11
network 32:4
Newfold 10:13,17 15:13
Newfold's 10:14
news 27:10
NGOS 41:17
nice 45:3
night 37:11
Nitropack 28:13
nodding 23:22
nods 23:22
Noel 14:22
nonprofit 41:5 42:22
nonprofits 41:17 42:22
normal 11:22
nothing's 29:15
noticed 23:21
nourish 2:10 3:17 6:8,9,10 7:5 8:25 10:11 19:3
nuances 32:8
nuclear 38:20

number 4:24
numbers 17:2

**O**

O- 43:6
obsessed 37:9
occurs 8:6
offer 15:25 26:16
offered 16:6
official 23:13,15
oil 9:5
online 18:16
open 4:7,13,22 5:5,8, 20,21,22,25 6:3 7:3 9:3 10:6 11:5,20 13:10,14, 17,25 14:2 15:22 19:11, 12,13,25 20:2,3,5,6,8, 10,15,16,17 21:18 24:5, 9 25:4,6,13 29:3,4,7 32:25 35:17 36:1,5,14, 15,22 37:3,7 38:1,2,3,4 39:6,9 40:10,25 41:17 45:15,16
opened 40:25
openness 8:21
operating 38:6,8
opinions 14:13
opportunity 8:9
opposed 39:13
opposite 8:10
order 16:12 27:7
organization 41:7
organizations 41:18
organizer 44:2
OS 39:1
OSI 5:22
Ostrom 25:19
Otto 17:5 43:4,6
ousting 13:24

overgrazed 8:3
overlap 19:24
owned 13:19
owners 33:8
ownership 32:18
owns 14:8

**P**

pages 9:8 10:16
paid 6:25 26:17
pain 11:23
papers 37:10
parasitic 8:22
part 7:6 15:2,5,22 17:11 19:3 20:3 23:15 30:5 34:7 35:12 36:23 45:5
participate 8:24
participation 11:5 12:21
parts 6:9
party 47:11
pass 47:16
past 12:15 24:12 26:12 27:11 29:10,12 33:18
path 7:5
pattern 14:3 42:14,16
patterns 42:13
pay 35:10,19 44:12
paying 25:5 36:7 44:20
people 3:9,22 4:20 5:14 7:16,23 8:12 10:2 12:18,23 15:17,19 18:19,20 20:14 21:9,19 22:7 23:6,9,11,12 25:7 26:5,13 27:1,8 28:3 30:21 31:2,3,11,20 32:5 33:17 34:3 35:10 40:12, 24 41:2 44:19 45:2,19 46:1

perfect 32:1
perfectly 9:12
performance 2:24 30:4
person 7:22 12:4 14:6,17 19:8 22:13 32:12 47:4
person's 28:20
personal 26:23 44:2
personally 26:12
perspective 17:24 26:23
philosophy 7:12
physical 2:2
piano 2:15
pick 47:7
place 9:15 21:8 36:17 42:24
places 6:5
plan 39:4
planning 37:2
plans 21:15 46:22
platform 28:2
play 2:12,13,18,23 12:10
playground 27:22
pledgers 9:11
plugin 39:5 40:17 42:9,14 45:16,23
plugins 21:11 22:21 40:18 42:8,12
podcast 29:3 30:14
podcasting 29:3
point 5:3 10:8 12:23 21:7 22:24
pointing 34:9
portion 13:9
Portland 2:4 3:20
positive 28:4

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

positivity 28:4

post 2:9,20 7:14 8:19 12:5 16:24 29:11 31:19 36:4 45:15,16

potato 40:3

potential 17:7

power 18:13 19:13 38:20 39:24 40:2,4

powered 3:16 4:23 19:12

powerful 20:19 26:13 38:14 39:22

practically 38:5

preceding 4:17 5:2

predates 22:19

presentation 14:22 18:5 22:12 28:10 29:21

presentations 2:7 28:8

press 2:13 17:7

Pressable 29:24

pretend 5:8

pretty 2:4 14:25 15:3, 10 20:19 31:12 45:19, 22

previous 7:8

price 13:22 23:21 31:16

primitives 42:19

principles 12:2

print 16:6

prioritizing 13:15

privacy 38:19

private 10:4 12:16 13:5,9 23:19 31:8,20

problem 30:23,25 31:2

process 17:18

product 38:24

production 21:16

productivity 37:17

products 4:15

professional 4:8

profit 23:24

profits 4:12 8:14 23:20

program 8:11

project 14:2 25:2

projects 20:15 25:13

promote 28:2

promoting 26:25

pronounce 14:2

proponent 31:17

proprietary 5:10 29:4 34:18 36:1,6,11

prosperity 31:25

protects 32:10

proven 39:12

providers 36:21

proxy 9:12

public 12:22 18:14 29:9 30:18 34:23

publicly 26:15

pull 17:3

punch 26:7,12 44:18

punching 26:8

pure 19:24

purpose 31:13,14

purposes 5:20

put 2:9 8:16 13:1 15:14 23:1 27:15 33:1 34:4,21 42:3 44:8

putting 34:23

Q

question 22:9 34:7 37:9 40:11,15 46:3

questions 15:23 16:11,13,18

quick 12:10 43:2,3

quickly 7:17 45:20

quote 4:14

R

rails 20:21

Rainforest 9:1

Raise 10:23

rampant 27:21

ran 15:4

range 4:5

reach 12:24

reached 9:23

read 2:20 6:7 12:10,17

reading 2:9,13 3:18 12:11 37:10

ready 2:13 42:2

real 6:15 19:25 25:3,8 33:18

realize 20:14

realized 7:2

rebuild 44:12,20

receiving 17:12,13

recent 27:24

recently 40:10

recommend 3:21

records 29:8

recover 21:21

Reddit 44:10

Redmond 2:21

reduce 41:7

registered 4:23

regularly 43:16

release 24:25 46:6

released 22:6

relicensed 32:24,25

relicensing 33:6

religion 21:19

religions 21:18

religious 33:15

rely 31:4

remember 30:15

remembers 9:1

renew 11:8

renewal 29:22 30:9

rent 39:17

replacement 17:7

Replit 37:14

repo 40:13 41:24 42:5

represent 12:3

request 43:10

requests 23:12

require 45:8

rescued 36:13

rescues 43:12

research 16:21,22

resource 8:4 9:4,5 22:3

respect 17:13

response 14:1

responsibility 7:9

rest 36:7

retaliation 12:20 18:17

return 10:6 13:17,20

returns 24:3

revenue 9:10 11:3 15:3 23:2 24:17 28:22 33:22,24

revoked 5:4

ride 20:12

ridiculed 4:7

rights 5:3 41:7

RND 15:5

Robert 28:12

Robertson 16:15,17 17:11

robustness 43:9

Rodman 2:14

Roman 7:3

room 2:4 27:17 32:12 34:10

rose 42:20

rough 24:7

roughly 9:10

round 34:25 41:20 47:18

rounds 47:16

rude 18:18

rules 42:6

run 24:1 27:21 36:22 42:6

running 21:1

runs 39:23

**S**

saint 29:12

Sally 30:12

Sasha 16:14 19:4,7,8, 17,22 21:12,15,21

save 35:18

saved 34:22 35:9

saxophonist 2:22

scammy 20:12

scary 18:8,9,12

scheduled 46:24

school 3:24 34:17,23 35:10

schoolyard 14:18

screw 11:16

scripts 37:18

sees 44:25

selection 6:15

selling 8:14,15 31:6, 14

semi 44:20

separates 6:3

serfs 31:6

server 36:12,24

servers 30:3 36:11

service 23:23

services 4:15

set 5:6

shamanic 11:23

shame 17:23

share 10:23 19:20 24:14,17 25:8 26:6,25 27:12 40:20

shared 8:4 11:6 17:25

sharing 7:4 9:22,25 47:14

sheep 7:21

shipped 22:17

shopping 21:10

shot 39:9

show 14:3

Showcase 40:21

sick 34:17

side 18:2 21:9

sideloaded 42:15

sideways 44:18

sign 5:20

silicon 38:15

Silver 10:4,5 13:7,13, 17,19 14:4,5,14

similar 22:6

simple 3:25

simply 9:4

simultaneously 22:17

single 15:7 29:21 32:12 40:17

singling 26:10

site 30:7 43:12,15 44:12 45:10

sites 4:24 34:5 40:22, 23 42:19 43:11

sitting 41:1

size 9:10

slash 44:10

slide 2:10

slowing 14:23 30:3

smart 5:7

social 6:1

socials 3:14

software 4:1 6:3,4 15:6,11,14 32:3,16

solution 21:6

song 2:11,12,21 12:10,13

sort 5:16,17 20:5,9 24:19 36:19 38:11,23 39:8,14 42:8 44:19

sorts 21:2

sounded 22:12

Sounds 21:12 47:12

source 4:7,13,22 5:5, 8,20,21,25 6:3 7:4 9:4 10:6 11:11,20 13:10,14, 17,25 14:2 15:22 20:2, 3,5,6,8,10,15,16,17 21:18 24:5,9 25:13 35:17 36:1,5,14,15,22 37:3,7 38:1,2,4 39:6,10

source.org. 5:22

sourced 29:3 40:10, 25 41:17

sources 17:1

sourcing 29:4

space 37:3

spare 31:7

speak 18:12

speaking 12:20 18:22

specific 28:17 38:24

speech 5:1

speed 12:11 38:18 47:9

speedball 46:20

spells 6:8

spend 9:16 15:5,7

spending 28:22 34:17,18 37:10

spent 34:20

spiciest 2:7

spicy 14:19 33:18 46:12

split 10:15

spoken 2:24

sponsor 3:7 26:11, 17

sponsoring 25:13

sponsors 3:7 10:17

spread 7:10 28:4

squeeze 11:12 23:19,20,24 24:4

stage 2:16

stalled 24:11 26:24 27:13

stand 12:2

standard 32:7 33:4 37:24

start 2:8,13 3:18

started 27:2 30:22

state 5:11,15,16,18 11:3

States 5:13

stats 17:3

step 18:6

steps 7:8

stick 34:13

stone 11:18,19 21:22 32:14

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

stopped 38:23

stopping 35:24

story 40:20 43:8

stress 46:10

stressing 44:19

strike 29:18

strip 40:16

strong 12:2

students 6:23

stuff 2:16 3:1,8 10:24
12:1,7 18:13 19:15,25
20:13,25 24:15 25:2,10,
12 31:6 33:15 37:11
38:12 45:6,19

submitted 41:24

succeed 7:11

successful 7:9 24:2

sucked 24:25

suggesting 26:19
28:1

suicide 18:11

suited 27:3

super 26:11,17

support 12:22 18:25
23:12 43:10

supported 43:12

supporting 18:22

surroundings 9:5

sweet 15:10

switch 30:7

switching 29:5 30:4

symbol 8:21

synchronized 2:20

system 20:11 34:7
35:12 38:7,8,11 39:2

---

**T**

T-T-O 43:7

tailwind 24:23

takes 8:1,2

taking 15:12 33:10
42:7

Talent 13:12,13

talk 12:1,13,15 13:9
15:23 18:4 21:13 28:2
30:21 38:3 47:10

talked 9:23 14:23
31:19 37:12,20

talking 17:5 26:10,12
37:24 38:3

talks 14:22

taught 6:18

taxes 35:19

taxpayer 34:18,20

teach 6:8,9,16,18,24
8:25

teachers 6:22 35:11

team 17:21

tech 4:11 10:25

technical 21:5

technology 19:14

tenet 12:3

tenor 2:22

term 7:15 11:15

terms 5:7 22:25 42:7

terrifying 28:11

terrorizing 27:22

testing 21:16

That'd 15:9

theme 40:10,13,22,23
41:14,24

theory 37:25

There'll 8:3

thereof 12:21

thing 13:25 14:17
18:18 19:13 20:19 23:6,
13,19 26:1 31:10 33:19
35:24 38:3 45:8 46:1
47:4

things 2:6 3:14 4:3
6:15,22 7:21 8:8,17
15:18,21 17:21 19:3
20:7,13 21:2 22:17
23:25 24:3,14 25:8
27:3,18 28:24 29:2,7
31:4,9 32:17 33:3,8,17
37:14,15,19 38:16,21
42:13 43:6,13

thinking 6:2,8

thought 6:24 19:17
30:15,20

thoughts 36:17 37:4

thousand 6:5 34:19

throw 42:4

tied 15:15

ties 41:14

time 6:20 8:14 9:16
11:7 17:15 19:16 22:6
25:6,8 29:22 30:16 31:7
37:11 38:23 46:3

tired 34:17

today 2:6 3:19 19:5
27:6 28:2,10 35:24
46:13 47:15

tokens 37:22

told 13:1 15:25 44:11

tomorrow 32:17

ton 22:2 24:11 27:15

tons 31:15

tooling 17:3

top 14:2 16:4 17:24
27:5

totally 11:22

touch 19:14 30:16

touches 20:4

town 7:19

toxic 13:22

TPU 38:16

track 17:6 29:8

tracking 17:6 24:14

trademark 23:7

tragedy 7:15,18 8:5
25:18 30:17 32:2

TRANSCRIPT
47:19

transformers 40:1

transparency
16:22 17:8

transparent 18:13

treat 9:3

trickiest 7:6

tricky 23:7

trouble 18:21

true 44:16

Trust 18:3

trusting 39:15

truth 18:13

Tumblr 3:16 29:5

turn 8:2 12:8 44:9

turns 32:14

tweets 12:14

---

**U**

ultimately 19:2

understand 26:3

understanding
17:19

underway 35:25

unique 9:15 24:9

united 3:24

Unity 13:19,20

UNKNOWN 22:1,10
24:22 43:2,8,20,22
44:1,9 45:10 46:4,6,9,
17,19,22 47:1,10

update 43:20 44:5,8,
9

updated 43:15

upgrade 45:7

upload 25:9

AUDIO TRANSCRIPTION - JOB NO. 1462612
WPENGINE, INC. v AUTOMATTIC INC., et al.

FEBRUARY 13, 2025

**usable** 45:20

**usage** 6:16 22:4 39:9

**users** 4:15,17,23 5:7 13:14 29:19 30:25 39:8

---

**V**

**valid** 22:1

**valuable** 32:6

**vassal** 5:11,12,15,18

**vendettas** 26:20

**version** 6:14

**versions** 22:18

**versus** 32:6 42:8

**verticals** 35:5

**veterinarians** 31:10

**vibe** 29:6

**view** 21:7

**villages** 8:7

**violated** 33:17

**violations** 41:8

**visit** 3:10,21

**visitors** 4:23

**vote** 10:9

**vulnerable** 47:14

---

**W**

**W3techs** 24:13

**walk** 12:6

**wallet** 10:9 21:1,4 24:17

**wanted** 25:17 26:6 31:7 44:17,24

**war** 35:25

**wary** 11:11

**watch** 28:7 29:21

**water** 7:6,24 8:16 21:25

**waters** 26:2

**watts** 39:23

**ways** 17:6 42:17

**wealthy** 44:3

**web** 11:5 19:11,12,25 36:10,11,13 37:23,24

**website** 14:14,16 44:5

**websites** 34:19 41:11

**week** 9:13 11:18 15:8 17:18

**Weigh** 11:8

**weight** 39:8 42:12

**weights** 38:3

**weird** 11:24

**whim** 5:10

**white** 41:1

**Whiting** 14:7

**who've** 9:23

**Wikipedia** 5:14 20:6

**wild** 20:12 37:15,17

**win** 47:8

**windows** 37:20

**winning** 5:21

**wire** 26:17

**wise** 43:9

**withers** 10:12

**wondering** 22:5 30:22 36:16 37:4

**wonders** 45:6

**Woocommerce** 21:11

**word** 2:24

**Wordcamp** 2:7 3:20,21 14:11,22 16:8,9 26:11 28:8 46:14

**Wordcamps** 16:19

**Wordfence** 35:23

**Wordpress** 2:3 3:4, 15,16 4:23 9:16 10:9,24 12:21 13:1 14:23 18:23 19:19,20 20:7,20 21:8 22:4,8 23:10,16 24:8 25:5 26:6,24 27:1,2,7,9 28:14 29:5 30:24 32:10, 11 33:5,25 34:5,6,16, 21,24 35:6,14,17 36:14, 21,23,24 39:5,6 43:9, 11,22 44:10 46:7

**Wordpress's** 36:17

**wordpress.com** 15:20

**work** 5:25 6:15,25 13:3 17:25 21:3 25:19 30:7 31:7 41:10,18 42:1 43:21 45:9 46:19

**worked** 33:14,16 43:22

**working** 3:23 15:18, 19,21

**world** 6:15 11:2 36:3, 15 42:23

**worried** 32:9

**worry** 31:10

**worth** 39:13

**wow** 6:24 34:25 35:8 40:5

**WP** 30:12

**WPENGINE** 9:9,18, 19,22 10:2 14:6,8,11,21 15:4 16:1 23:4,6,12,14, 18 26:16 28:16 29:21 30:10

**wrapped** 3:19

**write** 9:12

**writing** 2:23

**written** 30:18

**wrong** 10:1

**wrote** 2:9,10,20 9:19 11:17

---

**Y**

**yang** 8:20,21

**year** 5:2,3 9:11 15:8,9 17:15 27:11 33:25 34:1, 19

**years** 13:16 14:24 19:10,22,23 24:25 34:21 37:10 41:19 43:15 44:6

**yin** 8:20,21

---

**Z**

**zealot** 33:16