# EXHIBIT 5

News                                                                Categories

The Wayback Machine - https://web.archive.org/web/20240922001039/https://wordpress.org/n…

September 21, 2024

By Matt Mullenweg in Community, WordCamp

# WP Engine is not WordPress

It has to be said and repeated: *WP Engine is not WordPress*. My own mother was confused and thought WP Engine was an official thing. Their branding, marketing, advertising, and entire promise to customers is that they're giving you WordPress, but they're not. And they're profiting off of the confusion.

I spoke yesterday at WordCamp about how Lee Wittlinger at Silver Lake, a private equity firm with $102B assets under management, can hollow out an open source community. Today, I would like to offer a specific, technical example of how they break the trust and sanctity of our software's promise to users to save themselves money so they can extract more profits from you.

WordPress is a content management system, and the content is *sacred*. Every change

News                                                                                    Categories

This is very important, it's at the core of the user promise of protecting your data, and it's why WordPress is architected and designed to never lose anything.

**WP Engine turns this off.** They disable revisions because it costs them more money to store the history of the changes in the database, and they don't want to spend that to protect your content. It strikes to the very heart of what WordPress does, and they shatter it, the integrity of your content. If you make a mistake, you have no way to get your content back, breaking the core promise of what WordPress does, which is manage and protect your content.

Here is a screenshot of [their support page](https://web.archive.org/web/20240922001039/https://wordpress.org/news/2024/09/wp-engine/) saying they disable this across their 1.5 million WordPress installs.



News   Categories

They say it's slowing down your site, but what they mean is they want to avoid paying to store that data. We tested revisions on *all* of the recommended hosts on WordPress.org, and *none* disabled revisions by default. **Why is WP Engine the only one that does?** They are strip-mining the WordPress ecosystem, giving our users a crappier experience so they can make more money.

**What WP Engine gives you is not WordPress**, it's something that they've chopped up, hacked, butchered to look like WordPress, but actually they're giving you a cheap knock-off and charging you more for it.

This is one of the many reasons they are a cancer to WordPress, and it's important to remember that unchecked, cancer will spread. WP Engine is setting a poor standard

that others may look at and think is ok to replicate. We must set a higher standard to

News                                                                                                                                Categories

accidentally lose something important. Ideally, they should go to unlimited. **Remember that you, the customer, hold the power; they are nothing without the money you give them.** And as you vote with your dollars, consider literally any other WordPress host as WP Engine is the only one we've found that completely disables revisions by default.

Previous

## Subscribe to WordPress News

Email Address                                                                                                          Subscribe

Join 18K other subscribers

## WP Briefing — The WordPress Podcast

Join Josepha Haden and Matt Mullenweg to learn about where WordPress is going and how you can get involved.

 

Listen to all episodes

## News

| | | | |
|---|---|---|---|
| About | Showcase | Learn | Get Involved |
| News | Themes | Documentation | Events |
| Hosting | Plugins | Developers | Donate ↗ |
| Privacy | Patterns | WordPress.tv ↗ | Five for the Future |

## Categories

WordPress.com ↗

Matt ↗

bbPress ↗

BuddyPress ↗