Michael Willman

5 Mecca Lane Washington, ME 04574

1 (207) 242-4767

michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case Number: 3:24-cv-06917-AMO |
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL WILLMAN IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR ORDER TO SHOW CAUSE** |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | |
| Defendant. | JUDGE: Hon. Araceli Martinez-Olguin |

I, Michael Willman, declare as follows:

1. I make this declaration in support of Proposed Intervenor Michael Willman's Reply to Opposition to Motion for Order to Show Cause. I have personal knowledge of all the facts set forth in this declaration, and if called upon to do so by the Court, I could and would testify competently thereto.

2. On January 30th and 31st I caused a series of screenshots to be created of two conversations with the Slack user Paragonie. A true and correct copy of the screenshots are attached hereto as part of Exhibit A.

3. On February 24th, 2025 I caused a screenshot of the Opposition to Motion for Order to Show Cause filed by the Defense Counsel to be created. A true and correct copy of the screenshot is attached hereto as part of Exhibit B.

4. On February 24th, 2025 I caused a screenshot of a conversation on Reddit between myself and the Reddit user "jengl" to be created. A true and correct copy of the screenshot is attached hereto as part of Exhibit B.

5. On January 15th, 2025 I caused a screenshot of a message posted to the subreddit r/WPDrama by the user u/photomatt to be created. A true and correct copy of the screenshot is attached hereto as part of Exhibit C.

6. On February 24th, 2025 I caused a screenshot of a message posted to the subreddit r/WPDrama by the user u/andercode to be created. A true and correct copy of the screenshot is attached hereto as part of Exhibit C.

Respectfully submitted,

Date: February 25th, 2025

By: /s/ *Michael Willman*

Michael Willman