# EXHIBIT A

Conversations held with the user Paragonie on the Make.Wordpress.org Slack server

 **paragonie**  Oct 16th, 2024 at 7:12 AM
https://github.com/bullenweg/bullenweg.github.io/issues/11

I believe it's important that everyone, especially people critical of @matt, pay attention to what happened in this linked issue. A lot of people from r/WordPress expressed discomfort in them highlighting Matt having a nosebleed (after a ton of travel) as criticism. They closed it unceremoniously as "not planned".

However you feel about this situation, that's simply not cool.

> #11 Nosebleed Stuff

 **paragonie**  Oct 16th, 2024 at 1:22 PM
People are allowed to feel angry, scared, outraged, offended, and/or betrayed by Matt's recent behavior, and the sycophants that seem to endorse said behavior. Totally justified.

It's not okay to use those feelings to do pointless shit that causes collateral damage to third parties. As you said, WP contributors and community members. But also, third parties who might be self conscious about chronic nose bleeds.

It also doesn't directly serve any purpose other than shaming Matt. Which, if he's as big a narcissist as everyone says, is a fool's endeavor anyway! But also, you don't **need** to shame Matt to get your point across. The point stands very strongly alone. (edited)