# EXHIBIT B

Excerpt from Opposition to Motion for Order to Show Cause filed by Defense Counsel

3   Nor did Prior Defense Counsel "misrepresent[] the timeline of events" as Mr. Willman
4   alleges. Mot. at 16. While Mr. Willman claims "Defense Counsel attempts to retroactively justify
5   their client's actions by citing statements made by Mr. Willman after the violation of the
6   preliminary injunction and falsely implying that these statements were made before the violation
7   occurred," Mot. at 16, Mr. Willman himself concedes that he was "only banned after egging Matt
8   on," taking the position not that this was untrue, but that his self-described "argumentative and
9   combative" posts did not justify his banning due to the particular channel they were posted in:

10   **Mr. Willman Concedes**

11   WillmanRacing OP · 12d ago

12   By your own admission, you were only banned after egging Matt on.

13   For using the ranting channel for a legitimate purpose, as it was presented for use and within the terms of the
     Code of Conduct. I fail to see any difference between those messages and earlier exchanges between myself
14   and Matt, including one that he ended up turning into an announcement on that very Slack server.

15   If my actions are somehow harassing or similar, then you would think he would refrain from continuing to
     frequent communities that I moderate myself. And maybe not thank me for my moderation actions here
     *checks notes* just a few hours ago.
16
     I don't dispute in any way that I was being argumentative and combative. I was. But, what else is the purpose
17   of that channel? Is it not for people impacted to rant about the issues?

     If Matt had never created such a channel, I would never even think about filing this. If he banned me for
18   posting that to #meta or #community-team, I wouldn't have a leg to stand on.

     And that's really this whole thing. He just keeps *going* and *going* and *going*. If I need to risk further financial
19   ruin, sell everything I own to buy a trailer and park it next to the court house for a year, then so be it.     i.
20   ECF 83-6 at 3.                                                                                                  ii.

Screenshot of a Reddit thread taken on February 24th, 2025

[–] **jengl** M H  -5 points 1 month ago
The ban didn't stop you from doing any work. Easy enough to sign up for another account.
By your own admission, you were only banned after egging Matt on.
Also, am I reading this right - you don't even have a signed contract as proof?

permalink  embed  save  parent  report  reply

[–] **WillmanRacing** M H  Post-Economic (I'm Poor) CEO of Redev  [S] 11 points 1 month ago
Also, am I reading this right - you don't even have a signed contract as proof?

There are additional documents that I am going to attempt to file under seal once it gets to that point. Unfortunately not every single point can be covered publicly.

The ban didn't stop you from doing any work. Easy enough to sign up for another account.

I lost work due solely to the damage to my reputation, my client never asked if I could evade or get around the ban.

By your own admission, you were only banned after egging Matt on.

For using the ranting channel for a legitimate purpose, as it was presented for use and within the terms of the Code of Conduct. I fail to see any difference between those messages and earlier exchanges between myself and Matt, including one that he ended up turning into an announcement on that very Slack server.

If my actions are somehow harassing or similar, then you would think he would refrain from continuing to frequent communities that I moderate myself. And maybe not thank me for my moderation actions here *checks notes* just a few hours ago.

I don't dispute in any way that I was being argumentative and combative. I was. But, what else is the purpose of that channel? Is it not for people impacted to rant about the issues?

If Matt had never created such a channel, I would never even think about filing this. If he banned me for posting that to #meta or #community-team, I wouldn't have a leg to stand on.

And that's really this whole thing. He just keeps *going* and *going* and *going*. If I need to risk further financial ruin, sell everything I own to buy a trailer and park it next to the court house for a year, then so be it.

permalink  embed  save  parent  report  reply