# EXHIBIT C

Screenshot of a Reddit thread taken on January 15th, 2025



Screenshot of a Reddit thread taken on February 24th, 2025

