# EXHIBIT 1

QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**<br><br>Judge Araceli Martínez-Olguín |

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** All Documents and Communications regarding Defendants' self-proclaimed nuclear war against WPE, Including the planning for, execution of, intentions regarding, reasons for, and anticipated consequences of that nuclear war.

**REQUEST NO. 2:** All Documents and Communications Relating to Your stated plan to carry out a "scorched earth nuclear approach to WPE" if WPE does not agree to pay Automattic for a trademark license, as referenced in Mullenweg's text message to WPE's board member dated September 20, 2024, *see* Dkt. 21 (Brunner Declaration) ¶ 31, Including when it was conceived of, who approved it, and all steps and stages of it.

**REQUEST NO. 3:** All Documents and Communications Relating to the blocking of WPE's or WPE's customers' access to wordpress.org, or any other site owned or operated by Defendants, Including but not limited to the reasons for such blocking, the anticipated consequences of such blocking, and the variables Defendants are using to institute those blocks, such as IP addresses or other data used to identify WPE or its customers for blocking purposes.

**REQUEST NO. 4:** All Documents and Communications Relating to any considered, possible, or actual suspension of or interference with WPE's employees', users', agency partners', or customers' access to or use of WooCommerce, Jetpack, or any other plugins.

**REQUEST NO. 5:** All Documents and Communications Relating to any mechanism considered or implemented by Defendants to disallow WPE, anyone affiliated with WPE, or anyone with a financial connection to WPE from accessing wordpress.org, Including the introduction of a check box requiring website users to agree that they are not affiliated with WPE.

**REQUEST NO. 6:** Documents sufficient to show all search terms or search strings blacklisted or suppressed from the wordpress.org forums, Including the time period(s) for which they were blacklisted or suppressed.

**REQUEST NO. 7:** All Documents and Communications Relating to actions Defendants contemplated taking or did take with respect to WPE's Advanced Custom Fields, Including but not limited to (1) changing the listing page for the Advanced Custom Fields plugin, (2) renaming the

plugin from "Advanced Custom Fields" to "Secured Custom Fields"; (3) changing the description of the plugin; (4) changing the attribution of the plugin from "WP Engine" to "Wordpress.org"; (5) retaining the Advanced Custom Fields slug, reviews, comments, ratings, and download counts as those of the "Secured Custom Fields" plugin; (6) removing or hiding certain user reviews, Including those that were critical of Defendants' actions; and/or (7) switching Advanced Custom Fields users or customers to become Secured Custom Fields users or customers.

**REQUEST NO. 8:** All Documents and Communications Relating to attempts by Defendants to (1) break, interfere with, or alter in any way the functionality of any plugin published, controlled, developed, or maintained by WPE; or (2) break, interfere with, or alter in any way the functionality of any WordPress site or installation of any WPE user or customer.

**REQUEST NO. 9:** All Documents and Communications Relating to Defendants changing the code of the "Advanced Custom Fields" or "Secured Custom Fields" plugins to alter or remove links that allow users to upgrade to the "PRO" version of "Advanced Custom Fields."

**REQUEST NO. 10:** All Communications between Defendants and any other person referencing WPE, Silver Lake, or ACF from January 1, 2018 to present.

**REQUEST NO. 11:** All Documents and Communications from January 1, 2022, to the present Relating to any alleged security vulnerabilities in any plugin hosted on wordpress.org (Including Advanced Custom Fields and all other hosted plugins), Including (1) all policies and procedures that govern wordpress.org's practices regarding security vulnerabilities; (2) all Documents concerning whether or when to make notifications of security vulnerabilities; (3) all Documents concerning whether or when to make or delete social media posts regarding potential security vulnerabilities; (4) all Documents concerning the assessment of risk severity of a vulnerability; (5) all Documents concerning assessment of any fixes to purported vulnerabilities; and (6) all Documents concerning wordpress.org's responses to or actions taken regarding any such purported security vulnerabilities.

**REQUEST NO. 12:** All Communications from January 1, 2023 to the present between Defendants and customers or prospective customers of WPE, whether such customers are free or

**REQUEST NO. 28:** Documents sufficient to show the ownership structure of WooCommerce, Including ownership by each investor, classes of shares, assignment of votes, and any shareholder rights.

**REQUEST NO. 29:** Documents sufficient to show the ownership structure of Audrey Capital, Including ownership by each investor, classes of shares, assignment of votes, and any shareholder rights.

**REQUEST NO. 30:** All Documents since January 2022 discussing or analyzing Automattic's cash balance, liquidity, and solvency, Including but not limited to any plans and/or analyses showing a deteriorating financial situation.

**REQUEST NO. 31:** Documents sufficient to show the ownership structure of the WordPress Foundation, Including ownership by each investor, classes of shares, assignment of votes, and any shareholder rights.

**REQUEST NO. 32:** All Documents and Communications, for the WordPress Foundation Regarding organizational documents, governance documents, Board minutes, regulatory filings, charitable donations (whether monetary, via provision of free services or products, or in-kind donations), documents Relating to donation of trademarks and assignment of trademarks, all board minutes, all discussions concerning conflicts of interest and related-party transactions, and all disclosure documents Relating to related-party transactions.

**REQUEST NO. 33:** Documents sufficient to show the organizational structure of wordpress.org on a yearly basis since 2005.

**REQUEST NO. 34:** Documents sufficient to identify Automattic's organizational structure on a yearly basis since 2005, Including all employees, departments, parents, affiliates, subsidiaries, licensees, franchisees, successors, predecessors in interest, assignees, or any other business entities.

**REQUEST NO. 35:** Documents sufficient to identify the WordPress Foundation's organizational structure on a yearly basis since 2005, Including all directors, employees, departments, parents, affiliates, subsidiaries, licensees, franchisees, successors, predecessors in interest, assignees, or any other business entities.

**REQUEST NO. 36:** Documents sufficient to show the annual revenues and expenses of wordpress.org from 2010 to the present, Including (i) how expenses are paid, (ii) by whom expenses are paid, and (iii) the sources and amounts of wordpress.org's revenue.

**REQUEST NO. 37:** All Documents and Communications Relating to WordPress Foundation's financial statements, Including, but not limited to, any statements of activities, statements of assets, statements of financial position, balance sheets, statements of cash flows, and statements of functional expenses.

**REQUEST NO. 38:** Documents sufficient to show who directs and controls access to and work on WordPress core and/or other code available on wordpress.org, Including (1) how decisions are made; (2) who can contribute to the code and in what way; (3) how changes to the code are prioritized; (4) who can access which portions of the site; and (5) management of plugins, themes, or other community contributions.

**REQUEST NO. 39:** All Documents and Communications Relating to any public statements by Defendants, wordpress.org or WordPress Foundation regarding the ownership of or control over wordpress.org, Including statements regarding (i) who owns it or who controls it, (ii) what the terms of use or access are, (iii) who (if anyone) has the power to block users from wordpress.org and on what terms, (iv) guidelines, policies, statements or representations regarding to what extent wordpress.org will or will not remain free, open, and accessible, (v) potential conflicts of interest as a result of this ownership and control, and (vi) what governance framework exists. .

**REQUEST NO. 40:** All Documents and Communications Relating to any (i) public facing, or (ii) internal statements by Mullenweg, Automattic, WordPress Foundation or wordpress.org that Mullenweg had the ability or right to ban users from accessing wordpress.org.

**REQUEST NO. 41:** All Documents and Communications Relating to any (i) understanding, or (ii) potential or actual confusion in the market with respect to right to access wordpress.org.

**REQUEST NO. 42:** All Documents and Communications Relating to any potential or actual confusion in the market with respect to wordpress.org, wordpress.com, and/or the WordPress Foundation.

name or not), Including blog posts, social media posts, speech transcripts, and other Communications.

**REQUEST NO. 51:** Documents sufficient to show all email addresses and social media handles Defendants have used in the past year in connection with making any reference to WPE or causing any reference to WPE to be made by virtue of influence or control over such email address or social media account.

**REQUEST NO. 52:** All Documents and Communications Relating to WPE's use of the Challenged Terms, Including on WPE's website or in its marketing materials from January 1, 2010 to the present.

**REQUEST NO. 53:** All Documents and Communications Relating to any third party's use of the Challenged Terms on that third party's website or in its marketing materials from January 1, 2010 to the present.

**REQUEST NO. 54:** All Documents and Communications Relating to Automattic's, Mullenweg's, WordPress Foundation's, or wordpress.org's guidelines, policies, or statements regarding whether others are, were, or will be permitted to use any of the Challenged Terms.

**REQUEST NO. 55:** All Documents and Communications Relating to any consumer confusion regarding WPE's use of the Challenged Terms, Including any formal or informal surveys Relating to customer confusion regarding WPE's use of the Challenged Terms.

**REQUEST NO. 56:** All Documents and Communications Relating to any instance in which Mullenweg, wordpress.org, WordPress Foundation, or Automattic sponsored, endorsed, or was affiliated with any of WPE's products or services.

**REQUEST NO. 57:** All Documents and Communications Relating to whether WordPress or WooCommerce can be identified without use of the Challenged Terms.

**REQUEST NO. 58:** Documents and Communications sufficient to show, for each year since 2010, the amount, volume, and geographic extent of Your sales of products or services offered under or using the Challenged Terms.

**REQUEST NO. 79:** Documents and Communications sufficient to show the files Automattic uses to install WordPress Software for its customers.

**REQUEST NO. 80:** All Documents and Communications Relating to any differences between (i) the files Automattic uses to install WordPress Software for its customers and (ii) the files WPE uses to install WordPress Software for its customers.

**REQUEST NO. 81:** Documents and Communications sufficient to show the WordPress GPL code that Automattic offers to its customers.

**REQUEST NO. 82:** All Documents and Communications Relating to any differences between (i) the WordPress GPL code offered by Automattic to customers, and (ii) the WordPress GPL code offered by WPE to customers.

**REQUEST NO. 83:** All Documents Relating to Your modification of WordPress Software, Including the disabling of any features in WordPress Software (in default settings and otherwise), the reasons for such modification, and the date on which each such modification was made.

**REQUEST NO. 84:** For each hosting plan and/or tier offered by Automattic, Documents and Communications sufficient to show any limitations or restrictions on revisions.

**REQUEST NO. 85:** Documents and Communications sufficient to show any limitations or restrictions on revisions in connection with the WooCommerce plugin.

**REQUEST NO. 86:** All Documents and Communications Relating to the factual basis for Your statement that WPE has "given nothing back to WordPress."

**REQUEST NO. 87:** All Documents and Communications Relating to the factual basis for Your statement at the keynote presentation at WordCamp US 2024 in Portland, Oregon, on September 20, 2024, that WPE is one of a number of "parasitic entities" who "just want to feed off" WordPress "without giving anything back."

**REQUEST NO. 88:** All Documents and Communications Relating to Your knowledge or access to information regarding of (i) WPE sponsoring WordCamps, (ii) WPE producing DE{CODE}, (iii) WordPress Roundup, (iv) the Building WordPress series, (v) WPE hosting, funding, and maintaining of open source projects, Including but not limited to, ACF, Genesis, WPGraphOL, and faust.js, (vi) WPE's provision of free developer tools, Including but not limited

**REQUEST NO. 106:** All Documents and Communications Relating to any WordPress Code of Conduct reports filed about or against Mullenweg.

**REQUEST NO. 107:** All Documents and Communications Relating to Mullenweg's October 30, 2024 statement at TechCrunch Disrupt that "I talked to one of the private equity that actually looked at buying [WPE] and they said uh part of the reason they didn't buy it is they were like well they don't have any IP," Including the communications between Mullenweg and that "private equity" firm.

**REQUEST NO. 108:** All Documents and Communications Relating to Mullenweg's claims made in his October 30, 2024 statement at TechCrunch Disrupt that "[WPE is] either gonna -- you know, like I said, we're at war with them. We're either going to go brick by brick and take -- us and other companies, take every single one of their customers or um, yeah, hopefully if they – they could end this all tomorrow but would happily negotiate, you know Heather, Lee, if you're watching this, like, happy to talk, you know how to reach me."

**REQUEST NO. 109:** All Documents and Communications Relating to Mullenweg's claim, in a statement made to The Repository, that "the deal [WPE] ha[s] to do next could be taking over the company, they have no leverage."

**REQUEST NO. 110:** All Documents and Communications Relating to Mullenweg's claims made in his October 2024 post on X.com that "I don't think [WPE is] worth a fraction of that now. Customers are leaving in droves. People are waking up to their bad behavior since 2018. It's a distressed asset."

**REQUEST NO. 111:** All Documents and Communications Relating to Automattic's market position and revenues, and any comparisons to WPE.

**REQUEST NO. 112:** All Documents and Communications Relating to (i) Heather Brunner allegedly interviewing with Defendants or (ii) Heather Brunner leaving WPE, Including any Documents substantiating or refuting Mullenweg's public statements regarding the same.

**REQUEST NO. 113:** All Documents and Communications Relating to Defendants' control or influence over the WordPress community and/or ecosystem.