# EXHIBIT 2

# Cury, Lauren B.

| | |
|---|---|
| **From:** | Cury, Lauren B. |
| **Sent:** | Friday, December 6, 2024 11:37 PM |
| **To:** | 'Nathan Archibald'; 'Sara Jenkins'; 'Yury Kapgan'; 'Rachel Herrick Kassabian'; 'Margret Caruso'; 'Brian Mack'; 'QE-WPE' |
| **Cc:** | HLWORDPRESS |
| **Subject:** | WPEngine, Inc. v. Automattic Inc. & Mullenweg |
| **Attachments:** | Draft Joint Statement on Plaintiff's Requests for Production.docx |

Counsel:

As previously discussed, please find attached Defendants' portion of a draft joint statement to the Court regarding the dispute over Plaintiff's RFPs.  Please return this statement with Plaintiff's portion inserted by Thursday, December 12.

Regards,

Lauren

**Lauren Cury**
Counsel

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel:       +1 202 637 5600
Direct:   +1 202 637 6155
Fax:      +1 202 637 5910
Email:    lauren.cury@hoganlovells.com
             www.hoganlovells.com