# EXHIBIT 3

# Cury, Lauren B.

| | |
|---|---|
| **From:** | Nathan Archibald <nathanarchibald@quinnemanuel.com> |
| **Sent:** | Wednesday, January 8, 2025 12:33 AM |
| **To:** | Cury, Lauren B.; Brian Mack |
| **Cc:** | Yury Kapgan; Rachel Herrick Kassabian; QE-WPE; HLWORDPRESS; Maddigan, Michael M.; Kurian Shaw, Anna; Dreibelbis, Hadley; Katyal, Neal K. |
| **Subject:** | RE: WPEngine, Inc. v. Automattic Inc. & Mullenweg - Draft Stipulated PO |
| **Attachments:** | Redline Protective Order.pdf; Declaration -- Protective Order (15461640_4).docx; WPE - PROPOSED PROTECTIVE ORDER v2 (15467234_2).docx; Exh. A WPE's First Set of RFPs to Defendants Excerpt.pdf; Draft Joint Statement on Plaintiff's Requests for Production (15458464_13).docx; Declaration ISO Joint Statement Re Plaintiff's RFPs (15483086_3).docx; Request for Entry of Protective Order - Joint Statement (15525806_3).docx |

[EXTERNAL]
Counsel,

Please find attached:

1. Our portion of a Joint Statement regarding the parties' dueling requests for entry of a Protective Order governing the production of confidential and AEO materials. We are also attaching our supporting declaration and a copy of our proposed Protective Order and Redline, as required by the Court's Standing Order Section I.4. Please insert Defendants' portion and send back to us promptly, along with Defendants' supporting materials per Section I.4.

2. Our portion of the Joint Statement regarding Defendants' Motion for a Protective Order re WPE's First Set of RFPs. You have our permission to file the Joint Statement as is; please let us know when you intend to file as we will separately file our supporting Declaration with Exhibit (see attached). If you make any changes to the Joint Statement, please send them to us for our review; WPE reserves all rights to make further changes to our portion in light of Defendants' edits to their portion.

Kind Regards

Nathan

---

**From:** Cury, Lauren B. <lauren.cury@hoganlovells.com>
**Sent:** Tuesday, December 31, 2024 11:46 AM
**To:** Brian Mack <brianmack@quinnemanuel.com>; Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Cc:** Yury Kapgan <yurykapgan@quinnemanuel.com>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>; HLWORDPRESS <HLWORDPRESS@hoganlovells.com>; Maddigan, Michael M. <michael.maddigan@hoganlovells.com>; Kurian Shaw, Anna <anna.shaw@hoganlovells.com>; Dreibelbis, Hadley <hadley.dreibelbis@hoganlovells.com>; Katyal, Neal K. <neal.katyal@hoganlovells.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc. & Mullenweg - Draft Stipulated PO

[EXTERNAL EMAIL from lauren.cury@hoganlovells.com]

Brian-