# EXHIBIT 4

**Cury, Lauren B.**

| | |
|---|---|
| **From:** | Cury, Lauren B. |
| **Sent:** | Thursday, January 16, 2025 4:09 PM |
| **To:** | 'Brian Mack'; Nathan Archibald; Yury Kapgan; Rachel Herrick Kassabian; QE-WPE |
| **Cc:** | HLWORDPRESS; Maddigan, Michael M.; Kurian Shaw, Anna; Dreibelbis, Hadley; Katyal, Neal K. |
| **Subject:** | RE: WPEngine, Inc. v. Automattic Inc. & Mullenweg - Draft Stipulated PO |
| **Attachments:** | Exhibit 1.pdf; Exhibit 2.pdf; Draft Joint Statement on Plaintiff's Requests for Production (15458464_13) (HL Revised).docx; Cury Declaration ISO Joint Statement Re Plaintiff's RFPs.docx |

Counsel:

Please find attached Defendants' revised portion of the joint statement on WPE's requests for production, with supporting declaration and exhibits. Please confirm whether WPE has any further changes to its portion of the joint statement, or if we have your permission to add your signature and file.

We are endeavoring to provide our portion of the joint statement regarding the protective order as soon as possible.

Regards,

Lauren

---

**From:** Brian Mack <brianmack@quinnemanuel.com>
**Sent:** Tuesday, January 14, 2025 12:29 PM
**To:** Nathan Archibald <nathanarchibald@quinnemanuel.com>; Cury, Lauren B. <lauren.cury@hoganlovells.com>
**Cc:** Yury Kapgan <yurykapgan@quinnemanuel.com>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>; HLWORDPRESS <HLWORDPRESS@hoganlovells.com>; Maddigan, Michael M. <michael.maddigan@hoganlovells.com>; Kurian Shaw, Anna <anna.shaw@hoganlovells.com>; Dreibelbis, Hadley <hadley.dreibelbis@hoganlovells.com>; Katyal, Neal K. <neal.katyal@hoganlovells.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc. & Mullenweg - Draft Stipulated PO

**[EXTERNAL]**
Counsel,

Please let us know when we can expect your portions of the two Joint Statements. We would like to file both this week.

Best,
Brian

**Brian E. Mack** | quinn emanuel trial lawyers | 415-875-6423 Direct | brianmack@quinnemanuel.com

---

**From:** Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Sent:** Tuesday, January 7, 2025 9:33 PM
**To:** Cury, Lauren B. <lauren.cury@hoganlovells.com>; Brian Mack <brianmack@quinnemanuel.com>
**Cc:** Yury Kapgan <yurykapgan@quinnemanuel.com>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>; HLWORDPRESS <HLWORDPRESS@hoganlovells.com>; Maddigan, Michael M. <michael.maddigan@hoganlovells.com>; Kurian Shaw, Anna <anna.shaw@hoganlovells.com>; Dreibelbis, Hadley