# EXHIBIT 5

| | |
|---|---|
| **From:** | Nathan Archibald |
| **To:** | Dore, Michael H.; Ring, Rose; Snyder, Orin; Krevitt, Josh; Rose, Joseph R. |
| **Cc:** | Rachel Herrick Kassabian; Brian Mack; Sara Jenkins; Yury Kapgan; QE-WPE; *** Automattic WPEngine Litigation |
| **Subject:** | RE: Joint Statement; Motion to Compel RFP Responses |
| **Date:** | Thursday, February 13, 2025 8:44:37 AM |

**This Message Is From an External Sender**
This message came from outside your organization.

Michael,

We confirm that our intent is to proceed with filing the joint statement concerning WPE's motion to compel that we sent to you on February 7, 2025. Thank you for confirming that you will provide Defendants' portion of that joint statement this week.  Given your confirmation, we will wait to receive your portion before filing. Please provide it no later than Thursday EOD, so that it can be finalized and filed on Friday.

While Defendants certainly are free to serve written responses to WPE's RFPs now, doing so will not fully resolve this dispute, given the relief we are seeking.  Defendants have blown their deadline by months, with no justification, have failed to produce any documents or even commit to producing them, and have forced WPE to incur significant fees and costs responding to Defendants' frivolous legal position.

As for the motion to stay discovery which Defendants appear to be contemplating, we would be happy to make ourselves available for a LCMC at the appropriate time.  To facilitate that process, please provide us with a fulsome explanation of precisely what relief Defendants intend to seek, and on what legal and factual basis.

Regards,

Nathan

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Wednesday, February 12, 2025 1:06 PM
**To:** Nathan Archibald <nathanarchibald@quinnemanuel.com>; Ring, Rose <RRing@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>
**Cc:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Sara Jenkins <sarajenkins@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>; *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: Joint Statement; Motion to Compel RFP Responses

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

---

We had not yet made a decision about whether we would be revising the motion for a protective

order letter brief or adding a section to your motion to compel letter brief, but wanted to do you the courtesy of responding in advance of your unilaterally imposed deadline to let you know that we would be sending you our portion of a letter brief this week. Ideally we could avoid burdening the Court on this altogether.  Would WPE stipulate to Defendants serving their responses and objections to WPE's RFPs by February 26?  We believe WPE's 119 RFPs for each Defendant is unduly burdensome and disproportional to the needs of the case, but would like to avoid burdening the Court with a request for a protective order if possible.  If WPE is unwilling to stipulate, then we will be serving responses and objections to WPE's RFPs in the next two weeks regardless and will ask the Court for an order permitting that response and staying discovery until after the Court resolves Defendants' motion to dismiss/strike.

I understand your email below to mean that WPE will be filing unilaterally unless Defendants provide a half of the joint statement that you sent us Friday evening.  Is that right?  That seems like an unnecessary imposition on the Court and hopefully WPE will simply stipulate as requested and receive the responses and objections (without any prejudice being incurred) while the motion to dismiss/strike is still pending.  But if my understanding of your email is correct, then this week we will provide our half of the letter brief you sent on Friday evening.


**Michael H. Dore**
Partner

T: +1 213.229.7652
Cell: 1 213.258.5517
MDore@gibsondunn.com

Bio

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Sent:** Tuesday, February 11, 2025 10:40 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Ring, Rose <RRing@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>
**Cc:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Sara Jenkins <sarajenkins@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: Joint Statement; Motion to Compel RFP Responses

Michael, do you mean that you will provide Defendants' half of the joint statement on the motion to compel which we sent on Feb. 7?  Or are you referring to some other letter brief?  If you are declining to provide Defendants' half

of that joint statement, we will proceed with filing our two-page portion, per the Court's standing order.  Please let us know by noon tomorrow.  Best, Nathan.

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Tuesday, February 11, 2025 6:20 PM
**To:** Nathan Archibald <nathanarchibald@quinnemanuel.com>; Ring, Rose <RRing@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>
**Cc:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Sara Jenkins <sarajenkins@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>
**Subject:** RE: Joint Statement; Motion to Compel RFP Responses

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

---

We are diligently working on our portion of a letter brief on this issue and plan to provide it to you this week.

**Michael H. Dore**
Partner

T: +1 213.229.7652
Cell: 1 213.258.5517
MDore@gibsondunn.com

Bio

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Sent:** Friday, February 7, 2025 7:42 PM
**To:** Ring, Rose <RRing@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Krevitt, Josh <JKrevitt@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>; Dore, Michael H. <MDore@gibsondunn.com>
**Cc:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Sara Jenkins <sarajenkins@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>
**Subject:** Joint Statement; Motion to Compel RFP Responses

Counsel:

As mentioned earlier this week, attached please find WPE's Joint Statement on WPE's Motion to

Compel Responses and Documents Re its First Set of RFPs.  Please insert Defendants' portion and return it to us by the close of business on Tuesday, February 11.


Kind Regards


Nathan


**Nathan Archibald**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
801-515-7310 Direct
801-515-7300 Main Office Number
801-515-7400 Fax
nathanarchibald@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---