UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATTIC INC., et al., <br><br> Defendants. | Case No. 24-cv-06917-AMO <br><br> **CASE MANAGEMENT SCHEDULING ORDER** |

Having reviewed the case management statement filed February 27, 2025, ECF 118, the Court **VACATES** the case management conference currently set for March 6, 2025, and **SETS** the following deadlines in this matter:

| Event | Deadline |
|---|---|
| **Deadline to add parties or amend pleadings** | April 30, 2025 |
| **Close of fact discovery[1]** | November 20, 2025 |
| **Parties to provide initial expert disclosure(s) and report(s)** | January 15, 2026 |
| **Parties to provide rebuttal expert disclosure(s) and report(s)** | February 26, 2026 |
| **Close of expert discovery** | March 19, 2026 |
| **Deadline for defendant to file summary judgment motion (25 pages max.)** | April 9, 2026 |
| **Deadline for plaintiff to file combined cross-motion and opposition to defendant's summary judgment motion (25 pages max.)** | May 14, 2026 |
| **Deadline for plaintiff's Daubert motions[2]** | May 14, 2026 |

---

[1] The case has been referred to Chief Magistrate Judge Ryu for discovery purposes. *See* ECF 116.

[2] Daubert motions are limited to 5 pages. Daubert oppositions shall not exceed 5 pages. Daubert replies shall be no more than 3 pages. Each side is limited to three Daubert motions throughout the entire case absent leave of court.

| | |
|---|---|
| **Deadline for defendant to file combined opposition and reply in support of summary judgment motion (15 pages max.)** | June 11, 2026 |
| **Deadline for defendant's Daubert motions and oppositions to plaintiff's Daubert motions** | June 11, 2026 |
| **Deadline for plaintiff to file a reply in support of cross-motion for summary judgment (15 pages max.)** | July 2, 2026 |
| **Deadline for plaintiff's reply in support of plaintiff's Daubert motions and oppositions to defendant's Daubert motions** | July 2, 2026 |
| **Deadline for defendant's reply in support of Daubert motions** | July 16, 2026 |
| **Hearing on summary judgment and Daubert motions** | To be noticed by the moving party based on the Court's availability at the time of filing |
| **Joint pretrial conference statement** | January 4, 2027 |
| **Pretrial conference** | January 28, 2027 at 11:00 a.m. |
| **Jury Trial (10 days)** | February 22, 2027 at 8:30 a.m. |

This matter is hereby **REFERRED** to a magistrate judge for a settlement conference, to be completed within 90 days or as soon thereafter as the assigned magistrate judge's calendar permits.

Any party may seek modification of this Order for good cause. A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline and comply with Civil Local Rule 6-2 or 6-3 as appropriate.

Any request for an extension must be accompanied by a proposed order that includes a chart in the following format, with a Word version emailed to amopo@cand.uscourts.gov. *See* Civil L.R 5-1(f).

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| | | |

**IT IS SO ORDERED.**

Dated: February 28, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**