UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>AUTOMATTIC INC., et al.,<br><br>   Defendants. | Case No. 25-cv-01892-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *WPEngine, Inc. v. Automattic Inc. et al.*, Case No. 3:24-cv-06917-AMO.

  **IT IS SO ORDERED.**

Dated: March 3, 2025

                _____
                RITA F. LIN
                United States District Judge