| | |
|---|---|
| ROSEMARIE T. RING, SBN 220769<br>rring@gibsondunn.com<br>JOSEPH R. ROSE, SBN 27902<br>jrose@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.801.7358 | JOSH A. KREVITT, SBN 208552<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Ave<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| MICHAEL H. DORE, SBN 227442<br>mdore@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.6652 | ORIN SNYDER *(admitted pro hac vice)*<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2400<br>Facsimile: 212.351.6335 |

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]**<br><br>**Hearing:**<br>Date: June 5, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

Gibson, Dunn & Crutcher LLP

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO
PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]
CASE NO. 3:24-CV-06917-AMO

Pursuant to Local Rule 7-11, Defendants file this unopposed administrative motion seeking leave to file the attached one-page response to Plaintiff WP Engine, Inc.'s ("WPE") objection to Defendants' Supplemental Request for Judicial Notice (Dkt. 107) ("Suppl. RJN") filed with Defendants' Reply in support of Motion to Dismiss and Strike Plaintiff's Amended Complaint (Dkt. 106) ("Reply") to avoid any confusion it may create with respect to whether the Court may take judicial notice of (1) blog posts dated September 21, 2024, and September 25, 2024; and (2) other publicly available webpages and transcripts of audio-visual recordings quoted in WPE's amended complaint.

With respect to (1), the blog posts dated September 21, 2024, and September 25, 2024, are already covered by Exhibits 7 and 8, respectively, to Defendants' initial Request for Judicial Notice filed with Defendants' Motion to Dismiss and Strike Plaintiff's Amended Complaint (Dkts. 69, 69-8, 69-9) ("RJN"). Accordingly, Defendants wish to point out that, in place of Exhibit 5 (Dkt. 107-5) and Exhibit 6 (Dkt. 107-6) of Defendants' Suppl. RJN (Dkt. 107), the Court may rely on Exhibit 7 (Dkt. 69-8) and Exhibit 8 (Dkt. 69-9) of Defendants' RJN (Dkt. 69), rendering WPE's objections moot. If helpful to the Court, Defendants are ready to submit an errata of their Reply replacing references to Exhibits 5 and 6 of the Suppl. RJN with Exhibits 7 and 8 of the RJN, respectively.

With respect to (2), Defendants wish to make clear that they are not asking the Court to take judicial notice of any exhibit to the Suppl. RJN for the truth of their contents, but for the permissible purpose of enabling the Court to consider "the full contents" of the materials "from which the truncated quotations were drawn" in evaluating Defendants' motion to dismiss WPE's amended complaint. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 568 n.13 (2007); *see also Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (considering full contents of website pages in resolving motion to dismiss where complaint included only excerpts).

**POSITION OF WPE**

Defendants contacted WPE to obtain its position on this motion. WPE confirmed that it will not consent to entering a stipulation but does not oppose this motion. Decl. of Michael H. Dore ¶¶ 2–3.

Gibson, Dunn & Crutcher LLP

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]
CASE NO. 3:24-CV-06917-AMO
1

DATED: March 24, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michael H. Dore*
    Michael H. Dore

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*

Gibson, Dunn & Crutcher LLP

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]
CASE NO. 3:24-CV-06917-AMO

2