ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Ave
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>              Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF MICHAEL H. DORE IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]** |

# **DECLARATION OF MICHAEL H. DORE**

I, Michael H. Dore, declare as follows:

1. I am a member in good standing of the California Bar and am admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn, & Crutcher LLP, which has been retained by Defendants Automattic Inc. and Matthew Charles Mullenweg (collectively, "Defendants") to represent them in the above-captioned action. I submit this declaration in support of Defendants' concurrently filed Unopposed Administrative Motion for Leave to File a Response to Plaintiff WP Engine, Inc.'s Objection [Dkt. 112] ("Motion"). Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. On March 21, 2025, pursuant to Local Rule 7-11(a), Defendants' counsel requested that Plaintiff stipulate to the Motion.

3. On March 21, 2025, Plaintiff's counsel informed Defendants' counsel that Plaintiff does not oppose the Motion but does not endorse the Motion and would not sign a stipulation.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Francisco, California on this 24th day of March, 2025.

DATED: March 24, 2025                           GIBSON, DUNN & CRUTCHER LLP

                                                By:   */s/ Michael H. Dore*
                                                      Michael H. Dore

---

1

DECLARATION OF MICHAEL H. DORE IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
CASE NO. 3:24-CV-06917-AMO