| | |
|---|---|
| ROSEMARIE T. RING, SBN 220769<br>  rring@gibsondunn.com<br>JOSEPH R. ROSE, SBN 27902<br>  jrose@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.801.7358 | JOSH A. KREVITT, SBN 208552<br>  jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Ave<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| MICHAEL H. DORE, SBN 227442<br>  mdore@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.6652 | ORIN SNYDER *(admitted pro hac vice)*<br>  osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2400<br>Facsimile: 212.351.6335 |

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>　　　　　Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF WP ENGINE, INC'S OBJECTION [DKT. 112]**<br><br>**Hearing:**<br>Date:　　June 5, 2025<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

**DEFENDANTS' RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]**

Defendants file this response to Plaintiff WP Engine Inc.'s ("WPE") objection to Defendants' Supplemental Request for Judicial Notice (Dkt. 112) ("Defendants' Suppl. RJN") filed with Defendants' Reply in Support of Motion to Dismiss and Strike Plaintiff's Amended Complaint (Dkt. 106) ("Reply") to avoid any confusion it may create with respect to whether the Court may take judicial notice of (1) blog posts dated September 21, 2024, and September 25, 2024; and (2) other publicly available webpages and transcripts of audio-visual recordings quoted in WPE's amended complaint.

**1. September 21, 2024 and September 25, 2024 Blog Posts**. WPE objects to Exhibits 5 and Exhibit 6 of Defendants' Suppl. RJN (Dkts. 107; 107-5, 107-6), which are, respectively, blog posts dated September 21, 2024, and September 25, 2024, because they were not identified as copies from the Wayback Machine and because one of them (Exhibit 5) is an incomplete rendering. Dkt. 112 at 1–2. Since these blog posts are also covered by Exhibit 7 and Exhibit 8 to Defendants' initial Request for Judicial Notice (Dkts. 69, 69-8, 69-9) ("Defendants' RJN"), any further request for judicial notice to address these issues would be unnecessary and duplicative. Accordingly, in place of Exhibit 5 (Dkt. 107-5) and Exhibit 6 (Dkt. 107-6) of Defendants' Suppl. RJN (Dkt. 107), the Court may rely on Exhibit 7 (Dkt. 69-8) and Exhibit 8 (Dkt. 69-9) of Defendants' RJN (Dkt. 69). If helpful to the Court, Defendants are ready to submit an errata of their Reply (Dkt. 106) replacing these references.

**2. Truth Objection to All Exhibits**. WPE also objects to all exhibits to Defendants' Suppl. RJN on grounds that none may be considered for the truth of the matters asserted therein. Dkt. 112 at 2–3. But Defendants do not offer these exhibits for truth of their contents, but for the permissible purpose of enabling the Court to consider "the full contents" of the materials "from which the truncated quotations were drawn" in evaluating Defendants' motion to dismiss WPE's amended complaint. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 568 n.13 (2007); *see also Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (considering full contents of website pages in resolving motion to dismiss where complaint included only excerpts).

DATED: March 24, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michael H. Dore*
       Michael H. Dore

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*