1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                            SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]
CASE NO. 3:24-CV-06917-AMO

1   The Court has read and considered Defendants' Automattic Inc. and Matthew Charles Mullenweg's Unopposed Administrative Motion for Leave to File a Response to Plaintiff WP Engine, Inc.'s Objection [Dkt. 112].

The Court finds good cause to GRANT the motion. Accordingly, Defendants' motion is GRANTED and Defendants' proposed Response to Plaintiff WP Engine, Inc.'s Objection [Dkt. 112] attached to Defendants' motion is accepted for filing.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                         HON. ARACELI MARTÍNEZ-OLGUÍN
                                            United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]
CASE NO. 3:24-CV-06917-AMO
1