ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Ave
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>   Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF WP ENGINE, INC'S OBJECTION [DKT. 112]**<br><br>**Hearing:**<br>Date:    June 5, 2025<br>Time:    2:00 p.m.<br>Place:   Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

**DEFENDANTS' RESPONSE TO PLAINTIFF WP ENGINE, INC.'S OBJECTION [DKT. 112]**

Defendants file this response to Plaintiff WP Engine Inc.'s ("WPE") objection to Defendants' Supplemental Request for Judicial Notice (Dkt. 112) ("Defendants' Suppl. RJN") filed with Defendants' Reply in Support of Motion to Dismiss and Strike Plaintiff's Amended Complaint (Dkt. 106) ("Reply") to avoid any confusion it may create with respect to whether the Court may take judicial notice of (1) blog posts dated September 21, 2024, and September 25, 2024; and (2) other publicly available webpages and transcripts of audio-visual recordings quoted in WPE's amended complaint.

**1. September 21, 2024 and September 25, 2024 Blog Posts**. WPE objects to Exhibits 5 and Exhibit 6 of Defendants' Suppl. RJN (Dkts. 107; 107-5, 107-6), which are, respectively, blog posts dated September 21, 2024, and September 25, 2024, because they were not identified as copies from the Wayback Machine and because one of them (Exhibit 5) is an incomplete rendering. Dkt. 112 at 1–2. Since these blog posts are also covered by Exhibit 7 and Exhibit 8 to Defendants' initial Request for Judicial Notice (Dkts. 69, 69-8, 69-9) ("Defendants' RJN"), any further request for judicial notice to address these issues would be unnecessary and duplicative. Accordingly, in place of Exhibit 5 (Dkt. 107-5) and Exhibit 6 (Dkt. 107-6) of Defendants' Suppl. RJN (Dkt. 107), the Court may rely on Exhibit 7 (Dkt. 69-8) and Exhibit 8 (Dkt. 69-9) of Defendants' RJN (Dkt. 69). If helpful to the Court, Defendants are ready to submit an errata of their Reply (Dkt. 106) replacing these references.

**2. Truth Objection to All Exhibits**. WPE also objects to all exhibits to Defendants' Suppl. RJN on grounds that none may be considered for the truth of the matters asserted therein. Dkt. 112 at 2–3. But Defendants do not offer these exhibits for truth of their contents, but for the permissible purpose of enabling the Court to consider "the full contents" of the materials "from which the truncated quotations were drawn" in evaluating Defendants' motion to dismiss WPE's amended complaint. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 568 n.13 (2007); *see also Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (considering full contents of website pages in resolving motion to dismiss where complaint included only excerpts).

Gibson, Dunn & Crutcher LLP

DATED: March 24, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michael H. Dore*
　　　Michael H. Dore

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*