ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Ave
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>              Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING THE COURT'S SCHEDULING ORDER [DKT. 119]** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION
CASE NO. 3:24-CV-06917-AMO

# DECLARATION OF ROSEMARIE T. RING

I, Rosemarie T. Ring, declare as follows:

1. I am a member in good standing of the California Bar and am admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn, & Crutcher LLP, which has been retained by Defendants Automattic Inc. and Matthew Charles Mullenweg (collectively, "Defendants") to represent them in the above-captioned action. I submit this declaration in support of Defendants' concurrently filed Administrative Motion for Clarification Regarding the Court's Scheduling Order (Dkt. 119) ("Motion"). Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. On February 28, 2025, the Court referred the parties to Magistrate Judge Beeler for settlement mediation.

3. On March 20, 2025, the parties attended a settlement scheduling conference with Magistrate Judge Beeler. During the conference, Defendants' counsel expressed that it would facilitate the mediation process if Plaintiff were able to see Defendants' counterclaims before the mediation and that Defendants were planning to file them by April 30.

4. Magistrate Judge Beeler and the parties are currently discussing potential dates for mediation in late May and June.

5. On April 23, 2025, pursuant to Local Rule 7-11(a), Defendants' counsel requested that Plaintiff stipulate to submit the Motion as unopposed.

6. On April 24, 2025, Plaintiff's counsel informed Defendants' counsel that Plaintiffs oppose the Motion.

7. Attached as **Exhibit A** is a true and correct copy of the email correspondence with Plaintiff's counsel dated April 23-24, 2025.

Gibson, Dunn & Crutcher LLP

1
DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION
CASE NO. 3:24-CV-06917-AMO

1   I declare under penalty of perjury under the laws of the United States and the State of California
2   that the foregoing is true and correct.
3   Executed at San Francisco, California on this 25 day of April, 2025.

5   DATED:  April 25, 2025                    GIBSON, DUNN & CRUTCHER LLP

                                              By:  */s/ Rosemarie T. Ring*
                                                   Rosemarie T. Ring

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION
CASE NO. 3:24-CV-06917-AMO