IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING THE COURT'S SCHEDULING ORDER [DKT. 119]** |

1  The Court has read and considered Defendants' Automattic Inc. and Matthew Charles Mullenweg's Administrative Motion for Clarification Regarding The Court's Scheduling Order [Dkt. 119].

The Court finds good cause to GRANT the motion. The Court confirms that the Scheduling Order's deadline of April 30, 2025, to "add parties or amend pleadings" does not prohibit Defendants from filing counterclaims with their Answer on or before the deadline to answer the complaint following the Court's ruling on the motion to dismiss or from joining additional parties through any such counterclaims pursuant to Rules 19 or 20 of the Federal Rules of Civil Procedure. Accordingly, Defendants' motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____      By: _____
                                          HON. ARACELI MARTÍNEZ-OLGUÍN
                                              United States District Judge