# Exhibit A

## Michael Schneekloth

| | |
|---|---|
| **From:** | Ring, Rose <RRing@gibsondunn.com> |
| **Sent:** | Tuesday, April 1, 2025 1:14 PM |
| **To:** | LB CRD; Brantley Pepperman; Nathan Archibald |
| **Cc:** | Laurel Beeler; Rachel Herrick Kassabian; Yury Kapgan; Dustin Hartuv; Rose, Joseph R.; Chevalier, Kathryn; QE-WPE; *** Automattic WPEngine Litigation |
| **Subject:** | RE: 3:24-cv-06917-AMO WPEngine, Inc. v. Automattic Inc. et al |

**[EXTERNAL EMAIL from rring@gibsondunn.com]**

Dear Ms. Kabiling,

With apologies (especially since I just confirmed April dates with you this morning), as Defendants get closer to filing their counterclaims on April 30, we believe that having our counterclaims on file is essential to ensuring the most productive mediation session possible. Given the June 5 hearing, that means a May date.

For May, we understand the Court may not be able to accommodate the dates Defendants sent this morning (which are limited because several of our team members are traveling internationally in May), so I am trying to identify more May dates for only those team members we believe really need to attend in person. I will provide any additional May dates I can find by EOD today or early tomorrow.

All that said, we can make April 22 work, as well as June 10 which we discussed with Judge Beeler during our scheduling call.

Again, I am so sorry for the back and forth on this. We are just trying to be as transparent as possible with the Court (and Plaintiff) on what we believe will make a mediation session as productive as it can be.

Thanks,

Rose

**Rose Ring**
Partner

T: +1 415.393.8247 | M: +1 415.260.8559
RRing@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** LB CRD <LBCRD@cand.uscourts.gov>
**Sent:** Tuesday, April 1, 2025 11:27 AM
**To:** Ring, Rose <RRing@gibsondunn.com>; Brantley Pepperman <brantleypepperman@quinnemanuel.com>; Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Cc:** Laurel Beeler <Laurel_Beeler@cand.uscourts.gov>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Dustin Hartuv <dustinhartuv@quinnemanuel.com>; Rose, Joseph R. <JRose@gibsondunn.com>; Chevalier, Kathryn

1

&lt;KChevalier@gibsondunn.com&gt;; QE-WPE &lt;qe-wpe@quinnemanuel.com&gt;; *** Automattic WPEngine Litigation &lt;AutomatticWPEngineLitigation@gibsondunn.com&gt;
**Subject:** RE: 3:24-cv-06917-AMO WPEngine, Inc. v. Automattic Inc. et al

Counsel,

Judge Beeler had a cancellation and now has **Tuesday, 4/22 at 10:00 a.m**. available.

Please let me know if that works for all parties.

Thank you.



Elaine Kabiling
United States District Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102-3489
Telephone: 415-522-3140 | www.cand.uscourts.gov

---

**From:** Ring, Rose &lt;RRing@gibsondunn.com&gt;
**Sent:** Tuesday, April 1, 2025 7:40 AM
**To:** Brantley Pepperman &lt;brantleypepperman@quinnemanuel.com&gt;; LB CRD &lt;LBCRD@cand.uscourts.gov&gt;; Nathan Archibald &lt;nathanarchibald@quinnemanuel.com&gt;
**Cc:** Rachel Herrick Kassabian &lt;rachelkassabian@quinnemanuel.com&gt;; Yury Kapgan &lt;yurykapgan@quinnemanuel.com&gt;; Dustin Hartuv &lt;dustinhartuv@quinnemanuel.com&gt;; Rose, Joseph R. &lt;JRose@gibsondunn.com&gt;; Chevalier, Kathryn &lt;KChevalier@gibsondunn.com&gt;; QE-WPE &lt;qe-wpe@quinnemanuel.com&gt;; *** Automattic WPEngine Litigation &lt;AutomatticWPEngineLitigation@gibsondunn.com&gt;
**Subject:** RE: 3:24-cv-06917-AMO WPEngine, Inc. v. Automattic Inc. et al

**CAUTION - EXTERNAL:**

Dear Ms. Kabiling,

Good morning and I'm sorry to start the day off this way, but Defendants did not elect not to join this correspondence. Plaintiffs chose to send it without Defendants, and without reasonable notice, after Defendants simply suggested it might be more helpful to the Court to indicate which dates in late April and May work for the parties to avoid unnecessary outreach by the Court to other parties with mediations scheduled for dates that do not work. For Defendants, the dates that work are as follows:

April: 22, 23, 24, 25
May: 27, 28, 29

Thank you so much,

Counsel for Defendants Automattic and Matt Mullenweg

**Rose Ring**
Partner

T: +1 415.393.8247 | M: +1 415.260.8559
RRing@gibsondunn.com

2

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Brantley Pepperman <brantleypepperman@quinnemanuel.com>
**Sent:** Tuesday, April 1, 2025 7:05 AM
**To:** LB CRD <LBCRD@cand.uscourts.gov>; Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Cc:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Dustin Hartuv <dustinhartuv@quinnemanuel.com>; Ring, Rose <RRing@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>; Chevalier, Kathryn <KChevalier@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>; *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: 3:24-cv-06917-AMO WPEngine, Inc. v. Automattic Inc. et al

Ms. Kabiling,

Plaintiff WPEngine is writing to follow up on the parties' March 20 settlement conference scheduling call with Judge Beeler.

During the scheduling call, Judge Beeler indicated that the Court would inquire if there were other dates that worked for Judge Beeler for a settlement conference besides June 10. WPEngine wanted to check in regarding what alternative dates might work for Judge Beeler for a settlement conference in April or May.

Defendants elected not to join in this correspondence but are copied on it for visibility.

Respectfully submitted,

Counsel for Plaintiff WPEngine, Inc.

**Brantley I. Pepperman**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3561 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
brantleypepperman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** LB CRD <LBCRD@cand.uscourts.gov>
**Sent:** Thursday, March 20, 2025 12:14 PM
**To:** Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Cc:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Dustin Hartuv <dustinhartuv@quinnemanuel.com>; Ring, Rose <rring@gibsondunn.com>; Rose, Joseph R. <jrose@gibsondunn.com>; kchevalier@gibsondunn.com; QE-WPE <qe-wpe@quinnemanuel.com>; *** Automattic WPEngine Litigation <automatticwpenginelitigation@gibsondunn.com>
**Subject:** RE: 3:24-cv-06917-AMO WPEngine, Inc. v. Automattic Inc. et al

<mark>[EXTERNAL EMAIL from lbcrd@cand.uscourts.gov]</mark>

Counsel,

Apologies but the call will need to be reset to **1:30 PM.**



Elaine Kabiling
United States District Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102-3489
Telephone: 415-522-3140 |   www.cand.uscourts.gov

---

**From:** LB CRD <LBCRD@cand.uscourts.gov>
**Sent:** Thursday, March 20, 2025 11:57 AM
**To:** Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Cc:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Dustin Hartuv <dustinhartuv@quinnemanuel.com>; Ring, Rose <rring@gibsondunn.com>; Rose, Joseph R. <jrose@gibsondunn.com>; kchevalier@gibsondunn.com; QE-WPE <qe-wpe@quinnemanuel.com>; *** Automattic WPEngine Litigation <automatticwpenginelitigation@gibsondunn.com>
**Subject:** RE: 3:24-cv-06917-AMO WPEngine, Inc. v. Automattic Inc. et al

Counsel,

Judge Beeler is still handling matters on our civil law & motion calendar.  She'll join the conference as soon as our calendar concludes.

Thank you.



Elaine Kabiling
United States District Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102-3489
Telephone: 415-522-3140 |   www.cand.uscourts.gov

---

**From:** Nathan Archibald <nathanarchibald@quinnemanuel.com>
**Sent:** Thursday, March 20, 2025 11:43 AM
**To:** LB CRD <LBCRD@cand.uscourts.gov>; LB Settlement <LBsettlement@cand.uscourts.gov>
**Cc:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Dustin Hartuv <dustinhartuv@quinnemanuel.com>; Ring, Rose <rring@gibsondunn.com>; Rose, Joseph R. <jrose@gibsondunn.com>; kchevalier@gibsondunn.com; QE-WPE <qe-wpe@quinnemanuel.com>; *** Automattic WPEngine Litigation <automatticwpenginelitigation@gibsondunn.com>
**Subject:** RE: 3:24-cv-06917-AMO WPEngine, Inc. v. Automattic Inc. et al

**CAUTION - EXTERNAL:**

Dear Ms. Kabiling:

The Parties have conferred and are all available on May 27, 2025 for a Settlement Conference with Judge Beeler.

4

Best

Nathan

---

**From:** LB CRD <LBCRD@cand.uscourts.gov>
**Sent:** Friday, March 7, 2025 8:52 AM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; 'jkrevitt@gibsondunn.com' <jkrevitt@gibsondunn.com>; 'osnyder@gibsondunn.com' <osnyder@gibsondunn.com>; 'rring@gibsondunn.com' <rring@gibsondunn.com>; 'jrose@gibsondunn.com' <jrose@gibsondunn.com>; 'mdore@gibsondunn.com' <mdore@gibsondunn.com>
**Subject:** 3:24-cv-06917-AMO WPEngine, Inc. v. Automattic Inc. et al

**[EXTERNAL EMAIL from lbcrd@cand.uscourts.gov]**

Counsel,

The above matter is set for a settlement conference scheduling call on Thursday, March 13.  Please email a joint list of attendees by 10 am on Tuesday, March 11.

Be advised that the settlement conference scheduling calls follow the law and motion calendar.

To make Thursday's call more productive, would you confer and email us your proposed time frame for the settlement conference and the dates that you are all available? You can email us back at lbsettlement@cand.uscourts.gov. We would appreciate your dates any time before the scheduled call.

Thank you.



Elaine Kabiling
United States District Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102-3489
Telephone: 415-522-3140 |  www.cand.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at <https://www.gibsondunn.com/> for information regarding the firm and/or our privacy policy.