**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING THE COURT'S SCHEDULING ORDER [DKT. 119]**<br><br>Hon. Araceli Martínez-Olguín |

The Court, having considered Defendants Automattic Inc. and Matthew Charles Mullenweg's Administrative Motion for Clarification Regarding the Court's Scheduling Order [Dkt. 119] (Dkt. 138) and Plaintiff's Response in Opposition thereto (Dkt. 139), and finding good cause, hereby ORDERS as follows:

The deadline for Plaintiff and Defendants to add parties or amend pleadings is extended from April 30, 2025 to May 30, 2025. The Court's Scheduling Order (Dkt. 119) is hereby amended accordingly.

**IT IS SO ORDERED.**

Dated: April \_\_\_\_, 2025

The Honorable Araceli Martínez-Olguín
UNITED STATED DISTRICT JUDGE