United States District Court
Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    WPENGINE, INC., a Delaware corporation,    Case No.   3:24-cv-06917-AMO-DMR
         Plaintiff,

5        vs.                                    **APPLICATION FOR ADMISSION OF**
                                                **ATTORNEY PRO HAC VICE**
6    AUTOMATTIC INC., a Delaware                (CIVIL LOCAL RULE 11-3)
     corporation; and MATTHEW CHARLES
7    MULLENWEG, an individual,

8        Defendants.

9

10       I, Bruce Samuels          , an active member in good standing of the bar of

11   Arizona                              , hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: WPEngine, Inc.           in the

13   above-entitled action. My local co-counsel in this case is Brian Mack           , an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California.  Local co-counsel's bar number is: 275086          .

16   16430 N. Scottsdale Road, Suite 290          50 California Street, 22nd Floor
     Scottsdale, AZ 85254                         San Francisco, CA 94111
17   MY ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18   (480) 800-3530                               (415) 875-6400
     MY TELEPHONE # OF RECORD                     LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
20   bsamuels@pswmlaw.com                         brianmack@quinnemanuel.com
     MY EMAIL ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22       I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: 015996        .

24       A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26       I have been granted pro hac vice admission by the Court 0      times in the 12 months

27   preceding this application.

28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: June 10, 2025

   APPLICANT

8    ORDER GRANTING APPLICATION

9    FOR ADMISSION OF ATTORNEY PRO HAC VICE

11    IT IS HEREBY ORDERED THAT the application of  Bruce Samuels   is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

   _____
   UNITED STATES DISTRICT/MAGISTRATE JUDGE



## Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ANN A. SCOTT TIMMER**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar of Arizona, **BRUCE E SAMUELS,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on December 23, 1994, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  06-03-2025

*Mark McCall*
Mark McCall
Associate Disciplinary Clerk

COGS2377F5D67D95

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300 (TDD) 602-452-3545

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
### OF THE
### STATE OF ARIZONA

---

*I, Aaron C. Nash, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### *BRUCE E. SAMUELS*

*was on the 23rd day of December, 1994 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 4th day of June, 2025.*

*AARON C. NASH, Clerk*

*By* Ana Ramirez

Ana Ramirez
Deputy Clerk III