| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br>Rachel Herrick Kassabian (SBN 191060)<br>rachelkassabian@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | GIBSON, DUNN & CRUTCHER LLP<br>Rosemarie T. Ring(SBN 220769)<br>rring@gibsondunn.com<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: (415) 393-8200<br>Facsimile: (415) 801-7358 |
| *Counsel for Plaintiff WPEngine, Inc.* | *Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg* |
| *[Additional Counsel listed on signature page]* | *[Additional Counsel listed on signature page]* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE-SETTING HEARING DATE ON MOTIONS**<br><br>Judge: Honorable Araceli Martínez-Olguín |

**JOINT STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rules 7-12, Plaintiff WPEngine, Inc. ("WPE") and Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

**WHEREAS**, on November 14, 2024, WPE filed its First Amended Complaint in this matter (Dkt. 51);

**WHEREAS**, on December 19, 2024, Defendants filed a Motion to Dismiss and Strike the First Amended Complaint (the "Motion to Dismiss") (Dkt. 68), and noticed it for June 5, 2025, the earliest hearing date available at the time of filing;

**WHEREAS**, Michael Willman filed a Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkts. 71, 141) on January 13, 2025, and a Motion for Order to Show Cause Against Defendants' Prior Counsel (Dkt. 99) on February 1, 2025 ("Willman Motions"), all of which were also set for hearing on June 5, 2025 (Dkt. 74);

**WHEREAS**, the Motion to Dismiss and Willman Motions (collectively, "Motions") are fully briefed;

**WHEREAS**, on May 29, 2025, the Court issued the following Order: "Due to the Court's impacted calendar, the June 5, 2025 motions hearing is VACATED. The parties shall meet and confer regarding a continued hearing date in July or August and submit a stipulation and proposed order with suggested dates." (Dkt. 143);

**WHEREAS**, pursuant to that Order, the Parties have met and conferred and stipulate to a continued hearing on the Motions on July 31 or August 28, which Mr. Willman does not oppose;

**NOW THEREFORE**, the Parties stipulate to a continued hearing on the Motions on either July 31 or August 28.

| | | |
|---|---|---|
| 1 | DATED: June 13, 2025 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 3 | | By */s/ Rachel Herrick Kassabian* |
| 4 | |     Rachel Herrick Kassabian (SBN 191060) |
| | |         rachelkassabian@quinnemanuel.com |
| 5 | |     Yury Kapgan (SBN 218366) |
| | |         yurykapgan@quinnemanuel.com |
| 6 | |     Margret M. Caruso (SBN 243473) |
| | |         margretcaruso@quinnemanuel.com |
| 7 | |     555 Twin Dolphin Dr., 5th Floor |
| | |     Redwood Shores, CA 94065 |
| 8 | |     Telephone: (650) 801-5000 |
| | |     Facsimile: (650) 801-5100 |
| 9 | | |
| 10 | |     Brian Mack (SBN 275086) |
| | |         brianmack@quinnemanuel.com |
| 11 | |     50 California Street, 22nd Floor |
| | |     San Francisco, CA 94111 |
| 12 | |     Telephone: (415) 875-6400 |
| | |     Facsimile: (415) 875-6700 |
| 13 | |     Michael E. Williams (SBN 181299) |
| | |         michaelwilliams@quinnemanuel.com |
| 14 | |     Kevin Y. Teruya (SBN 235916) |
| | |         kevinteruya@quinnemanuel.com |
| 15 | |     865 South Figueroa Street, 10th Floor |
| | |     Los Angeles, CA 90017 |
| 16 | |     Telephone: (213) 443-3000 |
| | |     Facsimile: (213) 443-3100 |
| 17 | | |
| | | *Attorneys for Plaintiff WPEngine, Inc.* |
| 18 | | |
| 19 | | GIBSON, DUNN & CRUTCHER LLP |
| 20 | | By */s/ Rosemarie T. Ring* |
| 21 | |     Rosemarie T. Ring (SBN 220769) |
| | |     rring@gibsondunn.com |
| 22 | |     Joseph R. Rose (SBN 279092) |
| | |         jrose@gibsondunn.com |
| 23 | |     One Embarcadero Center |
| | |     San Francisco, CA 94111-3715 |
| 24 | |     Telephone: (415) 393-8200 |
| | |     Facsimile: (415) 801-7358 |
| 25 | | |
| | |     Josh A. Krevitt (SBN 208552) |
| 26 | |     jkrevitt@gibsondunn.com |
| | |     310 University Ave |
| 27 | |     Palo Alto, CA 94301-1744 |
| | |     Telephone: (650) 849-5300 |
| 28 | |     Facsimile: (650) 849-5333 |

1  
2  Orin Snyder *(admitted pro hac vice)*  
   osnyder@gibsondunn.com  
3  200 Park Avenue  
   New York, NY 10166-0193  
4  Telephone: (212) 351-2400  
   Facsimile: (212) 351-6335  
5  
   Michael H. Dore (SBN 227442)  
6    mdore@gibsondunn.com  
   333 South Grand Avenue  
7  Los Angeles, CA 90071-3197  
   Telephone: (213) 229-7000  
8  Facsimile: (213) 229-6652  

   *Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that counsel for Defendants has concurred in this filing.

*/s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian

**[PROPOSED] ORDER**

NOW THEREFORE, pursuant to the *Joint Stipulation and [Proposed] Order Re-Setting Hearing Date on Motions*, the Court ORDERS as follows:

Defendants' Motion to Dismiss and Strike the First Amended Complaint (Dkt. 68) and Michael Willman's Motion to Intervene (Dkt. 70), Motion for Contempt (Dkt. 71) and Motion for Order to Show Cause (Dkt. 99) shall be set for hearing on _____.

IT IS SO ORDERED.

Dated: _____, 2025

By: _____
        Honorable Araceli Martinez-Olguin
        United States District Judge