1  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
2  Rachel Herrick Kassabian (SBN 191060)
   rachelkassabian@quinnemanuel.com
3  555 Twin Dolphin Dr., 5th Floor
   Redwood Shores, CA 94065
4  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
5

6  *Counsel for Plaintiff WPEngine, Inc.*

7

8  *[Additional Counsel listed on signature page]*

   GIBSON, DUNN & CRUTCHER LLP
   Rosemarie T. Ring(SBN 220769)
   rring@gibsondunn.com
   One Embarcadero Center
   San Francisco, CA 94111-3715
   Telephone: (415) 393-8200
   Facsimile: (415) 801-7358

   *Counsel for Defendants Automattic Inc. and
   Matthew Charles Mullenweg*

   *[Additional Counsel listed on signature page]*

9

10        **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11  WPENGINE, INC., a Delaware corporation,        Case No. 3:24-cv-06917-AMO

12                                                 **JOINT STIPULATION AND**
                 Plaintiff,                        **[PROPOSED] ORDER RE-SETTING**
13                                                 **HEARING DATE ON MOTIONS**
          vs.
14                                                 Judge:  Honorable Araceli Martínez-Olguín

15  AUTOMATTIC INC., a Delaware
    corporation; and MATTHEW CHARLES
16  MULLENWEG, an individual,

17               Defendants.

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER**

Pursuant to Civil Local Rules 7-12, Plaintiff WPEngine, Inc. ("WPE") and Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

**WHEREAS**, on November 14, 2024, WPE filed its First Amended Complaint in this matter (Dkt. 51);

**WHEREAS**, on December 19, 2024, Defendants filed a Motion to Dismiss and Strike the First Amended Complaint (the "Motion to Dismiss") (Dkt. 68), and noticed it for June 5, 2025, the earliest hearing date available at the time of filing;

**WHEREAS**, Michael Willman filed a Motion to Intervene (Dkt. 70) and Motion for Contempt (Dkts. 71, 141) on January 13, 2025, and a Motion for Order to Show Cause Against Defendants' Prior Counsel (Dkt. 99) on February 1, 2025 ("Willman Motions"), all of which were also set for hearing on June 5, 2025 (Dkt. 74);

**WHEREAS**, the Motion to Dismiss and Willman Motions (collectively, "Motions") are fully briefed;

**WHEREAS**, on May 29, 2025, the Court issued the following Order: "Due to the Court's impacted calendar, the June 5, 2025 motions hearing is VACATED. The parties shall meet and confer regarding a continued hearing date in July or August and submit a stipulation and proposed order with suggested dates." (Dkt. 143);

**WHEREAS**, pursuant to that Order, the Parties have met and conferred and stipulate to a continued hearing on the Motions on July 31 or August 28, which Mr. Willman does not oppose;

**NOW THEREFORE**, the Parties stipulate to a continued hearing on the Motions on either July 31 or August 28.

1  DATED: June 13, 2025                      Respectfully submitted,

2                                            QUINN EMANUEL URQUHART & SULLIVAN LLP

3
                                             By */s/ Rachel Herrick Kassabian*
4                                                 Rachel Herrick Kassabian (SBN 191060)
                                                    rachelkassabian@quinnemanuel.com
5                                                 Yury Kapgan (SBN 218366)
                                                    yurykapgan@quinnemanuel.com
6                                                 Margret M. Caruso (SBN 243473)
                                                    margretcaruso@quinnemanuel.com
7                                                 555 Twin Dolphin Dr., 5th Floor
                                                  Redwood Shores, CA 94065
8                                                 Telephone: (650) 801-5000
                                                  Facsimile: (650) 801-5100
9
                                                  Brian Mack (SBN 275086)
10                                                   brianmack@quinnemanuel.com
                                                  50 California Street, 22nd Floor
11                                                San Francisco, CA 94111
                                                  Telephone: (415) 875-6400
12                                                Facsimile: (415) 875-6700

13                                                Michael E. Williams (SBN 181299)
                                                     michaelwilliams@quinnemanuel.com
14                                                Kevin Y. Teruya (SBN 235916)
                                                     kevinteruya@quinnemanuel.com
15                                                865 South Figueroa Street, 10th Floor
                                                  Los Angeles, CA 90017
16                                                Telephone: (213) 443-3000
                                                  Facsimile: (213) 443-3100

17                                                *Attorneys for Plaintiff WPEngine, Inc.*

18

19                                           GIBSON, DUNN & CRUTCHER LLP

20
                                             By */s/ Rosemarie T. Ring*
21                                                Rosemarie T. Ring (SBN 220769)
                                                  rring@gibsondunn.com
22                                                Joseph R. Rose (SBN 279092)
                                                     jrose@gibsondunn.com
23                                                One Embarcadero Center
                                                  San Francisco, CA 94111-3715
24                                                Telephone: (415) 393-8200
                                                  Facsimile: (415) 801-7358
25
                                                  Josh A. Krevitt (SBN 208552)
26                                                jkrevitt@gibsondunn.com
                                                  310 University Ave
27                                                Palo Alto, CA 94301-1744
                                                  Telephone: (650) 849-5300
28                                                Facsimile: (650) 849-5333

                                             -2-                    Case No. 3:24-cv-06917-AMO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Orin Snyder *(admitted pro hac vice)*
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2400
Facsimile: (212) 351-6335

Michael H. Dore (SBN 227442)
  mdore@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-6652

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg*

-3-                                     Case No. 3:24-cv-06917-AMO

STIPULATION AND ~~PROPOSED~~ ORDER RE-SETTING MOTION TO DISMISS HEARING DATE

1

**E-FILING ATTESTATION**

2        Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that counsel for

3   Defendants has concurred in this filing.

4                                                            */s/ Rachel Herrick Kassabian*
                                                            Rachel Herrick Kassabian
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER RE-SETTING MOTION TO DISMISS HEARING DATE

1

**[PROPOSED] ORDER**

2          NOW THEREFORE, pursuant to the *Joint Stipulation and [Proposed] Order Re-Setting*

3    *Hearing Date on Motions*, the Court ORDERS as follows:

4          Defendants' Motion to Dismiss and Strike the First Amended Complaint (Dkt. 68) and

5    Michael Willman's Motion to Intervene (Dkt. 70), Motion for Contempt (Dkt. 71) and Motion for

6    Order to Show Cause (Dkt. 99) shall be set for hearing on __August 28, 2025 at 02:00 PM__.

7          IT IS SO ORDERED.

8

9    Dated: _____June 17__, 2025

10

11    By: _____
          Honorable Araceli Martínez-Olguín
12          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER RE-SETTING MOTION TO DISMISS HEARING DATE