1  QUINN EMANUEL URQUHART & SULLIVAN LLP
2  Rachel Herrick Kassabian (SBN 191060)
     rachelkassabian@quinnemanuel.com
3  Yury Kapgan (SBN 218366)
     yurykapgan@quinnemanuel.com
4  Margret M. Caruso (SBN 243473)
     margretcaruso@quinnemanuel.com
5  555 Twin Dolphin Dr., 5th Floor
   Redwood Shores, CA 94065
6  Telephone: (650) 801-5000
7  Facsimile: (650) 801-5100

8  Brian Mack (SBN 275086)
     brianmack@quinnemanuel.com
9  50 California Street, 22nd Floor
   San Francisco, CA 94111
10 Telephone: (415) 875-6400
   Facsimile: (415) 875-6700
11
   Michael E. Williams (SBN 181299)
12   michaelwilliams@quinnemanuel.com
   Kevin Y. Teruya (SBN 235916)
13   kevinteruya@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
14 Los Angeles, CA 90017
   Telephone: (213) 443-3000
15 Facsimile: (213) 443-3100

16
17 *Attorneys for Plaintiff WPEngine, Inc.*

18             **UNITED STATES DISTRICT COURT**
19           **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
20

21 WPENGINE, INC., a Delaware corporation,       Case No. 3:24-cv-06917-AMO

22              Plaintiff,                        **PLAINTIFF WPENGINE, INC.'S**
                                                  **STATEMENT OF RECENT DECISION**
23          vs.                                   **REGARDING DEFENDANTS' MOTION**
                                                  **TO DISMISS PURSUANT TO N.D. CAL.**
24                                                **CIVIL L.R. 7-3(D)(2)**
   AUTOMATTIC INC., a Delaware corporation;
25 and MATTHEW CHARLES MULLENWEG,                 Hon. Araceli Martínez-Olguín
   an individual,
26                                                Hearing Date: August 28, 2025
              Defendants.
27

28

1    Pursuant to N.D. Cal. Civil L.R. 7-3(d)(2), Plaintiff WPEngine, Inc. ("WPE") submits this

2   statement of recent decision regarding the Ninth Circuit's June 23, 2025 opinion in *CoStar Grp., Inc.*

3   *v. Com. Real Estate Exch., Inc.*, 2025 WL 1730270 (9th Cir. June 23, 2025) in connection with

4   Defendants' motion to dismiss, which is set for hearing on August 28, 2025, and on which briefing

5   closed on February 19, 2025.  The Ninth Circuit's decision addresses issues raised in the briefing on

6   Defendants' motion to dismiss regarding WPE's antitrust and Unfair Competition Law claims and

7   the district court's prior decision in *CoStar*.  *Id.* at *5–12; Dkt. 68 at 2–8, 17–18; Dkt. 75 at 2–9, 17–

8   19; Dkt. 106 at 2–5, 17.  A copy of the Ninth Circuit's opinion is attached as **Exhibit A**.

DATED: July 10, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By */s/ Rachel Herrick Kassabian*
    Rachel Herrick Kassabian (SBN 191060)
      rachelkassabian@quinnemanuel.com
    Yury Kapgan (SBN 218366)
      yurykapgan@quinnemanuel.com
    Margret M. Caruso (SBN 243473)
      margretcaruso@quinnemanuel.com
    555 Twin Dolphin Dr., 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Brian Mack (SBN 275086)
      brianmack@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Telephone: (415) 875-6400
    Facsimile: (415) 875-6700

    Michael E. Williams (SBN 181299)
      michaelwilliams@quinnemanuel.com
    Kevin Y. Teruya (SBN 235916)
      kevinteruya@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    *Attorneys for Plaintiff WPEngine, Inc.*