ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA  94111-3715
Telephone:  415.393.8200
Facsimile:  415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Ave
Palo Alto, CA 94301-1744
Telephone:  650.849.5300
Facsimile:   650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.2400
Facsimile:   212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION REGARDING DEFENDANTS' MOTION TO DISMISS PURSUANT TO N.D. CAL. CIVIL L.R. 7-3(D)(2)**<br><br>Hon. Araceli Martínez-Olguín<br><br>Hearing Date: August 28, 2025 |

Gibson, Dunn &
Crutcher LLP

DEFENDANTS' STATEMENT OF RECENT DECISION REGARDING DEFENDANTS' MOTION TO DISMISS
PURSUANT TO N.D. CAL. CIVIL L.R. 7-3(D)(2)
CASE NO. 3:24-CV-06917-AMO

1    In accordance with Civil Local Rule 7-3(d)(2) of the Northern District of California,

2    Defendants Automattic, Inc. and Matthew Charles Mullenweg (collectively, "Defendants")

3    respectfully submit this notice of two recent decisions relevant to Defendants' pending motion to

4    dismiss, which is scheduled for hearing on August 28, 2025, and for which briefing concluded on

5    February 19, 2025. On May 29, 2025, the California Court of Appeal issued its opinion in

6    *Franceschi v. Baldwin*, 2025 WL 1528629 (Cal. Ct. App. May 29, 2025) (unpublished). This

7    decision addresses matters that were raised in the parties' briefing on Defendants' motion to dismiss,

8    specifically with respect to Plaintiff WPEngine, Inc.'s ("WPE") attempted extortion claim. *See id.* at

9    *2–4 & n.3; Dkt. 68 at 19–20; Dkt. 75 at 21–22; Dkt. 106 at 12–13. A copy of the Court of Appeal's

10   opinion is attached hereto as Exhibit A.

11   On June 9, 2025, the United States District Court for the Southern District of New York

12   issued its opinion in *Lively v. Wayfarer Studios LLC*, 2025 WL 1637019 (S.D.N.Y. June 9, 2025).

13   This decision similarly addresses matters that were raised in the parties' briefing on Defendants'

14   motion to dismiss, specifically with respect to WPE's attempted extortion claim. *See id.* at *58–59,

15   50–61; Dkt. 68 at 19–20; Dkt. 75 at 21–22; Dkt. 106 at 12–13. A copy of the District Court's opinion

16   is attached hereto as Exhibit B.

17

18

19

20

21   DATED: July 14, 2025                          Respectfully submitted,

22                                                 GIBSON, DUNN & CRUTCHER LLP

23                                                 By:  */s/ Rosemarie T. Ring*
                                                        Rosemarie T. Ring
24
                                                   *Attorney for Defendants Automattic Inc. and*
25                                                 *Matthew Charles Mullenweg*

26

27

28

DEFENDANTS' STATEMENT OF RECENT DECISION REGARDING DEFENDANTS' MOTION TO DISMISS
PURSUANT TO N.D. CAL. CIVIL L.R. 7-3(D)(2)
CASE NO. 3:24-CV-06917-AMO
1