Michael Willman

5 Mecca Lane Washington, ME 04574

1 (207) 242-4767

michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>                Defendant. | Case Number: 3:24-cv-06917-AMO<br>**DECLARATION OF MICHAEL WILLMAN**<br>**IN SUPPORT OF NON-PARTY MICHAEL**<br>**WILLMAN'S MOTION FOR LEAVE TO**<br>**AMEND MOTION FOR CONTEMPT**<br><br>COURTROOM: Courtroom 10 - 19th Floor<br>JUDGE: Hon. Araceli Martinez-Olguin |

I, Michael Willman, hereby declare as follows:

1. I am an individual living in the state of Maine, acting on my own behalf. As a pro-se litigant, I submit this Declaration in support of my Motion for Leave to Amend Motion for Contempt in the above matter.

2. Attached hereto as **Exhibit 1** is my proposed Amended Motion for Contempt.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a redline comparison of the original Motion for Contempt against the proposed Amended Motion for Contempt.

4. On December 10, 2025, this Court did issue an order granting a preliminary injunction against Defendants that included among its protected parties "employees', users',

5. customers', or partners'" of WPEngine.

6. Between the evening of January 3, 2025 and the morning of January 4, 2025; Defendant Matthew Mullenweg did ban my account from the Make.Wordpress.org Slack instance, purportedly due to alleged threats of physical violence, after I noted my willingness to pursue legal action against Defendants.

7. On January 13, 2025, I did file a Motion for Contempt with this court, alleging that Defendants actions on January 3 were in violation of the preliminary injunction.

8. On August 13, 2025, this Court issued an interlocutory order denying my motions, on the grounds that a pro-se litigant cannot represent a corporation and that my motions combined allegations of damages to myself and to my company in a single filing.

9. On August 20, 2025, I did meet and confer with Defendants regarding this motion for leave. At that time, they did state that they have no opinion regarding this matter.

Respectfully submitted,

Date: Aug. 24, 2025   Signature: s/ Michael Willman

Print Name: Michael Willman