# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendant. | Case Number: 3:24-cv-06917-AMO<br>**[PROPOSED] ORDER GRANTING**<br><br>**NON-PARTY MICHAEL WILLMAN'S**<br><br>**MOTION FOR LEAVE TO AMEND**<br><br>**MOTION FOR CONTEMPT**<br><br>COURTROOM: Courtroom 10 - 19th Floor<br><br>JUDGE: Hon. Araceli Martinez-Olguin |

On August 24, 2025, non-party Michael Willman filed a Motion for Leave to Amend Motion for Contempt to address a threshold issue identified by this Court. Defendants have indicated that they take no position regarding this motion.

As leave to amend should be liberally granted under Fed. R. Civ. P. 15(a)(2) and none of the relevant factors justifying a denial of this motion have been identified, the Court GRANTS non-party Michael Willman's motion for leave to file the amended motion for contempt.

**IT IS SO ORDERED.**

Date:                                        By:

                                             HON. ARACELI MARTÍNEZ-OLGUÍN

                                             United States District Court Judge