JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Ave
  Palo Alto, CA 94301-1744
  Telephone: 650.849.5300
  Facsimile: 650.849.5333

JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, *Plaintiff*, v. AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, *Defendants*. | Case No. 3:24-cv-06917-AMO **DEFENDANTS' RESPONSE TO NON-PARTY MICHAEL WILLMAN'S MOTION FOR LEAVE TO AMEND MOTION FOR CONTEMPT [DKT. 159]** Hon. Araceli Martínez-Olguín |

Gibson, Dunn & Crutcher LLP

DEFENDANTS' RESPONSE TO NON-PARTY MICHAEL WILLMAN'S MOTION FOR LEAVE
TO AMEND MOTION FOR CONTEMPT
CASE NO. 3:24-CV-06917-AMO

Pursuant to Local Rule 7-3(a), counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg respectfully submits this response to Non-Party Michael Willman's motion for leave to amend his motion for contempt. Dkt. No. 159. As noted in Mr. Willman's motion, Defendants take no position as to the merits of Mr. Willman's motion for leave itself. But Defendants note that Mr. Willman's motion to intervene was denied on August 13, 2025. *See* Dkt. No. 155. Mr. Willman has not refiled that motion or moved for leave to amend his motion to intervene. His pending motion for leave to amend his motion for contempt is thus "procedurally improper." *James v. Uber Techs. Inc.*, 2022 WL 4004763, at *2 (N.D. Cal. Sept. 1, 2022); *see also Nat'l Council of United States, Soc'y of St. Vincent De Paul, Inc. v. Del Norte Council of Soc'y of St. Vincent De Paul*, 2024 WL 3924555, at *6 (N.D. Cal. Aug. 23, 2024) (denying motion for more definite statement where movant was "not . . . permitted to intervene").

DATED: September 8, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joseph R. Rose*
     Joseph R. Rose

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*

1

DEFENDANTS' RESPONSE TO NON-PARTY MICHAEL WILLMAN'S MOTION FOR LEAVE
TO AMEND MOTION FOR CONTEMPT
CASE NO. 3:24-CV-06917-AMO

Gibson, Dunn & Crutcher LLP