Michael Willman

5 Mecca Lane Washington, ME 04574

1 (207) 242-4767

michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendant. | Case Number: 3:24-cv-06917-AMO<br>**DECLARATION OF MICHAEL WILLMAN**<br>**IN SUPPORT OF REPLY TO OPPOSITION**<br>**TO MOTION FOR LEAVE TO AMEND**<br><br>COURTROOM: Courtroom 10 - 19th Floor<br>JUDGE: Hon. Araceli Martínez-Olguín |

I, Michael Willman, hereby declare as follows:

1. I am an individual living in the state of Maine, acting on my own behalf. As a pro-se litigant, I submit this Declaration in support of my Reply to Opposition to Motion for Leave to Amend in the above matter.

2. On August 20, 2025, I did contact Defendants regarding my intent to file the initial Motion for Leave to Amend.

3. In response, I did receive an email stating that Defendants took no position regarding this Motion for Leave to Amend.

4. Attached hereto as **Exhibit 1** is a copy of the email conversation between myself and Defendants.

Respectfully submitted,

Date: Sept. 9, 2025              Signature: s/ Michael Willman

                                 Print Name: Michael Willman