# EXHIBIT A

Email Correspondence between Michael Willman and Defendants, on August 20, 2025.

**Intent to Request Leave to Amend**
2 messages

**Michael Willman** <michael@websiteredev.com>  Wed, Aug 20, 2025 at 3:45 PM
To: "Ring, Rose" <RRing@gibsondunn.com>, "Rose, Joseph R." <JRose@gibsondunn.com>, osnyder@gibsondunn.com, "Dore, Michael H." <MDore@gibsondunn.com>, bwallace@gibsondunn.com

To Whom it May Concern,

Per the order by Judge Araceli Martinez-Olguin denying my motion for contempt on a threshold issue related to my lack of representation, it is my intent to move for leave to amend this motion to address the threshold issue in question and strike any references to corporate damages. I will make no new arguments or claims in the amended motion.

Fed. R. Civ. P. 15(a)(2) states that "[t]he court should freely give leave when justice so requires" and by my reading, none of the five Foman factors that may justify a denial are likely to apply here. As such, it does not seem likely that the court will deny my request to amend.

Given those details, and in the interest of judicial economy, I wish to ask if the Defense intends to oppose this motion for leave to amend.

I respectfully request your decision on this matter.

Best Regards,
Michael Willman

**Dore, Michael H.** <MDore@gibsondunn.com>  Wed, Aug 20, 2025 at 8:39 PM
To: Michael Willman <michael@websiteredev.com>, "Ring, Rose" <RRing@gibsondunn.com>, "Rose, Joseph R." <JRose@gibsondunn.com>, "Wallace, Brooke Myers" <bwallace@gibsondunn.com>

Mr. Willman,

Thank you for your correspondence. Defendants take no position as to your request for leave to amend your motion for contempt. However, Defendants remind you of your duty to ensure that all legal authorities cited are authentic.

**Michael H. Dore**
Partner

T: +1 213.229.7652

Cell: 1 213.258.5517
MDore@gibsondunn.com

Bio

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

[Quoted text hidden]

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.