# EXHIBIT B

TABLE OF CONTENTS

**TABLE OF CONTENTS** **2**
*Copy of screenshot posted to X on September 26th, 2024* 2
*Conversation between Kris Clason and Michael Willman - October 9th* 2
*Conversation between Matt Mullenweg and Michael Willman - October 10th to 13th* 3
*Conversation between Michael Willman and Trellis Leadership - October 11th* 6
*Announcement Posted by Matt Mullenweg  - October 10th, 2024* 8
*#Ranting Created by Matt Mullenweg  - October 12th, 2024* 9
*Conversation regarding otto4242 - October 13th, 2024* 9
*Copy of screenshot posted to Make.Wordpress.Org Slack server on October 13th, 2024* 12
*Conversation between Kris Clason and Michael Willman - December 9th 2024* 12
*Conversation between Matt Mullenweg and Michael Willman - December 23rd to January 3rd* 17
*Conversation between Matt Mullenweg and Michael Willman - January 4th, 2025* 19
*Conversation between Thijs Buijs and Matt Mullenweg - January 8th, 2025* 20
*Conversation between Kris Clason and Michael Willman* 21

Copy of screenshot posted to X on September 26th, 2024

Posted by @sereedmedia - Captured January 8th, 2025

 **Lawrence Ladomery** 8:19 PM
@matt - this was asked on X: is all this driven by an increasingly difficult financial position Automattic is finding itself in?

 **Matt** 8:20 PM
Nope, Automattic is in an amazing financial position

 1    😊⁺

and I've been post-economic for probably 19 years now, I've made more than I could ever spend in my lifetime. That's why I give so much away

 1    1    1

 **Alex Standiford** 🌀 8:21 PM
Literally nobody cares about that Matt

We're over here trying to protect our integrity and our clients and you're talking about A8Cs finance.

 8

Conversation between Kris Clason and Michael Willman - October 9th

Trellis Slack Server - Private Messages - Captured January 10th, 2025

 **Mike Willman** 3:42 PM
I am mid panic attack right now as we just got banned from Wordpress.org for being a WP Engine affiliate and lost a client over it.

So uh, can I get back to you on that

 **Kris Clason** 🅿️ 3:42 PM
Shit. OK

 **Mike Willman** 4:07 PM
Still mid panic attack

I'm not sure I can make DHS

I'm not sure it matters even, I don't know if we are still in business at this point

especially with above re: airlift

 **Kris Clason** 🅿️ 4:29 PM
Are you serious?

 **Mike Willman** 4:29 PM
We just lost a deal about 20 minutes ago

I'll be on DHS

Conversation between Matt Mullenweg and Michael Willman - October 10th to 13th

Make.Wordpress.org Slack Server - Channel #meta - Captured January 11th & 12th, 2025

**Thread**    ✕

**Michael Willman**  Oct 10th, 2024 at 12:55 AM
Hey @matt, I wanted to let you know that I willfully clicked your checkbox on the new account registration page. That is despite being an indisputable WP Engine affiliate, as I have been part of their affiliate program for several years. I just wanted to send over my legal details so you know where to send any demand letters or lawsuits.

Michael Willman
CEO - Website Redev
5 Mecca Lane
Washington, ME 04574
michael@websiteredev.com

👍 2   😀

38 replies

**matt**  Oct 10th, 2024 at 1:19 AM
I haven't filed any lawsuits, only WPE has. 🙂

It's your choice based on your ethics and principles to check the box or not. You chose to despite considering yourself an affiliate? That's fine. People lie all the time. You can still use WordPress.org just fine.

I checked out your site, I think it's amazing you've built a business with 8 employees (distributed!) building WordPress sites.

You mention Jonathan Perkins on your home page, you should link to your clients! I had to Google him to find the site. It loads super fast, just like yours. One suggestion I'd make for their site is that on desktop, it's common for users to "click" a dropdown menu, which in your implementation adds a # and kind of disappears the menu in an inconsistent way. I've attached a quick video to show what I mean. On mobile it works great, though.

I hope you're very successful and can scale even beyond what you've achieved already.

People are always asking me for developer referrals and I have a lot of friends in Maine, if you ever switch off WPE let me know so I can send them your way.

Welcome to the WordPress community! This #meta channel is really more for improving the website. A message like this would probably be better as a DM in the future, especially since it includes personal details.

2 files ▾





😂 1   🤯 2   ❤️ 9   🌟 1   😺 2   😀

**Michael Willman**  Oct 10th, 2024 at 1:24 AM
We actually did not build their current site, we did a rescue mission for them after another agency held them hostage and then they built a new site after.

Our most recent project can be found here: https://strongeru.com/af360/

Sadly we have to deal with their legacy site infrastructure (im not personally a fan of beaver builder), but we are in the process of a full rebuild. Would love your feedback on the landing page though.

🔴 **Stronger U Nutrition**
Fast-track Your Wellness Goals with the AF360 Challenge - Stronger U Nutrition
Prioritize whole-you health with leveled-up training, nutrition, and recovery support in our 6-week program.
**Est. reading time**
9 minutes



 **Michael Willman** Oct 10th, 2024 at 1:30 AM
In terms of the WP Engine, we don't recommend them to clients currently and use Cloudways for our own hosting. However, I do still generate residual affiliate payments and don't plan to give up a free check every month.

**matt** Oct 10th, 2024 at 2:04 AM
That site looks a lot better than the lawyer one! My only note would be on this typographical orphan. Otherwise the site has a really clear call to action, states its case well. I see Zoom for all the scheduling stuff, what are you using for your checkout?

Screenshot 2024-10-10 at 12.58.56 AM.png ▾



## FREQUENTLY ASKED QUESTIONS ABOUT STRONGER U

Still not seeing what you're looking

 **Michael Willman** Oct 10th, 2024 at 9:57 AM
WooCommerce. We didn't build that Woo site but are part of the team maintaining it, and we've built/launched roughly a dozen Woo sites over the years (between myself as a contractor and my current team), from my estimates we've generated around $50,000 in licensing revenue for Automattic over the last 5 years.

❤ 3    😊

**matt** Oct 10th, 2024 at 11:47 AM
That's amazing

Automattic has an agency program you should definitely get on it: https://automattic.com/for-agencies/

🌀 **Automattic**
**For Agencies**
Welcome to a new era of partnership with Automattic. We're on a mission to help your agency prosper and thrive with the best of what Automattic has to offer.
Feb 27th, 2024 (1 MB) ▾

Automattic
for Agencies

 **Michael Willman** Oct 10th, 2024 at 11:56 AM
A few weeks ago, I would have jumped at that. Unfortunately we just lost a signed dev contract on Monday and we've had two prospects also take their projects in another direction. Due to these losses and the recent changes in the community, we've had to reconsider our use of WooCommerce going forward, as we do not believe we can adequately support our Woo customers in the way we can on Wordpress.

We're currently building out our own mirrors of the Wordpress  repository to host our own core plugins on our own servers, so that we can ensure all of our clients have a robust update system in place. This isn't possible for our base site config in Woo, as many of the core plugins we use are paid Automattic plugins that we do not have a way to mirror at this time.

 **Michael Willman** Oct 10th, 2024 at 12:08 PM
How can we restore the confidence that our clients have in Wordpress and WooCommerce as a solution?

 **matt** Oct 12th, 2024 at 3:16 PM
Why do you need to build mirrors? We robustly update tens of millions of sites

 **Michael Willman** Oct 12th, 2024 at 3:51 PM
So that we can take the load and cost of updating our clients sites instead of expecting Wordpress.org to provide that service, for free, indefinitely. We may also wish to publish our own plugins in the future and ensure that our online listing's and repositories remain under our control. Our clients would take it poorly if we allowed third parties to take over our repository files and allow that third party to push

 **Michael Willman** Oct 12th, 2024 at 3:51 PM
So that we can take the load and cost of updating our clients sites instead of expecting Wordpress.org to provide that service, for free, indefinitely. We may also wish to publish our own plugins in the future and ensure that our online listing's and repositories remain under our control. Our clients would take it poorly if we allowed third parties to take over our repository files and allow that third party to push updates to their site without their agreement.

 **Michael Willman** Oct 12th, 2024 at 4:47 PM
An additional use of a mirror, which we have been asked to implement on the site of one of our clients already, is to implement additional moderation and manual review to the update process. A mirror would allow us to easily monitor plugin updates for changes to data such as the publisher of a plugin, as well as to ensure the integrity of the files being delivered. Relying on a third party for this puts our clients at risk from a security perspective.

 **matt** Oct 12th, 2024 at 5:17 PM
If they want to pay you for that, sure! .org serves 30k/RPS so even if you had thousands of clients it wouldn't show up as a blip.

 **Michael Willman** Oct 12th, 2024 at 5:18 PM
It was my understanding that providing Wordpress.org services was a significant cost and that the load of third parties that are not paying money towards these services risks the future of the Wordpress project.

Is that not correct?

**matt** Oct 12th, 2024 at 5:32 PM
We've run .org for 21 years with no downtime or security problems, happy to do it for decades more. There are many companies and allies that contribute to making it safe, robust, fast, and secure.

 **Michael Willman** Oct 12th, 2024 at 5:48 PM
Is there anything our organization should be doing to ensure that we can continue to retain access to Wordpress.org services in the future? Is there some minimum standard of support we should be maintaining, either at our current size or if we hit a certain larger size?

**matt** Oct 12th, 2024 at 6:12 PM
There are companies bigger than WPE in the WordPress ecosystem that have full .org access, like Godaddy and Newfold. If we were to make a rule, it would be something like "don't sue us." Everyone else is, and has been for 21 years, fine.

**Michael Willman** Oct 12th, 2024 at 6:18 PM
Godaddy paid a license fee though, correct? And WP Engine was banned before their lawsuit was filed? Or are you including a "ceace and desist" under the umbrella of "don't sue us"? (edited)

**matt** Oct 12th, 2024 at 6:22 PM
Godaddy has no trademark violations I'm currently aware of and usually a friendly conversation or email fixes things a lot faster than paying lawyers money to send C&Ds

 **matt**  Oct 12th, 2024 at 6:22 PM
Godaddy has no trademark violations I'm currently aware of and usually a friendly conversation or email fixes things a lot faster than paying lawyers money to send C&Ds

 **Michael Willman**  Oct 12th, 2024 at 6:38 PM
Did Godaddy make any payments to Automattic, Wordpress.org, the Wordpress Foundation or yourself, to resolve the conflict you had in 2022? I'm trying to get a better idea of the expectations on large hosts, as we work with Cloudways currently.

 **matt**  Oct 12th, 2024 at 6:40 PM
I can't comment on private business deals, often that sort of thing is covered by NDA

 **Michael Willman**  Oct 12th, 2024 at 7:04 PM
Completely understandable, i know how that all goes. Given that Cloudways was purchased for $350 million by Digital Ocean, and Digital Ocean has a market cap of over $4 billion, does their own contribution of 8 hours per week to Five for our Future meet you expectations of a large host? Are we at risk of facing similar issues with our host, that customers of WP Engine have experienced over the past few weeks?

And I just want to say, i appreciate your willingness to have a dialog despite my obvious opposition to your actions in this dispute, and im glad we have been able to have a civil conversation here.

❤️ 1   😀

 **matt**  Oct 12th, 2024 at 7:11 PM
Likewise. I'm not aware of anyone mixing up Digital Ocean with WordPress. I haven't gotten any customer support requests for Digital Ocean or Cloudways. I'm not aware of any trademark violations they have, they seem to be strong, independent brands that make sense to customers.

 **Michael Willman**  Oct 12th, 2024 at 7:42 PM
That's good to hear, we appreciate the relatively unique service that Cloudways provides and it would hurt to have to switch away. Some things we do with them are not possible elsewhere.

Is there any way for more explicit guidance for hosts to be released? We do also consult with a Wordpress host who offers a boutique service, and they ended up changing some of their messaging which was materially similar to WP Engine's. They had based their messaging on that of other established hosts and aren't sure if their current messaging is acceptable. I can't ask you about their specific site (their owner understandably doesn't want to catch your attention at the moment 😅 ) but more general guidance would be helpful.

 **matt**  Oct 12th, 2024 at 7:44 PM
W.org maintains a list of recommended hosts here: https://wordpress.org/hosting/

⬛ **wordpress.org**
**WordPress Hosting | WordPress.org**
Blog Tool and Publishing Platform

🙂 1   😀

---

**Thread**                                                                    ✕

 **matt**  Oct 12th, 2024 at 7:44 PM
W.org maintains a list of recommended hosts here: https://wordpress.org/hosting/

⬛ **wordpress.org**
**WordPress Hosting | WordPress.org**
Blog Tool and Publishing Platform

🙂 1   😀

 **Michael Willman**  Oct 12th, 2024 at 7:51 PM
Sorry, I don't think I worded that right. Is there any more explicit guidance for companies that host Wordpress sites for third parties, to avoid violating your trademark on the term "WordPress"? Right now I know that use of "WP" is acceptable, and that hosts should avoid making it seem like they are an "official" part of "WordPress", "the Wordpress Foundation", "Wordpress.org", "Wordpress.com" or "Automattic, Inc" but are there any other terminology or statements that should be avoided specifically? For example, would a statement like "Your Servers Meet Managed Wordpress" as an H1 tag on a landing page be an issue?

 **matt**  Oct 12th, 2024 at 7:52 PM
That's all covered by https://wordpressfoundation.org/trademark-policy/

⬛ **WordPress Foundation**
**Trademark Policy**
The WordPress Foundation owns and oversees the trademarks for the names and logos of WordPress as well as a few other WordPress-related brands. Trademarks are a signifier of a product's identity an...
Sep 9th, 2010 (27 kB) ▾



🙏 1   😀

 **Michael Willman**  Oct 12th, 2024 at 8:07 PM
Last question from my clients for you Matt, and I really appreciate all the answers. One of our clients is on WP Engine and wont be able to switch off until after the new year, based on their current workload and budget. One of their sites has WooCommerce and several paid Automattic plugins. Are they going to continue to retain access to Automattic update servers through that period, or is there a risk of further action being taken that could impact them before they can migrate?

 **matt**  Oct 12th, 2024 at 8:13 PM
No comment

☹️ 1   😀

 **Michael Willman**  Oct 12th, 2024 at 8:33 PM
I do want to state that I would suffer direct financial losses in excess of $100,000 if further action was taken against my client, before they can migrate off WP Engine. They have already started discussions with sales representatives from Shopify, BigCommerce and Webflow to investigate their options. We have done what we can to assure them but they are skittish, and have already decided to move away from WP Engine. We are a pure Wordpress shop and would lose all of their business if they made a switch. They are already moving away from WP Engine, but like many enterprise clients of theirs, the switch is not a simple one to be made.

I would end this conversation by asking that you please try to avoid harming third parties, such as our company, with any further actions you take against WP Engine.  I have no issue with your dispute with them, it is only the impact of these events on the Wordpress project, and the direct financial impact on our firm, that concern me. I have made Automattic a lot of money over the years, and I have 7 team members who depend on this work for their livelihood. Four of whom live in the Philippines where even basic access to water, energy and shelter is not a guarantee. One of them is about to have a child in a few weeks. Please don't do anything else that would make it harder to pay my team. We pay above market rate for our PH team (and hire people in the US/EU that would struggle to find comparable work elsewhere) and there is no way they could replace this job with something comparable.

1000002837.jpg ▾

**Thread**                                                                ✕

1000002837.jpg ▾



And if you've never been, I really suggest you check out Cebu some time. It's a beautiful place.

 **matt**  Oct 12th, 2024 at 9:03 PM
WordCamp Asia will be in Manila this year! Shopify, BigCommerce, and Webflow are totally proprietary. So you don't have a license to control your code. They can pull anything at any time, for any reason or no reason.

 **Michael Willman**  Oct 12th, 2024 at 9:26 PM
That was the reason they decided to stick with WooCommerce two years back, as we had to fix a lot of issues from their past devs and they were evaluating the different options at the time. It is what has kept them around until now as well, as we can mitigate any of the recent issues, but I'm worried they will get cold feet if there are further actions that impact them. Those sales talks they've had, don't really fill me with confidence.

Might have to see if I can align my next trip with WordCamp, it would be great to bring my PH team over to Manila for that as well.

 **Jason Shanks**  Oct 13th, 2024 at 6:03 AM
@Michael Willman  Just a technical point as I checked out your Stronger U site. You might consider (for SEO/Semantic heading purposes) making your FAQ titles H3 (restyle as they were of course). Seems to not break any functionality in your accordion script so should be an easy add value!

Screenshot 2024-10-13 at 8.46.00 pm.png ▾



 **Michael Willman**  Oct 13th, 2024 at 7:38 AM
I think we would have to rebuild that module, but we are hoping to rebuild the site at some point to get off beaver builder, and I would rather focus on that. I do appreciate your feedback and agree they should be an h3. I may check on Monday with my dev if there is an easy fix. Good catch!

Conversation between Michael Willman and Trellis Leadership - October 11th

Trellis Slack Server - Joint DMs - Captured January 12th, 2025

**Bill Aicher, isaiahbollinger, Kris Clason**  4

Messages    Add canvas    Files    +

**Mike Willman** 11:10 AM      October 11th, 2024 ˅

It pains me to inform you all that I have just learned Redev has lost a second closed (verbal) project, and that due to the accumulated losses in the past 90 days, I will be forced to wind down operations of Redev by Dec 31st.

I am fully committed to continuing to serve the two retainer clients we share, DHS Equipment and Moore & Giles, through the end of the year and possibly beyond. I am willing to explore continuing those retainers as a solo contractor, if Trellis wishes to continue working with me on them. We also have work being pitched with MGH, which I will commit to delivering if it is closed.

The one area of business that is "closed" that I am not able to deliver on personally, is the Airlift project. In part due to the uncertainty of the project itself, and in part due to it depending on an employee who I am no longer capable of paying the salary of. I have however, spoken with Mike Kelly, and he is willing to work directly with Trellis that project if you wish to continue it. I am willing to assist Trellis in any way to find a solution, so that you do not lose that deal, but I am not going to be available for the time commitment required to manage it myself. At this point, I have not been paid by Redev in 71 days and I will need to focus on finding alternate employment.

If you have any questions about this, please reach out and I will be happy to do whatever I can to minimize the damages to Trellis.

It has been a great pleasure working with you all, and I appreciate how reliable of a partner you have been over the years with Redev and myself.

**isaiahbollinger** 🐎 11:12 AM
Let's figure out a path forward where you and your contractors get paid

We can get you guys busy

**Mike Willman** 11:13 AM
I'd be interested in exploring that, if you have some ideas.

And I do have some really talented team members who may need employment, if we can't figure something else out.

**Bill Aicher** 11:15 AM
Yes, we can definitely have some conversations here. Note that Kris is out on PTO (and out of phone range etc) until Tuesday.

**isaiahbollinger** 🐎 11:15 AM
I could prolly buy your assets

Won't be much

But you get something not zero

Let's talk before you fully shut down

Next week?

---

**Bill Aicher, isaiahbollinger, Kris Clason**

Messages    Add canvas    Files    +

Next week?      October 11th, 2024 ˅

**Mike Willman** 11:15 AM
Absolutely

11:15   Our assets are pretty minimal, mostly talent.

**isaiahbollinger** 🐎 11:15 AM
Yeah but those relationships are valuable

Recruiting fees etc

I can consider a value on that

Do you have any big customers left?

Even just one?

**Mike Willman** 11:16 AM
Yes, one

**isaiahbollinger** 🐎 11:16 AM
With upsell potential

On

Ok

That we could def buy

**Mike Willman** 11:16 AM
StrongerU, sister company of Anytime Fitness

**isaiahbollinger** 🐎 11:16 AM
And prolly bring you on a good deal for you

**Mike Willman** 11:16 AM
I would be very interested in that, for sure

**isaiahbollinger** 🐎 11:16 AM
I've done this before and it's worked out well

Loan did this

With us



Announcement Posted by Matt Mullenweg  - October 10th, 2024

Make.Wordpress.org Slack Server - Channel #meta - Captured January 12th, 2025



**matt**  Oct 10th, 2024 at 1:56 AM
We've gotten a lot of emotionally charged people joining our community recently, so I'd like to share a lesson I learned from my Mom, yes the same one who thought WP Engine was me, which is "Kill 'em with kindness."

When people show up heated, trying to escalate, you can defuse the situation by being as kind, friendly, and helpful as possible. Make sure they feel heard, and then respond with as much support as you can. Use facts. Don't take the bait on any personal attacks. Be calm, cool, and rational.

💯 61    ❤️ 8    😐 4    🐶 33    👍 17    ❤️ 21    🤢 1    🍔 3    🔴 3
👏 3    🙂 2    🐍 1    🐎 1    💩 2    😃

1 reply

**matt**  Oct 10th, 2024 at 1:57 AM
This is what I tried to do here:
https://wordpress.slack.com/archives/C02QB8GMM/p1728536120998419

🍅 **Michael Willman**
Hey @matt, I wanted to let you know that I willfully clicked your checkbox on the new account registration page. That is despite being an indisputable WP Engine affiliate, as I have been part of their affiliate program for several years. I just wanted to send over my legal details so you know where to send any demand letters or lawsuits.

Michael Willman
CEO - Website Redev
5 Mecca Lane
Show more
Thread in # meta | Oct 10th, 2024 | View message

👏 10    👍 3    🐶 5    😐 2    😫 1    😃 1    😃

#Ranting Created by Matt Mullenweg  - October 12th, 2024

Make.Wordpress.org Slack Server - Channel #Ranting - Captured January 11th, 2025



October 12th, 2024 ˅

**matt**  4:27 PM
joined #ranting.

**matt**  4:28 PM
set the channel description: A place for people ranting or complaining about WordPress or WordPress.org. Please keep non-WP rants elsewhere.

🍿 2    😃

Conversation regarding otto4242 - October 13th, 2024

Make.Wordpress.org Slack Server - Channel #meta - Captured January 12th, 2025

**Thread**    ✕

 **Michael Willman**  Oct 13th, 2024 at 7:21 AM
@matt Why is an employee of Wordpress.org threatening to assault people on Reddit?

> ❓  This file was not found.

➕ 1    😃

14 replies

 **Otto**  Oct 13th, 2024 at 7:36 AM
I already removed that comment and apologized for it yesterday.



 **Michael Willman**  Oct 13th, 2024 at 7:42 AM
I think that should definitely be taken into account when handling it, but to me it doesn't undo your initial action. I think in this case it's reasonable for the community to get input from your employer, as you are associating yourself directly with them with your flair and comments on that subreddit.

I understand that things are heated there right now, and I'm actively trying to help take some of that off the r/Wordpress mod team, but I cant help but be concerned by this action from an actual staff member of Wordpres.org.

 **Otto**  Oct 13th, 2024 at 7:45 AM
I can understand where you're coming from, but referring to that comment as a threat of physical violence is over the top. Anybody reasonable can assume that "slapping someone so that their head rolls" is not a legitimate threat. Admittedly, it was a poor choice in words. I see that and I removed it and apologized accordingly.



 **Michael Willman**  Oct 13th, 2024 at 8:09 AM
That is a threat of violence under Reddit terms of service and is not a turn of phrase that someone should be using in an official capacity. You also seem to be actively trying to double down on that behavior, by casting those concerned by it as "unreasonable".

We can't see into your brain to determine the intent behind the message. I hope you are telling the truth about your intent, but even if that's the case, I don't think that resolves the issue. The whole reason I'm even here right now is that I got a DM from one of my agency clients reading "I heard they are threatening users now is that true???" at 6am. Your explanation here isn't going to fill them with confidence. (edited)

➕ 3    😃

 **Otto**  Oct 13th, 2024 at 8:12 AM
The intent behind the message was that I was annoyed and upset that people in the subreddit have been attacking others willy nilly. Moderation is a frustrating job.

---

**Thread**    ✕

➕ 3    😃

 **Otto**  Oct 13th, 2024 at 8:12 AM
The intent behind the message was that I was annoyed and upset that people in the subreddit have been attacking others willy nilly. Moderation is a frustrating job.

And yes, I was angry, so I used a little over the top language. I should not have done that. And I apologize for doing that. It won't happen again, because I will do better.



 **Dan**  Oct 13th, 2024 at 8:19 AM
My god that guy needs to be taken down a peg or 90. (edited)

 **ML Dev**  Oct 13th, 2024 at 9:41 AM
in any working group I'm involved in or know that would be taken as a zero-tolerance violation of a physical threat, which would be a cause for removal - just putting that out there. The point wasn't that you were angry is that you described doing physical violence to another person - I say this in hopes that the WP community can feel safe and trust that the mods teams are there to support them (edited)



Moderating is a tough job and you have my empathy for that regardless

 **Koala**  Oct 13th, 2024 at 2:59 PM
Reminder of what constitutes a death threat to Matt. Grading on that curve, this is unquestionably an extremely serious threat of violence that warrants a meaningful response. (Of course it won't get one, because Matt doesn't have principles, he just has tantrums.) (edited)

Image from iOS  ▼



**Thread**                                                                                                     ✕

 **matt** Oct 13th, 2024 at 4:26 PM
I disagree with @Otto 's language there, and I am glad he apologized for it. I accept his apology. We all make mistakes.

👍👍 3    🙏 1

 **matt** Oct 13th, 2024 at 4:42 PM
Otto is not an employee of WordPress.org, he's a volunteer like all of us are, he is an employee of Audrey Capital, and he knows that his behavior does not reflect well on his employer.

👍 1

Copy of screenshot posted to Make.Wordpress.Org Slack server on October 13th, 2024

[Reddit.com/r/Wordpress](Reddit.com/r/Wordpress) - Thread " - Captured January 12th, 2025



**comments**

🔺 ALERT: Security risk (ACF related). Details inside.  (x.com)
**59** submitted 7 days ago by FriendlyWebGuy
🔻 152 comments  share  save  hide  delete  nsfw  spoiler  flair  crosspost

sorted by: **best** ▾      disable inbox replies (?)  pin to profile

you are viewing a single comment's thread.
view the rest of the comments →

🔺 [–] **otto4242** Ⓦ WordPress.org Tech Guy [M] -3 points 7 days ago*
🔻
> I mean that both me and the security team as a whole have decided to update the plugin and make sure it's correctly updated, whatever that takes. Like I said, we do not skimp on security for any reason.
>
> Edit: also, if you attack anybody else like you just attacked me in that post, I will slap you back so hard your head will roll. I don't mind people questioning me, because I can take it, however if you used the method in which you've done it here to anybody else, I would ban you forever. Do not attack people on this sub. Understood?

permalink  embed  save  parent  report  reply

🔺 [–] **FriendlyWebGuy** [S] 3 points 7 days ago
🔻 That's commendable. Will that be on an ongoing basis? For example, if someone with the current ACF (free) plugin tries to update it a month from now, will it work?

permalink  embed  save  parent  edit  disable inbox replies  delete  reply

🔺 [–] **Varantain**  7 points 7 days ago
🔻 John Blackbourn, who *doesn't* work at Automattic/Audrey, tweeted that he'll make sure that the ACF fixes get pushed into the plugins repo too.

permalink  embed  save  parent  report  reply

🔺 [–] **otto4242** Ⓦ WordPress.org Tech Guy [M] -6 points 7 days ago
🔻 I cannot predict the future, nor do I want to. You're asking about the future of an ever-changing situation, we have not talked to the people who make ACF, and we don't know what they want to do. You have to give things time to work themselves out. However, we take security as our number one priority, and that will always come first.

permalink  embed  save  parent  report  reply

Conversation between Kris Clason and Michael Willman - December 9th 2024

Trellis Slack Server - Private Messages - Captured January 11th, 2025



**Kris Clason**  1:55 PM
Hey @Mike Willman here's the contract I drafted for us to move forward with. Can you take a look and let me know if anything stands out to you in terms of giving you hesitation to proceed?

After that, do you want to move this to your letterhead and submit the contract to us? Or would you like us to proceed through the standard Zaelab contractor process?

PDF ▼



Zaelab _ Michael Willman Contract December 20...
PDF

Michael Willman & Zaelab SEO Contractor Agreement
12/9/2024

Contractor Agreement
1. Michael Willman (the "Contractor Personnel") will provide Zaelab (the "Client") SEO, content production and technical marketing services at the rate of $70 per hour.
2. The Client guarantees payment of at least 80 hours per month for a minimum monthly payment of $5,600.*
3. The Client will make an additional $700 payment to the Contractor in December for SEMrush reporting.
4. The Contractor will migrate the SEMrush enterprise account to the Client before 12/31/2024.
    4.1. The Contractor will support report re-integration as needed.

Statement of Work



**Mike Willman**  2:43 PM
I think going through your process would be best, then I will just get my attorney to review the final contract language. Everything in that looks acceptable to me. My only question is about Mike Kelly and how we are going to manage him and the remaining payment on Airlift. I'm not sure if any payment to him is factored into your planning.



**Kris Clason**  2:55 PM
It's not, you said you wanted to keep him off the Zaelab payroll. My expectation is that he was factored in to the total estimate of the project and you will pass through costs to him.

**Kris Clason**

Messages    Add canvas    Files    +

Okay, I can do that

December 9th, 2024 ⌄

**Kris Clason** 2:55 PM
I can bring him on as a contractor, but it seemed like you didn't want to do that.

**Mike Willman** 2:57 PM
I'm not entirely against it if my side of things is protected

Let me talk to him and see

The issue is that I haven't been able to pay him

**Mike Willman** 3:11 PM
What does it look like if you bring him on as a contractor

**Kris Clason** 3:11 PM
Ok, do you have an ETA on getting this approved on your side

Simply paying him directly, he can continue to work with/under you. If we have additional SEO work, you and I would collaborate to see if he is a good fit for it

**Mike Willman** 3:15 PM
How is that going to impact hours

**Kris Clason** 3:21 PM
How do you expect to split time between you and Mike Kelly?

Like in terms of the 81 hours, how many of them will be Mike K?

**Mike Willman** 3:22 PM
I dont recall ever discussing having Mike Kelly work through me

The whole issue is that I haven't been able to pay him

My only issue with him working with you directly, is that I cant just give up his non-solicit and IP for free

Otherwise I have no issue with it, my understanding was that you wanted to work with Mike Kelly directly

**Kris Clason** 3:37 PM
We're not asking for the IP. Yes I do, but you said you needed to see if you'd allow that.

---

**Kris Clason**

Messages    Add canvas    Files    +

Otherwise I have no issue with it, my understan  December 9th, 2024 ⌄  d to work with Mike Kelly directly

**Kris Clason** 3:37 PM
We're not asking for the IP. Yes I do, but you said you needed to see if you'd allow that.

**Mike Willman** 3:37 PM
If we didn't work together

**Kris Clason** 3:38 PM
Ok, so we will proceed with contracting Mike Kelly directly. I'm fine with that. What portion of the work do you think he'll do?

Regardless, I think we need to get things moving forward if we expect to retain this work. Do you have an ETA on having the contract reviewed and drafted on your side?

**Mike Willman** 3:39 PM
I had not expected for him to do any of the 80 hours

**Kris Clason** 3:40 PM
Ok, so the overall cost of the project will be going up? Do you know his estimates?

**Mike Willman** 3:50 PM
He thinks 50-60 hours left on his end. I dont even mind giving up my hours on this for free but I think the sticking point is that the 80 hours is going to be off the table now.

I'd do everything on Air Lift for free if you could do the 80 hours on other work but I dont think you have that budget

And I cant live on $3k a month

**Kris Clason** 3:55 PM
What's his hourly rate?

**Mike Willman** 3:56 PM
His rate with Redev was $25/hour but that was agreed to with the expectation of 40 hours a week and a 5% equity stake after a few years.

We were also using a loophole related to my initial investment in Redev to avoid income taxes in 2024, to be honest with you

I honestly dont want to be involved in your rate discussion with him, I think its between you two but I dont think he's going to accept what I was paying him.



**Kris Clason**

🎧 ⌄    ⋮    ✕

💬 Messages    🔲 Add canvas    📑 Files    +

We were also using a loophole related to my ini[ December 9th, 2024 ⌄ ] to avoid income taxes in 2024, to be honest with you

I honestly dont want to be involved in your rate discussion with him, I think its between you two but I dont think he's going to accept what I was paying him.

**Mike Willman**  4:05 PM
And I guess I was right about that because I guess the number he gave me was what he wanted to ask you for per hour

Not his hours estimate

So uh

**Kris Clason**  4:05 PM
Ok, what's his hourly estimate on the project?

**Mike Willman**  4:06 PM
Working on that one now

**Kris Clason**  4:14 PM
Cool, we're good to go with December since we have the MGH work. Jan and Feb may get tough if he's doing 80% of the work or more, but it sounds like he will be in assistance to you to provide the scale needed, so if it's 20h or so, I think we'll be fine

**Mike Willman**  4:15 PM
Sorry, the hours estimate is north of 60 hours.

**Kris Clason**  4:17 PM
OK, so 80% him of the remaining estimate? (edited)

**Kris Clason**  4:22 PM
So of the 81 hours left in the initial project estimate, Mike Kelly needs 65? hours and you will have 15 hours?

**Mike Willman**  4:36 PM
I think you would need to pay something like the full hours to Mike and then have me eat some hours to get it done at this point.

**Kris Clason**  4:40 PM
I mean you're not really eating any hours if we're paying a min. rate

---



**Kris Clason**

🎧 ⌄    ⋮    ✕

💬 Messages    🔲 Add canvas    📑 Files    +

point.    [ December 9th, 2024 ⌄ ]

 **Kris Clason**  4:40 PM
I mean you're not really eating any hours if we're paying a min. rate

 **Mike Willman**  4:41 PM
I can if I still work 80 hours above and beyond those hours

**Kris Clason**  4:43 PM
Can we just talk with Mike Kelly soon? We need to get this towards the finish line or I'm not sure we'll retain any of these clients.

I need to know if our payment to complete this project is capped at 81 hours based on the initial estimate or if this is basically starting fresh

 **Mike Willman**  4:47 PM
I am talking with him now

 **Kris Clason**  4:50 PM
OK, we'll let me know an answer on:
- I need to know if our payment to complete this project is capped at 81 hours based on the initial estimate or if this is basically starting fresh
- Hourly rate (sounds like $50-60)

**Mike Willman**  4:59 PM
If the answer is yes to both, is there a way to make the rest of our deal work

From where I'm sitting, I dont see it

 **Kris Clason**  5:00 PM
I'll go back to the drawing board and see

 **Mike Willman**  5:03 PM
I dont know if any of us can afford the drawing board

**Kris Clason**  5:04 PM
I'm going to run the numbers again tonight and send it back through the approval. If you're saying you're out right now, I'd prefer you just say it



**Kris Clason**

Messages    Add canvas    Files    +

**December 9th, 2024**

**Kris Clason**  5:04 PM
I'm going to run the numbers again tonight and send it back through the approval. If you're saying you're out right now, I'd prefer you just say it

**Mike Willman**  5:05 PM
I can give you tonight

But I think we need something signed in the next day or two

As it is, if we have a deal I wont get paid until after Christmas

**Kris Clason**  5:06 PM
I just got this information today since I've not been able to talk to Mike directly. We'll see what happens.

**December 10th, 2024**

**Kris Clason**  8:55 AM
Will you release Mike Kelly to contract with us directly?

**Mike Willman**  9:11 AM
I do not believe that any restrictive covenants can be upheld on my side given that Mike Kelly was laid off, vs being terminated for cause or other reasons.

**Kris Clason**  9:12 AM
OK, can you share his email address with me?

**Mike Willman**  9:13 AM
I'm assuming we have no deal?

**Kris Clason**  9:14 AM
I don't think I can get anything approved within the deadline you provided yesterday. I'm continuing to try but I need to start working on contingency plans.

**Mike Willman**  9:35 AM
I told him to email you directly

**Kris Clason**  9:40 AM
Is there a reason you simply can't just provide me his email address?

---

**Kris Clason**

Messages    Add canvas    Files    +

**December 10th, 2024**

**Mike Willman**  9:13 AM
I'm assuming we have no deal?

**Kris Clason**  9:14 AM
I don't think I can get anything approved within the deadline you provided yesterday. I'm continuing to try but I need to start working on contingency plans.

**Mike Willman**  9:35 AM
I told him to email you directly

**Kris Clason**  9:40 AM
Is there a reason you simply can't just provide me his email address?

**Kris Clason**  10:11 AM
Or do you have an ETA on when he'll be reaching out?

**Mike Willman**  12:45 PM
I dont know his personal email and i have an appointment

He said he emailed you a while ago

**Mike Willman**  5:23 PM
Im out of ways to work with Trellis properly but I have one last offer I can make. I will assist you in your transition in return for an active attempt by you, Bill and Isaiah to help myself and Redev find work. I am going to lose my house so Im available to work anywhere, i need a proper job at this point. And the remaining shell of my team needs some web work or everyone is without work.

**Mike Willman**  5:35 PM
I wont charge you anything, just the referral.

**Kris Clason**  7:51 PM
I'm sorry about the really difficult situation you're in on multiple fronts. Unfortunately we have to move on with in a clear direction and can't guarantee the work you require.  We're currently looking for someone else to fill the SEO strategist and production role and I need to focus on that. DHS is pausing their SEO work and I feel like I can handle the transition with Moore and Giles due to how early we are in the work.

If I feel work is a good fit, I will refer them to you and/or Redev.

Conversation between Matt Mullenweg and Michael Willman - December 23rd to January 3rd

Make.Wordpress.org Slack Server - Channel #ranting - Captured January 11th & 12th, 2025

**Thread**  # ranting                                                                                        ✕

 **Michael Willman**  Dec 23rd, 2024 at 8:51 AM
@matt Reading your "Holiday Break" article today and I just wanted to make sure you are aware you aren't just liable for damages to Automattic, you are also going to be liable for damages to a variety of other parties like myself when you lose. My personal losses due to your actions to-date are rapidly reaching six figures, including three laid off employees who are without a job over your "Holiday Break" due to your childish antics.

In summary, please enjoy a miserable holiday break, you deserve it.

Sincerely Yours,
A Related Entity of WP Engine

🤔 1    😔 2    😞 1    😶 1    😀

17 replies

 **veerleverbert**  Dec 24th, 2024 at 7:54 AM
I'm sorry to hear that. It is so true for many of us, even non-paid work has been shut down. So many projects have halted. Both energy, FOSS spirit and money are leaking at a higher pace each week.

Hope the new year may bring you and all of us relief, a new path forward.

🙏

#← Also sent to the channel
 **matt**  Dec 31st, 2024 at 6:11 PM
Thanks, telling an open source contributor they're personally liable for legal action and damages is a super-motivating way to get them to want to continue providing free services to you!

💯 1    😀

#← Also sent to the channel
 **matt**  Dec 31st, 2024 at 6:12 PM
I encourage you do that for all the open source software you use, email all the maintainers and tell them how you're going to cause them harm

💯 1    😀

#← Also sent to the channel
 **matt**  Dec 31st, 2024 at 6:12 PM
I encourage you do that for all the open source software you use, email all the maintainers and tell them how you're going to cause them harm

💯 1    😀

 **Michael Willman**  Dec 31st, 2024 at 9:29 PM
None of the other open source software I use is managed by someone who tried to extort me into moving from a competitor to them. None of their contributors have anything to worry about, as long as they dont engage in flagrantly illegal behavior.

 **matt**  Jan 2nd at 12:41 PM
Actually if you use ACF or any WPE plugins they try to switch you from your current host to WP Engine

 **Michael Willman**  Jan 2nd at 12:58 PM
I am engaged in the business of referring website development clients to hosting companies in return for compensation. I have signed a partnership deal with WP Engine, referred clients to WP Engine and received compensation from them in the past. As well as from other hosting providers such as my current partner Cloudways, whose payments alone are in the thousands of dollars. You have engaged in an attempt to compel me to stop providing such services to these clients under threat, services which I normally do for compensation, and to instead provide these services to you personally without compensation. You have done so, in part, by converting your legal access to my computer systems as the provider of the Wordpress.org update service, to unlawfully transform my websites to suit your own commercial purposes by installing your "Secure Custom Fields" plugin onto my websites and websites belonging to my clients, against my will.

WPE has done no such thing.

 **matt**  Jan 2nd at 12:59 PM
All the ACF stuff has been undone

if you actually want SCF with the pro features you can get it here: https://wordpress.org/plugins/secure-custom-fields/

 **matt**  Jan 2nd at 12:59 PM
All the ACF stuff has been undone

if you actually want SCF with the pro features you can get it here: https://wordpress.org/plugins/secure-custom-fields/


**WordPress.org**
**Secure Custom Fields**
Secure Custom Fields boosts content management with custom fields and options. It deactivates Advanced Custom Fields to prevent duplicate code errors. (54 kB) ▾

 **Michael Willman**  Jan 2nd at 1:00 PM
You undid it when you were compelled to do so by the courts, but the software was installed on my website against my will as part of a concerted campaign of extortion. That is conversion, which under Texas law is treated the same as theft.

Thats a state jail felony in Texas if the court finds the websites are valued under $30,000, and a third degree felony if they find they are valued between $30,000 and $150,000.

 **Michael Willman**  Jan 2nd at 1:07 PM
Here is where I informed you that I am engaged in the business of providing referrals to hosting companies in return for compensation and you attempted to compel me to partner with Automattic instead.

2 files ▾

This is BEFORE you accessed my computer systems unlawfully.

**Thread**  # ranting                                                    ✕

This is BEFORE you accessed my computer systems unlawfully.

#⬑ Also sent to the channel

 **Michael Willman**  Jan 2nd at 1:21 PM
I'm sitting here packing up my house so we can move out by the end of the month, because we cant pay our mortgage. Most of my employees are laid off and I'm trying to save the rest. One of the ones that got laid of just had a kid, and I cant even pay him. All of that is because of you and business we lost because of your actions.

Meanwhile you are sitting here acting like you are the "good guy" when you dragged thousands of innocent people into a spat between two billion dollar companies, and still trying to push people to buy your plugins. What, is $500 million not enough money? Need to make the number keep going up so might as well make a bunch of working people suffer to do it.

#⬑ Also sent to the channel

 **Michael Willman**  Jan 2nd at 1:24 PM
My wife, my 5 year old autistic son, and I will be moving into a travel trailer. The one benefit of that is that we can move it anywhere and I can still work. That means I can bring it to anywhere I need to, like to file legal actions in Texas, California and Delaware.

 **matt**  Jan 2nd at 2:21 PM
No one can install software against your will, your settings or site has to request the update. Could you help me understand how this impacted your business, and if there's anything I can do to help?

 **Namith Jawahar**  Jan 2nd at 9:00 PM
Sharing your concern @Michael Willman. I had zero new Wordpress projects in Dec 2024 a first in my 15 years of Wordpress development.  In addition to the isn't Wordpress insecure questions all devs have been fighting off for years now a new question has emerged from prospective clients where they are asking "what will happen if Wordpress shuts down".  Not every business owner is tech savvy and would know the ins and outs of tech, they get their info from popular media and it has definitely become increasingly difficult to convince prospective clients to pick Wordpress as the platform due to the recent negative publicity.

Hope some positive image building exercise happens to the platform early in 2025 to undo part of the reputation damage. Otherwise freelancers and SMEs like me who put their bets on Wordpress are going to out of business.  We might be the first to fall but it's going to affect the Wordpress hosting companies even worse.

 **Michael Willman** Jan 3rd at 12:12 PM

@matt Wordpress.org was given limited access to my website for the purpose of providing updates to third party plugins via the default plugin repository system. Each of these plugins are third party pieces of software that I chose to install on my website. I chose to install ACF, I did not chose to install SCF. By hijacking my install and transforming the install of ACF to SCF, you engaged in a textbook example of conversion, which is considering the same as theft in Texas.

If I hire a mechanic to do an oil change on my car, the only actions he has permission to perform on that car is to change the oil. He cannot start changing other parts, take my car for a joy ride, etc. If he does so, he has taken his legal access to my property and converted it to his own use. That legal concept is called "conversion" and it is the exact action you engaged in here, by taking your legal access to my computer systems and converting it illegally for your own benefit.

Steve Lehto gives a good summary of conversion here, in case you are unaware of what it is: https://youtu.be/hjMLtWhckt8?si=eq-5N6uyc1w7oJFh&t=417

In terms of how it impacted my business, I lost a closed $14.5k website project because you BANNED ME from Wordpress.org for having a relationship with WP Engine. My client asked me what's going on and I had to tell him that the guy who makes the software I use, that I have paid thousands of dollars, has banned me from all of his services. We have not closed a single Wordpress project with a new client since this drama started, so at this point our Wordpress development company is on the verge of bankruptcy. We survive only by doing maintenance for some of our older clients at the moment, and that just barely. We do so only because I have not taken a salary.



Conversation between Matt Mullenweg and Michael Willman - January 4th, 2025

Make.Wordpress.org Slack Server - Channel #ranting - Captured January 11th & 12th, 2025



# ranting



**Michael Willman**
Related Entity & Affiliate of WPEngine

Saturday, January 4th ⌄

**qwindoo** 4:49 PM
joined #ranting.

**matt** 7:16 PM
saying you're flying to Houston (where I guess you think I am?) feels like a physical threat, which is not okay. Please leave this space

➕ 2

Conversation between Thijs Buijs and Matt Mullenweg - January 8th, 2025

Make.Wordpress.org Slack Server - Channel #sustainability - Captured January 11th, 2025

Wednesday, January 8th ⌄



**Thijs Buijs** 10:42 AM
Hi Sustainers! Happy New Year to all of you!

I've decided to step down as Team Representative for the WordPress Sustainability Team and to cease my active role within the team immediately. I was truly hoping that 2025 would bring more positivity into the community after the WP Drama in 2024. However, I was wrong. @matt's call for what Drama he should create in 2025, was yet another proof to me that this community needs a change in leadership.

These acts of a single person are so counterproductive to the economic, social, and ecological sustainability and longevity of the project. Personally, it's not sustainable for me to invest any more energy into this project under the current leadership.

I would like to thank my fellow Team Reps @Nora Ferreirós, @Nahuai Badiola and @Csaba, Team Members, and everyone who has contributed to pushing things forward. It's been a true pleasure to collaborate with you for over two years, and to contribute to the WordPress community that I love so much.

In the coming period, I will reflect on how to make an impact to create a more sustainable world. (edited)

🔴 **Reddit**
**From the WPDrama community on Reddit**
Explore this post and more from the WPDrama community (64 kB) ⌄

Ⓦ **WPDrama**                                    🔴

**What drama should I create in 2025?**

I'm very open to suggestions. Should we stop naming releases after jazz musicians and name them after Drake lyrics? Eliminate all dashboard notices? Take over any plugins into core? Change from blue to

⬆ 0    💬 609

😔 4    ❤️ 7

**matt** 12:16 PM
joined #sustainability.

**matt** 12:20 PM
Today I learned that we have a sustainability team. 🙂 Thank you @Thijs Buijs for your effort in this area, looking at results of the team so far, and the ROI of time invested, it's probably a good time to officially dissolve the team entirely. It doesn't seem like creating a team around this was able to further any of its goals, so we should probably try a different approach, or consider whether it's salient for us to be involved at all. (For example, is it worth talking about the climate impact of WordPress, or instead should we just have really great performance metrics and try to optimize our code as much as possible, and focus on that efficiency.)

🤮 9    😮 1    😾 2    ❤️ 1    😭 1

**matt** 12:21 PM
archived #sustainability. The contents will still be browsable and available in search.

Conversation between Kris Clason and Michael Willman

On or Around November 1st - Trellis Slack Server DMS - Captured January 11th, 2025

 **Kris Clason**  4:08 PM
Well thats out of my control now. Its with Isaiah and Evan

 **Mike Willman**  4:09 PM
I know, but without it everything else is moot so it's out of both of our control at this point.

 **Kris Clason**  4:09 PM
I'm showing we owe you a $1,363.65 from this based on your 19 hours logged. I can approve the invoice when that's updated