# EXHIBIT E

TABLE OF CONTENTS

**TABLE OF CONTENTS**                                                        **2**
*Hours logged by Jomar Corona for Redev on WP Core Update plugin*                2
*Excerpt from contract between Trellis and Redev outlining terms of Air Lift phase 1 contract*   2
*Screenshot of Advanced Custom Fields installed on willmanwebservices.com*       3
*Screenshot of Secure Custom Fields installed on a website owned by Michael Willman*   3

Hours logged by Jomar Corona for Redev on WP Core Update plugin

Redev's Clickup Workspace - Captured January 11th, 2025





Excerpt from contract between Trellis and Redev outlining terms of Air Lift phase 1 contract

Captured January 11th, 2025

| Payment NumberMonth | Amount | Terms |
|---|---|---|
| 1 October | $7,400 | ACH payment pending Trellis receives payment from client Credit Card payment by 10/18 if client has not completed payment to TrellisProcessing fees accepted by Redev |
| 2November | 80 hours billed: $3,445 | At least 40% of IC work (48 hours) has been completed If less than 48 IC hours are completed by Redev, Trellis will pay Redev proportionally to the 48 hours targeted (ie. 30 hours are completed, Trellis will pay 63% of the $3,445 which is equal to $2,155) At least 40% of IC work time (48 hours) has been billed to the ClientPending first 50 pages of content have been accepted by the ClientIf content has not been accepted by the client, payment will be delayed until the first 50 pages are client approvedACH payment pending Trellis receives payment from client Credit Card payment by invoice due date if client has not completed payment to TrellisProcessing fees accepted by Redev |
| 3December | $3,445 | At least 80% of IC work time has been billed to the ClientACH payment completed by 12/6/2024 pending Trellis receives payment from client Credit Card payment by invoice due date if client has not completed payment to Trellis by 12/6/2024Processing fees accepted by Redev |

Screenshot of Advanced Custom Fields installed on willmanwebservices.com

Captured January 12th, 2025



Screenshot of Secure Custom Fields installed on a website owned by Michael Willman

Captured January 13th, 2025

