Your Name:Michael Willman

Address:5 Mecca Lane Washington, ME 04574

Phone Number: 1 (207) 242-4767

Email Address: michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

|  |  |
|---|---|
| WPENGINE, INC., a Delaware corporation, | ) ) |
|  | ) Case Number: 3:24-cv-06917-AMO |
| Plaintiff, | ) ) |
| v. | ) **AMENDED DECLARATION OF MICHAEL** |
| AUTOMATTIC INC., a Delaware | ) **WILLMAN IN SUPPORT OF MICHAEL** |
| corporation; and MATTHEW CHARLES | ) **WILLMAN'S** ~~MOTION TO INTERVENE~~ |
| MULLENWEG, an individual, | ) ~~AND~~ **MOTION FOR CONTEMPT** |
| Defendant. | ) DATE: ~~February 23rd, 2025~~ November 6, 2025 |
|  | ) TIME: 2PM |
|  | ) COURTROOM: Courtroom 10 - 19th Floor |
|  | ) JUDGE: Hon. Araceli Martinez-Olguin |
|  | ) |

I, Michael Willman, declare as follows:

1. I make this declaration in support of Intervenor Michael Willman's ~~Motion to Intervene and~~ Motion for Contempt. I have personal knowledge of all the facts set forth in this declaration, and if called upon to do so by the Court, I could and would testify competently thereto.

2. I am the Chairman and CEO of the Website Redevelopment Corporation (Redev). I have held this position since the company's founding in January of 2023. My duties as Chairman and CEO include driving the direction of the company, leading development of website projects, selling website development services and solutions to clients, and ensuring my team is well trained and capable of the work we are doing. I am a veteran marketer and web developer, having over 10 years of marketing experience and 5 years of professional web development experience in addition to years of hobbyist experience. My team and I have been trusted by a number of different marketing and web development agencies to serve their clients, as well as working directly with a range of companies from small businesses to billion dollar multi-nationals. Our company solely sells websites developed on the Wordpress open source software platform.

3. Redev is a website development and consulting firm located in Washington, Maine. It employs a small team of remote contractors to develop Wordpress websites for direct and white label clients using the open source Wordpress software program.

4. On September 27th, 2024 after being informed of a ban from Wordpress.org services impacting all WP Engine clients, including one of our largest clients Stronger U Nutrition, I instructed my senior developer Jomar Corona to begin development of a plugin that would allow us to update the Wordpress core from a mirror of the Wordpress.org core directory hosted on our website instead of from Wordpress.org directly.

5. In October of 2024, in my position as CEO of Redev, I was engaged in pitching a website

development project to a dispensary located in the state of Maine. The value of this contract was $14,500. The owner of the business decided to move forward with this project and signed the contract as proposed on or around October 1st of 2024. The owner paid a deposit of $4,500 in cash upon signing the contract, with work to start on the 14th of October.

6. On October 3rd, 2024 I received a phone call from the owner to enquire about WP Engine being banned from Wordpress. The owner inquired if Redev uses their services, and I informed them that we did work with them but they did not host our client sites at this time. They had in the past but we no longer actively recommended their services to clients, and we hosted with another hosting provider. This satisfied them at the time and we continued plans to begin work.

7. On October 9th I was contacted again by the owner to enquire about a change that was made to the Wordpress.org website, which required a user to state that they are not an "affiliate" of WP Engine. The owner asked if I was an affiliate of WP Engine and I was forced to say yes. I had initially signed an affiliate agreement on behalf of my employer Nowspeed Marketing in 2019 and had worked with WP Engine as a customer, user, and partner since that day. It would be very difficult to state that I was not an affiliate.

8. Upon being informed that I was an affiliate of WP Engine, and that this checkbox was an effective ban of myself and my company from Wordpress.org services, the owner of this business requested that I return his deposit and terminate the contract. We had a discussion about this but I was forced to admit that there was a significant change to the terms of the contract itself, and agreed to refund his deposit minus five hundred dollars to cover my costs to-date. I then visited the owner's establishment with the contract a few days after this discussion. We shredded both original copies of the contract and the statement of work, and I returned the rest of his deposit minus $500.

9. Immediately after being informed of the contract termination, I had a conversation with Kris Clason, Director of Marketing at Growth Spark (a Trellis company). I have had a longstanding relationship with Trellis and Growth Spark going back several years, predating my formation of Redev. During this conversation, I informed Kris that we had just lost a large contract, I did not know if we could continue to cover our expenses, and that I did not know if I could make our scheduled call with a client "DHS" as I was in the process of having a panic attack. I would eventually be able to calm myself down enough for the call, but relied heavily on Kris' to lead the call and take over from me at times due to my own state.

10. In the early hours of October 10th, I posted a message to the Make.Wordpress.org slack server channel "#meta" containing my full name and address and informing Matt Mullenweg that I had clicked the checkbox on Wordpress.org knowingly, despite being an affiliate of WP Engine.

11. Matt would respond, stating he had not filed any legal actions, and then proceeded to post a criticism of a website owned by an attorney named "Jonathan Perkins" who is located in Connecticut. Mr Perkins and his law firm were a past client of mine, and we had done a recovery project for them in the past where we rebuilt their old website in seven days. This project was referenced on the homepage of our website with a screenshot from that site.

12. Despite the current website hosted by Jonathan Perkins (located at https://800perkins.com) not resembling screenshots on our homepage, no statements made on our website that we had developed their current site, and no other evidence to back up an assumption that we had developed the current site, Matt Mullenweg proceeded to post a breakdown of technical issues with this site, alleging that these were issues that I was responsible for as the individual he presumed had built the site. He would then state he gets a lot of requests for referrals to developers and would be happy to refer them to me if I switched off of WP Engine.

13. In response, I informed him that we had not developed this website, and provided an alternative link to a website we had just launched for a major client.

14. Matt then proceeded to attempt to list issues with this site as well, but was only able to reference a single typographical orphan that was only visible in a small non-standard screen resolution range. He would go on to later recommend that we sign up for the Automattic partnership program as well in this same conversation.

15. Shortly after this conversation started, still on October 10th, Matt Mullenweg proceeded to post two comments in the #announcements channel on the Make.Wordpress.org slack server referencing our discussion as an example of how to handle people who are ranting and kill them with kindness.

16. Late on October 10th, 2024 I was contacted by another client that we had been pitching a website development project to, who had given us a verbal agreement two weeks back and were finalizing a review of the proposed contract with their attorneys. They informed me that, due to the drama with Wordpress, they did not feel comfortable spending that money on a Wordpress website and were going to sign a contract with another company to build a Drupal website instead.

17. On October 11th, 2024, I posted a message to Kris Clason, Bill Aicher and Isaiah Bollinger from the leadership team at Trellis informing them that, due to the loss of these two contracts, I was not going to be able to continue our operations beyond December 31st in our current financial state. They would make several offers to help keep us in business and I would proceed to enter into negotiations with Trellis regarding an additional payment for services or other agreement that would allow us to continue to keep our doors open.

18. On October 12th, 2024, Matt Mullenweg created a channel called "#ranting" on the Make.Wordpress.org slack server, and set the description to read "A place for people ranting

or complaining about WordPress or WordPress.org. Please keep non-WP rants elsewhere."

19. Also on October 12th, 2024, Matt Mullenweg posts a blog titled "Secure Custom Fields" declaring that he has taken over control of the "Advanced Custom Fields" plugin repository and renamed it "Secure Custom Fields" as part of a fork. Importantly, he also declared that any website using the Wordpress automated update system would receive an update to Secure Custom Fields.

20. On or between October 12th and October 14th 2024, an automated WP Cron worker on a staging server for my website https://willmanwebservices.com, and on the servers for several other websites that I own, initiated a request for the latest files for the newly released version of "Advanced Custom Fields" published by WP Engine to the Wordpress.org repository. My computer system then received a response, claiming to be an updated set of files for this plugin, and proceeded to install them as instructed by their programming. These files were not the latest update to "Advanced Custom Fields" published by WP Engine, but instead replaced this plugin with a new plugin called "Secure Custom Fields" published by Automattic. I would revert this update in my dashboard and turn off automatic updates on the site.

21. On October 13th, I posted a message to the Make.Wordpress.org slack server containing a screenshot of a message posted by "otto4242" aka Samuel Woods, an employee of Audrey Capital (another company owned by Matt Mullenweg) and a volunteer for Wordpress.org. The screenshot contained, in part, the text "Edit: also, if you attack anybody else like you just attacked me in that post, I will slap you back so hard your head will roll". In this message I posted to Slack, I pinged @matt and asked "Why is an employee of Wordpress.org threatening to assault people on Reddit?"

22. Samuel would respond the same day by claiming in part that "Anybody reasonable can assume that "slapping someone so that their head rolls" is not a legitimate threat."

23. Matt Mullenweg would later respond the same day, saying in part "I disagree with @Otto's language there, and I am glad he apologized for it. I accept his apology. We all make mistakes."

24. On November 15th, I found that Trellis would not be making an on-time payment on their current invoice, within their net terms agreement, and would enter a state of breach of contract. I announced a work stoppage to start on Monday morning, the 18th, and informed Trellis that effective immediately we were unable to continue to provide services due to the lack of payment. Trellis would complete payment within the cure period, however this was not sufficient to bring Redev to a financial state where it could continue operations, and thus the breach was never remedied. Redev and Trellis continued negotiations to attempt to resume work.

25. On November 18th, I notified two of our contractors "Michael Kelly" and "Jessie Celestial" that we needed to end their relationship with Redev due to a lack of funds to cover salary payments.

26. After extended negotiations, a draft contract term sheet was presented to me by Kris Clason of Trellis on December 9th. Upon review, I informed Kris that he had omitted key facts from the prior contract discussions, and he proceeded to inform me that they were withdrawing the contract term sheet.

27. On December 10th, 2024 I was notified by Kris Clason that Trellis was unable to come up with a contract that met both parties' expectations and that they would no longer be able to work with myself or Redev going forward.

28. On December 10th, 2024 I learned of a preliminary injunction that was upheld against Matt Mullenweg and Automattic. As a response to the injunction, I posted a link to the injunction document to the "#ranting" channel in the Make Wordpress slack server with the text

"Provided without commentary". I then posted another message stating "This account on slack.wordpress.org / wordpress.slack.com is operated by an affiliate and Related Entity of WP Engine." and updated my slack profile to show my title as "Related Entity and Affiliate of WP Engine".

29. On December 20th, 2024 Matt Mullenweg posted a blog article to the Wordpress.org News section titled "Holiday Break" where he stated that new account registrations and new submissions to Wordpress.org would be paused during the holiday period, as a result of the lawsuit.

30. On December 23rd, 2024 after returning from a pawn shop where I had sold some personal items to cover Christmas costs for my son's presents, I received a phone call from a client asking how we were going to deal with the pause in updates to Wordpress.org and if there were any security issues at play. I assured them that this would not cause any issues with their site.

31. Also on December 23rd, I proceeded to post a new thread in the Make.Wordpress.org slack server with the following text: "Reading your "Holiday Break" article today and I just wanted to make sure you are aware you aren't just liable for damages to Automattic, you are also going to be liable for damages to a variety of other parties like myself when you lose. My personal losses due to your actions to-date are rapidly reaching six figures, including three laid off employees who are without a job over your "Holiday Break" due to your childish antics. In summary, please enjoy a miserable holiday break, you deserve it. Sincerely Yours, A Related Entity of WP Engine"

32. On December 24th, Matt Mullenweg posted a text thread submission to my subreddit r/WPDrama titled "What drama should I cause in 2025?"

33. On December 31st, 2025 while at dinner with my wife for our anniversary, I received a

response from Matt Mullenweg to my Slack message on December 23rd. This would result in the conversation that ended with my account being deactivated sometime between January 3rd at 12:12PM EST and January 4th at 9:36AM EST. .

34. On January 4th at 9:36AM EST I accessed the Make.Wordpress.org slack via a different Wordpress.org account, after being unable to login with my primary account. Upon learning that my primary account had been deactivated, I sent the following message into the "#ranting" channel in the Make.Wordpress.org slack server: "@matt You banned me in violation of a court order now, you realize that?" followed by "I'm booking my tickets to Houston now to file an emergency injunction, I'll see you on Monday." and then "IF YOU PERSONALLY VIOLATE THE PRELIMINARY INJUNCTION AGAINST WORDPRESS.ORG, YOU WILL BE HELD LEGALLY LIABLE. YOU ARE NOT PROTECTED BY THE CORPORATE VEIL." posted with an excerpt of text taken from the preliminary injunction between WP Engine and Automattic, Inc and a screenshot of my deactivated account.

35. Matt Mullenweg proceeded to respond later that day with the following defamatory statement: "saying you're flying to Houston (where I guess you think I am?) feels like a physical threat, which is not okay. Please leave this space"

36. On January 4th, 2025 I downloaded a screenshot of a Reddit message posted by u/otto4242 from an unknown source. The screenshot is a copy of a screenshot that I originally posted to the Make.Wordpress.org Slack server on October 13th, 2024, in which Samuel Wood posted a threat of physical violence to the r/Wordpress subreddit that he moderated at the time. A true and correct copy of the screenshot is attached hereto as part of Exhibit B.

37. On Wednesday, January 8th 2025 a user named "Thijs Buijs" posted a message to the Make.Wordpress.org Slack server stating that he was stepping down from his role as team

representative for the Wordpress Sustainability Team, and in response Matt posted a message that started with "Today I learned that we have a sustainability team." and then would go on to say "it's probably a good time to officially dissolve the team entirely."

38. On January 8th, 2025, I downloaded a screenshot of a conversation between Lawrence Ladomery, Alex Standiford and Matt Mullenweg conducted on the Make.Wordpress.org slack server at an unknown date, that was posted to X/Twitter by @sereedmedia on September 26th, 2024. A true and correct copy of the screenshot is attached hereto as part of Exhibit B.

39. On January 9th, 2025, I created two screenshots of a conversation between myself and Kris Clason held on the Trellis Slack server on October 9th, 2024. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

40. On January 10th, 2025 Matt Mullenweg posted a comment as a response to the thread "Matt disbands sustainability team after representative steps down in protest" posted by Michael Willman to the subreddit r/Wordpress on January 9th, 2024.

41. On January 11th, 2025 Matt Mullenweg posted an article to the Wordpress.org News section titled "Joost/Karim Fork" in response to offers by Joost de Valk to lead a future release of Wordpress, announcing that he had banned Joost and four other prominent Wordpress users.

42. On January 11th, 2025 I took a screenshot of the creation of the #ranting channel on the Make.Wordpress.org slack server by Matt Mullenweg. A true and correct copy of the screenshot is attached hereto as part of Exhibit B.

43. On January 11th, 2025 I took a screenshot of the creation of an announcement made on the Make.Wordpress.org slack server by Matt Mullenweg. A true and correct copy of the screenshot is attached hereto as part of Exhibit B.

44. On January 11th, 2025 I took a screenshot of layoff notices provided by Michael Willman to Jessie Celestial and Michael Kelly via the Redev slack server on November 18th. A true and

correct copy of the screenshot is attached hereto as part of Exhibit B.

45. On January 11th, 2025 I took a series of screenshots of conversation threads posted to the Make.Wordpress.org slack server by Michael Willman between October 14th and October 23rd 2024, that show a legitimate use for the Make.Wordpress.org slack server as the leader of a community of over 1400 Wordpress users. A true and correct copy of these screenshots is attached hereto as Exhibit D.

46. On January 11th, 2025, I created five screenshots of a conversation between myself and Matt Mullenweg held on the Make.Wordpress.org slack server between December 23rd, 2024 and January 3rd, 2025. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

47. On January 11th, 2025, I created two screenshots of a conversation between myself (on an alternate account, "mwillman1991") and Matt Mullenweg held on the Make.Wordpress.org slack server on January 4th, 2025. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

48. On January 11th, 2025, I created two screenshots of a conversation between Thijs Buijs and Matt Mullenweg held on the Make.Wordpress.org slack server on January 8th, 2025. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

49. On January 11th, 2025, I created three screenshots of hours logged by my contractor Jomar Corona into the Redev Clickup server on the WP Core Update plugin project. A true and correct copy of the screenshots are attached hereto as part of Exhibit E.

50. On January 11th, 2025, I created a screenshot of a conversation between Michael Willman and Kris Clason held on the Trellis slack server on or around November 1st, 2024, regarding the specific amount of the second payment to be made to Redev on the Air Lift Company contract. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

51. On January 12th and 13th, 2025, I created ten screenshots of a conversation between Michael Willman and Matt Mullenweg held on the Make.Wordpress.org slack server between October 10th, 2024 and October 12th, 2024. A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

52. On January 12th and 13th, 2025, I created several screenshots of websites that I own which are or have in the past had Secure Custom Fields installed on them against my will. A true and correct copy of the screenshots are attached hereto as part of Exhibit E.

53. On January 13th, 2025, I created a screenshot of a comment made by Matt Mullenweg on the r/Wordpress thread "Matt disbands sustainability team after representative steps down in protest". A true and correct copy of the screenshots are attached hereto as part of Exhibit B.

54. On January 13th, 2025 I caused a screenshot of the article titled "Why Are Tumblr Users Making Memes About Cars And Hammers? Tumblr CEO PhotoMatt's So-Called 'Meltdown' And Controversy Explained" posted to the website Know Your Meme to be created. A true and correct copy of the screenshot is attached hereto as Exhibit C.

Respectfully submitted,

Date:    September 22, 2025    Signature:    /s Michael Willman

Print Name:    Michael Willman

AMENDED DECLARATION OF MICHAEL WILLMAN IN SUPPORT OF MICHAEL WILLMAN'S
MOTIONS TO INTERVENE AND FOR CONTEMPT
PAGE 12 OF 12                                    Case No. 3:24-cv-06917-AMO