QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER RESOLVING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING SECOND AMENDED COMPLAINT** |

# [PROPOSED] ORDER

Having considered Plaintiff WPEngine, Inc.'s ("WPE") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby **ORDERS** as follows:

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material in SAC ¶¶ 135; 208; 219; 413 | Excerpt from A8C00190048 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶¶ 135; 199; 213; 214 | Excerpt from A8C00190444 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶¶ 211; 223; 524 | Excerpt from A8C00205092 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶ 121 | Excerpt from A8C00212397 | 173 | 174-2 | 174-1 | Partial | Designated "Confidential" by Defendants | |
| Highlighted Material in SAC ¶ 231 | Excerpt from A8C00221365 | 173 | 174-2 | 174-1 | Partial | Designated "Confidential" by Defendants | |
| Highlighted Material in SAC ¶¶ | Excerpt from | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidenti | |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| 199; 202; 215 | A8C00 221515 | | | | | al – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶ 246 | Excerpt from A8C00 223254 | 173 | 174-2 | 174-1 | Partial | Designated "Confidential" by Defendants | |
| Highlighted Material in SAC ¶¶ 200; 209; 210; 374 | Excerpt from A8C00 238928 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶¶ 199; 213; 214; 218 | Excerpt from A8C00 255977 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶¶ 250; 407; 419 | Excerpt from A8C00 263914 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶¶ 238; 297; 324; 336 | Excerpt from A8C00 675249 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" | |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | by Defendants | |
| Highlighted Material in SAC ¶¶ 100 fn. 59; 220 | Excerpt from A8C00 679403 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶ 220 | Excerpt from A8C00 679530 | 173 | 174-2 | 174-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in SAC ¶ 256 | Excerpt from A8C00 679875 | 173 | 174-2 | 174-1 | Partial | Designated "Confidential" by Defendants | |

**IT IS SO ORDERED**

Date: _____

                    Hon. Araceli Martínez-Olguín
                    UNITED STATES DISTRICT JUDGE