QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>　　　　Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**PLAINTIFF WPENGINE, INC.'S NOTICE OF ERRATA REGARDING SECOND AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff WPEngine, Inc. ("WPE") hereby submits this Notice of Errata regarding its Unredacted Second Amended Complaint (filed under seal at Dkt. 173-2) and its Redacted Second Amended Complaint (filed publicly at Dkt. 174), both filed October 3, 2025. The Unredacted Second Amended Complaint and Redacted Second Amended Complaint inadvertently contained certain typographical and graphical formatting errors. Below, WPE identifies those errors and its corrections to them.

**WPE's Unredacted Second Amended Complaint (Dkt. 173-2):**

| **Errata** | **Correction** |
|---|---|
| Footnotes 1, 6, 7, 10, 11, 12, 70, 78, 126, 138, and 139 contain text following hyperlinked URLs that was inadvertently included in the blue hyperlink formatting applied to the URLs. | To ensure proper functionality of the hyperlinks, footnotes 1, 6, 7, 10, 11, 12, 70, 78, 126, 138, and 139 in WPE's Corrected Unredacted Second Amended Complaint remove the blue hyperlink formatting from the text following each URL. |
| At page 9, line 14, the text reads "operate the customer's the website" due to a typographical error. | WPE's Corrected Unredacted Second Amended Complaint omits "the" before "website" so the text reads "operate the customer's website". |
| A screenshot image on page 13 under the text heading "WPE Website (November 15, 2011)" was inadvertently corrupted while finalizing the document as a PDF, as the error message in the image box confirms. This image appeared at the bottom of page 12 in WPE's First Amended Complaint (Dkt. 51), and was not an amendment to WPE's Second Amended Complaint. | WPE's Corrected Unredacted Second Amended Complaint includes this image. |
| A screenshot image at the top of page 39 was inadvertently corrupted while finalizing the document as a PDF, as the error message in the top left of the image box confirms. This image appeared at the bottom of page 37 in WPE's First Amended Complaint (Dkt. 51), and was not an amendment to WPE's Second Amended Complaint. | WPE's Corrected Unredacted Second Amended Complaint includes this image. |

| **Errata** | **Correction** |
|---|---|
| At page 57, line 5, three words ("CFO Mark Davies") were inadvertently highlighted in yellow due to a word processing error. | WPE's Corrected Unredacted Second Amended Complaint removes this yellow highlighting as to these three words. |
| At page 115, line 20, the text reads "not they do" due to a typographical error. | WPE's Corrected Unredacted Second Amended Complaint replaces "not" with "now" so the text correctly reads "now they do". |
| On page 133, three images that should appear sequentially in a column inadvertently overlap one another due to a word processing formatting error. These images can be separately viewed by re-positioning them in WPE's Unredacted Second Amended Complaint which WPE served on Defendants shortly after filing. | WPE's Corrected Unredacted Second Amended Complaint re-positions these images so they do not overlap. |

**WPE's Redacted Second Amended Complaint (Dkt. 174):**

| **Errata** | **Correction** |
|---|---|
| Footnotes 1, 6, 7, 10, 11, 12, 70, 78, 126, 138, and 139 contain text following hyperlinked URLs that was inadvertently included in the blue hyperlink formatting applied to the URLs. | To ensure proper functionality of the hyperlinks, footnotes 1, 6, 7, 10, 11, 12, 70, 78, 126, 138, and 139 in WPE's Corrected Redacted Second Amended Complaint remove the blue hyperlink formatting from the text following each URL. |
| The caption page and footer bear the legend "UNREDACTED VERSION FILED UNDER SEAL" due to a word processing error. | WPE's Corrected Redacted Second Amended Complaint replaces this language with "REDACTED VERSION – FILED PUBLICLY". |

| **Errata** | **Correction** |
|---|---|
| At page 9, line 14, the text reads "operate the customer's the website" due to a typographical error. | WPE's Corrected Redacted Second Amended Complaint omits "the" before "website" so the text correctly reads "operate the customer's website". |
| A screenshot image on page 13 under the text heading "WPE Website (November 15, 2011)" was inadvertently corrupted while finalizing the document as a PDF, as the error message in the image box confirms. This image appears at the bottom of page 12 in WPE's First Amended Complaint (Dkt. 51), and was not an amendment to WPE's Second Amended Complaint. | WPE's Corrected Redacted Second Amended Complaint includes this image. |
| At page 14 footnote 10, and also at page 23 footnote 30, due to a word processing error, the footnote text includes the following language: "Error! Hyperlink reference not valid." The hyperlink does, in fact, function correctly. | WPE's Corrected Redacted Second Amended Complaint removes the error message language. |
| A screenshot image at the top of page 39 was inadvertently corrupted while finalizing the document as a PDF, as the error message in the image box confirms. This image appears at the bottom of page 37 in WPE's First Amended Complaint (Dkt. 51), and was not an amendment to WPE's Second Amended Complaint. | WPE's Corrected Redacted Second Amended Complaint includes this image. |
| At page 57, line 5, three words ("CFO Mark Davies") were inadvertently highlighted in yellow due to a word processing error. | WPE's Corrected Redacted Second Amended Complaint removes this yellow highlighting. |
| At page 115, line 20, the text reads "not they do" due to a typographical error. | WPE's Corrected Redacted Second Amended Complaint replaces "not" with "now" so the text correctly reads "now they do". |
| On page 133, three images that should appear sequentially in a column inadvertently overlap one another due to a word processing formatting error. These images can be separately viewed by re-positioning them in WPE's Unredacted Second Amended Complaint, which WPE served on Defendants shortly after filing. | WPE's Corrected Redacted Second Amended Complaint re-positions these images so they do not overlap. |

For the Court's convenience, to avoid confusion on the docket, and consistent with the Northern District's instructions (*see* https://cand.uscourts.gov/cases-e-filing/cmecf-information/cmecf-support-troubleshooting#CORRECT), contemporaneous with this Notice of Errata WPE is filing Corrected Versions of WPE's Redacted Corrected Second Amended Complaint, Unredacted Corrected Second Amended Complaint, and Unredacted Redline Showing Changes from WPE's First Amended Complaint to WPE's Corrected Second Amended Complaint. Because WPE's Unredacted Corrected Second Amended Complaint and Unredacted Redline Showing Changes from WPE's First Amended Complaint to WPE's Corrected Second Amended Complaint contain information that Defendants have designed as confidential or highly confidential under the governing Protective Order, WPE is filing sealing papers accompanying those corrected documents.

Respectfully submitted,

DATED: October 6, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Rachel Herrick Kassabian*
　　Rachel Herrick Kassabian
　　*Attorneys for Plaintiff WPEngine, Inc.*