QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING CORRECTED SECOND AMENDED COMPLAINT**<br><br>[N.D. Cal. Civil Local Rules 7-11, 79-5(f)] |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE")
2 respectfully submits this Administrative Motion to Consider Whether Another Party's Material
3 Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed
4 Corrected Second Amended Complaint ("SAC").  This Administrative Motion is supported by the
5 Declaration of Brantley I. Pepperman.  In connection with this Administrative Motion, WPE also
6 submits a Proposed Order.

7    N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document
8 where it is a document (or contains references to a document) that "has been designated as
9 confidential by another party" (*i.e.*, a "Designating Party").  WPE's SAC contains citations and
10 references to materials that Defendants have produced in this litigation as "CONFIDENTIAL" OR
11 "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of
12 the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order").  Paragraphs 7.2 and 7.3 of
13 the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any
14 discovery material (or documents containing references to same) that has been designated as
15 "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

16    In connection with this Administrative Motion—and solely to comply with the Parties'
17 Stipulated Protective Order and facilitate Defendants filing a statement regarding sealing pursuant
18 to N.D. Cal. Civil Local Rule 79-5(f)(3) (should Defendants choose to do so)—WPE provisionally
19 files under seal two documents:

20    1.    Unredacted Version of WPE's Corrected Second Amended Complaint; and
21    2.    Unredacted Redline Showing Changes from WPE's First Amended Complaint to
22          WPE's Corrected Second Amended Complaint.
23 Concurrent with this Administrative Motion, WPE has also filed a public version of its Corrected
24 Second Amended Complaint that contains redactions.

25    These documents—the Unredacted Version of WPE's Corrected Second Amended
26 Complaint, the Unredacted Redline Showing Changes from WPE's First Amended Complaint to
27 WPE's Corrected Second Amended Complaint, and the Redacted Version of WPE's Corrected
28

1  Second Amended Complaint—reflect the corrections WPE identified in its contemporaneously-
2  filed Notice of Errata (Dkt. 178).
3       WPE lists below, in chart format, the paragraphs of WPE's Corrected Second Amended
4  Complaint that contain references to information that Defendants have designated as
5  "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."  In
6  accordance with Section H.7. of this Court's Standing Order for Civil Cases, WPE also includes a
7  similar chart in its Proposed Order.  For the avoidance of doubt, Defendants—not WPE—claim
8  confidentiality of the underlying cited materials.  Therefore, for purposes of WPE's Administrative
9  Motion and the accompanying Proposed Order, WPE lists the Declaration of Brantley I. Pepperman
10 (one of WPE's counsel) in the column for "Dkt. No. of Decl. ISO Sealing" (which explains that the
11 references are to materials that Defendants have designated as "CONFIDENTIAL" or "HIGHLY
12 CONFIDENTIAL-ATTORNEYS' EYES ONLY," so WPE files the SAC under seal solely on that
13 basis) and "Partial" in the column for "Full or Partial Sealing Sought" (to facilitate the sealing of
14 these materials and references pending any responsive sealing statement from Defendants).

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in SAC ¶¶ 135; 208; 219; 413 | Excerpt from A8C00190048 | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in SAC ¶¶ 135; 199; 213; 214 | Excerpt from A8C00190444 | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in | Excerpt from | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| SAC ¶¶ 211; 223; 524 | A8C00205092 | | | | | – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in SAC ¶ 121 | Excerpt from A8C00212397 | 180 | 181-2 | 181-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted Material in SAC ¶ 231 | Excerpt from A8C00221365 | 180 | 181-2 | 181-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted Material in SAC ¶¶ 199; 202; 215 | Excerpt from A8C00221515 | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in SAC ¶ 246 | Excerpt from A8C00223254 | 180 | 181-2 | 181-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted Material in SAC ¶¶ 200; 209; 210; 374 | Excerpt from A8C00238928 | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in SAC ¶¶ 199; 213; 214; 218 | Excerpt from A8C00255977 | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in | Excerpt from | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| SAC ¶¶ 250; 407; 419 | A8C00263914 | | | | | Eyes Only" by Defendants |
| Highlighted Material in SAC ¶¶ 238; 297; 324; 336 | Excerpt from A8C00675249 | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in SAC ¶¶ 100 fn. 59; 220 | Excerpt from A8C00679403 | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in SAC ¶ 220 | Excerpt from A8C00679530 | 180 | 181-2 | 181-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in SAC ¶ 256 | Excerpt from A8C00679875 | 180 | 181-2 | 181-1 | Partial | Designated "Confidential" by Defendants |

WPE will also serve upon Defendants unredacted copies of WPE's Corrected Second Amended Complaint and the Redline Showing Changes from WPE's First Amended Complaint.

Respectfully submitted,

DATED: October 6, 2025          QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                By     */s/ Rachel Herrick Kassabian*
                                   Rachel Herrick Kassabian
                                   *Attorneys for Plaintiff WPEngine, Inc.*