QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF BRANTLEY I. PEPPERMAN IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING CORRECTED SECOND AMENDED COMPLAINT**<br><br>[N.D. Cal. Civil Local Rules 7-11, 79-5(f)] |

I, Brantley I. Pepperman, declare as follows:

1. I am a member of the bar of the State of California, am admitted to practice in the United States District Court for the Northern District of California, and am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff WPEngine, Inc. ("WPE") in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff WPEngine, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Regarding WPE's Corrected Second Amended Complaint.

2. On October 3, 2025, WPE filed unredacted and redacted versions of its Second Amended Complaint.

3. On October 6, 2025, WPE filed a Notice of Errata that identifies certain typographical and graphical formatting errors in WPE's October 3 submissions, as well as corrections that WPE has made to address those errors. Contemporaneous with WPE's Notice of Errata, WPE is filing unredacted and redacted versions of WPE's Corrected Second Amended Complaint, which corrects the errors identified in WPE's Notice of Errata.

4. WPE's Corrected Second Amended Complaint contains quotations and references to certain information and/or documents that Defendants had designated as either "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the parties' Stipulated Protective Order.

5. To comply with the terms of the parties' Stipulated Protective Order, and to provide Defendants the opportunity to submit a sealing statement afforded under N.D. Cal. Civil Local Rule 79-5(f) if Defendants so choose, WPE is—concurrent and consistent with its Administrative Motion and this Declaration—provisionally filing under seal two documents: (1) an Unredacted Version of WPE's Corrected Second Amended Complaint; and (2) an Unredacted Redline Showing Changes from WPE's First Amended Complaint to WPE's Corrected Second Amended Complaint.

6. The yellow highlighted references in the unredacted version of WPE's Corrected Second Amended Complaint are all to documents that Defendants—not WPE—have sought to maintain as "Highly Confidential – Attorneys' Eyes Only" or "Confidential." WPE identifies those

-1-     Case No. 3:24-cv-06917-AMO
PEPPERMAN DECL. ISO WPE'S ADMINISTRATIVE MOTION TO SEAL RE: SAC

1 documents by Bates number, along with Defendants' confidentiality designations, in WPE's
2 Administrative Motion and accompanying Proposed Order.

3     7.    WPE has also filed a public version of its Corrected Second Amended Complaint,
4 which contains redactions.

6     I declare under penalty of perjury under the laws of the United States of America that the
7 foregoing is true and correct to the best of my knowledge.

8     Executed on this 6th day of October, 2025, in Los Angeles, California.

By   */s/ Brantley I. Pepperman*
     Brantley I. Pepperman