UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 10/9/2025 | **Time:** 1:23-2:19 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:24-cv-06917-AMO | **Case Name:** WPEngine, Inc. v. Automattic Inc., et al | |

**For Plaintiff:** Michael Willliams; Margaret Caruso and Sara Jenkins

**For Defendants:** Michael Dore and Ilissa Samplin

**Deputy Clerk:** Ivy Lerma Garcia                **Liberty Recording:** 1:23-2:19

### PROCEEDINGS HELD

1. Joint Discovery Letter Briefs [Docket Nos. 150, 154 and 157] – hearing held. The court provided its reasoning on the record and made the following rulings:

    [Docket No. 150]
    - RFP 6: Plaintiff shall produce responsive documents and communications relating to customer complaints from 1/1/2020 to the present. The parties shall meet and confer to identify the specific categories of customer complaints that are relevant to the libel and tortious interference claims.
    - RFP 13: Plaintiff shall produce documents sufficient to show its annual aggregate amount of lost sales and lost customers from 1/1/2020 to the present; and shall produce documents sufficient to identify each customer it lost from 1/1/2022 to the present, including the dates of the loss and the reasons for the loss if given.
    - RFP 14: Defendants' motion to compel is denied without prejudice. The parties shall meet and confer. If a dispute remains, Defendants must clearly articulate their relevance theor(ies), and Plaintiff must provide sufficient details to support any burden argument.

    [Docket No. 154]
    - RFPs 12, 13, 15, 19, and 98: Defendants shall produce responsive documents from 1/1/2023 to the present.
    - RFP 14: Defendants shall produce responsive documents from 1/1/2024 to the present.
    - RFP 100: Defendants shall produce the data, as well as documents and communications related to the data, encompassed in the term "our data" as used in the October 23, 2024 social media post. Defendants may not limit the production to documents "sufficient to show."
    - RFPs 50, 88, 90-91: Plaintiff's motion to compel is denied without prejudice. At the hearing, Plaintiff agreed to limit the start date to 1/1/2015. The parties shall

- meet and confer to identify and test search terms that result in relevant and proportional production.
- RFPs 17, 23, 114-115 ["extortion" claim]: Plaintiff's motion to compel is denied without prejudice. The parties shall meet and confer in light of the new allegations pleaded in the amended complaint.
- RFPs 71, 103-105 [antitrust claims] : Plaintiff's motion to compel is denied without prejudice. The parties shall meet and confer in light of the new allegations pleaded in the amended complaint.

[Docket No. 157]
- Plaintiff represented to the court that Plaintiff's claim for a declaration of non-infringement is limited to fair use, laches, acquiescence, and Defendants' standing to assert trademark infringement. Plaintiff represents that it will not argue actual non-infringement. As such, the *Sleekcraft* factors are not relevant to the claims in this case as currently pleaded. Defendants' motion to compel a response to RFPs 19-21, 30, 31, and 33 is denied without prejudice. The parties shall meet and confer on whether these RFPs seek discovery relevant to nominative fair use, laches, acquiescence, or other claims or defenses in the case.
- RFPs 22-23: Defendants' motion to compel responses is denied in part. The parties shall meet and confer to tailor the requests and responses to the non-dilution claim or other claims or defenses in the case. Plaintiff shall produce responsive documents from 1/1/2020 to the present.

Going forward, the parties must obtain permission to file discovery disputes by submitting a short joint motion seeking leave to file an attached proposed joint discovery letter. If the court finds that any dispute in a proposed joint discovery letter is not ripe for determination because the parties have not fully met and conferred in an attempt to reach reasonable compromises, the court will deny leave to file the entire letter.

**Order to be prepared by:**
( )   Plaintiff              ( )   Defendant              ( )   Court

cc: Chambers