| | |
|---|---|
| JOSEPH R. ROSE, SBN 27902<br>  jrose@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.801.7358<br><br>MICHAEL H. DORE, SBN 227442<br>  mdore@gibsondunn.com<br>ILISSA SAMPLIN, SBN 314018<br>  isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.6652 | JOSH A. KREVITT, SBN 208552<br>  jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>ORIN SNYDER *(admitted pro hac vice)*<br>  osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2400<br>  Facsimile: 212.351.6335 |

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>                    Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF MATTHEW CHARLES MULLENWEG IN SUPPORT OF DEFENDANTS' STATEMENT IN CONNECTION WITH PLAINTIFF'S ADMINISTRATIVE MOTION RE: SEALING [DKT. 173, 181]** |

# DECLARATION OF MATTHEW CHARLES MULLENWEG

I, Matthew Charles Mullenweg, declare as follows:

1. I have personal knowledge of the facts set forth herein. If called upon as a witness in this action, I could and would testify competently thereto.

2. I am a co-founder of the open-source web publishing software WordPress and the founder of Automattic, where I am currently the President and CEO. In addition, I oversee and control the website www.WordPress.org individually.

3. I negotiate with third parties who seek to be endorsed on WordPress.org for their WordPress web hosting services. When a deal is successfully negotiated, I enter into a partnership with the third party.

4. These negotiations are highly confidential and commercially sensitive. If a deal is successfully negotiated, the partnership may become public but the terms remain confidential.

5. I have reviewed Plaintiff's Unredacted Corrected Second Amended Complaint ("CSAC") from the perspective of whether it includes information that I consider and treat as confidential and commercially sensitive. Based on this review, I have determined that the CSAC includes confidential information related to WordPress.org where provisionally redacted in the following paragraphs: 100 n.59, 196, 220, 225.

6. The information in these paragraphs reflects my confidential negotiations with a third party seeking endorsement on WordPress.org. I have maintained the confidentiality of this information. To the best of my knowledge, the third party has also maintained the confidentiality of this information and it is not publicly known.

7. Public disclosure of this information would harm me by potentially advantaging competitors who would have insights into my business practices and nonpublic business partners. Disclosure could also unfairly advantage actual and potential counterparties or partners by disclosing confidential information regarding my negotiations with third parties and revealing the terms on which I deal with certain business parties. Actual and potential counterparties could use the confidential information alleged in Plaintiff's Complaint as a negotiating tool in potential business transactions or to otherwise alter their business relationship with me. The counterparties would therefore gain an

1  advantage that would not otherwise be possible absent the disclosure of the confidential information,
2  compromising my commercial interests.
3      I declare under penalty of perjury under the laws of the United States that the foregoing is true
4  and correct.
5      Executed at  Pebble Beach  on this 10th day of October, 2025.
6
7  DATED:  October 10, 2025

8                                      By:  *Matt Mullenweg*
9                                           Matthew Charles Mullenweg