Michael Willman

5 Mecca Lane Washington, ME 04574

1 (207) 242-4767

michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case Number: 3:24-cv-06917-AMO |
| Plaintiff, | **DECLARATION IN SUPPORT OF REPLY** |
| v. | **TO DEFENDANT'S OPPOSITION TO** |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | **AMENDED MOTION FOR CONTEMPT** |
| | DATE: November 6, 2025 |
| | TIME: 2PM |
| Defendant. | COURTROOM: Courtroom 10 - 19th Floor |
| | JUDGE: Hon. Araceli Martinez-Olguin |

I, Michael Willman, declare as follows:

1. I make this declaration in support of Movant Michael Willman's Reply to Defendant's Opposition to the Amended Motion for Contempt. I have personal knowledge of all the facts set forth in this declaration, and if called upon to do so by the Court, I could and would testify competently thereto.

2. On October 11, 2025, I caused several screenshots to be created of an article titled "Restoring Trust Requires Repair: The Long Path Toward Accountable Leadership in WordPress", posted to LinkedIn by Sé Reed on August 26, 2025. A true and correct copy of these screenshots are attached as Exhibit A.

3. On October 11, 2025, I caused several screenshots to be created of an article titled "Joost/Karim Fork" posted to wordpress.org by Matt Mullenweg on January 11, 2025. A true and correct copy of these screenshots are attached as Exhibit B.

4. On October 11, 2025, I caused a screenshot to be created of a list of WordPress Incident Response Team Members from a snapshot of the page located at https://make.wordpress.org/community/handbook/irt/ created by the Wayback Machine on September 23, 2024. A true and correct copy of this screenshot is attached as Exhibit C.

5. On October 11, 2025, I caused a screenshot to be created of the WordPress Incident Response Team training module titled "Conflicts of Interest", accessible at https://learn.wordpress.org/lesson/conflicts-of-interest/. A true and correct copy of this screenshot is attached as Exhibit D.

6. On October 13, 2025, I caused several screenshots to be created of the WordPress Incident Response Process page located at https://make.wordpress.org/community/handbook/irt/process/. A true and correct copy of these screenshots are attached as Exhibit E.

7. On October 13, 2025, I downloaded a Slack screenshot posted to X.com by Sé Reed on September 26, 2024. Accessible at https://x.com/sereedmedia/status/1839394786622722432. A true and correct copy of this screenshot is attached as Exhibit F.

8. On October 13, 2025, I caused a screenshot to be created of the wordpress.org login page, showing the "Pineapple is delicious on pizza" checkbox. A true and correct copy of this screenshot is attached as Exhibit G.

9. On October 13, 2025, I caused a screenshot to be created of the Advanced Custom Field plugin installed on websiteredev.com. A true and correct copy of this screenshot is attached as Exhibit H.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 14th day of October, 2025, in Washington, Maine.

Respectfully submitted,

Date:   October 14, 2025      Signature:   /s Michael Willman

                              Print Name:  Michael Willman

DECLARATION IN SUPPORT OF REPLY TO DEFENDANT'S OPPOSITION TO AMENDED MOTION FOR CONTEMPT
Case No. 3:24-cv-06917-AMO
3