# EXHIBIT A

Contents of an Article Titled "Restoring Trust Requires Repair: The Long Path Toward Accountable Leadership in WordPress" posted to LinkedIn by Sé Reed on August 26, 2025

# Restoring Trust Requires Repair: The Long Path Toward Accountable Leadership in WordPress

 **Sé Reed**
Ideas, strategy & implementation through code, content & communication
Published Aug 26, 2025

 + Follow

**WordCamp US 2025** starts today. A significant portion of the folks who make up my professional network are attending. A lot of my personal friends are attending as well.

I, however, am not attending. And not because I don't have the means or the time. I am not attending because since September 2023, I have been subjected to various forms of bullying, harassment, retaliation, and intimidation from WordPress project leadership. (You can read an abbreviated timeline of what happened at the end of this post.)

This past January, I filed a *second* Code of Conduct violation report against WordPress co-founder and project lead Matt Mullenweg after he personally deactivated my WordPress.org account without notice or cause and then **publicly implicated me *globally* in a defamatory post that is still live** on WordPress.org.

My WordPress account was later restored as part of the inexplicable "WordPress Jubilee", but despite my repeated requests for updates from WordPress.org Executive Director Mary Hubbard, **the formal report I filed has been officially ignored for more than seven months**.

## The WordCamp Story I Wish I Were Telling

WordCamps have been a major part of my life since I attended my first WordCamp in Phoenix in 2012. Since then I've spoken at, organized, and attended a fairly unreasonable amount of WordCamps. 30? 40? I don't actually know how many, but I do know that at every single one, I've made lifelong friends, learned something useful for my work, and deepened my commitment to the WordPress community.

In 2019, I travelled more than 1800 miles while eight months pregnant to WordCamp US in St Louis. I watched my friend's 7 and 8 year-old kids attend KidsCamp and daydreamed about the day my soon-to-be-born daughter could join me at a WordCamp and get to know the community that is such an integral part of her mother.

Now with a precocious kindergartener who doesn't start school til next week, and my friends and colleagues gathering just up the coast, I had a brief vision of roadtripping to Portland and making that dream come true. Of course, that's just wishful thinking. I am unwilling to attend WordCamp US myself under the current circumstances, let alone bring my kid.

And despite the fact that this almost two-year saga has been professionally damaging, personally exhausting, and emotionally distressing, for me, that's still the saddest part.

## The Current Circumstances

I did not attend WordCamp US in 2024 because of the harassment and sustained retaliation I had been experiencing from Matt. Now, a year later, it's even worse.

- My second report documenting numerous public violations of the Code of Conduct has been completely ignored.

- WordPress Executive Director Mary Hubbard told me, in person, that she was discussing the possibility of a "both ban", wherein both Matt and I would be banned from the WordPress community. She has provided no further information and said she could provide no timeline for resolution.

- Despite repeated violations of the WordPress Code of Conduct causing documented harm to me personally, as well as repeated harm to the community as a whole, Matt is still at WordCamp, being *elevated and celebrated* as a role model and a leader.

The handling of my case clearly demonstrates that **harm can and will be dismissed and rationalized by WordPress leadership** if the person causing it holds enough power.

I refuse to participate in normalizing this. As I told Mary directly at WordCamp Europe, I understand that it's her job to defend her boss. But the WordPress project has a Code of Conduct, and it is **also** her job to uphold the standards of this community.

Unfortunately, right now, those two jobs are mutually exclusive.

## My Request For Our Community

What has happened over the past two years has caused real harm.

The original harm came through public harassment and personal attacks from Matt Mullenweg on individual community members (it wasn't just me!). But that harm has continued to grow exponentially as WordPress project leadership has continued to fail to address it.

The refusal, or perhaps inability, of WordPress leadership to acknowledge or deal with this issue on any level has revealed a significant problem: Accountability and transparency is the foundation of trust, safety, and community … but, ultimately, WordPress has neither.

What we do have is an opportunity to do something few open source projects have done, indeed what few organizations in any industry have done: We can respond to harm with integrity.

We don't have to reinvent the wheel. Restorative justice provides a robust model for resolution based on accountability instead of punishment. It focuses on facing harm honestly, understanding the impact of that harm, and, crucially, taking steps to repair it. And much like open source, restorative justice is rooted in a commitment to the community over the individual ego.

Of course, that commitment is much easier to talk about than it is to honor. But it can be done if we choose to do so.

Since its inception, WordPress has been a space where people have come together to build something … to create something new. That spirit of collective construction, across continents, cultures, and time zones, is exactly why WordPress is the perfect place to model what accountability can look like.

Mary Hubbard can choose to uphold the Code of Conduct and hold herself accountable to the community she leads.

Matt Mullenweg can choose to hold himself accountable to the standards of the community that has enabled his life's work.

We, as a community, can choose to hold our leadership accountable.

## My Request for You

**I won't be at WordCamp US this year to talk about any of this. But if *you* are there, and especially if you are bummed that I am not there, will *you* talk about it?**

Because if we talk about it together, then maybe we can come up with a solution together. And then maybe I can join you at next year's WCUS … and we can talk about something else entirely! *Personally, I would really, really like that.*

I hope y'all have a fun week, friends, and that you get a chance to enjoy the donuts and the trees!

6

## Additional Information

## The Purpose of This Post

This is not a personal attack on Matt Mullenweg or Mary Hubbard. I have taken every possible step to attempt resolution privately through the avenues available to me, with no result. So, public resolution it is.

**I continue to ask for a full, independent review of my open Code of Conduct report per the existing process.** Additionally, I request:

1. A full, independent review to be published publicly of how my reports have been handled (September 2023 and January 2025).

2. A full, independent audit to be published publicly of the process for Code of Conduct enforcement, specifically looking at how reports against senior leadership are received, managed, and resolved.

3. A public retraction, including an explanation, with regard to my inclusion in the "Joost/Karim Press" post, that is published on WordPress.org News *and* sent as a correction in a formal press release to any tech media that covered that post.

*Note: For impartiality to be preserved, reviews must be conducted independently of Automattic's current or former employees.*

## What Happened, Part 1

- **September 2023:** Following targeted personal attacks after I raised concerns about transparency and leadership, I filed a Code of Conduct report against Matt Mullenweg for harassment, bullying, and public defamation.

- **January 2024:** The Incident Response Team (IRT) officially found Matt's behavior was "bullying," "unkind," and "harassment," and that his continued actions escalated the harm. They said if his behavior continued, there would be additional consequences, including the possibility of a ban.

- **January-December 2024:** The findings were never publicly acknowledged. Matt "apologized" in October after I began posting about it. The behavior, now including retaliation, continued.

## What Happened, Part 2

- **January 9, 2025:** Matt deactivated my WordPress.org account.

- **January 11, 2025:** Matt published a global post on WordPress.org naming me directly, including tagging my WordPress in a defamatory and false context. That post is still live.

- **January 23, 2025:** I filed a second Code of Conduct report documenting continued bullying, harassment and, additionally, retaliation and defamation.

- **January 29, 2025:** The WordPress Incident Response Team replied "Based on the experiences and events after your last report, the team feels that the issues you reported are something we don't have ways to enforce or work with." They continued: "Since you addressed the report also to WordPress.org Executive Director Mary Hubbard, we'll make sure she is aware of it."

- **May 7, 2025:** I was officially notified that my WordPress.org had been restored because "After a careful evaluation, [my] account met the criteria for reinstatement".

## What Happened, Part 3

After my WordPress.org account was restored, I continued to seek resolution on my open report. To briefly summarize:

- **May 2025:** I publicly requested updates from Mary in both WordPress Slack and as a comment on her blog post on WordPress.org. I received no response.

- **June 7, 2025**: While attending WordCamp Europe, Mary and I attended the same Five for the Future contributor meeting. I took the opportunity to introduce myself and ask her about the action she planned to take on my report. During that discussion I expressed the ongoing distress I was experiencing and my desire for resolution.

- Mary stated that I "wouldn't like" her possible solution, then relayed that she had discussed with the IRT the possibility of a "both ban," which she clarified meant banning both Matt *and me* from the WordPress.org community.

- Mary further said she had "heard" that I had "a phone call", implying some form of misconduct, but would provide me with no other information.

- Mary left the conversation providing no resolution, after stating that she could provide no timeline for action on my report.

- Later that day, onstage during the WCEU Fireside Chat, while discussing the Five for the Future meeting, Mary quoted me by name directly to Matt, despite the fact that a few hours earlier I had emphasized to her that his behavior was causing me ongoing distress.

- **June 18**: I followed up with Mary by email, documenting our conversation at WCEU and requesting a formal update within 48 hours.

- As of today, **August 26,** I have received no response to my requests for communication.