# EXHIBIT C

List of WordPress Incident Response Team Members from a snapshot of https://make.wordpress.org/community/handbook/irt/ by the Wayback Machine on September 23, 2024. Page accessible at https://web.archive.org/web/20240923105047/https://make.wordpress.org/community/handbook/irt/

## 🔗 Incident Response Team Members

Team members as of September 2024:

- Aaron Campbell (@aaroncampbell)
- Kevin Cristiano (@kcristiano)
- Julia Golomb (@juliarosia)
- Aditya Kane (@adityakane)
- Destiny Kanno (@piyopiyofox)
- Devin Maeztri (@devinmaeztri)
- Evangelia Pappa (@evelina87)
- Isotta Peira (@peiraisotta)
- Katie Richards (@katiejrichards)
- Harmony Romo (@harmonyromo)
- Megan Rose (@megabyterose)
- Hari Shanker (@harishanker)
- Sam Suresh (@samsuresh)
- Naoko Takano (@nao)
- Rocío Valdivia (@_dorsvenabili)
- Timi Wahalahti (@sippis)

In some circumstances, the IRT will escalate situations to the Executive Director of WordPress (@chanthaboune).