# EXHIBIT D

Excerpt from the WordPress Incident Response Team training module titled "Conflicts of Interest", accessible at https://learn.wordpress.org/lesson/conflicts-of-interest/.

Overview of Process and Expectations of the Incident Response Team

 You already completed this lesson

## Conflicts of interest

An IRT member is expected to disclose a conflict of interest, and may be asked to step away from handling an incident report due to conflict of interest. Conflicts of interest include:

- Involvement in the reported violation, either as the reporter or the reported party.
- Having a close relationship (for example: family, friends, business partner or competitor, employer or employee) with the reporter or reported party.
- Situations where prior knowledge or past dealings would create a bias towards either party.

An IRT member can also excuse themselves from investigating a report for undisclosed, personal reasons.

In all instances, IRT members will respond with caution, and move forward with the interests of the community in mind.