# EXHIBIT F

Slack screenshot posted to X.com by Sé Reed on September 26, 2024. Accessible at https://x.com/sereedmedia/status/1839394786622722432.


**Lawrence Ladomery**  8:19 PM
@matt - this was asked on X: is all this driven by an increasingly difficult financial position Automattic is finding itself in?


**Matt**  8:20 PM
Nope, Automattic is in an amazing financial position

🤡 1   😀

and I've been post-economic for probably 19 years now, I've made more than I could ever spend in my lifetime. That's why I give so much away

👍 1   🥺 1   🤡 1   😀


**Alex Standiford**  8:21 PM
Literally nobody cares about that Matt

We're over here trying to protect our integrity and our clients and you're talking about A8Cs finance.

💯 8   😀