# EXHIBIT G

Screenshot of the wordpress.org login page, showing the "Pineapple is delicious on pizza" checkbox.

