# EXHIBIT H

Screenshot of the Advanced Custom Fields Pro plugin installed on websiteredev.com.

