JOSEPH R. ROSE, SBN 27902
 jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
 mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
 jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
 osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:   January 8, 2026<br>Time:   2:00 p.m.<br>Place:  Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

**[PROPOSED] ORDER**

Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants") have filed a Motion to Dismiss Plaintiff WP Engine, Inc.'s Corrected Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having fully considered the papers, the arguments of counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Corrected Second Amended Complaint is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Counts 3, 11, 12, 13, and 14 of the Corrected Second Amended Complaint are dismissed, in their entirety and without leave to amend.

**IT IS SO ORDERED**

Date: _____

Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE