JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA  94111-3715
Telephone:  415.393.8200
Facsimile:  415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Ave
Palo Alto, CA 94301-1744
Telephone:  650.849.5300
Facsimile:   650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.2400
Facsimile:  212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>**Hearing:**<br>Date:      January 8, 2026<br>Time:      2:00 p.m.<br>Place:     Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

Gibson, Dunn &
Crutcher LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR JUDICIAL NOTICE**

Defendants respectfully request that the Court take judicial notice of the following exhibits in support of Defendants' concurrently filed Motion to Dismiss Plaintiff's Corrected Second Amended Complaint, true and correct copies of which are attached to or referenced in this Request.

- A copy of the "Plugin Developer Frequently Asked Questions" from Wordpress.org, available at https://developer.wordpress.org/plugins/wordpress-org/plugin-developer-faq/, as it appeared on September 24, 2024 (**Exhibit 1**);

- A copy of "Market shares of web hosting providers" published by W3Techs.com on October 17, 2025, available at https://w3techs.com/technologies/overview/web_hosting/ (**Exhibit 2**).

**AUTHORITY**

**A.  Legal Standard**

When ruling on a Rule 12(b)(6) motion, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 321 (2007) (emphasis added).

Federal Rule of Evidence 201 allows the Court to take judicial notice of any fact (1) "generally known" within the territorial jurisdiction of the trial court or any fact that (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Rule 201(c) provides that the Court "must take judicial notice" of such a fact "if a party requests it and the court is supplied with the necessary information." *Id.* 201(c)(2). Facts subject to judicial notice may be considered on a motion to dismiss. *See, e.g.*, *In re NVIDIA Corp. Sec. Litig.*, 768 F.3d 1046, 1051 (9th Cir. 2014); *City of Royal Oak Ret. Sys. v. Juniper Networks, Inc.*, 880 F. Supp. 2d 1045, 1059 (N.D. Cal. 2012).

Relevant here, courts routinely take judicial notice of information available on publicly accessible websites at the motion-to-dismiss stage, *see In re Facebook, Inc. Sec. Litig.*, 405 F. Supp. 3d 809, 829 (N.D. Cal. 2019) (taking judicial notice of the page on Facebook's website containing its

2013 data policy); *Vitt v. Apple Comput., Inc.*, 2007 WL 9662403, at *2 (C.D. Cal. Mar. 12, 2007) (taking judicial notice of Apple's website).

Separately, under the incorporation by reference doctrine, "courts may take into account 'documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'" *Davis v. HSBC Bank Nevada, N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012) (alteration in original) (quoting *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005)). "A court 'may treat such a document as part of the complaint, and thus may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6).'" *Id.* (quoting *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003)); *see also Falkenberg v. Alere Home Monitoring, Inc.*, 2014 WL 5020431, at *1 n.1 (N.D. Cal. Oct. 7, 2014); *In re Turbodyne Techs., Inc. Sec. Litig.*, 2000 WL 33961193, at *10 (C.D. Cal. Mar. 15, 2000) ("By incorporating the documents, plaintiffs have made the allegations their own, and they must thus be considered true for purposes of this motion to dismiss.").

The purpose of the incorporation by reference doctrine is to "[p]revent . . . plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting . . . documents upon which their claims are based." *Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007) (quotation omitted); *see also Peel v. BrooksAmerica Mortg. Corp.*, 788 F. Supp. 2d 1149, 1158 (C.D. Cal. 2011). Thus, the court is "not required to accept as true conclusory allegations which are contradicted by documents referred to in the complaint." *Steckman v. Hart Brewing Inc.*, 143 F.3d 1293, 1295–96 (9th Cir. 1998); *accord Sprewell v. Golden State Warriors*, 266 F.3d 979, 988 (9th Cir. 2001) ("The court need not . . . accept as true allegations that contradict matters properly subject to judicial notice or by exhibit."). Furthermore, documents referenced in a complaint may be considered even if a complaint fails to physically attach those documents as exhibits. *See, e.g.*, *Knievel*, 393 F.3d at 1076.

## B. The Court May Take Judicial Notice of Websites, Both of Which WPEngine Incorporated by Reference

Exhibits 1–2 consist of pages from publicly available websites. The Court may take judicial notice of such material as an indication of information available in the public realm. *See Unsworth v. Musk*, 2019 WL 5550060, at *4 (N.D. Cal. Oct. 28, 2019) (citing *Von Saher v. Norton Simon Museum*

*of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010)); *In re Google Assistant Priv. Litig.*, 457 F. Supp. 3d 797, 813 (N.D. Cal. 2020) (taking judicial notice of Google "blog post for the fact that Google made the statements it contains"). Exhibits 1–2 are also incorporated by reference in WPEngine's Corrected Second Amended Complaint. WPEngine's Corrected Second Amended Complaint relies on and references these exhibits: Exhibit 1, "Plugin Developer Frequently Asked Questions" on Wordpress.org (SAC ¶ 88 & n. 52–55 ("Wordpress.org's developer website also contains a 'Frequently Asked Questions' which provides the process by which plugins are approved to be posted on wordpress.org.")); and Exhibit 2, market share statistics located on W3Techs.com (SAC ¶ 281 & n.116 ("W3Techs is a source that others in the industry, such as other web hosts like Blue Host, use to report market share information.")).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court grant their Request for Judicial Notice of the above-referenced materials.

DATED: October 17, 2025                    Respectfully submitted,

                                           GIBSON, DUNN & CRUTCHER LLP


                                           By: */s/ Joseph R. Rose*
                                                Joseph R. Rose

                                           *Attorney for Defendants Automattic Inc. and*
                                           *Matthew Charles Mullenweg*

Gibson, Dunn & Crutcher LLP

# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20240924013514/https://developer.wordp...

Developer Blog    Code Reference

WordPress Developer Resources   •   Plugin Develo

WP-CLI Commands

Home   /   Plugin Handbook   /   The WordPress.org Plugin Directory   /   Plugin Developer FAQ

Search resources     🔍

---

Chapters

---

# Plugin Developer FAQ

---

In this article

---

There are lot of ins and outs to hosting WordPress plugins. Please take a minute to see if your question is answered here before reaching out for assistance.

Last Updated: 25 August 2024

## The Plugin Review Team

### How do I contact the Plugin Review team?

You can contact us by email at `plugins@wordpress.org` – we reply to all emails within 7 business days.

# Can I join the team?

Please take a look at [this handbook page](#).

# Submissions and Reviews

## Where do I submit my plugin?

Go to the [Add](#) page and upload your file. You should make sure that:

- It's a .zip file and under 10Mb.
- It's in the common WordPress plugin format so that it can be installed using the 'Upload Plugin' feature in WordPress.
- It's production-ready: complete, without errors, without unnecessary logs, without development tools, and that all necessary files are properly compiled or generated.

We do not accept placeholders or plugins that aren't ready to be used.

## What if my plugin is over 10 megs?

Double check that you aren't including unused files (like test folders, documentation, and full node/vendor folders). The majority of plugins who face this issue have included all sorts of development content that has no place in the final code.

## What happens after submission?

You will get an automated email telling you about the submission immediately. It will be queued, and as soon as we get to it, we will manually download and review your code. If we find no issues with the security, documentation, or presentation, your plugin will be approved. If we determine there are issues, you will receive a second email with details explaining what needs to be fixed.

## What will my plugin permalink (slug) be?

When you submit a plugin, you get an automated email telling you what the slug will be. This is populated based on the value of your Plugin Name in your main plugin file (the one with the plugin headers).

For example:

- Plugin name: `Boaty McBoatface`
- Autogenerated Slug: `boaty-mcboatface`

If there is an existing plugin with your name or slug, then [you'll get a warning on the submission](#).

The slug will also determine the following:

- The URL of your plugin's WordPress.org public page:
  `wordpress.org/plugins/boaty-mcboatface`
- The folder name of your plugin in the WordPress plugins directory:
  `<wp-content-folder>/plugins/boaty-mcboatface`
- The address of your plugin's SVN repository and trac:
  `plugins.svn.wordpress.org/boaty-mcboatface` and
  `plugins.trac.wordpress.org/browser/boaty-mcboatface`
- Your plugin's text-domain for internationalization functions:
  `esc_html__('Hello', 'boaty-mcboatface');`

Once your plugin is approved, this name **cannot** be renamed. Please chose wisely.

## Why did I get a different slug than I was told?

If we have to change your permalink (slug) we will always email you to explain why. In general, we change your permalink when you have obvious typos or mistakes (*foundre* instead of *founder*, for example) or if there are conflicts with existing trademarks or other plugins. Please make sure you read your review email carefully, as we do explain why we do things.

# Why is my submission failing saying my plugin name already exists?

There are two reasons this happens:

1. You're trying to use a plugin with a permalink that already exists on WordPress.org
2. You're trying to use a plugin with a permalink that exists **outside** WordPress.org and has a significant user base.

The first one is obvious. You can't have two plugins with the same permalink so you need to pick a new one.

The second one is confusing because it's telling you that somewhere, not on WordPress.org, that permalink is in use. It's important to understand that the way the plugin update API works is that it compares the plugin folder name (i.e. the permalink) to every plugin it has hosted on WordPress.org. If there's a match, then it checks for updates and users are prompted to upgrade.

When that happens, users of the 'original' plugin (the one we don't host) would upgrade to the one from WordPress.org and, if that isn't what you actually wanted to do, you could break their sites.

Sometimes this situation develops when a company or person releases their plugin privately (via Github for example) and decides they want to re-release it on WordPress.org. In those cases, we recommend you email us and we'll walk you through how to get past the error.

# Why am I getting an error that says I cannot begin my plugin name with a term?

That error is to inform you that you may not begin your Display Name with someone else's trademarked term. This is to protect you and the directory from legal issues regarding trademark abuse. To correct the issue, you must change the Display Name in your plugin's readme and main PHP files.

Please do not try to 'work around' this by cleverly renaming your plugin (WuuCommerce for example). All that does is make us worry you're not going to be able to follow guidelines in

the future.

## Why am I getting an error that says I cannot use a term entirely in my plugin name?

Some trademark owners have requested we no longer permit the use of specific terms in plugin names entirely. If you see this error, then you must remove the term from your plugin name.

> To proceed with this submission you must remove "[TERM]" from the Plugin Name: line in both your main plugin file and readme entirely.

If you attempt to get around this by changing your term from 'Facerange' to 'Face-Range', we will pend your submission and reiterate that you cannot use the term. Please don't try to be sneaky or clever to get past this restriction.

## How do I submit an official plugin?

Log in as the official organization user account and submit with that account *only*.

How we will know that you are the official organization? Because of your email address mostly.

We cannot accept plugins that act in name of an organization submitted by individual developer accounts, unless they're clearly company ones as well. For example, submitting your official plugin with a user that has a gmail address is likely to be flagged for trademark infringement.

## What if I submitted the plugin with the wrong user ID?

Just reply to the email right away and let us know. We can transfer ownership for you. If you forget to do this, you can fix it yourself by adding the correct account as a committer and then having that account remove your own.

**DO NOT** resubmit your plugin. Just tell us right away and we'll fix it.

## How long does it take to get a plugin approved?

There's no official average, as no two plugins are the same. If your plugin is small and all the code is correct, it should be approved within **fourteen** days of *initial review*.

If your plugin has any code issues, it will take as long as it takes for you to correct the issues. Either way, you *will* get an email from `plugins@wordpress.org` with the status, so please add that to your email whitelist and patiently wait for our response.

## I sent in the fixes but no one replied. How long should I wait?

We aim to reply to all reviews within ten (10) business days. If it's been less than that, it just means we've been really busy. If it's been two days, like over a weekend or a holiday, then you should not **reasonably** expect a reply.

Remember the review team is made up of 100% volunteers, all of whom have full time day jobs, and other volunteer duties. We do reply promptly, but we also have lives outside of WordPress.

## If my plugin has a problem, how long do I have to fix it?

There's no timeline and as long as we know you're working on it and we feel you're making progress, we'll leave the review open. Your plugin will be rejected after 3 months, but the review will remain open.

## Why was my plugin rejected after three months?

If your plugin review is not complete after three (3) months, we will reject your submission in order to keep the queue maintainable. At any point in time, we have more than 500 people mid-review, and we figure that 3 months is a pretty reasonable time frame.

## I finally fixed my plugin. Should I resubmit?

If your plugin was rejected after three months, submit it again and reply to the email so we are aware that you wanna continue a previous unfinished review. Even if it's been 18 months. The longest time to date has been 3 years. We don't mind if it takes a while.

**DO NOT** resubmit your plugin if it was rejected for any other reason, just reply to the email.

## How many plugins can I submit for review at a time?

Generally, just one. If you're a plugin author with more than one million active plugin installations, we understand that you have more ongoing projects, so you would have a different limit of up to 10 plugin submissions at the same time.

## Why can't I submit more than one plugin at a time?

Allowing people to have multiple submissions at once was proven to be detrimental to the review process. Errors were regularly found in all the plugins, resulting in the same emails being sent multiple times. In addition, people often got confused as to which review they were working on, muddying the waters about what needed to be solved. By changing this to one-at-a-time, confusion in those matters dropped significantly.

In addition, many new users don't know how to use SVN, and wound up submitting multiple plugins and never using any. That can be a drain on our resources, so we do limit people.

Since all plugins get an initial review within four weeks, this should not be a hardship.

## Can I submit multiple plugins with multiple accounts?

No. And if you do so, we will suspend all your secondary accounts. Don't try to get around the one-at-a-time rule please.

## I need my plugin approved by a specific date, what should I do?

Submit it as early as possible. Unless the plugin is meant to address a security or legal issue, we don't permit queue jumping. If it *is* related to one of those, please email

`plugins@wordpress.org` and explain the situation.

## Are there specific things that I should avoid doing?

We look for some pretty obvious things, all of which are listed in our guidelines. Most can be summed up as "Don't be a spammer," but to touch on the ones people do the most:

- Not including a `readme.txt` file when acting as a service
- Not testing the plugin with `WP_DEBUG`
- Including custom versions of packaged JavaScript libraries
- Calling external files unnecessarily
- "Powered By" links
- Phoning home

Again, this is a brief overview. Please read the guidelines, as the full list is quite detailed.

## Are there plugins you don't accept?

We don't accept plugins that do 'nothing,' are illegal, or encourage bad behavior. This includes black hat SEO spamming, content spinners, hate-plugins, and so on.

Similarly we do not accept framework plugins or library plugins. If your plugin has to require other plugins or themes to edit themselves in order to use your plugin, it's a library. If your plugin is a template from which more code can be built by customizing the files directly, it's a framework or boilerplate. Frameworks and libraries should be packaged with each plugin (hopefully in a way that doesn't conflict with other plugins using the framework or libraries). At least until core supports plugin dependencies.

We also don't accept 100% copies of other people's work or plugins that duplicate functionality found in WordPress Core. Basically, your plugin should do something new, or in a new way, or solve a specific issue.

## I want to redo, upgrade, or rebrand my existing plugin. I just submit again, right?

No, you should rewrite and upgrade the existing plugin. Make it a major version release. We can't rename plugins or transfer users, so a new one wouldn't carry over any existing users, reviews, support topics, ratings, downloads, favorites, etc. Basically you'd leave *all* your current users out in the cold, and that's mean.

## I made a mistake with my submission. How can I fix it?

You can update your plugin files from the submission page at any time.

You can update your slug once after submitting it.

Every submission gets an automated email with directions. If you have a different issue, please reply to that or email `plugins@wordpress.org` and explain the situation.

Regarding slugs if you need further changes, you'll need to contact us. We also try to catch typos in names before we approve anything, but we make mistakes too.

## Are there things I can't do in a plugin name?

We have the following restrictions:

- Plugins may not use vulgarities in the name or slug
- Plugins may not use 'WordPress' or 'Plugin' in their slugs except under extreme situations
- Plugins may not use version numbers in plugin slugs
- Due to system limitations, only English letters and Arabic numbers are permitted in the slug
- Plugins may not **start** or contain in a way that may be confusing a trademarked term or name of a specific project/library/tool *unless* submitted by an official representative

We encourage everyone to be creative and come up with unique slugs. We automatically correct any plugin that has an unacceptable slug. If there's a question as to the best choice, we will contact you to be sure.

# Using The SVN Repository

## Where do I put my files?

Put your code files directly in the `trunk/` directory of your repository. Whenever you release a new version, tag that release by copying the current trunk revision to a new subdirectory of the `tags/` directory.

Make sure you update `trunk/readme.txt` to reflect the **new** stable tag.

Images for the readme (such as screenshots, plugin headers, and plugin icons), belong in the `assets/` directory (which you may need to create) in the root of your SVN checkout. This will be on the same level as `tags/` and `trunk/`, for example.

## Can I put my files in a subdirectory of trunk/?

No. Doing that will cause the zip generator to break.

If you have complicated plugin with lots of files, you can of course organize them into subdirectories, but the readme.txt file and the root plugin file should go straight into `trunk/`.

## How should I name my tags (a.k.a. releases)?

Your Subversion tags should look like version numbers. Specifically, they should only contain **numbers and periods**. `2.8.4` is a good lookin' tag, `my neato releaso` is a bad lookin' tag. We recommend you use Semantic Versioning to keep track of releases, but we do not enforce this.

Note that we're talking about *Subversion* tags here, not `readme.txt` search type tags.

## How many old releases should I keep in SVN?

As few as possible. Very rarely does anyone need your old code in the release repository. Remember, SVN is **not** meant for your code versioning. You can use Github for stuff like that. SVN should have your current release versions, but you don't need all the minor releases to all the previous versions. Just the last one or two for them is good.

Case 3:24-cv-06917-AMO    Document 191    Filed 01/17/25    Page 16 of 54

## Can I include SVN externals in my plugin?

No. You can add svn externals to your repository, but they won't get added to the downloadable zip file.

## Can I put zips and other compressed files in my plugin?

No.

## Can I include minified JS?

Yes! However you either have to keep the non-minified in your plugin *or* direct people via your readme as to where they can get the non-minified files.

It's fine to minify, but it's not okay to hide it. All code must be human readable for inclusion in this directory.

# Your WordPress.Org Page

## When does my plugin go 'live'?

As soon as you push code to the SVN folders, your plugin will be live. **DO NOT** push code if you're not ready, as there's no 'off' switch except to close the plugin. As closing a plugin is permanent, we recommend you not push code until you're ready to go live.

## Where does the WordPress.org Plugin Directory get its data?

From the information you specify in the plugin file and in the readme.txt file, and from the Subversion repository itself. Read about how the readme.txt works for more information.

You should also make full use of the Plugin Headers in your main plugin file. Those will define how your username shows up on the WordPress.org hosting page, as well as in the WordPress Admin. We recommend using all those headers to fully document your plugin.

Case 3:24-cv-06917-AMO   Document 101   Filed 01/17/25   Page 17 of 54

# Can I specify what version of my plugin the WordPress.org Plugin Directory should use?

Yes, by specifying the `Stable Tag` field in your trunk directory's [readme.txt file](#).

We ask you **not** use 'trunk' as your stable tag, as that makes rollbacks more complicated than they need to be.

## What version of WordPress should the "Tested Up To" value be?

Logically, whatever version you tested up to. However, never go above the current release candidate. If there is none, don't go above the active version. So if WordPress' stable release is 6.0.9, you can use 6.0 to 6.0.9 and everything will be fine. If there is a release of 6.1-RC then you may use 6.1, however you can go no higher.

Do not attempt to be clever and use 6.5 or 7. This will result in errors on your page.

## Do I need to release a new version of my plugin every time I update the readme?

No. If you're only making cosmetic changes to the readme or your icons/headers, you *do not* need to release a new version. Just make sure you update the trunk and tag folders.

## Do I need to release a new version of my plugin every time I update the code?

Yes. Otherwise no one gets updated.

## What should be in my changelog?

A changelog is a log or record of all or all notable changes made to your plugin, including records of changes such as bug fixes, new features, etc. If you need help formatting your changelogs, we recommend [Keep A Changelog](#) as that's the format used by many products out there.

## How many versions should I keep in my changelog?

Always keep the current major release in your change log. For example, if your current version is 3.9.1, you'll want that and 3.9 in the change log. Older versions should be removed and migrated to a `changelog.txt` file. That will allow them to be accessible to users, while keeping your readme shorter and more pertinent. At most, keep the most recent version of your plugin and one major version back in your readme's changelog. Your `changelog.txt` will **not** be visible within the WordPress.org Plugin Directory, but that's okay. Most users just want to know what's new.

## How do I include videos on plugin description pages?

For YouTube and Vimeo videos, simply paste the video link on a line by itself in your description. Note that the video must be set to allow embedding for the embed process to work. For videos hosted by the WordPress.com VideoPress service, use the   shortcode. Shortcodes can also be used for YouTube and Vimeo, if needed, just like in WordPress.

## Why does my plugin say it's not been tested with the most recent WordPress versions?

That happens when you neglected to use a proper 'Tested Up To' value in your headers in your readme. That value should be the latest version of WordPress that you've tested your plugin against. If the latest **major** WordPress version is 4.9, then you should have the value `4.9` to indicate compatibility. You do not need to update for minor releases (if your readme is compatible to 4.9 then that will cover 4.9 through 4.9.1000).

Keep in mind, if you put in non-released versions of WordPress (like 6.0) you'll see the same message.

## How long does it take for the Plugin Directory to reflect my changes?

The WordPress.org Plugin Directory updates every few minutes. However, it may take longer for your changes to appear depending on the size of the update queue. Please give it at least **6 hours** before contacting us.

## How do I make one of those cool banners for my plugin page?

You can make your own plugin headers by uploading the correctly named files into the `assets` folder. Read about plugin headers for more information.

## How do I make a plugin icon?

You can make your own plugin icons by uploading the correctly named files into the `assets` folder. Read about plugin icons for more information.

## Can I use official logos in my plugin banner/icons?

Usually no.

Your plugin icon should *never* be the unaltered, official logo of, say, Facerange. That would be infringing on their property. You may not use official logos for your branding in your banners or icons. Even if you have permission to do so on your site, *we* don't have that permission here.

Much like your plugin name, we recommend your icons and headers be something unique to you. They tend to be more memorable that way.

## How many tags can I use in my readme?

Per the guidelines, plugins are limited to 12 tags in their readme. This is to control spam. That said, only the first **FIVE** tags will display on WordPress.org, much for the same reason. The first 12 tags are used for searches, and the rest are ignored, so tag-stuffing won't help you at all.

In addition, any tags where you are the only one who uses them won't show, because they're not going to help anyone find another, similar, plugin.

# Plugin Names

## Can I change my plugin's name after it's approved?

Yes and no. You can change the display name, but the *slug* — that part of the plugin URL that is yours — cannot be changed once a plugin is approved. That's why we warn you, multiple times, upon submission.

To change the display name, edit your main plugin file and change the value of "Plugin Name:" to the new name. You also will want to edit your header in your readme.txt to match.

## Why can't I use someone's trademark/brand as my plugin name?

Simply put, because you're not them.

If you have written an add-on plugin for BooCommerce, you may not name it "BooCommerce Improved Product Search" as that would generate the slug `boocommerce-improved-product-search` and that would conflict with the trademark of 'BooCommerce.' That said, it would be acceptable to submit the name "Boo Improved Product Search" which would use the slug `bc-improved-product-search` ("bc" not being trademarked you see).

As another example, if you have a plugin that integrates a service with a a popular cloud hosting company named Amazorn, you may call it "My Service Integration for Amazorn", but you may **not** use "Amazorn – My Service Integration".

Consider the real life example of Keurig. If you made an eco-friendly brew cup, you could market it "EcoBrew Pod for Keurig" but you could NOT attempt to market it as "Keurig EcoBrew Pod." The latter implies a direct relationship to Keurig and is actually against the law in some countries. In order to protect you, we need you to tread lightly with recognized brand names and trademarks. Always err on the side of caution; if they come and tell us to close your plugin because you used their term as the *first* word in the display name, we have to do it.

*Note: We no longer have permission to permit new plugins to use `woo` as the start of their permalink, and are required to enforce the use of `wc` instead.*

# Can a company give me permission to use their trademark in my permalink?

No.

While we understand that companies can and do grant usage permissions, we do not accept them for permalinks for a really important reason: we **cannot** change your permalink once the plugin is approved. This means if, later on, the company changes their mind and rescinds approval, the plugin will be closed and all of it's users abandoned.

In order to be forward thinking and proactive about a plugin's long-term life in the directory, we do not accept 'permission.' A permalink may not begin with a trademark (or commonly known brand/term) unless it is by the official owners.

## Can I change my plugin's URL/slug?

It's impossible to change a plugin's URL once it's approved and we warn you about that in multiple places through the process.

Due to that, we deny most requests for 'new' plugins to replace old ones just to get a better slug.

This is because we cannot migrate users between plugins nor can we redirect traffic. This means that submitted a new plugin to change a slug is incredibly detrimental to the plugin's SEO and reputation, as users will be abandoned. The majority of plugins don't actually need a new URL, and instead just want to edit their display name.

Unless there's an egregious typo, language, or legal issue related to your slug, we are **unlikely** to approve a new slug. If we do, we will flag your account to note that future rename requests are to be denied.

## How do I change my plugin's display name?

You'll need to change it in the readme *and* the plugin main file.

Case 3:24-cv-06917-AMO    Document 101    Filed 01/17/25    Page 22 of 54

## Can I make my display name anything?

Don't use vulgarities or slurs or other intentionally abusive language. You cannot claim, or appear to claim, to be an official source if you're not. For example, if you've made a plugin that connects to the Frozbaz Service, you should call your plugin "Connector to Frozbaz Service" – in this way, you have made it clear you are making a plugin for a service, rather than being the service.

If you're combining multiple services (a payment gateway to a popular ecommerce plugin, for example), we strongly recommend you come up with an original, unique, display name.

## Can I use WordPress or Plugin in my display name?

Currently yes, but you shouldn't. It's incredibly redundant and doesn't actually help your SEO in any way, shape, or form. We already put WordPress *and* Plugin in your page title.

## Should I use the trademark or registered symbol in my plugin name?

Assuming you actually did apply for trademarks, you certainly *can* but it's not commonly done. Not even Google or Facebook do that. Simply by using your trademark term and having a log of it (like your SVN log), you have usually done the needed legal action required to protect your brand. Consult a lawyer for details.

# Search

## How long will it take for my plugin to show up in search?

Usually 6 to 14 days after a plugin is committed to SVN. This is because we have to add your data, parse it, and share it to all of our *heavily* cached servers. It's not instantaneous. Also as a new plugin, we have no data on usage, so you may need to wait a bit.

## How do I rank higher?

Write a good readme for the language, answer support posts promptly, get good reviews.

## What's weighted more, my URL or my display name?

Neither. Make your display name memorable and descriptive, while keeping it under 5 words, for maximum benefit.

# The Support Forums

## How do I get notified for forums posts?

Go to `https://wordpress.org/support/plugin/YOURPLUGIN` and look at the sidebar on the right. Click the Subscribe to this Plugin button for email alerts.

## How do I get notified for all my plugins?

Every plugin support forum page has a "Subscribe" button at the top of it. Click that and you will be emailed. You can see which plugin forums sets you are subscribed to at `https://wordpress.org/support/users/YOURID/subscriptions`

For RSS, visit `https://wordpress.org/support/view/plugin-committer/YOURID` will list all of the support requests and reviews for any plugin you have commit access. Not a committer, just someone listed as an author? Use `https://wordpress.org/support/view/plugin-contributor/YOURID`

You can also go to `https://profiles.wordpress.org/YOURID/profile/notifications/` and put in any terms you want to be emailed for. Be careful, this can escalate if you use generic terms.

## How do I give a support account access to my plugin?

You can add Support Representatives to your plugin. Support representatives can mark forum topics as resolved or sticky (same as plugin authors and contributors), but don't have commit access to the plugin.

The UI for managing plugin support reps can be found in Advanced View on the plugin page, next to managing committers. Once someone is added as a support rep, they will get a

Plugin Support badge when replying to the plugin support topics or reviews.

## Will you delete bad reviews or comments on my plugin?

Generally no. A review is a reflection of an individual's experience with your product. If
they didn't like it, that's not for us to change. If you feel that a review is invalid (such as for
a different plugin), use the `modlook` button on the post. A member of the **forums** team
will investigate.

Abuse of the modlook feature may result in suspension of your plugins. Please, use it wisely.

## What is 'Sockpuppeting'?

That's what happens when someone makes multiple accounts on the forums, usually to give
themselves a number of 5-star reviews, or create fake support tickets to appear more
responsive. Sockpuppeting is against our guidelines and will result in the reviews and posts
being removed, but also may result in your account and all plugins being removed. Don't do
it and don't flagrantly accuse others of doing it.

# Closed Plugins

## How do I close my plugin?

As of April 2020, you can close your own plugins at any time. To do so, go to the **advanced**
tab on your plugin page (i.e. `https://wordpress.org/plugins/myplugin/advanced/`)
and scroll down to the **CLOSE THIS PLUGIN** section. There you will see a warning message
and a button.

**CLOSE THIS PLUGIN**

> **Warning:** Closing your plugin is intended to be a permanent action. You will not be
> able to reopen it without contacting the plugins team.

| I understand, Please close | `YOUR PLUGIN NAME` |

If you agree to the warning, and want to close your plugin, press the button.

Keep in mind, you *will not* get your plugin restored unless you can justify your situation. Closing a plugin by request is intended to be **permanent**.

## What if I accidentally closed my plugin?

Email `plugins@wordpress.org` and ask to please have your plugin reopened. However you will be asked how you managed to do that so that we can improve the functionality of the feature.

## Why won't it let me close my own plugin?

Assuming you're logged in as the correct account, it's probably because you have too many users. If your plugin has more than 10,000 users, you will need to email `plugins@wordpress.org` and request for us to close it.

## Can I temporarily close my plugin?

No.

We do not permit this as it creates a poor experience for users. Hiding plugins makes users think the plugin has been pulled for security or guideline issues, which causes them not to trust you anymore. We cannot prevent what they think, so instead we prohibit 'temporary' closures.

Generally people want to do this when their plugin has a bug that is being fixed, or when they're unable to support it. We recommend you instead just fix the bug as soon as possible, or if you cannot support the plugin, update the readme to say it's currently unsupported and why.

If this is for a brand new plugin, you should just call it a 'public beta' so people are aware of the status.

## What happens when a plugin is closed?

When a plugin is closed, the page shows as closed and the zips are no longer generated. No one will be able to download the plugin via the website, nor will they be able to install it via the WordPress admin. The SVN repository will remain accessible to allow others to download and fork the code if desired, per the tenets of the directory.

After 60 days, the closure message will change to alert people as to *why* it was closed but only in the broadest terms (Guideline Violation, Security, etc) and not with explicit details.

## Why was my plugin closed?

Plugins are closed for guideline violations, security issues, or by author requests. In the case of active issues (such as copyright infringement, abuse, and security), all accounts with commit access to a plugin are notified.

If a plugin has never been used within 6 months (i.e. no code has been pushed to SVN), SVN is broken for upwards of 12 months, or a plugin's readme indicates it's deprecated, we *may* close without notification.

## Why was someone else's plugin closed?

As of 2017, plugin closure reasons are tracked in the plugin database. Sixty days after a plugin is closed, the reason for the closure will be made public:



Please note: We do not publicly disclose the details on exactly why a plugin has been closed.

## Can I get someone else's plugin closed?

If you report an [security issue](#) or a [guideline violation](#) in a plugin to `plugins@wordpress.org`, we will review and take appropriate action. Most of the time, this involves closing a plugin. Your name will not be disclosed unless you ask for it to be so, in order to protect you from backlash.

## Someone posted a copy of my plugin! What do I do?

Email `plugins@wordpress.org` with a link to the stolen plugin. Include either a link to where we can download yours or attach the zip. We will compare the two files, as well as all the coding history we have, to determine if the plugin is, indeed, theft, or just an uncredited fork.

Keep in mind, if you licensed your plugin as GPLv2 or later, then it's perfectly permissible to fork your work, as long as copyright remains intact and you're credited.

## What do I do if someone copied some of my code and didn't credit me?

Email `plugins@wordpress.org` right away! **Especially** if your code was non-GPL. While we do permit people to fork other plugins and include that code in their own plugins, it must be credited at all times. Copyright and credits are a requirement.

## Will you close another plugin for violating a brand/trademark?

We do our best to uphold copyright and trademark requirements, as well as prevent brand confusion. Before plugin are approved, we often require them to make some of the more obvious changes. That said, there is a limit to how 'different' a URL or name can be when we have 60,000 plugins in the directory, and when some terms are quite common (like 'popup' or 'all-in-one'). Because of that, we require developers to change the plugin's **display name** to no longer cause conflict or confusion.

If someone is clearly infringing on your copyright or trademark or existing brand, be it by display name or use of trademarked images, please email us at `plugins@wordpress.org` with some proof and we will contact the developer and require changes.

We do expect these to be *reasonable* requests. That is, if you send us a complaint and list 12 plugins that all use the term 'best contact form' because that's your plugin name, we will review the plugins and only close them if they're using the phrase excessively. If they use it once (i.e. "This is the best contact form plugin in the Faroe Islands") then it's acceptable. If they're keyword stuffing the phrase, we're more likely to close them for keyword stuffing. Simply, if your plugin name is super generic, this is going to happen, and it's usually **not** an infringement case.

Also note that if it's not **your** trademark, we cannot accept your report. It is the responsibility of the trademark owners, not it's users, to manage and maintain that.

## How can I send a security report?

Email `plugins@wordpress.org` a clear and concise description of the issue. Please read our document on reporting security issues for details.

## Do you provide bounties for finding bugs in a plugin?

No. We have no relationship with any bug bounty programs, so we don't file your reports etc to them. The only one with which we work is hackerone.com/automattic and that's for bugs related to Automattic properties. Everything else is on your own, don't ask us to submit things.

## Do you help file or provide CVEs?

No. We do not have the ability to assist with CVEs.

## My plugin was closed, can I reopen it?

Maybe. If it was closed for a security reason, fix the issue, reply to the email, and most of the time we'll reopen the plugin unless it has more security issues or severe guideline issues. If it was closed for guideline violations, it depends on the severity and nature of the violation. Repeat offenders are less likely to have a plugin reopened, for example, than first-timers.

If you asked for the plugin to be closed, you will be expected to explain why the change of heart. Plugins are intended to remain closed when a developer requests it, and not reopened again a month later.

*All* plugins must pass a current standards and security review in order to be restored. This is not optional. Users will lose more faith in you for having your plugin closed multiple times than they would for one longer closure where you address all the potential issues.

## Why was my plugin closed when it was my employee/co-worker who violated guidelines?

Everyone who represents a plugin, from support tech to developer, is the responsibility of the plugin owner. If they violate the guidelines egregiously, then the owners are expected to accept those consequences and correct course. When that doesn't happen, plugins get closed. We notify the plugin owners in these cases and explain why and do our best to keep plugins open.

## All my plugins were closed! How can I get them back?

It's exceptionally rare that we close <u>all</u> of a developer's plugins. In general it happens because of the following:

1. You asked us to close all your plugins
2. Email issues
    1. The email bounced and we were unable to get in touch
    2. The email sent us auto-replies and warnings were sent at least twice to fix that
3. Guideline issues
    1. Previous censuring for behaviour and/or a final warning was issued
    2. Delivering legal threats to the directory and/or the volunteers
    3. The violation was deemed 'egregious' (death threats, hundreds of sock puppets, harassment, etc)

If you asked us to close them, you have to explain *why* the change of heart.

If you're having email issues, you have to resolve them and you'll be required to bring all your plugins up to current standards of security and guidelines.

As for that last one … Generally you don't get to come back from that. If we deliver you a final warning for your behaviour and, within less than a year, you start up again with the issues (or fail to resolve all the issues we mentioned), we're not going to reopen your plugins.

## I just got a final warning. What do I do?

First and foremost, *take it seriously*. The email will list exactly what the problems have been and why we've chosen to escalate to a final warning. Plugin Owners are expected to resolve all the issues, to cease causing new guideline violations, and to closely monitor the actions of any coworkers. In short, stop breaking the guidelines, stop making excuses, apologize for any misbehaviour, and correct course.

The last thing we want to do is ban someone and disable all their plugins. It's not healthy for the community. At the same time, if a developer is unable or unwilling to play by the same

rules as everyone else, it's detrimental to keep then in the directory and disrespectful to everyone else.

# Plugin Ownership

## How do I give someone else access to my plugin?

To add users as committers, that is give them access to update code, go to `https://wordpress.org/plugins/YOURPLUGIN/advanced` and add their username in as a committer.

To have them show up as an author, add their username to the `readme.txt` file.

*Do not add regular users as authors.* It's meant for people who help with development only. This means if someone 'inspired' you, you should <u>not</u> add them as an author.

## How do I remove someone's access from my plugin?

Anyone with commit access can do this. Go to `https://wordpress.org/plugins/YOURPLUGIN/advanced` and hover over their ID. A delete link will appear. Click on it.

Please don't delete yourself.

## How do I change the plugin owner?

Go to the Advanced tab and scroll down to the Danger Zone. There you will see a section for **Transfer Your Plugin**. Pick someone from the dropdown and click the button.

For more details, please read the [documentation on transferring plugins](#).

## I tried to transfer my plugin but it says I can't. Why not?

Plugins with a large number of users (over 10,000) or ones that are deemed critical to the WordPress project (such as featured or beta plugins) can only be transfered via

written request to the plugins team. [Please read the documentation on transfering plugins](#) [for details](#).

## How can I take over an abandoned plugin?

[We permit users to adopt existing plugins that are no longer currently developed](#).

We ask you try to connect with the original developers first, so they can add you. In some case, that's not possible and you should start with fixing the plugin. Make sure it meets coding standards, is secure, and update the copyright information to include yourself. Then you can contact us regarding [plugin adoption](#).

We offer **no** guarantee that you will be given anyone's plugin, even following a successful review.

## Are these offers to buy my plugin legit?

Short answer: Probably not.

Many developers receive unsolicited emails or offers to purchase their plugin. We have found the vast majority of these to be fraudulent and do *not* recommend you follow up with them.

While legitimate offers do come, they're usually from the official company to whom a plugin is related, or from a well established plugin company. The ones that start "We're reaching out to the WordPress community …" or "We are looking to acquire existing WordPress plugins …" should not be trusted. Such purchases have often destroyed the reputation of the plugin (and the original developer) by engaging in sleazy tactics such as tracking users or other serious guideline violations.

If you do choose to sell your plugin (or give it away to someone else), please make sure the new owners understand all the [guidelines of the repository](#). Should they violate our terms the plugin will be removed, and we may not give it back depending on the level of the violation. Whomever has commit access to a plugin has the ownership and responsibility of

it's behavior for users. Spamming, inserting tracking data, and adding junk features are the fastest way to ruin your plugin.

We advocate only giving your plugin to people you *personally* have vetted, and that you trust with being responsible with your code and your users.

## What happens when a plugin developer dies?

When a developer is determined to have died, they are removed from their own plugins in order to prevent the unethical from gaining access and harming users. If they are the only developer, the plugin may be closed. All attempts are made to find their friends and coworkers, to offer them a chance to adopt the code first, but if no one reliable or willing can be found the plugin is closed.

---

**First published**
April 9, 2015

**Last updated**
September 16, 2024

---

Previous
Planning, Submitting, and Maintaining Plugins

Next
Plugin Readmes

About
News
Hosting
Privacy

Showcase
Themes
Plugins
Patterns

Learn
Documentation
Developers
WordPress.tv ↗

Get Involved
Events
Donate ↗
Five for the Future

WordPress.com ↗
Matt ↗
bbPress ↗

BuddyPress ↗

# EXHIBIT 2


Managed Hosting for WordPress.
Simply better hosting.

provided by
Q-Success

Free first month

advertise here

Home     Technologies     Reports     API     Sites     Quality     Users     Blog     Forum
FAQ     Search

**Featured products and services**     advertise here

 Next-gen autoscaling hosting for always-on, always-fast sites - 20i

 Web Design Tips, Tutorials, and Guides - DesignBombs

 WordPress Tutorials & Themes - Themeisle

 Simply better hosting for WordPress. Free first month! - Kinsta

---

## Technologies

Content Management
Server-side Languages
Client-side Languages
JavaScript Libraries
CSS Frameworks
Web Servers
Web Panels
Operating Systems
Web Hosting
Data Centers
Reverse Proxies
DNS Servers
Email Servers
SSL Certificate Authorities
Content Delivery
Traffic Analysis Tools
Advertising Networks
Tag Managers
Social Widgets
Site Elements
Structured Data
Markup Languages
Character Encodings
Image File Formats
Top Level Domains
Server Locations
Content Languages

### Trends

History

### Market

Top Site Usage
Market Position

---

Technologies > Web Hosting

# Market shares of web hosting providers

Request an **extensive web hosting providers market report**.

Learn more

This diagram shows the percentages of websites using various web hosting providers. See technologies overview for explanations on the methodologies used in the surveys. Our reports are updated daily.

How to read the diagram:
Shopify is used as web hosting provider by 4.9% of all the websites.

| | |
|---|---|
| **Shopify** | 4.9% |
| **Amazon** | 4.8% |
| **Hostinger** | 4.5% |
| **Wix** | 4.1% |
| **Newfold Digital Group** | 2.9% |
| **OVH** | 2.7% |
| **United Internet** | 2.6% |
| **team.blue** | 2.5% |
| **Squarespace** | 2.4% |
| **GoDaddy Group** | 2.4% |
| **Hetzner** | 2.3% |
| **SiteGround** | 2.1% |

---

### Technology Brief

**Web Hosting Providers**

A web hosting service provides infrastructure to enable website owners to make their website accessible on the internet. We distinguish the web hosting provider, as the direct partner of the website owners, from the data center provider, who provides the hardware and networking infrastructure, and may or may not be the same as the hosting provider. We also separate reverse proxy services and CDN providers in a distinct category, as they typically do not provide hosting services.
We group brands, that are owned by the same entity, to show the real relevant market shares.

Web hosting information is partly based on data provided by ipinfo.io.

## Performance

Page Speed

## Breakdown

Ranking
Content Management
Server-side Languages
Client-side Languages
JavaScript Libraries
CSS Frameworks
Web Servers
Web Panels
Operating Systems
Data Centers
Reverse Proxies
DNS Servers
Email Servers
SSL Certificate Authorities
Content Delivery
Traffic Analysis Tools
Advertising Networks
Tag Managers
Social Widgets
Site Elements
Structured Data
Markup Languages
Character Encodings
Image File Formats
Top Level Domains
Server Locations
Content Languages

see FAQ for explanations
on advanced reports

| | |
|---|---|
| DigitalOcean Group | 1.7% |
| Google | 1.5% |
| WP Engine Group | 1.5% |
| XServer | 1.4% |
| GMO Internet Group | 1.3% |
| Microsoft | 0.9% |
| Vercel | 0.9% |
| Aruba Group | 0.9% |
| Sakura | 0.9% |
| Group.one | 0.9% |
| Webflow | 0.8% |
| Automattic Group | 0.8% |
| Tilda | 0.8% |
| Your.Online | 0.8% |
| Duda | 0.7% |
| Hosting.com Group | 0.7% |
| Namecheap | 0.6% |
| Beget | 0.5% |
| All-inkl.com | 0.5% |
| Cyber_Folks Group | 0.5% |
| Alibaba | 0.5% |
| CloudOne Digital | 0.5% |
| Weebly | 0.5% |
| REG.RU | 0.4% |
| Contabo Group | 0.4% |
| LWSA Group | 0.4% |
| DreamHost | 0.4% |
| TimeWeb | 0.4% |
| Netlify | 0.4% |
| Kinsta | 0.3% |
| Jimdo | 0.3% |
| Vultr | 0.3% |
| Nuvemshop/Tiendanube | 0.3% |
| InMotion | 0.3% |
| Hosting Ukraine | 0.3% |
| 20i | 0.3% |
| LeaseWeb | 0.2% |



WEBSITE INFORMER

Free stats on any website

w3techs.com

Alexa rank
69 729

Privacy
Good

Daily visitors
15,256

Daily pageviews
36,955

Learn more

**Latest related posting**  read all

**Shopify is now the most popular web hosting provider**
12 September 2025

Shopify has just overtaken Amazon as the most used web hosting provider, used by 4.8% of all websites.
» more

**Latest related forum entry**  read all

**Technology proposal: LiveDNS**
6 May 2025
» more



kinsta

Managed Hosting for WordPress
Simply better hosting.

★★★★★ 4.8/5
From 770+ reviews

advertise here

| | |
|---|---|
| GitHub | 0.2% |
| Infomaniak | 0.2% |
| KT Group | 0.2% |
| NTT Group | 0.2% |
| Mittwald | 0.2% |
| Serverplan | 0.2% |
| Netafraz | 0.2% |
| HubSpot | 0.2% |
| Xneelo | 0.2% |
| Selectel | 0.2% |
| DHH | 0.2% |
| RBC Group | 0.2% |
| Dinahosting | 0.2% |
| Deutsche Telekom Group | 0.2% |
| Güzel Hosting | 0.2% |
| Framer | 0.2% |
| Nexigen Digital | 0.2% |
| China Telecom | 0.2% |
| Anexia Group | 0.1% |
| DonWeb | 0.1% |
| Tencent | 0.1% |
| VNPT | 0.1% |
| BanaHosting | 0.1% |
| HostPapa Group | 0.1% |
| Chunghwa Telecom | 0.1% |
| Cafe24 | 0.1% |
| Scaleway | 0.1% |
| Vedos | 0.1% |
| Krystal | 0.1% |
| Hivelocity | 0.1% |
| Rackspace | 0.1% |
| HostDime | 0.1% |
| KnownHost | 0.1% |
| Bigcommerce | 0.1% |
| AO IoT | 0.1% |
| NetArt Group | 0.1% |
| InterServer | 0.1% |

| | |
|---:|:---|
| LH.pl | 0.1% |
| KDDI Group | 0.1% |
| Netsons | 0.1% |
| Oracle | 0.1% |
| Mihan | 0.1% |
| EVO | 0.1% |
| Interneto Vizija | 0.1% |
| IBM | 0.1% |
| Pantheon | 0.1% |
| Romarg | 0.1% |
| Rumahweb | 0.1% |
| Shoptet | 0.1% |
| IDC Frontier | 0.1% |
| Hoster.by | 0.1% |
| Raiola Networks | 0.1% |
| Salesforce Group | 0.1% |
| Telefónica Group | 0.1% |
| GreenGeeks | 0.1% |
| VTEX Group | 0.1% |
| AZDIG | 0.1% |
| SK Group | 0.1% |
| Exabytes Group | 0.1% |
| Yardi | 0.1% |
| PlanetHoster | 0.1% |
| JouwWeb | 0.1% |
| Hostpoint | 0.1% |
| Master Internet | 0.1% |
| Summit | 0.1% |
| LG Group | 0.1% |
| BigScoots | 0.1% |
| PA Vietnam | 0.1% |
| CDmon | 0.1% |
| EVEO | 0.1% |
| iomart Group | 0.1% |
| Linode | 0.1% |
| Hawk Host | 0.1% |
| Kagoya | 0.1% |

| | |
|---|---|
| Kajabi | 0.1% |
| IndiaMART | 0.1% |
| RackForest | 0.1% |
| Zone Media | 0.1% |
| Jino | 0.1% |
| Lightspeed | 0.1% |
| Seohost | 0.1% |
| Imweb | 0.1% |
| Shoper | 0.1% |
| Dhosting | 0.1% |
| Sprinthost | 0.1% |
| Casablanca | 0.1% |
| Mobinhost | 0.1% |
| FPT | 0.1% |
| LWS Group | 0.1% |
| SpotHopper | 0.1% |
| Studio | 0.1% |
| Afrihost | 0.1% |
| Megagroup | 0.1% |
| NetAngels | 0.1% |
| Brixly | 0.1% |
| Shopline | 0.1% |
| Cloud86 | 0.1% |
| velia.net | 0.1% |
| Oderland | 0.1% |
| Web Hosting Canada | 0.1% |
| LiquidNet | 0.1% |
| UpCloud | 0.1% |
| Yandex | 0.1% |
| Bitcommand | 0.1% |
| Telia Company Group | 0.1% |
| uPress | 0.1% |
| Zendesk | 0.1% |
| WPMU Dev | 0.1% |
| IQ PL | 0.1% |
| webgo | 0.1% |
| cyon | 0.1% |

| | |
|---|---|
| **Veridyen** | 0.1% |
| **PS Internet Company** | 0.1% |
| **Viettel** | 0.1% |
| | W3Techs.com, 17 October 2025 |

Percentages of websites using various web hosting providers

The following web hosting providers are used by less than 0.1% of the websites

- Claus Web
- Odoo SA
- Mixhost
- ProfesionalHosting
- Cogent
- China Unicom
- BIT
- ICDSoft
- Scalaxy
- VHosting
- Tárhely.eu
- Vodafone
- Asiatech
- Hostatom
- Netinternet
- Iron Hosting Centre
- MilesWeb
- Cogeco Group
- Servers Australia
- Hostafrica Group
- Dealer.com
- Neubox
- Domains.co.za
- CS LoxInfo
- Yuan-Jhen
- SH.cz
- HorizonIQ
- Celeste Group
- Masterhost
- Timme Hosting
- GitBook
- Mono Solutions
- Metaregistrar
- ScalaHosting
- PhoenixNAP
- ePages
- Xtudio Networks
- Hostiran
- Kakao
- Turbify
- FastVPS
- Hostpro
- Hoster.kz
- VNET
- WIIT Group
- Acquia
- FirstVDS
- FastComet
- Huawei

- United Group
- Nhan Hoa
- Flexential
- Neoserv
- GlobalConnect
- Iranserver
- DomaiNesia
- IDC19
- MiroHost
- IdeaSoft
- Alastyr
- BentoBox
- Blacknight
- UNAS
- MyDevil.net
- FutureSpirits
- Eurofiber Group
- Fly
- Rackhost
- Niobe Hosting
- ANS
- Ladipage
- Hostland
- Sharktech
- GleSYS
- IHS
- Lnw
- Elementor Cloud
- SiteHost
- Flexbe
- Orange
- Hoststar
- Namespace
- Ntirety
- E2E Networks
- Equinix
- DealerOn
- UCloud
- Beltelecom
- Beon Intermedia
- Tier.Net
- Zoho
- Hyperslice Group
- Intercom
- SITE123
- Domeneshop
- Mediacenter
- Pars Parva System
- Render
- CenturyLink
- Name Hero
- TrueFullstaq
- Hosterion
- BuyVM
- Arteria
- YouCan.shop
- Hoasted
- Hatena
- Strikingly
- MojoHost
- Limestone Networks

- Elin.hu
- Swisscom Group
- uKit Group
- Sitezoogle
- Bubble
- GloboTech
- CMC Telecom
- Jetserver
- Finalsite
- ServerFreak
- Delta.bg
- Foodhub
- ikas
- Substack
- Genesys Informatica
- TierPoint
- Shoplazza
- Reliablesite.net
- JogjaCamp
- UK Servers
- M247
- Apptegy
- Popmenu
- A1 Telekom Austria Group
- Hostneverdie
- Colorful Box
- Keyweb
- AdminVPS
- Ergonet
- Smarthost
- Naver
- Sub 6
- Rusonyx
- Atman
- IOFlood
- DonDominio
- Metrabyte
- Advanced Hosting
- Entrata
- Gambio
- Cargo
- Clouding
- Retelit
- Carrd
- Jumpseller
- Freshworks
- McHost
- IpHost
- Rostelecom Group
- Psychz
- Serverel
- China Mobile
- Kenlo
- Menufy
- PlusServer
- Upsun
- Shinjiru
- Filanco
- mijn.host
- Unlimited.rs
- Previder

- Dealer Inspire
- eTOP
- Mắt Bão
- Gruppo TIM
- Latinoamérica Hosting
- Premier DC
- IdoSell
- Estore
- CSC
- Jonah Digital
- Ikoula
- Webhost1
- Hosttech
- Alwaysdata
- İnternet Bilişim
- Nuthost
- Cybercon
- WireNet Chile
- Jupiter Jala Arta
- THG Ingenuity
- Seravo
- Hurricane Electric
- Mizbanfa
- AT&T
- Ride
- Online data services
- WorldStream
- Hostwinds
- Optimizely
- Internet Initiative Japan
- Adobe
- Luxury Presence
- Isimtescil
- WPX Hosting
- Serverpars
- XBT Holding
- CivicPlus
- Leapswitch
- Partner
- O.M.C.
- EuroByte
- Wildcard
- NHN Cloud
- Nicalia
- Hostiserver
- Netdirekt
- Creatium
- Dewaweb
- Truehost
- Weblium
- TMDHosting
- HN Datacenter
- LucusHost
- Zomro
- Thinkific
- CtrlS
- Purple IT Group
- HostPresto
- Comcast
- Cinc
- Kolo

- Restaumatic
- DGN Teknoloji
- Universo Online
- Claranet
- beCloud
- Hosting.cl
- Comvive
- 23media
- Hostkey
- Hitrost
- Shahrad Net
- 1Gb.ru
- Setcor
- Louhi
- IDCloudHost
- Zenfolio
- First Colo
- Colt
- Flazio
- Nine Internet Solutions
- AXSpace
- Atlassian
- Big Cartel
- Mijnwebwinkel
- LPMotor
- Level27
- Owner
- 1-grid
- Shift4Shop
- Takeaway
- Cnservers
- SevenHost
- MakeWebEasy
- Dongee
- Linkeo
- Nimbus Hosting
- CrocWeb
- Beyond Menu
- Nethouse
- Onepage
- HostPress
- Majordomo
- Shatel
- Medium
- Volusion
- Unbounce
- FREEhost.com.ua
- Gomag
- Thai National Telecom
- Globalhost
- Empretienda
- Radore
- Liberty Global Group
- Plan B
- Better Stack
- Yotta
- Tucows Group
- Leadpages
- Grupo GTD
- Swan
- SvetHostingu

- SupportHost
- SmugMug
- WebNX
- GigeNET
- Bezeq Group
- Hosting2GO
- Portal Site Builder
- Ledl.net
- Superspace
- GoCloudEasy
- E-monsite
- EGIHosting
- Wevery
- Gigas Group
- HostArmada
- Nano
- Servergarden
- Novatrend
- Rapidenet
- StableHost
- Cellcom
- Umbler
- Sazito
- Shock Hosting
- RamNode
- Fourthwall
- Skynova
- Wiroos
- DGA Novin
- Radcom
- Real Geeks
- Web Werks
- Verizon Group
- OrderYOYO
- Antel
- SiteSell
- Faraso Samaneh Pasargad
- AlexHost
- Shetabanhost
- Vigbo
- Futureshop
- MakeShop Korea
- Pagely
- Tilaa
- ProService
- Zenlayer
- Help Scout
- Telekom Malaysia
- Patmos Group
- Tradeindia
- Micron21
- beehiiv
- Amin Institute
- Totohost
- eStruxture
- LearnWorlds
- Inetmar
- CJ2
- Beyond.pl
- GTT
- IPServerOne

- Gainet
- Cloudflare Pages
- HKBN
- Exo Hosting
- Revize
- Readymag
- Semplify
- Voxility
- MerchantPro
- Cyso
- EDIS
- Mioweb
- Multacom
- Teachable
- Milestone
- Telepoint
- Beacons
- Tele2
- Green
- OverBlog
- Performive
- Raya Negar
- EKM
- Livedoor
- Webzi
- Voyager
- Maropost
- iTopPlus
- Kinx
- UltaHost
- Qmenu
- i3D.net
- Pixieset
- Adriahost
- Node4
- Expedient
- Textalk
- Atlantic.net
- Educational Networks
- Sprint
- Lee Enterprises
- Qwords
- Data Space
- Namebox
- IP.gr
- PlentyONE
- KPN
- RCP
- Baidu
- RIS
- Rakko
- WPCloud
- Kazakhtelecom
- Duocast
- Heberjahiz
- HostDL
- SabaHost
- Sitejet
- Nestify
- Nessus
- Delska

- Craftum
- Integrity
- FC2
- PythonAnywhere
- Name.com
- Vangus
- Inovare-Prim
- 1984 Hosting
- Internet Thailand
- DataBank
- GTT a.s.
- HosterPK
- Artlogic
- Sky-Shop
- DZSecurity
- Oxatis
- ServerMania
- Irroba
- Omnis Network
- UptimeRobot
- myNET
- Choice
- Kotisivukone
- Discourse
- LightEdge
- Sitevision
- Miva
- WiziShop
- Mail.Ru
- Konimbo
- Fork Networking
- KeurigOnline
- MemberClicks
- Noris network
- Pressidium
- AdVantShop
- Brivity
- Afranet
- Bsale
- Profitroom
- IT.Gate
- CloudCart
- CentralApp
- Nameshield
- Uzbektelecom
- DoIT
- Yampi
- Neterra
- Advania
- Podia
- 5G Networks
- Softtr
- Kenesis
- Amazee.io
- Iron Mountain
- Altafiber Group
- Hostfactory
- Virtual Systems
- NearlyFreeSpeech.NET
- Servebolt
- TDC

- LiveDNS
- Easy Orders
- Kamatera
- Proximus
- Tymbrel
- Vendasta
- Bouncy Castle Network
- Hoster.kg
- Tebyan
- Prolocation
- Elisa
- Total Uptime
- Coreix
- Enzu
- BigTeams
- GorillaServers
- Optimus IT
- UDomain
- NationBuilder
- ShopFA
- Telekomunikasi Indonesia
- Blastness
- Accenture
- Divio
- Latitude.sh
- DigiCert
- SiteW
- CITIC Group
- NetCologne
- Create
- Setup.ru
- Ascenty
- NewMedia Express
- Carrot
- Lancom
- WebFronts
- Aeven
- Vacares
- Read the Docs
- TurboCloud
- OTE
- CHML
- Delta Telecom
- Core-Backbone
- NFOrce Entertainment
- Arc XP
- Foco Multimidia
- Telecom Algeria
- Gigahost
- Teléfonos de México
- Inktavo
- Kuick
- Alestra
- Accretive
- Docplanner
- Visualsoft
- Safaricom
- Shop-Express
- TheGigabit
- Mailchimp
- Klarned

- The Producers
- Nomeo
- Bangladesh Computer Council
- itm8
- MPOPlay
- Utabweb
- ASP Solutions
- Simpleview
- CloudCannon
- CherryRoad
- PhotoShelter
- New World Telecom
- Spring
- Daou
- Lightfunnels
- Shop Application
- WebSelf
- Neocities
- Atos Group
- TeamSystem
- WebStarts
- CloudVPS
- Creative Sites
- envia TEL
- Catalis
- Gransy
- Portfoliobox
- Ontraport
- Turkmentelecom
- RETN
- Hýsingar
- PortoFácil
- B Communications
- Booking Experts
- Nucleus
- Webware
- EzeeBus
- FaithConnector
- Webnames
- Converty
- Biglobe
- Bookmanager
- Unicorn Platform
- KT Rwanda Networks
- GuestCentric
- Medios
- Syrian Telecom
- Edlio
- Presslabs
- PageCloud
- Instatus
- Oncord
- Optimum
- Cologix
- WMaker
- easyDNS
- My Meals Online
- Dalnet
- Hydra Communications
- Website World
- Telconet Latam

- Opti9
- Uniti
- Plate
- Datacom
- Telecom Egypt
- Cmsbox
- B12
- Backslash
- Sitoper
- Colocation America
- HetrixTools
- PlatformOS
- Ning
- National DC Mongolia
- Irish Domains
- PLDT
- Caucasus Online
- Ooredoo
- COMSATS
- IPCore
- NetEase
- Overfuel
- TierraNet
- Pixpa
- Robin Cook
- Telehouse
- ETECSA
- Storyblok
- WPHost.me
- Selly
- Topnet
- Marosnet
- Ujione
- Servereasy
- Modix
- Yektaweb
- Ucraft
- iNES
- Blog.ir
- Communiteq
- Auctores
- Zengenti
- OrthodoxWS
- PhotoDeck
- wBuy
- Eweka
- Webydo
- CommentSold
- Paltel
- ServerStack
- Webmotors Sites
- 360 Internet
- CEC
- Beebyte
- Web Shop Manager
- BlogFa
- Cart.com
- Clickeshop
- Foxbright
- IP Pathways
- Royal Clouds

- CSL
- OnPay
- GreenWeb
- Knipp
- NB Shop
- Sedmi Odjel
- Opennemas
- Sorry
- GMedia
- KetShopweb
- Universe
- Cendyn
- Vaave
- Confluence-Networks
- QuadraNet
- Ard Software
- Rax
- Dynascale
- ShoutCMS
- Vip Commerce
- Beseller
- LiveRez
- Globe
- Datagroup
- INXY
- YUnet
- Beamly
- Norce
- Poopesh
- 365 Data Centers
- Websale
- Bhutan Telecom
- Shopage
- Dwi Tunggal Putra
- Ziggo
- ePublishing
- Internetkonzepte
- Scrivito
- Status.io
- HardyPress
- Powergap
- Cornerstone
- Metro Publisher
- Dropify
- ViaShopModa
- Gmenu
- RebelMouse
- Trilogi
- Octenium
- Avensys
- Kyrgyztelecom
- Telecom Malagasy
- UltraCart
- ProDB
- Contegix
- Storm Internet
- Serverspot
- Otter
- Camel Host
- Omantel
- I3C

- NYI
- Alfanet
- Surge
- Statuspal
- DoD Network Information Center
- ElCat
- Orson
- YER
- MemberGate
- SubHub
- SoSimple
- Vitrin
- Host Color
- NetConnex
- Trillion
- NetDepot
- Cisco
- M5 Hosting
- ShopCity
- OPT-NC Group
- NetIRD
- Mubashier
- Citmatel
- Micro Logic Systems
- VTR Globalcom
- CDK Global
- Hewlett-Packard
- WEBii
- Foundation
- Mehost
- @iPower
- FL1
- Consensus
- Monspark
- Rochen
- EMP Secure
- Pugpig
- Imagine
- MenuOnline
- Mongolia Telecom
- Info.nl
- Ncell

**Is there a technology missing?**

Registered users can make a proposal to add a technology.

**Do you want to stay informed about this survey?**

Use our monthly technology survey RSS RSS Feed.
Registered users can also subscribe to a monthly technology survey email.

**Share this page**



About Us     Disclaimer     Terms of Use     Privacy Policy     Advertising     Contact

W3Techs on     LinkedIn     Mastodon     Bluesky

Copyright © 2009-2025 Q-Success