JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
 Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>       v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>                Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF JOSEPH R. ROSE IN SUPPORT OF JOINT STIPULATION TO AMEND CASE SCHEDULE** |

# DECLARATION OF JOSEPH R. ROSE

I, Joseph R. Rose, declare as follows:

1. I am a member in good standing of the California Bar and am admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn, & Crutcher LLP, counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of the Joint Stipulation and [Proposed] Order to Amend Case Schedule. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. Under the Court's Case Management Scheduling Order (Dkt. No. 119) (the "Scheduling Order"), the close of fact discovery is set for November 20, 2025, with deadlines for expert discovery, motions for summary judgment, and *Daubert* motions thereafter.

3. With respect to Civil L.R. 6-2(a)(2), the Parties previously stipulated to extend the time to respond to the Complaint (Dkt. No. 24). In addition, the Court has granted a motion to shorten time to hear Plaintiff's motion for a preliminary injunction (Dkt. No. 34), granted a stipulation to extend the time to respond to the Amended Complaint (Dkt. No. 61), granted a stipulation to extend the time to reply in support of the motion to dismiss (Dkt. No. 90) and reset a motion hearing date (Dkt. No. 149).

4. Defendants moved to dismiss the Second Amended Complaint on October 17, 2025, and intend to file their answer and certain unspecified counterclaims against WPE the week of October 20, 2025.

5. Since the opening of fact discovery, the Parties have worked diligently and in good faith to pursue discovery on WPE's 18 causes of action, including serving and responding to numerous requests for written discovery, including interrogatories, requests for production, and third-party subpoenas, and collectively producing more than 79,000 documents to date.

6. Several discovery disputes remain outstanding, and the Parties have filed seven joint discovery letters, three of which were addressed by Magistrate Judge Ryu during the October 9, 2025 discovery conference, at which the Court resolved certain disputes and instructed the Parties to continue meeting and conferring to resolve others.

7. Following the October 9 hearing, the Parties are redoubling their efforts to engage constructively in discovery, have already reached certain agreements that moot certain pending disputes, and have agreed to meet to resolve additional outstanding disputes and to establish an expeditious process for the completion of discovery, with the goal of reducing or if possible eliminating the need for further judicial intervention.

8. WPE is scheduled to take two depositions of Defendants' witnesses in the coming weeks and has requested dates for six additional depositions, and Defendants will be commencing depositions soon as well.

9. The Parties believe that a modest extension of the fact discovery cutoff—from November 20, 2025, to March 12, 2026—is warranted to provide each side a fair opportunity to develop the factual record and to allow sufficient time to meet and confer and resolve discovery disputes between the Parties.

10. The Parties have agreed to adjust subsequent deadlines in order to maintain the existing February 22, 2027, trial date, including by shortening the intervals between events, as reflected in the Proposed Amended Deadlines below.

| Event (with Parties' proposed modifications to account for the possibility of both sides filing dispositive motions) | Current Operative Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of fact discovery | November 20, 2025 | March 12, 2026 |
| Parties to provide initial expert disclosure(s) and report(s) | January 15, 2026 | April 23, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | February 26, 2026 | May 28, 2026 |
| Close of expert discovery | March 19, 2026 | June 25, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | April 9, 2026 | July 16, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | May 14, 2026 | August 13, 2026 |
| Deadline for Daubert motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | May 14, 2026 | August 13, 2026 |

| | | |
|---|---|---|
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | June 11, 2026 | September 3, 2026 |
| Deadline for oppositions to Daubert motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | June 11, 2026 | September 3, 2026 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | July 2, 2026 | September 17, 2026 |
| Deadline for reply in support of Daubert motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | July 2, 2026 | September 17, 2026 |
| Hearing on summary judgment and Daubert motions | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |
| Joint pretrial conference statement | January 4, 2027 | December 18, 2026 |
| Pretrial conference | January 28, 2027, at 11:00 a.m. | January 28, 2027, at 11:00 a.m. |
| Jury Trial (10 days) | February 22, 2027, at 8:30 a.m. | February 22, 2027, at 8:30 a.m. |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Francisco, California on this 19th day of October, 2025.

DATED: October 19, 2025    By:    /s/ *Joseph R. Rose*
                                      Joseph R. Rose