1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| Plaintiff, | **[PROPOSED] ORDER TO AMEND CASE SCHEDULE** |
| v. | Hon. Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | |
| Defendants. | |

The Court, having considered the Joint Stipulation to Amend the Case Schedule (the "Joint Stipulation"), and for good cause appearing, hereby **ORDERS** that the Joint Stipulation is **GRANTED**. The case schedule shall be amended as follows:

| Event (with Parties' proposed modifications to account for the possibility of both sides filing dispositive motions) | Current Operative Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of fact discovery | November 20, 2025 | March 12, 2026 |
| Parties to provide initial expert disclosure(s) and report(s) | January 15, 2026 | April 23, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | February 26, 2026 | May 28, 2026 |
| Close of expert discovery | March 19, 2026 | June 25, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | April 9, 2026 | July 16, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | May 14, 2026 | August 13, 2026 |
| Deadline for Daubert motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | May 14, 2026 | August 13, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | June 11, 2026 | September 3, 2026 |
| Deadline for oppositions to Daubert motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | June 11, 2026 | September 3, 2026 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | July 2, 2026 | September 17, 2026 |
| Deadline for reply in support of Daubert motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | July 2, 2026 | September 17, 2026 |
| Hearing on summary judgment and Daubert motions | To be noticed by the moving party based on | To be noticed by the moving party based on the |

| | the Court's availability at the time of filing | Court's availability at the time of filing |
|---|---|---|
| Joint pretrial conference statement | January 4, 2027 | December 18, 2026 |
| Pretrial conference | January 28, 2027, at 11:00 a.m. | January 28, 2027, at 11:00 a.m. |
| Jury Trial (10 days) | February 22, 2027, at 8:30 a.m. | February 22, 2027, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: _____

                                              Honorable Araceli Martinez-Olguin
                                              United States District Judge