IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>[PROPOSED] **ORDER TO AMEND CASE SCHEDULE**<br><br>*As Modified by the Court* |

The Court, having considered the Joint Stipulation to Amend the Case Schedule (the "Joint Stipulation"), and for good cause appearing, hereby **ORDERS** that the Joint Stipulation is **GRANTED**. The case schedule shall be amended as follows:

| Event (with Parties' proposed modifications to account for the possibility of both sides filing dispositive motions) | Current Operative Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of fact discovery | November 20, 2025 | March 12, 2026 |
| Parties to provide initial expert disclosure(s) and report(s) | January 15, 2026 | April 23, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | February 26, 2026 | May 28, 2026 |
| Close of expert discovery | March 19, 2026 | June 25, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | April 9, 2026 | July 16, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | May 14, 2026 | August 13, 2026 |
| Deadline for Daubert motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | May 14, 2026 | August 13, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | June 11, 2026 | September 3, 2026 |
| Deadline for oppositions to Daubert motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | June 11, 2026 | September 3, 2026 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | July 2, 2026 | September 17, 2026 |
| Deadline for reply in support of Daubert motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | July 2, 2026 | September 17, 2026 |
| Hearing on summary judgment and Daubert motions* | To be noticed by the moving party based on | To be noticed by the moving party based on the |

| | the Court's availability at the time of filing | Court's availability at the time of filing |
|---|---|---|
| Joint pretrial conference statement | January 4, 2027 | **May 3, 2027** |
| Pretrial conference | January 28, 2027, at 11:00 a.m. | **May 20, 2027**, at 11:00 a.m. |
| Jury Trial (10 days) | February 22, 2027, at 8:30 a.m. | **June 14, 2027**, at 8:30 a.m. |

*Each side is limited to three Daubert motions throughout the entire case absent leave of Court. Daubert opening briefs shall not exceed 5 pages. Daubert responsive briefs shall not exceed 5 pages. Daubert replies shall not exceed 3 pages.

**IT IS SO ORDERED.**

Dated: October 21, 2025

Honorable Araceli Martínez-Olguín
United States District Judge