AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: | **Do not mail; see e-filing instructions at bottom of page.**<br>Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  for the Northern District of California  on the following ...

☑ Trademarks or     ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:24-cv-06917 | DATE FILED<br>10/2/2024 | U.S. DISTRICT COURT<br>Northern District of California |
|---|---|---|
| PLAINTIFF<br>WP Engine, Inc. | | DEFENDANT<br>Automattic Inc.<br>Matthew Charles Mullenweg |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3201424 | 1/23/2007 | WordPress Foundation |
| 2 | 4764217 | 6/30/2015 | WordPress Foundation |
| 3 | 4865558 | 12/8/2015 | WordPress Foundation |
| 4 | 5561427 | 9/11/2018 | WooCommerce, Inc. |
| 5 | 5561428 | 9/11/2018 | WooCommerce, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☑ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  3988241 | 7/5/2011 | WordPress Foundation |
| 2  4317426 | 4/9/2013 | WordPress Foundation |
| 3  6016397 | 3/24/2020 | WooCommerce Inc. |
| 4  6735885 | 5/24/2022 | WooCommerce Inc. |
| 5  7365250 | 4/23/2024 | WooCommerce Inc. |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br>Mark B. Busby | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under  Other Filings > Other Documents > Patent/Trademark Report.**

[ Save As New PDF ]                                                                                       [ Reset Form ]

AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: ~~Mail Stop 8 Director of the U.S. Patent and Trademark Office P.O. Box 1450 Alexandria, VA 22313-1450~~ **Do not mail; see e-filing instructions at bottom of page.** | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Northern District of California on the following ...

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 3:24-cv-06917 | DATE FILED 10/2/2024 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF WP Engine, Inc. | | DEFENDANT Automattic Inc. Matthew Charles Mullenweg |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5561425 | 9/11/2018 | WooCommerce, Inc. |
| 2 | 5561426 | 9/11/2018 | WooCommerce, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☑ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7380699 | 5/7/2024 | WooCommerce Inc. |
| 2 | 7417062 | 6/18/2024 | WooCommerce Inc. |
| 3 | 7566007 | 11/12/2024 | WooCommerce Inc. |
| 4 | 7597083 | 12/10/2024 | WooCommerce Inc. |
| 5 | 7698811 | 2/18/2025 | WooCommerce Inc. |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK Mark B. Busby | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under Other Filings > Other Documents > Patent/Trademark Report.**

[ Save As New PDF ]                         [ Reset Form ]

AO 120 (Rev. 08/10)  (CAND version 7/18)

| TO: | **Do not mail; see e-filing instructions at bottom of page.**<br>**Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  for the Northern District of California  on the following ...

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:24-cv-06917 | DATE FILED<br>10/2/2024 | U.S. DISTRICT COURT<br>Norther District of California |
|---|---|---|
| PLAINTIFF<br>WP Engine, Inc. | | DEFENDANT<br>Automattic Inc.<br>Matthew Charles Mullenweg |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☑ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 7900960 | 8/19/2025 | WooCommerce Inc. |
| 2 | 7902350 | 8/19/2025 | WooCommerce Inc. |
| 3 | 7902351 | 8/19/2025 | WooCommerce Inc. |
| 4 | 7902352 | 8/19/2025 | WooCommerce Inc. |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>Mark B. Busby | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under  Other Filings > Other Documents > Patent/Trademark Report.**

AO 120 (Rev. 08/10) (CAND version 7/18)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450**<br>*Do not mail; see e-filing instructions at bottom of page.* | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court   for the Northern District of California   on the following ...

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:24-cv-06917 | DATE FILED<br>10/2/2024 | U.S. DISTRICT COURT<br>Northern District of California |
|---|---|---|
| PLAINTIFF<br>WP Engine, Inc. | | DEFENDANT<br>Automattic Inc.<br>Matthew Charles Mullenweg |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☑ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | Serial No. 98646183 | 7/12/2024 | WordPress Foundation |
| 2 | Serial No. 98646185 | 7/12/2024 | WordPress Foundation |
| 3 | Serial No. 98256543 | 11/6/2023 | WooCommerce Inc. |
| 4 | Serial No. 98466395 | 3/25/2024 | WooCommerce Inc. |
| 5 | Serial No. 98466398 | 3/25/2024 | WooCommerce Inc. |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>Mark B. Busby | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions:** Please save and e-file in CM/ECF under  Other Filings > Other Documents > Patent/Trademark Report.

[ Save As New PDF ]                                                                     [ Reset Form ]