1   JOSEPH R. ROSE, SBN 27902                JOSH A. KREVITT, SBN 208552
    jrose@gibsondunn.com                       jkrevitt@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP              GIBSON, DUNN & CRUTCHER LLP
    One Embarcadero Center                   310 University Avenue
3   San Francisco, CA 94111-3715             Palo Alto, CA 94301-1744
    Telephone: 415.393.8200                  Telephone: 650.849.5300
4   Facsimile: 415.801.7358                  Facsimile: 650.849.5333

5   MICHAEL H. DORE, SBN 227442              ORIN SNYDER (admitted pro hac vice)
      mdore@gibsondunn.com                     osnyder@gibsondunn.com
6   ILISSA SAMPLIN, SBN 314018               HOWARD S. HOGAN (pro hac vice pending)
      isamplin@gibsondunn.com                  HHOGAN@GIBSONDUNN.COM
7   GIBSON, DUNN & CRUTCHER LLP              GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue                   200 Park Avenue
8   Los Angeles, CA 90071-3197               New York, NY 10166-0193
    Telephone: 213.229.7000                  Telephone: 212.351.2400
9   Facsimile: 213.229.6652                  Facsimile: 212.351.6335

10  *Attorneys for Defendants Automattic Inc. and
    Matthew Charles Mullenweg and Counterclaimants
11  WordPress Foundation and WooCommerce Inc.*

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| 16              Plaintiff, | **COUNTERCLAIMANT WORDPRESS FOUNDATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| 17       v. | |
| 18  AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an | |
| 19  individual, | |
| 20              Defendants. | |
| 21  _____ | |
| 22  AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an | |
| 23  individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE | |
| 24  INC., a Delaware corporation, | |
| 25              Counterclaimants, | |
| 26       v. | |
| 27  WPENGINE, INC., a Delaware corporation, | |
| 28              Counterdefendant. | |

Gibson, Dunn &
Crutcher LLP

1

2    Pursuant to Federal Rule of Civil Procedure 7.1, Counterclaimant WordPress Foundation

3  discloses the following:

4    WordPress Foundation has no parent corporation, and no publicly held corporation owns ten

5  percent (10%) or more of its stock.

6    Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons,

7  associations of persons, firms, partnerships, corporations (including parent corporations) or other

8  entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding,

9  or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected

10  by the outcome of this proceeding:

11    1.  WordPress Foundation: Counterclaimant

12    2.  Automattic Inc.: Defendant and Counterclaimant

13    3.  Matthew Charles Mullenweg: Defendant and Counterclaimant

14    4.  WooCommerce Inc.: Counterclaimant

15    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no

16  conflict of interest (other than the named parties) to report.

17

18   DATED: October 23, 2025                    Respectfully submitted,

19                                              GIBSON, DUNN & CRUTCHER LLP

20                                              By: */s/ Joseph R. Rose*
                                                         Joseph R. Rose

21

22                                              *Attorney for Counterclaimant WordPress*
                                                *Foundation*

23

24

25

26

27

28

1
COUNTERCLAIMANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:24-CV-06917-AMO