| | |
|---|---|
| JOSEPH R. ROSE, SBN 27902<br>jrose@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.801.7358 | JOSH A. KREVITT, SBN 208552<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| MICHAEL H. DORE, SBN 227442<br>mdore@gibsondunn.com<br>ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.6652 | ORIN SNYDER *(admitted pro hac vice)*<br>osnyder@gibsondunn.com<br>HOWARD S. HOGAN *(pro hac vice pending)*<br>hhogan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2400<br>Facsimile: 212.351.6335 |

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>  Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>  Counterclaimants,<br><br>  v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>  Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' NOTICE OF ERRATA REGARDING ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, the WordPress Foundation, and WooCommerce Inc. (collectively, "Counterclaimants") hereby submit this Notice of Errata regarding their Answer to Plaintiff's Second Amended Complaint and Counterclaims (Dkt. 195), filed October 23, 2025. The Answer to Plaintiff's Second Amended Complaint and Counterclaims inadvertently contained a typographical error. Below Counterclaimants identify the error and its correction:

On page 71, paragraph 36, at lines 8-11, due to a word processing error, a sentence was omitted. The as-filed Counterclaims read: "In January 2007, Automattic registered the WordPress Marks on the federal register to best protect the trademarks from abuse and dilution. Later that year, Automattic donated the WordPress Marks to the WordPress Foundation, a not-for-profit entity, to ensure the trademark rights in the WordPress Marks would survive apart from and beyond Automattic and Mullenweg."

The Counterclaims should read (omission added in red): "In January 2007, Automattic registered the WordPress Marks on the federal register to best protect the trademarks from abuse and dilution. The WordPress Foundation was launched in 2010. Later that year, Automattic donated the WordPress Marks to the WordPress Foundation, a not-for-profit entity, to ensure the trademark rights in the WordPress Marks would survive apart from and beyond Automattic and Mullenweg."

This correction clarifies Counterclaimants' intended meaning and does not alter the substance of any claims.

DATED: October 24, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joseph R. Rose*
   Joseph R. Rose

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*