QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*
*(Additional Counsel on Next Page)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendants. | Case No. 3:24-cv-06917-AMO (DMR)<br><br>**Joint Notice of Resolution of Issues in Joint Discovery Letters (Dkts. 172, 179)**<br><br>Judge: Honorable Donna M. Ryu |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>    Counterclaimants,<br>    v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>    Counterdefendant. | |

GIBSON, DUNN & CRUTCHER LLP
Joseph R. Rose (SBN 27902)
jrose@gibsondunn.com
One Embarcadero Center
San Francisco, CA
94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

Michael H. Dore (SBN 227442)
mdore@gibsondunn.com
Ilissa Samplin (SBN 314018)
isamplin@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

Josh A. Krevitt (SBN 208552)
jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA
94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

Orin Snyder *(admitted pro hac vice)*
osnyder@gibsondunn.com
Howard S. Hogan *(admitted pro hac vice)*
hhogan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

**NOTICE OF RESOLUTION**

Plaintiff WPEngine Inc. ("Plaintiff"') and Defendants Automattic Inc. and Matthew Charles Mullenweg (together "Defendants") (collectively "the Parties") hereby notify the Court that the Parties have reached agreements resolving the disputes presented in the joint discovery letter briefs filed at Dkt. 172, regarding Defendants' privilege logs, and Dkt. 179, concerning Defendants' production of documents and information related to their document collection.

**Privilege Logs**

Defendants have agreed to amend their privilege logs to identify counsel and disclose the position/title and employer of each person appearing on the logs. Satisfaction of this agreement moots the joint discovery letter brief regarding Defendants' privilege logs filed at Dkt. 172.

**Supplemental Document Collection and Document Collection Information**

The Parties have agreed to supplement their document collection up through August 15, 2025, which will moot the issue in the joint discovery letter brief regarding Defendants' supplemental document collection and production. Defendants have also agreed to provide Plaintiff with the date ranges for which they have collected documents from each document source for each custodian. The resolution of these issues will moot the joint discovery letter filed at Dkt. 179.

***

These agreements are made without prejudice to the Parties' ability to request further relief from the Court regarding the issues addressed in these two joint discovery letters (Dkts. 172 and 179), in the event the materials and information are not produced as agreed.

| | | |
|---|---|---|
| 1 | DATED: November 3, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | By */s/ Rachel Herrick Kassabian* |
| 4 | |     Rachel Herrick Kassabian |
| 5 | |     QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 6 | | *Attorneys for Plaintiff WPEngine, Inc.* |
| 9 | DATED: November 3, 2025 | By */s Joseph R. Rose* |
| 10 | |     Joseph R. Rose<br>    GIBSON, DUNN & CRUTCHER LLP |
| 11-12 | | *Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.* |

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Rachel Kassabian, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated:  November 3, 2025                    QUINN EMANUEL URQUHART & SULLIVAN LLP


By */s/ Rachel Herrick Kassabian*
   Rachel Herrick Kassabian
   *Attorneys for Plaintiff WPEngine, Inc.*

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is: Quinn Emanuel Urquhart & Sullivan LLP, 555 Twin Dolphin Drive, Redwood Shores, CA 94065. On November 3, 2025, I served a copy of the foregoing document by transmitting it via e-mail or electronic transmission to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Josh A. Krevitt<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744 | Orin Snyder<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193 |
| Joseph R. Rose<br>jrose@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center<br>San Francisco, CA 94111-3715 | Michael H. Dore<br>mdore@gibsondunn.com<br>Ilissa Samplin<br>isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>*Attorneys for Defendants*<br>*Automattic Inc. and Matthew Charles Mullenweg* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 3, 2025 in San Francisco, California.

*/s/ Kaitlin E. Keohane*
Kaitlin E. Keohane