# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S MOTION TO DISMISS COUNTERCLAIMS** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Case No. 3:24-cv-06917-AMO
[PROPOSED] ORDER

The Court, having considered Plaintiff/Counterdefendant WPEngine, Inc.'s ("WPE") Motion to Dismiss the Counterclaims of Defendants/Counterclaimants Automattic, Inc. ("Automattic"), Matthew Charles Mullenweg ("Mullenweg"), the WordPress Foundation ("the Foundation"), and WooCommerce Inc. ("WooCommerce") (collectively, "Counterclaimants"), and all briefing, evidence, and argument submitted in support of the Motion and opposition thereto, and good cause appearing therefore, hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that Counterclaimants' Counterclaims, including counterclaims one through seven, are dismissed in their entirety with prejudice.

**SO ORDERED.**

DATED: _____

Honorable Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE