JOSEPH R. ROSE, SBN 27902
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
HHOGAN@GIBSONDUNN.COM
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | Case No. 3:24-cv-06917-AMO<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>**HON. ARACELI MARTÍNEZ-OLGUÍN** |

QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
  rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
  yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
  brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Counterclaimants and Defendants Automattic Inc. and Matthew Charles Mullenweg (collectively, "Defendants") and Counterclaimants WordPress Foundation and WooCommerce Inc. (together with Defendants, "Counterclaimants") and Plaintiff and Counterclaim Defendant WPEngine, Inc. ("WPE") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree, and respectfully request that the Court order the following:

WHEREAS, Counterclaimants filed Counterclaims against WPE on October 23, 2025, alleging seven causes of action (Dkt. 195);

WHEREAS, WPE filed a Motion to Dismiss the Counterclaims (the "WPE's Motion") on November 13, 2025 (Dkt. 207);

WHEREAS, Defendants re-filed a Motion to Dismiss WPE's Second Amended Complaint (the "Defendants' Motion") on November 17, 2025 (Dkt. 209);

WHEREAS, in order to accommodate briefing on WPE's Motion, which will fall over the Thanksgiving holiday period, Counterclaimants have requested that WPE stipulate to an extension of 10 days for Counterclaimants to oppose WPE's Motion;

WHEREAS, WPE has agreed to accommodate Counterclaimants' request, and requested an additional 7 days for its reply in support of its Motion;

WHEREAS, because WPE's opposition to Defendants' Motion is due immediately after the Thanksgiving holiday period, WPE has requested a reasonable extension to oppose Defendants' Motion;

WHEREAS, Defendants have agreed to accommodate WPE's request, and will provide an additional 18 days for briefing its opposition to Defendants' Motion;

WHEREAS, WPE has agreed to provide Defendants an additional 14 days to brief its reply in support of its Motion;

NOW THEREFORE, subject to the approval of the Court, and for good cause shown, the parties hereby stipulate and agree, and request that the Court enter an order to amend the briefing schedule as follows:

  1. Counterclaimants' deadline to file an opposition to WPE's Motion shall be December

8, 2025 at 12:00 p.m. PT.

2. WPE's deadline to file an opposition to Defendants' Motion shall be December 19, 2025.

3. WPE's deadline to file a reply in support of its Motion shall be December 22, 2025.

4. Defendants' deadline to file a reply in support of Defendants' Motion shall be January 9, 2026.

IT IS SO STIPULATED.

DATED: November 21, 2025                     Respectfully submitted,

                                                /s/ Michael H. Dore
                                                Michael H. Dore
                                                GIBSON, DUNN & CRUTCHER LLP

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

DATED: November 21, 2025                      /s/ Rachel Herrick Kassabian
                                                Rachel Herrick Kassabian
                                                QUINN EMANUEL URQUHART & SULLIVAN LLP

*Attorney for Plaintiff WPEngine Inc.*

**ATTESTATION OF ATTORNEY**

Pursuant to Civil Local Rule 5-1, I, Joseph R. Rose, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 21, 2025

GIBSON, DUNN & CRUTCHER LLP

*/s/ Michael H. Dore*
Michael H. Dore
*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*