JOSEPH R. ROSE, SBN 27902
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
osnyder@gibsondunn.com
HOWARD S. HOGAN (*admitted pro hac vice*)
HHOGAN@GIBSONDUNN.COM
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF MICHAEL H. DORE IN SUPPORT OF JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>**HON. ARACELI MARTÍNEZ-OLGUÍN** |

## DECLARATION OF MICHAEL H. DORE

I, Michael H. Dore, declare as follows:

1. I am a member in good standing of the California Bar and am admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn, & Crutcher LLP, counsel for Defendants and Counterclaimants Automattic Inc. and Matthew Charles Mullenweg (collectively, "Defendants") and Counterclaimants WordPress Foundation and WooCommerce Inc. (together with Defendants, "Counterclaimants") in the above-captioned action. I submit this declaration in support of the Joint Stipulation and [Proposed] Order to Amend Briefing Schedule on Motions to Dismiss. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. Counterclaimants filed Counterclaims against Plaintiff and Counterclaim Defendant WPEngine, Inc. ("WPE") on October 23, 2025, alleging seven causes of action (Dkt. 195).

3. WPE filed a Motion to Dismiss the Counterclaims ("WPE's Motion") on November 13, 2025 (Dkt. 207).

4. Defendants re-filed their Motion to Dismiss WPE's Second Amended Complaint (the "Defendants' Motion") on November 17 2025 (Dkt. 209).

5. In order to accommodate briefing on the WPE's Motion, which will fall over the Thanksgiving holiday period, Counterclaimants have requested that WPE stipulate to an extension of 10 days for Counterclaimants' deadline to file an opposition to WPE's Motion.

6. WPE has agreed to accommodate Counterclaimants' request, and requested an additional 7 days for its deadline to file a reply in support of WPE's Motion.

7. Because WPE's opposition to Defendants' Motion is due immediately after the Thanksgiving holiday period, WPE has requested a reasonable extension to oppose Defendants' Motion.

8. Defendants have agreed to accommodate WPE's Request and will provide an additional 18 days for briefing its opposition to Defendants' Motion.

9. WPE has agreed to provide Defendants an additional 14 days to file a reply in support of Defendants' Motion.

10. The requested extension of these deadlines as set forth above will not affect any date previously ordered by the Court, or the overall schedule in this case.

11. With respect to Civil L.R. 6-2(a)(2), the Parties previously stipulated to extend the time to respond to the initial complaint (Dkt. No. 24).  In addition, briefing schedules and the time to hear WPE's motion for a preliminary injunction and Defendants' prior motion to dismiss have previously been modified in this case by stipulation and motion (Dkts. 34, 61, 90, 149); and the case schedule was amended by stipulation (Dkt. 193).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on this 21st day of November, 2025.

DATED:  November 21, 2025           By:     /s/ Michael H. Dore
                                            Michael H. Dore