IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>            Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>            Counterclaimants,<br><br>     v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>            Counterclaim Defendant. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>Hon. Araceli Martínez-Olguín |

The Court, having considered the Joint Stipulation to Amend the Briefing Schedule on WPE's and Defendants' Motions to Dismiss (the "Joint Stipulation"), and for good cause appearing, hereby **ORDERS** that the Joint Stipulation is **GRANTED**. The briefing schedule shall be amended as follows:

1. Counterclaimants' deadline to file an opposition to WPE's Motion to Dismiss the Counterclaims shall be December 8, 2025 at 12:00 p.m. PT.

2. WPE's deadline file an opposition to Defendants' Motion to Dismiss shall be December 19, 2025.

3. WPE's deadline to file a reply in support of WPE's Motion to Dismiss shall be December 22, 2025.

4. Defendants' deadline to file a reply in support of Defendants' Motion to Dismiss shall be January 9, 2026.

**IT IS SO ORDERED.**

Dated: _____

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Honorable Araceli Martinez-Olguin
United States District Judge