1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10

11 WPENGINE, INC., a Delaware corporation,

Plaintiff,

12

v.

13

AUTOMATTIC INC., a Delaware corporation;
14 and MATTHEW CHARLES MULLENWEG, an
individual,

15

Defendants.

16

17 AUTOMATTIC INC., a Delaware corporation;
MATTHEW CHARLES MULLENWEG, an
18 individual; WORDPRESS FOUNDATION, a
California corporation; and WOOCOMMERCE
19 INC., a Delaware corporation,

20

Counterclaimants,

21

v.

22 WPENGINE, INC., a Delaware corporation,

23

Counterclaim Defendant.

Case No. 3:24-cv-06917-AMO

[PROPOSED] ORDER TO AMEND
BRIEFING SCHEDULE ON MOTIONS
TO DISMISS

Hon. Araceli Martínez-Olguín

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1  The Court, having considered the Joint Stipulation to Amend the Briefing Schedule on WPE's

2  and Defendants' Motions to Dismiss (the "Joint Stipulation"), and for good cause appearing, hereby

3  **ORDERS** that the Joint Stipulation is **GRANTED**. The briefing schedule shall be amended as follows:

4      1. Counterclaimants' deadline to file an opposition to WPE's Motion to Dismiss the

5         Counterclaims shall be December 8, 2025 at 12:00 p.m. PT.

6      2. WPE's deadline file an opposition to Defendants' Motion to Dismiss shall be December

7         19, 2025.

8      3. WPE's deadline to file a reply in support of WPE's Motion to Dismiss shall be

9         December 22, 2025.

10     4. Defendants' deadline to file a reply in support of Defendants' Motion to Dismiss shall

11        be January 9, 2026.

12

13     **IT IS SO ORDERED.**

14

15  Dated:    November 24, 2025

    _____
16                                         Honorable Araceli Martínez-Olguín
                                           United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE
CASE NO. 3:25-CV-01892-AMO
1