QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT** |

1   This matter comes before the Court on Plaintiff WPEngine, Inc.'s ("WPE") Motion for
2 Leave to Amend its Second Amended Complaint.
3   The Court, having fully considered the Motion and all papers on file and submitted
4 herewith, and finding good cause therefor pursuant to Fed. R. Civ. P. 16, and further finding that
5 the requirements of Fed. R. Civ. P. 15 have also been met, hereby **GRANTS** the Motion.
6   WPE is hereby ordered to file its Third Amended Complaint, a copy of which was attached
7 as Exhibit 1 to the Declaration of Sara Jenkins in Support of WPE's Motion, within five days of
8 issuance of this Order. WPE's filing of its Third Amended Complaint to add Counterclaimant
9 WooCommerce, Inc. as a named defendant shall not impact or alter Defendants Automattic and
10 Mullenweg's pending motion to dismiss WPE's Second Amended Complaint, as no amendments
11 were made as to the allegations against Automattic and Mullenweg; the briefing and hearing on
12 Defendants' pending motion to dismiss shall therefore remain unchanged.

**IT IS SO ORDERED.**

DATED: _____      _____
                                Hon. Araceli Martínez-Olguín
                                UNITED STATES DISTRICT JUDGE