QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF SARA JENKINS IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

I, Sara Jenkins, declare as follows:

1. I am a member of the bar of the State of California, am admitted to practice in the United States District Court for the Northern District of California, and am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff WPEngine, Inc. ("WPE") in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff WPEngine, Inc.'s Motion for Leave to Amend its Second Amended Complaint.

2. WPE and Defendants have been engaged in this litigation and related discovery since late 2024. Given the nature of WPE's claims, WooCommerce has been the subject of discovery since the discovery period began. WPE has served more than a dozen written discovery requests specifically referencing WooCommerce and seeking information regarding WooCommerce and the WooCommerce trademarks. Likewise, Defendants have produced nearly 20,000 documents containing the terms "WooCommerce*," "Woo Commerce *" or "Woo," including emails to and from WooCommerce employees. I have observed that in Defendants' document production, some WooCommerce employees appear to use "@automattic.com" email addresses. In addition, Defendants' supplemental initial disclosures identify WooCommerce employees whom Defendants assert may have information relevant to this case. The parties are also currently discussing deposition dates for at least one WooCommerce employee in either December or January. Additionally, Defendants have propounded more than 30 written discovery requests on WPE that reference or relate to WooCommerce.

3. Attached hereto as Exhibit 1 is WPE's proposed Third Amended Complaint.

4. Attached hereto as Exhibit 2 is a redlined version between WPE's Corrected Second Amended Complaint and the proposed Third Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 2nd day of December, 2025, in San Mateo, California.

By */s/ Sara Jenkins*
Sara Jenkins

**ATTESTATION**

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sara Jenkins has concurred in the aforementioned filing.

By */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian