# EXHIBIT A

**Perkins Coie**

September 23, 2024

**Perkins Coie LLP**
700 13th Street, N.W.
Suite 800
Washington, D.C. 20005-3960
T: +1.202.654.6200
F: +1.202.654.6211
perkinscoie.com

**JAMES R. DAVIS II**
JamesRDavis@perkinscoie.com
D: +1.202.661.5828

### *VIA EMAIL & COURIER*

Heather Brunner
Chief Executive Officer
WPEngine, Inc. (d/b/a/ WP Engine)
504 Lavaca Street, Suite 1000
Austin, TX 78701
heather.brunner@wpengine.com

With copy to:

| | |
|---|---|
| Chad Costello | Ramadass Prabhakar |
| General Counsel | Chief Technology Officer |
| chad.costello@wpengine.com | ramadass.prabhakar@wpengine.com |
| | |
| Jason Teichman | Ezinne Udezue |
| Chief Operating Officer | Chief Product Officer |
| jason.teichman@wpengine.com | ezinne.udezue@wpengine.com |
| | |
| Sam Monti | Annette Alexander |
| Chief Financial Officer | Chief People Officer |
| sam.monti@wpengine.com | annette.alexander@wpengine.com |

Re:     **Unauthorized Use of WordPress Foundation and WooCommerce, Inc. Intellectual Property**
**Our Ref. No.: 110338.7100**

Dear Ms. Brunner:

We represent Automattic Inc. and WooCommerce, Inc. (collectively, our "Client") in connection with intellectual property matters.

As you know, our Client owns all intellectual property rights globally in and to the world-famous WOOCOMMERCE and WOO trademarks; and the exclusive commercial rights from the WordPress Foundation to use, enforce, and sublicense the world-famous WORDPRESS trademark, among others, and all other associated intellectual property rights.

September 23, 2024
Page 2

We are writing about WP Engine's web hosting and related services that improperly use our Client's WORDPRESS and WOOCOMMERCE trademarks in their marketing.

We understand that our Client has contacted you about securing a proper license to use its trademarks, yet no such agreement has been reached.  As such, your blatant and widespread unlicensed use of our Client's trademarks has infringed our Client's rights and confused consumers into believing, falsely, that WP Engine is authorized, endorsed, or sponsored by, or otherwise affiliated or associated with, our Client.  WP Engine's unauthorized use of our Client's trademarks also dilutes their rights, tarnishes their reputation, and otherwise harms the goodwill they have established in their famous and well-known trademarks, and has enabled WP Engine to unfairly compete with our Client, leading to WP Engine's unjust enrichment.

**<u>Accordingly, our Client insists that you immediately stop all unauthorized use of their trademarks.</u>** Please find additional details below.

**<u>Our Client's Rights</u>**

As noted above, our Client owns all intellectual property rights in and to the world-famous WOOCOMMERCE and WOO trademarks and the exclusive commercial rights to the world famous WORDPRESS trademark, among others, and all other associated intellectual property rights, in connection with software for Internet publishing and managing website content, website development, and other related goods and services.  These rights include the following U.S. incontestable federal trademark registrations:

- WORDPRESS, U.S. Reg. No. 3201424

- WORDPRESS, U.S. Reg. No. 4764217

- WORDPRESS, U.S. Reg. No. 4865558

- WOOCOMMERCE, U.S. Reg. No. 5561427

- , U.S. Reg. No. 5561428

- WOO, U.S. Reg. No. 5561425

- , U.S. Reg. No. 5561426

Copies of the registration certificates for these registrations are attached as **Exhibit A**.

September 23, 2024
Page 3

## <u>Violations of Our Client's Intellectual Property Rights</u>

WP Engine promotes its services as bringing "WordPress to the masses". See https://wpengine.com/about-us/. In reality WP Engine brings almost zero aspect of WordPress to the world: It claims to contribute 40 hours per week to WordPress (see https://wordpress.org/five-for-the-future/pledge/wp-engine/), while, by contrast, Automattic is contributing almost 4000 hours per week to WordPress. See https://wordpress.org/five-for-the-future/pledge/automattic/.

Instead, WP Engine's entire business model is predicated on using our Client's trademarks – particularly WORDPRESS, WOOCOMMERCE, and WOO – to mislead consumers into believing there is an association between WP Engine and Automattic. Even a cursory review of WP Engine's website shows numerous examples of such misappropriation. See **Exhibit B** attached hereto.

On information and belief, WP Engine has developed a business generating annual revenues of over $400 million, which has been based entirely on extensive and unauthorized uses of our Client's trademarks.

Unsurprisingly, WP Engine's infringing commercial uses of our Client's trademarks have created consumer confusion as to whether WP Engine is affiliated with our Client; including many references to WP Engine being "WordPress Engine". A few of the hundreds of examples of actual confusion are attached as **Exhibit C**. Moreover, an objective empirical survey by a leading professional survey expert indicates that a significant degree of marketplace confusion is caused by your infringing use of the WORDPRESS and WOOCOMMERCE trademarks.

Your unauthorized use of our Client's trademarks infringes their rights and dilutes their famous and well-known marks. Negative reviews and comments regarding WP Engine and its offerings are imputed to our Client, thereby tarnishing our Client's brands, harming their reputation, and damaging the goodwill our Client has established in its marks. Your unauthorized use of our Client's intellectual property has enabled WP Engine to unfairly compete with our Client, and has led to unjust enrichment and undue profits.

## <u>Violations of Our WordPress Foundation Trademark Policy</u>

It is further inappropriate that you violated the terms of your WordCamp US Sponsorship Agreement, which specified clearly that "any use of the WordPress trademarks is subject to the WordPress Trademark Policy listed at http://wordpressfoundation.org/trademark-policy." You repeatedly and intentionally violated the WordPress Foundation Trademark Policy's prohibition on the "use [of] the[] [WordPress marks] as part of a product, project, service, domain name, or company name," as demonstrated in Exhibit B attached hereto.

September 23, 2024
Page 4

**Action Requested**

Our Client cannot permit this unauthorized use of its intellectual property.  Our Client is entitled to file civil litigation to obtain an injunction and an award of actual damages, a disgorgement of your profits, and our Client's costs and fees. Our Client also is entitled to seek an award of attorneys' fees due to the bad faith and extraordinary nature of WP Engine's knowing and willful infringements.

Notwithstanding the above, our Client is willing to amicably resolve this matter, including through a licensing relationship for use of its trademarks.  However, until there is such a license in place, we demand that you (and any parties operating in concert with you or at your direction) **immediately**:

- Stop all unauthorized use of our Client's trademarks, including but not limited to the WORDPRESS, WOOCOMMERCE, and WOO trademarks;

- Remove any offerings making unauthorized use of our Client's trademarks from any websites under your control, any associated social media accounts, and any other online or offline locations;

- Remove and destroy any advertisements that make unauthorized use of our Client's trademarks, including any online or offline advertisements and other marketing materials;

- Provide an accounting of all profits from the service offerings that have made unauthorized use of our Client's intellectual property;

- Pay our Client compensation in the amount to make them whole for your unauthorized use of their intellectual property and unfair competition, the specific amount of which may be ascertained once we have an accounting from you as requested above (even a mere 8% royalty on WP Engine's $400+ million in annual revenue equates to more than $32 million in annual lost licensing revenue for our Client); and

- Refrain from any further offerings making unauthorized use of our Client's intellectual property.

**Legal Hold**

Given the nature of this matter and the failed attempts to reach an amicable resolution, please immediately put into place a legal hold for WP Engine to preserve (i.e., not delete, destroy or modify) all physical and electronically stored data, documents, software, information and things that relate in any way to the issues raised in this letter and the prior negotiations between WP Engine and our Client regarding those issues, including any discussions related to use of the

September 23, 2024
Page 5

WORDPRESS, WOOCOMMERCE, and WOO trademarks.  Data, documents, software, information and things to be preserved include but are not limited to the following, whether retained on WP Engine's or its employees' servers, work computers, home computers, tablets, phones, or any other devices:

- Emails and their attachments;

- Physical and electronic versions of documents, in any form, whether a draft, final or copy;

- Physical and electronic calendar entries, meeting notes, appointments, memorandums, letters, and meeting requests;

- Voice mails and other audio or visual recordings or files;

- Software, including application source files, software repositories, build files, and JIRA tickets;

- Websites and screenshots, including visible content and metadata; and

- Advertising materials, including social media posts, communications with advertisers, and advertisements placed via search engine sponsored ads.

Please preserve all such data, documents, software, information and things in exactly their present form until we or our Client have confirmed in writing that the duty to preserve is no longer necessary.

Please confirm your understanding of and compliance with our Client's requests by **October 3, 2024**.

Our Client reserves all rights and remedies.


Sincerely,

*/Jim Davis/*

James R. Davis II

cc: Thomas L. Holt; Griffin Barnett

# EXHIBIT A

Int. Cls.: **9 and 42**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100 and 101**

**United States Patent and Trademark Office**

Reg. No. **3,201,424**

Registered Jan. 23, 2007

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# WordPress

AUTOMATTIC INC. (DELAWARE CORPORA-
TION)
2757 GREEN STREET
SAN FRANCISCO, CA 94123

FOR: DOWNLOADABLE SOFTWARE PROGRAM
FOR USE IN DESIGN AND MANAGING CONTENT
ON A WEBSITE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 3-28-2003; IN COMMERCE 3-28-2003.

FOR: SOFTWARE SOLUTIONS, NAMELY PRO-
VIDING USE OF ON-LINE NON-DOWNLOADABLE

SOFTWARE FOR USE IN ENABLING INTERNET
PUBLISHING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-28-2003; IN COMMERCE 3-28-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-826,734, FILED 3-1-2006.

TRAVIS WHEATLEY, EXAMINING ATTORNEY



# WORDPRESS

**Reg. No. 4,764,217**

**Registered June 30, 2015**

WORDPRESS FOUNDATION (CALIFORNIA CORPORATION)
660 4TH STREET #119
SAN FRANCISCO, CA 94107

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, T-SHIRTS, HATS, SWEATSHIRTS, JACKETS, PULLOVERS, TANK TOPS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 7-0-2006; IN COMMERCE 7-0-2006.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-448,426, FILED 11-7-2014.

JULIE GUTTADAURO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# WORDPRESS

**Reg. No. 4,865,558**

**Registered Dec. 8, 2015**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

WORDPRESS FOUNDATION (CALIFORNIA CORPORATION)
660 4TH STREET #119
SAN FRANCISCO, CA 94107

FOR: ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF VIDEO, TEXT AND GRAPHIC WORKS OF OTHERS VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-28-2003; IN COMMERCE 3-28-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-448,439, FILED 11-7-2014.

JULIE GUTTADAURO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# WOOCOMMERCE

**Reg. No. 5,561,427**

**Registered Sep. 11, 2018**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Bubblestorm Management (Pty) Limited  (SOUTH AFRICA proprietary limited company (p/l or pty. ltd.) )
60 29th Street #343
San Francisco, CALIFORNIA 94110

CLASS 9: Website development software

FIRST USE 9-27-2011; IN COMMERCE 9-27-2011

CLASS 42: Design of home pages, computer software and websites

FIRST USE 9-27-2011; IN COMMERCE 9-27-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-796,658, FILED 10-22-2015



Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,561,428**

**Registered Sep. 11, 2018**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Bubblestorm Management (Pty) Limited  (SOUTH AFRICA proprietary limited company (p/l or pty. ltd.) )
60 29th Street #343
San Francisco, CALIFORNIA 94110

CLASS 9: Website development software

FIRST USE 9-27-2011; IN COMMERCE 9-27-2011

CLASS 42: Design of home pages, computer software and websites

FIRST USE 9-27-2011; IN COMMERCE 9-27-2011

The mark consists of the word "WOO" contained within a word/thought bubble shape immediately followed by the word "COMMERCE".

No claim is made to the exclusive right to use the following apart from the mark as shown: "COMMERCE"

SER. NO. 86-796,666, FILED 10-22-2015

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# WOO

**Reg. No. 5,561,425**

**Registered Sep. 11, 2018**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Bubblestorm Management (Pty) Limited  (SOUTH AFRICA proprietary limited company (p/l or pty. ltd.) )
60 29th Street #343
San Francisco, CALIFORNIA 94110

CLASS 9: Website development software

FIRST USE 7-9-2008; IN COMMERCE 7-9-2008

CLASS 42: Design of home pages, computer software and websites

FIRST USE 7-9-2008; IN COMMERCE 7-9-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-796,651, FILED 10-22-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,561,426**

**Registered Sep. 11, 2018**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Bubblestorm Management (Pty) Limited  (SOUTH AFRICA proprietary limited company (p/l or pty. ltd.) )
60 29th Street #343
San Francisco, CALIFORNIA 94110

CLASS 9: Website development software

FIRST USE 7-9-2008; IN COMMERCE 7-9-2008

CLASS 42: Design of home pages, computer software and websites

FIRST USE 7-9-2008; IN COMMERCE 7-9-2008

The mark consists of the word "WOO" contained within a word/thought bubble shape.

SER. NO. 86-796,654, FILED 10-22-2015



Director of the United States
Patent and Trademark Office

> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT B

 **WP** engine™

HEADLESS WORDPRESS

# Headless WordPress: the all-in-one headless platform for radically fast sites

**Try Now for Free**    **Request Pricing**

✓ Single, end-to-end optimized headless platform

✓ Incredible performance up to 10x classic WordPress

✓ Flexible Node.js frontend, including Next & React

✓ Diverse plans for any size project

✓ Free, feature-complete sandbox environments

✓ Rich resources, communities, and learning tools

60 day money-back **guarantee**

24/7 WordPress expert support

Excellent 



WORDPRESS HOSTING FOR SMALL BUSINESS

# Power your business with the WordPress experts

Why WP Engine

Plans & Pricing

Migrate

Case Studies



FAST WORDPRESS HOSTING

# Increase website speed with the fastest WordPress hosting

Create a better experience by improving your website speed up to 40% after migrating to WP Engine. Faster page speeds will increase your Google rankings and will drive more traffic to your site.

Plans & Pricing        Test Your Speed

WORDPRESS SPEED

# What makes WP Engine the fastest?

We used 3rd party data to determine who has the fastest platform and found that WP Engine has the highest percentage of top WordPress hosts' sites that load under 200ms. Our proprietary EverCache® caching technology is built with WordPress-specific rules designed to move hundreds of millions of hits per day—your site will run faster with less strain on resources. We offer free CDN and global data centers to provide a fast experience to globally.



MANAGED WORDPRESS HOSTING

# Finally, a fully managed WordPress hosting service

Take the complexity out of website maintenance with a managed WordPress hosting platform that gives you industry-leading speed, security, and support.



**Plans & Pricing**    **Get in Touch**

OUR MANAGED HOSTING PLATFORM

## What makes WP Engine the best managed WordPress host?

Think of a managed WordPress host as a dedicated technical assistant that powers your website. This includes threat detection and blocking, daily backups, regular WordPress updates, caching to boost page speeds, and more. WP Engine additionally equips you with premium tools to design, build, and launch your website with ease and 24/7 live support should you need it.



wpengine.com/woocommerce/?_gl=1*19f44dw*_up*MQ..&gclid=CjwKCAjw5Ky1BhAgEiwA5jGujpvg-ga_1A8JOyOUzrOSbxnbV2L2hzvRcwRVsW40UFvbZorPKq-a9hoCX04QAvD_BwE

Experience confidence online with WP Engine. Get **4 months free!** | **Plans & Pricing**

## WP engine

Products ⌄    Solutions ⌄    Why WP Engine? ⌄    WordPress Hosting ⌄    Pricing    Resources ⌄    Log In    🌐    **Contact Us**



eCommerce Suite

Performance-optimized hosting platform built for WooCommerce

WOOCOMMERCE HOSTING

# The path to WooCommerce success starts here

| ○ | **Startup** | 1 site, 25,000 visits/mo | **$24** USD /mo |
|---|---|---|---|
| ● | **Professional** | 3 sites, 75,000 visits/mo | **$50** USD /mo |
| ○ | **Growth** | 10 sites, 100,000 visits/mo | **$94** USD /mo |
| ○ | **Scale** | 30 sites, 400,000 visits/mo | **$234** USD /mo |
| ○ | **Custom** | Premium hosting solutions | Starting at **$500** USD /mo |

**4 months free saves $300!**

# $50 USD /mo    **Buy Now**    **View All Plans**

Billed at ~~$900~~ $600*   *First year pricing for new customers only.*

Excellent ★★★★★ 1,386 reviews on ★ Trustpilot

💡 60 day money-back **guarantee**    ☁ 24/7 WordPress expert support





WORDPRESS SUPPORT

# WordPress technical experts at your service

Our award winning team of WordPress experts receive continuous training on the latest WordPress trends, WP Engine technology, and industry best practices. They're available to you 24/7.

Plans & Pricing     Migrate Your Website



The *most trusted* WordPress platform










24/7/365 GLOBAL SUPPORT

# WordPress support, when you need it most

When you need help, customer support is everything. WP Engine's trusted WordPress experts act as an extension of your business and are committed to your success. From pre-launch to go live and beyond, we're here for you.

# EXHIBIT C







← Post

**Prince Kumar**
@onemoreprince

WP Engine (& many others) call themselves "WordPress Engine"
wpengine.com/agency-directo...



**URL**
https://x.com/onemoreprince/status/1837710648744006061

**Timestamp**
Mon Sep 23 2024 16:34:30 GMT-0400 (Eastern Daylight Time)



Q Search

## Relevant people

**Prince Kumar**
@onemoreprince    Follow

Exploring paradoxes in life. Learning the art of doing nothing.

**Aaron Jorbin**
@aaronjorbin    Follow

Odds are I've broken more websites than you // Art, Code, & Beverages. @WordPress committer. @AMUNchicago Board. he/him

## What's happening

**Storm at Aces**
WNBA · Last night

**#JokerMovie** 🃏
Get Tickets Now

Messages



Axelerant is your go-to WordPress Engine Partner. Our digital experience agency helps changemakers like other agencies, enterprises, and organizations make change.

We're a Great Place To Work® certified firm with uniquely empowered workforce of 180+ global team members.

Integrated services: Drupal, Acquia, DevOps, Frontend, Quality Engineering, and Consulting.

Why Choose Axelerant As Your WP Engine Partner?

Dedicated center of excellence for best implementation standards and holistic success

Experience-centric service suite to optimize your business potential

**Aaron Jorbin** @aaronjorbin · Sep 21

After walking around the sponsor hall as someone only tangentially connected to WordPress, @christianarose33 asked me what the big deal was with "WordPress Engine" and I think that exemplifies part of the problem. #WCUS

12:28 AM · Sep 22, 2024 · **6,354** Views

1    1    5    3

Most relevant

Post your reply    Reply

**Jackson DeWalt** @DewaltJackson · 21h

If that's the case, then provide a screenshot from WP engine, calling themselves, WordPress engine and not a third-party calling them WordPress engine

1    102



#JokerMovie 🃏

Get Tickets Now

**Messages**

URL
https://x.com/onemoreprince/status/1837710648744006061

Timestamp
Mon Sep 23 2024 16:34:30 GMT-0400 (Eastern Daylight Time)

Jason Bewah @jbewahbewah · 2m

If that's the case, then provide a screenshot from WP engine, calling themselves, WordPress engine and not a third-party calling them WordPress engine

💬    🔁    ♡ 1    102    🔖    ⬆️

**perfmatters** ✔️ @_perfmatters                          Ad    ···

Optimize your WordPress site for Core Web Vitals with a few simple clicks using our lightweight Perfmatters plugin. ⚡

➡️ Compatible with all themes, page builders, and plugins. 🧑‍🔧
➡️ Chat directly with us, the developers. We don't outsource support and are eager to help! 💬



From perfmatters.io

💬    🔁 3    ♡ 18    50K    🔖    ⬆️

## Discover more
Sourced from across X

**Prince Kumar** @onemoreprince · Sep 22                       ···

This blog is a gem.

**URL**
https://x.com/onemoreprince/status/1837710648744006061
**Timestamp**
Mon Sep 23 2024 16:34:30 GMT-0400 (Eastern Daylight Time)

## Discover more
Sourced from across X



**Prince Kumar** @onemoreprince · Sep 22

This blog is a gem.

> **Ángel** @angelfplaza · Sep 22
>
> this is a response to a post from @photomatt using WordPress.org as his own personal field to get more customers into their business @automattic.
> From a member of WordPress.org
> wpherc.com/wordpress-com-......
>
> Show more

💬 1          🔁          ❤️ 3          📊 269

**URL**

https://x.com/onemoreprince/status/1837710648744006061

**Timestamp**

Mon Sep 23 2024 16:34:30 GMT-0400 (Eastern Daylight Time)



Google Chrome
August 27, 2024 at 4:51:29 PM
Neil Peretz

127.0.6533.120 (6533.120)
macOS 14.6.1

Get **20%** off your first plan with AI Builder 2.0! Use promo code **BUILDER2** at checkout.

Learn More →

Search for a term ⌘K

**Generate Your Website**

▶ 0:00 / 10:04 🔊

WordPress › Basics › **WordPress Engine**

Understanding WordPress ›

WordPress Engine features

The benefits of managed WordPress hosting ›

Enhancing your WordPress experience ›

Choosing the best WordPress hosting plan ›

10Web advanced managed WordPress hosting

# What Is WordPress Engine

WordPress Engine, often referred to simply as WP Engine, is a hosting service specifically designed for websites that use WordPress. It provides users with managed hosting, which means it takes care of all the technical aspects of running a WordPress site. This includes things like ensuring the site is secure, loading quickly, and running the latest version of WordPress. WP Engine is popular among businesses and professionals who want a robust, optimized environment for their WordPress sites without having to manage the technical details themselves.

It powers more than 1.5 million websites in over 150 countries. You'll find its features ideal for scaling and maintaining your sites without hassle. This makes it an appealing choice for anyone serious about their website's performance.

WordPress

WooCommerce

Hosting

PageSpeed