QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING PROPOSED THIRD AMENDED COMPLAINT**<br><br>**[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed Proposed Third Amended Complaint ("TAC"). This Administrative Motion is supported by the Declaration of Sara Jenkins. In connection with this Administrative Motion, WPE also submits a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party"). WPE's TAC contains citations and references to materials that Defendants have produced in this litigation as "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate Defendants filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should Defendants choose to do so)—WPE provisionally files under seal two documents:

1. Unredacted Version of WPE's Proposed Third Amended Complaint.

2. Unredacted Redline Showing Changes from WPE's Corrected Second Amended Complaint ("SAC") to WPE's Proposed Third Amended Complaint.

Concurrent with this Administrative Motion, WPE has also filed a public version of its Third Amended Complaint that contains redactions.

WPE lists below, in chart format, the paragraphs of WPE's Proposed Third Amended Complaint that contain references to information that Defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY." In accordance with Section H.7. of this Court's Standing Order for Civil Cases, WPE also includes a

similar chart in its Proposed Order. For the avoidance of doubt, Defendants—not WPE—claim confidentiality of the underlying cited materials. Therefore, for purposes of WPE's Administrative Motion and the accompanying Proposed Order, WPE lists the Declaration of Sara Jenkins (one of WPE's counsel) in the column for "Dkt. No. of Decl. ISO Sealing" (which explains that the references are to materials that Defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY," so WPE files the unredacted TAC under seal solely on that basis) and "Partial" in the column for "Full or Partial Sealing Sought" (to facilitate the sealing of these materials and references pending any responsive sealing statement from Defendants).

There are no differences in the sealed material between the proposed TAC and the SAC.

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶¶ 135; 208; 219; 413 | Excerpt from A8C00190048 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶¶ 135; 199; 213; 214 | Excerpt from A8C00190444 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶¶ 211; 223; 224; 524 | Excerpt from A8C00205092 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 216 | Excerpt from A8C0010 5660 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 121 | Excerpt from A8C0021 2397 | 214-1 | 215-2 | 215-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted Material in TAC ¶ 231 | Excerpt from A8C0022 1365 | 214-1 | 215-2 | 215-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted Material in TAC ¶¶ 199; 202; 215 | Excerpt from A8C0022 1515 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 246 | Excerpt from A8C0022 3254 | 214-1 | 215-2 | 215-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted Material in TAC ¶¶ 200; 209; 210; 374 | Excerpt from A8C0023 8928 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶¶ 199; 213; 214; 218 | Excerpt from A8C0025 5977 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶¶ 250; 407; 419 | Excerpt from A8C0026 3914 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶¶ 238; 297; 324; 336 | Excerpt from A8C0067 5249 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶¶ 100 fn. 59; 220 | Excerpt from A8C0067 9403 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 220 | Excerpt from A8C0067 9530 | 214-1 | 215-2 | 215-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 256 | Excerpt from A8C0067 9875 | 214-1 | 215-2 | 215-1 | Partial | Designated "Confidential" by Defendants |

WPE will also serve upon Defendants unredacted copies of WPE's Proposed Third Amended Complaint and the Redline Showing Changes from WPE's Corrected Second Amended Complaint.

1

Respectfully submitted,

2

3    DATED:  December 2, 2025                QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

4

5                                      By _____/s/ Rachel Herrick Kassabian_____

6                                            Rachel Herrick Kassabian
                                            *Attorneys for Plaintiff WPEngine, Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28