JOSEPH R. ROSE, SBN 27902
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
osnyder@gibsondunn.com
HOWARD S. HOGAN (*admitted pro hac vice*)
HHOGAN@GIBSONDUNN.COM
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br><br>────────────────<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF JOSEPH R. ROSE IN SUPPORT OF COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT**<br><br>**HON. ARACELI MARTÍNEZ-OLGUÍN** |

Gibson, Dunn &
Crutcher LLP

1

## <u>DECLARATION OF JOSEPH R. ROSE</u>

2      I, Joseph R. Rose, declare as follows:

3      1.      I am a member in good standing of the California Bar and am admitted to practice before

4 this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants

5 and Counterclaimants Automattic Inc. and Matthew Charles Mullenweg (collectively, "Defendants")

6 and Counterclaimants WordPress Foundation and WooCommerce Inc. (together with Defendants,

7 "Counterclaimants" or the "WordPress Parties") in the above-captioned action. I submit this

8 declaration in support of Counterclaimants' Opposition to Plaintiff's Motion for Leave to Amend the

9 Second Amended Complaint. Unless otherwise stated, the following facts are within my personal

10 knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

11      2.      WooCommerce Inc. ("WooCommerce") is a wholly owned subsidiary of Automattic

12 Inc. ("Automattic"). During discovery for this litigation, Defendants have identified relevant custodians

13 from WooCommerce employees and searched for and produced relevant, responsive documents from

14 and about WooCommerce.

15      3.      On June 18, 2025, Defendants included in a document production publicly available

16 records concerning proceedings initiated by WooCommerce before the Trademark Trial and Appeal

17 Board ("TTAB"). The proceedings were brought to enforce WooCommerce's rights in the WOO and

18 WOOCOMMERCE trademarks.

19      4.      On October 9, 2025, Automattic served interrogatory responses on WPE identifying

20 WooCommerce's enforcement actions before the TTAB.

21      5.      I declare under penalty of perjury under the laws of the United States and the State of

22 California that the foregoing is true and correct.

23      Executed at Orlando, Florida on this 16th day of December, 2025.

24

25 DATED:  December 16, 2025          By:    /s/ Joseph R. Rose
26                                                  Joseph R. Rose

27

28

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JOSEPH R. ROSE IN SUPPORT OF OPP. TO MOTION FOR LEAVE TO AMEND
CASE NO. 3:24-CV-06917-AMO