QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING OPPOSITION TO DISMISS PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT**<br><br>[N.D. Cal. Civil Local Rules 7-11, 79-5(f)] |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed Opposition to Defendants' Motion to Dismiss WPE's Corrected Second Amended Complaint ("Opposition"). This Administrative Motion is supported by the Declaration of Brantley I. Pepperman. In connection with this Administrative Motion, WPE also submits a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party"). WPE's Opposition contains citations and references to WPE's Second Amended Complaint (Dkt. 181-2, "SAC"), which itself cites and/or references materials that Defendants have produced in this litigation as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate Defendants filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should Defendants choose to do so)—WPE provisionally files under seal one document:

1. Unredacted Version of WPE's Opposition to Defendants' Motion to Dismiss Plaintiffs' Corrected Second Amended Complaint.

Concurrent with this Administrative Motion, WPE has also filed a public version of its Opposition that contains redactions. WPE lists below, in chart format, the portions of WPE's Opposition that contain references to information that Defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY." In accordance with Section H.7. of this Court's Standing Order for Civil Cases, WPE also includes a similar chart in its Proposed Order. For the avoidance of doubt, Defendants—not WPE—claim confidentiality of

the underlying cited materials. Therefore, for purposes of WPE's Administrative Motion and the accompanying Proposed Order, WPE lists the Declaration of Brantley I. Pepperman (one of WPE's counsel) in the column for "Dkt. No. of Decl. ISO Sealing" (which explains that the references are to materials that Defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY," so WPE files the Opposition under seal solely on that basis) and "Partial" in the column for "Full or Partial Sealing Sought" (to facilitate the sealing of these materials and references pending any responsive sealing statement from Defendants).

| Document Description | Referenced Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material on 2:11-12 | A8C00238928 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 2:12 | A8C00679875 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 2:12-13 | A8C00675249 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 2:14-15 | A8C00223254 | 222 | 221-2 | 221-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted Material on 8:22-23 | A8C00221515; A8C00205092 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

| Document Description | Referenced Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material on 10:19-20 | A8C00190444; A8C00190048; A8C00221515; A8C00255977; A8C00679403; A8C00679530 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 10:21-22 | A8C00675249 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 10:25 | A8C00238928 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 10:26 | A8C00679875 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 10:27 | A8C00223254 | 222 | 221-2 | 221-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted Material on 21:24-25 | A8C00263914 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 24:1-2 | A8C00190048 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

| Document Description | Referenced Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material on 24:17-18 | A8C00190444 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material on 24:19 | A8C00238928 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

WPE will also serve upon Defendants an unredacted copy of Plaintiffs' Opposition.

DATED:  December 19, 2025         QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By  */s/ Rachel Herrick Kassabian*
                                      Rachel Herrick Kassabian

                                      Rachel Herrick Kassabian (SBN 191060)
                                        rachelkassabian@quinnemanuel.com
                                      Yury Kapgan (SBN 218366)
                                        yurykapgan@quinnemanuel.com
                                      Margret M. Caruso (SBN 243473)
                                        margretcaruso@quinnemanuel.com
                                      555 Twin Dolphin Dr., 5th Floor
                                      Redwood Shores, CA 94065
                                      Telephone: (650) 801-5000
                                      Facsimile: (650) 801-5100

                                      Brian Mack (SBN 275086)
                                        brianmack@quinnemanuel.com
                                      50 California Street, 22nd Floor
                                      San Francisco, CA 94111
                                      Telephone: (415) 875-6400
                                      Facsimile: (415) 875-6700

                                      Michael E. Williams (SBN 181299)
                                        michaelwilliams@quinnemanuel.com
                                      Kevin Y. Teruya (SBN 235916)
                                        kevinteruya@quinnemanuel.com
                                      865 South Figueroa Street, 10th Floor
                                      Los Angeles, CA 90017
                                      Telephone: (213) 443-3000
                                      Facsimile: (213) 443-3100

                                      *Attorneys for Plaintiff WPEngine, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 19th day of December, 2025.

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Rachel Herrick Kassabian*
　　　Rachel Herrick Kassabian
　　　*Attorneys for Plaintiff WPEngine, Inc.*