1  QUINN EMANUEL URQUHART & SULLIVAN LLP
   Rachel Herrick Kassabian (SBN 191060)           Michael E. Williams (SBN 181299)
2  rachelkassabian@quinnemanuel.com                michaelwilliams@quinnemanuel.com
   Yury Kapgan (SBN 218366)                        Kevin Y. Teruya (SBN 235916)
3  yurykapgan@quinnemanuel.com                     kevinteruya@quinnemanuel.com
   Margret M. Caruso (SBN 243473)                  865 South Figueroa Street, 10th Floor
4  margretcaruso@quinnemanuel.com                  Los Angeles, CA 90017
5  555 Twin Dolphin Dr., 5th Floor                 Telephone: (213) 443-3000
   Redwood Shores, CA 94065                        Facsimile: (213) 443-3100
6  Telephone: (650) 801-5000
7  Facsimile: (650) 801-5100

8  Brian Mack (SBN 275086)
   brianmack@quinnemanuel.com
9  50 California Street, 22nd Floor
   San Francisco, CA 94111
10 Telephone: (415) 875-6400
   Facsimile: (415) 875-6700
11

12 *Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER RESOLVING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING OPPOSITION TO DISMISS PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT** |

# [PROPOSED] ORDER

Having considered Plaintiff WPEngine, Inc.'s ("WPE") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby **ORDERS** as follows:

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material on 2: 11-12 | A8C00238928 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 2:12 | A8C00679875 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 2:12-13 | A8C00675249 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 2:14-15 | A8C00223254 | 222 | 221-2 | 221-1 | Partial | Designated "Confidential" by Defendants | |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material on 8:22-23 | A8C00221515; A8C00205092 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 10:19-20 | A8C00190444; A8C00190048; A8C00221515; A8C00255977; A8C00679403; A8C00679530 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 10:21-22 | A8C00675249 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 10:25 | A8C00238928 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material on 10:26 | A8C00 679875 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 10: 27 | A8C00 223254 | 222 | 221-2 | 221-1 | Partial | Designated "Confidential" by Defendants | |
| Highlighted Material on 21: 24-25 | A8C00 263914 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 24:1-2 | A8C00 190048 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material on 24:17-18 | A8C00 190444 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material on 24: 19 | A8C00 238928 | 222 | 221-2 | 221-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |

**IT IS SO ORDERED.**

Date: _____

                                    _____
                                    Hon. Araceli Martínez-Olguín
                                    UNITED STATES DISTRICT JUDGE