QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**SUPPLEMENTAL DECLARATION OF SARA JENKINS IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT** |

I, Sara Jenkins, declare as follows:

1. I am a member of the bar of the State of California, am admitted to practice in the United States District Court for the Northern District of California, and am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff/Counterdefendant WPEngine, Inc. ("WPE") in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff WPEngine, Inc.'s Reply in support of its Motion for Leave to Amend its Second Amended Complaint.

2. Counsel for WPE and Counterclaimants Automattic Inc., Matthew Mullenweg, the WordPress Foundation, and WooCommerce, Inc. (collectively, "Counterclaimants") held the Rule 26(f) Conference pertaining to the Counterclaims and the new-party Counterclaimants on December 4, 2025.

3. During the conference, Counterclaimants' counsel Howard Hogan represented that documents from WooCommerce and the WordPress Foundation had been collected and produced in connection with Defendants' document productions to date, and that Defendants had not distinguished between documents produced by Mr. Mullenweg and Automattic, on the one hand, and WooCommerce and the WordPress Foundation, on the other, in their past and ongoing productions. Counsel further represented that they understood that WPE's requests for the production of documents applied to both WooCommerce and the WordPress Foundation, and that Defendants had not withheld any responsive documents based on their objection to the inclusion of WooCommerce in the definition of "Automattic" in WPE's discovery requests. Counsel further represented that, without waiving any rights, WooCommerce and the WordPress Foundation had no plans to serve additional document requests or deposition notices beyond those served by Mr. Mullenweg and Automattic to date.

4. Counsel for WPE confirmed the above in a follow-up email to Counterclaimants' counsel that same day. Counterclaimants' counsel did not respond with any corrections to or disagreements with our summary of the conversation.

5. Subsequently, in a letter dated December 18, 2025, Counterclaimants' counsel confirmed that the custodians and search terms previously disclosed by Defendants on September 16, 2025, prior to the filing of the Counterclaims, had been applied equally as to WooCommerce and the WordPress Foundation. Counterclaimants' counsel further confirmed that the documents and data of WooCommerce and the WordPress Foundation had previously been preserved in the same manner, at the same time, and for the same date ranges and subject matters as the documents and information of Automattic and Mr. Mullenweg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 23rd day of December, 2025, in Belmont, California.

By */s/ Sara Jenkins*
Sara Jenkins

**ATTESTATION**

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Sara Jenkins has concurred in the aforementioned filing.

By */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian