| | |
|---|---|
| JOSEPH R. ROSE, SBN 279092<br>  jrose@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.801.7358 | JOSH A. KREVITT, SBN 208552<br>  jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| MICHAEL H. DORE, SBN 227442<br>  mdore@gibsondunn.com<br>ILISSA SAMPLIN, SBN 314018<br>  isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.6652 | ORIN SNYDER *(admitted pro hac vice)*<br>  osnyder@gibsondunn.com<br>HOWARD S. HOGAN *(admitted pro hac vice)*<br>  hhogan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2400<br>Facsimile: 212.351.6335 |

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendants.<br>——————————————————<br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>    Counterclaimants,<br><br>    v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>    Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**STATEMENT OF RECENT DECISION** |

1    In accordance with Local Rule 7-3(d)(2) and in connection with Defendants' Motion to Dismiss Plaintiffs' Corrected Second Amended Complaint, Dkt. 209, 229, Defendants respectfully bring the Court's attention to *Malheur Forest Fairness Coalition v. Iron Triangle, LLC*, ---F.4th---, 2026 WL 90235 (9th Cir. Jan. 13, 2026).  This decision is relevant to Defendants' argument that the antitrust claims should be dismissed with prejudice (*id.* at *16), as well as issues regarding market power (*id.* at *4-10), anticompetitive conduct (*id.* at *10-12) and antitrust injury (*id.* at *12-14).  A true and correct copy of the decision is attached as Exhibit A.

DATED: January 20, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joseph R. Rose*
    Joseph R. Rose

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*