UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., et al.,<br><br>    Defendants.<br><br>AUTOMATTIC INC., et al.,<br><br>    Counterclaimants,<br><br>v.<br><br>WPENGINE, INC.,<br><br>    Counterdefendant. | Case No. 24-cv-06917-AMO<br><br>**ORDER GRANTING MOTION FOR LEAVE, DENYING RELATED MOTION TO SEAL, AND TERMINATING REMAINING MOTIONS**<br><br>Re: Dkt. Nos. 173, 181, 207, 209, 213, 215, 221 |

Plaintiff's opposed motion for leave to amend its corrected second amended complaint to add WooCommerce, Inc. – an entity that has injected itself into this litigation as a counterclaimant – as a Defendant, Dkt. No. 213, is **GRANTED**. Plaintiff shall file the proposed third amended complaint as a stand-alone docket entry, with a redline comparison to the first amended complaint, by no later than February 10, 2026. The accompanying motion to seal, Dkt. No. 215, is **DENIED WITHOUT PREJUDICE** because it is not narrowly tailored to seek protection of only sealable material and the supporting declarations of the designating party do not sufficiently address the factors set forth in Civil Local Rule 79-5(c)(1). The Court sets an extended deadline of February 10, 2026 for the filing of the third amended complaint to allow the parties time to meet and confer on an accompanying motion to seal that is appropriately narrowly tailored and properly supported.

1   Furthermore, because the third amended complaint will supersede the corrected second
2   amended complaint, the motions to seal the prior iterations of the complaint, Dkt. Nos. 173, 181,
3   are **TERMINATED AS MOOT**, as is the pending motion to dismiss the corrected second
4   amended complaint, Dkt. No. 209, and the motion to seal plaintiff's opposition to that motion,
5   Dkt. No. 221.  The motion to dismiss counterclaims, Dkt. No. 207, is **ADMINISTRATIVELY**
6   **TERMINATED**, subject to re-submission.  The parties shall meet and confer on the schedule for
7   re-submission of the motions to dismiss.  The parties are on notice that the Court is inclined to
8   impose a cross-briefing format with reduced page limits to help the parties focus their arguments.
9   The parties shall file their proposals (whether joint or competing) by no later than February 10,
10  2026.

**IT IS SO ORDERED.**

Dated: January 27, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**