QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING THIRD AMENDED COMPLAINT**<br><br>[N.D. Cal. Civil Local Rules 7-11, 79-5(f)] |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed Third Amended Complaint ("TAC").  This Administrative Motion is supported by the Declaration of Brantley I. Pepperman.  In connection with this Administrative Motion, WPE also submits a Proposed Order.

On December 2, 2025, WPE moved for leave to amend its then-operative Corrected Second Amended Complaint by filing the proposed TAC.  *See* Dkt. 213.  The Court granted WPE's motion for leave on January 27, 2026, ordering WPE to file the TAC "as a stand-alone docket entry, with a redline comparison to the first amended complaint, by no later than February 10, 2026."  *Id.*  The Court also directed the parties to "meet and confer on an accompanying motion to seal that is appropriately narrowly tailored and properly supported."  *Id.*  The parties conferred, and Defendants agreed to down-designate all of the previously-redacted portions of the previously-filed, proposed TAC, except the portions that remain redacted in Paragraphs 213, 215, 219, 220, 225, 238, 297, 324, and 336 in the TAC that WPE is filing contemporaneous with this motion, and as also reflected in the below charts.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party").  WPE's TAC contains citations and references to materials that Defendants have produced in this litigation as "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order").  Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate Defendants filing a statement regarding sealing pursuant

1  to N.D. Cal. Civil Local Rule 79-5(f)(3) (should Defendants choose to do so)—WPE provisionally
2  files under seal two documents:

3      1.    Unredacted Version of WPE's Third Amended Complaint.
4      2.    Unredacted Redline Showing Changes from WPE's First Amended Complaint to
5          WPE's Third Amended Complaint.

6      Concurrent with this Administrative Motion, WPE has also filed a public version of its Third
7  Amended Complaint that contains redactions.

8      WPE lists below, in chart format, the paragraphs of WPE's Third Amended Complaint, and
9  WPE's Unredacted Redline Showing Changes from WPE's First Amended Complaint to WPE's
10 Third Amended Complaint, that contain references to information that Defendants have designated
11 as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" and that
12 Defendants—during the Court-ordered meet-and-confer process—indicated they still seek to seal.
13 In accordance with Section H.7. of this Court's Standing Order for Civil Cases, WPE also includes
14 a similar chart in its Proposed Order.

15     For the avoidance of doubt, Defendants—not WPE—claim confidentiality of the underlying
16 cited materials and the portions that are highlighted in the TAC and the Unredacted Redline.
17 Therefore, for purposes of WPE's Administrative Motion and the accompanying Proposed Order,
18 WPE lists the Declaration of Brantley I. Pepperman (one of WPE's counsel) in the column for "Dkt.
19 No. of Decl. ISO Sealing" (which explains that the references are to materials that Defendants have
20 designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES
21 ONLY," so WPE files the unredacted TAC and the unredacted Redline under seal solely on that
22 basis) and "Partial" in the column for "Full or Partial Sealing Sought" (to facilitate the sealing of
23 these materials and references pending any responsive sealing statement from Defendants).  WPE
24 expressly reserves the right to oppose or otherwise respond to any responsive sealing statement that
25 Defendants file in connection with WPE's TAC.

**Sealing for WPE's Unredacted Third Amended Complaint**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 213 | Excerpts from A8C00255977; A8C00190429 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 215 | Excerpt from A8C00190559 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 219 | Excerpts from A8C00190048; A8C00679403 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 220 | Excerpts from A8C00679403; A8C00679530 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 225 | Excerpt from A8C00679403; A8C00679530; A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 238 | Excerpt from | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| | A8C00675242 | | | | | Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 297 | Excerpt from A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 324 | Excerpt from A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 336 | Excerpt from A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

**Sealing for WPE's Unredacted Redline Showing Changes from WPE's First Amended Complaint to WPE's Third Amended Complaint[1]**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 213 | Excerpts from A8C00255977; A8C00190429 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 215 | Excerpt from A8C00190559 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 219 | Excerpts from A8C00190048; A8C00679403 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 220 | Excerpts from A8C00679403; A8C00679530 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 225 | Excerpt from A8C00679403; A8C00679530; | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

---

[1] With respect to the Redline, "¶" refers to the paragraph numbering corresponding to the TAC; that new paragraph numbering is typically reflected in blue text in the Redline.

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| | A8C00675242 | | | | | |
| Highlighted Material in TAC ¶ 238 | Excerpt from A8C00675242 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 297 | Excerpt from A8C00675242 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 324 | Excerpt from A8C00675242 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in TAC ¶ 336 | Excerpt from A8C00675242 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

WPE will also serve upon Defendants unredacted copies of WPE's Third Amended Complaint and the Redline Showing Changes from WPE's First Amended Complaint.

Respectfully submitted,

DATED: February 10, 2026      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Rachel Herrick Kassabian*
       Rachel Herrick Kassabian
       *Attorneys for Plaintiff WPEngine, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 10th day of February, 2026.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian
*Attorneys for Plaintiff WPEngine, Inc.*