QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF BRANTLEY I. PEPPERMAN IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING THIRD AMENDED COMPLAINT**<br><br>[N.D. Cal. Civil Local Rules 7-11, 79-5(f)] |

I, Brantley I. Pepperman, declare as follows:

1. I am a member of the bar of the State of California, am admitted to practice in the United States District Court for the Northern District of California, and am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff WPEngine, Inc. ("WPE") in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff WPEngine, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Regarding WPE's Third Amended Complaint.

2. On December 2, 2025, WPE filed a motion for leave to amend its Corrected Second Amended Complaint to name WooCommerce, Inc. as a defendant in a Third Amended Complaint as to Counts 1, 2, 3, 4, 6 & 7. WPE submitted the Proposed Third Amended Complaint therewith.

3. On January 27, 2026, the Court granted WPE's motion for leave, ordering WPE to file the Third Amended Complaint ("TAC") "as a stand-alone docket entry, with a redline comparison to the first amended complaint, by no later than February 10, 2026." *Id.* The Court also directed the parties to "meet and confer on an accompanying motion to seal that is appropriately narrowly tailored and properly supported." *Id.*

4. The parties subsequently conferred, and Defendants agreed to down-designate all of the previously-redacted portions of the previously-filed, proposed TAC, except the portions that remain redacted in Paragraphs 213, 215, 219, 220, 225, 238, 297, 324, and 336 in the TAC that WPE is filing contemporaneous with its Administrative Motion and this Declaration.

5. WPE's Third Amended Complaint and Redline Showing Changes from WPE's First Amended Complaint to WPE's Third Amended Complaint contain quotations and references to certain information and/or documents that Defendants have designated as either "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the parties' Stipulated Protective Order.

6. To comply with the terms of the parties' Stipulated Protective Order, and to provide Defendants the opportunity to submit a sealing statement afforded under N.D. Cal. Civil Local Rule 79-5(f) if Defendants so choose, WPE is—concurrent and consistent with its Administrative Motion

-1- Case No. 3:24-cv-06917-AMO
PEPPERMAN DECL. ISO WPE'S ADMINISTRATIVE MOTION TO SEAL RE: TAC

1   and this Declaration—provisionally filing under seal the following documents: (1) Unredacted
2   Version of WPE's Third Amended Complaint; and (2) an Unredacted Redline Showing Changes
3   from WPE's First Amended Complaint to WPE's Third Amended Complaint.

4   7. The yellow highlighted references in the unredacted version of WPE's Third
5   Amended Complaint and in the Redline are all to documents that Defendants—not WPE—have
6   sought to maintain as "Highly Confidential – Attorneys' Eyes Only" or "Confidential," including
7   after the parties' meet-and-confers. WPE identifies those documents by Bates number, along with
8   Defendants' confidentiality designations, in WPE's Administrative Motion and accompanying
9   Proposed Order.

10  8. WPE has also filed public versions of its Third Amended Complaint and its Redline
11  Showing Changes from WPE's First Amended Complaint to WPE's Third Amended Complaint that
12  contain redactions.

13  I declare under penalty of perjury under the laws of the United States of America that the
14  foregoing is true and correct to the best of my knowledge.

Executed on this 10th day of February, 2026, in Los Angeles, California.

By */s/ Brantley I. Pepperman*
　　Brantley I. Pepperman