QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER RESOLVING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING THIRD AMENDED COMPLAINT** |

# [PROPOSED] ORDER

Having considered Plaintiff WPEngine, Inc.'s ("WPE") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby **ORDERS** as follows:

### Sealing for WPE's Unredacted Third Amended Complaint

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 213 | Excerpts from A8C00255977; A8C00190429 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 215 | Excerpt from A8C00190559 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 219 | Excerpts from A8C00190048; A8C00679403 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 220 | Excerpts from A8C00679403; A8C00679530 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 225 | Excerpt from A8C00679403; A8C00679530; A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 238 | Excerpt from A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 297 | Excerpt from A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 324 | Excerpt from A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 336 | Excerpt from A8C00675242 | 233 | 234-2 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |

**Sealing for WPE's Unredacted Redline Showing Changes from WPE's First Amended Complaint to WPE's Third Amended Complaint**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 213 | Excerpts from A8C00255977; A8C00190429 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 215 | Excerpt from A8C00190559 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 219 | Excerpts from A8C00190048; A8C00679403 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 220 | Excerpts from A8C00679403; A8C00679530 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 225 | Excerpt from A8C00679403; A8C006 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' | |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| | 79530; A8C00675242 | | | | | Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 238 | Excerpt from A8C00675242 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 297 | Excerpt from A8C00675242 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 324 | Excerpt from A8C00675242 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in TAC ¶ 336 | Excerpt from A8C00675242 | 233-2 | 234-3 | 234-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |

1 **IT IS SO ORDERED.**

2

3 Date: _____

4 Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28