QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff WPEngine, Inc.*

GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE (SBN 279092)
  jrose@gibsondunn.com
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.735

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, <br><br> Defendants. | Case No. 3:24-cv-06917-AMO <br><br> **JOINT PROPOSAL REGARDING BRIEFING SCHEDULE AND FORMAT FOR CROSS-MOTIONS TO DISMISS** <br><br> Judge: Hon. Araceli Martinez-Olguin |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Counterclaimants, <br><br> v. <br><br> WPENGINE, INC., a Delaware corporation, <br><br> *Counterdefendant.* | |

**JOINT PROPOSAL REGARDING BRIEFING SCHEDULE AND FORMAT**

The Court's January 27, 2026 Order granting Plaintiff's motion to amend its complaint to add WooCommerce, Inc. as a named defendant directed the parties to "file their proposals" regarding "re-submission" of Defendants' motion to dismiss Plaintiff's operative complaint, on the one hand, and Plaintiff's motion to dismiss Defendants' operative Counterclaims on the other hand. *See* Dkt. 232. The Court's Order further specified that "the Court is inclined to impose a cross-briefing formation with reduced page limits[.]" *Id.* Pursuant to the Court's Order, the parties have conferred and jointly propose as follows:

- Plaintiff will file its Third Amended Complaint adding WooCommerce, Inc. as a Defendant by February 10, 2026[1];

- Defendants will file their Answer to the Third Amended Complaint with any Counterclaims[2] by February 17, 2026[3];

- Defendants will resubmit any motion to dismiss as to the Third Amended Complaint—limited to no more than 20 pages—by February 24, 2026;

- Plaintiff will likewise resubmit any motion to dismiss the Counterclaims—limited to no more than 20 pages—by February 24 2026;

- Each side will file its respective opposition to the other side's motion to dismiss—limited to no more than 20 pages—by March 10, 2026;

- Each side will file its respective reply in support of its motion to dismiss—limited to no more than 10 pages—by March 17, 2026.

- The parties' cross-motions to dismiss will be heard on the Court's next available hearing date, which the parties understand is currently June 4, 2026. Given that the Court's ruling on the parties' respective motions to dismiss may impact the scope of expert reports, if there is room on the Court's docket to have these motions heard on

---

[1] The parties agree that Plaintiff does not have leave to amend or alter its Proposed Third Amended Complaint in any way, and that it will be re-filed in identical form to its original filing on December 2, 2025. WPE filed its Third Amended Complaint earlier today. *See* Dkts. 233, 234.

[2] The parties agree that Counterclaimants do not have leave to amend or alter their Counterclaims in any way, and that they will be re-filed in identical form to their original filing, with the exception that Counterclaimants have leave to correct the errata identified in Dkt. 200.

[3] The parties agree that by filing an answer to the TAC with counterclaims before filing a motion to dismiss the TAC, Defendants do not waive the ability to file a motion to dismiss the TAC by March 3, 2026 that is consistent with the parties' agreed briefing schedule and format.

April 30, May 7, May 14, or May 28, 2026, the parties respectfully request that the Court set them accordingly, in hopes of moving the case forward expeditiously.

Dated: February 10, 2026                By:    /s/ Rachel Herrick Kassabian
                                               QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                               Rachel Herrick Kassabian (SBN 191060)
                                                 rachelkassabian@quinnemanuel.com
                                               Yury Kapgan (SBN 218366)
                                                 yurykapgan@quinnemanuel.com
                                               Margret M. Caruso (SBN 243473)
                                                 margretcaruso@quinnemanuel.com
                                               555 Twin Dolphin Dr., 5th Floor
                                               Redwood Shores, CA 94065
                                               Telephone: (650) 801-5000
                                               Facsimile: (650) 801-5100

                                               Brian Mack (SBN 275086)
                                                 brianmack@quinnemanuel.com
                                               50 California Street, 22nd Floor
                                               San Francisco, CA 94111
                                               Telephone: (415) 875-6400
                                               Facsimile: (415) 875-6700

                                               Michael E. Williams (SBN 181299)
                                                 michaelwilliams@quinnemanuel.com
                                               Kevin Y. Teruya (SBN 235916)
                                                 kevinteruya@quinnemanuel.com
                                               865 South Figueroa Street, 10th Floor
                                               Los Angeles, CA 90017
                                               Telephone: (213) 443-3000
                                               Facsimile: (213) 443-3100

                                               *Attorneys for Plaintiff WPEngine, Inc.*

| | | |
|---|---|---|
| Dated: February 10, 2026 | By: | /s/ Joseph R. Rose |

GIBSON, DUNN & CRUTCHER LLP

JOSEPH R. ROSE, SBN 279092
  jrose@gibsondunn.com
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (*admitted pro hac vice*)
  osnyder@gibsondunn.com
HOWARD S. HOGAN (*admitted pro hac vice*)
  hhogan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that counsel for Defendants concurred in this filing.

*/s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian