| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Rachel Herrick Kassabian (SBN 191060)<br>  rachelkassabian@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Plaintiff WPEngine, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br>JOSEPH R. ROSE (SBN 279092)<br>  jrose@gibsondunn.com<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.801.735<br><br>*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg* |

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>          Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**JOINT PROPOSAL REGARDING BRIEFING SCHEDULE AND FORMAT FOR CROSS-MOTIONS TO DISMISS**<br><br>Judge: Hon. Araceli Martinez-Olguin |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>          Counterclaimants,<br><br>     v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>*Counterdefendant.* | |

**JOINT PROPOSAL REGARDING BRIEFING SCHEDULE AND FORMAT**

The Court's January 27, 2026 Order granting Plaintiff's motion to amend its complaint to add WooCommerce, Inc. as a named defendant directed the parties to "file their proposals" regarding "re-submission" of Defendants' motion to dismiss Plaintiff's operative complaint, on the one hand, and Plaintiff's motion to dismiss Defendants' operative Counterclaims on the other hand. *See* Dkt. 232.  The Court's Order further specified that "the Court is inclined to impose a cross-briefing formation with reduced page limits[.]" *Id.*  Pursuant to the Court's Order, the parties have conferred and jointly propose as follows:

- Plaintiff will file its Third Amended Complaint adding WooCommerce, Inc. as a Defendant by February 10, 2026[1];

- Defendants will file their Answer to the Third Amended Complaint with any Counterclaims[2] by February 17, 2026[3];

- Defendants will resubmit any motion to dismiss as to the Third Amended Complaint—limited to no more than 20 pages—by February 24, 2026;

- Plaintiff will likewise resubmit any motion to dismiss the Counterclaims—limited to no more than 20 pages—by February 24 2026;

- Each side will file its respective opposition to the other side's motion to dismiss—limited to no more than 20 pages—by March 10, 2026;

- Each side will file its respective reply in support of its motion to dismiss—limited to no more than 10 pages—by March 17, 2026.

- The parties' cross-motions to dismiss will be heard on the Court's next available hearing date, which the parties understand is currently June 4, 2026. Given that the Court's ruling on the parties' respective motions to dismiss may impact the scope of expert reports, if there is room on the Court's docket to have these motions heard on

---

[1]  The parties agree that Plaintiff does not have leave to amend or alter its Proposed Third Amended Complaint in any way, and that it will be re-filed in identical form to its original filing on December 2, 2025.  WPE filed its Third Amended Complaint earlier today.  *See* Dkts. 233, 234.

[2]  The parties agree that Counterclaimants do not have leave to amend or alter their Counterclaims in any way, and that they will be re-filed in identical form to their original filing, with the exception that Counterclaimants have leave to correct the errata identified in Dkt. 200.

[3]  The parties agree that by filing an answer to the TAC with counterclaims before filing a motion to dismiss the TAC, Defendants do not waive the ability to file a motion to dismiss the TAC by March 3, 2026 that is consistent with the parties' agreed briefing schedule and format.

April 30, May 7, May 14, or May 28, 2026, the parties respectfully request that the Court set them accordingly, in hopes of moving the case forward expeditiously.

Dated: February 10, 2026               By:  */s/ Rachel Herrick Kassabian*
                                            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                            Rachel Herrick Kassabian (SBN 191060)
                                              rachelkassabian@quinnemanuel.com
                                            Yury Kapgan (SBN 218366)
                                              yurykapgan@quinnemanuel.com
                                            Margret M. Caruso (SBN 243473)
                                              margretcaruso@quinnemanuel.com
                                            555 Twin Dolphin Dr., 5th Floor
                                            Redwood Shores, CA 94065
                                            Telephone: (650) 801-5000
                                            Facsimile: (650) 801-5100

                                            Brian Mack (SBN 275086)
                                              brianmack@quinnemanuel.com
                                            50 California Street, 22nd Floor
                                            San Francisco, CA 94111
                                            Telephone: (415) 875-6400
                                            Facsimile: (415) 875-6700

                                            Michael E. Williams (SBN 181299)
                                              michaelwilliams@quinnemanuel.com
                                            Kevin Y. Teruya (SBN 235916)
                                              kevinteruya@quinnemanuel.com
                                            865 South Figueroa Street, 10th Floor
                                            Los Angeles, CA 90017
                                            Telephone: (213) 443-3000
                                            Facsimile: (213) 443-3100

                                            *Attorneys for Plaintiff WPEngine, Inc.*

1  Dated: February 10, 2026                By:  /s/ Joseph R. Rose
2                                               GIBSON, DUNN & CRUTCHER LLP
3                                               JOSEPH R. ROSE, SBN 279092
                                                   jrose@gibsondunn.com
4                                               One Embarcadero Center
                                                San Francisco, CA 94111-3715
5                                               Telephone: 415.393.8200
                                                Facsimile: 415.801.7358
6
7                                               MICHAEL H. DORE, SBN 227442
                                                   mdore@gibsondunn.com
                                                ILISSA SAMPLIN, SBN 314018
8                                                  isamplin@gibsondunn.com
9                                               333 South Grand Avenue
                                                Los Angeles, CA 90071-3197
10                                              Telephone: 213.229.7000
                                                Facsimile: 213.229.6652
11
                                                JOSH A. KREVITT, SBN 208552
12                                                 jkrevitt@gibsondunn.com
13                                              310 University Avenue
                                                Palo Alto, CA 94301-1744
14                                              Telephone: 650.849.5300
                                                Facsimile: 650.849.5333
15
                                                ORIN SNYDER (*admitted pro hac vice*)
16                                                 osnyder@gibsondunn.com
                                                HOWARD S. HOGAN (*admitted pro hac vice*)
17                                                 hhogan@gibsondunn.com
18                                              200 Park Avenue
                                                New York, NY 10166-0193
19                                              Telephone: 212.351.2400
                                                Facsimile: 212.351.6335
20
                                                *Attorneys for Defendants Automattic Inc. and*
21                                              *Matthew Charles Mullenweg and*
                                                *Counterclaimants WordPress Foundation and*
22                                              *WooCommerce Inc.*
23
24
25
26
27
28

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that counsel for Defendants concurred in this filing.

/s/ Rachel Herrick Kassabian
Rachel Herrick Kassabian

**ORDER**

Having reviewed the parties' joint proposal, the Court ORDERS the following:
- Defendants shall file their motion to dismiss the Third Amended Complaint, limited to no more than 15 pages, by **February 24, 2026**.
- Plaintiff shall file a combined opposition to Defendants' motion to dismiss and their motion to dismiss Counterclaims, limited to no more than 25 pages, by **March 10, 2026**.
- Defendants shall file a combined reply in support of their motion to dismiss and opposition to Plaintiff's motion to dismiss Counterclaims, limited to no more than 25 pages, by **March 24, 2026**.
- Plaintiff shall file a reply in support of of its motion to dismiss Counterclaims, limited to no more than 15 pages, by no later than **March 31, 2026**.
- The parties shall notice their motions for hearing based on the Court's availability at the time of filing.

**IT IS SO ORDERED.**

Dated: February 17, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**