# Exhibit A

## TRADEMARK DONATION, LICENSE AND SECURITY AGREEMENT

This Trademark Donation, License and Security Agreement ("Agreement") is effective as of June 7, 2010 ("Effective Date"), by and between Automattic Inc ("Automattic"), and the WordPress Foundation, a California nonprofit public benefit corporation (the "Foundation").

WHEREAS, Automattic desires to donate the Trademarks (as defined below) to the Foundation subject to the license contemplated in Paragraph 2 and compliance with the other terms and conditions below; and

WHEREAS, Automattic and the Foundation desire that, for purposes of Section 501(c)(3) of the Internal Revenue Code, the transactions contemplated hereby be treated as a donation of the Trademarks by Automattic to the Foundation subject to Automattic's reservation of its rights to use the Trademarks in the manner contemplated by Paragraph 2 below.

NOW, THEREFORE, the parties agree as follows:

1.  Subject to and conditional upon compliance with the terms and conditions of this Agreement, including specifically the terms and conditions set forth in Sections 3 through Section 6, and the license and rights set forth in Paragraph 2 below, Automattic does hereby donate and assign to WordPress Foundation all of the right, title and interest it has in and to U.S. Registration Nos. 3,201,428 and 3,201,424, together with the goodwill of the business symbolized by the United States and international trademark rights associated with the foregoing (the "Trademarks"), "as is" and without any warranties (including, without limitation, warranties of title or non-infringement).  Such donation and assignment is also subject to the Trademark License Agreement by and between Automatic, Inc. and Matt Mullenweg, dated June 7, 2010, which the Foundation agrees shall be promptly assigned by Automattic to the Foundation, the Foundation shall assume Automattic's obligations thereunder, and Matt Mullenweg and the Foundation shall release Automattic from all obligations and liabilities with respect thereto.  For clarity, such donation and assignment is conditional on the licenses and rights granted to Automattic below and if at any time any such rights or licenses are finally determined by judicial process (not subject to appeal) to be ineffective or revoked or terminated (or if any successor or assignee of the Foundation with respect any WordPress trademark is not bound by the terms of this Agreement to the same extent as is the Foundation), other than any revocation or termination that is expressly contemplated by Section 6 of this Agreement, then the donation and assignment will be deemed never to have occurred, Automattic will automatically be the sole owner of the Trademarks and the Foundation will take all actions requested by Automattic to (and Foundation hereby grants Automattic the irrevocable power of attorney coupled with an interest to sign any document to) evidence and/or perfect the intent of this sentence.

2.  The Foundation hereby grants Automattic an exclusive, fully-paid, royalty-free, perpetual, irrevocable, worldwide, sublicensable right and license to use and otherwise exploit the Trademarks, and any and all related or similar names, marks, designs, domain names, and other rights, along with all associated applications, registrations and goodwill, but specifically excluding www.wordpress.org, www.wordcamp.org and www.wordpressfoundation.org (collectively as used hereafter, "WordPress trademark"), in connection with the hosting of blogs and websites that utilize any version or component of the WordPress open source publishing platform product or open source successor of any of the

foregoing on or in connection with www.wordpress.com and www.wordpress.tv (each and collectively, together with any subdomains of any of the foregoing, "Automattic Sites"), providing support for the Automattic Sites, and/or substantially similar uses in connection with the Automattic Sites (collectively the "Scope"). For the avoidance of doubt, the Foundation shall not be limited in its own use of the Trademarks outside of the Scope, including, without limitation, to the extent outside of the Scope: (a) to identify the name of the Foundation, (b) use on its own website(s) (which website(s) shall not provide hosting services for third parties, but may provide hyperlinks to third party hosts that are unrelated to the Foundation for informational purposes only; (c) at and in connection with WordCamp conferences; (d) as the name of its open source publishing platform product (which shall not include hosting services); and (e) in connection with providing the downloadable WordPress open source publishing platform product; provided that, notwithstanding (a) through (e) above, the Foundation shall not, directly or indirectly, engage in any hosting or hosting-related services for third parties (other than providing on its own website hyperlinks to third party hosts that are unrelated to the Foundation for informational purposes only), and shall not license or authorize any third party to engage in any hosting or hosting-related services for third parties. Without limiting the foregoing license, the Foundation acknowledges that it has no right to, and agrees that it shall not, assert against Automattic (or any other person in connection with any product or service of or authorized by Automattic) any trademark or other intellectual property or proprietary rights or other claims relating to the term "press", whether alone or in combination with other word(s), syllables, logos, or the like (other than when combined with the term "word",) regardless of whether Automattic's use thereof is within or outside the Scope.

       3.     The Foundation agrees at its own expense (A) to continue to pursue ongoing U.S. and foreign WordPress trademark applications, (B) to enforce the WordPress trademark in the future (and to allow Automattic (and hereby grants Automattic the first right) to do so within the Scope, in which case the Foundation agrees to join in any action requested by Automattic as a named party), and (C) to publish a trademark policy that is substantially similar to Automattic's current policy prohibiting use of the WordPress trademark (and similar marks) by third parties as part of a commercial product, service, business, or domain name. Upon Automattic's request from time to time, the Foundation will provide Automattic reasonable access to the Foundation's records and information to the extent reasonably necessary to confirm that the Foundation is pursuing appropriate maintenance, enforcement, and/or any unauthorized use of the WordPress trademark and/or any confusingly similar names or marks. To the extent not expressly prohibited by applicable law, Automattic may, in its sole discretion, pay any outstanding debts or obligations of the Foundation that the Foundation is unable or unwilling to pay. The Foundation will use its best efforts to avoid entering bankruptcy, subject to compliance with applicable fiduciary duty obligations and other requirements of law.

       4.     To the extent required to avoid deemed abandonment of the WordPress trademark, each of Automattic and the Foundation will exercise quality control over all uses of the WordPress trademark. With respect to Automattic and its sublicensees, the Foundation agrees that (A) it will act reasonably and in good faith in exercising quality control, (B) the quality standards applied to Automattic (and the enforcement of those standards against Automattic) will not be less favorable to Automattic than the most favorable treatment that the Foundation applies to itself or any third party and (C) the current activities of Automattic are well above the applicable quality threshold and that threshold will not be raised with respect to Automattic.

5. The Foundation hereby grants Automattic, as security for the license grant above and for performance of each of Foundation's obligations under this Agreement, a first priority security interest in the WordPress trademark (including all related rights, marks, registrations and applications anywhere in the world) and all proceeds with respect thereto (collectively, the "Collateral"). The Foundation represents, warrants, and agrees that the Collateral is not currently encumbered in any way and the Foundation will not sell or grant any interest in it to another and will keep it free from all encumbrances or anything else that might reduce its value as security. Upon any breach of obligation hereunder by the Foundation, Automattic will have all the rights and remedies afforded secured parties. The Foundation will sign any security agreement, financing statement or other document requested to evidence, perfect or enforce the foregoing and if it fails to promptly do so, Automattic may do so on its behalf as its attorney-in-fact coupled with an interest and is hereby irrevocably appointed as such for such purpose.

6. In the event that any of the provisions of this Agreement shall be held by a court or other tribunal of competent jurisdiction to be illegal, invalid or unenforceable, such provisions shall be limited or eliminated to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect. This Agreement shall be governed by the laws of the State of California without regard to the conflicts of law provisions thereof. This Agreement supersedes all prior discussions and writings and constitutes the entire agreement between the parties with respect to the subject matter hereof. The prevailing party in any action to enforce this Agreement shall be entitled to costs and attorneys' fees. No waiver or modification of this Agreement will be binding upon a party unless made in writing and signed by a duly authorized representative of such party and no failure or delay in enforcing any right will be deemed a waiver. The parties are independent contractors and neither has the authority to bind the other except as set forth in Section 5 and the last sentence of Section 1 above. Automatic may not transfer and assign its rights under this Agreement without consent except to a successor to an Automattic Site or to all or substantially all of Automattic's business or assets, whether in a merger, sale of stock, sale of assets or other transaction, so long as the successor assumes all applicable rights, responsibilities and obligations of Automattic under this Agreement. Prompt notice of any such permitted transfer or assignment shall be given to the Foundation. The license rights and security interest granted to Automattic under this Agreement shall terminate in the event that Automattic shall be dissolved or liquidated without a successor that uses or has the right to use the Trademarks only in connection with the Scope. In addition to (and without limiting) the restrictions on Collateral, neither the Foundation nor its successors may transfer or assign this Agreement, or the WordPress trademark (or any other licensed mark) without (a) Automattic's consent and (b) the assignee or transferee being bound by all the terms of the Agreement in writing for Automattic's benefit; in any case, no mark will be transferred without the associated goodwill. The terms of this Agreement shall survive in perpetuity. If the Foundation transfers or assigns any rights in any of the WordPress trademark to any third party, the Foundation will ensure that such successor or assign is bound by the terms of this Agreement (for the benefit of Automattic or, to the extent applicable, any future permitted assignee or transferee of Automattic) to the same extent as is the Foundation. Each party represents and warrants to the other that it has the full corporate power and authority to enter into, execute and deliver this Agreement and perform its obligations contained in this Agreement, and that this Agreement represents a legal, valid and binding obligation of such party.

IN WITNESS WHEREOF, the parties hereto have each caused this Agreement to be executed by their authorized representatives as of the date first above written.

AUTOMATTIC INC

By: *Toni Schneider*
  CF86AF660586422...

Name/Title: _____

THE WORDPRESS FOUNDATION

By: *Matt Mullenweg*
  E7EE05B1978B41F...

Name/Title: _____

- 4 -