JOSEPH R. ROSE, SBN 279092
   jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
   mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
   osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
   hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>    Defendants.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>    Counterclaimants,<br><br>    v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>    Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**JOINT STIPULATION TO AMEND CASE SCHEDULE**<br><br>Hon. Araceli Martínez-Olguín |

QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
  rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
  yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
  brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

Gibson, Dunn &
Crutcher LLP

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, WooCommerce Inc., and WordPress Foundation ("Defendants and Counterclaimants") and Plaintiff WPEngine, Inc. ("Plaintiff" or "WP Engine") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree, and respectfully request that the Court order the following:

WHEREAS, under the operative case schedule, fact discovery is currently scheduled to close on March 12, 2026 (Dkt. 193);

WHEREAS, Defendants moved to dismiss Plaintiff's Second Amended Complaint on October 17, 2025 (Dkt. 190), which was administratively terminated on October 21 (Dkt. 194), and Defendants re-filed their motion to dismiss the Second Amended Complaint on November 17, 2025 (Dkt. 209);

WHEREAS, Defendants and Counterclaimants answered Plaintiff's Second Amended Complaint and filed counterclaims against Plaintiff on October 23, 2025;

WHEREAS, Plaintiff moved to dismiss the counterclaims on November 13, 2025 (Dkt. 207);

WHEREAS, Plaintiff moved for leave to file its Third Amended Complaint on December 2, 2025 (Dkt. 213) to add WooCommerce Inc. as a Defendant;

WHEREAS, the Court granted Plaintiff's motion for leave to file its Third Amended Complaint, with a deadline of February 10, 2026, and ordered the Parties to confer regarding a schedule to re-submit the pleadings and motions to dismiss;

WHEREAS, on February 17, 2026, the Court entered an order for motion-to-dismiss briefing to be completed by March 31, 2026, with a hearing based on the Court's availability at the time of filing (Dkt. 236);

WHEREAS, since the opening of fact discovery, the Parties have worked diligently and in good faith to pursue discovery on WP Engine's 18 causes of action and Counterclaimants' 7 causes of action, including serving and responding to numerous requests for written discovery, including interrogatories, requests for production, and third-party subpoenas, andf collectively producing more than 326,000 documents to date;

WHEREAS, the Parties have been working diligently to resolve as many outstanding discovery disputes as possible without judicial intervention, including related to document discovery, written

1  discovery, and Rule 30(b)(6) deposition topics on both sides, which is requiring additional time to meet
2  and confer about fully in an attempt to resolve;

3        WHEREAS, the Parties are continuing to produce documents, including documents that each
4  side believes are material to the case and will be used in upcoming depositions, as the result of their
5  ongoing meet-and-confer efforts;

6        WHEREAS, six fact depositions have occurred to date, and the Parties are diligently working
7  to identify mutually agreeable dates for the remaining depositions, certain of which dates depend on
8  the timing of forthcoming document productions and negotiations about Rule 30(b)(6) deposition
9  topics;

10       WHEREAS, the Parties believe their requested modest extension of the fact discovery cutoff—
11 from March 12, 2026, to May 14, 2026—is necessary to allow the Parties to complete the remaining
12 discovery in this case, and provide each side a full and fair opportunity to develop the factual record,
13 resolve pending discovery disputes either together or with Court intervention as necessary, and
14 potentially settle the pleadings before expert discovery begins;

15       WHEREAS, the Parties believe good cause exists for the requested extension, as demonstrated
16 above, and that it serves the interests of justice, promotes judicial economy, and comports with Rule 1
17 of the Federal Rules of Civil Procedure by encouraging a just, speedy, and efficient determination of
18 this action while conserving judicial resources;

19       WHEREAS, the Court granted the Parties' previous stipulation to extend the close of fact
20 discovery from November 20, 2025, to March 12, 2026, to allow adequate time for discovery into
21 Defendants' counterclaims, which at the time had not yet been filed (Dkt. 193);

22       WHEREAS, the Parties previously stipulated to extend the time to respond to the Complaint
23 (Dkt. 24);

24       WHEREAS, the Court previously granted a motion to shorten time to hear Plaintiff's motion
25 for a preliminary injunction (Dkt. 34), granted a stipulation to extend the time to respond to the
26 Amended Complaint (Dkt. 61), granted a stipulation to extend the time to reply in support of the motion
27 to dismiss (Dkt. 90), reset a motion hearing date (Dkt. 149), and granted a stipulation to amend the
28 briefing schedule on both Parties' motions to dismiss (Dkt. 212);

Gibson, Dunn &
Crutcher LLP

WHEREAS, the requested schedule modification may impact the trial date in this case;

WHEREAS, nothing in this stipulation alters any other rights or obligations of the Parties, who expressly reserve the right to seek further relief from the Court as necessary;

NOW, THEREFORE, subject to the approval of the Court, and for good cause shown, the parties hereby stipulate and agree, and request that the Court enter an order to amend the case schedule as follows:

| Event | Current Operative Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of fact discovery | March 12, 2026 | May 14, 2026 |
| Parties to provide initial expert disclosure(s) and report(s) | April 23, 2026 | June 25, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | May 28, 2026 | July 30, 2026 |
| Close of expert discovery | June 25, 2026 | August 27, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | July 16, 2026 | September 17, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | August 13, 2026 | October 15, 2026 |
| Deadline for Daubert motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | August 13, 2026 | October 15, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | September 3, 2026 | November 5, 2026 |
| Deadline for oppositions to Daubert motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | September 3, 2026 | November 5, 2026 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | September 17, 2026 | November 19, 2026 |
| Deadline for reply in support of Daubert motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | September 17, 2026 | November 19, 2026 |

| Hearing on summary judgment and Daubert motions | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |
|---|---|---|
| Joint pretrial conference statement | May 3, 2027 | May 3, 2027, or as otherwise set by the Court |
| Pretrial conference | May 20, 2027, at 11:00 a.m. | May 20, 2027, at 11:00 a.m., or as otherwise set by the Court |
| Jury Trial (10 days) | June 14, 2027, at 8:30 a.m. | June 14, 2027, at 8:30 a.m.<br><br>The Parties request that the trial date remains as currently scheduled; in the alternative, the Parties request a trial date of September 13, 2027, due to conflicts in July and August. |

IT IS SO STIPULATED.

DATED: February 19, 2026                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Joseph R. Rose
　　　　　　　　　　　　　　　　　　　　　Joseph R. Rose
　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation*

DATED: February 19, 2026                     /s/ Rachel Herrick Kassabian
　　　　　　　　　　　　　　　　　　　　　Rachel Herrick Kassabian
　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN LLP

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff WPEngine Inc.*

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Joseph R. Rose, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 19, 2026

GIBSON, DUNN & CRUTCHER LLP

*/s/ Joseph R. Rose*
Joseph R. Rose
*Attorney for Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation*