IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>　　　　Defendants.<br>―――――――――――――――――――<br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED]** **ORDER TO AMEND CASE SCHEDULE \*As Modified by the Court\***<br><br>Hon. Araceli Martínez-Olguín |

The Court, having considered the Joint Stipulation to Amend the Case Schedule (the "Joint Stipulation"), and for good cause appearing, hereby **ORDERS** that the Joint Stipulation is **GRANTED**. The case schedule shall be amended as follows:

| Event | Current Operative Deadline | Proposed Modified Deadline |
| --- | --- | --- |
| Close of fact discovery | March 12, 2026 | May 14, 2026 |
| Parties to provide initial expert disclosure(s) and report(s) | April 23, 2026 | June 25, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | May 28, 2026 | July 30, 2026 |
| Close of expert discovery | June 25, 2026 | August 27, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | July 16, 2026 | September 17, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | August 13, 2026 | October 15, 2026 |
| Deadline for Daubert motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | August 13, 2026 | October 15, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | September 3, 2026 | November 5, 2026 |
| Deadline for oppositions to Daubert motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | September 3, 2026 | November 5, 2026 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | September 17, 2026 | November 19, 2026 |
| Deadline for reply in support of Daubert motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | September 17, 2026 | November 19, 2026 |
| Hearing on summary judgment and Daubert motions** | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |

| Joint pretrial conference statement | May 3, 2027 | ~~May 3, 2027~~, **July 26, 2027** or as otherwise set by the Court |
|---|---|---|
| Pretrial conference | May 20, 2027, at 11:00 a.m. | ~~May 20, 2027~~, **August 12, 2027** at 11:00 a.m., or as otherwise set by the Court |
| Jury Trial (10 days) | June 14, 2027, at 8:30 a.m. | ~~June 14, 2027, at 8:30 a.m.~~ **September 14, 2027 at 8:30 a.m.** The Parties request that the trial date remains as currently scheduled; in the alternative, the Parties request a trial date of September 13, 2027, due to conflicts in July and August. |

**\*\*Daubert motions shall comply with the requirements set forth in Paragraph G.1 of the Court's Standing Order for Civil Cases.  Expert reports shall adhere to the formatting requirements set forth in Paragraph F.**

**IT IS SO ORDERED.**

Dated: February 20, 2026

_____
Honorable Araceli Martínez-Olguín
United States District Judge