JOSEPH R. ROSE, SBN 27902
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (admitted pro hac vice)
osnyder@gibsondunn.com
HOWARD S. HOGAN (admitted pro hac vice)
HHOGAN@GIBSONDUNN.COM
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br><u>Hearing</u>:<br>Date:    June 4, 2026<br>Time:    2:00<br>Place:   Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

## [PROPOSED] ORDER

Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. ("Defendants") have filed a Motion to Dismiss Plaintiff WP Engine, Inc.'s Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having fully considered the papers, the arguments of counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Counts 3, 11, 12, 13, and 14 of the Third Amended Complaint are dismissed, in their entirety and without leave to amend. Counts 1, 2, 3, 4, 6, and 7 of the Third Amended Complaint are dismissed as to Defendant WooCommerce Inc. without leave to amend.

**IT IS SO ORDERED**

Date: _____

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE

-1-                                        Case No. 3:24-cv-06917-AMO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
THIRD AMENDED COMPLAINT