UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC.                    ,

     Plaintiff(s),

      v.

AUTOMATTIC INC., ET AL.    ,

     Defendant(s).

Case No. 3:24-CV-06917-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____Daniel J. O'Neill_____, an active member in good standing of the bar of _____New York_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____Automattic, Inc._____ in the above-entitled action. My local co-counsel in this case is _____Ilissa Samplin_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____314018_____.

1140 Avenue of the Americas, 17th Floor
New York  NY 10036
MY ADDRESS OF RECORD

212-257-4885
MY TELEPHONE # OF RECORD

doneill@shapiroarato.com
MY EMAIL ADDRESS OF RECORD

333 South Grand Ave.
Los Angeles  CA 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-229-7354
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

isamplin@gibsondunn.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____4203485_____.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 2/25/2026                                Daniel J. O'Neill

5                                                                APPLICANT

6

7

8                         ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _____ Daniel J. O'Neill _____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____ February 25, 2026 _____

16

17    _____

18    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California