Michael Willman

5 Mecca Lane Washington, ME 04574

1 (207) 242-4767

michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division: San Francisco

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | ) ) ) Case Number: 3:24-cv-06917-AMO |
| Plaintiff, | ) ) |
| v. | ) ) **NON-PARTY MICHAEL WILLMAN'S** |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | ) **NOTICE REGARDING SUBMITTED** ) ) **MATTER PURSUANT TO CIVIL LOCAL** ) **RULE 7-13** |
| Defendant. | ) ) ) Courtroom 10 - 19th Floor ) ) Hon. Araceli Martínez-Olguín ) ) ) |

Pursuant to Local Rule 7-13, Non-Party Michael Willman respectfully provides notice that his Amended Motion for Contempt (Docket #171) was filed on September 22, 2025. Defendant's opposition was filed on October 6, 2025 and a reply was filed on October 14, 2025. A hearing on this motion was scheduled for November 6, 2025. However, in light of the government shutdown, the court took the matter under submission on October 30, 2025. No decision has been reached by the court on this motion since, nor has the motion hearing been rescheduled. As of April 10, 2026, more than 120 days have passed since the Court took the matter under submission.

Respectfully submitted,

Date: April 10, 2026

Signature: /s/ Michael Willman

Case No. 3:24-cv-06917-AMO
NOTICE REGARDING SUBMITTED MATTER PURSUANT TO CIVIL LOCAL RULE 7-13