# Exhibit B

| From: | Wallace, Brooke Myers <bwallace@gibsondunn.com> |
|---|---|
| Sent: | Thursday, April 9, 2026 5:04 PM |
| To: | Sara Jenkins; Yury Kapgan; QE-WPE; Brandon Dietzman; Pedro Villanueva |
| Cc: | *** Automattic WPEngine Litigation |
| Subject: | WPE/Automattic - Production Transmission Vol 24 |

[EXTERNAL EMAIL from bwallace@gibsondunn.com]

Counsel,

Defendants have made a document production available on an FTP site which you were invited to on March 7.  Defendants' production is marked A8C01534202 - A8C01537969. The password for the zipped productions will follow separately.

The production completes Defendants' and Counterclaimants' production from Matt Mullenweg's custodial files. Consistent with the disclosure we made to you in January 2026, the production contains the as-yet unproduced responsive, non-privileged documents identified pursuant to a reasonable search of the following sources, which contained data in the timeframes identified below, subject to our disclosure of search terms and date-limiters, including the parties' agreed-upon cut-off of August 15, 2025.

| Name | Employer | Hire Date | Termination Date | Email | | Google Drive | | Automattic Slack | | Pressable Slack | | Telegram | | Mullenweg.com Email | | Signal | | WhatsApp | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | First Date | Last Date | First Date | Last Date | First Date | Last Date | First Date | Last Date | First Message | Last Message | First Message | Last Message | First Message | Last Message | First Message | Last Message |
| Mullenweg, Matt | Automattic | 10/24/2005 | n/a | 2/28/2007 | 8/15/2025 | 11/12/2011 | 8/15/2025 | 1/1/2018 | 8/15/2025 | n/a | n/a | 3/30/2021 | 8/15/2025 | 2/28/2007 | 8/15/2025 | 2019 | 8/15/2025 | 2015 | 8/15/2025 |

This production is made pursuant to the Protective Order (Dkt. 104) and the Stipulated Order re: Federal Rule of Evidence 502(d), as Modified (Dkt. 145) ("the 502(d) Order"). Defendants reserve all rights.

Please let us know if you have any trouble accessing the production.

Regards,
Brooke


**Brooke Myers Wallace**
Associate Attorney

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

(she/her/hers)

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.