Michael Willman
michael@websiteredev.com
5 Mecca Lane
Washington, ME 04574
Telephone: (207) 242-4767

*Pro Se*

GIBSON, DUNN & CRUTCHER LLP
Joseph R. Rose (SBN 279092)
jrose@gibsondunn.com
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 801-7358

*Counsel for Defendants Automattic Inc., Matthew Charles Mullenweg, WooCommerce Inc., and Counterclaimant WordPress Foundation*

[Additional Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | ) ) ) Case Number: 3:24-cv-06917-AMO |
| Plaintiff, | ) ) |
| v. | ) **JOINT STIPULATION AND [PROPOSED]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, | ) **ORDER GRANTING MOTION FOR LEAVE** ) **TO FILE** ) ) ) ) ) |
| Defendants. | ) ) Judge: Hon. Araceli Martínez-Olguín ) ) ) ) ) ) |

AUTOMATTIC INC., a Delaware )
corporation; MATTHEW CHARLES )
MULLENWEG, an individual; WORDPRESS )
FOUNDATION, a California corporation; and )
WOOCOMMERCE INC., a Delaware )
corporation, )
                Counterclaimants, )
       v. )
WPENGINE, INC., a Delaware )
corporation, )
                Counterdefendant. )
_____ )

**JOINT STIPULATION**

Pursuant to Civil Local Rules 7-11 and 7-12, Defendants Automattic Inc. ("Automattic"), Matthew Charles Mullenweg, and WooCommerce Inc. ("WooCommerce"), by and through their respective counsel, and non-party Michael Willman, acting pro se (collectively, the "Stipulating Parties"), hereby stipulate and agree to the following:

**WHEREAS,** non-party Michael Willman filed an Amended Proposed Order (Dkt. 141) in relation to his Motion for Contempt (Dkt. 71) on April 30, 2025;

**WHEREAS**, non-party Michael Willman renewed this Proposed Order (Dkt. 171-7) alongside his Amended Motion for Contempt (Dkt. 171) on Sept. 22, 2025;

**WHEREAS**, Civil L.R. 7-11 allows a party to move for an order concerning a miscellaneous administrative matter that is otherwise not governed by a federal statute, Federal Rule, local rule or standing order, and requires such a motion to be accompanied by a stipulation under Civil L.R. 7-12, or a declaration explaining why a stipulation could not be obtained;

**WHEREAS**, non-party Michael Willman has requested that Defendants stipulate to him filing an administrative motion for leave to file a Second Amended Proposed Order (the "Administrative Motion");

**WHEREAS**, the Second Amended Proposed Order narrows the relief requested in connection with non-party Michael Willman's Amended Motion for Contempt;

**WHEREAS**, non-party Michael Willman does not seek to amend the underlying motion or advance new arguments on the merits of the underlying motion;

**WHEREAS**, Defendants have agreed to stipulate to the filing of the Administrative Motion, while preserving all objections and their opposition, including all arguments contained in Defendants' briefing before this Court, to non-party Michael Willman's motion to intervene and motion for contempt;

**WHEREAS,** by so stipulating, Defendants do not in any way agree that non-party Michael Willman may intervene in the case or is entitled to any relief, through a finding of contempt or otherwise;

**NOW THEREFORE**, subject to the approval of the Court, and for good cause shown, the Stipulating Parties hereby stipulate and agree, and respectfully request that the Court enter an order granting the motion for leave to file.


**IT IS SO STIPULATED.**


Dated:

By:    */s/ Michael Willman*
                                 _____

           Michael Willman

           *Pro Se*


Dated:

By:    */s/ Michael Dore*
                                 _____

           GIBSON, DUNN & CRUTCHER LLP
           Joseph R. Rose
           Michael H. Dore
           Ilissa Samplin
           Josh A. Krevitt
           Orin Snyder
           Howard S. Hogan

           *Counsel for Defendants Automattic Inc., Matthew Charles Mullenweg, WooCommerce Inc., and Counterclaimant WordPress Foundation*

**ORDER \*As Modified\***

Having reviewed the Stipulated Administrative Motion for Leave to File filed by non-party Michael Willman, and good cause being shown, **IT IS ORDERED** that the administrative motion for leave to file is **GRANTED**. The movant must file the amended document as a standalone docket entry **by no later than April 16, 2026.   Defendants shall file their own proposed order on the amended motion for contempt by no later than April 27, 2026.**

    **IT IS SO ORDERED.**

Dated: April 13, 2026

_____
Honorable Araceli Martínez-Olguín
United States District Judge