Michael Willman

5 Mecca Lane Washington, ME 04574

1 (207) 242-4767

michael@websiteredev.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) Case Number: 3:24-cv-06917-AMO ) |
| v. | ) **SECOND AMENDED PROPOSED ORDER** ) |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | ) **ON AMENDED MOTION FOR CONTEMPT** ) ) ) ) ) |
| Defendant. | ) ) ) ) ) ) ) ) |

The Court, having considered Non-Party Michael Willman's Amended Motion for Contempt, the accompanying memorandum of points and authorities, the declaration(s) filed in support, and the arguments presented, hereby ORDERS as follows:

## I.    FINDINGS OF FACT

1. The Court finds that Defendants Matthew Mullenweg and Automattic, Inc. have willfully violated the preliminary injunction issued on December 10, 2024.

2. The Court finds that Defendants' actions, including banning Michael Willman from the Make.WordPress.org Slack workspace, constitute interference with access to WordPress.org resources as prohibited by the preliminary injunction.

3. The Court further finds that Defendants' conduct was retaliatory, causing significant harm to Mr. Willman.

## II.    CONTEMPT RULING

1. Defendants Matthew Mullenweg and Automattic, Inc. are hereby held in civil contempt for their failure to comply with the Court's preliminary injunction.

2. The Court refers Defendant Matthew Mullenweg to the United States Attorney for the Northern District of California for further investigation and, if appropriate, prosecution for criminal contempt of court. The Clerk of the Court is directed to transmit a copy of this Order, together with the relevant pleadings and record excerpts, to the United States Attorney's Office.

## III.    RELIEF GRANTED

1. Defendants are ordered to immediately restore Mr. Willman's access to the Make.WordPress.org Slack workspace and any other WordPress.org-related resources.

2. Defendants are directed to cease any further retaliatory conduct against Mr. Willman.

3. Defendants shall pay compensatory sanctions to Mr. Willman in an amount deemed appropriate by the Court.

4. To ensure compliance, Defendants are subject to a coercive fine of an amount to be determined by the Court for each day they fail to comply with this Order.

### IV.    FUTURE CONDUCT

1. The Court further orders that Defendant Matthew Mullenweg be restrained from taking unilateral actions in his capacity as Director of the WordPress Foundation that are intended to, or have the reasonably foreseeable effect of, denying access to WordPress.org resources, including by retaliating against Mr. Willman and other similarly situated individuals associated with WP Engine, or by delaying or pausing the release of future versions of WordPress except for temporary technical, security, or testing-related reasons.

2. The Court reserves the right to impose additional sanctions, including but not limited to further monetary and non-monetary penalties, should additional violations of the Court's orders occur.

DATED: _____

_____
The Honorable Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE