QUINN EMANUEL URQUHART & SULLIVAN LLP

Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:24-cv-06917-AMO <br><br> **WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S PORTION OF JOINT DISCOVERY LETTER, SUPPORTING DECLARATION, AND EXHIBITS A THROUGH E THERETO** <br><br> **[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Counterclaimants, <br><br> v. <br><br> WPENGINE, INC., a Delaware corporation, <br><br> Counterdefendant. | |

Case No. 3:24-cv-06917-AMO

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed Joint Discovery Letter ("Joint Discovery Letter"), Declaration of Gregory A. Fuoco in Support of WPEngine, Inc.'s Portion of Joint Discovery Letter ("Supporting Declaration"), and Exhibits A through E thereto.  This Administrative Motion is supported by the Declaration of Gregory A. Fuoco.  In connection with this Administrative Motion, WPE also submits a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party").  WPE's Joint Discovery Letter as well as the Supporting Declaration contain, refer to, and attach materials that Defendants and third-party DreamHost, LLC ("DreamHost") have produced in this litigation as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order").  Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate Defendants and DreamHost filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should they choose to do so)—WPE provisionally files under seal the following documents:

1.    Unredacted Version of WPE's Joint Discovery Letter.

2.    Unredacted Version of the Supporting Declaration and Exhibits A through E thereto.

Concurrent with this Administrative Motion, WPE has also filed a public version of its Joint Discovery Letter and Supporting Declaration that contain redactions.  Since Exhibits A through E to the Supporting Declaration were designated "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY," WPE has filed placeholder slip sheets for these documents.

WPE lists below, in chart format, the portions of WPE's Joint Discovery Letter and

paragraphs from the Supporting Declaration that contain references to information that Defendants and DreamHost have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."   In accordance with Section H.7. of this Court's Standing Order for Civil Cases, WPE also includes a similar chart in its Proposed Order.

For the avoidance of doubt, Defendants and DreamHost—not WPE—claim confidentiality of the underlying cited materials and the portions that are highlighted.  Therefore, for purposes of WPE's Administrative Motion and the accompanying Proposed Order, WPE lists the Declaration of Gregory A. Fuoco (one of WPE's counsel) in the column for "Dkt. No. of Decl. ISO Sealing" (which explains that the references are to materials that Defendants and DreamHost have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY").  WPE expressly reserves the right to oppose or otherwise respond to any responsive sealing statement that Defendants or DreamHost files in connection with these materials.

**Sealing for WPE's Portion of the Joint Discovery Letter**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| First highlighted portion on page 1 | Excerpt and information from A8C01527657 | 275 | 276-2 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Second highlighted portion on page 1 | Information from B. Abrahamson Depo. Tr.; A8C01218352 through -58; and A8C01445619 through -20 | 275 | 276-2 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants |
| Third highlighted portion on | Excerpt and information from | 275 | 276-2 | 276-1 | Partial | Designated "Highly Confidential |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| page 1 | A8C01400146 | | | | | – Attorneys' Eyes Only" by Defendants |
| First highlighted portion on page 2 | Information from B. Abrahamson Depo. Tr.; A8C01218352 through -58; and A8C01445619 through -20 | 275 | 276-2 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants |
| Second highlighted portion on page 2 | Information from A8C00941150 | 275 | 276-2 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Third highlighted portion on page 2 | Information from B. Abrahamson Depo. Tr.; A8C01218352 through -58; and A8C01445619 through -20 | 275 | 276-2 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants |
| Fourth highlighted portion on page 2 | Information from May 4, 2026 Declaration of Jonathan Robins ¶ 5 | 275 | 276-2 | 276-1 | Partial | Designated "Confidential" by Defendants |
| Fifth highlighted portion on page 2 | Information from DREAM0000326 through -29; DREAM0000397 through -98; | 275 | 276-2 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by |

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| | DREAM0000427; and DREAM0000445 | | | | | DreamHost |

### Sealing for WPE's Supporting Declaration

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in ¶ 9 | Information from Abrahamson Depo. Tr. | 275-1 | 276-3 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants |
| Highlighted Material in ¶ 16 Regarding Defendants' Production | Information and Excerpts from A8C00941150; A8C01218352 through -58; and A8C01445619 through -20 | 275-1 | 276-3 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted Material in ¶ 16 Regarding DreamHost's Production | Information from DREAM0000147 through -50. | 275-1 | 276-3 | 276-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost |

### Sealing for Exhibits A through E to the Supporting Declaration

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Exhibit A | A8C01400146 | 275-2 | 276-4 | 276-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Exhibit B | DREAM0000326 through -29 | 275-3 | 276-5 | 276-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost |
| Exhibit C | DREAM0000397 through -98 | 275-4 | 276-6 | 276-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost |
| Exhibit D | DREAM0000427 | 275-5 | 276-7 | 276-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost |
| Exhibit E | DREAM0000445 | 275-6 | 276-8 | 276-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost |

WPE will also serve upon Defendants and DreamHost unredacted copies of WPE's Joint Discovery Letter, Supporting Declaration, and Exhibits A through E.

Respectfully submitted,

DATED:  May 7, 2026                         QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP


By _____
   Gregory A. Fuoco
   *Attorneys for WPEngine, Inc.*

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

## CERTIFICATE OF SERVICE

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 7th day of May, 2026.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ 
Gregory A. Fuoco
*Attorneys for WPEngine, Inc.*

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED