QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)          Michael E. Williams (SBN 181299)
rachelkassabian@quinnemanuel.com               michaelwilliams@quinnemanuel.com
Yury Kapgan (SBN 218366)                        Kevin Y. Teruya (SBN 235916)
yurykapgan@quinnemanuel.com                     kevinteruya@quinnemanuel.com
Margret M. Caruso (SBN 243473)                  865 South Figueroa Street, 10th Floor
margretcaruso@quinnemanuel.com                  Los Angeles, CA 90017
555 Twin Dolphin Dr., 5th Floor                 Telephone: (213) 443-3000
Redwood Shores, CA 94065                        Facsimile: (213) 443-3100
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**FUOCO DECLARATION IN SUPPORT OF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S PORTION OF JOINT DISCOVERY LETTER, SUPPORTING DECLARATION, AND EXHIBITS A THROUGH E THERETO**<br><br>**[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, Counterdefendant. | |

Case No. 3:24-cv-06917-AMO

FUOCO DECLARATION IN SUPPORT OF WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED

# DECLARATION OF GREGORY A. FUOCO

I, Gregory A. Fuoco, hereby declare and state as follows:

1.    I am an attorney licensed to practice before this Court and admitted to the State Bar of California.  I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter.  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.  I submit this declaration in support of WPE's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed in Connection with WPE's Portion of Joint Discovery Letter, Supporting Declaration, and Exhibits A Through E Thereto.

2.    WPE's Portion of the Parties' Joint Discovery Letter, my declaration in support of the same, and the exhibits thereto contain quotations and references to information and documents that Defendants and third-party DreamHost, LLC ("DreamHost") have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

3.    To comply with the terms of the parties' Stipulated Protective Order, and to provide Defendants and DreamHost the opportunity to submit a sealing statement under N.D. Cal. Civil Local Rule 79-5(f) if they so choose, WPE is—concurrent and consistent with its Administrative Motion and this Declaration—provisionally filing under seal an Unredacted Version of the Joint Discovery Letter, my declaration in support of the same, and the exhibits thereto.

4.    The yellow highlighted references in the unredacted versions of these filings are all to documents that Defendants or DreamHost—not WPE—have sought to maintain as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" or "CONFIDENTIAL." WPE identifies those documents by Bates number, along with Defendants' and DreamHost's confidentiality designations, in WPE's Administrative Motion and accompanying Proposed Order.

5.    WPE has also filed public versions of the filings that contain redactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of May, 2026, in Burbank, California.

/s/ _____

Gregory A. Fuoco

FUOCO DECLARATION IN SUPPORT OF WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED