QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER RESOLVING WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S PORTION OF JOINT DISCOVERY LETTER, SUPPORTING DECLARATION, AND EXHIBITS A THROUGH E THERETO** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, Counterdefendant. | |

# [PROPOSED] ORDER

Having considered Plaintiff WPEngine, Inc.'s ("WPE") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby **ORDERS** as follows:

### Sealing for WPE's Portion of the Joint Discovery Letter

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Party with Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| First highlighted portion on page 1 | 275 | 276-2 | 276-1 | Defendants | Partial | Contains excerpt and information from A8C01527657, which was designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Second highlighted portion on page 1 | 275 | 276-2 | 276-1 | Defendants | Partial | Contains information from B. Abrahamson Depo. Tr.; A8C01218352 through -58; and A8C01445619 through -20, which were designated "Highly Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants | |
| Third highlighted portion on page 1 | 275 | 276-2 | 276-1 | Defendants | Partial | Contains excerpt and information from A8C01400146, which was | |

-1-                                Case No. 3:24-cv-06917-AMO

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Party with Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| First highlighted portion on page 2 | 275 | 276-2 | 276-1 | Defendants | Partial | Contains information from B. Abrahamson Depo. Tr.; A8C01218352 through -58; and A8C01445619 through -20, which were designated "Highly Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants | |
| Second highlighted portion on page 2 | 275 | 276-2 | 276-1 | Defendants | Partial | Contains information from A8C00941150 designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Third highlighted portion on page 2 | 275 | 276-2 | 276-1 | Defendants | Partial | Contains information from B. Abrahamson Depo. Tr.; A8C01218352 through -58; and A8C01445619 through -20, which were designated "Highly | |

-2-                                                                      Case No. 3:24-cv-06917-AMO

[PROPOSED] ORDER RESOLVING WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Party with Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants | |
| Fourth highlighted portion on page 2 | 275 | 276-2 | 276-1 | Defendants | Partial | Contains information from May 4, 2026 Declaration of Jonathan Robins, which was designated "Confidential" by Defendants | |
| Fifth highlighted portion on page 2 | 275 | 276-2 | 276-1 | DreamHost | Partial | Contains information from DREAM0000326 through -29; DREAM0000397 through -98; DREAM0000427; and DREAM0000445, which were designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost | |

[PROPOSED] ORDER RESOLVING WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

**Sealing for WPE's Supporting Declaration**

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Party with Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Highlighted Material in ¶ 9 | 275-1 | 276-3 | 276-1 | Defendants | Partial | Contains information from Abrahamson Depo. Tr., which was designated "Highly Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants | |
| Highlighted Material in ¶ 16 Regarding Defendants' Production | 275-1 | 276-3 | 276-1 | Defendants | Partial | Contains information and excerpts from A8C00941150; A8C01218352 through -58; and A8C01445619 through -20, which were designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Highlighted Material in ¶ 16 Regarding DreamHost's Production | 275-1 | 276-3 | 276-1 | DreamHost | Partial | Contains information from DREAM0000147 through -50, which was designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost | |

-4-                                                    Case No. 3:24-cv-06917-AMO

[PROPOSED] ORDER RESOLVING WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

**Sealing for Exhibits A through E to the Supporting Declaration**

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Party with Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Exhibit A | 275-2 | 276-4 | 276-1 | Defendants | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants | |
| Exhibit B | 275-3 | 276-5 | 276-1 | DreamHost | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost | |
| Exhibit C | 275-4 | 276-6 | 276-1 | DreamHost | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost | |
| Exhibit D | 275-5 | 276-7 | 276-1 | DreamHost | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost | |
| Exhibit E | 275-6 | 276-8 | 276-1 | DreamHost | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by DreamHost | |

[PROPOSED] ORDER RESOLVING WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

**IT IS SO ORDERED.**

Date:

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE