TIMOTHY P. CRUDO (State Bar No. 143835)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
RACHEL ROSE SUHR (State Bar No. 323531)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-tpc@cpdb.com
            ef-dmb@cpdb.com
            ef-rrs@cpdb.com

Attorneys for Defendants and Counterclaimants
AUTOMATTIC, INC. and MATTHEW C. MULLENWEG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANT AND COUNTERCLAIMANT AUTOMATTIC, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br><br>Magistrate Judge Ajay S. Krishnan |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Trial Date:        September 14, 2027 |

AUTOMATTIC INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant and Counterclaimant Automattic, Inc. respectfully submits this administrative motion to consider whether portions of the Joint Letter Brief ("Letter Brief") regarding Automattic's discovery dispute with non-parties Silver Lake Technology Management, L.L.C. ("Silver Lake"), Lee Wittlinger (Silver Lake Managing Director), and David Zhang (Silver Lake Director), as well as supporting documents to the Letter Brief, should be sealed.

Automattic submits this motion so that Plaintiff WPEngine, Inc. ("WPE") or Silver Lake[1] may, in accordance with Local Rule 79-5(f)(3), submit a statement and/or declaration establishing the basis for sealing or redacting a portion or the entirety of each of the following:

| Document | Portion(s) to Seal | Designating Party |
|---|---|---|
| Letter Brief | Highlighted portions | **Silver Lake** claims that the highlighted information is HIGHLY CONFIDENTIAL-AEO or CONFIDENTIAL. |
| Declaration of Daniel M. Bruggebrew ISO Automattic ("Bruggebrew Declaration") | Highlighted Portions | **Silver Lake** claims that the yellow highlighted information is HIGHLY CONFIDENTIAL-AEO. |
| Exhibit 2 to Bruggebrew Declaration | Partial | **Silver Lake** claims that the yellow highlighted information is HIGHLY CONFIDENTIAL-AEO. |
| Exhibit 3 to Bruggebrew Declaration | Entirety of Document | **Silver Lake** designated the entirety of the document HIGHLY CONFIDENTIAL. |
| Declaration of Sara Jenkins ISO Silver Lake, Wittlinger, Zhang ("Jenkins Declaration") | Highlighted portions | **Silver Lake** claims that the highlighted information is HIGHLY CONFIDENTIAL-AEO or CONFIDENTIAL. |
| Exhibit 1 to Jenkins Declaration | Highlighted portions | **Silver Lake** claims that the highlighted information is HIGHLY CONFIDENTIAL-AEO. |

---

[1] WPE and Silver Lake are represented by the same law firm.

Case No. 3:24-cv-06917-AMO

AUTOMATTIC INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

DATED:  May 11, 2026                    COBLENTZ PATCH DUFFY & BASS LLP


By:    */s/ Daniel M. Bruggbrew*
          DANIEL M. BRUGGEBREW
          Attorneys for Defendants and Counterclaimants
          AUTOMATTIC, INC. and MATTHEW C.
          MULLENWEG

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

3                    Case No. 3:24-cv-06917-AMO

AUTOMATTIC INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED