TIMOTHY P. CRUDO (State Bar No. 143835)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
RACHEL ROSE SUHR (State Bar No. 323531)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-tpc@cpdb.com
           ef-dmb@cpdb.com
           ef-rrs@cpdb.com

Attorneys for Defendants and Counterclaimants
AUTOMATTIC, INC. and MATTHEW C. MULLENWEG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**DECLARATION OF DANIEL M. BRUGGEBREW IN SUPPORT OF DEFENDANT COUNTERCLAIMANT AUTOMATTIC, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Magistrate Judge Ajay S. Krishnan |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | Trial Date:　　　　September 14, 2027 |

Case No. 3:24-cv-06917-AMO

DECLARATION OF DANIEL M. BRUGGEBREW IN SUPPORT OF AUTOMATTIC'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

### DECLARATION OF DANIEL M. BRUGGEBREW

I, Daniel M. Bruggebrew, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with Coblentz Patch Duffy & Bass LLP, attorneys of record for Defendants and Counterclaimants Automattic, Inc. and Matthew C. Mullenweg (together, "Defendants").  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      As part of the Administrative Motion, Automattic seeks to file provisionally under seal: (1) portions of the Joint Letter Brief ("Letter Brief") regarding Automattic's discovery dispute with non-parties Silver Lake Technology Management, L.L.C. ("Silver Lake"), Lee Wittlinger (Silver Lake Managing Director), and David Zhang (Silver Lake Director) (attached hereto as Exhibit A); (2) portions of the Declaration of Daniel M. Bruggebrew In Support of the Letter Brief ("Bruggebrew Declaration") (attached hereto as Exhibit B); (3) portions of Exhibit 2 to the Bruggebrew Declaration (attached hereto as Exhibit C); (4) Exhibit 3 to the Bruggebrew Declaration (attached hereto as Exhibit D); (5) portions of the Declaration of Sara Jenkins in Support of the Letter Brief ("Jenkins Declaration") (attached hereto as Exhibit E); and (6) portions of Exhibit 1 to the Jenkins Declaration (attached hereto as Exhibit F).

3.      Unredacted versions of these aforementioned documents (all of which are identified in the administrative motion) are submitted in conjunction with the administrative motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 11th day of May, 2026, at San Francisco, California.

_/s/ Daniel M. Bruggebrew_
Daniel M. Bruggebrew

Case No. 3:24-cv-06917-AMO

DECLARATION OF DANIEL M. BRUGGEBREW IN SUPPORT OF AUTOMATTIC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED