TIMOTHY P. CRUDO (State Bar No. 143835)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
RACHEL ROSE SUHR (State Bar No. 323531)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-tpc@cpdb.com
            ef-dmb@cpdb.com
            ef-rrs@cpdb.com

Attorneys for Defendants and Counterclaimants
AUTOMATTIC, INC. and MATTHEW C. MULLENWEG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER RE: DEFENDANT AND COUNTERCLAIMANT AUTOMATTIC, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>    Counterclaimants,<br><br>    v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>    Counterdefendant. | Magistrate Judge Ajay S. Krishnan<br><br>Trial Date:        September 14, 2027 |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Case No. 3:24-cv-06917-AMO

[PROPOSED] ORDER RE: DEFENDANT AND COUNTERCLAIMANT AUTOMATTIC, INC.'S ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

## [PROPOSED] ORDER

The Court has considered Defendant and Counterclaimant Automattic Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Joint Letter Brief ("Letter Brief") regarding Automattic's discovery dispute with non-parties Silver Lake Technology Management, L.L.C. ("Silver Lake"), Lee Wittlinger (Silver Lake Managing Director), and David Zhang (Silver Lake Director).

The Court hereby rules as follows:

| Document | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Ex. A (Joint Letter Brief) | | | | | Partial | | |
| Ex. B (Declaration of Daniel M. Bruggebrew ISO Automattic ("Bruggebrew Declaration")) | | | | | Partial | | |
| Ex. C (Ex. 2 to Bruggebrew Declaration) | | | | | Partial | | |
| Ex. D (Ex. 3 to Bruggebrew Declaration) | | | | | Full | | |
| Ex. E (Declaration of Sara Jenkins ISO Silver Lake, Wittlinger, Zhang ("Jenkins Declaration")) | | | | | Partial | | |

Case No. 3:24-cv-06917-AMO

[PROPOSED] ORDER RE: DEFENDANT AND COUNTERCLAIMANT AUTOMATTIC, INC.'S ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

| Document | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Ex. F (Ex. 1 to Jenkins Declaration) | | | | | Partial | | |

**IT IS SO ORDERED.**

Dated:  _____          _____

The Hon. Ajay S. Krishnan
Magistrate Judge, United States District Court

[PROPOSED] ORDER RE: DEFENDANT AND COUNTERCLAIMANT AUTOMATTIC, INC.'S ADMIN. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663