TIMOTHY P. CRUDO (State Bar No. 143835)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
RACHEL ROSE SUHR (State Bar No. 323531)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:      ef-tpc@cpdb.com
            ef-dmb@cpdb.com
            ef-rrs@cpdb.com


Attorneys for Defendants and Counterclaimants
AUTOMATTIC, INC. and MATTHEW C. MULLENWEG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 3:24-cv-06917-AMO |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, | Magistrate Judge Ajay S. Krishnan |
| | Trial Date:        September 14, 2027 |
| Defendants. | |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, | |
| Counterclaimants, | |
| v. | |
| WPENGINE, INC., a Delaware corporation, | |
| Counterdefendant. | |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

<u>**PROOF OF SERVICE**</u>

**WPEngine, Inc. v. Automatic Inc., et al.**
**Case No. 3:24-cv-06917-AMO**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is One Montgomery Street, Suite 3000, San Francisco, CA 94104-5500.

On May 11, 2026, I served true copies of the following document(s) described as

**DECLARATION OF DANIEL M. BRUGGEBREW IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT AUTOMATTIC, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED <u>(with provisionally sealed exhibits)</u>**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address lwhitfield@coblentzlaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 11, 2026, at San Francisco, California.

LaShondra Whitfield

**SERVICE LIST**
**WPEngine, Inc. v. Automatic Inc., et al.**
**Case No. 3:24-cv-06917-AMO**

| | |
|---|---|
| Rachel Herrick Kassabian<br>Sara Jenkins<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Email: rachelkassabian@quinnemanuel.com<br>       sarajenkins@quinnemanuel.com | Attorneys for Silver Lake Technology<br>Management, LLC |
| Robert J. Becher<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Email: robertbecher@quinnemanuel.com | Attorneys for Silver Lake Technology<br>Management, LLC |

Case No. 3:24-cv-06917-AMO
PROOF OF SERVICE