# EXHIBIT 1 to Brug. Decl.

| Subpoena Request | Silver Lake Objections & Responses |
|---|---|
| **No. 2** – All documents and communications related to any contemplated, actual, or anticipated Funding of PLAINTIFF by YOU, including without limitation investment teasers, presentations, letters of intent, evaluations, studies, memorandums, forecasts, projections, calculations, business plans, and internal and external communications. | Silver Lake incorporates by reference the above-stated general objections and objections to Automattic Inc.'s definitions as if fully set forth herein. Silver Lake further objects to this Request to the extent that it seeks documents that are not relevant and are not reasonably calculated to lead to the discovery of admissible evidence. Silver Lake further objects to this Request as vague, ambiguous, overbroad, and lacking particularity to the extent that it seeks discovery regarding subject matters not at issue in this litigation. Silver Lake further objects to this Request to the extent it seeks information protected from disclosure by the attorney-client privilege, attorney work-product doctrine, joint defense/common interest privilege, or any other claim of privilege, protection, law, or rule. Silver Lake further objects to this Request to the extent that it seeks confidential, proprietary, and sensitive business information that cannot be produced absent entry of an adequate protective order. Silver Lake further objects to this Request to the extent it is duplicative of other discovery propounded in this litigation. Silver Lake further objects to this Request on the basis that it is overbroad as to time.<br><br>Subject to and without waiving the foregoing objections, Silver Lake responds as follows: Silver Lake does not intend to produce documents in response to this Request. |
| **No. 3** – All documents provided to or obtained by Silver Lake in connection with any investigative or due diligence process associated with any anticipated, actual or contemplated Funding of PLAINTIFF. | Silver Lake incorporates by reference the above-stated general objections and objections to Automattic Inc.'s definitions as if fully set forth herein. Silver Lake further objects to this Request to the extent that it seeks documents that are not relevant and are not reasonably calculated to lead to the discovery of admissible evidence. Silver Lake further objects to this Request as vague, ambiguous, overbroad, and lacking particularity to the extent that it seeks discovery regarding subject matters not at issue in this litigation. Silver Lake further objects to this Request to the extent it seeks information protected from disclosure by the attorney-client privilege, attorney work-product doctrine, joint defense/common interest privilege, or any other claim of privilege, protection, law, or rule. Silver Lake further objects to this Request to the extent that it seeks confidential, proprietary, and sensitive business information that cannot be produced absent entry of an adequate protective order. Silver Lake further objects to this Request to the extent it is duplicative of other discovery propounded in this litigation. Silver Lake further objects to this Request on the basis that it is overbroad as to time.<br><br>Subject to and without waiving the foregoing objections, Silver Lake responds as follows: Silver Lake does not intend to produce documents in response to this Request. |
| **No. 5** – All financial reports from or regarding PLAINTIFF, including following any Funding of PLAINTIFF by Silver Lake, and including without limitation all updates or presentations made or directed to PLAINTIFF'S or Silver Lake's board of directors. | Silver Lake incorporates by reference the above-stated general objections and objections to Automattic Inc.'s definitions as if fully set forth herein. Silver Lake further objects to this Request to the extent that it seeks documents that are not relevant and are not reasonably calculated to lead to the discovery of admissible evidence. Silver Lake further objects to this Request as vague, ambiguous, overbroad, and lacking particularity to the extent that it seeks discovery regarding subject matters not at issue in this litigation. Silver Lake further objects to this Request to the extent it seeks information protected from disclosure by the attorney-client privilege, attorney work-product doctrine, joint defense/common interest privilege, or any other claim of privilege, protection, law, or rule. Silver Lake further objects to this Request to the extent that it seeks confidential, proprietary, and sensitive business information that cannot be produced absent entry of an adequate protective order. Silver Lake further objects to this Request to the extent it is duplicative of other discovery propounded in this litigation. Silver Lake further objects to this Request on the basis that it is overbroad as to time.<br><br>Subject to and without waiving the foregoing objections, Silver Lake responds as follows: Silver Lake does not intend to produce documents in response to this Request. |
| **No. 10** – All documents and communications with other investors, | Silver Lake incorporates by reference the above-stated general objections and objections to Automattic Inc.'s definitions as if fully set forth herein. Silver Lake further objects to this Request to the extent that it seeks documents |

| Subpoena Request | Silver Lake Objections & Responses |
|---|---|
| potential investors, or CUSTOMERS of PLAINTIFF or DEFENDANTS relating to PLAINTIFF, Automattic, or Matt Mullenweg, including but not limited to communications regarding PLAINTIFF'S PRODUCTS and SERVICES, the WEBSITE, WordPress.com, WooCommerce, or WordPress Foundation. | that are not relevant and are not reasonably calculated to lead to the discovery of admissible evidence. Silver Lake further objects to this Request as vague, ambiguous, overbroad, and lacking particularity to the extent that it seeks discovery regarding subject matters not at issue in this litigation. Silver Lake further objects to this Request to the extent it seeks information protected from disclosure by the attorney-client privilege, attorney work-product doctrine, joint defense/common interest privilege, or any other claim of privilege, protection, law, or rule. Silver Lake further objects to this Request to the extent that it seeks confidential, proprietary, and sensitive business information that cannot be produced absent entry of an adequate protective order. Silver Lake further objects to this Request to the extent it is duplicative of other discovery propounded in this litigation. Silver Lake further objects to this Request on the basis that it is overbroad as to time.<br><br>Subject to and without waiving the foregoing objections, Silver Lake responds as follows: Silver Lake does not intend to produce documents in response to this Request. |
| **No. 13** – All documents and communications regarding any Key Performance Indicators ("KPIs") or other benchmarks or business goals set or suggested by Silver Lake with respect to PLAINTIFF or PLAINTIFF'S PRODUCTS or SERVICES. | Silver Lake incorporates by reference the above-stated general objections and objections to Automatic Inc.'s definitions as if fully set forth herein. Silver Lake further objects to this Request to the extent that it seeks documents that are not relevant and are not reasonably calculated to lead to the discovery of admissible evidence. Silver Lake further objects to this Request as vague, ambiguous, overbroad, and lacking particularity to the extent that it seeks discovery regarding subject matters not at issue in this litigation. Silver Lake further objects to this Request to the extent it seeks information protected from disclosure by the attorney-client privilege, attorney work-product doctrine, joint defense/common interest privilege, or any other claim of privilege, protection, law, or rule. Silver Lake further objects to this Request to the extent that it seeks confidential, proprietary, and sensitive business information that cannot be produced absent entry of an adequate protective order. Silver Lake further objects to this Request to the extent it is duplicative of other discovery propounded in this litigation. Silver Lake further objects to this Request on the basis that it is overbroad as to time.<br><br>Subject to and without waiving the foregoing objections, Silver Lake responds as follows: Silver Lake does not intend to produce documents in response to this Request. |
| **No. 14** – All documents and communications regarding the contemplated, attempted, planned, or prospective sale or acquisition of all or part of PLAINTIFF, including without limitation indications of interest, letters of intent, confidential information memoranda, valuations of PLAINTIFF, descriptions or lists of PLAINTIFF'S assets, and any other materials, information, or communications exchanged in connection with any such potential sale or acquisition. | Silver Lake incorporates by reference the above-stated general objections and objections to Automatic Inc.'s definitions as if fully set forth herein. Silver Lake further objects to this Request to the extent that it seeks documents that are not relevant and are not reasonably calculated to lead to the discovery of admissible evidence. Silver Lake further objects to this Request as vague, ambiguous, overbroad, and lacking particularity to the extent that it seeks discovery regarding subject matters not at issue in this litigation. Silver Lake further objects to this Request to the extent it seeks information protected from disclosure by the attorney-client privilege, attorney work-product doctrine, joint defense/common interest privilege, or any other claim of privilege, protection, law, or rule. Silver Lake further objects to this Request to the extent that it seeks confidential, proprietary, and sensitive business information that cannot be produced absent entry of an adequate protective order. Silver Lake further objects to this Request to the extent it is duplicative of other discovery propounded in this litigation. Silver Lake further objects to this Request on the basis that it is overbroad as to time.<br><br>Subject to and without waiving the foregoing objections, Silver Lake responds as follows: Silver Lake does not intend to produce documents in response to this Request. |