# EXHIBIT 2 to Brug. Decl.

HIGHLY CONFIDENTIAL

UNREDACTED - ATTORNEYS' EYES ONLY

**Disclosure of Search Terms by Non-Party Silver Lake**
**April 29, 2026**
*WPEngine, Inc. v. Automattic Inc. et al.*, No. 3:24-cv-06917 (N.D. Cal.)

Custodians
Mark Gillett (MG); Greg Mondre (GM); George Preudhomme (GP); Lee Wittlinger (LW); David Zhang (DZ)

| Email Search Terms | Date Range | Custodian |
|---|---|---|
| ("complaint" OR "review" OR "feedback" OR "press" OR "news") AND ("WPE" OR "WPEngine" OR "WP Engine" OR host* OR "ACF" OR "ACF Pro" OR "Custom Fields" OR "WP Migrate" OR "Nitro" OR "WPGraphQL" OR "faust" OR "genesis" OR "WP-CLI" OR "DE{CODE}" OR "Decode" OR "WordCamp") | 9/20/24 to 12/20/24 | LW, MG, DZ, GP |
| "Mullenweg" OR "matt@mullenweg.com" OR "matt@automattic.com" OR "matt@a8c.com" OR "m@mullenweg.com" OR "m@wordpress.org" OR " MM" OR "Mullenweg.com" OR "https://mullenweg.com" OR "www.mullenweg.com" OR "Automattic" OR "Automattic.com" OR "https://automattic.com" OR "www.automattic.com" OR "@automattic" OR "A8c" OR "A8c.com" OR "https://a8c.com" OR "www.a8c.com" OR "@a8c" OR "wordpress" OR "Wordpress.com" OR "https://wordpress.com" OR "www.wordpress.com" OR "Wordpress.org" OR "https://wordpress.org" OR "www.wordpress.org" OR "Woocommerce" OR "SCF" OR "Secure Custom Fields" OR "Secure Custom Field" OR "WordCamp" OR "Five for the Future" OR "Five for Future" OR "Fork" OR "Forked" OR "WordPress Foundation" OR "WP Foundation" OR "the foundation" OR "Toni" OR "Schneider" OR "Maiorana" OR "Deckert" OR "Friedman" OR "Davies" OR "Abrahamson" | 5/1/24 to 12/20/24 | LW, MG, DZ, GP, GM |
| "Checkbox" OR "Check box" | 10/1/24 to 12/20/24 | LW, MG, DZ, GP, GM |
| "Block" OR "blocking" OR "blocked" | 9/25/24 to 12/20/24 | LW, MG, DZ, GP, GM |

HIGHLY CONFIDENTIAL
UNREDACTED - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| "lawsuit" OR "law suit" OR "court case" OR "court" OR "case" | 10/2/24 to 12/20/24 | LW, MG, DZ, GP, GM |
| ("harm" OR "damage" OR "loss" OR "injury" OR "cancel") AND ("WPE" OR "WPEngine" OR "WP Engine" OR host* OR "ACF" OR "ACF Pro" OR "Custom Fields" OR "WP Migrate" OR "Nitro" OR "WPGraphQL" OR "faust" OR "genesis" OR "WP-CLI" OR "DE{CODE}" OR "decode" OR "WordCamp") OR ("harm" OR "damage" OR "loss" OR "injury" OR "cancel") AND ("Mullenweg" OR "matt@mullenweg.com" OR "matt@automattic.com" OR "matt@a8c.com" OR "m@mullenweg.com" OR "m@wordpress.org" OR " MM" OR "Mullenweg.com" OR "https://mullenweg.com" OR "www.mullenweg.com" OR "Automattic" OR "Automattic.com" OR "https://automattic.com" OR "www.automattic.com" OR "@automattic" OR "A8c" OR "A8c.com" OR "https://a8c.com" OR "www.a8c.com" OR "@a8c" OR "wordpress" OR "Wordpress.com" OR "https://wordpress.com" OR "www.wordpress.com" OR "Wordpress.org" OR "https://wordpress.org" OR "www.wordpress.org" OR "Woocommerce" OR "SCF" OR "Secure Custom Fields" OR "Secure Custom Field" OR "WordCamp" OR "Five for the Future" OR "Five for Future" OR "Fork" OR "Forked" OR "WordPress Foundation" OR "WP Foundation" OR "the foundation" OR "Checkbox" OR "Check box" OR "Toni" OR "Schneider" OR "Maiorana" OR "Deckert" OR "Friedman" OR "Davies" OR "Abrahamson" OR "Block" OR "blocking" OR "blocked") | 9/20/24 to 12/20/24 | LW, MG, DZ, GP, GM |
| ("complaint" OR "complain" OR "feedback" OR "review" OR "criticism") w/10 ("WPE" OR "WPEngine" OR "WP") | 1/1/20 to 8/15/25 | LW, MG, DZ, GP |
| "Mullenweg" OR "Automattic" OR "WordPress Foundation" OR "wordpress.org" OR "WooCommerce" | 1/1/23 to 5/1/24 | LW, MG, DZ, GP |
| ("modification" OR "setting") w/10 "wordpress" | 1/1/20 to 8/15/2025 | LW, MG, DZ, GP |
| ("WordPress" OR "Woo" OR "WooCommerce") AND (mark* OR advertis* OR promot* OR SEO) | 1/1/20 to 8/15/2025 | LW, MG, DZ, GP |

UNREDACTED - ATTORNEYS' EYE ONLY

HIGHLY CONFIDENTIAL
**UNREDACTED - ATTORNEYS' EYES ONLY**

| | | |
|---|---|---|
| (complaint OR review OR feedback OR press OR news) AND (WPE OR WPEngine OR "WP Engine" OR host* OR ACF OR "ACF Pro" OR "Custom Fields" OR "WP Migrate" OR Nitro OR WPGraphQL OR faust OR genesis OR "WP-CLI" OR "DE{CODE}" OR Decode OR WordCamp) | 9/20/24-12/20/24 | GM |
| ("complaint" OR "complain" OR "feedback" OR "criticism" OR "review") w/10 ("WPE" OR "WP Engine" OR "WPEngine") | 1/1/20 to 12/20/24 | GM |
| ("Mullenweg" OR "Automattic") | 1/1/23 to 12/20/24 | GM |
| "WordPress Foundation" w/10 (own OR control OR trademark) | 1/1/20 to 12/20/24 | GM, MG, DZ, GP, LW |
| "wordpress.org" w/10 (access OR statement OR representation) | 1/1/20 to 12/20/24 | GM, MG, DZ, GP, LW |
| (WordPress OR Woo OR WooCommerce) w/10 (marketing OR trademark) | 1/1/23 to 12/20/24 | GM, MG, DZ, GP, LW |
| wordpress w/6 (own OR control OR trademark) | 1/1/20 to 12/20/24 | GM, MG, DZ, GP, LW |
| (WPE OR WPEngine OR "WP Engine") AND ((disable OR disables OR disabled OR disabling) w/2 (revision OR revisions)) | 1/1/23 to 12/20/24 | GM, MG, DZ, GP, LW |
| Wordpress AND ((WPE OR WPEngine OR WP) w/5 contribute) | 1/1/23 to 12/20/24 | GM, MG, DZ, GP, LW |
| Emails to or from any ▮▮▮▮▮▮▮ email address that do not contain a WPE email address on the to, from, cc, or bcc line that hit on:<br><br>("WPE" OR "WPEngine" OR "WP Engine" OR "WordPress") w/30 (sale* OR "sell" OR valu* OR acquis* OR purchas* OR stake* OR model* OR saving* OR "liquidity event" OR "409A" OR "409 A" OR ("cost" w/3 (reduc* OR "cut" OR "limit" OR "too" OR tighten*))) | 1/1/2021 to 8/15/2025 | DZ, LW |

HIGHLY CONFIDENTIAL
**UNREDACTED - ATTORNEYS' EYES ONLY**

| Phone Search Terms | Date Range | Custodian |
|---|---|---|
| Messages with Matthew Mullenweg or Mark Davies | 9/1/24 to 11/5/24 | GM, MG, GP |
| Messages with Matthew Mullenweg or Mark Davies | 9/1/24 to 11/20/25 | DZ, LW |
| Mullenweg OR Automattic OR A8C OR Wordpress OR WPE OR WPEngine OR "WP Engine" | 5/1/24 to 11/5/24 | GM, MG, GP |
| Mullenweg OR Automattic OR A8C OR Wordpress OR WPE OR WPEngine OR "WP Engine" | 5/1/24 to 11/20/25 | DZ, LW |