# EXHIBIT 3 to Brug. Decl. - Filed Provisionally Under Seal