# Exhibit 1
# To Jenkins Declaration

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**REDACTED**

**Representative Sampling of Financial Documents Produced by WPE**

| No. | Description |
|---|---|
| 1 | Consolidated Statements of Cash Flow (2021-2025) |
| 2 | 409A Valuation Reports (2021-2025) |
| 3 | Additional Presentations Containing Valuations |
| 4 | WPE Audited Consolidated Financial Statements (2020-2025[1]) |
| 5 | Board Presentations (2021-2025) |
| 6 | Numerous WP Engine Board Minutes (2021-2025) |
| 7 | ███████████████████████████ |
| 8 | Numerous Spreadsheets Containing Monthly Recurring Revenue by Customer (2020-2026) |
| 9 | Consolidated Balance Sheets (Monthly 2020-2025) |
| 10 | Consolidated Income Statements (Monthly 2020-2025) |
| 11 | Spreadsheets Regarding Customer Churn and Related Loss of Revenue |
| 12 | █████ Presentations and Models with Projections |
| 13 | Various Trending and Performance Presentations (2022-2025) |
| 14 | Consolidated Statements of Cash Flows (unaudited) (2023-2025) |
| 15 | Win-Loss Report (2020-2025) |
| 16 | WPE Annual Trending Consolidated Income Statements (2020-2023) |
| 17 | WPE Historical Forecasts (2020-2023) |
| 18 | Numerous internal presentations reflecting WPE's financial performance (2019-2025) |
| 19 | Numerous spreadsheets containing ARR, MRR, P&L, costs, gross margin, and other financial metrics |
| 20 | Spreadsheet containing WPE TAM analysis |
| 21 | Investor Summaries |
| 22 | Numerous Spreadsheets and Presentations Containing Financial Projections |
| 23 | Historical Financial Model |
| 24 | Numerous Non-GAAP Annual Profit & Loss Statements |
| 25 | More than ██████████████████ ██████████████ (2021-2024) |

---

[1] 2025 audited financials will be produced when final.