Raymond O. Aghaian (SBN 218294)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Tel: (310) 820-8800
Fax: (310) 820-8859
Email: raghaian@bakerlaw.com

*Attorneys for Non-Party*
DREAMHOST, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | **Case No.** 3:24-cv-06917-AMO |
| Plaintiff, | **DECLARATION OF RAYMOND O. AGHAIAN IN SUPPORT OF NON-PARTY DREAMHOST, LLC'S STATEMENT** |
| vs. | |
| AUTOMATTIC, INC. a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, | |
| Defendants. | |
| AUTOMATTIC, INC. a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, | |
| Counterclaimants, | |
| vs. | |
| WPENGINE, INC., a Delaware corporation, | |
| Counterdefendant, | |

1

### <u>DECLARATION OF RAYMOND O. AGHAIAN</u>

I, Raymond O. Aghaian, declare as follows:

1. I am the counsel of record for non-party DreamHost, LLC ("DreamHost").

2. I have personal knowledge of the facts set forth herein. If called upon as a witness in this action, I could and would testify competently thereto.

3. On April 22, 2025, WPE served a third-party subpoena on DreamHost related to the present case.

4. WPE filed a Motion to Compel against DreamHost in the Central District of California (I*n re: Third Party Subpoena Issued to DreamHost, LLC,* Case No. 8:25-mc-00025-MRA-DFM) on November 11, 2025.

5. On December 16, 2025, the Court ordered DreamHost and WPE to meet and confer on search terms, custodians, and date ranges with the intention for DreamHost to ultimately produce documents responsive to WPE's subpoena. Although DreamHost expressed concerns about being subject to a protective order in whose drafting it did not participate, the Court stated that it would proceed on the assumption that the AEO provisions of that protective order would adequately address the relevant concerns.

6. On or about April 6, 2026, pursuant to a Court order, DreamHost ultimately produced documents to WPE responsive to its subpoena. All documents were designated as "HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY".

7. To date, WPE has continued to request additional documents from DreamHost and its custodians, and DreamHost is working through these requests in an effort to conclude In re: Third Party Subpoena Issued to DreamHost, LLC.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Los Angeles, CA on this 14th day of May, 2026.


Dated:  May 14, 2026                    By:    _____
                                                Raymond O. Aghaian

NON-PARTY DREAMHOST, LLC'S STATEMENT IN CONNECTION WITH
PLAINTIFF'S ADMINISTRATIVE MOTION RE: SEALING