Raymond O. Aghaian (SBN 218294)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Tel: (310) 820-8800
Fax: (310) 820-8859
Email: raghaian@bakerlaw.com

*Attorneys for Non-Party*
DREAMHOST, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | **Case No.** 3:24-cv-06917-AMO |
| Plaintiff, | **DECLARATION OF CHRISTOPHER S. GHAZARIAN IN SUPPORT OF NON-PARTY DREAMHOST, LLC'S STATEMENT** |
| vs. | |
| AUTOMATTIC, INC. a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, | |
| Defendants. | |
| AUTOMATTIC, INC. a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, | |
| Counterclaimants, | |
| vs. | |
| WPENGINE, INC., a Delaware corporation, | |
| Counterdefendant, | |

-1-
DECLARATION OF CHRISTOPHER S. GHAZARIAN IN SUPPORT OF
NON-PARTY DREAMHOST, LLC'S STATEMENT

133448.000004\4900-7086-6859.1

## DECLARATION OF CHRISTOPHER S. GHAZARIAN

I, Christopher S. Ghazarian, declare as follows:

1.      I am the Chief Operating Officer and General Counsel of DreamHost, LLC ("DreamHost").

2.      I have personal knowledge of the facts set forth herein. If called upon as a witness in this action, I could and would testify competently thereto.

3.      In my role, I am involved with and have knowledge of DreamHost's negotiations with other companies regarding current business relationships and potential business relationships.

4.      DreamHost has a non-public disclosure policy where that all business information, including communications, regarding current business relationships and potential business relationships is to be kept confidential by employees. Additionally, in many instances, DreamHost signs non-disclosure agreements or contracts with confidentiality clauses to protect such information.

5.      DreamHost employees treat such business information as confidential, and such information is disclosed internally only to personnel with a business need to know.

6.      On April 22, 2025, WPE served a third party subpoena on DreamHost related to this case.

7.      WPE and DreamHost are direct competitors in the WordPress webhosting industry.

8.      After several meet-and-confer communications, WPE filed a Motion to Compel against DreamHost in the Central District of California. See *In re: Third Party Subpoena Issued to DreamHost, LLC*, Case No. 8:25-mc-00025-MRA-DFM (C.D. Cal. filed Nov. 11, 2025).

9. On or about April 6, 2026, pursuant to a Court order, DreamHost ultimately produced documents to WPE responsive to its subpoena. All documents were designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY".

10. I have reviewed WPE's Joint Discovery Letter, the Declaration of Gregory A. Fuoco, and its accompanying exhibits to determine whether they contain DreamHost confidential business information. Based on my review, I have determined that the Joint Discovery Letter, specifically the fifth highlighted/redacted portion on page 2, the Fuoco Declaration, specifically paragraph 16 at page 5, line 27 through page 6, line 2, and Exhibits B through E to the Fuoco Declaration contain DreamHost confidential business information and employee identifying information (the "DreamHost Designated Materials").

11. The proposed redactions are narrowly tailored because they are limited to the portions of WPE's filing that disclose DreamHost's confidential commercial information

12. The DreamHost Designated Materials contain non-public commercial terms, negotiation information, business relationships, and employee identifying information. Public disclosure of these materials could affect DreamHost's competitive, commercial, or reputational interests.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at __Los Angeles, CA__ on this __14th__ day of May, 2026

Dated: May 14, 2026                    By: _____

                                            Christopher S. Ghazarian

DECLARATION OF CHRISTOPHER S. GHAZARIAN IN SUPPORT OF
NON-PARTY DREAMHOST, LLC'S STATEMENT

133448.000004\4900-7086-6859.1