GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE, SBN 279092
  jrose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

GIBSON, DUNN & CRUTCHER LLP
MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
33 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.6652

GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5300
Facsimile:    650.849.5333

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*admitted pro hac vice*)
  osnyder@gibsondunn.com
HOWARD HOGAN (*admitted pro hac vice*)
  hhogan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.2400
Facsimile:    212.351.6335

*Attorneys for Defendants*
*Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants*
*WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO<br><br>**DECLARATION OF MICHAEL DORE**<br><br>Judge: Honorable Araceli Martinez-Olguin |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Gibson, Dunn &
Crutcher LLP

I, Michael Dore, declare as follows:

1.    I am an attorney duly admitted to practice before this Court. I am a partner of Gibson, Dunn & Crutcher LLP, attorneys of record for Defendants Automattic Inc., Matthew Mullenweg, and WooCommerce. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.    I submit this declaration in support of Defendants Motion in Support of its Privilege Claim regarding the document identified by Bates numbers A8C00706108 through A8C00706110.

3.    My understanding is that a Gibson Dunn attorney reviewed the document for privilege and marked a portion of the document for redaction prior to its production. The full document reflects communications on July 24, 2024 on the Automattic internal Slack channel titled "trademark-wpe-privileged."  The originally produced version redacted only one message (among twelve in the document) sending a link to a presentation to two in-house counsel and the CFO and requesting feedback from counsel. I am informed by members of our team that all 21 versions of this referenced presentation have been withheld as attorney-client privileged.

4.    The document identified by Bates numbers A8C00706108 through A8C00706110 was introduced by counsel for WP Engine as an exhibit during the April 23, 2026 deposition of Mark Davies. When introduced, I reviewed the document and noted the names of Automattic in-house counsel in the list of names on the first page of the document.  After taking a break in the deposition to review the document further and undertake an initial investigation of the circumstances of its creation, I clawed the document back as attorney-client privileged. Defendants sent WP Engine a formal Clawback Notice on April 30, 2026.

5.    After Mr. Davies' deposition, I and other members of our team undertook additional investigation of the circumstances of its creation and communicated with Jordan Hinkes, Automattic's General Counsel, regarding the document and the Slack channel in which the communications were made. Mr. Hinkes, along with former Automattic in-house counsel Neil Peretz, were participants in the Slack channel as of July 24, 2024. Based on this further investigation, we concluded that the full three-page document encompassing one page of actual communications reflected attorney-client privileged

communications.

I declare under penalty of perjury that the foregoing is true and correct.


Executed at Los Angeles, CA, on this 20th day of May, 2026.

DATED: May 20, 2026

By: /s/ *Michael Dore*
Michael Dore

DECLARATION OF MICHAEL DORE
CASE NO. 4:24-CV-06917-AMO