JOSEPH R. ROSE, SBN 27902
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

ORIN SNYDER (admitted pro hac vice)
osnyder@gibsondunn.com
HOWARD S. HOGAN (admitted pro hac vice)
HHOGAN@GIBSONDUNN.COM
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SUPPORT PRIVILEGE CLAIM**<br><br>Hearing:<br>Date:        June 24, 2026<br>Time:       1:30<br>Place:       Courtroom 4<br><br>Judge: Honorable Ajay S. Krishnan |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Case No. 4:24-cv-06917-AMO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SUPPORT PRIVILEGE CLAIM

**[PROPOSED] ORDER**

Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. ("Defendants") have filed a Motion to Support of Privilege Claim pursuant to the Court's Rule 502(d) Order.

Having fully considered the papers, the arguments of counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Defendants' Motion in Support of Privilege Claim is **GRANTED**. Pursuant to Federal Rule of Evidence 502, the document identified with Bates numbers A8C00706108 through A8C00706110 is privileged.

**IT IS SO ORDERED**

Date:

_____

Honorable Ajay S. Krishnan
UNITED STATES MAGISTRATE JUDGE