**PUBLIC**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><br>――――――――――――――――――――<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF MICHAEL DORE**<br><br>Hon. Araceli Martínez-Olguín |

6000710300.5

## DECLARATION OF MICHAEL DORE

I, Michael Dore, declare as follows:

1.     I am an attorney admitted to practice before this Court, a partner at Gibson, Dunn & Crutcher LLP, and counsel for Defendants in the above-captioned action. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, which I believe to be true. If called as a witness, I could and would testify competently to the matters herein.

2.     Attached as **Exhibit A** is a true and correct copy of a document with Bates numbers WPE00630098—WPE00630107. The privilege redaction in this document also appears in documents starting with Bates numbers WPE00615479, WPE00616276, WPE00615508, and WPE00615496.

3.     Attached as **Exhibit B** is a true and correct copy of a document bearing Bates number WPE00628097. It is an August 2, 2024 email. WPE's counsel informed us on May 6, 2026 that the August 2, 2024 email transmitted a Google Drive hyperlink to the presentation attached as Exhibit A.

4.     Attached as **Exhibit C** is a compilation of true and correct excerpts of questions and answers from the depositions of Heather Brunner and Victor Yuan.

5.     WPE designated Exhibits A and B and testimony included in Exhibit C as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order.

6.     In May 2024, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████." WPE produced this document with starting Bates number WPE00484653.

7.     WPE's privilege log entries for WPE00615508, WPE00615479, WPE00616276, and WPE00615496 state: ████████████████████████████████████████████████████ Chad Costello is not identified as author, sender, recipient, or custodian. Separate entries indicate Costello was sent the deck on August 9, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, on this 21st day of May, 2026.

DATED:  May 21, 2026          By:     _/s/ Michael Dore_____

                                       Michael Dore