Exhibits to Declaration of Michael Dore

(Provisionally Filed Under Seal)

EXHIBIT FILED UNDER SEAL