QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation<br><br>  Defendants. | CASE NO. 3:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S PORTION OF JOINT DISCOVERY LETTER**<br><br>Judge: Honorable Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>  Counterclaimants,<br><br>  vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>  Counterdefendant. | |

6000818313.1

## DECLARATION OF KAITLIN E. KEOHANE

I, Kaitlin E. Keohane, hereby declare and state as follows:

1.      I am an attorney licensed to practice before this Court and admitted to the State Bar of California.  I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter.  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.  I submit this declaration in support of WPE's portions of the parties' Joint Discovery Letter.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of WPE's April 28, 2026, privilege log for Priv Log Nos. 2534–2537 (Bates Nos. WPE00615508, WPE00615479, WPE00616276, and WPE00615496), and excerpts of WPE's May 14, 2026, privilege log for Priv Log No. 4623 (Bates No. WPE00630098), which are designated "Confidential."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of May, 2026, in San Francisco, California.

/s/ *Kaitlin E Keohane*

Kaitlin E. Keohane

-2-                          Case No. 3:24-cv-06917-AMO-ASK
DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S
PORTION OF JOINT DISCOVERY LETTER

6000818313.1