# EXHIBIT 1
# Filed Under Seal

EXHIBIT FILED UNDER SEAL