JOSEPH R. ROSE, SBN 279092
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (admitted pro hac vice)
osnyder@gibsondunn.com
HOWARD S. HOGAN (admitted pro hac vice)
hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, | Case No. 4:24-cv-06917-AMO<br><br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING DISCOVERY LETTER BRIEF RE: WP ENGINE'S PRIVILEGE REDACTIONS TO CERTAIN DOCUMENTS**<br><br>Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants and Counterclaimants (collectively, the "WordPress Parties") respectfully submit this administrative motion to consider whether portions of the Joint Letter Brief ("Letter Brief") regarding WP Engine's privilege redactions to Slide 5 of documents bearing Bates numbers WPE00615508, WPE00615479, WPE00615496, WPE00616276, and WPE00630098 (collectively, the "Redacted Documents"), as well as supporting documents to the Letter Brief, should be sealed. This Administrative Motion is supported by the Declaration of Michael Dore. In connection with this Administrative Motion, the WordPress Parties also submit a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (i.e., a "Designating Party"). The Letter Brief and supporting documents contain citations and references to materials that WP Engine—not the WordPress Parties—has designated as "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate WP Engine filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should WP Engine choose to do so)—the WordPress Parties provisionally file under seal the following documents:

The WordPress Parties submit this motion so that Plaintiff WPEngine, Inc. ("WP Engine")[1] may, in accordance with Local Rule 79-5(f)(3), submit a statement and/or declaration establishing the basis for sealing or redacting a portion or the entirety of each of the following:

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| 1 | Letter Brief | Highlighted portions | **WP Engine** claims that the highlighted information is HIGHLY |

---

[1] WP Engine is represented by Quinn Emanuel Urquhart & Sullivan, LLP.

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| | | | CONFIDENTIAL-AEO. |
| 2 | Declaration of Michael H. Dore ISO the Word Press Parties ("Dore Declaration") | Highlighted portions | **WP Engine** claims that the highlighted information is HIGHLY CONFIDENTIAL-AEO. |
| 3 | Exhibit A to Dore Declaration | Entirety of Document | **WP Engine** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 4 | Exhibit B to Dore Declaration | Entirety of Document | **WP Engine** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 5 | Exhibit C to Dore Declaration | Entirety of Document | **WP Engine** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 6 | Declaration of Chad Costello in Support of WPEngine, Inc's Portion of Joint Discovery letter | Entirety of Document | **WP Engine** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 7 | Declaration of Victor Yuan in Support of WPEngine, Inc.'s Portion of Joint Discovery Letter | Entirety of Document | **WP Engine** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 9 | Exhibit 1 to Declaration of Kaitlin Keohane in Support of WPEngine, Inc.'s Portion of Joint Discovery Letter | Entirety of Document | **WP Engine** designated the entirety of the document CONFIDENTIAL. |

Respectfully submitted,


Dated:  May 21, 2026                    GIBSON DUNN & CRUTCHER, LLP
                                        By:  */s/ Michael Dore*
                                        Michael H. Dore
                                        Joseph R. Rose
                                        Ilissa S. Samplin

                                        *Attorneys for Defendants Automattic Inc. and*
                                        *Matthew Charles Mullenweg*

DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 21st day of May, 2026.

/s/ Michael Dore
Michael Dore

DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO