IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>                Defendants.<br><br>_____<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>                Counterclaimants,<br><br>    v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>                Counterdefendant. | Case No. 4:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING DISCOVERY LETTER BRIEF RE: WP ENGINE's PRIVILEGE REDACTIONS**<br><br>Hon. Araceli Martínez-Olguín |

## [PROPOSED] ORDER

The Court has considered Defendants' and Counterclaimants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Joint Letter Brief ("Letter Brief") regarding WP Engine's privilege redactions to certain documents (the "Redacted Documents").

The Court hereby rules as follows:

| Document | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|
| Joint Letter Brief | WP Engine | Partial | | |
| Declaration of Michael H. Dore ISO the WordPress Parties ("Dore Declaration") | WP Engine | Partial | | |
| Ex. A to Dore Declaration | WP Engine | Full | | |
| Ex. B to Dore Declaration | WP Engine | Full | | |
| Ex. C to Dore Declaration | WP Engine | Full | | |
| Declaration of Chad Costello in Support of WPEngine, Inc's Portion of Joint Discovery letter | WP Engine | Full | | |
| Declaration of Victor Yuan in Support of WPEngine, Inc.'s Portion of Joint Discovery Letter | WP Engine | Full | | |
| Exhibit 1 to Declaration of Kaitlin Keohane in Support of WPEngine, Inc.'s Portion of Joint | WP Engine | Full | | |

| Document | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|
| Discovery Letter | | | | |

**IT IS SO ORDERED.**

Dated: _____     _____

Hon. Ajay S. Krishnan
Magistrate Judge, United States District Court

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:24-CV-06917-AMO