,JOSEPH R. ROSE, SBN 27902
   jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
   mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
   osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
   hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING JOINT LETTER BRIEF RE: MARKETING DOCUMENTS**<br><br>Hon. Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants and Counterclaimants (collectively, the "WordPress Parties") respectfully submit this administrative motion to consider whether another party's material should be sealed, in connection with the Joint Letter Brief (the "Letter Brief") regarding marketing documents and supporting documents to the Letter Brief. This Administrative Motion is supported by the Declaration of Howard Hogan. In connection with this Administrative Motion, the WordPress Parties also submit a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (i.e., a "Designating Party"). The Letter Brief and certain other supporting documents—namely, the Declaration of Howard Hogan (the "Hogan Declaration") and Exhibits 1 through 5 to the Hogan Declaration—contain citations and references to materials that WP Engine—not the WordPress Parties—has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the Protective Order. Paragraphs 7.2 and 7.3 of the Protective Order prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY." Pursuant to Civil Local Rule 79-5(f), the WordPress Parties seek the Court's consideration of whether these materials should be sealed, and provisionally file them under seal solely to comply with the Protective Order and to facilitate WP Engine filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should WP Engine choose to do so).

In connection with this Administrative Motion, the WordPress Parties provisionally file under seal the following documents:

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| 1 | Letter Brief | Highlighted portions | **WP Engine** claims that the highlighted information is CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |
| 2 | Declaration of Howard Hogan ISO | Highlighted portions | **WP Engine** designated the highlighted information as CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| | WordPress Parties ("Hogan Declaration") | | |
| 3 | Exhibit 1 to Hogan Declaration | Entire Document | **WP Engine** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 4 | Exhibit 2 to Hogan Declaration | Entire Document | **WP Engine** designated the entirety of the document CONFIDENTIAL. |
| 5 | Exhibit 3 to Hogan Declaration | Entire Document | **WP Engine** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 6 | Exhibit 4 to Hogan Declaration | Entire Document | **WP Engine** designated the entirety of the document CONFIDENTIAL. |
| 7 | Exhibit 5 to Hogan Declaration | Entire Document | **WP Engine** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 8 | Exhibit E to Keohane Declaration | Entire Document | **WP Engine** designated the entirety of the document as CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |

Respectfully submitted,


Dated:  May 21, 2026                    GIBSON DUNN & CRUTCHER, LLP

By:  */s/ Howard S. Hogan*
Howard S. Hogan
Josh A. Krevitt
Orin Snyder
Michael H. Dore
Joseph R. Rose
Ilissa S. Samplin

*Attorneys for Defendants Automatic Inc. and Matthew Charles Mullenweg*

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 21st day of May, 2026.

/s/ Howard S. Hogan
Howard S. Hogan

DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO