JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (admitted pro hac vice)
  osnyder@gibsondunn.com
HOWARD S. HOGAN (admitted pro hac vice)
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER RESOLVING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING DISCOVERY LETTER BRIEF RE: MARKETING DOCUMENTS**<br><br>Hon. Araceli Martínez-Olguín |

**[PROPOSED] ORDER**

The Court has considered Defendants' and Counterclaimants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Joint Letter Brief ("Letter Brief") regarding WP Engine's failure to produce certain marketing documents [Dkt. ___], any Statement filed by WP Engine in connection therewith, and the Declaration of Howard S. Hogan in Support of the Administrative Motion.

The Court hereby rules as follows:

| Document | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Joint Letter Brief | | | | WP Engine | Partial | | |
| Declaration of Howard S. Hogan ISO WordPress Parties ("Hogan Declaration") | | | | WP Engine | Partial | | |
| Ex. 1 to Hogan Declaration | | | | WP Engine | Full | | |
| Ex. 2 to Hogan Declaration | | | | WP Engine | Full | | |
| Ex. 3 to Hogan Declaration | | | | WP Engine | Full | | |
| Ex. 4 to Hogan Declaration | | | | WP Engine | Full | | |
| Ex. 5 to Hogan Declaration | | | | WP Engine | Full | | |

**IT IS SO ORDERED.**

Dated: _____        _____
                                          Hon. Ajay S. Krishnan
                                          Magistrate Judge, United States District Court

DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO