JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (admitted pro hac vice)
  osnyder@gibsondunn.com
HOWARD S. HOGAN (admitted pro hac vice)
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING JOINT LETTER BRIEF RE: MARKETING DOCUMENTS** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants and Counterclaimants (collectively, the "WordPress Parties") respectfully submit this administrative motion to file under seal certain materials pursuant to Civil Local Rule 79-5(b)-(d), in connection with the Joint Letter Brief (the "Letter Brief") regarding marketing documents and supporting documents to the Letter Brief. This Administrative Motion is supported by the Declaration of Howard S. Hogan. In connection with this Administrative Motion, the WordPress Parties also submit a Proposed Order.

The WordPress Parties are the Designating Party with respect to Exhibits A through D to the Declaration of Kaitlin Keohane (the "Keohane Declaration"). The WordPress Parties designated these materials as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraph 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). Pursuant to N.D. Cal. Civil Local Rule 79-5(b)-(d), the WordPress Parties seek to file these materials under seal because they contain confidential, proprietary, and commercially sensitive information that, if publicly disclosed, would cause competitive harm to the WordPress Parties. The WordPress Parties' Declaration of Howard S. Hogan, submitted herewith, sets forth the specific basis for sealing each such document.

In connection with this Administrative Motion, the WordPress Parties seek to file under seal the following documents:

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| 1 | Declaration of Kaitlin Keohane ISO WP Engine's Portion of the Letter Brief ("Keohane Declaration") | Highlighted portions | **WordPress Parties** designated the highlighted information CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |
| 2 | Exhibit A to Keohane Declaration | Entire document | **WordPress Parties** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 3 | Exhibit B to Keohane Declaration | Entire document | **WordPress Parties** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |

| Attachment | Document | Portion(s) to Seal | Designating Party |
|:---:|:---|:---|:---|
| 4 | Exhibit C to Keohane Declaration | Entire document | **WordPress Parties** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |
| 5 | Exhibit D to Keohane Declaration | Entire document | **WordPress Parties** designated the entirety of the document HIGHLY CONFIDENTIAL-AEO. |

Respectfully submitted,

Dated:  May 21, 2026

GIBSON DUNN & CRUTCHER, LLP

By:  */s/ Howard S. Hogan*
Howard S. Hogan
Josh A. Krevitt
Orin Snyder
Michael H. Dore
Joseph R. Rose
Ilissa S. Samplin

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 21st day of May, 2026.

*/s/ Howard S. Hogan*
Howard S. Hogan

DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO