JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF HOWARD S. HOGAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING JOINT LETTER BRIEF RE: MARKETING DOCUMENTS**<br><br>Hon. Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

**DECLARATION OF HOWARD S. HOGAN**

I, Howard Hogan, declare as follows:

1.      I am a partner at Gibson, Dunn & Crutcher LLP, counsel of record for Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, the WordPress Foundation, and WooCommerce, Inc. (collectively, the "WordPress Parties") in the above-captioned action. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify, I could and would testify competently to them.

2.      The WordPress Parties seek to file provisionally under seal the documents included in the chart included in the Administrative Motion, specifically highlighted portions of the Declaration of Kaitlin Keohane and Exhibits A through D to the Declaration of Kaitlin Keohane, which Defendants and Counterclaimants designated as confidential or highly confidential – attorneys eyes only. These documents contain proprietary business information the disclosure of which would cause the WordPress Parties competitive harm. Good cause therefore exists to seal this material pursuant to Civil Local Rule 79-5(d).

3.      Unredacted versions of these aforementioned documents are submitted in conjunction with the Administrative Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, on this 21st day of May, 2026.


DATED:  May 21, 2026                    By:     _/s/ Howard S. Hogan_____
                                                        Howard S. Hogan