JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation;<br>MATTHEW CHARLES MULLENWEG, an<br>individual; and WOOCOMMERCE INC., a<br>Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER RESOLVING<br>DEFENDANTS' ADMINISTRATIVE<br>MOTION TO FILE UNDER SEAL<br>REGARDING DISCOVERY LETTER<br>BRIEF RE: MARKETING DOCUMENTS**<br><br>Hon. Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation;<br>MATTHEW CHARLES MULLENWEG, an<br>individual; WORDPRESS FOUNDATION, a<br>California corporation; and WOOCOMMERCE<br>INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

[PROPOSED] ORDER RE: DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO
SEAL
CASE NO. 4:24-CV-06917-AMO

## [PROPOSED] ORDER

The Court has considered Defendants' and Counterclaimants' Administrative Motion to File Under Seal in connection with the Joint Letter Brief ("Letter Brief") regarding WP Engine's failure to produce certain marketing documents [Dkt. __] and the Declaration of Howard S. Hogan in Support thereof, and finds good cause to seal. The Court hereby ORDERS as follows:

| Document | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Letter Brief | | | | WordPress Parties | Partial | | |
| Declaration of Kaitlin Keohane ISO WP Engine ("Keohane Declaration") | | | | WordPress Parties | Partial | | |
| Exhibit A to Keohane Declaration | | | | WordPress Parties | Full | | |
| Exhibit B to Keohane Declaration | | | | WordPress Parties | Full | | |
| Exhibit C to Keohane Declaration | | | | WordPress Parties | Full | | |
| Exhibit D to Keohane Declaration | | | | WordPress Parties | Full | | |
| Exhibit E to Keohane Declaration | | | | WordPress Parties | Full | | |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                              Hon. Ajay S. Krishnan
                                                              Magistrate Judge, United States District Court