# Exhibit C

JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (admitted pro hac vice)
  osnyder@gibsondunn.com
HOWARD S. HOGAN (admitted pro hac vice)
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANT MATTHEW CHARLES MULLENWEG'S SECOND AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**<br><br>Judge: Honorable Araceli Martinez-Olguin |

Gibson, Dunn &
Crutcher LLP

foregoing general and specific objections, and without waiving any of his rights and privileges, Mr. Mullenweg admits this Request.

**REQUEST NO. 45:**

Admit that You did not disclose the exclusive license agreement between WordPress Foundation and Automattic in the WordPress Foundation's tax filings with the California government.

**RESPONSE TO REQUEST NO. 45:**

Mr. Mullenweg restates and incorporates his Preliminary Statement, General Objections, Objections to Definition, and Objections to Instruction as though fully set forth in this Response. Mr. Mullenweg objects to the use of the terms "exclusive license agreement" as vague and ambiguous. Mr. Mullenweg objects to this Request as overbroad because it is not limited by time period. Mr. Mullenweg objects to this Request on the ground that it lacks foundation and incorporates incorrect and misleading characterizations and assumptions. Mr. Mullenweg objects to this Request to the extent it seeks information beyond Mr. Mullenweg's possession, custody, or control. Mr. Mullenweg objects on the ground that tax returns are protected from disclosure under California law. By responding to this Request, Mr. Mullenweg does not admit Plaintiff's allegations and/or claims in this action. Subject to the foregoing general and specific objections, and without waiving any of his rights and privileges, Mr. Mullenweg has made a reasonable inquiry and the information Mr. Mullenweg knows or can readily obtain is insufficient to enable Mr. Mullenweg to admit or deny this Request, and on that basis denies this Request.

**REQUEST NO. 46:**

Admit that some of Automattic's hosting products have limited revisions by default.

**RESPONSE TO REQUEST NO. 46:**

Mr. Mullenweg restates and incorporates his Preliminary Statement, General Objections, Objections to Definition, and Objections to Instruction as though fully set forth in this Response. Mr. Mullenweg objects to this Request as vague and ambiguous in that it refers to undefined "hosting products." Mr. Mullenweg further objects to the terms "limited," "revisions," and "default" as vague and ambiguous. Mr. Mullenweg further objects to this Request on the ground that it is not limited in time. By responding to this Request, Mr. Mullenweg does not admit Plaintiff's allegations and/or

Gibson, Dunn & Crutcher LLP

MULLENWEG'S SECOND AMENDED RESPONSES & OBJECTIONS TO PLAINTIFF'S FIRST SET OF RFAS
CASE NO. 3:24-CV-06917-AMO

6000749448.4