IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 4:24-cv-06917-AMO |
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL DORE** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, | Hon. Araceli Martínez-Olguín |
| Defendants. | |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, | |
| Counterclaimants, | |
| v. | |
| WPENGINE, INC., a Delaware corporation, | |
| Counterdefendant. | |

# DECLARATION OF MICHAEL DORE

I, Michael Dore, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Gibson, Dunn & Crutcher LLP, attorneys of record for Defendants and Counterclaimants Automattic Inc., Matthew Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Defendants/Counterclaimants' position on WP Engine, Inc.'s ("WP Engine") discovery letter brief requesting an order compelling Mr. Mullenweg to sit for an additional 5 hours of deposition and Defendants to designate additional witnesses.

3. Attached as **Exhibit 1** are true and correct excerpts of the transcript of Mr. Mullenweg's three-day deposition.

4. Attached as **Exhibit 2** is a true and correct copy of emails exchanged between Orin Snyder, counsel for Defendants and Counterclaimants, and Rachel Kassabian, counsel for WP Engine, dated April 6-7, 2026.

5. Attached as **Exhibit 3** are true and correct excerpts of emails exchanged between Mr. Snyder and Ms. Kassabian, dated April 26-May 6.

6. WP Engine did not initiate a meet and confer or provide its portion of a joint letter brief prior to May 18, 2026. WP Engine first contacted Defendants to request a meet and confer at 8:01 pm on May 19, 2026. At 3:15 pm the next day, May 20, Defendants responded to WP Engine in an email that stated:

Counsel,

The agreement between the parties called for WP Engine to provide its portion of a Joint Statement over the weekend of May 15-17 and file with the court by May 18 if it sought additional deposition time with Mr. Mullenweg beyond the 21+ hours already spent on the record. You did not do so. Even if you had not agreed to that timeline, which you did not meet,

you have not identified the 30(b)(6) topics you are referring to (which you also did not specify over the three days of the deposition). In terms of your claims of "Mr. Mullenweg's delays, evasive answers and general non-responsiveness," we strongly disagree with your characterization and believe any objection to the form of Mr. Mullenweg's answers was waived by WP Engine and that WP Engine devoted a significant amount of its time to harassing and attempting to argue with the witness.

WP Engine did not respond to that email. It first provided its portion of a joint letter brief at 7:50 p.m. on May 20, 2026.

7.     WP Engine sent draft letter briefs on other topics at 8:02 p.m. and 10:54 p.m. on May 20, 2026, and 2:28 a.m. and 3:04 a.m. on May 21, 2026.

8.     When Mr. Mack called me to have a meet and confer, we had a cordial conversation. During that conversation, I asked Mr. Mack if there were alternatives to additional deposition time that might resolve the dispute. Mr. Mack said he would confer with his team.

9.     Prior to sending at 8:09 pm on May 21 a draft of WP Engine's declaration related to the letter brief concerning Mr. Mullenweg's deposition, WP Engine did not assert to Defendants that WP Engine was unable to complete its portions of the joint letter brief over the weekend of May 16/17.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, on this 21st day of May, 2026.

DATED:  May 21, 2026                    By:     /s/ *Michael Dore*
                                                Michael Dore

DECLARATION OF MICHAEL DORE
CASE NO. 4:24-CV-06917-AMO