| From: | Rachel Herrick Kassabian |
|---|---|
| To: | Snyder, Orin |
| Subject: | RE: WPE v Automattic |
| Date: | Tuesday, April 7, 2026 12:14:23 PM |
| Attachments: | RE MTC.msg |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Orin –

I have attached my earlier email to you, to which your email below is responding. In my email I presented two options, and you appear to have selected Option One. You appear to be sticking with Defendants' prior position of giving us only 2 depo days with Mullenweg on May 12 and 13 as Automattic's 30(b)(6) designee on 41 topics. You have also offered one depo day (May 14) for the Foundation's deposition, with Mullenweg as its designee on one or more unspecified topics.

As we have explained multiple times now over the past several weeks, WPE is entitled to reciprocity for 30(b)(6) deposition time. Defendants have taken the position that they need two days of deposition time with Ms. Yuan to cover her 11 topics, and two days of deposition time with Ms. Brunner to cover her 18 topics. Reciprocity dictates that WPE is entitled to a proportional amount of time for its deposition of Mr. Mullenweg to cover his 41 topics, meaning at least 3 days if not 4. Defendants opted to designate him for 41 topics, and thus, has no one to blame but themselves for the length of time needed to depose Mr. Mullenweg. If Defendants would prefer to make Mr. Mullenweg available for a lesser amount of time, it is free to de-designate him and designate others. But Defendants may not deprive WPE of adequate time to meaningfully depose Automattic.

WPE's time to depose Mr. Mullenweg in his capacity as an Automattic 30(b)(6) witness is of course exclusive of any time WPE is entitled to take deposing Mullenweg as a 30(b)(6) designee for the Foundation. As to the latter, if the Foundation intends to designate Mr. Mullenweg on one or more topics, please provide the Foundation's written response to our 30(b)(6) notice, as well as its list of designee(s). Mullenweg's deposition as the Foundation's 30(b)(6) witness will be subject to a separate time limit, depending on the number and breadth of topics the Foundation designates him on. In the meantime, we will hold May 14 as a potential depo day for Mr. Mullenweg's deposition as the Foundation's 30(b)(6) witness.

Based on Defendants' regrettable decision to deprive WPE of sufficient time needed to depose Mr. Mullenweg as Automattic's primary 30(b)(6) witness, WPE will need to revert from 2 days each to 1 day each of depo time with Heather Brunner on April 29 (18 Topics) and Regina Yuan on April 8 (11 topics). If you change your mind, please let me know, as we'd be happy to revisit this reciprocity issue. We want a fair outcome here.

Best,

Rachel

**From:** Snyder, Orin <OSnyder@gibsondunn.com>
**Sent:** Monday, April 6, 2026 1:09 PM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Subject:** WPE v Automattic

<mark>[EXTERNAL EMAIL from osnyder@gibsondunn.com]</mark>

Rachel,

In an effort to avoid burdening the Court, we will agree to Matt Mullenweg sitting for three days of deposition on May 12, 13, and 14. This time will cover his deposition in his personal capacity, as a Rule 30(b)(6) designee of Defendants, and as a Rule 30(b)(6) designee of the Foundation.

This agreement is conditioned on WP Engine honoring its prior commitment to produce Regina Yuan for two days (April 8–9) and Heather Brunner for two days (April 29–30).

We do not agree that WP Engine's decision to notice numerous topics—particularly in light of its refusal to accept our reasonable proposal that both sides streamline their topics—provides any basis for additional deposition time for Mr. Mullenweg.

In the event you believe additional time is necessary after the completion of the third day of his deposition, the parties will meet and confer in good faith regarding that issue, with all parties reserving all rights.

Best,

Orin

**Orin Snyder**
Partner

OSnyder@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to

advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.