QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation<br><br>Defendants. | CASE NO. 4:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S DISCOVERY LETTER**<br><br>Judge: Honorable Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

## DECLARATION OF KAITLIN E. KEOHANE

I, Kaitlin E. Keohane, hereby declare and state as follows:

1.      I am an attorney licensed to practice before this Court and admitted to the State Bar of California.  I am an Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter.  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.  I submit this declaration in support of WPE's Discovery Letter.

2.      Attached as **Exhibit A** is a true and correct copy of excerpts of the interrogatories served by WPE on Defendants and Counterclaimants which are the subject of WPE's Discovery Letter, and Defendants' and Counterclaimants' responses thereto.

3.      The parties engaged in a meet-and-confer on March 6, 2026, to address deficiencies in Defendants Mullenweg's and Automattic's discovery responses.  Despite subsequent communications and Defendants serving amended responses, deficiencies remained.  Those same deficiencies were apparent in the responses served by Counterclaimants WooCommerce and the WordPress Foundation.  Although Defendants and Counterclaimants served further amended responses on the close of fact discovery, May 14, 2026, those amendments failed to resolve the remaining deficiencies.  The parties therefore met and conferred again on May 20, 2026, to address the outstanding deficiencies across all interrogatory responses from Defendants and Counterclaimants.  Despite these multiple conferrals, Defendants and Counterclaimants represented that they lacked sufficient time to prepare and provide their portion of a joint letter brief, leaving WPE with no choice but to file this submission unilaterally to bring these unresolved disputes to the Court's attention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of May, 2026, in San Francisco, California.

/s/ *Kaitlin E. Keohane*

Kaitlin E. Keohane

-2-                                    Case No. 4:24-cv-06917-AMO-ASK

DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S DISCOVERY LETTER