QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700
*Attorneys for WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**WPENGINE, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO MICHAEL DORE'S DECLARATION IN SUPPORT OF DEFENDANTS' PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION**<br><br>**[N.D. Cal. Civil Local Rules 7-11, 79-5]** |

## I.    INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Seal Portions of Exhibit 3 to Michael Dore's Declaration in Support of Defendants' Portion of Joint Discovery Letter Regarding Mullenweg Deposition (the "Administrative Motion"), in connection with WPE's concurrently filed Joint Discovery Letter regarding the Mullenweg deposition ("Joint Discovery Letter"), Declaration of Michael Dore in Support of Defendants' Portion of Joint Discovery Letter ("Supporting Declaration"), and Exhibit 3 thereto.  This Administrative Motion is supported by the Declaration of Brian Mack.  In connection with this Administrative Motion, WPE also submits a Proposed Order.

In connection with this Administrative Motion, WPE provisionally files under seal the following document:

1.    Exhibit 3 to the Declaration of Michael Dore in support of Defendants' portion of Joint Discovery Letter ("Exhibit 3").

Concurrent with this Administrative Motion, WPE has also filed a public version of Exhibit 3 that contains redactions.

WPE lists below, in chart format, the portions of Exhibit 3 that contain references to information that WPE has designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."  In accordance with Section H.7. of the Court's Standing Order for Civil Cases, WPE also includes a similar chart in its Proposed Order.

**Sealing for Exhibit 3 to the Declaration of Michael Dore In Support Of**

**Defendants' Portion of the Joint Discovery Letter**

| Document Description | Portions to Be Filed Under Seal | Designating Party | Reason for Sealing |
|---|---|---|---|
| Exhibit 3 to the Declaration of Michael Dore in support of Defendants' Portion of the Joint Discovery Letter | First highlighted portion (in GREEN) at page 3. | WPE | The first highlighted portion of Exhibit 3 on page 3 contains highly sensitive medical information concerning one of the witnesses in this action. Disclosure of that information has the potential to cause specific prejudice or harm, and there is no countervailing public interest in its disclosure. |

## II.    WPE HAS DEMONSTRATED GOOD CAUSE FOR SEALING PORTIONS OF EXHIBIT 3 CONTAINING PRIVATE SENSITIVE INFORMATION

Under Ninth Circuit law, a district court may seal information submitted with a non-dispositive motion upon a showing of "good cause." *See Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). A "motion to compel discovery is only tangentially related to the merits and the good cause standard applies" in determining whether the material should be sealed. *WhatsApp Inc. v. NSO Grp. Techs., Ltd.*, 491 F. Supp. 3d 584, 596 (N.D. Cal. 2020). "Numerous courts have found that individual privacy rights in personal identifying information and health records outweigh the presumption in favor of public access to court records." *United States v. Busby*, No. 2:15-CR-00353, 2024 WL 3498161, at *1 n.1 (D. Nev. July 18, 2024) (*citing Hernandez v. Cnty. of Monterey*, No. 13-CV-02354, 2023 WL 4688522, at *5 (N.D. Cal. July 21, 2023).

As set forth in the table above, WPE is seeking to seal only the materials that discuss and disclose private medical information of one of its witnesses. Public release of such information has the potential to cause prejudice, harm, as well as would inevitably invade the individual privacy rights of said individual. Mack Decl. ¶ 4. For the foregoing reasons the Court should seal that portion of Exhibit 3 to Michael Dore's declaration in support of Defendants' portion of the Joint Letter regarding Mullenweg deposition.

Respectfully submitted,

DATED:  May 21, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By ___/s/ Brian Mack___
Brian Mack
*Attorneys for WPEngine, Inc.*

WPE'S MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO MICHAEL DORE'S DECLARATION IN SUPPORT OF DEFENDANTS' PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION

## CERTIFICATE OF SERVICE

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 21st day of May, 2026.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By /s/ Brian Mack
   Brian Mack
   *Attorneys for WPEngine, Inc.*

-3-   Case No. 4:24-cv-06917-AMO-ASK

WPE'S MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO MICHAEL DORE'S DECLARATION IN SUPPORT OF DEFENDANTS' PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION