QUINN EMANUEL URQUHART & SULLIVAN LLP

Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700
*Attorneys for WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**MACK DECLARATION IN SUPPORT OF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO DEFENDANTS' DECLARATION IN SUPPORT OF THEIR PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION**<br><br>**[N.D. Cal. Civil Local Rules 7-11, 79-5]** |

MACK DECLARATION IN SUPPORT OF WPE'S MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO DORE'S DECLARATION IN SUPPORT OF DEFENDANTS' PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION

# DECLARATION OF BRIAN MACK

I, Brian Mack, hereby declare and state as follows:

1.    I am an attorney licensed to practice before this Court and admitted to the State Bar of California.  I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter.  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.    I am making this declaration in support of WPE's Administrative Motion to Seal Portions of Exhibit 3 to Michael Dore's Declaration in Support of Defendants' Portion of Joint Discovery Letter Regarding Mullenweg Deposition.

3.    Exhibit 3 to Michael Dore's Declaration  contain quotations and references to information and that WPE has designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

4.    Based on my review of the aforementioned document, it is my understanding that the materials sought to be sealed by WPE disclose highly sensitive medical information concerning one of the witnesses in this action. Disclosure of that information has the potential to cause specific prejudice or harm, and there is no countervailing public interest in its disclosure. Defendants indicated that they do not oppose.  Accordingly, WPE requests the following information be filed under seal:

| Document Description | Portions to Be Filed Under Seal | Designating Party | Reason for Sealing |
|---|---|---|---|
| Exhibit 3 to the Declaration of Michael Dore in support of Defendants' Portion of the Joint Discovery Letter | First highlighted portion (in GREEN) at page 3. | WPE | The first highlighted portion of Exhibit 3 on page 3 contains highly sensitive medical information concerning one of the witnesses in this action. Disclosure of that information has the potential to cause specific prejudice or harm, and there is no countervailing public interest in its disclosure. |

5.    WPE has also filed public version of the filing that contains redactions.

Case No. 4:24-cv-06917-AMO-ASK

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of May, 2026, in San Francisco, California.

*/s/ Brian Mack*

Brian Mack

MACK DECLARATION IN SUPPORT OF WPE'S MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO DORE'S DECLARATION IN SUPPORT OF DEFENDANTS' PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION