QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700
*Attorneys for WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER GRANTING WPENGINE, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO MICHAEL DORE'S DECLARATION IN SUPPORT OF DEFENDANTS' PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, Counterdefendant. | |

Case No. 4:24-cv-06917-AMO-ASK

[PROPOSED] ORDER GRANTING WPE'S MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO MICHAEL DORE'S DECLARATION IN SUPPORT OF DEFENDANTS' PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION

Before the Court is the Administrative Motion to Seal Portions of Exhibit 3 to Michael Dore's Declaration in Support of Defendants' Portion of Joint Discovery Letter Regarding Mullenweg Deposition (the "Administrative Motion") filed by Plaintiff WPEngine, Inc. ("WPE"). After reviewing the moving papers, the supporting declaration, and the document sought to be sealed (or portions thereof), the Court ORDERS as follows.

| Document Description | Portions to Be Filed Under Seal | Designating Party | RESULT |
|---|---|---|---|
| Exhibit 3 to the Declaration of Michael Dore in support of Defendants' Portion of the Joint Discovery Letter | First highlighted portion (in GREEN) at page 3. | WPE | |

**IT IS SO ORDERED.**

Date:

_____
Hon. Ajay S. Krishnan
UNITED STATES MAGISTRATE JUDGE

-1-                                              Case No. 4:24-cv-06917-AMO

[PROPOSED] ORDER GRANTING WPE'S MOTION TO SEAL PORTIONS OF EXHIBIT 3 TO MICHAEL DORE'S DECLARATION IN SUPPORT OF DEFENDANTS' PORTION OF JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION