JOSEPH R. ROSE, SBN 27902
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

ORIN SNYDER *(admitted pro hac vice)*
osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WPENGINE, INC., a Delaware corporation,

Plaintiff,

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

Defendants.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,

Counterclaimants,

v.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO

**DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING JOINT LETTER BRIEF RE: PRODUCTION OF FINANCIAL DOCUMENTS FROM THE FILES OF HEATHER BRUNNER AND VICTOR YUAN**

Hon. Araceli Martínez-Olguín

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants and Counterclaimants (collectively, the "WordPress Parties") respectfully submit this administrative motion to consider whether portions of the Joint Letter Brief ( the "Letter Brief") regarding the production of financial documents from the files of Heather Brunner and Victor Yuan, as well as supporting documents to the Letter Brief, should be sealed. This Administrative Motion is supported by the Declaration of Brooke Myers Wallace. In connection with this Administrative Motion, the WordPress Parties also submit a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (i.e., a "Designating Party"). The Letter Brief and supporting documents contain citations and references to materials that WP Engine—not the WordPress Parties—has designated as "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate WP Engine filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should WP Engine choose to do so)—the WordPress Parties provisionally file under seal the following documents:

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| 1 | Letter Brief | Highlighted portions | **WP Engine** claims that the highlighted information is CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |
| 2 | Declaration of Brooke Myers Wallace ISO the Word Press Parties ("Wallace Declaration") | Highlighted portions | **WP Engine** claims that the highlighted information is CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| 3 | Exhibit 1 to Wallace Declaration | Entirety of Document | **WP Engine** designated the entirety of the testimony cited in the document HIGHLY CONFIDENTIAL-AEO. |
| 4 | Declaration of Sara Jenkins ISO WP Engine ("Jenkins Declaration") | Highlighted portions | **WP Engine** claims that the highlighted information is CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |
| 5 | Exhibit 1 to Jenkins Declaration | Highlighted portions | **WP Engine** claims that the highlighted information is CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |
| 6 | Exhibit 2 to Jenkins Declaration | Highlighted portions | **WP Engine** claims that the highlighted information is CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |

Respectfully submitted,

Dated: May 21, 2026

GIBSON DUNN & CRUTCHER, LLP
By: *<u>/s/ Brooke Myers Wallace</u>*
Josh A. Krevitt
Orin Snyder
Michael H. Dore
Joseph R. Rose
Ilissa S. Samplin

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

## CERTIFICATE OF SERVICE

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 21st day of May, 2026.

DATED: May 21, 2026

*/s/ Brooke Myers Wallace*
Brooke Myers Wallace