QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700
*Attorneys for WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER RESOLVING WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S DISCOVERY LETTER, SUPPORTING DECLARATION, AND EXHIBIT A THERETO** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, Counterdefendant. | |

# [PROPOSED] ORDER

Having considered Plaintiff WPEngine, Inc.'s ("WPE") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby **ORDERS** as follows:

## Sealing for WPE's Discovery Letter

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Highlighted portion on pages 2-4 | Information from Defendants' and Counterclaimants' Interrogatory Responses | Dkt. 295 | Partial | Designated "Confidential" and "Highly Confidential-Attorneys' Eyes Only" by Defendants/Counterclaimants |

## Sealing for Exhibit A to the Supporting Declaration

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Highlighted portion on page 1 | Information from Defendants' and Counterclaimants' Interrogatory Responses | Dkt. 295-2 | Partial | Designated "Confidential" and "Highly Confidential-Attorneys' Eyes Only" by Defendants/Counterclaimants |

**IT IS SO ORDERED.**

Date:

_____
Hon. Ajay S. Krishnan
UNITED STATES MAGISTRATE JUDGE

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED