QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700
*Attorneys for WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH THE JOINT DISCOVERY LETTER RE MULLENWEG DEPOSITION, EXHIBIT A, AND EXHIBITS 1 TO 3 THERETO**<br><br>**[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently filed Joint Discovery Letter regarding the Mullenweg deposition ("Joint Discovery Letter"), Exhibit A, and Exhibits 1 to 3 attached thereto. This Administrative Motion is supported by the Declaration of Brian Mack. In connection with this Administrative Motion, WPE also submits a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party"). WPE's Joint Discovery Letter as well as Exhibit A and Exhibits 1 to 3, refer to, and attach materials that Defendants have designated in this litigation as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate Defendants filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should they choose to do so)—WPE provisionally files under seal the following documents:

1. Unredacted Version of the Joint Discovery Letter Re: Mullenweg Deposition.
2. Unredacted Versions of the Exhibit A and Exhibits 1 to 3 attached thereto.

Concurrent with this Administrative Motion, WPE has also filed a public version of the Joint Discovery Letter and Exhibits 2 and 3 that contain redactions. Since Exhibit A and Exhibit 1 were designated "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY," WPE has filed placeholder slip sheets for these documents.

WPE lists below, in chart format, the portions of the Joint Discovery Letter and portions of the supporting exhibits that contain references to information that Defendants have designated as

"CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY." In accordance with Section H.7. of the Court's Standing Order for Civil Cases, WPE also includes a similar chart in its Proposed Order.

For the avoidance of doubt, Defendants—not WPE—claim confidentiality of the underlying cited materials and the portions that are highlighted. Therefore, for purposes of WPE's Administrative Motion and the accompanying Proposed Order, the Declaration of Brian Mack (one of WPE's counsel) merely explains that the references are to materials that Defendants have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY". WPE expressly reserves the right to oppose or otherwise respond to any responsive sealing statement that Defendants file in connection with these materials.

**Sealing for WPE's Portion of the Joint Discovery Letter**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| First highlighted portion on Page 1, Section A, First Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Second highlighted portion on Page 1, Section A, First Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| First highlighted portion on Page 1, Section A, Second Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Second highlighted portion on Page 1, Section A, Second Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Third highlighted portion on Page 1, Section A, Second Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Fourth highlighted portion on Page 1, Section A, Second Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Fifth highlighted portion on Page 1, Section A, Second Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| First highlighted portion on Page 1, Section A, Third Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Second highlighted portion on Pages 1-2, Section A, Third Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| First highlighted portion on Page 2, Section A, Fourth Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Second highlighted portion on Page 2, Section A, Fourth Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Third highlighted portion on Page 2, Section A, Fourth Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Fourth highlighted portion on Page 2, Section A, Fourth Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| First highlighted portion on Page 2, Section B, Second Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Second highlighted portion on Page 2, Section B, Second Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| First highlighted portion on Page 2, Section B, Third Paragraph | N/A | 294 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |
| Second highlighted portion on Page 2, Section B, Third Paragraph | N/A | 294 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |
| Third highlighted portion on Page 2, Section B, Third Paragraph | N/A | 294 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |
| First highlighted portion on Pages 2-3, Section B, Fourth Paragraph | N/A | 294 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |
| Second highlighted portion on Page 3, Section B, Fourth Paragraph | N/A | 294 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |
| First highlighted portion on Page 3, Section B, Fifth Paragraph | N/A | 294 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Second highlighted portion on Page 3, Section B, Fifth Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Third highlighted portion on Page 3, Section B, Fifth Paragraph | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

**<u>Sealing for Defendants' Portion of the Joint Discovery Letter</u>**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Highlighted Material on Page 5. | N/A | 294 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" and "Confidential" by Defendants |

**<u>Sealing for Exhibit A to WPE's Supporting Declaration</u>**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Exhibit A | N/A | 294-2 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

**Sealing for Exhibits 1 to 3 to Defendants' Supporting Declaration**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Exhibit 1 | N/A | 294-4 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighting in Exhibit 2 | N/A | 294-5 | Partial | Contains confidential, PII. |
| Highlighting in Exhibit 3 | N/A | 294-6 | Partial | Contains confidential, PII. |

WPE will also serve upon Defendants unredacted copies of WPE's Joint Discovery Letter, Exhibit A, and Exhibits 1 to 3.

Respectfully submitted,

DATED: May 22, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Brian Mack*
Brian Mack
*Attorneys for WPEngine, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 22nd day of May, 2026.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Brian Mack*
Brian Mack
*Attorneys for WPEngine, Inc.*