QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

Defendants.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,

Counterclaimants,

v.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO

**WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S DISCOVERY LETTER, SUPPORTING DECLARATION, AND EXHIBIT A THERETO**

**[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]**

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed Discovery Letter ("Discovery Letter"), Declaration of Gregory A. Fuoco in Support of WPE's Discovery Letter ("Supporting Declaration") and Exhibit A thereto. This Administrative Motion is supported by the Declaration of Gregory A. Fuoco. In connection with this Administrative Motion, WPE also submits a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party"). WPE's Discovery Letter as well as the Supporting Declaration contain, refer to, and attach materials that Defendants have produced in this litigation as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). Paragraphs 7.2 and 7.3 of the Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Protective Order and facilitate Defendants and Counterclaimants filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should they choose to do so)—WPE provisionally files under seal the following documents:

1. Unredacted Version of WPE's Discovery Letter
2. Unredacted Version of the Declaration of Gregory A. Fuoco in Support of WPE's Discovery Letter and Exhibit A thereto

Concurrent with this Administrative Motion, WPE has also filed public versions of these documents that contains redactions.

WPE lists below, in chart format, the portions of WPE's Discovery Letter, Supporting Declaration, and Exhibit A thereto that contain references to information that Defendants and

Counterclaimants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY." In accordance with Section H.7. of this Court's Standing Order for Civil Cases, WPE also includes a similar chart in its Proposed Order.

For the avoidance of doubt, Defendants and Counterclaimants—not WPE—claim confidentiality of the underlying cited materials and the portions that are highlighted. Therefore, for purposes of WPE's Administrative Motion and the accompanying Proposed Order, WPE lists the Declaration of Gregory A. Fuoco (one of WPE's counsel) in the column for "Dkt. No. of Decl. ISO Sealing" (which explains that the references are to materials that Defendants and Counterclaimants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY"). WPE expressly reserves the right to oppose or otherwise respond to any responsive sealing statement that Defendants and Counterclaimants file in connection with these materials.

**Sealing for WPE's Discovery Letter**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| First highlighted portion on page 1 | Information from Deposition of WordPress Foundation 30(b)(6) Designee Harmony Romo | 293 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants and Counterclaimants |
| Second highlighted portion on page 1 | Information from A8C01236177 | 293 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants and Counterclaimants |
| Third and fourth highlighted portions on page 1 | Information from Deposition of Mark Davies | 293 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants and Counterclaimants |
| Highlighted portion on | Information from | 293 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| page 2 | Deposition of Mark Davies | | | Defendants and Counterclaimants |

**Sealing for Declaration of Gregory A. Fuoco in Support of WPE's Discovery Letter**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Highlighted portion of ¶ 9 | Information from Deposition of WordPress Foundation 30(b)(6) Designee Harmony Romo | 293-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants and Counterclaimants |
| Highlighted portion of ¶ 10 | Information from A8C01236177 | 293-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants and Counterclaimants |
| Highlighted portion of ¶ 11 | Information from Deposition of Mark Davies | 293-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants and Counterclaimants |
| Highlighted portion of ¶ 18 | Information from A8C01236177 | 293-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants and Counterclaimants |

**Sealing for Exhibit A to Declaration of Gregory A. Fuoco in Support of WPE's Discovery Letter**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Exhibit A | A8C01236177 | 293-2 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by |

| **Document Description** | **Bates No.** | **Dkt. No. of Redacted Version** | **Full or Partial Sealing Sought** | **Reason for Sealing** |
| --- | --- | --- | --- | --- |
| | through -78 | | | Defendants and Counterclaimants |

WPE will also serve upon Defendants and Counterclaimants unredacted copies of WPE's Discovery Letter, the Declaration of Gregory A. Fuoco in Support of WPE's Discovery Letter, and Exhibit A thereto.

Respectfully submitted,

DATED: May 21, 2026

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By ______________________________
Gregory A. Fuoco
*Attorneys for WPEngine, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 21st day of May, 2026.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/*

Gregory A. Fuoco
*Attorneys for WPEngine, Inc.*