IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATTIC INC., a Delaware corporation;<br>MATTHEW CHARLES MULLENWEG, an<br>individual; and WOOCOMMERCE INC., a<br>Delaware corporation,<br><br>　　　　　Defendants.<br><br>―――――――――――――――――――<br><br>AUTOMATTIC INC., a Delaware corporation;<br>MATTHEW CHARLES MULLENWEG, an<br>individual; WORDPRESS FOUNDATION, a<br>California corporation; and WOOCOMMERCE<br>INC., a Delaware corporation,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>　　　　　Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br><br>**DECLARATION OF ILISSA SAMPLIN<br>IN SUPPORT OF DEFENDANTS' AND<br>COUNTERCLAIMANTS' PORTION OF<br>THE JOINT LETTER BRIEF RE: ACF<br>DOCUMENTS IDENTIFIED IN<br>POULSON DEPOSITION**<br><br>Hon. Araceli Martínez-Olguín |

DECLARATION OF ILISSA SAMPLIN
CASE NO. 4:24-CV-06917-AMO

**<u>DECLARATION OF ILISSA SAMPLIN</u>**

I, Ilissa Samplin, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am a partner of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, the WordPress Foundation, and WooCommerce, Inc. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.      I submit this declaration in support of (1) the WordPress Parties' discovery letter brief requesting an order compelling WP Engine, Inc. ("WP Engine") to produce documents identified during the April 10, 2026 Rule 30(b)(6) deposition of Iain Poulson, WP Engine's designated corporate representative and Principal Product Manager for the ACF plugin (the "Letter Brief"), and (2) the WordPress Parties' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Regarding the Letter Brief (the "Administrative Motion").

3.      Fact discovery closed on May 14, 2026. WP Engine has not produced the documents identified herein, notwithstanding that WP Engine's own 30(b)(6) designee confirmed their existence, identified their location in WP Engine's systems, and in several instances confirmed he reviewed them in preparing to testify.

4.      Attached as **Exhibit 1** are true and correct excerpts of the April 10, 2026 deposition transcript of Iain Poulson (the "Poulson Transcript") reflecting testimony as WP Engine's Rule 30(b)(6) corporate representative concerning each of the categories of documents identified in the WordPress Parties' letter brief.

5.      Attached as **Exhibit 2** are true and correct copies of the Requests for Production to which the missing documents are responsive.

6.      The WordPress Parties met and conferred with WP Engine's counsel regarding the document deficiencies identified in the Poulson deposition. Those discussions did not resolve the dispute. WP Engine has not committed to producing the identified documents. WP Engine also has not

identified Bates numbers for documents it contends have already been produced in response to the categories at issue—if any.

7.    The categories of documents at issue—including the monthly ACF dashboard spreadsheet, the refund-reasons log, BI team data-warehouse reports, Google Analytics data, annual ACF user survey data, the Google Document underlying Exhibit 9, and brand studies measuring reputational harm—were each specifically identified by Mr. Poulson during his deposition testimony.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████.

8.    None of the documents identified in Paragraph 7 above appear in WP Engine's productions as of the date of this filing, with the exception of 2024 ACF user survey data for 2023 and partial data for 2024, which contains approximately 1,300 respondents—substantially fewer than the approximately 2,000 respondents Mr. Poulson described. No comparable data was produced for any other year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, on this 21st day of May, 2026.

DATED:  May 21, 2026                    By:    _/s/ Ilissa Samplin_____
                                                Ilissa Samplin

DECLARATION OF ILISSA SAMPLIN
CASE NO. 4:24-CV-06917-AMO