# Samplin Declaration

# Exhibit 2

| **REQUEST:** |
|---|
| **No. 13** – Documents relating to any loss of sales or customers for any reason during the relevant time period, including but not limited to documents indicating the number of sales or customers lost, the identity of the specific sale and customer lost, the customer's term of subscription, the date of the loss, the reason for the loss, the location of the customer, and any tracking or reporting of renewals, cancellations, migrations to and migrations from WP Engine products or services. |
| **No. 15** – Documents sufficient to identify your total annual sales, revenues, costs (including marketing and advertising expenditures), profits and projections, in units and dollars, for each of your products and services, on a product-by-product basis, for each year since 2014. |
| **No. 59** – Documents sufficient to show your overall financial performance, including without limitation profit margins, market share, and past and projected performance, including without limitation such metrics prior to and after the purchase of any controlling interest in WPE by Silver Lake. |
| **No. 77** – All documents and communications related to customer and/or consumer retention and/or the loss of your customers and/or consumers, including without limitation the reason(s) and/or rationale(s) any customers and/or consumers were lost, any documented issues with customer(s) and/or consumer(s), and the timing of the loss of any customer(s) and/or consumer(s). |
| **No. 105** – Representative advertising, promotional, and marketing materials in each media utilized (e.g., print, television, radio, Internet, billboards) showing use of the Advanced Custom Fields marks and ACF marks from the date of your first use to the present. |
| **No. 108** – All documents and communications concerning any investigations, surveys, studies, research, polls and focus groups of customer or consumer perception of the Advanced Custom Fields marks, ACF marks, Secure Custom Fields marks, or SCF marks. |
| **No. 109** – All documents and communications concerning any investigations, surveys, studies, research, polls and focus groups of customer or consumer perception of the Advanced Custom Fields plugin or the Secure Custom Fields plugin. |
| **No. 113** – Documents sufficient to show all of your presently planned future uses of the Advanced Custom Fields marks and ACF marks. |
| **No. 124** – All documents concerning your allegation in paragraph 448 of the complaint that, as a result of Defendants' alleged actions, "WPE has suffered harm." |