QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation <br><br> Defendants. | CASE NO. 4:24-cv-06917-AMO-ASK <br><br> **DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S PORTION OF JOINT DISCOVERY LETTER** <br><br> Judge: Honorable Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Counterclaimants, <br><br> vs. <br><br> WPENGINE, INC., a Delaware corporation, <br><br> Counterdefendant. | |

## DECLARATION OF KAITLIN E. KEOHANE

I, Kaitlin E. Keohane, hereby declare and state as follows:

1. I am an attorney licensed to practice before this Court and admitted to the State Bar of California. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath. I submit this declaration in support of WPE's portions of the parties' Joint Discovery Letter.

2. WPE previously produced Exhibit 9 to the Poulson deposition as WPE00511012. On May 4, 2026, in response to an email by Defendants regarding an underlying Google document referenced in WPE00511012, WPE determined that the underlying Google document was privileged because the document was prepared at the direction of counsel and reflected legal advice of counsel. The document was included on WPE's ninth privilege log served on May 14, 2026.

3. I have investigated and confirmed that the document WPE00480324 with approximately 1,300 respondents is the complete and final version of that survey as conducted in 2024.

4. I have investigated whether the Brand Awareness Studies covered ACF issues, and confirmed that they do not.

5. I reviewed the transcript of the April 10, 2026 deposition transcript of Iain Poulson and determined that Defendants asked Mr. Poulson to identify specific, lost ACF customers at least 12 times at his deposition.

6. At 11:34 pm PT on May 21, 2026, counsel for Defendants emailed counsel for WPE with an additional edit to Defendants' portion of the joint letter brief, which stated "that the data was gone, in the ordinary course, long before WP Engine filed this lawsuit." This statement was a reference to the ACF data WPE is seeking in its portion of the joint letter brief. WPE responded to this edit before the midnight filing deadline, but Defendants insisted on removing this admission.

7. Attached as **Exhibit 1** are true and correct excerpts of the April 10, 2026 deposition transcript of Iain Poulson, portions of which are designated "Confidential" or "Attorneys' Eyes Only."

8.    Attached as **Exhibit 2** are true and correct excerpts of the December 19, 2025 deposition transcript of Barry Abrahamson, portions of which are designated "Confidential" or "Attorneys' Eyes Only."

9.    Attached as **Exhibit 3** are true and correct copies of the Requests for Production requesting Defendants' ACF plugin data, including data tracked and collected by wordpress.org.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21th day of May, 2026, in San Francisco, California.


/s/ *Kaitlin E. Keohane*

Kaitlin E. Keohane