# EXHIBIT 3

QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO-DMR<br><br>**PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**<br><br>Judge Araceli Martínez-Olguín |

*al.*, Case No. CGC- 22-600093, and/or (ii) *Jennifer Westmoreland v. Matthew Mullenweg, et al.*, Case No. CGC-22-600095.

**REQUEST NO. 165:**  All Documents Relating to sanctions awarded in (i) *Asmahan Attayeb v. Matthew Mullenweg, et al.*, Case No. CGC- 22-600093, and/or (ii) *Jennifer Westmoreland v. Matthew Mullenweg, et al.*, Case No. CGC-22-600095.

**REQUEST NO. 166:** All Documents and Communications Relating to Your use of ephemeral communication platforms, excluding email platforms, that automatically erase or can be set to automatically erase information transmitted between parties immediately or after a short amount of time.

**REQUEST NO. 167:**  Documents sufficient to identify Automattic employees, contractors, and/or agents who have performed tasks or duties, on a compensated or volunteer basis, for Audrey HC, LLC since 2020, including: (i) the identity of any Automattic employees who at any time were paid by Automattic and/or Audrey HC, LLC, (ii) the nature of the tasks or duties performed, and (iii) the amount of compensation paid to each individual.

**REQUEST NO. 168:** All Documents showing shared resources, employees, agents, or facilities between Automattic and Audrey HC, LLC.

**REQUEST NO. 169:** All Documents showing shared resources, employees, agents, or facilities between Automattic and Audrey Capital.

**REQUEST NO. 170:**  Documents sufficient to show all of Mullenweg's personal real estate properties, including: (i) the address of each property; (ii) the fair market value of each property; (iii) Mullenweg's ownership interest in each property; and (iv) the names of all people who reside in each for more than 30 days a year and their relationship to Mullenweg.

**REQUEST NO. 171:** All Documents and Communications Relating to the factual basis for, truth of or falsity of Mullenweg's statement in his April 15, 2025 Post on X.com that WPE's "legal attacks are starving resources from core."

**REQUEST NO. 172:** Documents sufficient to show the number and identity of visitors to https://wordpress.org who searched for any plugin on the wordpress.org plugin directory, available

at https://wordpress.org/plugins/, and subsequently downloaded ACF, monthly, from January 1, 2018 to present.

**REQUEST NO. 173:** Documents sufficient to show the number and identity of visitors to https://wordpress.org who searched for any plugin on the wordpress.org plugin directory, available at https://wordpress.org/plugins/, and subsequently downloaded SCF, monthly, from October 12, 2024 to present.

**REQUEST NO. 174:** Documents sufficient to show the number and identity of visitors who navigated to https://wordpress.org/plugins/advanced-custom-fields/ and, of those visitors, the number and identify of visitors who subsequently downloaded ACF, monthly from January 1, 2018 to present.

**REQUEST NO. 175:** Documents sufficient to show the number and identity of visitors who navigated to https://wordpress.org/plugins/secure-custom-fields/ and, of those visitors, the number and identify of visitors who subsequently downloaded SCF, monthly from January 1, 2018 to the present.

**REQUEST NO. 176:** Documents sufficient to show the number and identity of visitors who navigated to https://wordpress.org/plugins/advanced-custom-fields/ and, of those visitors, the number and identify of visitors who subsequently downloaded SCF, monthly from October 12, 2024 to the present.

**REQUEST NO. 177:** Documents sufficient to show how the search function on the wordpress.org plugin directory, available at https://wordpress.org/plugins/, operates, including whether results are returned based on keywords, AI, or natural language processing, and whether it employs a firewall, blacklist, blocklist, or access restriction of any kind.

**REQUEST NO. 178:** Documents sufficient to show all ways search results are or have been prioritized in response to search queries on the wordpress.org plugin directory, available at https://wordpress.org/plugins/

**REQUEST NO. 179:** All Documents and Communications Relating to any changes to the operation of the search function on the wordpress.org plugin directory, available at https://wordpress.org/plugins/, from January 1, 2018 to present.

actual or potential non-disclosure of conflicts of interest, any actual or potential non-disclosure of related-party transactions, or any inaccurate or incomplete information on any form or Document submitted by the WordPress Foundation to the IRS, California Attorney General, or any other governmental or administrative agency.

**REQUEST NO. 219:** All Documents and Communications Relating to revenue, royalties, fees, or other compensation received by Defendants from licensing or otherwise monetizing the Challenged Terms.

**REQUEST NO. 220:** All Documents, Including but not limited to financial records, accounting statements, profit and loss statements, or revenue reports, that reflect income derived from the Challenged Terms.

**REQUEST NO. 221:** All Documents, Including but not limited to, any investigations, studies, research, or non-privileged opinions Relating to the decision whether to license or otherwise monetize the Challenged Terms.

**REQUEST NO. 222:** All Documents in which You represented or implied that You would not pursue Your legal rights in the Challenged Terms.

**REQUEST NO. 223:** All Documents Relating to any discussions, investigations, studies, research, or non-privileged opinions Relating to the decision whether and on what terms to license the Challenged Terms.

Dated: July 30, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By  *Rachel Herrick Kassabian*
Rachel Herrick Kassabian
*Attorneys for Plaintiff*
*WP Engine Inc.*

-17-    Case No. 3:24-cv-06917-AMO-DMR

PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in California. I am over the age of eighteen years and not a party to the within-entitled action.  My business address is: Quinn Emanuel Urquhart & Sullivan LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065. On July 30, 2025, I served a copy of the foregoing document by transmitting it via e-mail or electronic transmission to the person(s) at the e-mail address(es) set forth below.

GIBSON, DUNN & CRUTCHER LLP
Rosemarie T. Ring
rring@gibsondunn.com
Joseph R. Rose
jrose@gibsondunn.com
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

Michael H. Dore
mdore@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

*Attorneys for Defendants*
Automattic Inc. and
Matthew Charles Mullenweg

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 30, 2025, in Redwood City, California.

/s/ *Sara Jenkins*
Sara Jenkins

PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS