IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WPENGINE, INC., a Delaware corporation,

               Plaintiff,

      v.

AUTOMATTIC INC., a Delaware corporation;
MATTHEW CHARLES MULLENWEG, an
individual; and WOOCOMMERCE INC., a
Delaware corporation,

               Defendants.

_____

AUTOMATTIC INC., a Delaware corporation;
MATTHEW CHARLES MULLENWEG, an
individual; WORDPRESS FOUNDATION, a
California corporation; and WOOCOMMERCE
INC., a Delaware corporation,

               Counterclaimants,

      v.

WPENGINE, INC., a Delaware corporation,

               Counterdefendant.

Case No. 4:24-cv-06917-AMO-ASK

**DECLARATION OF ILISSA SAMPLIN
IN SUPPORT OF DEFENDANTS' AND
COUNTERCLAIMANTS' MOTION TO
FILE UNDER SEAL REGARDING
JOINT LETTER BRIEF RE: ACF
DOCUMENTS IDENTIFIED IN
POULSON DEPOSITION**

Hon. Araceli Martínez-Olguín

## DECLARATION OF ILISSA SAMPLIN

I, Ilissa Samplin, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am a partner of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, the WordPress Foundation, and WooCommerce, Inc. in the above-captioned action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.      Defendants and Counterclaimants seek to file provisionally under seal the documents included in the chart included in the Administrative Motion, specifically heighted portions of the Letter Brief and Exhibit 2 to the Declaration of Kaitlin Keohane, which Defendants and Counterclaimants designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." These documents contain proprietary business information the disclosure of which would cause the WordPress Parties competitive harm. Good cause therefore exists to seal this material pursuant to Civil Local Rule 79-5(d).

3.      Unredacted versions of these aforementioned documents are submitted in conjunction with the Administrative Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, on this 21st day of May, 2026.


DATED:  May 21, 2026              By:     /s/ Ilissa Samplin_____
                                          Ilissa Samplin