IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><br>――――――――――――――――――――<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING JOINT LETTER BRIEF RE: ACF DOCUMENTS IDENTIFIED IN POULSON DEPOSITION**<br><br>DEPOSITION Hon. Araceli Martínez-Olguín |

# [PROPOSED] ORDER

The Court has considered Defendants' and Counterclaimants' Administrative Motion to File Under Seal in connection with the Joint Letter Brief ("Letter Brief") regarding ACF-related documents identified during the April 10, 2026 Rule 30(b)(6) deposition of Iain Poulson [Dkt. __], the Declaration of Ilissa Samplin in Support thereof, and finds good cause to seal.

| Document | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Joint Letter Brief | | | | WordPress Parties | Partial | | |
| Exhibit 2 to the Declaration of Kaitlin Keohane ISO WP Engine | | | | WordPress Parties | Full | | |

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Ajay S. Krishnan
Magistrate Judge, United States District Court