GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE, SBN 279092
   jrose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:   415.393.8200
Facsimile:   415.393.8306

GIBSON, DUNN & CRUTCHER LLP
MICHAEL H. DORE, SBN 227442
   mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
33 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.6652

GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:   650.849.5300
Facsimile:   650.849.5333

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*admitted pro hac vice*)
   osnyder@gibsondunn.com
HOWARD HOGAN (*admitted pro hac vice*)
   hhogan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:   212.351.2400
Facsimile:   212.351.6335

*Attorneys for Defendants
Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br>_____<br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' MOTION TO FILE UNDER SEAL REGARDING JOINT LETTER BRIEF RE: ACF DOCUMENTS IDENTIFIED IN POULSON DEPOSITION**<br><br>Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants and Counterclaimants (collectively, the "WordPress Parties") respectfully submit this administrative motion to file under seal certain materials pursuant to Civil Local Rule 79-5(b)-(d), in connection with the Joint Letter Brief (the "Letter Brief") regarding ACF-related documents identified during the April 10, 2026 Rule 30(b)(6) deposition of Iain Poulson and supporting documents to the Letter Brief. This Administrative Motion is supported by the Declaration of Ilissa Samplin. In connection with this Administrative Motion, the WordPress Parties also submit a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(d) authorizes a party to file an administrative motion to file under seal where the party's own confidential material is at issue. The Letter Brief and supporting documents contain information that the WordPress Parties have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). The WordPress Parties hereby request that the Court seal those portions of the filing that contain the WordPress Parties' confidential information, as identified in the table below. The WordPress Parties' designated material meets the standard for sealing because it contains proprietary business information and strategies whose disclosure would cause competitive harm. Good cause therefore exists to seal this material, and sealing is narrowly tailored to protect only the specific confidential information at issue.

In connection with this Administrative Motion the WordPress Parties provisionally file under seal the following documents:

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| 1 | Letter Brief | Highlighted portions | **WordPress Parties** designated the highlighted information is CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |
| 2 | Exhibit 2 to Keohane Declaration | Entire Document | **WordPress Parties** designated the document HIGHLY CONFIDENTIAL-AEO in its entirety. |

DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO

Respectfully submitted,

Dated:  May 21, 2026                    GIBSON DUNN & CRUTCHER, LLP
                                        By: */s/ Ilissa S. Samplin*
                                        Ilissa S. Samplin
                                        Josh A. Krevitt
                                        Orin Snyder
                                        Michael H. Dore
                                        Joseph R. Rose

                                        *Attorneys for Defendants and Counterclaimants*
                                        *Automattic Inc., Matthew Charles Mullenweg, the*
                                        *WordPress Foundation, and WooCommerce, Inc.*

DEFENDANTS AND COUNTERCLAIMANTS ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 21st day of May, 2026.

*/s/ Ilissa S. Samplin*_____
Ilissa S. Samplin

DEFENDANTS AND COUNTERCLAIMANTS ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO