IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>　　　　　Defendants.<br><br>―――――――――――――――――――――<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>　　　　　Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF ILISSA SAMPLIN IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING JOINT LETTER BRIEF RE: ACF DOCUMENTS IDENTIFIED IN POULSON DEPOSITION**<br><br>Hon. Araceli Martínez-Olguín |

## **DECLARATION OF ILISSA SAMPLIN**

I, Ilissa Samplin, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am a partner of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, the WordPress Foundation, and WooCommerce, Inc. in the above-captioned action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.      Defendants and Counterclaimants seek to file provisionally under seal the documents included in the chart included in the Administrative Motion.

3.      Unredacted versions of these aforementioned documents are submitted in conjunction with the Administrative Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, on this 21st day of May, 2026.


DATED:  May 21, 2026                          By:     *Ilissa Samplin*_____
                                                              Ilissa Samplin