QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation<br><br>Defendants. | CASE NO. 4:24-cv-06917-AMO-ASK<br><br>**PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Magistrate Judge Ajay S. Krishnan |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff WPEngine, Inc. ("WPE") hereby files this Administrative Motion to Remove Incorrectly Filed Documents as to the documents filed at Docket Entries 296, 296-1, 296-3, and 296-4.

The documents filed at Docket Entries 296, 296-1, 296-3, 296-4 contain information designated as Confidential and/or Highly Confidential – Attorneys' Eyes Only pursuant to the Protective Order in this case and that inadvertently bore incorrect redactions. Upon learning of this, WPE contacted the ECF Help Desk and these documents have been locked. WPE has re-filed these documents with corrected redactions at 309, 309-1, 309-3, and 309-4.

For the foregoing reasons, WPE respectfully requests that the Court grant this Administrative Motion to Remove Incorrectly Filed Documents at Docket Entries 296, 296-1, 296-3, and 296-4.

Dated:  May 27, 2026

QUINN, EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian
Yury Kapgan
Margret M. Caruso
Brian Mack
*Attorneys for Plaintiff WPEngine, Inc.*