UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation <br><br> Defendants. | CASE NO. 4:24-cv-06917-AMO-ASK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** <br><br> Magistrate Judge Ajay S. Krishnan |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Counterclaimants, <br><br> vs. <br><br> WPENGINE, INC., a Delaware corporation, <br><br> Counterdefendant. | |

[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S  ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

.

Presently before the Court is Plaintiff WPEngine, Inc.'s ("WPE") Administrative Motion to Remove Incorrectly Filed Documents at Docket Entries 296, 296-1, 296-3, and 296-4. Upon consideration of the Motion, the Court finds there is good cause to remove these docket entries from the record.

IT IS THEREFORE ORDERED that WPE's Administrative Motion to Remove Incorrectly Filed Documents is GRANTED and Docket Entries 296, 296-1, 296-3, and 296-4 are permanently deleted from the Court's docket.

**IT IS SO ORDERED.**

Dated:  _____        _____

The Hon. Ajay S. Krishnan
Magistrate Judge, United States District Court

-2-        Case No. 4:24-cv-06917-AMO-ASK

[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S  ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS