JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg and Counterclaimants
WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation;<br>MATTHEW CHARLES MULLENWEG, an<br>individual; and WOOCOMMERCE INC., a<br>Delaware corporation,<br><br>Defendants.<br><br>AUTOMATTIC INC., a Delaware corporation;<br>MATTHEW CHARLES MULLENWEG, an<br>individual; WORDPRESS FOUNDATION, a<br>California corporation; and WOOCOMMERCE<br>INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF PRIYAH KAUL IN<br>SUPPORT OF DEFENDANTS'<br>RESPONSE TO WPENGINE, INC.'S<br>DISCOVERY LETTER (DKT. 295)**<br><br>Hon. Araceli Martínez-Olguín |

## **DECLARATION OF PRIYAH KAUL**

I, Priyah Kaul, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am an associate at Gibson, Dunn & Crutcher LLP, attorneys of record for Defendants and Counterclaimants Automattic Inc., Matthew Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.      I submit this declaration in support of Defendants/Counterclaimants' opposition to WP Engine, Inc.'s ("WP Engine") discovery letter brief requesting an order compelling Defendants and Counterclaimants to provide further responses to certain interrogatories (Dkt. 295).

3.      The parties met and conferred concerning Automattic and Mr. Mullenweg's numerosity objections to WP Engine's interrogatories on March 6, 2026. During that meet and confer, counsel for WP Engine for the first time raised perceived deficiencies in certain interrogatory responses.

4.      Defendants acknowledged the perceived deficiencies in writing on March 20, 2026. WP Engine responded to request a response on March 25, 2026; and Defendants proposed a compromise to address certain interrogatory-related issues on April 3, 2026. WP Engine did not respond to the proposal.

5.      Defendants and Counterclaimants served amended interrogatory responses on May 14, 2026 addressing issues on which amendment was warranted.

6.      WP Engine sent Defendants a draft letter brief at 2:28 am on May 21, 2026, the day it intended to file the Motion with the Court.

7.      WP Engine sent draft letter briefs on other topics at 7:50 p.m., 8:02 p.m. and 10:54 p.m. on May 20, 2026, and 3:04 a.m. on May 21, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, on this 28th day of May, 2026.

DATED:  May 28, 2026                    By:    /s/ *Priyah Kaul*
                                               Priyah Kaul

**FILER'S ATTESTATION**

I, Joseph R. Rose, am the ECF User whose ID and password are being used to file this Request for Judicial Notice. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                        By:    /s/ *Joseph R. Rose*

                                               Joseph R. Rose

DECLARATION OF PRIYAH KAUL
CASE NO. 4:24-CV-06917-AMO