United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., et al.,<br><br>        Defendants. | Case No. 24-cv-06917-AMO   (ASK)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 275, 278 |

The Court held a hearing on two pending discovery dispute letters on May 27, 2026. Dkts. 275, 278. For the reasons stated on the record, the Court orders as follows:

As to the subpoena of Plaintiff WPEngine, Inc. ("WPE") addressed to Audrey HC, LLC and Audrey Capital, LLC (together, "Audrey"),[1] Dkt. 275, Audrey is ordered—as it offered to do—to disclose in writing the scope of its investigation, collection, and review, including but not limited to disclosure of (1) the custodial and noncustodial repositories searched, (2) the search criteria used (including search terms), and (3) who performed the search. Additionally, Defendants are ordered to apply a separate "Audrey" Bates stamp to Audrey documents produced during party discovery. Finally, Audrey is ordered to search for the referenced Hackerone.com conversation and, if found, produce the conversation to WPE. Audrey must comply with this order by Wednesday, June 3, 2026.

As to Defendant Automattic's subpoenas to Silver Lake Technology Management LLC

---

[1] While the issue was not meaningfully litigated, the Court understands from Audrey's submission that Audrey HC, LLC is not a relevant entity or custodian of documents in this case. *See* Dkt. 275 at 4 ("Audrey HC has nothing to do with this case."). Assuming that representation to be true, the inclusion of Audrey HC, LLC in this order should only confirm that understanding and should not impose any meaningful burden on Audrey HC, LLC.

("Silver Lake") and its officers, Dkt. 278, Silver Lake is ordered to run Automattic's proposed financial search terms and produce responsive documents, provided, however, that Silver Lake need not produce its communications with WPE. As discussed at the hearing, if a communication between Silver Lake and WPE is circulated internally and commented on within Silver Lake, that internal Silver Lake discussion, including the forwarded communication with WPE, should be produced. These documents should be produced by Wednesday, June 10, 2026. Silver Lake is further ordered to disclose to Automattic in writing where in its document production the documents obtained from running Automattic's non-financial search terms are located. This disclosure should occur by Monday, June 1, 2026.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California