JOSEPH R. ROSE, SBN 27902
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

ORIN SNYDER *(admitted pro hac vice)*
osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, WordPress Foundation, and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WPENGINE, INC., a Delaware corporation,

Plaintiff,

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

Defendants.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,

Counterclaimants,

v.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO-ASK

**DEFENDANTS' AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING JOINT LETTER BRIEF RE: ACF DOCUMENTS IDENTIFIED IN POULSON DEPOSITION**

Hon. Araceli Martínez-Olguín

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants and Counterclaimants (collectively, the "WordPress Parties") respectfully submit this administrative motion to consider whether portions of the Joint Letter Brief (the "Letter Brief") regarding ACF-related documents identified during the April 10, 2026 Rule 30(b)(6) deposition of Iain Poulson, as well as supporting documents to the Letter Brief, containing another party's confidential information should be sealed. This Administrative Motion is supported by the Declaration of Ilissa Samplin. In connection with this Administrative Motion, the WordPress Parties also submit a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (i.e., a "Designating Party"). The Letter Brief and supporting documents also contain citations and references to materials that WP Engine—not the WordPress Parties—has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to the Protective Order. Paragraphs 7.2 and 7.3 of the Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—to comply with the Parties' Stipulated Protective Order and to facilitate WP Engine filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should WP Engine choose to do so)—the WordPress Parties provisionally file under seal the following documents:

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| 1 | Letter Brief | Highlighted portions | **WP Engine** designated the highlighted information as CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |
| 2 | Declaration of Ilissa Samplin ISO WordPress Parties ("Samplin Declaration"). | Highlighted portions | **WP Engine** designated the highlighted information as CONFIDENTIAL or HIGHLY CONFIDENTIAL-AEO. |
| 3 | Exhibit 1 to Samplin | Entire Document | **WP Engine** designated the |

| Attachment | Document | Portion(s) to Seal | Designating Party |
|---|---|---|---|
| | Declaration | | document CONFIDENTIAL in its entirety and HIGHLY CONFIDENTIAL-AEO in part. |
| 4 | Exhibit 1 to Keohane Declaration | Entire Document | **WP Engine** designated the document HIGHLY CONFIDENTIAL-AEO in its entirety. |

Respectfully submitted,

Dated: May 28, 2026

GIBSON DUNN & CRUTCHER, LLP
By: /s/ *Joseph R. Rose*
Joseph R. Rose
Ilissa S. Samplin
Josh A. Krevitt
Orin Snyder
Michael H. Dore

*Attorneys for Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, the WordPress Foundation, and WooCommerce, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 28th day of May, 2026.

*/s/ Joseph R. Rose*
Joseph R. Rose