JOSEPH R. ROSE, SBN 27902
   jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
   mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
   osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
   hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants and Counterclaimants
Automattic Inc., Matthew Charles Mullenweg,
WordPress Foundation, and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br><br>**DECLARATION OF PRIYAH KAUL IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DKT. 296**<br><br>Hon. Araceli Martínez-Olguín |

## DECLARATION OF PRIYAH KAUL

I, Priyah Kaul, declare as follows:

1.    I am an attorney licensed to practice before this Court and admitted to the State Bar of California. I am an associate at Gibson, Dunn & Crutcher LLP, counsel of record for Defendants and Counterclaimants in the above-captioned action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.    I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of Exhibit 1 to the Declaration of Sara Jenkins containing Defendants' designated confidential material.

3.    Exhibit 1 to the Jenkins Declaration ("Jenkins Exhibit 1") consists of excerpts of the email correspondence between counsel for WP Engine and counsel for Defendants regarding the parties' negotiations over and agreement concerning the production of financial documents. Defendants designated certain portions of these communications as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104).

4.    The portions of Jenkins Exhibit 1 for which sealing is sought are highlighted in blue in the sealed version of the document. These portions are distinct from the yellow-highlighted material, which reflects WP Engine's confidential designations and is addressed in a separate motion filed by Defendants pursuant to Civil Local Rule 79-5(f).

5.    The blue-highlighted portions of Jenkins Declaration Exhibit 1 reflect confidential information belonging to Defendants that was designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the Protective Order. The yellow-highlighted portions reflect WP Engine's designated material and were addressed in a separate administrative motion filed by Defendants pursuant to Civil Local Rule 79-5(f).

6.    Defendants designated the blue-highlighted material as confidential because it includes non-public information, including:

(a) References to the categories and scope of financial documents that Defendants

agreed to produce on a reciprocal basis;

(b) References to individuals' personal obligations and financial arrangements.

7. Defendants have filed both a redacted version of Jenkins Declaration Exhibit 1 and an unredacted version under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, on this 28th day of May, 2026.


DATED:  May 28, 2026          By:     /s/ *Priyah Kaul*
                                      Priyah Kaul


### FILER'S ATTESTATION

I, Joseph R. Rose, am the ECF User whose ID and password are being used to file this Request for Judicial Notice. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:     /s/ *Joseph R. Rose*

Joseph R. Rose