JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants and Counterclaimants*
*Automattic Inc. and Matthew Charles Mullenweg,*
*WordPress Foundation and WooCommerce Inc..*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER RESOLVING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DKT. 296**<br><br>Hon. Araceli Martínez-Olguín |

# [PROPOSED] ORDER

The Court has considered Defendants' Administrative Motion to File Under Seal in connection with Dkt. 296-3 and the Declaration of Priyah Kaul in Support thereof, and finds good cause to seal. The Court hereby ORDERS as follows:

| Document | Dkt. No. of redacted version | Dkt. No. of unredacted version | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|
| Exhibit 1 to the Declaration of Sara Jenkins | 296-4 | 298-7 | Defendants | Partial | Contains discussions of confidential financial production obligations and the scope of financial documents Defendants agreed to produce on a reciprocal basis; references to non-public financial information, personal information of an individual defendant, and confidential business information regarding potential strategic transactions involving privately held entities. | |

**IT IS SO ORDERED.**

Dated: _____      _____
                                           Hon. Ajay S. Krishnan
                                           Magistrate Judge, United States District Court

[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 4:24-CV-06917-AMO