QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Defendants. | Case No. 4:24-cv-06917-AMO <br><br> **DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S OPPOSITION TO DEFENDANTS' MOTION IN SUPPORT OF PRIVILEGE CLAIM** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Counterclaimants, <br><br> v. <br><br> WPENGINE, INC., a Delaware corporation, Counterdefendant. | |

-1-                                              Case No. 4:24-cv-06917-AMO-ASK
DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S OPPOSITION TO
DEFENDANTS MOTION TO SUPPORT PRIVILEGE CLAIM

## DECLARATION OF KAITLIN E. KEOHANE

I, Kaitlin E. Keohane, hereby declare and state as follows:

1.      I am an attorney licensed to practice before this Court and admitted to the State Bar of California.  I am an Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter.  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.  I submit this declaration in support of WPE's Opposition to Defendants' Motion to Support Privilege Claim.

2.      During the April 22, 2026, deposition of Automattic CFO Mark Davies, WPE introduced as a deposition exhibit a document bearing Bates numbers A8C00706108, which Defendants had produced in partially redacted form during discovery.  Following a break in the deposition, Defendants' counsel clawed back the document in its entirety, asserting that the full document was protected by the attorney-client privilege.  On April 30, 2026, Defendants sent WPE a formal written Clawback Notice for document A8C00706108, and on May 6, 2026, Defendants provided a privilege log entry for document A8C00706108.  A true and correct copy of the privilege log entry for A8C00706108 is attached hereto as **Exhibit 1**.

3.      On May 10, 2026, WPE served a Notice of Clawback Challenge to the clawback of document A8C00706108, pursuant to Paragraph 8 of the Court's Rule 502(d) Order (Dkt. 145).  The parties met and conferred regarding the dispute on May 13, 2026.  During that meet and confer, and in written correspondence on May 14, 2026, Defendants confirmed that they were maintaining their clawback and would not produce a redacted version of document A8C00706108.  Defendants also represented during this process that they were not asserting privilege over twelve Slack messages from the same "trademark-wpe-privileged" channel that they had previously produced.  *See also* Dkt. 285-2 (Hinkes Decl.) ¶ 2.  Attached hereto as Exhibits 2 through 5 are true and correct copies of examples of the produced documents from the "trademark-wpe-privileged" Slack channel, as described below.  On May 19, 2026, WPE confirmed in writing that it was maintaining its challenge to Defendants' clawback of document A8C00706108.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of a document bearing Bates number A8C00706106, reflecting communications in the "trademark-wpe-privileged" channel on

DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S OPPOSITION TO DEFENDANTS MOTION TO SUPPORT PRIVILEGE CLAIM

July 22, 2024, which Defendants designated "Highly Confidential – Attorneys' Eyes Only."

5.    Attached hereto as **Exhibit 3** is a true and correct copy of a document bearing Bates number A8C00708215, reflecting communications in the "trademark-wpe-privileged" channel on July 30 and 31, 2024, which Defendants designated "Highly Confidential – Attorneys' Eyes Only."

6.    Attached hereto as **Exhibit 4** is a true and correct copy of a document bearing Bates number A8C00786423, reflecting communications in the "trademark-wpe-privileged" channel on July 24, 2024, which Defendants designated "Confidential."

7.    Attached hereto as **Exhibit 5** is a true and correct copy of a document bearing Bates number A8C00213017, reflecting communications in the "trademark-wpe-privileged" channel on August 13, 2024, which Defendants designated "Highly Confidential – Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 3rd day of June, 2026, in San Francisco, California.


/s/ *Kaitlin E. Keohane*

Kaitlin E. Keohane

DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S OPPOSITION TO DEFENDANTS MOTION TO SUPPORT PRIVILEGE CLAIM