# EXHIBIT 1

2026.05.13 - Defendants' Privilege Log - Vol. 6

**WP Engine v. Automattic et. al., No. 3:24-cv-06917-AMO (N.D. Cal.) -- Defendants' Privilege Log #006, dated 05/13/2026**

| Privilege Log Item Number | Internal Document ID Number | Family Relationship | Page Count | DateCreated OR DateSent | Author/ Email – From / P2 Name / RSMF Name (if any) | Email – To / RSMF Participants | Email – CC / Attorney Slack Participants (Slack Only) | Email - BCC | Subject Line/ Document Title | Privilege Status | Specific Privileges Being Asserted | Privilege Description | Attorney or Automattic Legal Team Member Whose Advice is Requested and/or Reflected (inc. Slack Channel Members) | Beginning Bates Stamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A8C_PRIV_08220 | SLACK_CTRL0001337937 | Parent/ Standalone | 3 | 7/24/2024 | trademark-wpe-privileged | Friedman, Jesse; Davies, Mark; Mullenweg, Matt; Deckert, Steve | | | trademark-wpe-privileged | Privileged in Part (Redact) | Attorney Client Communication | Slack communications requesting legal advice from Jordan Hinkes* and Neil Peretz* regarding a pending dispute in trademark-wpe-privileged groups. | Andy Missan*, Catherine Silva^, at the direction of counsel, Jordan Hinkes*, and Neil Peretz* | A8C00706108 |

1