QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO<br><br>**WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S OPPOSITION TO DEFENDANTS' MOTION IN SUPPORT OF PRIVILEGE CLAIM**<br><br>**[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed Opposition to Defendants' Motion in Support of Privilege Claim ("WPE's Opposition") and Exhibits 2 through 5 to the Declaration of Kaitlin E. Keohane in Support of WPE's Opposition. This Administrative Motion is supported by the Declaration of Kaitlin E. Keohane ("Supporting Declaration"). In connection with this Administrative Motion, WPE also submits a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party"). WPE's Opposition as well as Exhibits 2 through 5 to the Supporting Declaration contain, refer to, and attach materials that Defendants have produced in this litigation as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 283) ("Protective Order"). Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate Defendants filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should they choose to do so)—WPE provisionally files under seal the following documents:

1.     Unredacted Version of WPE's Opposition.

2.     Unredacted Version of Exhibits 2 through 5 to the Supporting Declaration.

Concurrent with this Administrative Motion, WPE has also filed a public version of its Opposition and Exhibits 2 through 5 to the Supporting Declaration that contain redactions.

WPE lists below, in chart format, the portions of WPE's Opposition and Exhibits 2 through 5 to the Supporting Declaration that contain references to information that Defendants have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES

ONLY." In accordance with Section H.7. of this Court's Standing Order for Civil Cases, WPE also includes a similar chart in its Proposed Order.

For the avoidance of doubt, Defendants—not WPE—claim confidentiality of the underlying cited materials and the portions that are highlighted. Therefore, for purposes of WPE's Administrative Motion and the accompanying Proposed Order, the Declaration of Kaitlin E. Keohane (one of WPE's counsel) merely explains that the references are to materials that Defendants have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY"). WPE expressly reserves the right to oppose or otherwise respond to any responsive sealing statement that Defendants files in connection with these materials.

| Document Description | Bates No. | Dkt. No. of Redacted Version | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|
| Highlighted portions of WPE's Opposition | Information from Exhibits 2 through 5 to the Supporting Declaration | Dkt. No. 332 | Partial | Designated "Confidential" and "Highly Confidential-Attorneys' Eyes Only" by Defendants/Counterclaimants |
| Ex. 2 to the Supporting Declaration | A8C00706106 | Dkt. No. 332-3 | Full | Designated "Highly Confidential-Attorneys' Eyes Only" by Defendants/Counterclaimants |
| Ex. 3 to the Supporting Declaration | A8C00708215 | Dkt. No. 332-4 | Full | Designated "Highly Confidential-Attorneys' Eyes Only" by Defendants/Counterclaimants |
| Ex. 4 to the Supporting Declaration | A8C00786423 | Dkt. No. 332-5 | Full | Designated "Confidential" by Defendants/Counterclaimants |
| Ex. 5 to the Supporting Declaration | A8C00213017 | Dkt. No. 332-6 | Full | Designated "Highly Confidential-Attorneys' Eyes Only" by Defendants/Counterclaimants |

WPE will also serve upon Defendants unredacted copies of WPE's Opposition and Exhibit 2 through 5 to the Supporting Declaration.

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Respectfully submitted,

DATED:  June 3, 2026                    QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                        By_____/s/ _Linda Brewer_____
                           Linda Brewer
                           *Attorneys for WPEngine, Inc.*

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 3rd day of June, 2026.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By */s/ Linda Brewer*
　　Linda Brewer
　　*Attorneys for WPEngine, Inc.*

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED