QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO<br><br>**DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S OPPOSITION TO DEFENDANTS' MOTION IN SUPPORT OF PRIVILEGE CLAIM**<br><br>**[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, Counterdefendant. | |

## DECLARATION OF KAITLIN E. KEOHANE

I, Kaitlin E. Keohane, hereby declare and state as follows:

1.      I am an attorney licensed to practice before this Court and admitted to the State Bar of California.  I am an Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter.  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.  I submit this declaration in support of WPE's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed in Connection with WPE's Opposition to Defendants' Motion in Support of Privilege Claim ("WPE's Opposition").

2.      WPE's Opposition and Exhibits 2 through 5 of my declaration in support of the same contain quotations and references to information and documents that Defendants have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

3.      To comply with the terms of the parties' Stipulated Protective Order, and to provide Defendants the opportunity to submit a sealing statement under N.D. Cal. Civil Local Rule 79-5(f) if they so choose, WPE is—concurrent and consistent with its Administrative Motion and this Declaration—provisionally filing under seal unredacted versions of WPE's Opposition and Exhibits 2 through 5 to my declaration in support of the same.

4.      The yellow highlighted references in the unredacted versions of these filings are all to documents that Defendants—not WPE—have sought to maintain as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."  WPE identifies those documents, along with Defendants' confidentiality designations, in WPE's Administrative Motion and accompanying Proposed Order.

5.      WPE has also filed public versions of the filings that contain redactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 3rd day of June, 2026, in San Francisco, California.

/s/      *Kaitlin E. Keohane*

Kaitlin E. Keohane

-1-                                                    Case No. 4:24-cv-06917-AMO

KEOHANE DECLARATION IN SUPPORT OF WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED