**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER RESOLVING WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S OPPOSITION TO DEFENDANTS' MOTION IN SUPPORT OF PRIVILEGE CLAIM** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, Counterdefendant. | |

Case No. 4:24-cv-06917-AMO-ASK

[PROPOSED] ORDER RESOLVING WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

## [PROPOSED] ORDER

The Court has considered Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's Opposition to Defendants' Motion in Support of Privilege Claim ("WPE's Opposition") and Exhibits 2 through 5 to the Declaration of Kaitlin E. Keohane in Support of WPE's Opposition, any Statement filed by Defendants in connection therewith, and the Declaration of Kaitlin E. Keohane in Support of the Administrative Motion.

The Court hereby **ORDERS** as follows:

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Party with Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Granted / Denied |
|---|---|---|---|---|---|
| Highlighted portions of WPE's Opposition | Dkt. No. 332 | | Defendants / Counterclaimants | Partial | |
| Ex. 2 to the Supporting Declaration | Dkt. No. 332-3 | | Defendants / Counterclaimants | Full | |
| Ex. 3 to the Supporting Declaration | Dkt. No. 332-4 | | Defendants / Counterclaimants | Full | |
| Ex. 4 to the Supporting Declaration | Dkt. No. 332-5 | | Defendants / Counterclaimants | Full | |
| Ex. 5 to the Supporting Declaration | Dkt. No. 332-6 | | Defendants / Counterclaimants | Full | |

**IT IS SO ORDERED.**

Date:

_____
Hon. Ajay S. Krishnan
UNITED STATES MAGISTRATE JUDGE