QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation<br><br>Defendants. | CASE NO. 3:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF CHAD COSTELLO IN SUPPORT OF WPENGINE, INC.'S STATEMENT IN CONNECTION WITH DEFENDANTS AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 320]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Judge: Honorable Araceli Martínez-Olguín |

DECLARATION OF CHAD COSTELLO IN SUPPORT LOF WPENGINE, INC.'S STATEMENT RE SEALING

## DECLARATION OF CHAD COSTELLO

I, Chad Costello, hereby declare and state as follows:

1.      I am the General Counsel and Corporate Secretary for WPEngine, Inc. ("WPE").  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath. I submit this declaration in support of WPE's Statement in Connection with Defendants' and Counterclaimants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [ECF No. 320], in connection with the Joint Discovery Letter and supporting materials filed at ECF No. 302 ("Joint Discovery Letter").

2.      In my role at WPE, I am familiar with WPE's expectations of confidentiality for internal communications, including those relating to marketing operations, brand strategy, the tools and systems used by WPE's teams, and the Advanced Custom Fields ("ACF") plugin.

3.      WPE treats its internal business development communications and analyses as confidential.  WPE makes its confidentiality expectations clear to employees.  WPE informs its employees that internal company information is confidential and must not be shared externally without authorization.  I have reviewed the documents provisionally filed under seal in connection with this matter and have determined that each contains confidential WPE information, as described below.

4.      **Excerpts of Iain Poulson Deposition Transcript (Exhibit 1 to Samplin Declaration; Exhibit 1 to Keohane Declaration):** This document contains excerpts of deposition testimony from Iain Poulson, a Principal Product Manager at WPE, that reveal confidential details about WPE's financials and analytics information related to ACF, as well as nonpublic details about WPE's communications with customers over the takeover of the ACF plugin, all of which WPE treats as proprietary.

5.      **Letter Brief/Samplin Declaration:**  The redacted portions of the letter brief and the Declaration of Ilissa Samplin reflect and reference the confidential information contained in the testimony described above.

6.      The information in each of the above documents and deposition testimony is not publicly known.  WPE recognizes and protects the value of this information through its policies and

DECLARATION OF CHAD COSTELLO IN SUPPORT OF WPENGINE, INC.'S STATEMENT RE SEALING

practices designed to prevent confidential information from being disclosed externally.  Public disclosure of any of these materials would cause competitive harm to WPE by providing competitors and potential counterparties with insight into WPE's sensitive information regarding the ACF plugin.  This information is especially sensitive considering Defendants' previous takeover of the plugin and the continued existence of the Secure Custom Fields plugin.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 3, 2026

*Chad Costello*
Chad Costello (Jun 4, 2026 17:34:49 CDT)

Chad Costello

Case No. 3:24-cv-06917-AMO-ASK
DECLARATION OF CHAD COSTELLO IN SUPPORT OF WPENGINE, INC.'S STATEMENT RE SEALING