JOSEPH R. ROSE, SBN 27902
 jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
 mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
 jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
 osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc., Matthew
Charles Mullenweg, and WooCommerce Inc. and
Counterclaimant WordPress Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>    Counterclaimants,<br><br>    v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>    Counterdefendant. | Case No. 4:24-cv-06917-AMO<br><br>**DECLARATION OF JOSEPH R. ROSE IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES PURSUANT TO LOCAL RULE 6-3**<br><br>Hon. Araceli Martínez-Olguín |

Gibson, Dunn & Crutcher LLP

# I.    INTRODUCTION

I, Joseph R. Rose, declare as follows:

1.    I am a member in good standing of the California Bar and am admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, which has been retained by Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, WooCommerce Inc., and WordPress Foundation (collectively, "Defendants") to represent them in the above-captioned action. I submit this declaration in support of Defendants' concurrently filed Motion to Modify Expert Discovery and Summary Judgment Deadlines Pursuant to Local Rule 6-3 (the "Scheduling Motion"). Unless otherwise stated, the following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

2.    Under the operative case schedule, initial expert disclosures and reports are due on June 25, 2026. *See* Dkt. 240. The June 25 deadline for opening expert reports has become impractical for two reasons.

3.    First, following Judge Krishnan's orders of June 5, 2026, both parties must make additional productions and take further depositions concerning important information that is directly relevant to expert work. Plaintiff may appeal Judge Krishnan's orders, further extending the production and deposition timeline, but under the June 5, 2026 orders, Plaintiff's additional production must be completed by July 2, 2026, and Defendants' deposition of Ms. Yuan will take place shortly thereafter. Based on that schedule, Defendants' experts will be required to complete their opening reports without the benefit of that relevant discovery.

4.    Second, at least seven of the disclosed experts' reports will concern claims or counterclaims subject to currently pending motions to dismiss that will be heard on June 25 (the same day expert reports are currently due). Those expert reports may be mooted or require significant revision if the corresponding claims are dismissed. Plus, regardless of the outcome, the Court's reasoning and explanation will provide important guidance for these experts to consider in preparing their reports and for the parties to consider in approaching summary judgment. The current schedule risks inefficient and imprecise expert discovery because the pleadings will not be settled until *after* the

Gibson, Dunn & Crutcher LLP

existing disclosure deadline.

5. On June 2, 2026, a member of my team contacted counsel for Plaintiff via email and proposed stipulating to modifications of the expert discovery and summary judgment deadlines, explaining that it would be impractical to exchange initial expert reports before fact discovery was completed and the pleadings were settled.

6. Counsel for Plaintiff responded on June 4, 2026, and stated its "final position" was to agree to a 21-day extension of the expert discovery and the summary judgment briefing schedule. Because a 21-day extension would not solve either of the problems identified above, Defendants proceeded with the Scheduling Motion.

7. The Court entered the Case Management Scheduling Order in this litigation on February 28, 2025. *See* Dkt 119.

8. On October 21, 2025, the Court granted the Parties' stipulation to extend the close of fact discovery from November 20, 2025, to March 12, 2026, to allow adequate time for discovery into Defendants' counterclaims, which at the time had not yet been filed. *See* Dkt. 193.

9. On February 20, 2026, the Court granted the Parties' stipulation to extend the close of fact discovery from March 12, 2026, to May 14, 2026, to allow adequate time for discovery into Defendants' counterclaims. *See* Dkt. 240.

Should Defendants' motion be granted, subsequent discovery deadlines would be extended accordingly. The chart below extends each operative deadline by about three months.

| Event | Current Operative Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of fact discovery | May 14, 2026 | n/a |
| Parties to provide initial expert disclosure(s) and report(s) | June 25, 2026 | September 24, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | July 30, 2026 | October 29, 2026 |
| Close of expert discovery | August 27, 2026 | December 3, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | September 17, 2026 | January 14, 2027 |

Gibson, Dunn & Crutcher LLP

ROSE DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES
CASE NO. 4:24-CV-06917-AMO
2

| | | |
|---|---|---|
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | October 15, 2026 | February 18, 2027 |
| Deadline for Daubert motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | October 15, 2026 | February 18, 2027 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | November 5, 2026 | March 11, 2027 |
| Deadline for oppositions to Daubert motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | November 5, 2026 | March 11, 2027 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | November 19, 2026 | March 22, 2027 |
| Deadline for reply in support of Daubert motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | November 19, 2026 | March 22, 2027 |
| Hearing on summary judgment and Daubert motions | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |
| Joint pretrial conference statement | July 26, 2027, or as otherwise set by the Court | July 26, 2027, or as otherwise set by the Court |
| Pretrial conference | August 12, 2027, at 11:00 a.m., or as otherwise set by the Court | August 12, 2027, at 11:00 a.m., or as otherwise set by the Court |
| Jury Trial (10 days) | September 14, 2027, at 8:30 a.m. | September 14, 2027, at 8:30 a.m. |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Francisco, California on this 10th day of June, 2026.

DATED: June 10, 2026                              By: */s/ Joseph R. Rose*
                                                          Joseph R. Rose

Gibson, Dunn & Crutcher LLP