JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc., Matthew
Charles Mullenweg, and WooCommerce Inc. and
Counterclaimant WordPress Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, | Case No. 4:24-cv-06917-AMO |
| Plaintiff, | **[PROPOSED] ORDER TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES PURSUANT TO LOCAL RULE 6-3** |
| v. | |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, | Hon. Araceli Martínez-Olguín |
| Defendants. | |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, | |
| Counterclaimants, | |
| v. | |
| WPENGINE, INC., a Delaware corporation, | |
| Counterdefendant. | |

Gibson, Dunn &
Crutcher LLP

The Court, having considered the Motion to Modify Expert Discovery and Summary Judgment Deadlines Pursuant to Local Rule 6-3 (the "Scheduling Motion"), and for good cause appearing, hereby ORDERS that the Scheduling Motion is GRANTED. The case schedule shall be amended as follows:

| Event | Current Operative Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of fact discovery | May 14, 2026 | n/a |
| Parties to provide initial expert disclosure(s) and report(s) | June 25, 2026 | September 24, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | July 30, 2026 | October 29, 2026 |
| Close of expert discovery | August 27, 2026 | December 3, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | September 17, 2026 | January 14, 2027 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | October 15, 2026 | February 18, 2027 |
| Deadline for *Daubert* motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | October 15, 2026 | February 18, 2027 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | November 5, 2026 | March 11, 2027 |
| Deadline for oppositions to *Daubert* motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | November 5, 2026 | March 11, 2027 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | November 19, 2026 | March 22, 2027 |
| Deadline for reply in support of *Daubert* motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | November 19, 2026 | March 22, 2027 |
| Hearing on summary judgment and *Daubert* motions** | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES PURSUANT TO LOCAL RULE 6-3
CASE NO. 4:24-CV-06917-AMO

1

| Joint pretrial conference statement | July 26, 2027, or as otherwise set by the Court | July 26, 2027, or as otherwise set by the Court |
|---|---|---|
| Pretrial conference | August 12, 2027, at 11:00 a.m., or as otherwise set by the Court | August 12, 2027, at 11:00 a.m., or as otherwise set by the Court |
| Jury Trial (10 days) | September 14, 2027, at 8:30 a.m. | September 14, 2027, at 8:30 a.m. |

**\*\*_Daubert_ motions shall comply with the requirements set forth in Paragraph G.1 of the Court's Standing Order for Civil Cases. Expert reports shall adhere to the formatting requirements set forth in Paragraph F.**

IT IS SO ORDERED.

Dated: _____

_____
Honorable Araceli Martínez-Olguín
United States District Judge

Gibson, Dunn & Crutcher LLP