GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE, SBN 279092
  jrose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

GIBSON, DUNN & CRUTCHER LLP
MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
33 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.6652

GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5300
Facsimile:    650.849.5333

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*admitted pro hac vice*)
  osnyder@gibsondunn.com
HOWARD HOGAN (*admitted pro hac vice*)
  hhogan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.2400
Facsimile:    212.351.6335

*Attorneys for Defendants*
*Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants*
*WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL DORE**<br><br>Judge: Honorable Araceli Martinez-Olguin |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Gibson, Dunn &
Crutcher LLP

I, Michael Dore, declare as follows:

1.    I am an attorney duly admitted to practice before this Court. I am a partner of Gibson, Dunn & Crutcher LLP, attorneys of record for Defendants Automattic Inc., Matthew Mullenweg, and WooCommerce. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.    I submit this declaration in support of Defendants' Reply in Support of its Privilege Claim regarding the document identified by Bates numbers A8C00706108 through A8C00706110.

3.    Defendants produced as the document identified by beginning Bates numbers A8C00786423 ('A8C00786423'), a Slack exchange from July 24, 2024 that included four communications from Matthew Mullenweg and Steve Deckert that were also included in the document identified by beginning Bates number A8C00706108 ('A8C00706108'). When filing this motion, Defendants were not aware that those four communications in the A8C00786423 document were included in the A8C00706108 document. Having seen that those communications were, in fact, included in the A8C00786423 document, Defendants no longer seek to assert privilege over the entirety of the A8C00706108 document. For purposes of this motion, Defendants seek to assert privilege over only the communications leading up to 3:27 pm on July 24, 2024, and not the final four communications in the document by Matthew Mullenweg and Steve Deckert from 8:58 pm to 9:17 pm that were produced as the A8C00706108 document.

4.    I attest that the document identified by Internal Document ID Number CTRL0001162297 and Privilege Log Item Number A8C_PRIV_06656 includes Neil Peretz (in-house counsel) as a Slack participant. I also attest that Mr. Peretz sent his thoughts regarding trademark enforcement in the trademark-wpe-privileged Slack channel on July 19, 2024. This document was withheld for privilege.

5.    I attest that the document identified by Internal Document ID Number CTRL0001162307 and Privilege Log Item Number A8C_PRIV_06661 includes Beau Lebens and in-house counsel participants Jordan Hinkes and Neil Peretz. It includes communications by Messrs. Peretz and Hinkes regarding revisions to a slide deck on trademark enforcement matters that were sent

Gibson, Dunn & Crutcher LLP

on July 28, 2024. This document was withheld for privilege.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, NY, on this 10th day of June, 2026.

DATED: June 10, 2026

By: /s/ *Michael H. Dore*
Michael H. Dore

SUPPLEMENTAL DECLARATION OF MICHAEL DORE
CASE NO. 4:24-CV-06917-AMO

Gibson, Dunn &
Crutcher LLP