QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700
*Attorneys for WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Defendants. | Case No. 4:24-cv-06917-AMO-ASK <br><br> **WPENGINE, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING** <br><br> **[N.D. Cal. Civil Local Rule 7-11]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Counterclaimants, <br><br> v. <br><br> WPENGINE, INC., a Delaware corporation, <br><br> Counterdefendant. | |

Pursuant to Civil Local Rules 7-11 and the Court's Standing Order, Plaintiff WPEngine, Inc. ("WPE") respectfully submits this administrative motion requesting leave to use demonstratives during the June 25, 2026 motion to dismiss hearing. The demonstratives will aid the Court's understanding of the issues presented.

In addition, WPE requests that the Court allow one of WPE's attorneys, Brian Mack, to appear remotely during the hearing via Zoom. Mr. Mack is traveling out of state at the time of the scheduled hearing, but would like to participate as a speaker at the hearing.

Pursuant to N.D. Cal. Civil Local Rule 7-11, WPE contacted counsel for Defendants on June 12, 2026, requesting that Defendants stipulate to the parties' use of demonstratives at the June 25, 2026 motion to dismiss hearing. Counsel for Defendants did not respond to WPE's request, requiring WPE to file this administrative motion without a stipulation. Mack Decl. ¶ 2.

Respectfully submitted,

DATED:  June 12, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Brian Mack
Brian Mack
*Attorneys for WPEngine, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 12th day of June, 2026.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  /s/ Brian Mack
　　Brian Mack
　　*Attorneys for WPEngine, Inc.*