QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700
*Attorneys for WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**MACK DECLARATION IN SUPPORT OF WPENGINE, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING**<br><br>**[N.D. Cal. Civil Local Rules 7-11]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation, Counterdefendant. | |

Case No. 4:24-cv-06917-AMO-ASK

MACK DECLARATION IN SUPPORT OF WPE'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING

## **DECLARATION OF BRIAN MACK**

I, Brian Mack, hereby declare and state as follows:

1.      I am an attorney licensed to practice before this Court and admitted to the State Bar of California.  I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter.  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.  I submit this declaration in support of WPE's Administrative Motion Requesting Leave to Use Demonstratives at the June 25, 2026 Motion to Dismiss Hearing.

2.      Pursuant to N.D. Cal. Civil Local Rule 7-11, WPE contacted counsel for Defendants on June 12, 2026, requesting that Defendants stipulate to the parties' use of demonstratives at the June 25, 2026 motion to dismiss hearing.  Counsel for Defendants did not respond to WPE's request, requiring WPE to file this administrative motion without a stipulation.

Executed on this 12th day of June, 2026, in San Francisco, California.


/s/ *Brian Mack*

Brian Mack

MACK DECLARATION IN SUPPORT OF WPE'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING