UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation<br><br>                    Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING**<br><br>Judge Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>                    Counterclaimants,<br><br>        vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>                    Counterdefendant. | |

Case No. 4:24-cv-06917-AMO-ASK
[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING

The Court, having considered Plaintiff WPEngine, Inc.'s Administrative Motion Requesting Leave to Use Demonstratives at the June 25, 2026 Motion to Dismiss Hearing, hereby **ORDERS** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Araceli Martinez-Olguin
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING