QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>        vs.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation<br><br>              Defendants.<br><br>─────────────────────────────<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>              Counterclaimants,<br><br>        vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>              Counterdefendant. | CASE NO. 4:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF GREGORY A. FUOCO IN SUPPORT OF WPENGINE, INC.'S LIMITED OPPOSITION TO DEFENDANTS' MOTION TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES**<br><br>Judge: Honorable Araceli Martínez-Olguín |

-1-                                                    Case No. 4:24-cv-06917-AMO-ASK

DECLARATION OF GREGORY A. FUOCO IN SUPPORT OF WPENGINE, INC.'S LIMITED OPPOSITION TO DEFENDANTS' MOTION TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES

### DECLARATION OF GREGORY A. FUOCO

I, Gregory A. Fuoco, hereby declare and state as follows:

1.      I am an attorney licensed to practice before this Court and admitted to the State Bar of California.  I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter.  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.  I submit this declaration in support of WPE's concurrently filed Limited Opposition to Defendants' Motion to Modify Expert Discovery and Summary Judgment Deadlines.

2.      On May 29, 2026, the Court continued the hearing on the parties' pending motions to dismiss from June 4, 2026 to June 25, 2026.  Dkt. 328.

3.      June 25, 2026 is also the parties' current deadline to exchange expert reports.

4.      On June 2, 2026, counsel for Defendants contacted counsel for WPE with a proposed stipulation to modify the case schedule, which included an extension of the expert discovery deadlines by roughly three months, and an extension of the summary judgment briefing deadlines by roughly four months.

5.      On June 4, 2026, I emailed counsel for Defendants to communicate that WPE did not agree to Defendants' lengthy proposed schedule modification, but would be willing to agree to a shorter schedule modification. Specifically, WPE suggested extending the expert discovery and summary judgment deadlines by 21 days.  Such an extension would resolve the conflict between the June 25 expert disclosure deadline and the June 25 hearing on the parties' pending motions to dismiss.  It would also restore the spacing between the new motion to dismiss hearing (June 25) and the new expert report disclosure deadline (July 16, if WPE's proposal were adopted).  Defendants did not respond to WPE's proposal and instead filed the instant motion.

6.      The schedule modification that WPE proposed, and consents to in light of the currently conflicting deadlines on June 25, is set forth below:

| Event | Current Operative Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of fact discovery | May 14, 2026 | N/A |
| Parties to provide initial expert disclosure(s) and report(s) | June 25, 2026 | July 16, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | July 30, 2026 | August 20, 2026 |
| Close of expert discovery | August 27, 2026 | September 17, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | September 17, 2026 | October 8, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | October 15, 2026 | November 5, 2026 |
| Deadline for Daubert motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | October 15, 2026 | November 5, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | November 5, 2026 | November 25, 2026 |
| Deadline for oppositions to Daubert motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | November 5, 2026 | November 25, 2026 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | November 19, 2026 | December 10, 2026 |
| Deadline for reply in support of Daubert motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | November 19, 2026 | December 10, 2026 |

Case No. 4:24-cv-06917-AMO-ASK

DECLARATION OF GREGORY A. FUOCO IN SUPPORT OF WPENGINE, INC.'S LIMITED OPPOSITION TO DEFENDANTS' MOTION TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES

| Hearing on summary judgment and Daubert motions | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |
|---|---|---|
| Joint pretrial conference statement | July 26, 2027, or as otherwise set by the Court | No Change |
| Pretrial conference | August 12, 2027, at 11:00 a.m., or as otherwise set by the Court | No Change |
| Jury Trial (10 days) | September 14, 2027, at 8:30 a.m. | No Change |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 15, 2026, in Burbank, California.

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Gregory A. Fuoco*
Gregory A. Fuoco
*Attorneys for WPEngine, Inc.*

-4-                    Case No. 4:24-cv-06917-AMO-ASK

DECLARATION OF GREGORY A. FUOCO IN SUPPORT OF WPENGINE, INC.'S LIMITED OPPOSITION TO DEFENDANTS' MOTION TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES