QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation<br><br>　　　　Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**[PROPOSED] ORDER MODIFYING EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES**<br><br>Hon. Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>　　　　Counterclaimants,<br><br>　　vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>　　　　Counterdefendant. | |

The Court, having considered Defendants' Motion to Modify Expert Discovery and Summary Judgment Deadlines Pursuant to Local Rule 6-3 and WPE's Limited Opposition thereto, and for good cause appearing, hereby ORDERS that the case schedule in this matter shall be modified pursuant to Plaintiff WPE's proposal, as follows:

| Event | Current Operative Deadline | Proposed New Deadline |
|---|---|---|
| Close of fact discovery | May 14, 2026 | N/A |
| Parties to provide initial expert disclosure(s) and report(s) | June 25, 2026 | July 16, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | July 30, 2026 | August 20, 2026 |
| Close of expert discovery | August 27, 2026 | September 17, 2026 |
| Deadline for moving party to file summary judgment motion (25 pages max.) | September 17, 2026 | October 8, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | October 15, 2026 | November 5, 2026 |
| Deadline for Daubert motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | October 15, 2026 | November 5, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | November 5, 2026 | November 25, 2026 |
| Deadline for oppositions to Daubert motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | November 5, 2026 | November 25, 2026 |
| Deadline for non-moving party to file a reply in support | November 19, 2026 | December 10, 2026 |

| | | |
|---|---|---|
| of cross-motion for summary judgment (15 pages max.) | | |
| Deadline for reply in support of Daubert motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | November 19, 2026 | December 10, 2026 |
| Hearing on summary judgment and Daubert motions** | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |
| Joint pretrial conference statement | July 26, 2027, or as otherwise set by the Court | July 26, 2027, or as otherwise set by the Court (no change) |
| Pretrial conference | August 12, 2027, at 11:00 a.m., or as otherwise set by the Court | August 12, 2027, at 11:00 a.m., or as otherwise set by the Court (no change) |
| Jury Trial (10 days) | September 14, 2027, at 8:30 a.m. | September 14, 2027, at 8:30 a.m. (no change) |

**Daubert* motions shall comply with the requirements set forth in Paragraph G.1 of the Court's Standing Order for Civil Cases. Expert reports shall adhere to the formatting requirements set forth in Paragraph F.

Dated:

_____
Honorable Araceli Martínez-Olguín
United States District Judge