JOSEPH R. ROSE, SBN 27902
 jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
 mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
 jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
 osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc., Matthew
Charles Mullenweg, and WooCommerce Inc. and
Counterclaimant WordPress Foundation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendants.<br>_____<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>    Counterclaimants,<br><br>    v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>    Counterdefendant. | Case No. 4:24-cv-06917-AMO<br><br>**DEFENDANTS' STATEMENT RESPECTING WPENGINE, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING**<br><br>Hon. Araceli Martínez-Olguín |

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 7-11(b) and the Court's Standing Order, Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, WordPress Foundation, and WooCommerce Inc. (collectively, "Defendants") respectfully submit that there is no need for demonstrative exhibits at the June 25, 2026 hearing. The motions to dismiss have been fully briefed, and the legal issues they present are straightforward and squarely framed in the Parties' papers. The Court can resolve them on the briefing and argument alone, without the aid of demonstratives.

If the Court nonetheless grants Plaintiff WPEngine, Inc.'s motion, which was filed less than "14 court days before the hearing" in violation of the Court's Standing Order, Defendants respectfully request that they also be permitted leave to use demonstratives during the hearing.

Defendants do not oppose Brian Mack's request to appear remotely by Zoom.

DATED: June 16, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joseph R. Rose*
        Joseph R. Rose

*Attorney for Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation*

## ARTIFICIAL INTELLIGENCE CERTIFICATION

I certify that any content generated by artificial intelligence in the foregoing response has been personally verified for accuracy.

By: */s/ Joseph R. Rose*
        Joseph R. Rose

*Attorney for Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation*

Gibson, Dunn & Crutcher LLP

DEFENDANTS' STATEMENT RESPECTING WPENGINE, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING
CASE NO. 4:24-CV-06917-AMO
1