JOSEPH R. ROSE, SBN 27902
 jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

JOSH A. KREVITT, SBN 208552
 jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

MICHAEL H. DORE, SBN 227442
 mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

ORIN SNYDER *(admitted pro hac vice)*
 osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc., Matthew
Charles Mullenweg, and WooCommerce Inc. and
Counterclaimant WordPress Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>                    Defendants.<br>_____<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>                    Counterclaimants,<br><br>        v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>                    Counterdefendant. | Case No. 4:24-cv-06917-AMO<br><br>**[PROPOSED] ORDER DENYING WPENGINE, INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO USE DEMONSTRATIVES AT JUNE 25, 2026 MOTION TO DISMISS HEARING**<br><br>Hon. Araceli Martínez-Olguín |

Gibson, Dunn & Crutcher LLP

The Court, having considered Plaintiff WPEngine, Inc.'s Administrative Motion Requesting Leave to Use Demonstratives at the June 25, 2026 Motion to Dismiss Hearing, and the response thereto filed by Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, WordPress Foundation, and WooCommerce Inc., hereby ORDERS that the Motion is DENIED.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Araceli Martínez-Olguín
United States District Judge

Gibson, Dunn & Crutcher LLP