QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION REGARDING MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Hon. Araceli Martínez-Olguín<br>Hearing Date:  June 25, 2026<br>Hearing Time:  2:00 p.m. |

Pursuant to N.D. Cal. Civil L.R. 7-3(d)(2), Plaintiff WPEngine, Inc. ("WPE") submits this statement of recent decision regarding the district court's May 11, 2026 decision *in Sezzle, Inc., v. Shopify, Inc.*, 2026 WL 1283922 (D. Minn. May 11, 2026), in connection with Defendants' motion to dismiss, which is set for hearing on June 4, 2026, and on which briefing closed on March 31, 2026.

The district court's decision in *Sezzle* addresses issues raised in the briefing on Defendants' motion to dismiss regarding WPE's antitrust claims, including: (1) the Ninth Circuit's decision in *Epic Games, Inc. v. Apple, Inc.*, 67 F.4th 946 (9th Cir. 2023); (2) the Ninth Circuit's decision in *Coronavirus Rep. v. Apple, Inc.*, 85 F.4th 948 (9th Cir. 2023); and (3) the district court's decision in *Lambrix v. Tesla, Inc.*, 737 F. Supp. 3d 822, 840 (N.D. Cal.).  *See* 2026 WL 1283922, at *6–*9.  In response to defendant Shopify's arguments for dismissal of the antitrust claims, the court found the plaintiff plausibly alleged an aftermarket specific to the Shopify e-commerce platform; "the '*Epic Games*' factors [we]re less important" because the plaintiff plausibly alleged Shopify's power in the foremarket; and even assuming the *Epic* factors applied, the plaintiff plausibly alleged them, including the first factor regarding whether the "challenged aftermarket restrictions are not generally known," because the pertinent customers generally "did not know" about Shopify's "third-party payment fee" up front.  *Compare id.*, *with* Dkt. 243 at 1–3; Dkt. 252 at 2–4; Dkt. 257 at 2–3.[1]

A copy of the *Sezzle* opinion is attached as **Exhibit A**.

---

[1]  Shopify and Defendants in this case have overlapping counsel.

PLAINTIFF'S STATEMENT OF RECENT DECISION REGARDING DEFENDANTS' MOTION TO DISMISS

DATED: June 19, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By */s/ Rachel Herrick Kassabian*

    Rachel Herrick Kassabian (SBN 191060)
      rachelkassabian@quinnemanuel.com
    Yury Kapgan (SBN 218366)
      yurykapgan@quinnemanuel.com
    Margret M. Caruso (SBN 243473)
      margretcaruso@quinnemanuel.com
    555 Twin Dolphin Dr., 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Brian Mack (SBN 275086)
      brianmack@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Telephone: (415) 875-6400
    Facsimile: (415) 875-6700

    Michael E. Williams (SBN 181299)
      michaelwilliams@quinnemanuel.com
    Kevin Y. Teruya (SBN 235916)
      kevinteruya@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    *Attorneys for Plaintiff WPEngine, Inc.*