JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>                    Defendants.<br>_____<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>                    Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>                    Counterdefendant. | Case No. 4:24-cv-06917-AMO<br><br>[PROPOSED] **ORDER AMENDING CASE SCHEDULE PURSUANT TO THE COURT'S ORDER (DKT. 348)**<br><br>Hon. Araceli Martínez-Olguín<br><br>*As Modified by the Court* |

Defendants hereby submit the below proposed order pursuant to the Court's June 22, 2026 order (Dkt. 348), directing Defendants to submit a proposed order continuing the case schedule by six weeks. Several dates in Defendants' proposed order are slightly longer than six weeks to account for court closures and holidays:

- **Deadlines for summary judgment cross-motions and oppositions and for *Daubert* motions:** A six-week continuance would set these deadlines on Thursday, November 26, 2026, which is Thanksgiving Day. Defendants propose continuing these deadlines to Tuesday, December 1, 2026.

- **Deadlines for replies in support of summary judgment cross-motions and for *Daubert* motions:** A six-week continuance would set these deadlines on Thursday, December 31, 2026, which is New Year's Eve. Defendants propose continuing these deadlines to Tuesday, January 5, 2027.

- **Deadline for joint pretrial conference statement:** A six-week continuance would set this deadline on Monday, September 6, 2027, which is Labor Day. Defendants propose continuing this deadline to Wednesday, September 8, 2027.

[PROPOSED] ORDER AMENDING CASE SCHEDULE
CASE NO. 4:24-CV-06917-AMO
1

The Court, having considered the Motion to Modify Expert Discovery and Summary Judgment Deadlines Pursuant to Local Rule 6-3 (the "Scheduling Motion"), and for good cause appearing, hereby GRANTS ~~a six-week~~ **an** extension of all existing deadlines (*see* Dkt. 348). The case schedule shall be amended as follows:

| Event | Current Operative Deadline | Proposed Modified Deadline |
|---|---|---|
| Close of fact discovery | May 14, 2026 | n/a |
| Parties to provide initial expert disclosure(s) and report(s) | June 25, 2026 | August 6, 2026 |
| Parties to provide rebuttal expert disclosure(s) and report(s) | July 30, 2026 | September 10, 2026 |
| Close of expert discovery | August 27, 2026 | October 8, 2026 |
| Deadline for moving party to file summary judgment motion (~~25~~ **15** pages max.) | September 17, 2026 | ~~October 29, 2026~~ October 13, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | October 15, 2026 | ~~December 1, 2026~~ November 10, 2026 |
| Deadline for *Daubert* motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | October 15, 2026 | December 1, 2026 November 10, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | November 5, 2026 | ~~December 17, 2026~~ December 8, 2026 |
| Deadline for oppositions to *Daubert* motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | November 5, 2026 | ~~December 17, 2026~~ December 8, 2026 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | November 19, 2026 | ~~January 5, 2027~~ December 22, 2026 |
| Deadline for reply in support of *Daubert* motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | November 19, 2026 | ~~January 5, 2027~~ December 22, 2026 |
| Hearing on summary judgment and *Daubert* motions** | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |
| Joint pretrial conference statement | July 26, 2027, or as otherwise set by the Court | September 9 ~~8~~, 2027, or as otherwise set by the Court |

| Pretrial conference | August 12, 2027, at 11:00 a.m., or as otherwise set by the Court | September 23, 2027, at 11:00 a.m., or as otherwise set by the Court |
|---|---|---|
| Jury Trial (10 days) | September 14, 2027, at 8:30 a.m. | October 19 ~~26,~~ 2027, at 8:30 a.m. |

&ast;&ast;***Daubert*** **motions shall comply with the requirements set forth in Paragraph G.1 of the Court's Standing Order for Civil Cases. Expert reports shall adhere to the formatting requirements set forth in Paragraph F.**

**IT IS SO ORDERED.**

Dated:    6/26/2026

_____
Honorable Araceli Martínez-Olguín
United States District Judge