# EXHIBIT 1

**quinn emanuel** trial lawyers

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100
555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL (650) 801-5000 FAX (213) 801-5100

WRITER'S DIRECT DIAL NO.
**(213) 443-3222; (650) 801-5222**

WRITER'S EMAIL ADDRESS
**yurykapgan@quinnemanuel.com**

November 5, 2024

**VIA E-MAIL**
**ANNA.SHAW@HOGANLOVELLS.COM**
**HLWORDPRESS@HOGANLOVELLS.COM**

Anna Kurian Shaw
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington D.C. 20004

Re:    *WPEngine, Inc. v. Automattic Inc. & Matthew Charles Mullenweg* (3:24-cv-06917-AMO) – Automattic's Destruction of Evidence

Dear Anna:

It has recently come to our attention that Defendants have deleted and/or destroyed, and have instructed others to delete and/or destroy, numerous relevant documents referencing WPEngine ("WPE") and Defendants' recent actions towards WPE underlying WPE's complaint. These materials are relevant to the pending litigation and Defendants had a duty to preserve them—not to destroy them or instruct others to destroy them.

For example, Automatic employee Felipe Santos recently directed the "WC Sydney Twitter/X" account administrator (https://x.com/wordcampsyd) to delete certain posts regarding WPE:

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH



**WordPress Community Team**
to WordCamp, wil ▾

Wed, 16 Oct, 12:49 (10 days ago)    ☆  ☺  ↰  ⋮

Hello, Wil and team!

I'm reaching out about some issues with the WC Sydney Twitter/X account.

While reviewing interactions on X/Twitter, we found that your account has posted multiple tweets about WP Engine from the official WordCamp Sydney account that don't align with the Community team's view.

When posting from an official WordCamp account, your team is representing both the event and the Community team.

We understand each contributor will have different feelings about this case, and you are free to share your support and comments for WP Engine on your personal social media accounts, but these should not happen on official accounts.

With that in mind, I request that you follow these steps:

1. Please delete the following tweets: https://x.com/wordcampsyd/status/1845790112610910544 and https://x.com/wordcampsyd/status/1845300662575263754
2. We would also like you to share the account access/password to the @wordcampsyd X account. You can generate a link through https://quickforget.com/ with the password and send the link to this email. Please disable any 2FA for now.

I also want to highlight that if you do not comply, you will need to step down from the organizing team. This is a basic expectation for our team and something we would like to see for all our official accounts.

We sincerely appreciate your contribution! Please feel free to get back to us if you need any help.

--
Felipe Santos
support@wordcamp.org

Furthermore, it appears that the WordCamp Sydney team complied with Automattic's instructions to delete the posts, as X indicates that both of these posts in fact have been deleted:





While WPE is not aware of the exact contents of these posts because they have been deleted, it appears they contain information relevant to Defendants' actions against WPE that form part of the basis for WPE's complaint.

In another instance, the X account for wordpress.org appears to have deleted a post regarding WPE (now available at https://archive.ph/3nTNv):



**WordPress** ✓
@WordPress

We hope this is not deliberate action to slow customers from leaving their service, which our data indicates thousands have already.

5:29 AM · Oct 23, 2024 · **1,374** Views

This deleted post—which falsely accuses WPE of "deliberate action to slow customers from leaving [WPE]"—is related to the subject matter of this litigation and is relevant to WPE's asserted claims.

In yet another instance, according to social media posts, wordpress.org has been deleting reviews for the Advanced Custom Fields plugin that do not reflect favorably on Defendants' actions to take over WPE's Advanced Custom Fields plugin:

3



These deleted ACF reviews appear to criticize Defendants' expropriation of WPE's ACF plugin and therefore are relevant to WPE's pending lawsuit.

Defendants' conduct violates the Federal Rules and must immediately cease.  Fed. R. Civ. P. 37(e) (requiring parties to take "reasonable steps" to preserve "electronically stored information" "in the anticipation or conduct of litigation").  Please confirm that Defendants will immediately cease deleting or destroying potentially relevant evidence, and instructing others to do so.

Please also immediately disclose the full extent of Defendants' deletion and/or destruction of relevant documents, as well as every instance of Defendants' instructions to others to delete and/or destroy relevant documents (the above being only a few samples).

Please also confirm whether Defendants have preserved all documents related to their deletion and/or destruction of relevant documents, as well as their instructions to others to delete

4

and/or destroy relevant documents.   In particular, please confirm whether Defendants have preserved copies of the deleted information itself, so that those materials may be produced to WPE.

WPE reserves all rights.

Very truly yours,

Yury Kapgan