# EXHIBIT 2

**Hogan Lovells**

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

November 15, 2024

**By Electronic Mail**
**yurykapgan@quinnemanuel.com**

Yury Kapgan
Quinn Emanuel
865 South Figueroa Street
Los Angeles, CA 90017

Re:     **WPE Engine, Inc. v. Automattic Inc. & Matthew Charles Mullenweg (3:24-cv-06917-AMO) - Response to November 5, 2024 Letter**

Dear Yury:

This letter responds to your November 5, 2024 correspondence (the "Letter"), which falsely accuses Defendants of deleting and/or destroying what it characterizes as "numerous relevant documents" in the above-referenced litigation.  Specifically, WPE's Letter references 1) WordCamp Sydney X posts; 2) a WordPress.org X post; and 3) plugin reviews on WordPress.org.  We address each in kind.

First WPE's letter references two posts by WordCamp Sydney on X which provide commentary on the present dispute.  Letter at 2.  As you know, there has been robust discussion of the parties' dispute, and Defendants encourage that robust speech and debate by individuals.  This does not, however, make any of this speech relevant to the claims at issue in this litigation.  Indeed, it is not. This is particularly true in the case of speech by WordCamp Sydney, which describes itself as "run under the auspices of Linux Australia" and "aim[ing] to represent and assist the groups and individuals who make up the Free Software and Open Source communities in Australia." https://sydney.wordcamp.org/2024/.

Next, WPE complains about the supposed destruction of an X post by WordPress.org.  Letter at 3.  But WPE itself includes the supposedly destroyed X post in its letter, and acknowledges that it has been archived.  Defendants confirm, in line with WPE's own observations, that this post has not in fact been destroyed.

Finally, WPE contends that Defendants have removed certain reviews of plugins on WordPress.org.  Letter at 3-4.  WordPress.org, however, is supported by the WordPress revisions feature, and which ensures the preservation of any changes made to any of its webpages over time.  As a result, any such changes have been preserved and will be produced to the extent, if any, responsive and relevant.

We trust that this addresses WPE's concerns. Should you wish to discuss this matter further, and in light of lead counsel for Defendants' international travel next week, we are willing to make ourselves available this Sunday between 11 am and 4 pm PT to confer, if necessary.

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Shanghai FTZ.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

Yury Kapgan                                    - 2 -                              November 15, 2024

Sincerely,

*Lauren Cury*

Lauren Cury

Counsel
lauren.cury@hoganlovells.com