# EXHIBIT 4

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5040**

WRITER'S EMAIL ADDRESS
**sarajenkins@quinnemanuel.com**

January 10, 2025

**VIA E-MAIL**
**ANNA.SHAW@HOGANLOVELLS.COM**
**HLWORDPRESS@HOGANLOVELLS.COM**

Anna Kurian Shaw
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington D.C. 20004

Re:    *WPEngine, Inc. v. Automattic Inc. & Matthew Charles Mullenweg*
       (3:24-cv-06917-AMO) – Matt Mullenweg's Continued Destruction of Evidence

Dear Anna:

Despite our letters dated November 5, 2024, and January 8, 2025, raising concerns about Defendants' intentional deletion of evidence, it has come to our attention that between yesterday and today, Mr. Mullenweg has deleted at least three more posts on X.com regarding obviously relevant subjects including his liability in this case, WPE, and WPE's CEO.

It is clear that Defendants are actively flouting their preservation obligations. What is not clear is whether Defendants' counsel is taking all necessary steps to secure Defendants' compliance. In addition to the information requested in our January 8, 2025 letter, please immediately provide us with the following information:

1. Has Mr. Mullenweg deleted at least three of his posts on X.com referencing his liability in this case, WPE, and WPE's CEO?
2. Have Defendants or their counsel taken steps to preserve those posts?
3. Has Mr. Mullenweg deleted any other online posts from X.com, or any other website, related to WPE or this case? If so, have those posts been preserved despite Mullenweg's deletion?
4. Has Mr. Mullenweg been counseled about his duty to preserve documents since receiving our letter dated January 8, 2025?

quinn emanuel urquhart & sullivan, llp
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

Given the gravity of this misconduct, and the urgent need to secure Defendants' compliance with their preservation obligations, please provide your response today.  WPE reserves all rights.

Very truly yours,

*/s/ Sara Jenkins*

Sara Jenkins