# EXHIBIT 15

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Precedent Weal...**
@PrecedentWaalth

## Matt Mullenweg ✓
10.7K posts

**Matt Mullenweg** ✓
@photomatt

I can think. I can wait. I can fast.

📍 The Future  🔗 ma.tt/about  🎈 Born January 11, 1984
📅 Joined November 2005

**3,312** Following  **153.4K** Followers  **19** Subscriptions

Not followed by anyone you're following

| Posts | Replies | Highlights | Media |
|---|---|---|---|

↻ Matt Mullenweg reposted
**David Senra** ✓ @FoundersPodcast · 4h
Sage advice from Warren Buffett:

> You can't look around for people to agree with you. You can't look around for people to even know what you're talking about. You have to think for yourself. An ability to detach yourself from the crowd is a quality you need.

💬 13    ↻ 90    ♡ 531    📊 28K    🔖  ⬆

↻ Matt Mullenweg reposted
**Brad Schiff** @learnwebcode · Feb 24
Ever wanted to use @nodejs to post to @WordPress? In today's lesson we upload a featured image and create a post with Node.js code we write together

de.js
ordPr  youtube.com
Post to WordPress From Node.js
Checkout the Epomaker Click here
https://shortlink.ink/LearnWeb-clickHere's ho...

💬 1    ↻ 5    ♡ 20    📊 4.5K    🔖  ⬆

↻ Matt Mullenweg reposted
**David Perell** ✓ @david_perell · Feb 24
This AI boom has set off an existential crisis in me.

Some background: I've been teaching writing for the past six years. In that time, I developed frameworks for how to write well and a reputation as a good teacher to learn from. Partially because of the AI wave, I decided to
Show more

💬 303    ↻ 413    ♡ 2.6K    📊 348K    🔖  ⬆

Q Search

### Live on X
🔲 Yahoo Finance ✓ | 🔲 is hosting
**Nvidia earnings: Live analysis of the AI ...**    ⚡ +12.8K

### You might like
**A** **Automattic** ✓    **Follow**
@automattic

**W** **WordPress** ✓    **Follow**
@WordPress

**♪** **Post Status** ✓    **Follow**
@post_status

Show more

### What's happening
**Fashion Weeks Womenswear FW25/26**
LIVE

Entertainment · Trending
**Rest in Peace**
100K posts

Sports · Trending
**Khusanov**
6,848 posts

Sports · Trending
**Savinho**
4,345 posts

Sports · Trending
**Endrick**
33.7K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2025 X Corp.

Document title: (9) Matt Mullenweg (@photomatt) / X
Capture URL: https://x.com/photomatt
Capture timestamp (UTC): Wed, 26 Feb 2025 21:38:07 GMT



EXHIBIT 55
WIT: Mullenweg
DATE: 5·13·26
HANNA KIM, CSR NO. 13083

A8C00014298





Document title: (9) Matt Mullenweg (@photomatt) / X
Capture URL: https://x.com/photomatt
Capture timestamp (UTC): Wed, 26 Feb 2025 21:38:07 GMT



Document title: (9) Matt Mullenweg (@photomatt) / X
Capture URL: https://x.com/photomatt
Capture timestamp (UTC): Wed, 26 Feb 2025 21:38:07 GMT

A8C00014548