# EXHIBIT 17

JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
  osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and*
*Matthew Charles Mullenweg and Counterclaimants*
*WordPress Foundation and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>AUTOMATTIC INC., a Delaware corporation;<br>and MATTHEW CHARLES MULLENWEG, an<br>individual,<br><br>                    Defendants.<br><hr>AUTOMATTIC INC., a Delaware corporation;<br>MATTHEW CHARLES MULLENWEG, an<br>individual; WORDPRESS FOUNDATION, a<br>California corporation; and WOOCOMMERCE<br>INC., a Delaware corporation,<br><br>                    Counterclaimants,<br><br>        v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>                    Counterdefendant. | Case No. 3:24-cv-06917-AMO<br><br>**DEFENDANT MATTHEW CHARLES MULLENWEG'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION**<br><br>Judge: Honorable Araceli Martinez-Olguin |

Gibson, Dunn &
Crutcher LLP

Mullenweg objects to this Request on the ground that it lacks foundation. By responding to this Request, Mr. Mullenweg does not admit Plaintiff's allegations and/or claims in this action. Subject to the foregoing general and specific objections, and without waiving any of his rights and privileges, Mr. Mullenweg admits only that WPE's pledge was displayed on the "Five for the Future" section of wordpress.org. Mr. Mullenweg otherwise denies this Request.

**REQUEST NO. 102:**

Admit that during WPE's Developer Conference on March 21, 2023, You encouraged people to "support companies like WPE."

**RESPONSE TO REQUEST NO. 102:**

Mr. Mullenweg restates and incorporates his Preliminary Statement, General Objections, Objections to Definition, and Objections to Instruction as though fully set forth in this Response. Mr. Mullenweg objects to this Request on the ground that it purports to refer to a statement that speaks for itself and that is as readily available to WPE as to Mr. Mullenweg. Mr. Mullenweg objects to this Request on the ground that the term "encouraged people" is vague and ambiguous. By responding to this Request, Mr. Mullenweg does not admit Plaintiff's allegations and/or claims in this action. Subject to the foregoing general and specific objections, and without waiving any of his rights and privileges, Mr. Mullenweg has made a reasonable inquiry and the information Mr. Mullenweg knows or can readily obtain is insufficient to enable Mr. Mullenweg to admit or deny this Request, and on that basis denies this Request.

**REQUEST NO. 103:**

Admit that, in Your Keynote Address on September 20, 2024, You stated the WordPress ecosystem's "openness and generosity will attract parasitic entities that just want to feed off the host without giving anything back."

**RESPONSE TO REQUEST NO. 103:**

Mr. Mullenweg restates and incorporates his Preliminary Statement, General Objections, Objections to Definition, and Objections to Instruction as though fully set forth in this Response. Mr. Mullenweg objects to this Request on the ground that it purports to quote a statement that speaks for itself and that is as readily available to WPE as to Mr. Mullenweg. Mr. Mullenweg objects to this

Gibson, Dunn & Crutcher LLP

23

Request on the ground that the term "WordPress ecosystem[]" is vague and ambiguous. By responding to this Request, Mr. Mullenweg does not admit Plaintiff's allegations and/or claims in this action. Mr. Mullenweg objects that the quoted language has been taken out of context from the entirety of the Keynote Address delivered on September 20, 2024, and therefore is vague, misleading, and incomplete. Subject to the foregoing general and specific objections, and without waiving any of his rights and privileges, Mr. Mullenweg admits that he delivered the Keynote Address in its entirety and that the quoted language was included in the Keynote Address. Mr. Mullenweg otherwise denies the remainder of this Request.

**REQUEST NO. 104:**

Admit that, in Your Keynote Address on September 20, 2024, You were referring to WPE as one of the "parasitic entities that just want to feed off the host without giving anything back."

**RESPONSE TO REQUEST NO. 104:**

Mr. Mullenweg restates and incorporates his Preliminary Statement, General Objections, Objections to Definition, and Objections to Instruction as though fully set forth in this Response. Mr. Mullenweg objects to this Request on the ground that it purports to characterize statements made during a presentation that speaks for itself. Mr. Mullenweg objects to this Request on the ground that the term "referring to" is vague and ambiguous. By responding to this Request, Mr. Mullenweg does not admit Plaintiff's allegations and/or claims in this action. Mr. Mullenweg objects that the quoted language has been taken out of context from the entirety of the Keynote Address delivered on September 20, 2024, and therefore is vague, misleading, and incomplete. Subject to the foregoing general and specific objections, and without waiving any of his rights and privileges, Mr. Mullenweg admits that he delivered the Keynote Address in its entirety and that the quoted language was included in the Keynote Address. Mr. Mullenweg otherwise denies the remainder of this Request.

**REQUEST NO. 105:**

Admit that, in Your ThePrimeTime interview, posted to Youtube.com on September 26, 2024, You Communicated with regard to WPE: "they've built a half a billion dollar business. They've given nothing back to WordPress. They were contributing 40 hours per week, so call that a hundred grand

per year. They sponsored, yeah, WordCamp for 75 grand. We allowed them to be a top sponsor, by the way, lots of people want those spots."

**RESPONSE TO REQUEST NO. 105:**

Mr. Mullenweg restates and incorporates his Preliminary Statement, General Objections, Objections to Definition, and Objections to Instruction as though fully set forth in this Response. Mr. Mullenweg objects to the term "Communicated" as vague and ambiguous. Mr. Mullenweg objects to this Request on the ground that it purports to quote a video that speaks for itself and that is as readily available to WPE as to Mr. Mullenweg. By responding to this Request, Mr. Mullenweg does not admit Plaintiff's allegations and/or claims in this action. Mr. Mullenweg objects that the quoted language has been taken out of context from the entirety of the interview, and therefore is vague, misleading, and incomplete. Subject to the foregoing general and specific objections, and without waiving any of his rights and privileges, Mr. Mullenweg admits that the interview was conducted in its entirety and that he made statements substantially similar to the quoted language during the interview that is publicly available in addition to stating in the same interview that "Everything they say they contribute. If you look at their blog posts, it says, here's 10 years of, you know, giving back. It's all just marketing stuff for them. You know, it's like—it's a conference we run that promotes us. Here's a, you know, a magazine we run called Torque that just promotes us. You know, they have this—they actually have a cool thing called Local. But if you look at Local, it just sells WP Engine hosting. Like, it's not like a—it's not a—something they do as a charity for the community." Mr. Mullenweg otherwise denies the remainder of this Request.

**REQUEST NO. 106:**

Admit that, as of the Keynote Address on September 20, 2024, WPE actively maintained multiple open source projects, Including ACF, Genesis, WPGraphQL, and faust.js.

**RESPONSE TO REQUEST NO. 106:**

Mr. Mullenweg restates and incorporates his Preliminary Statement, General Objections, Objections to Definition, and Objections to Instruction as though fully set forth in this Response. Mr. Mullenweg objects to the terms "actively maintained" and "open source projects" as vague and ambiguous. Mr. Mullenweg objects to this Request on the ground that it seeks information that is

MULLENWEG'S AMENDED RESPONSES & OBJECTIONS TO PLAINTIFF'S SECOND SET OF RFAS
CASE NO. 3:24-CV-06917-AMO

**RESPONSE TO REQUEST NO. 461:**

Mr. Mullenweg restates and incorporates his Preliminary Statement, General Objections, Objections to Definition, and Objections to Instruction as though fully set forth in this Response. Mr. Mullenweg objects to this Request on the grounds that the term "partnership" is vague and ambiguous. Mr. Mullenweg objects to this Request on the ground that it calls for a legal conclusion. By responding to this Request, Mr. Mullenweg does not admit Plaintiff's allegations and/or claims in this action. Subject to the foregoing general and specific objections, and without waiving any of his rights and privileges, Mr. Mullenweg admits this Request.

DATED: May 14, 2026                              Respectfully submitted,

                                                 GIBSON, DUNN & CRUTCHER LLP


                                                 By: */s/ Joseph R. Rose*
                                                        Joseph R. Rose

                                                 *Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg and Counterclaimants WordPress Foundation and WooCommerce Inc.*

Gibson, Dunn & Crutcher LLP

MULLENWEG'S AMENDED RESPONSES & OBJECTIONS TO PLAINTIFF'S SECOND SET OF RFAS
CASE NO. 3:24-CV-06917-AMO

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Washington, DC I am over the age of eighteen and not a party to the within-entitled action. My business address is Gibson, Dunn & Crutcher LLP, 1700 M Street NW, Washington, DC 20036. On May 14, 2026, I served a copy of the foregoing document by transmitting it via e-mail or electronic transmission to the person(s) at the e-mail address(es) set forth below.

QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (rachelkassabian@quinnemanuel.com)
Yury Kapgan (yurykapgan@quinnemanuel.com)
Margret M. Caruso (margretcaruso@quinnemanuel.com)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (brianmack@quinnemanuel.com)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff*
WPEngine, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 14, 2026 in Washington, DC.

*/s/ Ellen Schwietering*
Ellen Schwietering

MULLENWEG'S AMENDED RESPONSES & OBJECTIONS TO PLAINTIFF'S SECOND SET OF RFAS
CASE NO. 3:24-CV-06917-AMO

Gibson, Dunn &
Crutcher LLP