# EXHIBIT 20



| | |
|---|---|
| Document title: | FORCED change from ACF to SCF??? Scummy Business Practice from WordPress - [Advanced Custom Fields (ACF®)] Review | WordPress.org |
| Capture URL: | https://wordpress.org/support/topic/forced-change-from-acf-to-scf-scummy-business-practice-from-wordpress-org/ |
| Page loaded at (UTC): | Thu, 12 Feb 2026 02:25:24 GMT |
| Capture timestamp (UTC): | Thu, 12 Feb 2026 02:25:25 GMT |
| Capture tool: | 3.18.3 |
| Collection server IP: | 3.88.169.37 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | mF7c7ifugt7gE8DNGosGRM |
| Display Name: | brandondietzman |

WPE00611722



News   Showcase   Hosting   Extend   Learn   Community   About    **Get WordPress**

**Forums**

Welcome to Support    Guidelines    Get involved    •    Log in

Forums / Plugin: Advanced Custom Fields (ACF®) / FORCED change from ACF to SCF??? Scummy Business Practice from WordPress

Search forums

# FORCED change from ACF to SCF??? Scummy Business Practice from WordPress

★☆☆☆☆



**nbez** (@nbez)

1 year, 3 months ago

AVOID THIS PLUGIN

Doing my basic plugin updates on my site when all of a sudden I noticed ACF was updated to SCF automattic-ally?? ACF is a great product and extremely useful on the few websites I have developed. The fact that they had to force a takeover of the fork and essentially stole the plugin and my product is super lame and unfortunately is indicative that WordPress in general is moving in the wrong direction. I will probably start moving away from it in future projects. **Matt Mullenweg** has destroyed my thoughts on, and the general reputation of, WordPress and should step down. I am almost embarrassed that I have promoted WordPress to people I work with in the past.

I am extremely disappointed with WordPress and how they've handled the distribution of the Advanced Custom Fields (ACF) plugin. They recently changed the plugin's slug in the WordPress.org repository, which directly impacts myself and millions of users who rely on ACF for trusted, reliable updates. This reckless move disregards the values of open source collaboration and transparency, and it undermines the trust users have placed in both the plugin and WordPress itself. It's disheartening to see the platform being misused in this way.

Please do not install this plugin. Instead, please use the original ACF plugin. You can find more information on how to install it on their website: advancedcustomfields. Assuming scummy WordPress will remove my review when they spot me linking to the rightful/true developers of this plugin.

- This topic was modified 1 year, 3 months ago by nbez. Reason: removed any possible links. don't want this to get removed



**Advanced Custom Fields (ACF®)**

**Frequently Asked Questions**

**Support Threads**

**Active Topics**

**Unresolved Topics**

**Reviews**

0 replies

1 participant

Last reply from: nbez

Last activity: 1 year, 3 months ago

Document title: FORCED change from ACF to SCF??? Scummy Business Practice from WordPress - [Advanced Custom Fields (ACF®)] Review | WordPress.org
Capture URL: https://wordpress.org/support/topic/forced-change-from-acf-to-scf-scummy-business-practice-from-wordpress-org/
Capture timestamp (UTC): Thu, 12 Feb 2026 02:25:25 GMT
Page 1 of 2
WPE00611723

AVOID THIS PLUGIN

Doing my basic plugin updates on my site when all of a sudden I noticed ACF was updated to SCF automattic-ally?? ACF is a great product and extremely useful on the few websites I have developed. The fact that they had to force a takeover of the fork and essentially stole the plugin and my product is super lame and unfortunately is indicative that WordPress in general is moving in the wrong direction. I will probably start moving away from it in future projects. **Matt Mullenweg** has destroyed my thoughts on, and the general reputation of, WordPress and should step down. I am almost embarrassed that I have promoted WordPress to people I work with in the past.

I am extremely disappointed with WordPress and how they've handled the distribution of the Advanced Custom Fields (ACF) plugin. They recently changed the plugin's slug in the WordPress.org repository, which directly impacts myself and millions of users who rely on ACF for trusted, reliable updates. This reckless move disregards the values of open source collaboration and transparency, and it undermines the trust users have placed in both the plugin and WordPress itself. It's disheartening to see the platform being misused in this way.

Please do not install this plugin. Instead, please use the original ACF plugin. You can find more information on how to install it on their website: advancedcustomfields. Assuming scummy WordPress will remove my review when they spot me linking to the rightful/true developers of this plugin.

- This topic was modified 1 year, 3 months ago by nbez. Reason: removed any possible links. don't want this to get removed

0 replies

1 participant

Last reply from: nbez

Last activity: 1 year, 3 months ago

The topic 'FORCED change from ACF to SCF??? Scummy Business Practice from WordPress' is closed to new replies.

About                Showcase            Learn               Get Involved        WordPress.com ↗

News                Themes              Documentation       Events              Matt ↗

Hosting             Plugins             Developers          Donate ↗            bbPress ↗

Privacy             Patterns            WordPress.tv ↗       Five for the Future BuddyPress ↗

WORDPRESS.ORG                          CODE IS POETRY

Case 4:24-cv-06917-AMO     Document 357-21     Filed 07/28/26     Page 4 of 4

Document title: FORCED change from ACF to SCF??? Scummy Business Practice from WordPress - [Advanced Custom Fields (ACF®)] Review | WordPress.org
Capture URL: https://wordpress.org/support/topic/forced-change-from-acf-to-scf-scummy-business-practice-from-wordpress-org/
Capture timestamp (UTC): Thu, 12 Feb 2026 02:25:25 GMT

Page 2 of 2

WPE00611724