# EXHIBIT 23

**WP Engine v. Automattic et. al., No. 3:24-cv-06917-AMO (N.D. Cal.) -- Defendants' Amended Privilege Log #005, dated 05/14/2026 (05/14/2026 Rev.)**

| Privilege Log Item Number | Internal Document ID Number | Family Relationship | Page Count | DateCreated OR DateSent | Author/ Email - From / P2 Name | Email - To | Email - CC | Email - BCC | Subject Line/ Document Title | Privilege Status | Specific Privileges Being Asserted | Privilege Description | Attorney or Automattic Legal Team Member | Beginning Bates Stamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A8C_PRIV_04671 | CTRL0012093274 | Parent/ Standalone | 10 | 7/19/2024 | | | | | POST-00063092-xpost-how-to-think-about-trademark-infringement-damages.pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication | Document containing legal advice of Neil Peretz* regarding trademark enforcement relating to infringement . | Neil Peretz* | A8C01336230 |
| A8C_PRIV_04672 | CTRL0012093275 | Parent/ Standalone | 4 | 7/19/2024 | | | | | POST-00063093-rons-rad-rundown-july-15-19-2024.pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication | PDF containing thoughts, impressions, or strategy of Neil Peretz* regarding trademark enforcement relating to infringement . | Neil Peretz* | A8C01336231 |
| A8C_PRIV_04978 | CTRL0012114312 | Parent/ Standalone | 10 | 7/19/2024 | | | | | POST-00712579-xpost-how-to-think-about-trademark-infringement-damages.pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication | Document containing legal advice of Neil Peretz* regarding trademark enforcement relating to infringement . | Neil Peretz* | A8C01337579 |
| A8C_PRIV_05330 | CTRL0012181020 | Parent/ Standalone | 10 | 7/19/2024 | | | | | POST-02347979-how-to-think-about-trademark-infringement-damages.pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication | Document reflecting legal advice of Neil Peretz* regarding trademark enforcement relating to infringement . | Neil Peretz* | A8C01343788 |
| A8C_PRIV_05759 | CTRL0012260740 | Parent/ Standalone | 10 | 7/19/2024 | | | | | POST-03781370-xpost-how-to-think-about-trademark-infringement-damages.pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication | Document reflecting legal advice of Neil Peretz* regarding trademark enforcement relating to infringement . | Neil Peretz* | A8C01352336 |
| A8C_PRIV_02746 | CTRL0000582941 | Parent/ Standalone | 8 | 7/19/2024 | Keeping Track Of Our Trademarks | Deckert, Steve | | | Weekly digest for Keeping Track of our Trademarks, on July 19, 2024 | Privileged in Full (Withhold in Full) | Attorney Client Communication;Attorney Work Product | Email notifying the legal team regarding the provision of legal advice from Jordan Hinkes* regarding trademark enforcement. | Jordan Hinkes* | |
| A8C_PRIV_03630 | CTRL0006308841 | Parent/ Standalone | 5 | 7/19/2024 | Keeping Track Of Our Trademarks | Davies, Mark | | | [automattcher] Neil Peretz on Keeping Track of our Trademarks (match: Revenue Mention) | Privileged in Full (Withhold in Full) | Attorney Client Communication | Email notifying the legal team regarding the provision of a legal review from Neil Peretz* regarding trademark enforcement in relation to Trademark registration, enforcement and abandonment. | Neil Peretz* | A8C01289256 |
| A8C_PRIV_02773 | CTRL0000584020 | Parent/ Standalone | 2 | 7/19/2024 | McHugh, Madelyn | Bettin, Aleksandra;Davies, Mark;Deckert, Steve;Friedman, Jesse;Hinkes, Jordan*;Lebens, Beau | Peretz, Neil* | | Trademark Enforcement with Hosts | Privileged in Full (Withhold in Full) | Attorney Client Communication | Meeting notification requesting legal advice from Neil Peretz* and Jordan Hinkes* regarding trademark enforcement. | Neil Peretz* and Jordan Hinkes* | A8C01238483 |
| A8C_PRIV_02774 | CTRL0000584020.0001 | Attachment | 1 | 7/19/2024 | Lebens, Beau | Bettin, Aleksandra;Davies, Mark;Deckert, Steve;Friedman, Jesse;Hinkes, Jordan*;Lebens, Beau | Peretz, Neil* | | Trademark Enforcement with Hosts | Privileged in Full (Withhold in Full) | Attorney Client Communication | Attached meeting notification requesting legal advice from Jordan Hinkes* and Neil Peretz* regarding trademark enforcement. | Jordan Hinkes* and Neil Peretz* | A8C01238484 |
| A8C_PRIV_05950 | CTRL0013048418 | Attachment | 2 | 7/19/2024 | | | | | Litigation Estimate.docx | Privileged in Full (Withhold in Full) | Attorney Client Communication;Attorney Work Product | Attached document reflecting legal advice and billing by Perkins Coie*, James Davis*, and Neil Peretz* regarding a pending dispute. | Perkins Coie*, James Davis*, and Neil Peretz* | A8C01354308 |
| A8C_PRIV_05949 | CTRL0013048416 | Attachment | 14 | 7/19/2024 | | | | | Exhibit A.pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication;Attorney | Attached document reflecting legal advice of Perkins Coie*, James Davis*, and Neil Peretz* regarding a pending dispute. | Perkins Coie*, James Davis*, and Neil Peretz* | |
| A8C_PRIV_05900 | CTRL0013048372 | Attachment | 68 | 7/19/2024 | | | | | Exhibit B.pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication;Attorney | Attached document reflecting legal advice of Perkins Coie*, James Davis*, and Neil Peretz* regarding a pending dispute. | Perkins Coie*, James Davis*, and Neil Peretz* | |
| A8C_PRIV_05958 | CTRL0013048429 | Attachment | 9 | 7/19/2024 | | | | | DRAFT - WPEngine letter.docx | Privileged in Full (Withhold in Full) | Attorney Client Communication;Attorney | Attached document reflecting legal advice of Perkins Coie*, James Davis*, and Neil Peretz* regarding a pending dispute. | Perkins Coie*, James Davis*, and Neil Peretz* | A8C01354311 |
| A8C_PRIV_05859 | CTRL0013048329 | Attachment | 29 | 7/19/2024 | | | | | Exhibit C (3).pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication;Attorney | Attached document reflecting legal advice of Perkins Coie*, James Davis*, and Neil Peretz* regarding a pending dispute. | Perkins Coie*, James Davis*, and Neil Peretz* | |
| A8C_PRIV_05944 | CTRL0013048412 | Attachment | 31 | 7/19/2024 | | | | | Exhibit C (4).pdf | Privileged in Full (Withhold in Full) | Attorney Client Communication;Attorney | Attached document reflecting legal advice of Perkins Coie*, James Davis*, and Neil Peretz* regarding a pending dispute. | Perkins Coie*, James Davis*, and Neil Peretz* | |
| A8C_PRIV_02653 | CTRL0000145166 | Parent/ Standalone | 3 | 7/19/2024 | A8C Hosting Partner Program | Friedman, Jesse | | | [New mention] Ronald Gijsel mentioned you in "Ron's Rad Rundown: July 15-19 2024" | Privileged in Full (Withhold in Full) | Attorney Client Communication;Attorney Work Product | Email notifying the legal team regarding the provision of a request for legal advice from Neil Peretz* regarding trademark enforcement relating to the Hosting Partnerships Program. | Neil Peretz* | A8C01236190 |
| A8C_PRIV_02745 | CTRL0000582914 | Parent/ Standalone | 3 | 7/19/2024 | A8C Hosting Partner Program | Deckert, Steve | | | [New mention] Ronald Gijsel mentioned you in "Ron's Rad Rundown: July 15-19 2024" | Privileged in Part (Redact) | Attorney Client Communication | Email notifying the legal team regarding the provision of a request for legal advice from Neil Peretz* regarding trademark issues relating to the Hosting Partnerships Program. | Neil Peretz* | A8C01238351 |