QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH WPENGINE, INC.'S MOTION FOR SANCTIONS AND SUPPORTING EXHIBITS**<br><br>**[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]** |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed Motion for Sanctions for Defendants' Spoliation of Evidence ("Motion") and exhibits in support of the same.  This Administrative Motion is supported by the Declaration of Gregory A. Fuoco.  In connection with this Administrative Motion, WPE also submits a proposed order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party").  WPE's Motion contains, refers to, and attaches materials that Defendants have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order").  Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (or documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate Defendants filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should they choose to do so)—WPE provisionally files under seal the following documents:

1.    an unredacted version of WPE's Motion; and

2.    unredacted versions of the exhibits filed in support of the same.

Concurrent with this Administrative Motion, WPE has also filed a public version of its Motion that contains redactions.  Since Exhibits 11-14, 18-19, and 21-22 were designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY," WPE has filed placeholder slip sheets for these documents.

WPE lists below, in chart format, the portions of WPE's Motion that contain references to information that Defendants have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."  In accordance with Section H.7. of this Court's

Standing Order for Civil Cases, WPE also includes a similar chart in its Proposed Order.

For the avoidance of doubt, Defendants—not WPE—claim confidentiality of the underlying cited materials and the portions that are highlighted. Therefore, for purposes of WPE's Administrative Motion and the accompanying proposed order, WPE lists the Declaration of Gregory A. Fuoco (one of WPE's counsel) in the column for "Dkt. No. of Decl. ISO Sealing" (which explains that the references are to materials that Defendants have designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY"). WPE expressly reserves the right to oppose or otherwise respond to any responsive sealing statement that Defendants file in connection with these materials.

**Sealing for WPE's Motion**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Un-redacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted portions on page 3 | Information from Jonathan Robins's May 4, 2026 declaration | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portion on page 4 | Information from A8C00706126 (at -27) | 357-0 | 358-2 | 358-1 | Partial | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| First highlighted portion on page 10 | Information from Jonathan Robins's May 4, 2026 declaration | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions in the second, third, and fourth paragraphs on page 10 | Information from Jonathan Robins's May 4, 2026 declaration | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions in | Information from Mr. | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" |

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Un-redacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| the paragraph beginning on page 10 and ending on page 11 | Mullenweg's May 5, 2026 declaration | | | | | by Defendants |
| Highlighted portions in the first and second full paragraphs on page 11 | Information from volume 2 of Mr. Mullenweg's deposition transcript (taken on May 13, 2026) | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| First highlighted portion on page 13 | Information from Jonathan Robins's May 4, 2026 declaration | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Second highlighted portion on page 13 | Information from volume 2 of Mr. Mullenweg's deposition transcript (taken on May 13, 2026) | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions of the second and third paragraphs on page 14 | Information from Jonathan Robins's May 4, 2026 declaration and volume 2 of Mr. Mullenweg's deposition transcript (taken on May 13, 2026) | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions of the fourth paragraph | Information from Jonathan Robins's May 4, 2026 | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Un-redacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| on page 14 | declaration and volume 2 of Mr. Mullenweg's deposition transcript (taken on May 13, 2026) | | | | | |
| Highlighted portions in the first and third full paragraphs on page 15 | Information from volume 2 of Mr. Mullenweg's deposition transcript (taken on May 13, 2026) | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions in the first full paragraph on page 16 | Information from Mr. Mullenweg's May 5, 2026 declaration | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions in the third full paragraph on page 16 | Information from Jonathan Robins's May 4, 2026 declaration and volume 2 of Mr. Mullenweg's deposition transcript (taken on May 13, 2026) | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions in the first sentence of the paragraph beginning on page 16 and ending on page 17 | Information from Mr. Mullenweg's May 5, 2026 declaration and A8C00753030 (at -45) | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" by Defendants |

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Un-redacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted portions in the second and third sentences of the paragraph beginning on page 16 and ending on page 17 | Information from volume 2 of Mr. Mullenweg's deposition transcript (taken on May 13, 2026) | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions in the first full paragraph on page 17 | Information from Jesse Friedman's January 23, 2026 deposition transcript; Exhibit 12 thereto (at A8C01401824-25); and Exhibit 8 thereto (at A8C00920902) | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Highlighted portions on page 18 | Information from Jonathan Robins's May 4, 2026 declaration | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" by Defendants |
| Highlighted portions on page 19 | Information from Mr. Mullenweg's May 5, 2026 declaration | 357-0 | 358-2 | 358-1 | Partial | Designated "Confidential" and by Defendants |

Case No. 4:24-cv-06917-AMO-ASK

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

**Sealing for Exhibits**

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Exhibit 11 | Mr. Mullenweg's May 5, 2026 declaration | 357-12 | 358-3 | 358-1 | Full | Designated "Confidential" by Defendants |
| Exhibit 12 | Jonathan Robins's May 4, 2026 declaration | 357-13 | 358-4 | 358-1 | Full | Designated "Confidential" by Defendants |
| Exhibit 13 | A8C00753030-48 | 357-14 | 358-5 | 358-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Exhibit 14 | Excerpts from volume 2 of Mr. Mullenweg's deposition transcript (taken on May 13, 2026) | 357-15 | 358-6 | 358-1 | Full | Designated "Confidential" by Defendants |
| Exhibit 18 | Excerpts from Jesse Friedman's January 23, 2026 deposition transcript | 357-19 | 358-7 | 358-1 | Full | Designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Exhibit 19 | A8C00706126-27 | 357-20 | 358-8 | 358-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by |

WPE'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| | | | | | | Defendants |
| Exhibit 21 | Exhibit 12 to Jesse Friedman's January 23, 2026 deposition (A8001401821-25) | 357-22 | 358-9 | 358-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Exhibit 22 | Exhibit 8 to Jesse Friedman's January 23, 2026 deposition (A8C00920900-06) | 357-23 | 358-10 | 358-1 | Full | Designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

WPE will also serve upon Defendants unredacted copies of WPE's Motion and the exhibits supporting the Motion.

Respectfully submitted,

DATED:  July 28, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____

Gregory A. Fuoco
*Attorneys for WPEngine, Inc.*