QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>            Defendants. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**PLAINTIFF WPENGINE, INC.'S RE-NOTICE OF MOTION FOR SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE**<br><br>Hon. Ajay S. Krishnan<br>Hearing Date:      September 30, 2026<br>Hearing Time:    1:30 p.m.<br>Courtroom:        4 |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>            Counterclaimants,<br><br>      v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>            Counterdefendant. | |

## RE-NOTICE OF MOTION FOR SANCTIONS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 30, 2026, at 1:30 p.m., or as soon as counsel may be heard, before the Honorable Ajay S. Krishnan, in Courtroom 4 located on the 3rd Floor at 1301 Clay Street, Oakland, CA 94612, Plaintiff/Counterdefendant WPEngine, Inc. ("WPE") will, and hereby does, move this Court, pursuant to Federal Rules of Civil Procedure 37(e) and the Court's inherent authority, to sanction Automattic, Inc. ("Automattic") and Matthew Charles Mullenweg ("Mullenweg," and together with Automattic, "Defendants") as set forth in WPE's Motion and Memorandum of Points and Authorities filed at Dkt. 357.

WPE is re-noticing its Motion pursuant to the Court's July 28, 2026 Order, which directed WPE to "re-notice their motion for hearing before Magistrate Judge Ajay Krishnan." (Dkt. 359.) WPE's Motion is based on its previously filed Notice of Motion and Motion for Sanctions for Defendants' Spoliation of Evidence and Memorandum of Points and Authorities in Support Thereof (Dkt. 357)[1]; the Declaration of Gregory A. Fuoco (Dkt. 357-1); and exhibits attached thereto (Dkts. 357-2 through -24), the materials on file in this action, and such other written or oral argument as may be presented at or before the time this motion is heard and/or taken under submission by the Court.

DATED:  July 29, 2026                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By    /s/ Gregory A. Fuoco
            Gregory A. Fuoco
      *Attorneys for Plaintiff WPEngine, Inc.*

---

[1] WPE's previously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Connection with WPE's Motion for Sanctions can be found at Dkt. 358.