# Proposed Redacted Version of Exhibit 19 (Dkt. No. 358-8)

# EXHIBIT 19

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 10 |
| Total Messages: 7 | Date Range: 8/15/2024 |

## Outline of Conversations

 **woo-leadership-with-matt - 2024/08/15** · 7 messages on 8/15/2024 · Aleks Bettin
<aleksandra.bettin@automattic.com> · Andy Missan <andy.missan@automattic.com> · Beau Lebens
<beau@automattic.com> · Job Thomas <job.thomas@automattic.com> · Mark Davies
<mark.davies@automattic.com> · Matt Gustke <matt.gustke@automattic.com> · Matt Mullenweg
<matt@a8c.com> · Tamara Niesen <tamara.niesen@automattic.com> · Toni Schneider
<toni@a8c.com> · Web Griebel <web.griebel@a8c.com>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    A8C00706126

**Messages in chronological order** (times are shown in GMT -07:00)

---

**woo-leadership-with-matt - 2024/08/15**

M  **Matt Mullenweg <matt@a8c.com>**                                   8/15/2024, 5:01 PM
Is there a list of all the hosts we talked to for HPP. I know we're now going a litigation track with WPE, are there any other hosts that were close to signing up?

M  **Matt Mullenweg <matt@a8c.com>**                                   8/15/2024, 5:02 PM
or that we thought we could close

M  **Matt Mullenweg <matt@a8c.com>**                                   8/15/2024, 5:02 PM
██████████████

MG  **Matt Gustke <matt.gustke@automattic.com>**                        8/15/2024, 5:27 PM
████████████████████████████████████ Steve Deckert can provide a more complete
update tomorrow.

M  **Matt Mullenweg <matt@a8c.com>**                                   8/15/2024, 7:16 PM
share with Jesse Friedman as well he can help me sort through our relationships will all of them

M  **Matt Mullenweg <matt@a8c.com>**                                   8/15/2024, 7:16 PM
fine to put in a public channel, just point me here where it'll be

MG  **Matt Gustke <matt.gustke@automattic.com>**                        8/15/2024, 7:23 PM
<#C06KATMA1J8|a8c-hosting-partner-program>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

A8C00706127