JOSEPH R. ROSE, SBN 27902
   jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
   mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
   osnyder@gibsondunn.com
HOWARD S. HOGAN *(admitted pro hac vice)*
   hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants and Counterclaimants*
*Automattic Inc, Matthew Charles Mullenweg,*
*WordPress Foundation, and WooCommerce Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Defendants. | Case No. 4:24-cv-06917-AMO-ASK <br><br> **[PROPOSED] ORDER RESOLVING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DKT. 358** <br><br> Hon. Araceli Martínez-Olguín |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation, <br><br> Counterclaimants, <br><br> v. <br><br> WPENGINE, INC., a Delaware corporation, <br><br> Counterdefendant. | |

## [PROPOSED] ORDER

The Court has considered WPEngine, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 358) in connection with its Motion for Sanctions for Defendants' Spoliation of Evidence (Dkt. 357) and Defendants' and Counterclaimants' Statement in Connection with Plaintiff's Administrative Motion (Dkt. 368), and finds good cause to seal. The Court hereby ORDERS as follows:

| Document Description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Party with burden to substantiate need to seal | Full or Partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|
| Exhibit 18 | 368-1 | 358-7 | Defendants | Partial | Internal strategy discussions concerning trademark-licensing terms, business-negotiation strategy, and competitive strategy | |
| Exhibit 19 | 368-2 | 358-8 | Defendants | Partial | Internal strategy discussions concerning nonpublic prospective business partners and internal negotiating posture | |
| Exhibit 21 | 357-22 | 358-9 | Defendants | Full | Internal strategy discussions concerning trademark licensing tiers, enforcement, and specific pricing terms | |
| Exhibit 22 | 357-23 | 358-10 | Defendants | Full | Internal analysis concerning detailed pricing methodology, specific dollar figures, and forward-looking negotiation strategy | |
| Motion | 368-3 | 358-2 | Defendants | Partial | Describes internal strategy discussions concerning trademark licensing from Exhibits 18, 21, and 22 | |

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. Ajay S. Krishnan
Magistrate Judge, United States District Court

[PROPOSED] ORDER RESOLVING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DKT. 358
CASE NO. 4:24-CV-06917-AMO