# EXHIBIT A



**Signal Screenshot 1**



**Signal Screenshot 2**



**WhatsApp Screenshot 1**



**WhatsApp Screenshot 2**



**WhatsApp Screenshot 3**