GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE, SBN 279092
  jrose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

GIBSON, DUNN & CRUTCHER LLP
MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
33 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.6652

GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5300
Facsimile:    650.849.5333

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*admitted pro hac vice*)
  osnyder@gibsondunn.com
HOWARD HOGAN (*admitted pro hac vice*)
  hhogan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    212.351.2400
Facsimile:    212.351.6335

*Attorneys for Defendants Automattic Inc.,*
*Matthew Charles Mullenweg, and WooCommerce Inc.,*
*and Counterclaimant WordPress Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WP ENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants.<br><hr>AUTOMATTIC INC., MATTHEW CHARLES MULLENWEG, WORDPRESS FOUNDATION, and WOOCOMMERCE INC.,<br><br>Counterclaimants,<br><br>v.<br><br>WP ENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | Case No. 4:24-cv-06917-AMO-ASK<br><br>**DECLARATION OF MICHAEL H. DORE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br><u>Hearing:</u><br><br>Date: October 1, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 4<br>Judge: Honorable Ajay S. Krishnan |

Gibson, Dunn &
Crutcher LLP

## DECLARATION OF MICHAEL H. DORE

I, Michael H. Dore, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Gibson, Dunn & Crutcher LLP, attorneys of record for Defendants Automattic Inc., Matthew Mullenweg, and WooCommerce ("Defendants"), and Counterclaimant WordPress Foundation. I have personal knowledge of the facts set forth herein, except as to any stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Defendants' Opposition to Plaintiff WP Engine, Inc.'s Motion for Sanctions (the "Opposition"). The facts set forth below are based on my personal knowledge, my review of the files and records maintained by Gibson Dunn and by Defendants' prior counsel in the ordinary course of this representation, and information provided to me by attorneys and staff acting at my direction. If called as a witness, I could and would testify competently to these facts.

**Preservation Measures by Defendants**

3. On September 23, 2024, WP Engine sent Defendants a document-preservation demand. Fuoco Decl. ¶ 2. WP Engine filed this action on October 2, 2024. Dkt. 1.

4. On or about October 8, 2024, Automattic distributed a company-wide preservation directive to its employees not to delete and to preserve anything related to WP Engine. This notice was posted as a link on Automattic's company-wide P2. The link was also posted in the company-wide Slack channel #automattic and Automattic's in-house counsel followed up in that Slack channel with an additional note regarding preservation.

5. On or about October 21, 2024, Automattic issued a written litigation hold to various individuals, including Matthew Mullenweg. The litigation hold required recipients to preserve potentially relevant documents and communications concerning WP Engine and the trademarks at issue, including communications on personal devices.

6. In February 2025, Defendants retained Gibson Dunn as litigation counsel in this action.

7. On or about February 20, 2025, Defendants sent a written preservation reminder to litigation-hold recipients, including Mr. Mullenweg, and specifically addressed ephemeral messaging

DECLARATION OF MICHAEL H. DORE ISO DEFENDANTS' OPPOSITION TO MOTION FOR SANCTIONS
CASE NO. 4:24-CV-06917-AMO-ASK

platforms.

**Search Terms, Rolling Productions, and the Completion of Mr. Mullenweg's Custodial Production**

8. On September 17, 2025, Defendants disclosed to WP Engine the search terms to be applied to Defendants' custodial data, including Mr. Mullenweg's custodial data, and the parties met and conferred regarding those terms. The disclosed terms included the sixteen terms later applied to the WhatsApp and Signal applications on Mr. Mullenweg's iPhone on October 2, 2025. See Supp. Robins Decl. ¶¶ 2–4. Attached hereto as **Exhibit B** is a true and correct copy of the parties' correspondence disclosing and negotiating those search terms.

9. On October 2, 2025, I attended a videoconference with Mr. Mullenweg and Jon Robins of Level Legal during which Mr. Mullenweg shared his iPhone screen and ran sixteen search terms through the native search functions of the WhatsApp and Signal applications installed on his iPhone. Mr. Robins collected the hits by screenshot. My recollection is that he also captured the applications' disappearing-message settings screens by screenshot and that the ephemeral messaging function was not enabled.

10. On April 9, 2026, Defendants produced what they determined to be the responsive, non-privileged messages collected from the Full File System image, including one responsive Signal message; Defendants did not identify any responsive, non-privileged WhatsApp messages in the collection. As of April 9, 2026, Defendants had completed their production of responsive, non-privileged documents from Mr. Mullenweg's custodial files, including from the Telegram, Signal, and WhatsApp applications.

11. Fact discovery in this action closed on May 14, 2026. By the close of fact discovery, I am informed that Defendants had produced more than 225,000 documents in this action.

**Deposition Testimony**

12. Defendants served WP Engine with the declarations of Matthew Mullenweg and Jonathan Robins on May 5, 2026.

13. WP Engine deposed Mr. Mullenweg over three days, on May 12, 13, and 14, 2026, and examined him regarding, among other things, his declaration served on May 5. The deposition

DECLARATION OF MICHAEL H. DORE ISO DEFENDANTS' OPPOSITION TO MOTION FOR SANCTIONS
CASE NO. 4:24-CV-06917-AMO-ASK

consumed approximately 21 hours on the record; three attorneys for WP Engine examined Mr. Mullenweg; WP Engine marked more than 80 exhibits; and I am informed that WP Engine's counsel asked more than 1,300 questions. I am informed by members of our case team that in total, the parties have taken more than 114 hours of deposition testimony in this matter.

14. Attached hereto as **Exhibit C** are true and correct copies of excerpts from the certified transcript of the videotaped deposition of Matthew Mullenweg, taken on May 12–14, 2026, including the pages cited in the Opposition.

15. Attached hereto as **Exhibit D** are true and correct copies of excerpts from the certified transcript of the deposition of Nick Gernert, Automattic's CEO of WordPress VIP, taken on December 16, 2025, including the pages cited in the Opposition.

16. Attached hereto as **Exhibit E** are true and correct copies of excerpts from the certified transcript of the deposition of Mark Davies, Automattic's Chief Financial Officer, taken on April 22, 2026, including the pages cited in the Opposition.

17. Attached hereto as **Exhibit F** are true and correct copies of excerpts from the certified transcript of the deposition of Barry Abrahamson, Automattic's Chief Systems Wrangler (akin to a Chief Technology Officer), taken on December 19, 2025, including the pages cited in the Opposition.

18. Attached hereto as **Exhibit G** is a true and correct copy of an excerpt from Mr. Mullenweg's Responses and Objections to Plaintiff's First Set of Requests for Admission, served on December 1, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026, at New York, New York.

DATED:  August 11, 2026                By:     */s/ Michael Dore*

Michael Dore

DECLARATION OF MICHAEL H. DORE ISO DEFENDANTS' OPPOSITION TO MOTION FOR SANCTIONS
CASE NO. 4:24-CV-06917-AMO-ASK