# EXHIBIT B

| | |
|---|---|
| **From:** | Wallace, Brooke Myers <bwallace@gibsondunn.com> |
| **Sent:** | Wednesday, September 17, 2025 10:30 PM |
| **To:** | Sara Jenkins; QE-WPE |
| **Cc:** | *** Automattic WPEngine Litigation |
| **Subject:** | RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter |

Counsel,

Pursuant to the parties' September 16, 2025 agreement, please see the information below.

| # | Custodian Name | Role | Employer | Hire Date | Termination Date |
|---|---|---|---|---|---|
| 1 | Alfred Bassetti | Job Title: Sales Operations Account Representative<br>Role: N/A | Pressable | 11/24/2021 | N/A |
| 2 | Allan Cole | Job Title: Designer on Studio 51<br>Role: Product Design | Automattic | 2/1/2016 | N/A |
| 3 | Amanda Nadhir | Job Title: Head of Sales and Enablement, Pressable<br>Role: N/A | Pressable | 2020 | N/A |
| 4 | Anne-Marie Goulet | Job Title: WPVIP CMO<br>Role: Division Lead | Automattic | 10/7/2024 | 9/1/2025 |
| 5 | Ariele Krantzow | Job Title: Senior Marketing Manager, Pressable<br>Role: N/A | Pressable | 5/29/2024 | N/A |
| 6 | Barry Abrahamson | Job Title: Systems Wrangler<br>Role: Division Lead | Automattic | 5/1/2007 | N/A |
| 7 | Beau Lebens | Job Title: Artistic Director and Lead of Woo<br>Role: Division Lead | Automattic | 5/11/2009 | N/A |
| 8 | Brad Griffith | Job Title: Code Wrangler on Navigator, Meta, and Neso<br>Role: Code Wrangling | Automattic | 7/23/2018 | N/A |
| 9 | Breann McDede | Job Title: Director of Social<br>Role: Marketing Wrangler | Automattic | 6/7/2021 | N/A |
| 10 | Caron Macmillan | Job Title: Chief People Officer<br>Role: Division Lead | Automattic | 8/23/2021 | N/A |
| 11 | Chloé Bringmann | WordPress.org Chief of Staff<br>Role: Business Operations Wrangler | Automattic | 6/28/2021 | N/A |
| 12 | Christie Wright | Job Title: Chief Customer Officer<br>Role: Division Lead | Automattic | 3/4/2019 | 10/2/2024 |
| 13 | Chuck Grimmett | Job Title: Lead of 51 Engineering<br>Role: Technical Account Manager | Automattic | 1/9/2017 | N/A |

| 14 | David Schwister | Role: Partnerships Manager | Automattic | 6/10/2019 | 10/2/2024 |
|---|---|---|---|---|---|
| 15 | Harmony Romo | Job Title: .org Financial Gatekeeper Role: Tax Wrangler | Automattic | 5/6/2019 | N/A |
| 16 | Ian Stewart | Job Title: Artistic Director and WordPress.com Lead Role: Division Lead | Automattic | 3/4/2010 | N/A |
| 17 | James Riach | Job Title: Senior Account Executive Role: N/A | Pressable | 2/10/2025 | N/A |
| 18 | James Rutherford | Job Title: General Manager – Automattic for Agencies Role: General Manager | Automattic | 10/21/2024 | N/A |
| 19 | Jesse Friedman | Job Title: Head of WP Cloud Role: Partnerships Manager | Automattic | 8/25/2014 | N/A |
| 20 | Jessica Frick | Job Title: Director of Operations – Pressable Role: N/A | Pressable | 2/21/2022 | 7/9/2025 |
| 21 | Josepha Haden Chomphosy | WordPress.org lead Role: General Manager | Automattic | 2/2/2015 | 10/2/2024 |
| 22 | Josh Root | Job Title: Communications Wrangler Role: Happiness Engineering | Automattic | 4/29/2013 | |
| 23 | Karen Arnold | Job Title: Talent Lead on Talent and Leadership Role: Talent Acquisition Wrangler | Automattic | 2/6/2012 | N/A |
| 24 | Kelly Hoffman | Job Title: Designer on Design, Product Design, and Brand Design Role: Product Design | Automattic | 10/28/2013 | N/A |
| 25 | Mark Davies | Job Title: Chief Financial Officer Role: Chief Finance Officer | Automattic | 11/4/2019 | N/A |
| 26 | Mary Hubbard | Job Title: Team Lead for Wordpress.org Role: General Manager | Automattic | 10/21/2024 | N/A |
| 27 | Matias Ventura | Job Title: Lead Architect Role: General Manager | Automattic | 9/25/2010 | N/A |
| 28 | Matt Mullenweg | Job Title: CBBQTT Role: Chief Executive Officer | Automattic | 10/24/2005 | N/A |
| 29 | Megan Fox | Job Title: Director, PR & Executive Communications Role: Marketing Wrangler | Automattic | 11/13/2023 | N/A |
| 30 | Navia Sedeno | Job Title: Business Development Representative, Pressable Role: N/A | Pressable | 3/17/2025 | N/A |
| 31 | Nick Gernert | Job Title: CEO, WordPress VIP Role: General Manager | Automattic | 9/25/2013 | 08/22/2025 |

| 32 | Oliwia Jakiel Hardt | Job Title: Social Media Swashbuckler<br>Role: Happiness Engineering | Automattic | 6/12/2018 | N/A |
|---|---|---|---|---|---|
| 33 | Paul Maiorana | Job Title: Special Projects<br>Role: General Manager | Automattic | 12/6/2010 | N/A |
| 34 | Steve Deckert | Job Title: Senior Director of Business Development at WooCommerce<br>Role: Partnerships Manager | Automattic | 4/27/2020 | N/A |
| 35 | Sydney Hamilton | Job Title: Social and Editorial Specialist<br>Role: Marketing Wrangler | Automattic | 1/22/2024 | N/A |
| 36 | Tamara Niesen | Job Title: CMO, Woo<br>Role: Division Lead | Automattic | 4/8/2024 | N/A |
| 37 | Thomas O'Duffy | Job Title: N/A<br>Role: Strategy and Corporate Development Wrangler | Automattic | 9/30/2024 | N/A |
| 38 | Toni Schneider | Job Title: A8c Ambassador<br>Role: General Manager | Automattic | 6/1/2023 | 12/1/2024 |
| 39 | Vik Patel | Job Title: General Manager, Pressable<br>Role: General Manager | Automattic, Pressable | 6/7/2021 | N/A |
| 40 | Zach Charo | Job Title: Trial Business Development Representative, Pressable<br>Role: Business Development Representative | Pressable | 11/22/2024 | N/A |

## Sources Searched for Custodians Employed by Automattic

Note: The Automattic resources identified below are not available to Pressable employees, and vice versa; one custodian has access to both (Vik Patel).

1. Automattic's Google Workspace (Google Drive, GMail, Google Calendar) ("Automattic Google Workspace")
2. Automattic's Slack instance ("Automattic Slack")
3. P2 (an Automattic-developed communication platform, https://wordpress.com/p2/)
4. WordPress's Slack instance (the Slack available for use by WordPress contributors, https://make.wordpress.org/chat/) ("Make WordPress Slack"). Note: Due to limitations in the configuration of the Make WordPress Slack, it was searched using search terms (identified below), but the collection was not limited to the custodians identified above.
5. ZenDesk a customer communication platform (https://www.zendesk.com/) Note: Due to limitations in the configuration of ZenDesk, it was searched using search terms (identified below), but the collection was not limited to the custodians identified above.

## Sources Searched for Pressable Custodians
1. Pressable's Google Workspace (Google Drive, GMail, Google Calendar) ("Pressable Google Workspace")
2. Pressable's Slack instance ("Pressable Slack")

3. Make WordPress Slack
4. Intercom (a customer communication platform (https://www.intercom.com/))

Additional sources were searched for Matt Mullenweg, including as described in Defendants' September 12 email. In addition, because Toni Schneider used personal email at certain points while acting as CEO and a member of the Board of Directors of Automattic, his personal email was also collected.

## Search Terms / Date Ranges

The following search terms and date limiters were applied to the Automattic and Pressable sources and custodians identified above (Automattic Google Workspace, Pressable Google Workspace, Automattic Slack, Pressable Slack, P2, Intercom) and Make WordPress Slack.

| Search String | Date Begin | Date End | Reference – Term Identification No. |
|---|---|---|---|
| (WPE OR "WP Engine" OR WPEngine) | 3/1/2023 | 12/10/2024 | TERM-001RR |
| ("wordpress.org" OR "w.org" OR "dot org") w/10 (own* OR control* OR block* OR free OR access* OR govern*) | 8/1/2024 | 11/14/2024 | TERM-002RRR |
| (Brunner) OR (Heather w/10 (WPE OR "WP Engine" OR WPEngine)) | 1/1/2022 | 12/10/2024 | TERM-005RRR |
| "Advanced Custom Fields" OR ACF OR "Secure Custom Fields" OR SCF | 1/1/2022 | 11/14/2024 | TERM-006R |
| ("WordPress.com" OR WooCommerce OR WPE OR "WP Engine" OR WPEngine) w/10 ((limit* OR restrict*) w/10 (revis*)) | n/a | n/a | TERM-008RR |
| (WPE OR "WP Engine" OR WPEngine) w/10 (trademark* OR "TM") | 1/1/2010 | 11/14/2024 | TERM-009RR |
| (WPE OR "WP Engine" OR WPEngine) w/10 (customer OR client OR agent OR agency OR user* OR switch* OR migrat* OR move OR moving OR moved*) | 1/1/2018 | 12/10/2024 | TERM-010RR |
| (WPE OR "WP Engine" OR WPEngine) w/10 ("wordpress.org" OR "w.org" OR "dot org") | 1/1/2018 | 12/10/2024 | TERM-011RR |
| (wordpress.org OR "w.org" OR "dot org" OR JetPack OR WooCommerce OR plugin) w/10 ((access*) w/10 (block* OR remov* OR limit* OR ban* OR interfer* OR suspend* OR suspension)) | 8/1/2022 | 11/14/2024 | TERM-012RRR |
| (("WordPress Software" OR "WordPress GPL" OR "core") w/10 (("Five for the Future" OR sponsor* OR contribut*)) w/10 (WPE OR "WP Engine" OR WPEngine OR Automattic) | n/a | n/a | TERM-013RR |
| (WPE OR "WP Engine" OR WPEngine) w/10 (WordCamp OR DE{CODE} OR "WordPress Roundup" OR "Building WordPress" OR Genesis OR WPGraphOL OR "faust.js" OR Local OR "WP-CLI") | 1/1/2018 | 12/10/2024 | TERM-014RRR |
| ("wordpress.org") w/10 (fork* OR mirror*) | 1/1/2020 | 11/14/2024 | TERM-016RR |
| (WordPress OR WooCommerce OR Woo) w/10 (trademark* OR "TM") w/10 (licens* OR infring* OR confus* OR dilut*) | 1/1/2010 | 11/14/2024 | TERM-017RR |
| "WordPress Engine" | 11/14/2018 | 11/14/2024 | TERM-018R |

| | | | |
|---|---|---|---|
| "Migration plugin" | 1/1/2022 | 11/14/2024 | TERM-019R |
| (security OR bug) w/10 plugin w/10 (WPE OR "WP Engine" OR WPEngine) | 1/1/2022 | 12/10/2024 | TERM-020RR |
| (to:("*automattic.com" OR "*wordpress.org") OR from: ("*automattic.com" OR "*wordpress.org")) AND ((WPE or "WP Engine" OR WPEngine) OR (trademark* or "TM" OR licens*)) | 1/1/2010 | 11/14/2024 | TERM-021R |
| (contribut* OR "five for the future" OR sponsor*) w/10 ("wordpress.org" OR ".org" OR "dot org" OR core) | 1/1/2022 | 11/14/2024 | TERM-022RR |
| (Silverlake OR "silver lake" OR wittlinger OR "Lee") | 1/1/2022 | 11/14/2024 | TERM-023R |
| bullenweg* | n/a | n/a | TERM-028 |
| (WPE OR "WP Engine" OR WPEngine) w/10 (buy* OR sell* or acquir* OR invest* OR divest OR purchase* OR "cash flow") | 1/1/2018 | 11/14/2024 | TERM-029RRR |
| (WPE OR "WP Engine" OR WPEngine) w/10 (wordpress.org) w/10 ("check box" OR "search" OR blacklist* OR suppress*) | 8/1/2024 | 12/10/2024 | TERM-030R |
| (WPE OR "WP Engine" OR WPEngine) w/10 (break* OR broke* OR interfer*) w/10 (website OR site OR plugin) | 1/1/2024 | 12/10/2024 | TERM-031R |
| (WPE OR "WP Engine" OR WPEngine) w/10 (mark w/3 (WordPress OR Woo OR WooCommerce)) | 1/1/2010 | 11/14/2024 | TERM-032R |
| (wordpress.org OR "w.org" OR "dot org") w/10 (blacklist* or denylist* or "temporary ban" or "permanent ban") | 1/1/2022 | 12/10/2024 | TERM-033RR |
| (WPE or "WP Engine" OR "WPEngine") w/2 (WordPress OR WooCommerce OR Woo) | 1/1/2010 | 11/14/2024 | TERM-034R |

ZenDesk was searched using the following search string and date limitation: (WPE OR "WP Engine" OR "WordPress Engine" OR "WPEngine" OR "*@wpengine.com), 1/1/2019 to 3/18/2025. (Term-003, -004, and -007 were intentionally omitted.)

**Brooke Myers Wallace**
Associate Attorney

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

(she/her/hers)

From: Wallace, Brooke Myers <bwallace@gibsondunn.com>
Sent: Tuesday, September 16, 2025 3:07 PM
To: Sara Jenkins <sarajenkins@quinnemanuel.com>; Kristek, Teddy <TKristek@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>
Cc: *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
Subject: RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

Confirmed.

Thanks,
Brooke

**Brooke Myers Wallace**
Associate Attorney

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

(she/her/hers)

---

**From:** Sara Jenkins <sarajenkins@quinnemanuel.com>
**Sent:** Tuesday, September 16, 2025 1:31 PM
**To:** Wallace, Brooke Myers <bwallace@gibsondunn.com>; Kristek, Teddy <TKristek@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Thank you for confirming Defendants' agreement to points 1–4 of our proposed protocol, and for confirming that the parties' exchange of search terms and custodians is not meant to delay discovery. While we disagree with several statements in your email below, we will not belabor those points. We propose that the parties proceed with the exchange tomorrow. Please confirm.

Regards,
Sara

---

**From:** Wallace, Brooke Myers bwallace@gibsondunn.com
**Sent:** Friday, September 12, 2025 12:12 PM
**To:** Sara Jenkins <sarajenkins@quinnemanuel.com>; Kristek, Teddy <TKristek@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

[EXTERNAL EMAIL from bwallace@gibsondunn.com]

---

Counsel,
As we indicated in our September 5 email, we disagree with a number of your characterizations of our call on September 5.

First, Defendants disagree that WPE has made a "fulsome" production to date. Nevertheless, we can confirm that our proposal to exchange search terms and custodians is not meant to delay discovery. But we cannot agree in advance to waive objections to WPE's search processes or further meet and confer efforts simply because they might, as a practical

matter, require further time to address. For that reason, Defendants cannot agree to point 5 of WPE's proposed protocol.

Second, Defendants disagree that the "overall volume of a party's production is wholly unrelated to whether its search terms are sufficient." If the search terms (or, relatedly, the date ranges) used for searching are unreasonably narrow, the volume of materials produced will be depressed.

Nevertheless, Defendants agree to points 1-4 of WPE's proposed exchange protocol.

Please confirm whether WPE is willing to proceed as proposed subject to these limitations. Defendants propose to do the exchange on September 16.

Regards,
Brooke

**Brooke Myers Wallace**
Associate Attorney

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

(she/her/hers)

---

**From:** Sara Jenkins <sarajenkins@quinnemanuel.com>
**Sent:** Friday, September 5, 2025 7:27 PM
**To:** Wallace, Brooke Myers <bwallace@gibsondunn.com>; Kristek, Teddy <TKristek@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

Counsel,

Thank you for the call today. This email confirms our discussion regarding the exchange of information related to search terms and custodians and provides WPE's proposed protocol for the exchange.

On our call, Defendants confirmed that their concern with WPE's productions is the overall size, and not any specific deficiency in WPE's search terms. We, of course, disagree. To date WPE has indeed made a fulsome production, producing more than 10,000 documents totaling more than 55,000 pages and is continuing to produce documents on a rolling basis. Further, the overall volume of a party's production is wholly unrelated to whether its search terms are sufficient. Defendants also acknowledged that they have not performed any analysis to identify missing search terms, and were unable to point to any terms they believe are missing from WPE's documents.

As the parties agreed, the purpose of the exchange of information related to search terms and custodians is not to delay or redo discovery. The parties agreed that to the extent any follow-up on search terms is needed, it would be limited to specific, facially unreasonable search terms, raised promptly so as not to cause delay.

Below is WPE's proposed protocol for the exchange of search terms, custodians, and related information.  We will agree to this exchange provided the parties utilize this protocol, which is designed to ensure that this is a meaningful exercise.

WPE proposes that on September 12, the parties shall exchange certain information related to search terms and custodians that each party has used in discovery to date, subject to the conditions and procedures outlined below:

1. The parties will mutually disclose the list of custodians whose documents they've collected, including the following information:
   a. The name, job title, employer, and dates of employment of each custodian.
   b. Each source of documents collected for each custodian, such as email, Slack, text messages, direct messages, shared drive documents, hard drive documents, etc.
   c. The date range applied to each source of documents collected from each custodian.

2. The parties will mutually disclose the search terms they have used to locate responsive documents in discovery to date, including:
   a. Each search string that has been applied to documents,
   b. The custodians whose documents were searched for each such search string,
   c. The sources of documents that were searched using the search terms, and
   d. The date range applied for each such search string.

3. The parties agree that the exchange of any information pursuant to this agreement does not act as a waiver of privilege or work product.

4. The parties understand that the search criteria exchanged pursuant to this agreement represents only one form of document collection conducted by the parties, and that manual targeted collections are also being used to collect certain categories of responsive documents.

5. The parties will not use this exercise to delay or prolong discovery in any way.

Please confirm by COB Monday, September 8.


Regards,
Sara



**Sara Jenkins**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores CA, 94065
650-801-5040 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
sarajenkins@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sara Jenkins
**Sent:** Friday, September 5, 2025 10:12 AM
**To:** 'Wallace, Brooke Myers' <bwallace@gibsondunn.com>; Kristek, Teddy <TKristek@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>

**Cc:** *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

Counsel,
We look forward to speaking with you at 11:00 am. Please be prepared to discuss the questions set out in my letter dated September 2nd in addition to discussing a protocol governing the exchange of information about search terms and custodians.

Regards,
Sara

---

**From:** Wallace, Brooke Myers <bwallace@gibsondunn.com>
**Sent:** Thursday, September 4, 2025 1:35 PM
**To:** Sara Jenkins sarajenkins@quinnemanuel.com; Kristek, Teddy TKristek@gibsondunn.com; QE-WPE qe-wpe@quinnemanuel.com
**Cc:** *** Automattic WPEngine Litigation AutomatticWPEngineLitigation@gibsondunn.com
**Subject:** RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

==**[EXTERNAL EMAIL from bwallace@gibsondunn.com]**==

---

Counsel,
As we explained in our letter yesterday, our next production, which we plan to make by September 12, will include a significant number of Mr. Mullenweg's documents and communications and there has been no spoliation. We are available Friday, 11-12 PT to discuss an exchange of search terms and custodians.
Regards,
Brooke

**Brooke Myers Wallace**
Associate Attorney

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

(she/her/hers)

---

**From:** Sara Jenkins <sarajenkins@quinnemanuel.com>
**Sent:** Wednesday, September 3, 2025 11:24 PM
**To:** Wallace, Brooke Myers <bwallace@gibsondunn.com>; Kristek, Teddy <TKristek@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

Counsel,
Our letter of last night included a number of questions that have been outstanding for weeks, which your email below does not answer. As for a mutual exchange of search terms and custodians, we'd be happy to discuss a protocol for that with you on Friday, along with the other issues raised in my letter last night. Please provide your availability for a call.

Thank you,
Sara

**From:** Wallace, Brooke Myers <bwallace@gibsondunn.com>
**Sent:** Wednesday, September 3, 2025 8:40 AM
**To:** Sara Jenkins <sarajenkins@quinnemanuel.com>; Kristek, Teddy <TKristek@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

<mark>[EXTERNAL EMAIL from bwallace@gibsondunn.com]</mark>

Counsel,
Suffice to say we disagree with the substance of your letter, but it's not a good use of anyone's time to go back and forth on this. We asked a simple question, and we don't see a response in your letter -- Will WPE agree to exchange search terms and custodians? Defendants propose to do so on September 5. Please let us know by COB today.
Regards,
Brooke

**Brooke Myers Wallace**
Associate Attorney

T: +1 213.229.7074 | M: +1 213.321.8025
bwallace@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

(she/her/hers)

**From:** Sara Jenkins <sarajenkins@quinnemanuel.com>
**Sent:** Tuesday, September 2, 2025 11:50 PM
**To:** Kristek, Teddy <TKristek@gibsondunn.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

Counsel,
Please see the attached correspondence.

Thank you,

Sara Jenkins
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores CA, 94065
650-801-5040 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
sarajenkins@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Kristek, Teddy <TKristek@gibsondunn.com>
**Sent:** Thursday, August 28, 2025 10:59 AM
**To:** QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** *** Automattic WPEngine Litigation <AutomatticWPEngineLitigation@gibsondunn.com>
**Subject:** WPEngine, Inc. v. Automattic Inc., et al. - Discovery Letter

[EXTERNAL EMAIL from tkristek@gibsondunn.com]

Counsel:

Please see the attached correspondence.


Best,
Teddy


**Teddy Kristek**
Associate Attorney

T: +1 202.887.3515 | M: +1 703.819.5573
TKristek@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.