# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC., a Delaware
corporation,

    Plaintiff,

v.                                No: 3:24-cv-06917-AMO(DMR)

AUTOMATTIC, INC., a Delaware
corporation; and MATTHEW
CHARLES MULLENWEG, an individual,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DIGITALLY RECORDED

DEPOSITION OF:          NICHOLAS GERNERT

DATE TAKEN:             DECEMBER 16, 2025

TIME:                   COMMENCED AT 9:15 A.M.
                        CONCLUDED AT 5:20 P.M.

PLACE:                  200 EAST ORANGE AVENUE
                        ORLANDO, FLORIDA

STENOGRAPHICALLY
REPORTED BY:            CHRISTIE SAMMARO, RMR, CRR
                        COURT REPORTER and NOTARY PUBLIC

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ESQUIRE DEPOSITION SOLUTIONS
432 SOUTH BEACH STREET
DAYTONA BEACH, FLORIDA  32114
(386)255-2150



can't speak to that.

Q    Was there some permission system that dictated who would be able to view particular P2 posts?

A    There was a permissioning system, yes.

Q    Who was responsible for setting permissions on P2 posts?

A    That was managed centrally at Automattic, so I don't know of a specific individual that was responsible for that.  It's like any corporate authentication, just managing access as part of the course of doing business.

Q    What do you mean by corporate authentication?

A    Like we all have accounts as individuals, and so what we have access to in those accounts is managed based on a need to know, what you need to do your job.

Q    Okay.  Did you use Signal to communicate related to work at all?

A    I did not.

Q    Did you use Telegram to communicate for work?

A    I did not.

Q    Did -- did anyone send you messages through Telegram or Signal related to work?

A    They did not.

Q    How about WhatsApp?  Did you ever use WhatsApp to communicate about work?

A    I did.



Q    Was that a usual method of communication within Automattic?

A    I would not -- it was not -- I wouldn't say -- I don't know what the standard for usual is.  My -- my personal experience in using WhatsApp for work was if -- meet-ups are a common function at Automattic; that is where teams get together in one location.  Those could be abroad, and to help manage communications in those groups, there could be moments where WhatsApp groups were spun up so that we could communicate with each other when we were in a different location, just in coordinating logistics.

Q    How often, generally speaking, would you use WhatsApp to communicate for work?

A    Infrequently.

Q    Infrequently?

A    Infrequently, yes.

Q    And did you ever communicate with Matt Mullenweg using WhatsApp?

A    I did not.

Q    Okay.  And is that because, to your knowledge, Mr. Mullenweg never used WhatsApp for work?

A    I don't know what Matt was using, but he was just not -- like, in any of these meet-ups that I would have been a part of, so he wasn't on the thread.  I



don't know anything beyond that.

Q    Okay.  What about phone text messages or iMessage, did you ever use that to communicate for work?

A    Yes.

Q    In what context?

A    Customers had my cell phone number.

Q    Did you ever use texts or iPhone -- iMessages to communicate with folks who were internal to Automattic?

A    Yes.

Q    Okay.  With who?

A    My -- my answer could be any number of folks. Everyone had a cell phone, so my colleague, Stephanie Yiu.  My executive leadership team could have sent me a text.  I had texted with Matt via iMessage.  I have texted with a number of folks, so I think if we need to get to an exhaustive list, we might be here for a minute.

Q    How often would you communicate, to your recollection, with Matt Mullenweg over iMessage?

A    Infrequent.

Q    Once a month?  More than once a month?

A    Less than.

Q    Less than once a month?

A    Less than once a month.



Q    Okay.  What was the usual form, if there was a usual form, of communication that you had with Matt Mullenweg?

A    It would typically be a "happy birthday" wish or a "happy Thanksgiving" wish or a -- you know, it was -- or a -- like, can we -- "can we chat for a minute," but it was never more substantive or in that -- than that.

Q    What was the method of communication that you used, typically, with Matt Mullenweg?

A    Slack.

Q    Okay.  And you were head of the VIP business unit; right?

A    Yes.

Q    Are you saying that you didn't -- let me back up.

Matt Mullenweg was your boss; right?

A    Yes.

Q    Are you saying that you didn't have substantive communications with Mr. Mullenweg about the business over any form of communication?

A    I just said we would -- that would have all been contained in Slack.  We would never over iMessage or any other message -- non-Automattic messaging.

Q    Okay.  Yeah, and I was asking generally in



terms of your communications with Matt.

So just to be clear, in terms of business-related communications that you had with Mr. Mullenweg, those were primarily over Slack; is that right?

A    Yes.

Q    When did you first become aware of WPEngine?

A    Just as an entity?

Q    Yes.

A    Oh, gosh.  A long time ago.  I couldn't give you an exact year.

Q    Okay.

A    Before my time at Automattic.  Let's just say that.

Q    All right.  And after you joined Automattic, did you consider WPEngine to be a competitor to Automattic?

A    I did not.

Q    At some point during the course of your tenure at Automattic, did you consider WPEngine to be a competitor to Automattic or any of its business units?

A    Yes.  I think that's reasonable, yes.

Q    At what point do you think that you started to consider them a competitor, view them as a competitor?

A    My answer is through the lens of the WordPress



CERTIFICATE OF OATH


STATE OF FLORIDA    )
COUNTY OF ORANGE    )

     I, the undersigned authority, certify that
NICHOLAS GERNERT personally appeared before me and
was duly sworn December 16, 2025.


     WITNESS my hand and official seal this 18th day
of December 2025.

                         _____
                         Christie Sammaro
                         Notary Public - State of Florida
                         My Commission No.:  HH 534644
                         Expires:  August 31, 2028




                              Personally Known
                    OR Produced Identification    X
                 Type of Identification Produced  FL DL



REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA    )

COUNTY OF ORANGE    )

I, CHRISTIE SAMMARO, RMR, CRR, certify that I was authorized to and did stenographically report the deposition of NICHOLAS GERNERT; that a review of the transcript was requested; that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 18th day of December 2025.

_____
CHRISTIE SAMMARO, RMR, CRR

