# EXHIBIT E

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WP ENGINE, INC., a          )

Delaware Corporation,       )

    Plaintiff,              )

v.                          ) Case No. 3:24-cv-06917-AMO

AUTOMATTIC, INC., a         )

Delaware Corporation;       )

and MATTHEW CHARLES         )

MULLENWEG, an Individual; )

and WOOCOMMERCE, INC., a  )

Delaware Corporation,       )

    Defendants.             )

*****************************************************

ORAL AND VIDEOTAPED DEPOSITION OF MARK DAVIES

WEDNESDAY, APRIL 22, 2026

VOLUME ONE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*****************************************************

ORAL AND VIDEOTAPED DEPOSITION OF MARK DAVIES, produced as a witness at the instance of the Plaintiff, was taken on April 22, 2026, from 9:20 a.m. to 7:01 p.m., before Donna Wright, CSR in and for the State of Texas, at the law offices of QUINN EMANUEL URQUHART & SULLIVAN, LLP, 300 West 6th Street, Suite 2010.

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q.   Do you ever communicate with him by e-mail?

A.   Very rarely.  I don't -- very rarely.  Matt doesn't use e-mail.  So I don't know if I ever sent Matt an e-mail, other than maybe my first three or four months when I thought he actually read e-mail.  But not -- not that I recall that -- any substance to that channel of communication.

Q.   Okay.  Do you -- or have you ever communicated with Mr. Mullenweg by text message?

A.   I don't have his phone number.  I don't think so.  I literally do not have his phone number.

Q.   That's interesting.

A.   It's just we -- Slack is -- you can text and call on Slack.  So I never needed it.

Q.   Okay.  Have you ever communicated with Mr. Mullenweg over Signal?

A.   No, I don't have a Signal account.

Q.   Have you ever communicated with Mr. Mullenweg on WhatsApp?

A.   No.

Q.   Have you ever communicated with him on Telegram?

A.   No.

Q.   By what means do you communicate with

Page 80

*** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

REPORTER'S CERTIFICATION OF THE ORAL

DEPOSITION OF MARK DAVIES

APRIL 22, 2026

VOLUME ONE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

I, Donna Wright, a Certified Shorthand Reporter and Notary Public in and for the State of Texas, hereby certify to the following:

That the witness, MARK DAVIES, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(3) that the signature of the deponent:

_X___ was requested by the deponent or a party before the completion of the deposition and that the signature is to be before any notary public and returned within 30 days from date of receipt of the transcript.  If returned, the attached Changes and Signature page contains any changes and the reasons therefore:

____ was not requested by the deponent or a party before the completion of the deposition.

Page 335

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me on this, the 27th day of April, 2026.


DONNA WRIGHT, Texas CSR 1971

Expiration Date:  11/30/26

Page 336

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com