# EXHIBIT F

Barry Abrahamson, 30(b)(6) Automattic, Inc. - December 19, 2025

            IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC., a          )
Delaware corporation,      )
                           )
      Plaintiff,           )
                           )
vs.                        ) CASE NO. 3:24-cv-06917-AMO
                           )           (DMR)
AUTOMATTIC INC., a         )
Delaware corporation; and )
MATTHEW CHARLES MULLENWEG,)
an individual,             )
                           )
      Defendants.          )

      30(b)(6) ORAL VIDEOTAPED DEPOSITION OF
                BARRY ABRAHAMSON
          ON BEHALF OF AUTOMATTIC INC.
                DECEMBER 19, 2025

      ORAL VIDEOTAPED DEPOSITION OF BARRY ABRAHAMSON, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 19th day of December, 2025, from 10:34 a.m. to 7:08 p.m., before Melinda Barre, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, 700 Louisiana Street, Suite 3900, Houston, Harris County, Texas, pursuant to the Federal Rules of Procedure.

                                        Page 1

MR. ROSE:  Object to form.

A.   Yes, yeah.  We are in charge of all of our like product -- we're responsible for the products at Automattic, that's correct.

BY MR. MACK:

Q.   Okay.  So it's both hardware and software platforms?

A.   Correct, although our focus is mainly on servers, not really on like laptops, that sort of thing.

Q.   Fair enough.

Are there any other messaging apps besides Slack and P2 that you use in connection with your work at Automattic?

MR. ROSE:  Object to form, beyond the scope.

A.   I wouldn't characterize P2 as a messaging app.

BY MR. MACK:

Q.   How would you characterize P2?

MR. ROSE:  Same objections.

A.   I would call it a WordPress theme.

BY MR. MACK:

Q.   A theme?  Okay.

Page 52

Barry Abrahamson, 30(b)(6) Automattic, Inc. - December 19, 2025

```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA


     WPENGINE, INC., a              )
     Delaware corporation,          )
                                    )
         Plaintiff,                 )
                                    )
     vs.                            ) CASE NO. 3:24-cv-06917-AMO
                                    )             (DMR)
     AUTOMATTIC INC., a             )
     Delaware corporation; and )
     MATTHEW CHARLES MULLENWEG,)
     an individual,                 )
                                    )
          Defendants.               )


                    REPORTER'S CERTIFICATE
              ORAL DEPOSITION OF BARRY ABRAHAMSON
                      December 19, 2025


         I, Melinda Barre, Certified Shorthand Reporter in
     and for the State of Texas, hereby certify to the
     following:
         That the witness, BARRY ABRAHAMSON, was duly sworn
     by the officer and that the transcript of the oral
     deposition is a true record of the testimony given by
     the witness;
         That the original deposition was delivered to
     Brian E. Mack.
         That a copy of this certificate was served on all
     parties and/or the witness shown herein
     on December 24, 2025.
```

Page 380

Barry Abrahamson, 30(b)(6) Automattic, Inc. - December 19, 2025

I further certify that pursuant to FRCP Rule 30(f)(1), that the signature of the deponent:

_X_ was requested by the deponent or a party before the completion of the deposition and that the signature is to be before any notary public and returned within 30 days from date of receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor:

____was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me on this, the 24th day of December, 2025.

Melinda Barre

Texas CSR 2192

Expiration:  12/31/27

Page 381