JOSEPH R. ROSE, SBN 279092
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br>Defendants.<br>______________________<br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br>Counterclaimants,<br>v.<br>WPENGINE, INC., a Delaware corporation,<br>Counterdefendant. | Case No. 4:24-cv-06917-AMO<br><br>**DECLARATION OF JOSEPH R. ROSE IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES PURSUANT TO LOCAL RULE 6-3**<br><br>Hon. Araceli Martínez-Olguín |

Gibson, Dunn & Crutcher LLP

I, Joseph R. Rose, declare as follows:

1. I am a member in good standing of the California Bar and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants and Counterclaimants Automattic Inc., Matthew Charles Mullenweg, WooCommerce Inc., and WordPress Foundation (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' concurrently filed Motion to Modify Expert Discovery and Summary Judgment Deadlines Pursuant to Local Rule 6-3 (the "Scheduling Motion"). Unless otherwise stated, the following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

2. Under the operative case schedule, rebuttal expert disclosures and reports are due on September 10, 2026, expert discovery closes on October 8, 2026, and opening summary judgment briefs are due on October 13, 2026. *See* Dkt. 355. These deadlines have become impractical for three reasons.

3. First, the current schedule invites a second round of summary judgment briefing because parties on both sides are awaiting rulings on pending motions to dismiss. *See* Dkt. 243, 252. This sequencing potentially creates a risk that the parties may seek to file additional summary judgment motions at a later date, after the pleadings are settled, targeting not-yet-asserted defenses.

4. Second, the pleadings will remain unsettled through the close of expert discovery. Rebuttal expert reports are due on September 10, 2026, and expert discovery will close on October 8, 2026. Those expert reports may be mooted or require revision if the corresponding claims are dismissed, and expert depositions that go forward may turn out to have been unnecessary or premature. Regardless of the outcome, the Court's reasoning and explanation will provide important guidance for these experts to consider in preparing their reports and for the parties to consider in approaching summary judgment.

5. Third, the parties need more time to complete expert depositions. On August 11, 2026, a total of 16 expert reports were served (seven by Plaintiff and nine by Defendants). To date, Plaintiff has disclosed two additional experts, bringing the total number of experts to at least 18. Under the

current schedule, 18 or more expert depositions must be completed in 20 business days, which also include major religious holidays—specifically, Rosh Hashanah (beginning September 11) and Yom Kippur (September 21).

6. On August 31, 2026, a member of my team contacted counsel for Plaintiff via email and proposed stipulating to modifications of the expert discovery and summary judgment deadlines, explaining that it would be impractical to complete expert discovery and brief summary judgment on the current schedule before the pleadings are settled.

7. Counsel for Plaintiff responded on September 2, 2026, as follows:

> "Having considered it carefully, we do not agree to Defendants' proposed extension of the case schedule, and are not amenable to filing a joint stipulation. We do not believe the proposed extension is necessary, or that there is the requisite good cause to do so. Defendants' proposed schedule also forces the parties and the court to litigate this case over the holidays in both 2026 and 2027 (since the court will move our trial date), which we vigorously oppose, including because it creates conflicts for our team, and also because client availability over the holidays is generally scarce."

8. Because the parties were unable to reach agreement, Defendants proceeded with the Scheduling Motion.

9. The Court entered the Case Management Scheduling Order in this litigation on February 28, 2025. *See* Dkt 119.

10. On October 21, 2025, the Court granted the Parties' stipulation to extend the close of fact discovery from November 20, 2025, to March 12, 2026, to allow adequate time for discovery into Defendants' counterclaims, which at the time had not yet been filed. *See* Dkt. 193.

11. On February 20, 2026, the Court granted the Parties' stipulation to extend the close of fact discovery from March 12, 2026, to May 14, 2026, to allow adequate time for discovery into Defendants' counterclaims. *See* Dkt. 240.

12. On June 10, 2026, Defendants' filed a motion to modify expert discovery and summary judgment deadlines. *See* Dkt. 339. On June 15, 2026, Plaintiff filed an opposition. *See* Dkt. 343.

13. On June 22, 2026, the Court ordered Defendants to file an amended proposed order that continued all case deadlines, including the pretrial conference and trial date, by about six weeks. *See*

Dkt. 348.

14. On June 26, 2026, the Court entered the amended proposed order. *See* Dkt. 355.

15. Defendants' present motion seeks to extend expert discovery and summary judgment deadlines as follows:

| **Event** | **Current Operative Deadline** | **Proposed Modified Deadline** |
|---|---|---|
| Parties to provide initial expert disclosure(s) and report(s) | August 6, 2026 | N/A |
| Parties to provide rebuttal expert disclosure(s) and report(s) | September 10, 2026 | October 15, 2026 |
| Close of expert discovery | October 8, 2026 | November 17, 2026 |
| Deadline for moving party to file summary judgment motion (15 pages max.) | October 13, 2026 | November 20, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | November 10, 2026 | December 18, 2026 |
| Deadline for *Daubert* motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | November 10, 2026 | December 18, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | December 8, 2026 | January 21, 2027 |
| Deadline for oppositions to *Daubert* motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | December 8, 2026 | January 21, 2027 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | December 22, 2026 | February 4, 2027 |
| Deadline for reply in support of *Daubert* motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | December 22, 2026 | February 4, 2027 |
| Hearing on summary judgment and *Daubert* motions | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |

| **Event** | **Current Operative Deadline** | **Proposed Modified Deadline** |
|---|---|---|
| Joint pretrial conference statement | September 9, 2027, or as otherwise set by the Court | September 9, 2027, or as otherwise set by the Court |
| Pretrial conference | September 23, 2027, at 11:00 a.m., or as otherwise set by the Court | September 23, 2027, at 11:00 a.m., or as otherwise set by the Court |
| Jury Trial (10 days) | October 19, 2027, at 8:30 a.m. | October 19, 2027, at 8:30 a.m. |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Francisco, California on this 3rd day of September, 2026.

By: */s/ Joseph R. Rose*
Joseph R. Rose