JOSEPH R. ROSE, SBN 279092
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc., Matthew Charles Mullenweg, and WooCommerce Inc. and Counterclaimant WordPress Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

WPENGINE, INC., a Delaware corporation,

Plaintiff,

v.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,

Defendants.

---

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,

Counterclaimants,

v.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO

**[PROPOSED] ORDER GRANTING MOTION TO MODIFY EXPERT DISCOVERY AND SUMMARY JUDGMENT DEADLINES PURSUANT TO LOCAL RULE 6-3**

Hon. Araceli Martínez-Olguín

The Court, having considered the Motion to Modify Expert Discovery and Summary Judgment Deadlines Pursuant to Local Rule 6-3, and for good cause appearing, hereby GRANTS a five-week extension of expert discovery and summary judgment deadlines (*see* Dkt. 355). The case schedule shall be amended as follows:

| **Event** | **Current Operative Deadline** | **Proposed Modified Deadline** |
|---|---|---|
| Parties to provide initial expert disclosure(s) and report(s) | August 6, 2026 | N/A |
| Parties to provide rebuttal expert disclosure(s) and report(s) | September 10, 2026 | October 15, 2026 |
| Close of expert discovery | October 8, 2026 | November 17, 2026 |
| Deadline for moving party to file summary judgment motion (15 pages max.) | October 13, 2026 | November 20, 2026 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | November 10, 2026 | December 18, 2026 |
| Deadline for *Daubert* motions (to be filed simultaneously with the non-moving party's opposition to the moving party's summary judgment motion) | November 10, 2026 | December 18, 2026 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | December 8, 2026 | January 21, 2027 |
| Deadline for oppositions to *Daubert* motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | December 8, 2026 | January 21, 2027 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | December 22, 2026 | February 4, 2027 |
| Deadline for reply in support of *Daubert* motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | December 22, 2026 | February 4, 2027 |
| Hearing on summary judgment and *Daubert* motions** | To be noticed by the moving party based on the Court's availability at the time of filing | To be noticed by the moving party based on the Court's availability at the time of filing |

| | | |
|---|---|---|
| Joint pretrial conference statement | September 9, 2027, or as otherwise set by the Court | September 9, 2027, or as otherwise set by the Court |
| Pretrial conference | September 23, 2027, at 11:00 a.m., or as otherwise set by the Court | September 23, 2027, at 11:00 a.m., or as otherwise set by the Court |
| Jury Trial (10 days) | October 19, 2027, at 8:30 a.m. | October 19, 2027, at 8:30 a.m. |

*******Daubert*** **motions shall comply with the requirements set forth in Paragraph G.1 of the Court's Standing Order for Civil Cases. Expert reports shall adhere to the formatting requirements set forth in Paragraph F.**

**IT IS SO ORDERED.**

Dated:

_______________________________
Honorable Araceli Martinez-Olguin
United States District Judge