United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC.,

Plaintiff,

v.

AUTOMATTIC INC., et al.,

Defendants.

Case No. 24-cv-06917-AMO (ASK)

**ORDER RE: ADMINISTRATIVE SEALING MOTIONS**

Re: Dkt. Nos. 276, 277, 288, 290, 291, 297, 298, 299, 300, 301, 303, 304, 309, 310, 315, 320, 321, 333

Before the Court are several discovery-related sealing motions and two motions for correction of the docket. Having considered the papers, the Court **GRANTS** the motions for correction (Dkts. 309, 310) and **GRANTS IN PART** and **DENIES IN PART** the sealing motions as set forth below. The parties shall refile public versions of each filing where the Court has denied or narrowed the requested sealing by **September 30, 2026**.

## I. LEGAL STANDARD

There is a right of public access to judicial records and documents. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). In considering motions to seal, "a strong presumption in favor of access is the starting point." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (cleaned up). So, parties seeking to seal judicial records relating to motions "more than tangentially related to the underlying cause of action," *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016), bear the burden of overcoming the presumption of access with "compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure," *Kamakana*, 447 F.3d at 1178-79 (cleaned up). However, records attached to "nondispositive motions" which are "not related, or only tangentially related, to the merits of a case," are not subject to the strong

presumption of access and must instead meet a lower "good cause" standard. *See Ctr. for Auto Safety*, 809 F.3d at 1098-99. "The good cause standard [still] requires a 'particularized showing,' . . . 'that specific prejudice or harm will result' if no protective order is granted." *Access Optical Networks, Inc. v. Seagate Tech. LLC*, No. 24-CV-03745-EKL (VKD), 2025 WL 2856297, at *1 (N.D. Cal. Oct. 8, 2025) (citing *Kamakana*, 447 F.3d at 1180; *In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 424 (9th Cir. 2011)). "Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning" are insufficient. *See Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

In addition, under Northern District of California, Civil Local Rule 79-5, sealing is only permitted when the parties have established "the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." *See* N.D. Cal. Civ. L.R. 79-5(c)(1). Civil Local Rule 79-5 also requires the parties to "narrowly tailor[ ]" their requests only to the sealable material. Id. at 79-5(c)(3). Thus, although sometimes it may be appropriate to seal a document in its entirety, whenever possible a party must redact. *See Kamakana*, 447 F.3d at 1183 (noting a preference for redactions so long as they "have the virtue of being limited and clear").

Further, when a party seeks to seal a document because it has been designated as confidential by another party, the filing party must file an Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Civil L.R. 79-5(f). In that case, the filing party need not satisfy the requirements of subsection (c)(1). Civil L.R. 79-5(f)(1). Instead, the party who designated the material as confidential must, within seven days of the motion's filing, file a statement and/or declaration that meets the requirements of subsection (c)(1). Civil L.R. 79-5(f)(3). A designating party's failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the designating party. *Id.* Any party can file a response to that declaration within four days. Civil L.R. 79-5(f)(4).

## II. DISCUSSION

Because the sealing motions before the Court concern discovery disputes "tangentially

related[] to the merits of [the] case," the good cause standard applies here. *See Ctr. for Auto Safety*, 809 F.3d at 1097 (noting good cause exception applies to "sealed materials attached to a discovery motion"); *In re Mahltig Mgmt. Und Beteiligungsgesellschaft MBH*, No. 18-MC-80037 NC, 2018 WL 11198061, at *6 (N.D. Cal. Apr. 24, 2018) (concluding the good cause standard applied to a sealing request with a 1782 application because "the Court does not deal with the merits of the European patent litigation, and its only connection to this case is a discovery dispute regarding the propriety of subpoenas.").

### A. Dkt. 276

**Sealing for WPE's Portion of the Joint Discovery Letter**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| First highlighted portion on page 1 | 275 | 276-2 | 306 | Discloses confidential financial and operational information | **GRANTED** |
| Second highlighted portion on page 1 | 275 | 276-2 | N/A | N/A | **DENIED** |
| Third highlighted portion on page 1 | 275 | 276-2 | 306 | Discloses confidential financial and operational information | **GRANTED** |
| First highlighted portion on page 2 | 275 | 276-2 | N/A | N/A | **DENIED** |
| Second highlighted portion on page 2 | 275 | 276-2 | N/A | N/A | **DENIED** |
| Third highlighted portion on page 2 | 275 | 276-2 | N/A | N/A | **DENIED** |
| Fourth | 275 | 276-2 | 306 | Discloses confidential | **DENIED** |



United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| highlighted portion on page 2 | | | | information regarding Mr. Mullenweg's communications and interactions with agents in this litigation; statement is irrelevant, misleading, and an invasion of privacy | |
| Fifth highlighted portion on page 2 | 275 | 276-2 | 280 | Discloses business relationship/potential business relationship; discloses confidential business negotiations and contemplated pricing terms | **GRANTED** |

**Sealing for WPE's Supporting Declaration**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Highlighted Material in ¶ 9 | 275-1 | 276-3 | N/A | N/A | **DENIED** |
| Highlighted Material in ¶ 16 Regarding Defendants' Production | 275-1 | 276-3 | N/A | N/A | **DENIED** |
| Highlighted Material in ¶ 16 Regarding DreamHost Production | 275-1 | 276-3 | 280 | Discloses business relationship/potential business relationship; discloses confidential business negotiations and contemplated pricing terms | **GRANTED** |



United States District Court
Northern District of California

**Sealing for Exhibits A through E to the Supporting Declaration**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Exhibit A | 275-2 | 276-4 | 306 | Discloses confidential financial and operational information and non-public employee personally identifiable information, including names and email addresses | **GRANTED** |
| Exhibit B | 275-3 | 276-5 | 280 | Discloses confidential business relationship information and non-public employee PII, including name and email address | **GRANTED** |
| Exhibit C | 275-4 | 276-6 | 280 | Discloses confidential business relationship information and non-public employee PII, including name and email address | **GRANTED** |
| Exhibit D | 275-5 | 276-7 | 306 | Discloses confidential business relationship information and non-public employee PII, including name and email address | **GRANTED** |
| Exhibit E | 275-6 | 276-8 | 306 | Discloses confidential business relationship information and non-public employee PII, including name and email address | **GRANTED** |

**B. Dkt. 277**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| Ex. A (Joint Letter Brief) | 278 | 281 | 282 | Page 1, para. 1, line 8; Page 1, para. 2, | The redacted portions reflect Silver Lake's confidential internal assessments of WPE's business performance, | **GRANTED** |

United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | lines 6-7; Page 1, para. 3, lines 5-9, 16 | strategies, and business plans as well as information concerning sensitive and confidential business strategy and competitive analysis information. | |
| Ex. A (Joint Letter Brief) | 278 | 281 | 282 | Page 1, para. 1, line 9; Page 1, para. 2, lines 1-5; Page 1, para. 3, lines 4, 13, 15 | N/A | **DENIED** |
| Ex. A (Joint Letter Brief) | 278 | 281 | 282 | Page 2, para. 1, lines 5-7; Page 2, para. 3, lines 3-5; Page 2, para. 4, lines 4, 8; Page 2, para. 5, line 2 | Page 2, para. 1, lines 5-7: The redacted portion reflects confidential details of communications between Silver Lake principals and WPE's CEO. This information concerns sensitive and confidential business communications and internal strategy information.<br><br>The other redacted portions on page 2 reflect the confidential identity of a third party and a confidential category of Silver Lake's internal business activities. | **GRANTED** |
| Ex. A (Joint Letter Brief) | 278 | 281 | 282 | Page 2, para. 1, lines 2-4, 8-15 | N/A | **DENIED** |
| Ex. A (Joint Letter Brief) | 278 | 277-2, 281 | 282 | Page 3, para. 3, lines 3, 5-6, 11; | The redacted portion reflects Silver Lake's confidential financial production details, | **GRANTED** |

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | Page 3, para. 5, line 3 | including the identity of its third party agent and specific categories of financial and transaction-related documents provided to that agent. This information concerns sensitive and confidential business and financial information. The redacted portion also reflects the identity of a third party and a confidential category of Silver Lake's internal business activities. | |
| Ex. A (Joint Letter Brief) | 278 | 277-2, 281 | 282 | Page 4, para. 1, lines 4-6; Page 4, para. 2, lines 3-5 Page 4, para. 3, lines 4-7 | The redacted portion reflects confidential details of Silver Lake's financial production, including the identities of third party agents and counterparties and specific deal-related document categories. This information concerns sensitive and confidential business strategy and financial information. | **GRANTED** |
| Ex. A (Joint Letter Brief) | 278 | 277-2, 281 | 282 | Page 5, para. 3, line 8 | The redacted portion reflects a confidential category of documents Silver Lake has produced, the disclosure of which would reveal Silver Lake's sensitive internal business activities. | **GRANTED** |
| Ex. B (Decl. of Daniel M. Bruggebrew ISO Automattic ("Bruggebrew Decl. | 278-1 | 277-3 | 282 | Page 2, line 22 (¶ 4) | N/A | **DENIED** |



United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| ”)) | | | | | | |
| Ex. B (Bruggebrew Decl. ) | 278-1 | 277-3 | 282 | Page 2, line 23 (¶ 4) | The redacted portion reflects confidential details of communications between Silver Lake principals and WPE’s CEO. | **GRANTED** |
| Ex. B (Bruggebrew Decl. ) | 278-1 | 277-3 | 282 | Page 2, lines 24-28 (¶ 5) | N/A | **DENIED** |
| Ex. B (Bruggebrew Decl. ) | 278-1 | 277-3 | 282 | Page 4, line 9 (¶ 13) | The redacted portion reflects a confidential third-party identity. | **GRANTED** |
| Ex. B (Bruggebrew Decl. ) | 278-1 | 277-3 | 282 | Page 5, lines 16-17 (¶ 20) | The redacted portion reflects confidential financial and transactional search terms, the disclosure of which would reveal Silver Lake’s internal business frameworks and sensitive business counterparties. | **GRANTED** |
| Ex. B (Bruggebrew Decl. ) | 278-1 | 277-3 | 282 | Page 5, lines 22-26 (¶ 21) | N/A | **DENIED** |
| Ex. C (Ex. 2 to Bruggebrew Decl. ) | 278-3 | 277-4 | 282 | Page 4, final email search string row | The redacted portion reflects the confidential identity of a third party and a confidential category of Silver Lake’s internal business activities. | **GRANTED** |
| Ex. D (Ex. 3 to Bruggebrew Decl. ) | 278-4 | 277-5 | 282 | Full | N/A | **DENIED** |
| Ex. D (Ex. 3 to Bruggebrew Decl. ) | 278-4 | 277-5 | 282 | Search string lines 11-12 | The redacted portion reflects confidential financial and transactional search terms, the disclosure of which would reveal | **GRANTED** |



United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | Silver Lake's internal business frameworks and sensitive business counterparties. | |
| Ex. E (Decl. of Sara Jenkins ISO Silver Lake, Wittlinger, Zhang ("Jenkins Decl. ")) | 278-5 | 277-6 | 282 | Page 2, line 13 (¶ 2); Page 2, lines 21-23 (¶ 3) | The redacted portion reflects confidential financial information of WPE and Silver Lake and sensitive categories of financial documents not otherwise public, disclosure of which would cause competitive harm. | **GRANTED** |
| Ex. E (Jenkins Decl. ) | 278-5 | 277-6 | 282 | Page 3, lines 1-2 (¶ 3); Page 3, line 27 (¶ 7) | Page 3, lines 1-2: The redacted portion reflects confidential internal governance and business strategy information, the disclosure of which would reveal the subject matter of sensitive board-level deliberations.<br><br>Page 3, line 27: The redacted portion reflects a confidential third-party identity, the disclosure of which could harm Silver Lake's business relationships and reveal the identity of parties to sensitive commercial negotiations. | |
| Ex. E (Jenkins Decl. ) | 278-5 | 277-6 | 282 | Page 4, line 17 (¶ 11); Page 4, lines 21-28 (¶ 12) | Page 4, line 17: The redacted portion reflects a confidential third-party relationship.<br><br>Page 4, lines 21-28: The redacted portion reflects a third relationship that is subject to NDA, disclosure of which would violate | **GRANTED** |

United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | contractual confidentiality obligations and harm Silver Lake. | |
| Ex. E (Jenkins Decl. ) | 278-5 | 277-6 | 282 | Page 5, lines 13, 15-16 (¶ 14); Page 5, lines 19-22 (¶ 14) | The redacted portion reflects confidential internal business structure and third-party relationships, disclosure of which would reveal confidential deal-related and business strategy information and could cause competitive harm. | **GRANTED** |
| Ex. E (Jenkins Decl. ) | 278-5 | 277-6 | 282 | Page 6, line 10 (¶ 17); Page 6, lines 20-21 (¶ 18) | Page 6, line 10: The redacted portion reflects confidential business information reflecting a sensitive category of Silver Lake's internal business activities, disclosure of which could cause competitive harm.<br><br>Page 6, lines 20-21: The redacted portion reflects confidential third-party identities and internal business information referenced in proposed search terms, disclosure of which would reveal Silver Lake's confidential business relationships and strategy. | **GRANTED** |
| Ex. E (Jenkins Decl. ) | 278-5 | 277-6 | 282 | Page 7, line 4 (¶ 19); Page 7, line 18 (¶ 20) | The redacted portion reflects confidential business information reflecting a sensitive category of Silver Lake's internal business activities, the disclosure of which could cause competitive harm. | **GRANTED** |

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| Ex. E (Jenkins Decl. ) | 278-5 | 277-6 | 282 | Page 8, lines 9-14 (¶ 24); Page 8, lines 25-26 (section heading ) | Page 8, lines 9-14: The redacted portion reflects confidential financial and transactional search terms referencing Silver Lake's internal business frameworks and confidential third-party identities, disclosure of which would reveal sensitive business counterparties and internal financial concepts.<br><br>Page 8, lines 25-26 (section heading): The redacted portion reflects confidential business information regarding a sensitive category of Silver Lake's internal business activities, disclosure of which could cause competitive harm. | **GRANTED** |
| Ex. E (Jenkins Decl. ) | 278-5 | 277-6 | 282 | Page 8, line 28; Page 9, lines 1-2 (¶ 27); Page 9, lines 4-6 (¶ 28); Page 9, 7-13 (¶ 29) | The redacted portion reflects confidential internal business structure and confidential third party relationships, the disclosure of which would reveal confidential business strategy information, including identity of sensitive counterparties, the disclosure of which could cause competitive harm. | **GRANTED** |
| Ex. E (Jenkins Decl. ) | 278-5 | 277-6 | 282 | Page 9, line 15 (¶ 30) | The redacted portion reflects sensitive internal business information of Silver Lake and WPE, the disclosure of which | **GRANTED** |

United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | could result in competitive harm. | |
| Ex. F (Ex. 1 to Jenkins Decl. ) | 278-6 | 277-7 | 282 | Item Nos. 7, 12 and 25 | The redacted portion reflects confidential financial document categories, disclosure of which would reveal confidential business strategies, the disclosure of which could result in competitive harm. | **GRANTED** |

### C. Dkt. 288

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Joint Letter Brief | 287 | 288-3 | 323 | Reflects WPE confidential business information contained in Dkt. 287-1, -2, -4, -5, and -6 relating to, among other things, WPE's confidential business partnership negotiations, financial terms, and internal strategic analysis. | **GRANTED** |
| Decl. of Michael H. Dore ISO the WordPress Parties ("Dore Decl. ") | 287-1 | 288-4 | 323 | Reflects WPE confidential business information relating to, among other things, WPE's confidential business partnership negotiations, financial terms, and internal strategic analysis. | **GRANTED** |
| Ex. A to Dore Decl. | 287-2 | 288-5 | 323 | Reflects WPE's internal analysis of a proposed business partnership, including nonpublic commercial and financial terms, WPE's internal strategic assessment of the proposal, and WPE's counter-proposal. | **GRANTED** |
| Ex. B to Dore Decl. | 287-2 | 288-5 | 323 | Reflects WPE's internal communication transmitting WPE's nonpublic analysis of and counter-proposal to a proposed business partnership. | **GRANTED** |



United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Ex. C to Dore Decl. | 287-2 | 288-5 | 323 | Excerpts of deposition testimony that reveal confidential details about WPE's internal analysis of and negotiations concerning a proposed business partnership, including nonpublic financial terms and WPE's internal strategic assessments. | **GRANTED** |
| Decl. of Chad Costello in Support of WPEngine, Inc's Portion of Joint Discovery letter | 287-6 | 288-8 | 323 | Reflects WPE's confidential business information concerning the privileged nature of WPE's internal communications and legal analysis related to a proposed business partnership. | **GRANTED** |
| Decl. of Victor Yuan in Support of WPEngine, Inc.'s Portion of Joint Discovery Letter | 287-5 | 288-7 | 323 | Reflects WPE's confidential business information concerning the privileged nature of WPE's internal communications and legal analysis related to a proposed business partnership. | **GRANTED** |
| Exhibit 1 to Decl. of Kaitlin Keohane in Support of WPEngine, Inc.'s Portion of Joint Discovery Letter | 287-4 | 288-6 | 323 | Reflects WPE's confidential privilege log describing privileged internal communications related to WPE's analysis of a proposed business partnership. | **GRANTED** |

**D. Dkts. 290 & 291**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Joint Letter | 289 | 290-3 | 324 | Reflects WPE confidential business | **GRANTED** |



United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Brief | | | | information contained in Dkt. 289-1 – 5 relating to, among other things, WPE's confidential internal brand strategy objectives and brand development process, internal communications concerning the content of its marketing materials, internal search engine performance information, and confidential details about WPE's internal marketing structure, workflows, approval processes, and project management systems. | |
| Decl. of Howard S. Hogan ISO WordPress Parties ("Hogan Decl. ") | 289-1 | 290-4 | 324 | Reflects WPE confidential business information relating to, among other things, WPE's confidential internal brand strategy objectives and brand development process, internal communications concerning the content of its marketing materials, internal search engine performance information, and confidential details about WPE's internal marketing structure, workflows, approval processes, and project management systems. | **GRANTED** |
| Ex. 1 to Hogan Decl. | 289-2 | 290-5 | 324 | Reflects WPE's internal brand strategy objectives and brand development process, material that WPE treats as proprietary. | **GRANTED** |
| Ex. 2 to Hogan Decl. | 289-3 | 290-6 | 324 | Reflects WPE's internal communications concerning the content of its marketing materials, material that WPE treats as proprietary. | **GRANTED** |
| Ex. 3 to Hogan Decl. | 289-4 | 290-7 | 324 | Reflects WPE's internal communications concerning the content of its marketing material, which WPE treats as proprietary. | **GRANTED** |
| Ex. 4 to | 289-5 | 290-8 | 324 | Reflects WPE's internal | **GRANTED** |

United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Hogan Decl. | | | | communications concerning the content of its marketing material, which WPE treats as proprietary. | |
| Ex. 5 to Hogan Decl. | 289-6 | 290-9 | 324 | Reflects WPE's internal communications concerning the content of its marketing material and search engine performance information, both of which WPE treats as proprietary. | **GRANTED** |
| Decl. of Kaitlin Keohane ISO WP Engine ("Keohane Decl. ") | 289-7 | 291-3 | 291-1 | "These documents contain proprietary business information the disclosure of which would cause the WordPress Parties competitive harm." Dkt. 291-1 ¶ 2. | **GRANTED** |
| Exhibit A to Keohane Decl. | 289-8 | 291-4 | 291-1 | "These documents contain proprietary business information the disclosure of which would cause the WordPress Parties competitive harm." Dkt. 291-1 ¶ 2. | **GRANTED** |
| Exhibit B to Keohane Decl. | 289-9 | 291-5 | 291-1 | "These documents contain proprietary business information the disclosure of which would cause the WordPress Parties competitive harm." Dkt. 291-1 ¶ 2. | **GRANTED** |
| Exhibit C to Keohane Decl. | 289-10 | 291-6 | 291-1 | "These documents contain proprietary business information the disclosure of which would cause the WordPress Parties competitive harm." Dkt. 291-1 ¶ 2. | **GRANTED** |
| Exhibit D to Keohane Decl. | 289-11 | 291-7 | 291-1 | "These documents contain proprietary business information the disclosure of which would cause the WordPress Parties competitive harm." Dkt. 291-1 ¶ 2. | **GRANTED** |
| Exhibit E to Keohane Decl. | 289-7; 289-12 | 290-10 | 324 | Excerpts of deposition testimony that reveal confidential details about WPE's internal marketing structure, workflows, approval | **GRANTED** |

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| | | | | processes, and uses of project management systems, all of which WPE treats as proprietary. | |

**E. Dkt. 297**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Exhibit 3 to the Decl. of Michael Dore in support of Defendants' Portion of the Joint Discovery Letter | 294-6 | 297-3 | 297-1 | The first highlighted portion of Exhibit 3 on page 3 contains highly sensitive medical information concerning one of the witnesses in this action. Disclosure of that information has the potential to cause specific prejudice or harm, and there is no countervailing public interest in its disclosure. | **GRANTED** |

**F. Dkt. 298**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Joint Letter Brief | 309 | 298-3 | 327 | Reflects WPE confidential business information contained in Dkt. 298-01, -04, -05, -06, -07, and -08 relating to, among other things, WPE's confidential business partnership negotiations, financial data, valuations, and internal strategic analysis. | **GRANTED** |
| Decl. of Brooke | 309-1 | 298-4 | 327 | Reflects WPE confidential business information relating to, | **GRANTED** |



United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Myers Wallace iso Defendants' and Counterclaimants' ("Wallace Decl. ") | | | | among other things, WPE's confidential business partnership negotiations, financial data, valuations, and internal strategic analysis. | |
| Ex. 1 to Wallace Decl. | 309-2 | 298-5 | 327 | Excerpts of deposition testimony that reveal confidential details about WPE's internal analyses of and correspondence concerning a proposed business partnership, including nonpublic financial data, and WPE's internal strategic assessments. | **GRANTED** |
| Decl. of Sara Jenkins ("Jenkins Decl.") | 309-3 | 298-6 | 327 | Reflects WPE confidential business information relating to, among other things, WPE's confidential business partnership negotiations, financial performance, valuations, and internal strategic analysis. | **GRANTED** |
| Exhibit 1 to Jenkins Decl. | 309-4 | 298-7 | 327 | Reflects WPE confidential business information relating to, among other things, WPE's confidential business partnership negotiations, financial performance, valuations, and internal strategic analysis. | **GRANTED** |
| Exhibit 2 to Jenkins Decl. | 309-5 | 298-8 | 327 | Reflects WPE's confidential business information concerning WPE's confidential business partnership negotiations. | **GRANTED** |

**G. Dkt. 299**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Highlighted portion on page 1 of Discovery Letter | 295 | 299-2 | 326 | Discloses confidential trademark licensing information, designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |
| Highlighted portion on pages 2-4 of Exhibit A | 295-2 | 299-3 | 326 | Discloses confidential trademark licensing and enforcement information and other confidential business information designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |

**H. Dkt. 300**

**Sealing for the Joint Discovery Letter**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| First highlighted portion on Page 1, Section A, First Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Second highlighted portion on Page 1, Section A, First Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| First highlighted portion on Page 1, Section A, Second Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Second highlighted portion on Page 1, Section A, Second Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Third highlighted portion on Page 1, Section A, Second Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Fourth highlighted portion on Page 1, Section A, Second Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Fifth highlighted portion on Page 1, Section A, Second Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| First highlighted portion on Page 1, Section A, Third Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Second highlighted portion on Pages 1-2, Section A, Third Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| First highlighted portion on Page 2, Section A, Fourth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Second highlighted portion on Page 2, Section A, Fourth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Third highlighted portion on Page 2, Section A, Fourth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Fourth highlighted portion on Page 2, Section A, Fourth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |

United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| First highlighted portion on Page 2, Section B, Second Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Second highlighted portion on Page 2, Section B, Second Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| First highlighted portion on Page 2, Section B, Third Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Second highlighted portion on Page 2, Section B, Third Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Third highlighted portion on Page 2, Section B, Third Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| First highlighted portion on Pages 2-3, Section B, Fourth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Second highlighted portion on Page 3, Section B, Fourth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| First highlighted portion on Page 3, Section B, Fifth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Second highlighted portion on Page 3, Section B, Fifth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |



United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Third highlighted portion on Page 3, Section B, Fifth Paragraph | 294 | 300-2 | 322 | N/A | **DENIED** |
| Highlighted Material on Page 5. | 294 | 300-2 | 322 | N/A | **DENIED** |

**<u>Sealing for Exhibit A to the WPE's Supporting Decl.</u>**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Sealing Sought | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|---|
| Exhibit A | 294-2 | 300-3 | 322 | Full | N/A | **DENIED** |
| Exhibit A | 322-2 | 300-3 | 322 | Portion s of Pages 6 and 7 | Discloses highly confidential proprietary trademark licensing strategy and information in a deposition transcript that has been provisionally designated as "Highly Confidential- Attorneys' Eyes Only." | **GRANTED** |

**<u>Sealing for Exhibits 1 to 3 to Defendants' Supporting Decl.</u>**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Exhibit 1 | 294-4 | 300-4 | 322 | N/A | **DENIED** |
| Exhibit 1, Page 19, Lines 5 and 7 | 322-3 | 300-4 | 322 | Discloses confidential information regarding Mr. Mullenweg's personally identifiable information, including a mailing address. | **GRANTED** |



United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Highlighted Portions of Exhibit 2 | 294-5 | 300-5 | 322 | Discloses confidential information regarding Defendants' counsel's personally identifiable information, including phone numbers. | **GRANTED** |
| Highlighted Portions in GREEN of Exhibit 3 | 294-6 | 300-6 | 322 | Discloses confidential information regarding Defendants' counsel's personally identifiable information, including phone numbers and personal medical information. | **GRANTED** |

**I. Dkt. 301**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| First highlighted portion on page 1 | 293 | 301-2 | 317 | Discloses confidential operational information regarding the WordPress Foundation designated "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |
| Second highlighted portion on page 1 | 293 | 301-2 | 317 | Discloses highly confidential proprietary business strategy and pricing methodology designated "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |
| Third and fourth highlighted portions on page 1 | 293 | 301-2 | 317 | Discloses confidential financial and operational information regarding Automattic and related entities designated "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted/ Denied |
|---|---|---|---|---|---|
| Highlighted portion on page 2 | 293 | 301-2 | 317 | Discloses confidential financial information regarding transactions between Automattic and Mr. Mullenweg designated "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |
| Highlighted portion of ¶ 9 of Supporting Decl. | 293-1 | 301-3 | 317 | Discloses confidential financial and operational information regarding the WordPress Foundation designated "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |
| Highlighted portion of ¶ 10 of Supporting Decl. | 293-1 | 301-3 | 317 | Discloses highly confidential proprietary business strategy and pricing methodology designated "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |
| Highlighted portion of ¶ 11 of Supporting Decl. | 293-1 | 301-3 | 317 | Discloses confidential financial information designated "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |
| Highlighted portion of ¶ 18 of Supporting Decl. | 293-1 | 301-3 | 317 | Discloses highly confidential proprietary business strategy and pricing methodology designated "Highly Confidential – Attorneys' Eyes Only" | **GRANTED** |
| Exhibit A | 293-2 | 301-4 | 317 | Discloses highly confidential proprietary trademark licensing strategy and pricing methodology; full sealing warranted | **GRANTED** |

United States District Court
Northern District of California

J. Dkts. 303, 304, & 320

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Joint Letter Brief | 302 | 304-3; 303-3; 320-3 | 325; 336 | Reflects information reflected in deposition testimony and internal documents designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by WPE concerning WPE's confidential internal strategic analysis, ACF data, and lost customers, disclosure of which would cause competitive harm to WPE. | **GRANTED** |
| Decl. of Ilissa Samplin ISO WordPress Parties ("Samplin Decl. ")) | 302-1 | 304-4; 320-4 | 325; 336 | Reflects information reflected in deposition testimony and internal documents designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by WPE concerning WPE's confidential internal strategic analysis, ACF data, and lost customers, disclosure of which would cause competitive harm to WPE. | **GRANTED** |
| Ex. 1 to Samplin Decl. | 302-2 | 304-5; 320-5 | 325; 336 | Reflects information reflected in deposition testimony and internal documents designated Highly Confidential – Attorneys' Eyes Only" or "Confidential" by WPE concerning WPE's confidential internal strategic analysis, ACF data, and lost customers, disclosure of which would cause competitive harm to WPE. | **GRANTED** |
| Exhibit 1 to Decl. of Kaitlin Keohane ISO WP Engine ("Keohane Decl. ") | 302-5 | 304-6 | 325; 336 | Reflects information reflected in deposition testimony and internal documents designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by WPE concerning WPE's confidential internal strategic analysis, ACF data, and lost customers, disclosure of which would cause competitive harm to WPE. | **GRANTED** |

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Exhibit 2 to the Decl. of Kaitlin Keohane ISO WP Engine | 302-6 | 303-4 | N/A | N/A | **DENIED** |

**K. Dkt. 315**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Defendants' Letter Brief | 314 | 315-3 | 315 | Designated "Highly Confidential—Attorneys' Eyes Only" by Defendants; contains confidential operational and financial information and information regarding pricing methodology and internal strategy | **GRANTED** |
| Decl. of Priyah Kaul ISO Defendants Letter Brief | 314-1 | 315-4 | 315 | Designated "Highly Confidential—Attorneys' Eyes Only" by Defendants; contains confidential operational and financial information and information regarding pricing methodology and internal strategy | **GRANTED** |

**L. Dkt. 321**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Reasoning | Granted / Denied |
|---|---|---|---|---|
| Exhibit 1 to the Decl. of Sara | 296-4 | 298-7 | Contains discussions of confidential financial production obligations and the scope of financial documents Defendants agreed to produce on a reciprocal basis; | **GRANTED** |

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Reasoning | Granted / Denied |
|---|---|---|---|---|
| Jenkins | | | references to non-public financial information, personal information of an individual defendant, and confidential business information regarding potential strategic transactions involving privately held entities. | |

M. **Dkt. 333**

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| Highlighted portions of WPE's Opposition | 332 | 333-2 | 341 | Describes internal strategy discussions contained in Exhibits 2 through 5, confidential internal Slack communications from Automattic's "trademark-wpe-privileged" channel designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only." | **GRANTED** |
| Ex. 2 to the Supporting Decl. | 332-3 | 333-3 | 341 | Internal strategy discussions concerning trademark license and business partnership negotiations with WP Engine and third parties from confidential internal Slack communications from Automattic's "trademark-wpe privileged" channel dated July 22, 2024, designated "Highly Confidential – Attorneys' Eyes Only"; full sealing warranted. | **GRANTED** |
| Ex. 3 to the Supporting Decl. | 332-4 | 333-4 | 341 | Internal strategy discussions concerning trademark license and business partnership negotiations with WP Engine and competition with WP Engine from confidential | **GRANTED** |

| Document | Dkt. of Redacted Version | Dkt. of Unredacted Version | Dkt. of Decl. ISO Sealing | Reasoning | Granted / Denied |
|---|---|---|---|---|---|
| | | | | internal Slack communications from Automattic's "trademark-wpe-privileged" channel dated July 30-31, 2024, designated "Highly Confidential – Attorneys' Eyes Only"; full sealing warranted. | |
| Ex. 4 to the Supporting Decl. | 332-5 | 333-5 | 341 | Internal strategy discussions concerning trademark license and business partnership negotiations with WP Engine from confidential internal Slack communications from Automattic's "trademark-wpe-privileged" channel dated July 24, 2024, designated "Confidential"; full sealing warranted. | **GRANTED** |
| Ex. 5 to the Supporting Decl. | 332-6 | 333-6 | 341 | Internal strategy discussions concerning trademark license and business partnership negotiations with WP Engine and third parties, including disclosure of potential third-party business partners from confidential internal Slack communications from Automattic's "trademark-wpe-privileged" channel dated August 13, 2024, designated "Highly Confidential – Attorneys' Eyes Only"; full sealing warranted. | **GRANTED** |

## III. CONCLUSION

The parties shall refile public versions of each filing where the Court has denied or narrowed the requested sealing by **September 30, 2026**. Plaintiff's motions to correct the docket and remove incorrectly filed documents at Docket Entries 296, 296-1, 296 3, and 296-4 are

**GRANTED**. Dkts. 309, 310.

This Order disposes of Docket Nos. 276, 277, 288, 290, 291, 297, 298, 299, 300, 301, 303, 304, 309, 310, 315, 320, 321, and 333.

**IT IS SO ORDERED.**

Dated: September 15, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California