UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC. ,
Plaintiff(s),

v.

AUTOMATTIC INC., ET AL ,
Defendant(s).

Case No. 4:24-CV-06917-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Eudokia Spanos, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Automattic, Inc., WooCommerce Inc. and Wordpress Foundation in the above-entitled action. My local co-counsel in this case is Eliza Finley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 301318.


One Manhattan West, 50th Floor
New York, NY 10001
MY ADDRESS OF RECORD

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-336-8330
MY TELEPHONE # OF RECORD

310-789-3100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

espanos@susmangodfrey.com
MY EMAIL ADDRESS OF RECORD

efinley@susmangodfrey.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD


I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5021381.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/23/2026

Eudokia Spanos
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Eudokia Spanos is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 23, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE