**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:24-cv-06917-AMO<br><br>**ORDER GRANTING PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING THIRD AMENDED COMPLAINT**<br><br>Dkt. No. 234 |
| AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

**ORDER**

Having considered Plaintiff WPEngine, Inc.'s ("WPE") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby **ORDERS** as follows:

**Sealing for WPE's Unredacted Third Amended Complaint**

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 213 | 233 | 234-2 | 234-1 | Partial | Discloses identities of potential business partners in the context of internal discussions of planned outreach concerning nonpublic trademark license and business partnership negotiations; discloses contemplated pricing terms. | **GRANTED.** |
| Highlighted Material in TAC ¶ 215 | 233 | 234-2 | 234-1 | Partial | Discloses identities of competitors in the context of internal, nonpublic assessment of competitors and planned competitive strategies for certain competitors. | **GRANTED.** |

| **Document Description** | **Dkt. No. of Redacted Version** | **Dkt. No. of Unredacted Version** | **Dkt. No. of Decl. ISO Motion** | **Full or Partial Sealing Sought** | **Reason for Sealing** | **Granted / Denied** |
| --- | --- | --- | --- | --- | --- | --- |
| Highlighted Material in TAC ¶ 219 | 233 | 234-2 | 234-1 | Partial | Discloses identity of nonpublic business partner holding trademark license. | **GRANTED.** |
| Highlighted Material in TAC ¶ 220 | 233 | 234-2 | 234-1 | Partial | Discloses identity of nonpublic business partner holding trademark license in the context of discussion of ongoing negotiations; discloses potential pricing terms. | **GRANTED.** |
| Highlighted Material in TAC ¶ 225 | 233 | 234-2 | 234-1 | Partial | Discloses identities of potential business partners in the context of internal discussions of planned outreach concerning nonpublic trademark license and business partnership negotiations. | **GRANTED.** |
| Highlighted Material in TAC ¶ 238 | 233 | 234-2 | 234-1 | Partial | Discloses identity of "market | **GRANTED.** |

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|
| | | | | | participant" in the context of nonpublic discussion between Mullenweg and company concerning business relationship. | |
| Highlighted Material in TAC ¶ 297 | 233 | 234-2 | 234-1 | Partial | Same as immediately above. | **GRANTED.** |
| Highlighted Material in TAC ¶ 324 | 233 | 234-2 | 234-1 | Partial | Same as immediately above. | **GRANTED.** |
| Highlighted Material in TAC ¶ 336 | 233 | 234-2 | 234-1 | Partial | Same as immediately above. | **GRANTED.** |

**Sealing for WPE's Unredacted Redline Showing Changes from WPE's First Amended Complaint to WPE's Third Amended Complaint**

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 213 | 233-2 | 234-3 | 234-1 | Partial | Discloses identities of potential business partners in the context of internal discussions of planned outreach concerning | **GRANTED.** |

| **Document Description** | **Dkt. No. of Redacted Version** | **Dkt. No. of Unredacted Version** | **Dkt. No. of Decl. ISO Motion** | **Full or Partial Sealing Sought** | **Reason for Sealing** | **Granted / Denied** |
|---|---|---|---|---|---|---|
| | | | | | nonpublic trademark license and business partnership negotiations; discloses contemplated pricing terms. | |
| Highlighted Material in TAC ¶ 215 | 233-2 | 234-3 | 234-1 | Partial | Discloses identities of competitors in the context of internal, nonpublic assessment of competitors and planned competitive strategies for certain competitors. | **GRANTED.** |
| Highlighted Material in TAC ¶ 219 | 233-2 | 234-3 | 234-1 | Partial | Discloses identity of nonpublic business partner holding trademark license. | **GRANTED.** |
| Highlighted Material in TAC ¶ 220 | 233-2 | 234-3 | 234-1 | Partial | Discloses identity of nonpublic business partner holding trademark license in the context of discussion of ongoing negotiations; discloses | **GRANTED.** |

| **Document Description** | **Dkt. No. of Redacted Version** | **Dkt. No. of Unredacted Version** | **Dkt. No. of Decl. ISO Motion** | **Full or Partial Sealing Sought** | **Reason for Sealing** | **Granted / Denied** |
|---|---|---|---|---|---|---|
| | | | | | potential pricing terms. | |
| Highlighted Material in TAC ¶ 225 | 233-2 | 234-3 | 234-1 | Partial | Discloses identities of potential business partners in the context of internal discussions of planned outreach concerning nonpublic trademark license and business partnership negotiations. | **GRANTED.** |
| Highlighted Material in TAC ¶ 238 | 233-2 | 234-3 | 234-1 | Partial | Discloses identity of “market participant” in the context of nonpublic discussion between Mullenweg and company concerning business relationship. | **GRANTED.** |
| Highlighted Material in TAC ¶ 297 | 233-2 | 234-3 | 234-1 | Partial | Same as immediately above. | **GRANTED.** |
| Highlighted Material in TAC ¶ 324 | 233-2 | 234-3 | 234-1 | Partial | Same as immediately above. | **GRANTED.** |

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|
| Highlighted Material in TAC ¶ 336 | 233-2 | 234-3 | 234-1 | Partial | Same as immediately above. | **GRANTED.** |

**IT IS SO ORDERED.**

Date: September 24, 2026

**Araceli Martínez-Olguín**
**United States District Judge**