Stephen Shackelford (*pro hac vice*)
Shawn Rabin (*pro hac vice*)
Jillian Hewitt (*pro hac vice*)
Max Straus (*pro hac vice*)
Russell Rennie (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212)-336-8330
Email: sshackelford@susmangodfrey.com
Email: srabin@susmangodfrey.com
Email: jhewitt@susmangodrey.com
Email: mstraus@susmangodfrey.com
Email: rrennie@susmangodfrey.com

Eliza Finley (301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: efinley@susmangodfrey.com

*Attorneys for Defendants*
*Automattic Inc. and WooCommerce Inc., and*
*Counterclaimant Wordpress Foundation*
*(Additional Counsel on Next Page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

*Plaintiff,*

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

*Defendants*.

---

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation, and WOOCOMMERCE INC., a Delaware corporation,

*Counterclaimants,*

v.

WPENGINE, INC., a Delaware corporation,

*Counterdefendant.*

Case No. 4:24-cv-06917-AMO (ASK)

**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS**

Current Hearing Date: Sept. 30, 2026
Time: 1:30 p.m.
Ctrm: Courtroom 4
Judge: Hon. Ajay S. Krishnan

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**COBLENTZ PATCH DUFFY & BASS LLP**
Daniel Mark Bruggebrew
dbruggebrew@coblentzlaw.com
Rachel Rose Suhr
rsuhr@coblentzlaw.com
Timothy Paul Crudo
tcrudo@coblentzlaw.com
1 Montgomery Street Suite 3000
San Francisco, CA 94104
Telephone: 415-391-4800

*Attorneys for Defendants Automattic Inc.*
*And Matthew Mullenweg*

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff WPEngine, Inc. ("WPE"), Defendants Automattic Inc. ("Automattic"), WooCommerce Inc. ("WooCommerce"), and Matthew Mullenberg , and Counterclaimant WordPress Foundation, by and through their respective counsel, hereby stipulate and agree, and respectfully request that the Court order the following:

WHEREAS, the hearing on WPE's Motion for Sanctions for Defendants' Spoliation of Evidence (Dkt. 357) (the "Motion for Sanctions") is currently scheduled for September 30, 2026;

WHEREAS, Susman Godfrey L.L.P. has been retained as counsel for Automattic, WooCommerce, and WordPress Foundation, replacing Gibson, Dunn & Crutcher LLP;

WHEREAS, Mullenweg continues to be represented by Coblentz Patch Duffy & Bass LLP, which also serves as co-counsel for Automattic alongside Susman Godfrey;

WHEREAS, lead counsel from Susman Godfrey both have unavoidable scheduling conflicts on September 30, 2026. Stephen Shackelford is taking a previously-scheduled deposition in another matter on September 30, 2026. Shawn Rabin has an unavoidable family commitment on September 30, 2026, in connection with his son's bar mitzvah that has been scheduled for over two years and cannot be moved;

WHEREAS, Automattic and Mullenweg seek a modest continuance of the hearing on WPE's Motion for Sanctions due to Susman Godfrey's scheduling conflicts and to provide new counsel adequate time to become familiar with the extensive record and prepare for oral argument;

WHEREAS, counsel for Automattic, Mullenweg, and WPE are all available on the Court's next available hearing date, October 7, 2026;

WHEREAS, no other case deadlines depend on the hearing date for the Motion for Sanctions; the trial is October 19, 2027; moving the hearing to the next available date of October 7, 2026 will not require any changes to the case schedule or any other deadlines, and there have been no other continuances of this hearing date;

WHEREAS, Automattic and Mullenweg respectfully request that the Court continue the hearing on WPE's Motion for Sanctions to the next available hearing date on October 7, 2026;

WHEREAS, as a courtesy, WPE does not oppose Defendants' request for a 7-day

continuance of the hearing on WPE's Motion for Sanctions provided it works for the Court, but opposes any continuance beyond that date due to the long pendency of its Motion for Sanctions and its need for resolution, as well as the unavailability of WPE's counsel in late October and November (due to another trial and other pre-existing conflicts) and December (due to summary judgment briefing deadlines in this matter as well as holiday conflicts);

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the hearing on WPE's Motion for Sanctions should be continued to October 7, 2026.

IT IS SO STIPULATED.

Dated: September 24, 2026

Respectfully submitted,

By: */s/ Jillian Hewitt*
Jillian Hewitt
**SUSMAN GODFREY L.L.P.**

*Attorneys for Defendants*
*Automattic Inc., WooCommerce Inc., and*
*Counterclaimant Wordpress Foundation*

Dated: September 24, 2026

By: */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian
**QUINN EMMANUEL URQUHART & SULLIVAN LLP**

*Attorneys for Plaintiff WPEngine Inc.*

Dated: September 24, 2026

By: */s/ Daniel Mark Bruggebrew*
Daniel Mark Bruggebrew
**COBLENTZ PATCH DUFFY & BASS LLP**

*Attorneys for Defendants*
*Automattic Inc. and Matt Mullenweg*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jillian Hewitt, attest that each of the other Signatories have concurred in the filing of this document.

By: */s/ Jillian Hewitt*
Jillian Hewitt