SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

RUSSELL RENNIE
DIRECT DIAL (212) 729-2050

E-MAIL RRENNIE@SUSMANGODFREY.COM

September 28, 2026

Hon. Ajay S. Krishnan
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street, Suite 400S
Oakland, CA 94612

Re: Joint Stipulation to Continue Hearing on Plaintiff's Motion for Sanctions — *WPEngine, Inc. v. Automattic Inc.*, No. 4:24-cv-06917-AMO-ASK

Dear Judge Krishnan:

Counsel for Automattic Inc., Wordpress Foundation, and WooCommerce Inc., write to respectfully bring to the Court's attention the parties' Joint Stipulation to Continue Hearing on Plaintiff's Motion for Sanctions (ECF No. 411). The hearing on plaintiff's motion is currently scheduled for this Wednesday, September 30 at 1:30 p.m. PT. The parties have jointly stipulated to continue the hearing to the next available hearing date, October 7, 2026, for the reasons stated in the stipulation.

Given the proximity of the existing hearing date, counsel respectfully request that the Court so-order or otherwise rule on the parties' stipulation.

Sincerely,

Russell Rennie

Stephen Shackelford (*pro hac vice*)
Shawn Rabin (*pro hac vice*)
Jillian Hewitt (*pro hac vice*)
Max Straus (*pro hac vice*)
Russell Rennie (*pro hac vice*)
Eudokia Spanos (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212)-336-8330
Email: sshackelford@susmangodfrey.com
Email: srabin@susmangodfrey.com
Email: jhewitt@susmangodrey.com
Email: mstraus@susmangodfrey.com
Email: rrennie@susmangodfrey.com
Email: espanos@susmangodfrey.com

Eliza Finley (301318)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: efinley@susmangodfrey.com

*Attorneys for Defendants Automattic Inc.*
*and WooCommerce Inc., and Counterclaimant*
*Wordpress Foundation*