**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

*Plaintiff,*

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

*Defendants.*

---

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation, and WOOCOMMERCE INC., a Delaware corporation,

*Counterclaimants,*

v.

WPENGINE, INC., a Delaware corporation,

*Counterdefendant.*

Case No. 4:24-cv-06917-AMO (ASK)

**ORDER (AS MODIFIED) CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS**

Judge: Hon. Ajay S. Krishnan

Pursuant to the Joint Stipulation to Continue Hearing on Plaintiff's Motion for Sanctions, the Court hereby continues the hearing on the Motion for Sanctions, currently set for September 30, 2026, to October 7, 2026 at 11:00 a.m., Oakland, Courtroom to be determined. Please check Judge Krishnan's schedule on the Court's website the morning of the hearing for the assigned courtroom.

**SO ORDERED.**

Dated: September 28, 2026

AJAY KRISHNAN
UNITED STATES MAGISTRATE JUDGE