**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE,. INC., a Delaware corporation,

*Plaintiff,*

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

*Defendants*.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation, and WOOCOMMERCE INC., a Delaware corporation,

*Counterclaimants,*

v.

WPENGINE, INC., a Delaware corporation,

*Counterdefendant.*

Case No. 4:24-cv-06917-AMO (ASK)

**[PROPOSED] ORDER GRANTING MOTION TO MODIFY EXPERT DISCOVERY AND BRIEFING DEADLINES PURSUANT TO LOCAL RULE 6-3**

Hon. Araceli Martínez-Olguín

The Court, having considered the Motion to Modify Expert Discovery and Briefing Deadlines Pursuant to Local Rule 6-3, and for good cause appearing, hereby GRANTS a two-month extension of expert discovery, summary judgment, and *Daubert* deadlines. The case schedule shall be amended as follows:

| **Event** | **Current deadline** | **Proposed modified deadline** |
|---|---|---|
| Close of expert discovery | November 17, 2026 | January 14, 2027 |
| Deadline for moving party to file summary judgment motion (15 pages max.) | November 20, 2026 | January 19, 2027 |
| Deadline for non-moving party to file combined cross-motion and opposition to moving party's summary judgment motion (25 pages max.) | December 18, 2026 | February 18, 2027 |
| Deadline for *Daubert* motions (to be filed simultaneously with the nonmoving party's opposition to the moving party's summary judgment motion) | December 18, 2026 | February 18, 2027 |
| Deadline for moving party to file combined opposition and reply in support of summary judgment motion (15 pages max.) | January 21, 2027 | March 18, 2027 |
| Deadline for oppositions to *Daubert* motions (to be filed simultaneously with the moving party's combined opposition and reply in support of summary judgment motion) | January 21, 2027 | March 18, 2027 |
| Deadline for non-moving party to file a reply in support of cross-motion for summary judgment (15 pages max.) | February 4, 2027 | April 1, 2027 |
| Deadline for reply in support of *Daubert* motions (to be filed simultaneously with the non-moving party's reply in support of cross-motion for summary judgment) | February 4, 2027 | April 1, 2027 |
| Hearing on summary judgment and | To be noticed by the | No change |

| Event | Current deadline | Proposed modified deadline |
|---|---|---|
| *Daubert* motions** | moving party based on the Court's availability at the time of filing | |
| Joint pretrial conference statement | September 9, 2027, or as otherwise set by the Court | No change |
| Pretrial conference | September 23, 2027, at 11:00 a.m., or as otherwise set by the Court | No change |
| Jury Trial (10 days) | October 19, 2027, at 8:30 a.m. | No change |

****Daubert* motions shall comply with the requirements set forth in Paragraph G.1 of the Court's Standing Order for Civil Cases. Expert reports shall adhere to the formatting requirements set forth in Paragraph F.**

**IT IS SO ORDERED.**

Dated:

____________________________
Honorable Araceli Martínez-Olguín
United States District Judge