# EXHIBIT A

**From:** Max Straus
**To:** Mitchell Perry; Jillian Hewitt; Shawn Rabin; Rachel Herrick Kassabian; Henry Loznev; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie; Evie Spanos; Eliza Finley; Stephen Shackelford; Laura Camp; Laura Parrella; Catherine Morillo
**Cc:** QE-WPE
**Subject:** Re: WPE v. Automattic
**Date:** Tuesday, September 29, 2026 2:21:24 PM

Mitchell,

As you saw from our email this morning, we are doing everything we can do get you dates, and we have been getting you dates. But, as we also already told you many times, the current schedule is not reasonable and needs to be extended. We have and will continue to provide you with dates to the extent that we are currently able to do so, despite still not hearing from you on whether you consent to our extension request. If your goal is to move this forward and get depositions scheduled, your daily emails are unhelpful. If your goal is to try to artificially manufacture some sort of record to use in motion practice, then it is wasteful and not very convincing. Regardless, we will keep working hard to get you dates—but, in the meantime, please let us know if you consent to our extension request.

Max

**Max Straus | Susman Godfrey LLP**
One Manhattan West, 50th Floor | NY, NY 10001
(212) 729-2048 (office) | (610) 213-6194 (mobile)

---

**From:** Mitchell Perry <mitchellperry@quinnemanuel.com>
**Date:** Tuesday, September 29, 2026 at 1:34 PM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Henry Loznev <henryloznev@quinnemanuel.com>; Max Straus <MStraus@susmangodfrey.com>; jbach@shapiroarato.com <jbach@shapiroarato.com>; fthayamballi@shapiroarato.com <fthayamballi@shapiroarato.com>; doneill@shapiroarato.com <doneill@shapiroarato.com>; dbruggebrew@coblentzlaw.com <dbruggebrew@coblentzlaw.com>; tcrudo@coblentzlaw.com <tcrudo@coblentzlaw.com>; rsuhr@coblentzlaw.com <rsuhr@coblentzlaw.com>; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Catherine

Morillo <CMorillo@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

EXTERNAL Email

Thank you, counsel. With the confirmation of Mr. Poret, we have now confirmed deposition dates for six of WPE's ten experts compared with just three of Defendants' twelve experts. Please confirm dates, or offer specific alternative dates, for at least three of Defendants' experts by the end of the day today.

**WPE's Experts:**

1. Paul Gompers: November 11 or 12 (Boston, MA)
2. Frank Nagle: October 6, 8, 16, 22, 23, 27, 28, or 29 (Boston, MA)
3. Phil Hackney: October 22 or 23 (Pittsburgh, PA)
4. Keri Pearlson: October 13, 15, 16, or 27 (Boston, MA)
5. *Andrey Simonov: October 16 (New York, NY) [CONFIRMED]*
6. *Hal Poret: October 19 (New York, NY) [CONFIRMED]*
7. *Jeff Leitzinger: October 20 (Los Angeles, CA) [CONFIRMED]*
8. *Jennifer Vanderhart: November 5 (Washington, DC) [CONFIRMED]*
9. *Michael Cragg: November 6 (San Francisco, CA) [CONFIRMED]*
10. *Ran Kivetz: November 16 (New York, NY) [CONFIRMED]*

**Defendants' Experts:**

1. Shari Diamond: November 3 or 4
2. Matthew Kugler: November 3 or 4 (please present Kugler on a different day than Diamond, ideally on consecutive days)
3. Lance Matthews: October 8 or 9
4. Daniel McGavock: November 3 or 6
5. Heather Meeker: October 14, 15, or 16
6. Barry Abrahamson: October 5, 6, 7, 8, or 9
7. Anne McCarthy: October 5, 6, 7, 8, or 9
8. Daniel Hemel: October 27, 28, or 29
9. David Youssef: October 5, 6, 7, or 8
10. *Peter Kent: November 6 (Denver, CO) [CONFIRMED]*
11. *Jonathan Orszag: November 10 (Los Angeles, CA) [CONFIRMED]*
12. *Andres Lerner: November 11 (Los Angeles, CA) [CONFIRMED]*

Best,

**Mitchell Perry**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
mitchellperry@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Tuesday, September 29, 2026 7:55 AM
**To:** Shawn Rabin <srabin@SusmanGodfrey.com>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Mitchell Perry <mitchellperry@quinnemanuel.com>; Henry Loznev <henryloznev@quinnemanuel.com>; Max Straus <MStraus@susmangodfrey.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Catherine Morillo <CMorillo@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

**[EXTERNAL EMAIL from jhewitt@susmangodfrey.com]**

---

Mitchell, not Henry--Sorry!!

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Jillian Hewitt
**Sent:** Tuesday, September 29, 2026 10:54 AM
**To:** Shawn Rabin <srabin@SusmanGodfrey.com>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Mitchell Perry <mitchellperry@quinnemanuel.com>; Henry Loznev <henryloznev@quinnemanuel.com>; Max Straus <MStraus@susmangodfrey.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com;

dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <rrennie@susmangodfrey.com>; Evie Spanos <espanos@susmangodfrey.com>; Eliza Finley <efinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Laura Camp <lcamp@susmangodfrey.com>; Laura Parrella <lparrella@susmangodfrey.com>; Catherine Morillo <cmorillo@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

Counsel,

We can confirm Hal Poret on October 19. I've updated the list from Henry's email below.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Shawn Rabin <srabin@SusmanGodfrey.com>
**Sent:** Monday, September 28, 2026 10:07 PM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Mitchell Perry <mitchellperry@quinnemanuel.com>; Henry Loznev <henryloznev@quinnemanuel.com>; Max Straus <MStraus@susmangodfrey.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

As I mentioned, we are working very hard to get dates and we have already sent you many. We are going to continue to work hard, but we are also practical considering the conflicts and very tight schedule. Thanks.

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Monday, September 28, 2026 9:55 PM
**To:** Shawn Rabin <srabin@SusmanGodfrey.com>; Mitchell Perry <mitchellperry@quinnemanuel.com>; Henry Loznev <henryloznev@quinnemanuel.com>; Max Straus <MStraus@susmangodfrey.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp

<LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

EXTERNAL Email

We did indeed chat – appreciate your time tonight, Shawn. Great to meet you. As I reiterated on our call, we ask that Defendants please continue to send over expert depo confirmations on a rolling basis, as soon as you can, including today if possible. And tomorrow. Thanks again.

---

**From:** Shawn Rabin <srabin@SusmanGodfrey.com>
**Sent:** Monday, September 28, 2026 6:24 PM
**To:** Mitchell Perry <mitchellperry@quinnemanuel.com>; Henry Loznev <henryloznev@quinnemanuel.com>; Max Straus <MStraus@susmangodfrey.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

**[EXTERNAL EMAIL from srabin@susmangodfrey.com]**

---

Mitchel – I talked to Rachel already. Thanks.

Shawn

---

**From:** Mitchell Perry <mitchellperry@quinnemanuel.com>
**Sent:** Monday, September 28, 2026 8:38 PM
**To:** Henry Loznev <henryloznev@quinnemanuel.com>; Max Straus <MStraus@susmangodfrey.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

EXTERNAL Email

Counsel, following up on this. Can you please provide additional expert deposition confirmations today?

Thanks,

**Mitchell Perry**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
mitchellperry@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mitchell Perry
**Sent:** Monday, September 28, 2026 12:37 PM
**To:** Henry Loznev <henryloznev@quinnemanuel.com>; Max Straus <MStraus@susmangodfrey.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

Counsel,

We are following up with an updated list of confirmed and available expert deposition dates based on the correspondence between the parties since last week. Given your confirmation of Ms. Vanderhart's deposition for November 5, we have revised our availability for Mr. McGavock's deposition to November 3 and November 6. Additionally, as Ms. Diamond and Mr. Kugler are not available on the four dates we offered previously, we propose their depositions take place on November 3 and 4.

**Please provide confirmation of at least six more expert depositions by EOD today**, including some for October dates, so that the parties and experts can plan accordingly. There

are still seven weeks between now and the close of expert discovery, which is ample time to schedule the remainder of the depositions.

**<u>WPE's Experts:</u>**

1. Paul Gompers: November 11 or 12 (Boston, MA)
2. Frank Nagle: October 6, 8, 16, 22, 23, 27, 28, or 29 (Boston, MA)
3. Phil Hackney: October 22 or 23 (Pittsburgh, PA)
4. Keri Pearlson: October 13, 15, 16, or 27 (Boston, MA)
5. *Hal Poret: October 19 (New York, NY) [CONFIRMED]*
6. *Andrey Simonov: October 16 (New York, NY) [CONFIRMED]*
7. *Jeff Leitzinger: October 20 (Los Angeles, CA) [CONFIRMED]*
8. *Jennifer Vanderhart: November 5 (Washington, DC) [CONFIRMED]*
9. *Michael Cragg: November 6 (San Francisco, CA) [CONFIRMED]*
10. *Ran Kivetz: November 16 (New York, NY) [CONFIRMED]*

**<u>Defendants' Experts:</u>**

1. Shari Diamond: November 3 or 4
2. Matthew Kugler: November 3 or 4 (please present Kugler on a different day than Diamond, ideally on consecutive days)
3. Lance Matthews: October 8 or 9
4. Daniel McGavock: November 3 or 6
5. Heather Meeker: October 14, 15, or 16
6. Barry Abrahamson: October 5, 6, 7, 8, or 9
7. Anne McCarthy: October 5, 6, 7, 8, or 9
8. Daniel Hemel: October 27, 28, or 29
9. David Youssef: October 5, 6, 7, or 8
10. *Peter Kent: November 6 (Denver, CO) [CONFIRMED]*
11. *Jonathan Orszag: November 10 (Los Angeles, CA) [CONFIRMED]*
12. *Andres Lerner: November 11 (Los Angeles, CA) [CONFIRMED]*

Best,

**Mitchell Perry**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
mitchellperry@quinnemanuel.com

www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Henry Loznev <henryloznev@quinnemanuel.com>
**Sent:** Thursday, September 24, 2026 9:16 PM
**To:** Max Straus <MStraus@susmangodfrey.com>; Mitchell Perry <mitchellperry@quinnemanuel.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

Hi Max,

While we appreciate that you may need some time to read background materials and reports, that in no way prevents you from scheduling depositions for next week, the week after, or the week after that. Defendants may not hide behind new counsel to shirk their responsibility to abide by the case schedule. We have been requesting deposition dates since September 4, and Defendants are squarely responsible for their failure to confirm all dates by now. Defendants also have existing counsel who have been on this case for many months, are entirely up to speed, and have participated in depositions in this case. They are well positioned to take and defend depositions now, while Susman finishes getting up to speed.

Additionally, we note that your colleague Shawn informed us that he would get back to us with deposition dates by the end of Thursday, and your colleague Jillian confirmed that. It’s now Thursday. How many deposition dates can you provide tonight? Please send them over without further delay. We have attached a deposition chart showing the many available dates available for setting depositions, even assuming Susman refuses to agree to any depositions this month.

Thank you,
Henry

**From:** Max Straus <MStraus@susmangodfrey.com>
**Sent:** Thursday, September 24, 2026 7:59 PM
**To:** Mitchell Perry <mitchellperry@quinnemanuel.com>; jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; Russell Rennie <RRennie@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** Re: WPE v. Automattic

**[EXTERNAL EMAIL from mstraus@susmangodfrey.com]**

---

Counsel,

We are not withholding available dates from you. We appeared in the case less than a week ago, and we have only been put in touch with Defendants' experts over the past several days. We will provide availability as we are able. We have already done so for multiple depositions.

We are not able to meet your arbitrary and unreasonable demand for same-day confirmation of 7 more dates.

Max

**Max Straus | Susman Godfrey LLP**
One Manhattan West, 50th Floor | NY, NY 10001
(212) 729-2048 (office) | (610) 213-6194 (mobile)

---

**From:** Mitchell Perry <mitchellperry@quinnemanuel.com>
**Date:** Thursday, September 24, 2026 at 3:50 PM
**To:** jbach@shapiroarato.com <jbach@shapiroarato.com>; fthayamballi@shapiroarato.com <fthayamballi@shapiroarato.com>; doneill@shapiroarato.com <doneill@shapiroarato.com>; dbruggebrew@coblentzlaw.com <dbruggebrew@coblentzlaw.com>; tcrudo@coblentzlaw.com <tcrudo@coblentzlaw.com>; rsuhr@coblentzlaw.com

<rsuhr@coblentzlaw.com>; Russell Rennie <RRennie@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

EXTERNAL Email
Counsel –

Below is the updated and current list with the dates confirmed last night and updated availability for Mr. McGavock, Mr. Hemel, Ms. Vanderhart, and Mr. Hackney.

**Please provide confirmation for a minimum of <u>seven</u> more expert deposition dates by the close of business today.**

Please also provide the locations in which Defendants' experts will be deposed so that we may provide deposition notices and coordinate logistics accordingly. If the expert resides in a city where QE has an office but Susman, Coblentz or Shapiro does not, we would be happy to host for convenience. https://www.quinnemanuel.com/offices/

**<u>WPE's Experts:</u>**

1. Jeff Leitzinger: October 20 (Los Angeles, CA)
2. Paul Gompers: November 11 or 12 (Boston, MA)
3. Frank Nagle: October 6, 8, 16, 22, 23, 27, 28, or 29 (Boston, MA)
4. Jennifer Vanderhart: November 3 or 4 (Washington, DC)
5. Phil Hackney: October 22 or 23 (Pittsburgh, PA)
6. Keri Pearlson: October 13, 15, 16, or 27 (Boston, MA)
7. Hal Poret: October 8, 9, 19, 20, 21, or November 4, 5, 6, 10, 11, or 12 (New York, NY)
8. *Ran Kivetz: November 16 (New York, NY) [CONFIRMED]*
9. *Michael Cragg: November 6 (San Francisco, CA) [CONFIRMED]*
10. *Andrey Simonov: October 16 (New York, NY) [CONFIRMED]*

**<u>Defendants' Experts:</u>**

1. Shari Diamond: October 7, 8, 14, or 15
2. Matthew Kugler: October 7, 8, 14, or 15 (please present Kugler on a different day than Diamond, ideally on consecutive days)
3. Peter Kent: November 6

4. Jonathan Orszag: November 2, 3, 4, 9, 10, or 11 (please present Orszag on a different day than Lerner)
5. Lance Matthews: October 8 or 9
6. Daniel McGavock: November 5 or 6
7. Heather Meeker: October 14, 15, or 16
8. Barry Abrahamson: October 5, 6, 7, 8, or 9
9. Anne McCarthy: October 5, 6, 7, 8, or 9
10. Daniel Hemel: October 27, 28, or 29
11. David Youssef: October 5, 6, 7, or 8
12. *Andres Lerner: November 11 [CONFIRMED]*

Best,

**Mitchell Perry**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
mitchellperry@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mitchell Perry
**Sent:** Tuesday, September 22, 2026 4:12 PM
**To:** jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; rrennie@susmangodfrey.com; mstraus@susmangodfrey.com; Evie Spanos <ESpanos@susmangodfrey.com>; efinley@susmangodfrey.com; sshackelford@susmangodfrey.com; Shawn Rabin <srabin@SusmanGodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

Counsel -- We are re-upping our outstanding email regarding scheduling expert depositions. As some of the dates we previously offered are no longer feasible given Defendants' failure to timely confirm them, we have updated our availability for some of the depositions as indicated below.

**WPE's Experts:**

1. Jeff Leitzinger: October 20 (Los Angeles, CA)
2. Paul Gompers: November 11 or 12 (Boston, MA)
3. Frank Nagle: October 6, 8, 16, 17, 22, 23, 27, 28, or 29 (Boston, MA)
4. Jennifer Vanderhart: November 3, 4, or 5 (Washington, DC)
5. Phil Hackney: October 19, 20, 21, 22, 23, or November 3, 4, 5, 10, or 11 (Pittsburgh, PA)
6. Keri Pearlson: October 13, 15, 16, or 27 (Boston, MA)
7. Ran Kivetz: November 11, 12, 13, or 16 (New York, NY)
8. Michael Cragg: November 6 (San Francisco, CA)
9. Andrey Simonov: October 16 (New York, NY)
10. Hal Poret: October 8, 9, 19, 20, 21, or November 4, 5, 6, 10, 11, or 12 (New York, NY)

**Defendants' Experts:**

1. Shari Diamond: October 7, 8, 14, or 15
2. Matthew Kugler: October 7, 8, 14, or 15 (please present Kugler on a different day than Diamond, ideally on consecutive days)
3. Peter Kent: November 6
4. Andres Lerner: November 2, 3, 4, 9, 10, or 11
5. Jonathan Orszag: November 2, 3, 4, 9, 10, or 11 (please present Orszag on a different day than Lerner)
6. Lance Matthews: October 8 or 9
7. Daniel McGavock: October 14 or 15
8. Heather Meeker: October 14, 15, or 16
9. Barry Abrahamson: October 5, 6, 7, 8, or 9
10. Anne McCarthy: October 5, 6, 7, 8, or 9
11. Daniel Hemel: October 20, 21, 22, 27, 28, or 29
12. David Youssef: October 5, 6, 7, or 8

Please let us know which dates work for Defendants and their experts, so we can confirm and calendar these depositions.

Best,

**Mitchell Perry**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
mitchellperry@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s)

named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mitchell Perry
**Sent:** Friday, September 18, 2026 7:15 PM
**To:** jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; *** Automattic WPEngine Litigation <automatticwpenginelitigation@gibsondunn.com>; rrennie@susmangodfrey.com; mstraus@susmangodfrey.com; efinley@susmangodfrey.com; sshackelford@susmangodfrey.com
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPE v. Automattic

Counsel,

We are following up on the dates we have proposed for expert depositions over the past two weeks. Due to the Court's extension order and the fact that many of the dates we initially offered have passed or are no longer feasible, we have provided updated availability for WPE's experts as well as proposed dates for the depositions of Defendants' experts. Given the short window for expert discovery and the limited availability of various experts and team members, we would greatly appreciate Defendants' response by early next week as to which dates work for them and their experts so that we can lock-in these dates. And, when confirming which dates work for Defendants and their experts, please also provide the locations where Defendants' experts will be deposed. As before, the full list of experts and dates offered is pasted below for your convenience.

**WPE's Experts:**

1. Jeff Leitzinger: October 20 (Los Angeles, CA)
2. Paul Gompers: November 11 or 12 (Boston, MA)
3. Frank Nagle: October 6, 8, 16, 17, 22, 23, 27, 28, or 29 (Boston, MA)
4. Jennifer Vanderhart: November 3, 4, or 5 (Washington, DC)
5. Phil Hackney: September 29, 30, or October 19, 20, 21, 22, 23, or November 3, 4, 5, 10, or 11 (Pittsburgh, PA)
6. Keri Pearlson: October 13, 15, 16, or 27 (Boston, MA)
7. Ran Kivetz: November 11, 12, 13, or 16 (New York, NY)
8. Michael Cragg: November 6 (San Francisco, CA)
9. Andrey Simonov: September 25 (New York, NY)
10. Hal Poret: October 8, 9, 19, 20, 21, or November 4, 5, 6, 10, 11, or 12 (New York, NY)

**Defendants' Experts:**

1. Shari Diamond: October 7, 8, 14, or 15
2. Matthew Kugler: October 7, 8, 14, or 15 (please present Kugler on a different day than

Diamond, ideally on consecutive days)

3. Peter Kent: October 7 or 8
4. Andres Lerner: November 2, 3, 4, 9, 10, or 11
5. Jonathan Orszag: November 2, 3, 4, 9, 10, or 11 (please present Orszag on a different day than Lerner)
6. Lance Matthews: October 8 or 9
7. Daniel McGavock: October 14 or 15
8. Heather Meeker: October 14, 15, or 16
9. Barry Abrahamson: September 28, 29, or 30
10. Anne McCarthy: September 28, 29, 30, October 1 or October 2
11. Daniel Hemel: September 24 or 25
12. David Youssef: October 5, 6, 7, or 8

Please let us know which dates work for Defendants and their experts, so we can confirm and calendar these depositions.

Best,

**Mitchell Perry**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
mitchellperry@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mitchell Perry <mitchellperry@quinnemanuel.com>
**Sent:** Tuesday, September 15, 2026 6:26 PM
**To:** jbach@shapiroarato.com; fthayamballi@shapiroarato.com; doneill@shapiroarato.com; dbruggebrew@coblentzlaw.com; tcrudo@coblentzlaw.com; rsuhr@coblentzlaw.com; *** Automattic WPEngine Litigation <automatticwpenginelitigation@gibsondunn.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** WPE v. Automattic

Counsel,

We write concerning three outstanding and time sensitive items:

1. WPE first proposed dates for expert depositions on September 4, again on September 9, and yet again on September 11. Defendants have yet to confirm a single expert deposition date. Please provide an immediate response to our email from September 11 (attached here for your convenience as "WPE v. Automattic - Expert Deposition Scheduling"), as these depositions are set to start in a matter of days.
2. WPE and Defendants previously agreed to provide expert back-up materials within three business days of serving opening and rebuttal expert reports (see email attached as "WPE v. Automattic -- Expert Backup Materials"). Please confirm that Defendants will provide the back-up materials today for all of Defendants' expert rebuttal reports served on Thursday, September 10.
3. For purposes of sharing with their respective clients, the parties previously agreed to provide versions of their experts' reports with their own client's AEO information redacted by today (see email attached as "WPE v. Automattic et al. - Redacted Rebuttal Expert Reports"). Please confirm Defendants will provide versions of the reports you served with Defendants' AEO information redacted today.

Please provide Defendants' responses to the above by the end of the day today.

Lastly, if any of Gibson Dunn, Coblentz or Shapiro no longer represents Defendants in this case, please let us know that as well, by the end of the day today. Otherwise, we will assume that all three firms remain counsel of record for Defendants.

Best,

**Mitchell Perry**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
mitchellperry@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.