# EXHIBIT B

**From:** Rachel Herrick Kassabian
**To:** Shawn Rabin; Jillian Hewitt; Bruggebrew, Dan; Yury Kapgan; Margret Caruso; Brian Mack; Michael E Williams; Kevin Teruya; QE-WPE
**Cc:** Stephen Shackelford; Eliza Finley; Evie Spanos; Max Straus; Russell Rennie; Laura Parrella; Laura Camp; Crudo, Timothy P.
**Subject:** RE: Automattic
**Date:** Tuesday, September 29, 2026 5:01:09 PM

EXTERNAL Email

Hi Shawn –

Thanks for the call last night. As I informed you, a two-month extension of the case schedule is a non-starter for us, and we continue to oppose it. As we discussed, I have spent the morning exploring the possibility of a shorter extension. We just can't see a way to make it work that would not unduly prejudice our client, and our team (and its many other commitments), and jeopardize our trial date.

I continue to believe that the current schedule is workable with a legal team of your size and sophistication. We all have substituted into cases in similar situations, and gotten the work done. We have more than seven weeks left in the expert discovery period. I believe our time would be better spent proceeding with expert depositions rather than litigating yet another extension request by Defendants. We are happy to work collaboratively with your team to get these depositions done. That said, we understand Defendants intend to seek this extension whether we stipulate or not, so feel free to proceed.

If you elect to seek relief different than the dates in your chart below, or for reasons other than those in your email below, please let us know before you file, so that we may consider it.

Regards,
Rachel

---

**From:** Shawn Rabin <srabin@SusmanGodfrey.com>
**Sent:** Monday, September 28, 2026 5:38 AM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P.

<tcrudo@coblentzlaw.com>
**Subject:** RE: Automattic

**[EXTERNAL EMAIL from srabin@susmangodfrey.com]**

---

Thanks Rachel--Send me some times when you can talk today or tomorrow? Below is our proposed set of extensions. I'm also laying out here some of the reasons supporting good cause for an extension.

1. SG is coming into this complex case cold and Defendants cannot practicably take and defend the 22 forthcoming expert/technical depositions and then summary judgment motions between now and November 17 (35 business days). Leaving aside the days actually consumed by prepping and presenting those witnesses (or deposing them), SG is still having introductory phone calls with Defendants' experts and reviewing their reports and voluminous backup material, as well as the reports and materials of Plaintiff's experts.

2. The unworkability of the schedule is aggravated by existing conflicts in the SG team schedule—as you would expect of any firm coming on to a new case. We are re-arranging our schedules, but there is only so much re-arranging that can be done in such a short period of time.

3. The burden and impracticability of the existing schedule is not mitigated by the Coblentz or Shapiro Arato firms. As you know, their role in the case has been minimal. Shapiro Arato was retained to serve subpoenas to entities for which GDC had an actual or potential conflict. Likewise, Coblentz was retained specifically for third-party discovery with Silver Lake. SG will be the firm taking and defending the expert depositions and briefing summary judgment and *Daubert* motions.

4. Defendants and SG have been diligent in transitioning the case. Your assumption that Defendants were "well aware of their plan to substitute Gibson for Susman" by September 3 is factually wrong. SG was not retained until September 17. Since then, we have been working diligently

with Gibson to transition everything required—document database, transcripts and discovery materials, work product, and expert teams. But as you can understand, this transition process takes time.

5. If we can reach agreement, the proposed extensions won't impact the trial date. Under our proposed revised schedule, there will still be more than 6 months between the briefing deadlines and trial.

| | | |
|---|---|---|
| Close of expert discovery | 11/17 | 1/14 |
| Moving SJ motions | 11/20 | 1/19 |
| Non-moving party cross motions / MSJ oppositions | 12/18 | 2/18 |
| Daubert motions | 12/18 | 2/18 |
| MSJ replies and opposition to cross-motions | 1/21 | 3/18 |
| Daubert oppositions | 1/21 | 3/18 |
| MSJ cross-motion replies | 2/4 | 4/1 |
| Daubert replies | 2/4 | 4/1 |
| MSJ hearing | Noticed by moving party based on Court availability at time of filing | No change |
| Joint pretrial conference statement | 9/9 | No change |
| Pretrial conference | 9/23 | No change |
| Trial | 10/19 | No change |

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Friday, September 25, 2026 8:32 PM
**To:** Shawn Rabin <srabin@SusmanGodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella

<LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>
**Subject:** RE: Automattic

EXTERNAL Email

Hi Shawn –

Thank you for the additional depo dates, which we confirm. We are now at 8 confirmed depositions. Your email below left off Simonov (Oct 16), which your team already confirmed.

Can you please also confirm the Diamond and Kugler depositions today as well? I would really appreciate that.

As for your extension request, I'd be happy to discuss this on Monday. In the meantime, please send us the specific dates you intend to request (in chart form as against the current dates), as well as the basis for your position that good cause exists, so that we can consider them and discuss with our client.

Dan, please provide Mr. Mullenweg's position.

Regards,
Rachel

---

**From:** Shawn Rabin <srabin@SusmanGodfrey.com>
**Sent:** Friday, September 25, 2026 4:28 PM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>
**Subject:** RE: Automattic

**[EXTERNAL EMAIL from srabin@susmangodfrey.com]**

---

Rachel,

I wanted to follow up on your email below. As you have seen, we have been working hard to get up to speed on the case, and we will continue to do so, including by continuing to schedule requested expert depositions before November 17. However, given the substitution, it is not possible to complete all 22 of the depositions before that date. We intend to ask the Court for a revision to the scheduling order to allow sufficient time for us to get up to speed and complete those depositions and enable us to meet the tight turnarounds for MSJ and Daubert briefing that follow. Given the intervening holidays, which will prevent scheduling depositions for the weeks of Thanksgiving, Christmas, and New Year's, we intend to ask for an extension of about two months. The resulting schedule would still leave more than five months between the close of MSJ and Daubert briefing and the final pre-trial conference, and will not affect the trial date.

Given your many emails this week, we expect you all will oppose this request, but I am happy to jump on the phone to discuss further if it would be helpful. If so, let me know your availability on Monday and I'll give you a call. If not, we will file the motion as opposed. Let me know.

In the meantime, we can also confirm the following additional deposition dates:

1. Jeff Leitzinger on October 20 in LA
2. Jennifer Vanderhart in D.C. on November 5
3. Peter Kent in Denver on November 6
4. Jonathan Orszag in Los Angeles on November 10

That's in addition to the folks we've already confirmed:

5. Michael Cragg on November 6 in SF
6. Andres Lerner in LA on November 11
7. Ran Kivetz in NY on November 16

Thanks,
Shawn

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Thursday, September 24, 2026 8:09 PM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Bruggebrew, Dan

<dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** RE: Automattic

EXTERNAL Email
Hi Jillian,

Attached are our minor edits to the proposed order. We'll be sending you our edits to the stip in the next 15-30 minutes, with a redline. In the meantime, I want to flag that Defendants' commitment is insufficient. Defendants are more than capable of making a genuine effort to abide by the existing case schedule, including by confirming deposition dates now. Until Defendants confirm more deposition dates, they could have no possible way of knowing whether compliance with the existing schedule is feasible or not.

But even more importantly, we want to express our concern at where Defendants seem to be heading here. Defendants represented to the Court just three weeks ago that this schedule was indeed what they needed to complete expert depositions in an orderly fashion. The Court relied on that representation and granted Defendant's requested extension, over WPE's objection. Defendants were obviously well-aware of their plan to substitute Susman for Gibson at the time they gave the Court those assurances. We fully expect Defendants to honor their commitment to complete expert discovery by November 17, and we will ask the Court to hold Defendants accountable if they don't make a genuine, good faith effort to do so. Offering four dates out of 22 does not cut it.

More than seven weeks remain in the expert discovery period. My colleague Mitch has asked you for seven more depo dates today, which would get us halfway there. Please respond to him by COB with additional depo dates, as he has requested.

Regards,
Rachel

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Thursday, September 24, 2026 11:21 AM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** RE: Automattic

**[EXTERNAL EMAIL from jhewitt@susmangodfrey.com]**

---

Sounds good.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Thursday, September 24, 2026 2:19 PM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** RE: Automattic

EXTERNAL Email

Thanks – we are conferring with our client and will send back our edits/comments shortly.

---

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Thursday, September 24, 2026 11:04 AM
**To:** Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Rachel Herrick Kassabian

<rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** RE: Automattic

**[EXTERNAL EMAIL from jhewitt@susmangodfrey.com]**

---

Thank you Dan. Rachel, let us know if the stipulation works for you all.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>
**Sent:** Thursday, September 24, 2026 11:50 AM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** Re: Automattic

EXTERNAL Email
Thanks, Jillian. You have my consent to append my e-signature. Thanks again. - Dan

**Dan Bruggebrew**
**Coblentz Patch Duffy & Bass LLP**
Mobile: 628-241-8083 | Direct: 415-772-5737 | Main: 415-391-4800

This transmittal is intended solely for use by its addressee and may contain confidential or legally privileged information. If you have received this transmittal in error, please notify the sender by reply email and delete the transmittal and any attachments.

---

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Thursday, 24 September 2026 06:14:44
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** [EXTERNAL] RE: Automattic

Rachel and Dan,

Attached is a draft stipulation and proposed order. Please let us know if you agree to the stipulation or have any proposed edits.

On the schedule—We are committing with proceeding with the depositions you've requested in good faith as soon as it's practically possible for us to do so. But given our need to catch up on the case before we proceed with expert depositions, we will not be able to begin depositions for a few weeks. As a result, we expect it will not be practically possible to complete the 22 depositions by November 17. That said, we expect many of the depositions to take place before that date. We can also commit that, to the extent we seek any adjournment to enable us to adequately get up to speed on account of our replacement of Gibson Dunn, it would be on the condition that any such adjournment would not require a change to the trial date.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Thursday, September 24, 2026 12:05 AM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley

<EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** RE: Automattic

EXTERNAL Email
Hi Jillian,

Thanks for this first tranche of depo dates. We appreciate it and will lock those down. Please circulate the stipulation for our review.

We are not asking for Susman's agreement not to request adjournment of any other dates for any possible reason, ever. We certainly understand that things happen. An expert might become suddenly unavailable, an attorney might fall ill, a specific conflict might arise, etc. What we are asking for is Susman's good faith commitment that it will honor the existing schedule. Can Susman commit to that? If not, what can you commit to in this vein?

Regards,
Rachel

---

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Wednesday, September 23, 2026 8:43 PM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** RE: Automattic

**[EXTERNAL EMAIL from jhewitt@susmangodfrey.com]**

---

Rachel,

We can't make the request for a continuance of the hearing contingent on a promise not to ask for adjournments of any other dates. We are working in good faith to get you deposition dates,

and agreed repeatedly to get you several by tomorrow. We can agree to Kivetz on 11/16; Cragg on 11/6; Simonov on 10/16; and Lerner on 11/11. We will follow up with more as we're able. I interpret your note below to mean that you will oppose our request for a continuance of the hearing, but please let me know if I'm mistaken.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Wednesday, September 23, 2026 11:06 PM
**To:** Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** RE: Automattic

EXTERNAL Email
Thank you for confirming, Dan.

Jillian – We have checked schedules and can confirm that September 30 remains the best date for us. In the months since this hearing date was set, we have carefully scheduled many other commitments around it. Moving this hearing creates a hardship for us in various ways, including by imposing on other commitments. Nevertheless, we are willing to try to accommodate Defendants' request.

Jillian and Dan -- we have been very patient in waiting for confirmation of the expert depositions we have been requesting for nearly three weeks. Despite that, not a single depo date has yet been confirmed. We even invited Defendants to confirm at least a few depositions today, as a show of good faith. That request unfortunately was rejected. We therefore need Defendants' assurances that they will honor the expert discovery and MSJ deadlines that they requested from the Court just weeks ago. Cooperation is a two way street, and we are entitled to some reciprocity here.

Accordingly, WPE will agree to stipulate to move the sanctions hearing to October 7 (the only date of the three below that works for us due to another trial in November) provided that it works for the Court, and ask that Defendants commit that they will not seek any other delays of the case schedule on the basis that Susman has associated in.

If this works, please circulate a stipulation for QE's, Susman's and Coblentz's signatures.

Regards,
Rachel

---

**From:** Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>
**Sent:** Wednesday, September 23, 2026 6:55 PM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** Re: Automattic

**[EXTERNAL EMAIL from dbruggebrew@coblentzlaw.com]**

---

We can do any of those dates. Thank you. - Dan

**Dan Bruggebrew**
**Coblentz Patch Duffy & Bass LLP**
Mobile: 628-241-8083 | Direct: 415-772-5737 | Main: 415-391-4800

This transmittal is intended solely for use by its addressee and may contain confidential or legally privileged information. If you have received this transmittal in error, please notify the sender by reply email and delete the transmittal and any attachments.

---

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Wednesday, September 23, 2026 18:52
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>

**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Subject:** [EXTERNAL] RE: Automattic

For clarity, since I'm not sure they're spelled out below, the next three available hearing dates are October 7, November 4, and November 18.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Wednesday, September 23, 2026 9:49 PM
**To:** Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>
**Subject:** RE: Automattic

EXTERNAL Email
Thank you Dan. Does that mean you are available and will attend on behalf of Mr. Mullenweg on any of the dates listed below?

Sent from my Galaxy

-------- Original message --------
From: "Bruggebrew, Dan" <dbruggebrew@coblentzlaw.com>

Date: 9/23/26 6:37 PM (GMT-08:00)
To: Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>, Yury Kapgan <yurykapgan@quinnemanuel.com>, Margret Caruso <margretcaruso@quinnemanuel.com>, Brian Mack <brianmack@quinnemanuel.com>, Michael E Williams <michaelwilliams@quinnemanuel.com>, Kevin Teruya <kevinteruya@quinnemanuel.com>, QE-WPE <qe-wpe@quinnemanuel.com>
Cc: Stephen Shackelford <SShackelford@susmangodfrey.com>, Eliza Finley <EFinley@susmangodfrey.com>, Evie Spanos <ESpanos@susmangodfrey.com>, Max Straus <MStraus@susmangodfrey.com>, Russell Rennie <RRennie@susmangodfrey.com>, Laura Parrella <LParrella@susmangodfrey.com>, Laura Camp <LCamp@susmangodfrey.com>, "Crudo, Timothy P." <tcrudo@coblentzlaw.com>, Shawn Rabin <srabin@SusmanGodfrey.com>, Jillian Hewitt <JHewitt@susmangodfrey.com>
Subject: Re: Automattic

**[EXTERNAL EMAIL from dbruggebrew@coblentzlaw.com]**

---

Hi, everyone. For Mr. Mullenweg, we are good with an adjournment of the 9/30 hearing. Thank you. - Dan

**Dan Bruggebrew**
**Coblentz Patch Duffy & Bass LLP**
Mobile: 628-241-8083 | Direct: 415-772-5737 | Main: 415-391-4800

This transmittal is intended solely for use by its addressee and may contain confidential or legally privileged information. If you have received this transmittal in error, please notify the sender by reply email and delete the transmittal and any attachments.

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Wednesday, September 23, 2026 18:01
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>; Bruggebrew, Dan <dbruggebrew@coblentzlaw.com>; Crudo, Timothy P. <tcrudo@coblentzlaw.com>
**Subject:** [EXTERNAL] RE: Automattic

Hi Jillian,

Mr. Mullenweg and his actions are at the heart of WPE's sanctions motion. We cannot agree with Automattic's suggestion to cut Mr. Mullenweg's counsel out of the loop on Automattic's request to move the sanctions motion hearing. Nor do we think the Court would even proceed with this hearing without Mr. Mullenweg's counsel present. Since you have made clear that Susman does not represent Mr. Mullenweg, we have added his counsel, the Coblentz firm, to this email thread.

Tim, Dan – please advise as to your client Mr. Mullenweg's position regarding Susman's request below, including your availability to attend WPE's sanctions motion hearing on Mr. Mullenweg's behalf.

Jillian – I believe we may be able to work out a stipulation here, so I suggest you wait a beat and ensure that *all parties* to this motion are a part of this discussion and any resulting stipulation. If you insist on filing Automattic's administrative motion to continue WPE's sanctions motion hearing without (1) informing the Court that Susman does ***not*** represent Mr. Mullenweg and (2) involving Mr. Mullenweg's counsel in this discussion at all, then we request that you please attach this email chain to your motion, so that the Court is fully apprised of the situation. We will remain available to meet and confer with your team at Susman, and the Coblentz team, in hopes of working this out by agreement.

Regards,
Rachel

---

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Wednesday, September 23, 2026 5:36 PM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>
**Subject:** RE: Automattic

**[EXTERNAL EMAIL from jhewitt@susmangodfrey.com]**

---

Hi Rachel,

Susman is going to be the one arguing at the hearing; there's no need for other parties to be part of this motion. Please let us know your position on the request by 6 p.m. Pacific and we will get this on file.

As Shawn said yesterday, we're going to get back to you tomorrow on expert dates.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Wednesday, September 23, 2026 8:22 PM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>
**Subject:** RE: Automattic

EXTERNAL Email
Hi Jillian,

Following up on this, we noticed that your co-counsel Coblentz is not on the masthead nor mentioned in your administrative motion. As Mr. Mullenweg's counsel they are a necessary party to this discussion. Please add the appropriate Coblentz partners to this thread and confirm their consent and availability, so we can consider that as well.

Please also send over some expert deposition confirmations.

Regards,
Rachel

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Wednesday, September 23, 2026 11:28 AM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>
**Subject:** RE: Automattic

Thanks Jillian, we will take a look and get back to you by COB PT today.
By the same token, please send your first tranche of accepted deposition dates to us by COB today. Our request for depo dates has been outstanding for nearly 3 weeks and we'd appreciate at least a partial response of confirmations today, with more dates tomorrow. Completing these expert depos by November 17 is entirely doable as between the three firms representing Defendants, and QE. It will be a much more pleasant experience all around if we commence them now.
Regards,
Rachel

---

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Wednesday, September 23, 2026 9:30 AM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>
**Subject:** RE: Automattic

**[EXTERNAL EMAIL from jhewitt@susmangodfrey.com]**

---

Hi Rachel,

Our draft motion is attached -- please let us know your position. If you consent to the adjournment

then we'll have the motion converted into a stipulation. We plan to file by end of today.

Susman doesn't represent Mr. Mullenweg; he's still represented by Coblentz. On the expert depositions, we do need a chance to get up to speed on the case given that we just came into it late last week. That said, we are coordinating with our experts regarding their availability and intend to accept at least some of the dates you proposed.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Tuesday, September 22, 2026 6:45 PM
**To:** Shawn Rabin <srabin@SusmanGodfrey.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>
**Subject:** RE: Automattic

EXTERNAL Email

Shawn,

Thanks for the response. Are we correct in understanding that Susman will not be representing Mr. Mullenweg in this matter? Assuming so, who will be representing him?

As for the September 30 sanctions hearing which has been on calendar for months, please provide us with your draft filing, including the alternate date you intend to propose, so that we can consider your request.

As for my earlier questions, please confirm what role (if any) the Shapiro and Coblentz firms will have in this case going forward.

As for expert depositions, I'd appreciate it if you could please confirm that your Thursday response will include specific deposition dates – either accepting ours or proposing alternate dates within the current expert discovery period. No further modification of the case schedule

is workable or appropriate.

Regards,
Rachel

---

**From:** Shawn Rabin <srabin@SusmanGodfrey.com>
**Sent:** Tuesday, September 22, 2026 2:11 PM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>
**Subject:** RE: Automattic

**[EXTERNAL EMAIL from srabin@susmangodfrey.com]**

---

Rachel,

Thanks for your patience as we needed to finalize the parties we are representing and have now filed pro hacs/NOAs for them. As you also saw, GDC has withdrawn from its representation. We intend to request an adjournment of the hearing currently scheduled for September 30th. Our team is not available on that date given multiple other overlapping obligations. Please let us know your position on that request so we can include it when we make our submission to the Court, which we plan to file tomorrow.

On the request for dates for the expert depositions, we'll get back to you by end of Thursday as we get up to speed.

Thanks,

Shawn

---

**From:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>
**Sent:** Monday, September 21, 2026 2:35 PM
**To:** Shawn Rabin <srabin@SusmanGodfrey.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp <LCamp@susmangodfrey.com>
**Subject:** RE: Automattic

EXTERNAL Email

Hello Shawn –

Thank you for reaching out. We look forward to working with you as well. Can you please confirm which of the Defendants you represent? Please also confirm what role (if any) the Gibson, Shapiro, and Coblentz firms will have going forward in this matter, so that we can appropriately direct our communications.

Some of us are available to speak with your team tomorrow at 10am, 11am or noon PT. Please let us know what works on your end.

In terms of priorities, expert deposition scheduling needs to get settled, so if your team can please respond to the attached in advance of our call, that would be very helpful.

Regards,
Rachel

---

**From:** Shawn Rabin <srabin@SusmanGodfrey.com>
**Sent:** Friday, September 18, 2026 5:05 PM
**To:** Rachel Herrick Kassabian <rachelkassabian@quinnemanuel.com>; Yury Kapgan <yurykapgan@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Brian Mack <brianmack@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>
**Cc:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Eliza Finley <EFinley@susmangodfrey.com>; Evie Spanos <ESpanos@susmangodfrey.com>; Max Straus <MStraus@susmangodfrey.com>; Russell Rennie <RRennie@susmangodfrey.com>; Laura Parrella <LParrella@susmangodfrey.com>; Laura Camp

<LCamp@susmangodfrey.com>
**Subject:** Automattic

**[EXTERNAL EMAIL from srabin@susmangodfrey.com]**

---

Quinn lawyers – As you have seen, Susman is in the process of entering appearances in this litigation. We wanted to write to introduce ourselves as I have enjoyed working with many Quinn lawyers over the years, but I am not sure I have worked directly with any of you. Regardless, we look forward to working with you here.

As we finalize our pro hacs, we thought it would make sense to try to have a call early next week to discuss next steps now that we are in the case.

Talk soon,

Shawn

**Shawn J. Rabin | Susman Godfrey LLP**
Office: 212.471.8347 Mobile: 972.890.8740
One Manhattan West | 50th Floor | New York, New York 10001
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**
www.susmangodfrey.com/Attorneys/shawn-j-rabin/