# EXHIBIT 3 to Brug. Decl.

((Mullenweg OR MM) AND w/15 (war OR sue OR suing OR sued OR lawsuit OR legal OR nuclear OR scorched OR WooCommerce OR disabl*e OR disabling OR control* OR Davies OR valuation OR invest* OR acqui*r* OR acquisition* OR keynote OR "feed off" OR parasit*ic OR parasite OR "nothing back" OR Brunner OR Heather OR mark OR marks OR ((access* OR accessible OR accessibility) w/10 (WordPress OR WP OR "W.org" OR "W org")) OR extort* OR license* OR threat* OR demand* OR anticompetitive OR deceiv* OR monopol* OR antitrust OR chaos OR retaliat* OR "Advanced Custom Fields" OR ACF OR "Secure Custom Fields" OR SCF OR "seized control" OR takeover OR "take over" OR "took over" OR block* OR fork* OR "wordpressenginetracker.com" OR steal* OR "check box" OR checkbox OR "check a box")) OR ((WPE OR WPEngine OR "WP Engine" OR WordPress) w/810 (sale* OR [redacted] (cost w/3 (reduce* OR cut OR limit OR too)))))