San Francisco, California
Tuesday, May 12, 2026
9:23 a.m., Pacific Daylight Time
--o0o--

THE VIDEOGRAPHER: Good morning. We're on 09:23:24 the record at 9:23 a.m., on May 12th, 2026.

Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time. Audio and video recording will continue to 09:23:42 take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Matthew Mullenweg, taken by counsel for Plaintiff, in the matter of WP Engine, Inc., 09:23:56 versus Automattic, et al., filed in the United States District Court, for the Northern District of California; Case Number: 3:24-cv-06917-AMO-ASK.

The location of this deposition is 50 California Street in San Francisco, California. 09:24:28

My name is Joseph Blea, representing Veritext Legal Solutions, and I'm the videographer. I'm not authorized to administer an oath; I'm not related to any party in this action, nor am I financially interested in the outcome. 09:24:43



If there are any objections to proceeding, please state them at the time of your appearance.

Counsel will now state their appearances and affiliations for the record, beginning with the noticing attorney. 09:24:56

MR. WILLIAMS: Michael Williams from Quinn Emanuel on behalf of WP Engine.

MR. PERRY: Mitchell Perry of Quinn Emanuel on behalf of Plaintiff, WP Engine.

MR. MACK: And Brian Mack of Quinn 09:25:11 Emanuel, also on behalf of WP Engine.

MR. WILLIAMS: And Kevin Teruya from Quinn Emanuel is listening in on the Zoom.

MR. DORE: Michael Dore of Gibson, Dunn & Crutcher on behalf of Defendants and 09:25:25 Counterclaimants.

MR. MISSAN: Andy Missan, Chief Legal Officer, Automattic.

THE VIDEOGRAPHER: Thank you.

The court reporter will now make an 09:25:30 introduction and swear in the deponent.

THE COURT REPORTER: Good morning. This is Hanna Kim, Certified Shorthand Reporter, License Number 13083.

///



MATTHEW C. MULLENWEG,
a witness herein, first having been duly administered the oath, was examined and testified further as hereinafter set forth:

EXAMINATION

BY MR. WILLIAMS:

Q. Good morning, Mr. Mullenweg.
Could you please state your full name for the record. 09:26:04
A. Matthew Charles Mullenweg.
Q. Have you had your deposition taken before?
A. Hmm. I believe so, yeah.
Q. Do you recall how many times?
A. Once, I think. 09:26:21
Q. And approximately how long ago?
A. I don't recall.
Q. More than a year ago?
A. Probably, yeah.
Q. More than five years ago? 09:26:36
A. Somewhere between one and five.
Q. And what kind of case was it?
A. It was a, like, civil employment case.
Q. Was it while you were CEO of Automattic?
A. Yes. 09:26:55



Q. Okay. I just want to touch on some of the rules today.
Do you understand that the oath you just took carries the penalty of perjury?
A. Mm-hmm. 09:27:10
Q. Is that a "yes"?
A. Yes.
Q. Okay. The -- the next rule is it's important that you only respond in verbal, audible responses, yes, no, as opposed to a nod of the head 09:27:18 or "uh-huh," "huh-uh," which makes it difficult for the court reporter to take down.
A. Yes.
Q. And it makes it difficult for us to understand later. 09:27:30
Do you understand?
A. Yes.
Q. And you understand that providing false testimony under oath is a crime?
A. Yes. 09:27:37
Q. It's important that we don't speak over each other because the court reporter is taking down everything that's being said.
So I will wait for you to finish answering my question before I start my next one. And I will 09:27:49

ask you to wait until I finish my question before
you start to answer, even if you think you know what
I'm going to ask you.
Do you understand?
A. Yes. 09:28:01
Q. That also gives your attorney an
opportunity to state an objection on the record if
he believes it's appropriate.
But even if your attorney makes an
objection, you're still required to answer the 09:28:15
question if you understand it, unless he
specifically instructs you not to answer.
Do you understand?
A. I do.
Q. If at any point in time I ask a question 09:28:25
that you don't understand, do you agree to let me
know that you're confused about it so we can clarify
any misunderstanding?
A. Okay.
Q. It's important that we get your most 09:28:35
accurate, truthful testimony here today.
Have you -- is there any reason in your
mind why you can't give accurate, truthful testimony
here today?
A. No. 09:28:50

Page 18

Q. Have you consumed any drugs or alcohol in
the last 24 hours?
A. No.
Q. Where do you currently live?
[redacted] 09:29:00
Q. And what's your address?
[redacted]
Q. Obviously something we're going to be
talking a lot about today is WordPress.
WordPress is the name of an open-source 09:29:21
software program; is that correct?
A. Yes.
Q. And that software program is licensed
under the General Public License Version 2.
Is that your understanding? 09:29:33
MR. DORE: Objection to the form.
Go ahead. You can answer the question.
THE WITNESS: I believe it's GPL v2 or
later, which is a technical difference from Pure GPL
2. 09:29:47
BY MR. WILLIAMS:
Q. Okay. And if we refer to "GPL v2," would
you understand that at least to be the license that
is -- governs the -- the WordPress, or do you want
to refer to it as "GPL v2 or later"? 09:30:00

Page 19

A. I might clarify as well.
So WordPress also includes code which is
under different GPL-compatible licenses as part of
its download.
Q. Such as? 09:30:14
A. I would have to look. It's all listed on
the licensing page of WordPress.
Q. So what is -- which WordPress software is
licensed under GPL v2 or later?
A. What do you mean by "WordPress software"? 09:30:30
Q. Well, what do you understand that term to
refer to?
A. Well, what's available for download, so
it's very common for open-source software to include
like libraries, for example. 09:30:43
And some of those libraries might have
different licenses that are -- we only distribute
ones that are compatible with GPL v2 or later. Like
the MIT license would be an example.
Q. Sure. 09:31:00
Are the libraries that are incorporated
into the WordPress software distributed under the
LGPL 2.1?
A. I do believe that we have -- there might
be an LGPL code, but I'd want to refer to the 09:31:14

Page 20

license file in WordPress to be certain.
Q. Sure.
But you have an understanding of what GPL
v2 provides for; is that correct?
A. And later -- 09:31:24
MR. DORE: Wait. Hold on. Let me have a
chance to object.
Object to the form of the question.
Now you may answer.
THE WITNESS: Sure. 09:31:28
Can you restate the question?
BY MR. WILLIAMS:
Q. Sure.
Do you have an understanding of what
rights or obligations are imposed under the GPL v2? 09:31:34
MR. DORE: Objection to the form of the
question.
Go ahead.
THE WITNESS: I'm not a lawyer, but, you
know, I've worked with a GPL for a long time. 09:31:46
That's how I choose to license a -- a lot of sort of
creative work.
And I feel like it's a -- but I'm a big
believer in open source, so it's been really my
life's work to do open source. 09:31:57

Page 21

MR. DORE: Wait. So just let -- let him ask a question.
THE WITNESS: So...
BY MR. WILLIAMS:
Q. I want to build a website and have it for my store and put it on the internet. Do I need someone to help me with hosting? 10:06:23
MR. DORE: Objection to the form of the question.
THE WITNESS: I -- not necessarily. No. 10:06:32
BY MR. WILLIAMS:
Q. Okay. What is hosting in that context?
A. You tell me what you're referring to in the context --
Q. No, sir, you're the witness. I'm asking the questions. 10:06:40
MR. DORE: You're the one who asked him to --
BY MR. WILLIAMS:
Q. Are you telling -- are you telling me that you don't understand what "hosting a website" means in your business -- 10:06:45
MR. DORE: Wait.
MR. WILLIAMS: -- is that what you're telling me? 10:06:52

Page 50

MR. DORE: Objection. Counsel, there's no need to raise your voice. You expre- --
MR. WILLIAMS: Well, this is ridiculous.
MR. DORE: You're arguing -- you expressly asked the witness to confirm with you if there was a misunderstanding so you could clarify it. Now he's doing exactly what you asked him to do at the outset -- 10:07:04
MR. WILLIAMS: He's not.
MR. DORE: -- of the deposition and you're raising your voice unnecessarily. 10:07:06
MR. WILLIAMS: He's not.
MR. DORE: And you're interrupting me.
So I object to the question. If you want to ask the question again, you can do it. But the witness is doing what you asked him to do. 10:07:14
THE WITNESS: May I answer the question as he asked it?
MR. DORE: If you understand it and if you remember it. 10:07:20
THE WITNESS: So, first, I'm -- I'm sorry you seem to get frustrated with that.
I -- you know, like you said, it's very important to answer things accurately to the best of my ability. I am trying to be sort of technically 10:07:32

Page 51

specific in the language.
And so, I think in this instance, sort of preferably understanding like more as an engineer or from a technical level, the words you're using have some ambiguity and could be taken in several ways. 10:07:49
So by saying this several ways that I understand it or that it's possible, I'm trying to express that there's a -- a variety of things that -- how WordPress could be delivered. And you're sort of asking me repeatedly about the definition of hosting. Is -- it's a word that can be used in different ways. And I -- not sure about the specificity of how you're using it. 10:08:06
BY MR. WILLIAMS:
Q. Does your company Automattic offer website hosting services? 10:08:23
A. We do, yes.
Q. Okay. And -- and what -- what do those services entail?
A. Well, it's different things for different sort of ways we offer web hosting. But when you say what does it entail, like, could you be more specific? 10:08:34
Q. What does it mean to host a website on the internet? 10:08:52

Page 52

MR. DORE: Object to the form.
Go ahead.
THE WITNESS: Like I said, it could have a variety of meanings.
BY MR. WILLIAMS: 10:09:06
Q. How is it used when Automattic offers hosting services for a website?
A. Well, for example, on WordPress.com, it could mean that you can sign up for a service on WordPress.com for free or paid and have a website. 10:09:26
Q. What does that service provide under WordPress.com?
A. Thousands of things.
Q. Thousands of things that would fall under the -- the definition of hosting, as that's being used? 10:09:40
A. On some. But also things like support or other things that wouldn't be called hosting.
Q. Does Automattic have any descriptions on its website as to what hosting services it provides? 10:09:53
A. It's possible, yes. I'm not familiar with all of our websites, but it's a possibility.
Q. Does hosting a website on the internet involve -- potentially involve having server space somewhere? 10:10:12

Page 53

view sponsoring a WordCamp is not a contribution to the WordPress community?
A. I believe I have spoken about this at WordCamps or in Q-and-A sessions at WordCamps. I would need to look up which specific one there is. I don't recall just off the dome, as they say.
Q. You don't think that would come as a great surprise to members of the WordPress community to hear you say that their sponsorship money for a WordCamp is not considered a contribution to the WordPress community by you?
A. Not if they've seen any of the talks I mentioned or read WordPress.org, a documentation about this.
Q. Okay.
A. But I can't speak to any person's knowledge or surprise besides my own.
Q. So you're saying there's documentation on WordPress.org that specifically says sponsoring a WordCamp is not considered a contribution to the WordPress community?
MR. DORE: Objection to the form.
THE WITNESS: In the sense of a "Five for the Future" contribution --
BY MR. WILLIAMS:



Q. I'm not limiting it to "Five-" --
MR. DORE: You're interrupting him. Let him finish his que- -- his answer.
BY MR. WILLIAMS:
Q. I apologize.
I'm sorry, did you finish?
A. Mm-hmm.
Q. Okay. I wasn't limiting my question to "Five for the Future," 'cause you would agree there are ways to contribute to the WordPress community that do not -- or that are not limited to the "Five for the Future" program; correct?
A. My personal definition is the "Five for the Future" definition. That's why I keep referring to it. Other people might use the word "contribute" differently.
And, like I said, I believe there is some -- you know, when people provide a sort of sense of -- I'll say open source, I'm generally supportive of that in a more broad general sense.
Sponsorship in particular is a -- we always have more sponsors than we have slots for. So if one particular company were to not sponsor, it'd be quickly filled by others.
Q. So is it your testimony that the only



contribution you considered to the WordPress community is the "Five for the Future" program?
MR. DORE: Objection to the form.
THE WITNESS: No, that wasn't what I said.
BY MR. WILLIAMS:
Q. In fact, you have said there are numerous ways co- -- peo- -- members of the WordPress community can contribute back to the WordPress project; correct?
A. I don't recall a specific instance.
Q. So would it surpri- -- are you denying that you've said that?
MR. DORE: Objection to the form. Misstates the testimony.
Go ahead.
Testimony WITNESS: That's not what I said.
BY MR. WILLIAMS:
Q. Okay. Didn't you recently publicly state that you think the "Five for the Future" program is essentially worthless?
A. Oh, I did have a conversation that was referring to the measurements of inputs versus outputs. It's not a FFT [verbatim] statement of the program as much of the sort of discovered sort of



failings, particularly when companies would overstate or people would overstate their contributions.
Q. Would you agree that companies should be able to rely on your past statements about what is considered a contribution to the WordPress community?
MR. DORE: Objection to the form.
THE WITNESS: That is up to them.
BY MR. WILLIAMS:
Q. What do you mean by that?
A. I don't agree or disagree with your statement as it is framed.
Q. Are you the sole arbiter of what is a contribution to the WordPress community?
A. I am for my opinion of it, yes.
Q. Not just for your opinion, but whether or not you decide to block someone from accessing WordPress.org?
MR. DORE: Objection to the form.
THE WITNESS: How is that related to what's a contribution or not?
BY MR. WILLIAMS:
Q. Well, wasn't the fact -- your belief that WP Engine was not sufficiently contributing to the

hyperreality, isn't it?

A. You know, that's what's funny about it. This is a -- so it's a little bit of a funny reference. So I hope people got the -- the allusion. 09:45:39

Q. Mr. Mullenweg, specifically, though, to answer my question --

A. To say why that's relevant in this case, you know, someone's perception of what WordPress is when they get it from WP Engine is actually more 09:45:48 real than what, you know, WordPress, as intended by its creators or that you might get if you ran it on a different host or ran it yourself from the download.

Q. Okay. I want to focus specifically on my 09:46:01 question, though.

Yes or no, as of September 25th, 2024, you personally had not reviewed the WordPress GPL code that WP Engine had provide -- had provided to its customers; right? 09:46:17

MR. DORE: Objection to the form.

THE WITNESS: I -- I'm confident in my understanding, given that folks more technical than me, experts and customers, had, you know, told me about this. 09:46:30



And, of course, reviewing WP Engine's own website, which I think at the time I trusted even a bit more.

BY MR. MACK:

Q. Okay. I'll ask it one more time, 09:46:37 Mr. Mullenweg.

A. So that's, yes, I did personally review some of this.

And I guess, you know, how you define GPL code, I do remember like visiting a WP Engine site 09:46:49 and viewing the source, which would include some GPL code.

So I guess I had reviewed at least some lines of code, not all the million lines of WordPress. And, you know, I would -- you know, to 09:46:59 say that I'd reviewed all the GPL code, wonder if I -- I'd really want to like -- well, that would take years. But, you know, it -- probably run -- run some scans.

Q. Specifically, what about WP Engine's 09:47:10 WordPress GPL code is hacked up?

MR. DORE: Objection to the form.

THE WITNESS: Well, like I say, they're free to do that. They're free to hack it up and offer it to their customers. I said they can 09:47:24



experience it as WP Engine envisions WordPress. And WP Engine get all the profits. So that's, again -- it's -- that's the open source license, which WordPress is under.

So what's hacked up about it, is -- was 09:47:47 that the question?

BY MR. MACK:

Q. Yes. When --

A. You want me to try another crack at it.

Q. When you wrote this article on 09:47:57 September 25th, 2024, what were you referring to when you wrote that WP Engine is offering "hacked up" GPL code?

A. The hacked up bastardized simulacra can incorporate many things. If I had to pick one, I 09:48:15 would say that's the user experience and the customer experience of what they were getting from WordPress.

As I point earlier in this, WP Engine modifying the GPL code, so actually broke a lot of 09:48:28 their websites. So, for example, when you download WordPress from WordPress.org, the dashboard has a little box on it. It has community news and community events. So if you're part of the WordPress community, you would expect this to be in 09:48:52



your dashboard.

WP Engine actually had that, and then they removed it. And while trying to remove it, their incompetence in code actually broke thousands of their customer sites where they couldn't log in. 09:49:09 Their site was broken by a change WP Engine had made a change unilaterally without their customer's knowledge or control to the GPL code.

So to me, that is a perfect example of hacking it up. You're taking something that worked, 09:49:19 you're making a change, and it breaks your own customers' sites who are paying you hundreds of dollars, thousands of dollars.

Q. Okay. So --

A. That's hacked up. Sorry, I'm -- I'm not 09:49:29 going to apologize for that. That's truly hacked up.

Q. Okay. Are there any other examples or any other reasons why you believe that WP Engine offers hacked up GPL code to its customers? 09:49:39

A. Well, how much time do we have, six and a half hours? I mean, we could go through all of them.

Q. Okay. What -- Mr. Mullenweg, you -- I've -- the only one that I've seen you mention is 09:49:50