QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

Defendants.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,

Counterclaimants,

v.

WPENGINE, INC., a Delaware corporation, Counterdefendant.

Case No. 3:24-cv-06917-AMO

**EXHIBIT TWO TO THE DECLARATION OF KAITLIN KEOHANE FILED AT DKT. NO. 303-4**

**REFILED PURSUANT TO COURT ORDER AT DKT. NO. 381**

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 3:24-cv-06917-AMO (DMR) |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual, ) | |
| Defendants. ) | |

30(b)(6) ORAL VIDEOTAPED DEPOSITION OF
BARRY ABRAHAMSON
ON BEHALF OF AUTOMATTIC INC.
DECEMBER 19, 2025

ORAL VIDEOTAPED DEPOSITION OF BARRY ABRAHAMSON, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 19th day of December, 2025, from 10:34 a.m. to 7:08 p.m., before Melinda Barre, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, 700 Louisiana Street, Suite 3900, Houston, Harris County, Texas, pursuant to the Federal Rules of Procedure.

directly fed or updated data for the WPenginetracker.com was one that we kind of modified essentially for this purpose.
Q. And who worked on developing that crawler specifically for the Wordpressenginetracker.com website?
A. So I worked on it personally, as well as Greg Brown who I mentioned previously; and I believe Paolo also provided some guidance there.
Q. Okay. How did the crawler know which domains to -- how did the crawler know which domains to crawl? I'm assuming it didn't crawl every domain available on the internet.
So did it use some information from WordPress.org as a starting point to determine the universe of domains that the crawler should crawl?
A. Right. No, it did not.
So as I mentioned previously, we started -- we got the initial set of data by looking at third-party data sources such as W3 Text, Domain Provider and BuiltWith. I think



that was the complete list, but there might have been some others there as well.
These are services that anybody can go and sign up for and get domain intelligence data, including hosting provider.
Q. And then how did you determine when a WP Engine website had left WP Engine and was now hosted by a new provider?
A. So we created the initial list of domains using the methods that I just mentioned, the publicly available data sources.
And then at regular intervals -- I think it was either every few hours or once a day -- we essentially went through that list, iterated through that list of domains and looked up the things that I mentioned previously, the DNS records, the HTTP headers and some HTML.
From there we could determine if a site was still hosted on WP Engine or whether it had moved elsewhere and then try to determine if it moved



elsewhere, where it had moved.
Q. Okay. And whose idea was it to utilize this crawler for that purpose?
A. I don't remember who had the specific idea.
Q. Okay. At whose direction were you creating this Wordpressenginetracker.com website?
A. The original request came from Matt Mullenweg.
Q. And what was the intent or purpose of the WPenginetracker.com website?
MR. ROSE: Object to form.
You can answer.
THE WITNESS: Okay.
A. The purpose was to show the WordPress community that WP Engine's customers were dissatisfied with the way WP Engine was acting and behaving in the WordPress community and were choosing to leave WP Engine as a result of that behavior.
BY MR. MACK:
Q. Okay. And was that purpose communicated to you by Mr. Mullenweg?
A. I believe so, yes.



Q. Are you familiar -- WordPress websites have a call-back or a phone home function that periodically sends information back to WordPress.org, right?
MR. ROSE: Object to form, beyond the scope.
A. By default, WordPress websites check the WordPress.org API for available updates to plug in its themes and for -- I believe every 12 hours.
BY MR. MACK:
Q. And is that part of the WP-Cron code?
MR. ROSE: Same objections.
A. I don't believe it is executed in WP-Cron, but I'm not a hundred percent sure.
BY MR. MACK:
Q. Okay. And why does a WordPress website check for updates every 12 hours?
MR. ROSE: Same objections.
A. The purpose is to let WordPress users know if there are available updates for their plugins, themes and core software.
BY MR. MACK:
Q. And what information is sent from a

MS. WALLACE: Objection. Outside the 04:29
scope. 04:29
A. That's correct. It's listed just like any 04:29
other plug-in on WordPress.org. 04:29
Q. (BY MR. MACK) So if a user searched the 04:29
plug-in directory for the best custom fields plug-in, 04:29
then SCF potentially could be one of the results, 04:29
right? 04:29
MS. WALLACE: Objection. Calls for 04:29
speculation. Incomplete hypothetical. Outside the 04:29
scope. 04:29
A. Potentially. But as far as I'm aware, it 04:29
has the same rules and has the same weights applied 04:29
to it as any other plug-in. There's no special 04:30
treatment there. 04:30
Q. (BY MR. MACK) And if we look at the next 04:30
few documents, it's some graphs from 04:30
MC.WordPress.org. So we have 44. For the record, 04:30
it's a document bearing Bates A8C01525111. 04:30
(Exhibit 44 marked) 04:30
Q. (BY MR. MACK) Exhibit 45, for the record, 04:30
is another printout from MC.WordPress.org bearing 04:30
Bates 1525101. 04:30
(Exhibit 45 marked) 04:30
Q. (BY MR. MACK) 46, same Bates, but 102. 04:31



(Exhibit 46 marked) 04:31
Q. (BY MR. MACK) And then 47 is a native 04:31
file -- and let me find the Bates number of the 04:31
native file. The native file Bates Number is 04:31
A8C0152106. That was produced in an Excel format. 04:31
MS. WALLACE: 152 -- 04:31
MR. MACK: 106. 04:31
(Exhibit 47 marked) 04:31
Q. (BY MR. MACK) You're familiar with 04:31
MC.WordPress.org, right, Mr. Abrahamson? 04:31
A. I am. 04:31
Q. And what is MC.WordPress.org? 04:31
MS. WALLACE: Objection. Outside the 04:32
scope. 04:32
A. It's a dashboard that shows some statistics 04:32
about WordPress.org. 04:32
Q. (BY MR. MACK) And if we start with 04:32
Exhibit 44 -- is that the first one? 04:32
A. Exhibit 44. 04:32
Q. Okay. Does that one say Advanced Custom 04:32
Fields Active Installs at the top? 04:32
A. No. 04:32
Q. Okay. That one just says Advanced Custom 04:32
Fields Pro, right? 04:32
A. Correct. 04:32



Q. Okay. When you said that MC.WordPress.org 04:32
is a dashboard, what's powering that dashboard? 04:32
MS. WALLACE: Objection. Vague. 04:32
Outside the scope. 04:32
A. Specifically, the plug-in data is powered 04:32
by the calls to API.WordPress.org. 04:33
Q. (BY MR. MACK) And how does the dashboard 04:33
store the plug-in data? 04:33
MS. WALLACE: Objection. Outside the 04:33
scope. Vague. 04:33
A. Well, WordPress sites send the plug-in data 04:33
to WordPress.org, a script collects that data, 04:33
anonymizes it, aggregates it, and stores it in a 04:33
database, which is then what you see here, the 04:33
results. 04:33
Q. (BY MR. MACK) Okay. So is 04:33
MC.WordPress.org the database? 04:33
A. No. 04:33
Q. Okay. What's -- what's the database name 04:33
within WordPress.org that stores the data? 04:33
A. I think it's called something like Stats. 04:33
Q. What does the MC stand for in 04:33
MC.WordPress.org? 04:34
MS. WALLACE: Outside the scope. 04:34
A. Mission Control. 04:34



Q. (BY MR. MACK) Okay. But the database 04:34
isn't hosted within the MC server? 04:34
MS. WALLACE: Objection. Vague. 04:34
Outside the scope. 04:34
A. Correct, it is not. 04:34
Q. (BY MR. MACK) So the Mission Control 04:34
database includes, among other things, plug-in 04:34
statistics about active installs of WordPress 04:34
plug-ins, right? 04:34
MS. WALLACE: Objection. Misstates 04:34
prior testimony. Outside the scope. Vague. 04:34
A. Mission Control is not a database. It's a 04:34
website that then gets information from various 04:34
sources. The Stats database is one of those sources, 04:34
and that's what powers this graph. 04:34
Q. (BY MR. MACK) Okay. And this graph, it's 04:34
graphing active installs -- this exhibit anyways is 04:35
graphing active installs over time for the ACF Pro 04:35
plug-in; is that right? 04:35
MS. WALLACE: Objection. Outside the 04:35
scope. 04:35
A. It graphs active installs of ACF Pro that 04:35
WordPress.org knows about. 04:35
Q. (BY MR. MACK) And which instances of ACF 04:35
Pro does WordPress.org know about? 04:35