QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for WPEngine, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

CASE NO. 4:24-cv-06917-AMO-ASK

**DECLARATION OF GREGORY A. FUOCO IN SUPPORT OF WPENGINE, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO MODIFY EXPERT DISCOVERY AND BRIEFING DEADLINES PURSUANT TO LOCAL RULE 6-3**

Judge: Honorable Araceli Martínez-Olguín

**DECLARATION OF GREGORY A. FUOCO**

I, Gregory A. Fuoco, hereby declare and state as follows:

1. I am an attorney licensed to practice before this Court and admitted to the State Bar of California. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for WPEngine, Inc. ("WPE") in this matter. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath. I submit this declaration in support of WPE's concurrently filed Opposition to Defendants' Motion to Modify Expert Discovery and Briefing Deadlines.

2. On September 4, 2026, WPE's counsel emailed Defendants' counsel, Gibson, Dunn and Crutcher ("Gibson"), presenting multiple date options for the depositions of nineteen of the twenty-two experts in this case, including many dates in the months of September and October. That email is attached hereto as Exhibit 1. WPE's counsel sent follow up deposition scheduling emails to Defendants on September 9, 11, and 15. In response, Gibson did not accept, nor propose, even a single expert deposition date.

3. On Monday, September 14, Defendant Automattic posted on X that Automattic had retained Susman Godfrey ("Susman") to represent it over the prior weekend (i.e., September 12-13). That post is available at the following link: https://x.com/automattic/status/2099665022062612919?s=20. A true and accurate screenshot of that post is pasted below:



4. Since first appearing in this case in mid-September, Susman has not proposed even a single expert deposition date. Susman has accepted only nine of the twenty-two expert deposition dates WPE has offered, thereby failing to respond to more than half of WPE's proposed expert deposition dates. Susman has accepted WPE's proposed deposition dates for only three of Defendants' twelve experts, thereby failing to agree to deposition dates for nine of their twelve experts.

5. Since the filing of their latest extension request on September 30, Defendants have failed to offer or accept even a single expert deposition date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 5, 2026, in Burbank, California.

QUINN EMANUEL URQUHART & SULLIVAN LLP

*<u>/s/ Gregory A. Fuoco</u>*
Gregory A. Fuoco
*Attorneys for WPEngine, Inc.*