# EXHIBIT 1

**From:** Mitchell Perry
**Sent:** Friday, September 4, 2026 2:34 PM
**To:** *** Automattic WPEngine Litigation
**Cc:** QE-WPE
**Subject:** WPE v. Automattic - Expert Deposition Scheduling

Counsel,

Set forth below is the availability for the following WPE experts to sit for deposition:

1. Jeff Leitzinger: October 6, October 7, or October 8 (Los Angeles, CA)
2. Paul Gompers: October 6 (Boston, MA)
3. Frank Nagle: September 16, October 6, or October 8 (Boston, MA)
4. Jennifer Vanderhart: September 18 (Washington, DC)
5. Phil Hackney: September 15, September 16, September 29, September 30, October 1 or October 2 (Pittsburgh, PA)
6. Keri Pearlson: September 22 or September 23 (Boston, MA)
7. Ran Kivetz: September 17 or September 18 (New York, NY)
8. Michael Cragg: October 5, 6, 7, or 8 (remote, by zoom)
9. Andrey Simonov: September 25 (New York, NY)

Please let us know which dates work for Defendants, so we can confirm and calendar these depositions.

Additionally, we would like to depose Defendants' experts on the dates indicated below:

1. Shari Diamond: September 21, 22, or 23
2. Matthew Kugler: September 21, 22, or 23
3. Peter Kent: October 7 or 8
4. Andres Lerner: September 23, 24, 25, 28, 29, or 30
5. Jonathan Orszag (to the extent he submits a report): September 23, 24, 25, 28, 29, or 30 (please present Orszag on a different day than Lerner)
6. Lance Matthews: September 21, 24, or 25
7. Daniel McGavock: September 23, 24, or 25
8. Heather Meeker: September 14, 15, 17, or 18
9. Barry Abrahamson: September 28, 29, or 30
10. Anne McCarthy: September 28, 29, 30, October 1 or October 2

Please let us know which dates work for Defendants and their experts, so we can confirm and calendar these depositions.

Best,

**Mitchell Perry**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number

650.801.5100 FAX
mitchellperry@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.