**Katherine Pogois**

**From:** notification@pay.gov
**Sent:** Wednesday, October 7, 2026 2:26 PM
**To:** CAND Finance
**Subject:** Pay.gov Form Submission Notification: CAND Audio Recording Payments

**CAUTION - EXTERNAL:**

An official email of the United States government

A form has been successfully submitted on Pay.gov for:

Application Name: CAND Audio Recording Payments
Form Name: United States District Court Northern District of California Audio Recording
Pay.gov Tracking ID: 286MSHVD
Transaction Date: 10/07/2026 05:25:47 PM EDT
Transaction Amount: $34.00

Name: Raelene Morey
Firm or Organization: The Repository
Contact Phone: (043) 936-7913
Email: rae@therepository.email
Audio Recording 1: WPEngine, Inc. v. Automattic Inc., et al., Number: 4:24-cv-06917, Judge: Magistrate Judge Ajay Krishnan on 10/07/2026
Audio Recording 2:
Audio Recording 3:

If you have any questions or concerns regarding this form submission, please contact Pay.gov Customer Service by phone at 800-624-1373 or by email at pay.gov.clev@clev.frb.org.

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.