QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael E. Williams (SBN 181299)
michaelwilliams@quinnemanuel.com
Kevin Y. Teruya (SBN 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff and Counterdefendant WPEngine, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

Defendants.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,

Counterclaimants,

v.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO-ASK

**PLAINTIFF WPENGINE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**[N.D. Cal. Civil Local Rules 7-11, 79-5(f)]**

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff and Counterdefendant WPEngine, Inc. ("WPE") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), in connection with WPE's concurrently-filed pre-motion letter concerning its anticipated motion for summary judgment ("MSJ Letter"). This Administrative Motion is supported by the Declaration of Kayla M. Francis. In connection with this Administrative Motion, WPE also submits a Proposed Order.

N.D. Cal. Civil Local Rule 79-5(f) authorizes a "Filing Party" to seek to seal a document where it is a document (or contains references to a document) that "has been designated as confidential by another party" (*i.e.*, a "Designating Party"). WPE's MSJ Letter contains citations and references to materials that Defendants have produced in this litigation as "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to Paragraphs 7.2 and 7.3 of the parties' Stipulated Protective Order (Dkt. 104) ("Protective Order"). Paragraphs 7.2 and 7.3 of the Parties' Stipulated Protective Order, in turn, prohibit a party from filing in the public record any discovery material (documents containing references to same) that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY."

In connection with this Administrative Motion—and solely to comply with the Parties' Stipulated Protective Order and facilitate Defendants filing a statement regarding sealing pursuant to N.D. Cal. Civil Local Rule 79-5(f)(3) (should Defendants choose to do so)—WPE provisionally files under seal an unredacted version of WPE's MSJ Letter. Concurrent with this Administrative Motion, WPE has also filed a public version of its MSJ Letter that contains redactions.

WPE lists below, in chart format, the paragraphs of WPE's MSJ Letter that contain references to information that Defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY." In accordance with Section H.7. of this Court's Standing Order for Civil Cases, WPE also includes a similar chart in its Proposed Order. For the avoidance of doubt, Defendants—not WPE—claim confidentiality of the underlying cited materials. Therefore, for purposes of WPE's Administrative Motion and the accompanying Proposed Order, WPE lists the Declaration of Kayla M. Francis (one of WPE's counsel) in the column for "Dkt. No. of Decl. ISO Sealing" (which explains that the references are to materials that Defendants have

designated as “CONFIDENTIAL” or “HIGHLY CONFIDENTIAL-ATTORNEYS’ EYES ONLY,” so WPE files the MSJ Letter under seal solely on that basis) and “Partial” in the column for “Full or Partial Sealing Sought” (to facilitate the sealing of these materials and references pending any responsive sealing statement from Defendants).

| **Document Description** | **Bates No.** | **Dkt. No. of Redacted Version** | **Dkt. No. of Unredacted Version** | **Dkt. No. of Decl. ISO Motion** | **Full or Partial Sealing Sought** | **Reason for Sealing** |
|---|---|---|---|---|---|---|
| Highlighted Material in MSJ Letter, at 1 | Excerpt from A8C01516532 | 442 | 443-2 | 443-1 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |
| Highlighted Material in MSJ Letter, at 2, first paragraph | Excerpt from Report of Dr. S. Seidman Diamond and M. Kugler | 442 | 443-2 | 443-1 | Partial | Designated “Confidential” by Defendants |
| Highlighted Material in MSJ Letter, at 2, second sentence of third paragraph | Excerpt from A8C01335384 | 442 | 443-2 | 443-1 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |
| Highlighted Material in MSJ Letter, at 2, fifth sentence of third paragraph | Paraphrased Excerpt from Deposition Testimony of Mary Hubbard | 442 | 443-2 | 443-1 | Partial | Designated “Confidential” by Defendants |
| Highlighted Material in MSJ Letter, at 3, third full paragraph | Excerpt from A8C00709457 | 442 | 443-2 | 443-1 | Partial | Designated “Highly Confidential – Attorneys’ Eyes Only” by Defendants |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in MSJ Letter, at 3, fourth full paragraph | Excerpt from Report of Dr. S. Seidman Diamond and M. Kugler | 442 | 443-2 | 443-1 | Partial | Designated "Confidential" by Defendants |

WPE will also serve upon Defendants unredacted copies of WPE's MSJ Letter.

Respectfully submitted,

DATED: October 27, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *\/s/ Rachel Herrick Kassabian*

Rachel Herrick Kassabian
*Attorneys for Plaintiff and Counterdefendant WPEngine, Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to N.D. Cal. Civil L.R. 5-5(a), I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 27th day of October, 2026.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *_/s/ Rachel Herrick Kassabian_*
Rachel Herrick Kassabian
*Attorneys for Plaintiff and Counterdefendant WPEngine, Inc.*