Stephen Shackelford (*pro hac vice*)
Shawn Rabin (*pro hac vice*)
Jillian Hewitt (*pro hac vice*)
Max Straus (*pro hac vice*)
Russell Rennie (*pro hac vice*)
Shauli Bar-On (356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
Email: sshackelford@susmangodfrey.com
Email: srabin@susmangodfrey.com
Email: jhewitt@susmangodfrey.com
Email: mstraus@susmangodfrey.com
Email: rrennie@susmangodfrey.com
Email: sbar-on@susmangodfrey.com
*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc., and Counterclaimant WordPress Foundation*

Eliza Finley (301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: efinley@susmangodfrey.com

Timothy P. Crudo (CA 143835)
Rees F. Morgan (CA. 229899)
Mark L. Hejinian (CA. 281417)
Daniel M. Bruggebrew (CA 307037)
Rachel Rose Suhr (CA 323531)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
*Attorneys for Defendant Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

*Plaintiff,*

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

*Defendants.*

---

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation, and WOOCOMMERCE INC., a Delaware corporation,

*Counterclaimants,*

v.

WPENGINE, INC., a Delaware corporation,

*Counterdefendant.*

Case No. 4:24-cv-06917-AMO

**COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Honorable Araceli Martínez-Olguín

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Court's Standing Order for Civil Cases, Counterclaimants respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Counterclaimants' response letter in anticipation of a motion for summary judgment ("Response Letter").

Plaintiff and Counterdefendant WPEngine, Inc. ("WPE") has designated certain materials cited, quoted, or discussed in the Response Letter as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" as defined in the Protective Order. *See* Stipulated Amended Protective Order (Dkt. No. 283). "Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material." *Id.* at 16.

In compliance with Civil Local Rule 79-5(f), Counterclaimants submit this Administrative Motion because the Counterclaimants' Response Letter cites, quotes, or discusses materials or information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by WPE. Depending on WPE's position as to maintaining the confidentiality of documents and information filed under seal, Counterclaimants may contest maintaining certain documents and information under seal.

Civil Local Rule 79-5(b) requires a party to "file a motion to seal a document at the same time that the party submits the document." In addition, Civil Local Rule 79-5(f) states that when a party "seeks to seal because that document has been designated as confidential by another party," the party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion, the party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in [79-5](c)(1)." Civil L.R. 79-5(f)(1).

Counterclaimants, without waiving confidentiality, do not assert that the referenced portions of the Expert Report of Peter Kent and the Expert Report of Daniel M. McGavock are sealable. Nonetheless, as sections of those reports rely on Protected Material designated by WPE, Counterclaimants provisionally file such portions of the Response Letter under seal.

Counterclaimants provisionally file under seal the following portions of the Response Letter:

| Redacted Portions | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Declaration in Support of Sealing | Full or Partial Sealing Sought | Party With Burden to Substantiate Need to Seal | Brief Statement of Reason for Sealing |
|---|---|---|---|---|---|---|
| Pages 2, 3—Highlighted references to the Expert Report of Peter Kent | 446 | 445-2 | 445-1 | Partial | WPE | Report quotes or cites documents WPE designated as “CONFIDENTIAL” or “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” |
| Pages 2, 3—Highlighted references to the Expert Report of Daniel M. McGavock | 446 | 445-2 | 445-1 | Partial | WPE | Report quotes or cites documents WPE designated as “CONFIDENTIAL” or “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” |
| Page 1—Highlighted reference to WPE00062869 | 446 | 445-2 | 445-1 | Partial | WPE | Refers to a document WPE designated as “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” |
| Page 2—Highlighted reference to WPE00105918 | 446 | 445-2 | 445-1 | Partial | WPE | Refers to a document WPE designated as “CONFIDENTIAL” |
| Page 3—Highlighted reference to WPE00465386 | 446 | 445-2 | 445-1 | Partial | WPE | Refers to a document WPE designated as “CONFIDENTIAL” |
| Page 3—Highlighted reference to WPE00614640 | 446 | 445-2 | 445-1 | Partial | WPE | Refers to a document WPE designated as “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” |

| Redacted Portions | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Declaration in Support of Sealing | Full or Partial Sealing Sought | Party With Burden to Substantiate Need to Seal | Brief Statement of Reason for Sealing |
|---|---|---|---|---|---|---|
| Page 3—Highlighted reference to WPE00205917 | 446 | 445-2 | 445-1 | Partial | WPE | Refers to a document WPE designated as "CONFIDENTIAL" |
| Page 3—Highlighted reference to WPE00140911 | 446 | 445-2 | 445-1 | Partial | WPE | Refers to a document WPE designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" |

With this Administrative Motion, Counterclaimants also file publicly with the Court a proposed order granting this Administrative Motion.[1] Counterclaimants have served this Administrative Motion and the exhibits hereto, including the Declaration by Shauli Bar-On in support of this Administrative Motion, the proposed order, and the unredacted version of the Response Letter sought to be sealed, upon WPE via email, so that WPE may have an opportunity to file a response in support of this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Dated:

**SUSMAN GODFREY L.L.P.**

By: /s/ Shawn Rabin
Shawn Rabin (*pro hac vice*)
Stephen Shackelford (*pro hac vice*)
Jillian Hewitt (*pro hac vice*)
Max Straus (*pro hac vice*)
Russell Rennie (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
Email: sshackelford@susmangodfrey.com

[1] To the extent the material at issue has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by another party, it is the burden of that party to establish that the designated information is sealable. Civil L.R. 79-5(f)(1), (3).

Email: srabin@susmangodfrey.com
Email: jhewitt@susmangodfrey.com
Email: mstraus@susmangodfrey.com
Email: rrennie@susmangodfrey.com

ELIZA FINLEY, SBN 301318
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc., and Counterclaimant WordPress Foundation*

Timothy P. Crudo (CA 143835)
Rees F. Morgan (CA. 229899)
Mark L. Hejinian (CA. 281417)
Daniel M. Bruggebrew (CA 307037)
Rachel Rose Suhr (CA 323531)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663

*Attorneys for Defendant Matthew Charles Mullenweg*