STEPHEN SHACKELFORD, JR. (*pro hac vice*)
SHAWN RABIN (*pro hac vice*)
GENG CHEN (*pro hac vice*)
SHAULI BAR-ON (SBN CA 356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com

ELIZA FINLEY (SBN CA 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendant Automattic Inc.*

Timothy Paul Crudo (SBN CA 143835)
Rachel Rose Suhr (SBN CA 323531
Daniel Mark Bruggebrew (SBN CA 307037)
Mark L. Hejinian (SBN CA 281417)
Rees F. Morgan(SBN CA 229899)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
tcrudo@coblentzlaw.com
rsuhr@coblentzlaw.com
dbruggebrew@coblentzlaw.com
mhejinian@coblentzlaw.com
rmorgan@coblentzlaw.com

*Attorneys for Defendant Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

Plaintiffs,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,

Defendants.

No. 4:25-cv-01892-AMO

Hon. Araceli Martínez-Olguín

**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Court's Standing Order for Civil Cases, Defendants respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Defendants' Motion to Compel Arbitration and Enforce Class Action Waiver ("Motion").

WPEngine, Inc. ("WPE"), the "Designating Party," has designated certain materials cited, quoted, or discussed in the Motion and the accompanying declaration, along with the exhibits to the Motion, as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" as defined in the Protective Order. *See* Stipulated Protective Order (Dkt. No. 44). "Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material." *Id.* at 15.

In compliance with Civil Local Rule 79-5(f), Defendants submit this Administrative Motion because the Defendants' Motion to Compel Arbitration and Enforce Class Action Waiver and accompanying declaration cites, quotes, or discusses materials or information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by WPE. Depending on WPE's position as to maintaining the confidentiality of documents and information filed under seal, Defendants may contest maintaining certain documents and information under seal.

Civil Local Rule 79-5(b) requires a party to "file a motion to seal a document at the same time that the party submits the document." In addition, Civil Local Rule 79-5(f) states that when a party "seeks to seal because that document has been designated as confidential by another party," the party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion, the party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in [79-5](c)(1)." Civil L.R. 79-5(f)(1).

Defendants provisionally file under seal the following documents:

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Un-redacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party With Burden to Substan-tiate Need to Seal | Brief Statement of Reason for Sealing |
|---|---|---|---|---|---|---|
| Motion to Compel Arbitration and Enforce Class Action Waiver | 106 | 105-4 | 105-1 | Highlighted portions only | WPE | References documents WPE designated as Protected Material |
| Declaration of Geng Chen in Support of Defendants' Motion to Compel Arbitration and Enforce Class Action Waiver | 106-1 | 105-5 | 105-1 | Highlighted portions only | WPE | References documents WPE designated as Protected Material |
| Exhibit B | 106-3 | 105-6 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" |
| Exhibit S | 106-20 | 105-23 | 105-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" |
| Exhibit T | 106-21 | 105-24 | 105-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" |
| Exhibit U | 106-22 | 105-25 | 105-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Un-redacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party With Burden to Substan-tiate Need to Seal | Brief Statement of Reason for Sealing |
|---|---|---|---|---|---|---|
| Exhibit V | 106-23 | 105-26 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" |
| Exhibit W | 106-24 | 105-27 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" |
| Exhibit X | 106-25 | 105-28 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" |
| Exhibit Y | 106-26 | 105-29 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" |
| Exhibit Z | 106-27 | 105-30 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" |

With this Administrative Motion, Defendants also file publicly with the Court a proposed order granting this Administrative Motion.[1] Defendants have served this Administrative Motion and the exhibits hereto, including the Declaration by Shauli Bar-On in support of this Administrative Motion, the proposed order, and the unredacted version of the Motion sought to be sealed, upon WPE via email, so that WPE may have an opportunity to file a response in support of this Motion to Consider Whether Another Party's Material Should Be Sealed.

Dated:

**SUSMAN GODFREY L.L.P.**

By: /s/ Shauli Bar-On
SHAULI BAR-ON (SBN CA 356650)
STEPHEN SHACKELFORD, JR. (admitted *pro hac vice*)
SHAWN RABIN (admitted *pro hac vice*)
GENG CHEN (admitted *pro hac vice*)

[1] To the extent the material at issue has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by another party, it is the burden of that party to establish that the designated information is sealable. Civil L.R. 79-5(f)(1), (3).

SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com

ELIZA FINLEY SBN CA 301318
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendant*
*Automattic Inc.*

Timothy Paul Crudo (SBN CA 143835)
Rachel Rose Suhr (SBN CA 323531
Daniel Mark Bruggebrew (SBN CA 307037)
Mark L. Hejinian (SBN CA 281417)
Rees F. Morgan(SBN CA 229899)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
tcrudo@coblentzlaw.com
rsuhr@coblentzlaw.com
dbruggebrew@coblentzlaw.com
mhejinian@coblentzlaw.com
rmorgan@coblentzlaw.com

*Attorneys for Defendant*
*Matthew Charles Mullenweg*