STEPHEN SHACKELFORD, JR. (*pro hac vice*)
SHAWN RABIN (*pro hac vice*)
GENG CHEN (*pro hac vice*)
SHAULI BAR-ON (SBN CA 356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com

ELIZA FINLEY (SBN CA 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendant Automattic Inc.*

Timothy Paul Crudo (SBN CA 143835)
Rachel Rose Suhr (SBN CA 323531
Daniel Mark Bruggebrew (SBN CA 307037)
Mark L. Hejinian
Rees F. Morgan
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
tcrudo@coblentzlaw.com
rsuhr@coblentzlaw.com
dbruggebrew@coblentzlaw.com
mhejinian@coblentzlaw.com
rmorgan@coblentzlaw.com

*Attorneys for Defendant Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

Plaintiffs,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,

Defendants.

No. 4:25-cv-01892-AMO

Hon. Araceli Martínez-Olguín

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**[PROPOSED] ORDER**

Before this Court is Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, pursuant to Civil Local Rules 7-11 and 79-5(f).

Having considered the papers and arguments of counsel, it is hereby ORDERED that the Defendants' Motion to Consider Whether Another Party's Material Should Be Sealed should be GRANTED / DENIED as set forth below.

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Declaration in Support of Sealing | Full or Partial Sealing Sought | Party With Burden to Substantiate Need to Seal | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Motion to Compel Arbitration and Enforce Class Action Waiver | 106 | 105-4 | 105-1 | Highlighted portions only | WPE | References documents WPE designated as Protected Material | |
| Declaration of Geng Chen in Support of Defendants' Motion to Compel Arbitration and Enforce Class Action Waiver | 106-1 | 105-5 | 105-1 | Highlighted portions only | WPE | References documents WPE designated as Protected Material | |
| Exhibit B | 106-3 | 105-6 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit S | 106-20 | 105-23 | 105-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Declaration in Support of Sealing | Full or Partial Sealing Sought | Party With Burden to Substantiate Need to Seal | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Exhibit T | 106-21 | 105-24 | 105-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit U | 106-22 | 105-25 | 105-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit V | 106-23 | 105-26 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit W | 106-24 | 105-27 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit X | 106-25 | 105-28 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit Y | 106-26 | 105-29 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit Z | 106-27 | 105-30 | 105-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |

**IT IS SO ORDERED.**

Dated: ____________________ ________________________________________

The Honorable Araceli Martínez-Olguín
United States District Judge