**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**[PROPOSED] ORDER RESOLVING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

# [PROPOSED] ORDER

Before this Court is Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 443) and Counterclaimants' Amended Statement in Response (Dkt. 457).

Having considered the papers and arguments of counsel, it is hereby ORDERED that Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is GRANTED / DENIED as set forth below.

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Party With Burden on the Need to Seal | Full or Partial Sealing Sought | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Page 1—Highlighted excerpt from A8C01516532 | 442 | 443-2 | 457-1 | Counterclaimants | Partial | Quotes from a confidential internal Slack message on trademark enforcement strategy. The quotes provide insight into proprietary business strategy decisions. *See* Menendez Decl. ¶ 7 | |
| Page 2—Highlighted excerpt from Report of Dr. S. Seidman Diamond and M. Kugler | 442 | 443-2 | 457-1 | Counterclaimants | None | Counterclaimants do not request the Court seal this excerpt. | |
| Page 2—Highlighted excerpt from A8C01335384 and A8C00190048 | 442 | 443-2 | 457-1 | Counterclaimants | None | Counterclaimants do not request the Court seal this excerpt.. | |
| Page 2—Highlighted excerpt from | 442 | 443-2 | 457-1 | Counterclaimants | None | Counterclaimants do not request the Court seal this excerpt. | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Party With Burden on the Need to Seal | Full or Partial Sealing Sought | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Deposition Testimony of Mary Hubbard | | | | | | | |
| Page 3—Highlighted excerpt from A8C00709457 | 442 | 443-2 | 457-1 | Counterclaimants | Partial | Contains results from a proprietary brand survey that would allow competitors to avoid the cost, time, and effort to undertake their own such survey. *See* Menendez Decl. ¶ 8. | |
| Page 3—Excerpt from Report of Dr. S. Seidman Diamond and M. Kugler | 442 | 443-2 | 457-1 | Counterclaimants | None | Counterclaimants do not request the Court seal this excerpt. | |

**IT IS SO ORDERED.**

Dated: ____________________

_________________________________________
The Honorable Araceli Martínez-Olguín
United States District Judge