**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

*Plaintiff,*

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

*Defendants.*

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION; a California corporation; and WOOCOMMERCE INC.; a Delaware corporation,

*Counterclaimants,*

v.

WPENGINE, INC., a Delaware corporation,

*Counterdefendant.*

Case No. 4:24-cv-06917-AMO (ASK)

**DECLARATION OF STEPHEN SHACKELFORD, JR., IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING THE COURT'S SCHEDULING ORDER (DKT. 373)**

Honorable Araceli Martínez-Olguín

I, Stephen Shackelford, Jr., hereby declare as follows:

1. I am a member in good standing of the New York Bar and am admitted to practice *pro hac vice* before this Court. I am a partner at Susman Godfrey L.L.P., counsel of record for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc. and Counterclaimant WordPress Foundation (collectively, "Movants") in the above-captioned action. I submit this declaration in support of Defendants' and Counterclaimants' concurrently filed Unopposed Administrative Motion for Clarification Regarding the Court's Scheduling Order (Dkt. 373) ("the Motion"). I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto.

2. On November 4, 2026, pursuant to Civil Local Rule 7-11(a), Movants' counsel requested that Plaintiff stipulate to an equalization of page limits for summary judgment briefing.

3. On November 8, 2026, Plaintiff's counsel informed Movants' counsel that Plaintiff would not join the proposed stipulation and would take no position on this Motion.

4. On November 9, 2026, Movants' counsel sent a draft of this Motion to Plaintiff's counsel for review. Plaintiff's counsel has not indicated any change of position in response to that email.

5. Attached as Exhibit A is a true and correct copy of the email correspondence with Plaintiff's counsel dated November 4–9, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of November 2026, at New York, New York.

By: /s/ Stephen Shackelford, Jr.
Stephen Shackelford, Jr.