# EXHIBIT A

## Milo Goodell

**From:** Milo Goodell
**Sent:** Monday, November 9, 2026 2:33 PM
**To:** 'Nathan Brown'; Coblentz Distro; Automattic-SG_019319
**Cc:** QE-WPE
**Subject:** RE: WPEngine, Inc. v. Automattic Inc. - Clarification on MSJ Page Limits
**Attachments:** 2026-11-09 WPE - Motion re Page Limits - Draft.docx

Nate,

We acknowledge that the page limits are consistent with the limits the court set in Dkt. 355. However, at the time at that order was issued, it was not clear that only Defendants would be considered a "moving party" and that only WPE would be considered a "non-moving party." It was only once the Court issued its order last week requesting that Defendants file on November 17 and that Plaintiff file for the first time on December 18 that the imbalance in the briefing limits became apparent. Now that the Court has made its requested sequencing clear, the briefing limits between sides are uneven. That is despite the fact that both sides need to do the same things across the briefing: (1) affirmatively raise their own MSJ arguments (and reply in support of those arguments); and (2) oppose the other side's MSJ arguments.

We've made minor changes to the proposed motion to clarify the source of the imbalance, attached here. If this changes your view such that Plaintiff would affirmatively agree to the requested relief, please let us know, though we won't assume that's the case. Either way, we will get this on file by end of the day.

Best,
Milo

**Milo Goodell | Susman Godfrey LLP**
o. 713.653.7803 | c. 518.232.9727

---

**From:** Nathan Brown <nathanbrown@quinnemanuel.com>
**Sent:** Sunday, November 8, 2026 10:05 PM
**To:** Milo Goodell <MGoodell@susmangodfrey.com>; Coblentz Distro <coblentzmullenweg@coblentzlaw.com>; Automattic-SG_019319 <Automattic-SG_019319@simplelists.susmangodfrey.com>
**Cc:** QE-WPE <qe-wpe@quinnemanuel.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc. - Clarification on MSJ Page Limits

EXTERNAL Email

Counsel,

Thank you for sending this. After reviewing the Court's order, it is not clear to us the Court inadvertently or mistakenly assigned page limits in its most recent order. In fact, the assigned page limits are consistent with the page limits the Court specifically set in the current operative Scheduling Order (Dkt. 355). Accordingly, WPE takes no position on your motion for clarification and declines to join in this stipulation.

Regards,

Nate

**Nathan Brown**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5256 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
nathanbrown@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Milo Goodell <MGoodell@susmangodfrey.com>
**Sent:** Thursday, November 5, 2026 8:33 AM
**To:** Nathan Brown <nathanbrown@quinnemanuel.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Coblentz Distro <coblentzmullenweg@coblentzlaw.com>; Automattic-SG_019319 <Automattic-SG_019319@simplelists.susmangodfrey.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc. - Clarification on MSJ Page Limits

**[EXTERNAL EMAIL from mgoodell@susmangodfrey.com]**

---

Nate,

Please find attached the proposed stipulation and referenced proposed order for your review.

Best,
Milo
**Milo Goodell | Susman Godfrey LLP**
o. 713.653.7803 | c. 518.232.9727

---

**From:** Nathan Brown <nathanbrown@quinnemanuel.com>
**Sent:** Wednesday, November 4, 2026 10:06 PM
**To:** Milo Goodell <MGoodell@susmangodfrey.com>; QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Coblentz Distro <coblentzmullenweg@coblentzlaw.com>; Automattic-SG_019319 <Automattic-SG_019319@simplelists.susmangodfrey.com>
**Subject:** RE: WPEngine, Inc. v. Automattic Inc. - Clarification on MSJ Page Limits

EXTERNAL Email
Counsel,

Please send us your proposed stipulation so we can consider your request.

Best,
Nate

**Nathan Brown**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5256 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
nathanbrown@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Milo Goodell <MGoodell@susmangodfrey.com>
**Sent:** Wednesday, November 4, 2026 6:37 PM
**To:** QE-WPE <qe-wpe@quinnemanuel.com>
**Cc:** Coblentz Distro <coblentzmullenweg@coblentzlaw.com>; Automattic-SG_019319 <Automattic-SG_019319@simplelists.susmangodfrey.com>
**Subject:** WPEngine, Inc. v. Automattic Inc. - Clarification on MSJ Page Limits

**[EXTERNAL EMAIL from mgoodell@susmangodfrey.com]**

---

Counsel,

We intend to seek clarification from the Court regarding the page limits for summary judgment based on today's order in *WPE*. Given the Court's direction that Defendants should raise their MSJ arguments as the moving party and that Plaintiff should oppose and cross-move on December 18, there appears to be a mismatch in the total pages provided to each side for summary judgment briefing, with Defendants receiving ten fewer pages.

Based on the Court's Order today, the Scheduling Order appears to give Defendants a total of 30 pages of summary judgment briefing (15 pages for the motion due 11/20, and 15 pages for the reply and opposition to Plaintiff's cross-motion), but gives Plaintiff a total of 40 pages of briefing (25 pages for the opposition and cross-motion due 12/18, and another 15 pages for the cross-motion reply due on 2/4).

We intend to seek clarification or modification via motion pursuant to Local Rule 7-11 so that Defendants' reply and opposition to Plaintiff's cross-motion is 25 pages rather than 15—which would bring each side's combined allowed briefing to 40 pages total.

We trust you will agree that both sides should receive the same number of pages for summary judgment briefing. Please let us know whether WPE will agree to a stipulation to include with the administrative motion. I'm happy to discuss further by phone if helpful.

Best,
Milo

**Milo Goodell | Susman Godfrey LLP**
o. 713.653.7803 | c. 518.232.9727
mgoodell@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**