**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**DEFENDANTS' AND COUNTERCLAIMANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING THE COURT'S SCHEDULING ORDER (DKT. 373)**

Pursuant to Civil Local Rule 7-11, Defendants and Counterclaimants Automattic Inc., WooCommerce Inc., and Matthew Mullenweg and Counterclaimant WordPress Foundation (collectively, "Movants") respectfully submit this unopposed administrative motion for clarification regarding the page limits set by this Court's Order Granting Motion to Modify Summary Judgment Deadlines Pursuant to Local Rule 6-3 ("Scheduling Order") (Dkt. 373). Plaintiff WPEngine, Inc. takes no position on this motion.

Movants seek clarification regarding whether the total number of pages afforded to each side for summary judgment briefing should be equal. A supporting declaration by Stephen Shackelford, Jr., on Movants' efforts under Civil Local Rule 7-11(a) to obtain a stipulation and a proposed order are attached to this motion.

The Scheduling Order sets the following page limits for summary judgment briefing: (a) 15 pages for the moving party's motion; (b) 25 pages for the non-moving party's combined cross-motion and opposition; (c) 15 pages for the moving party's combined opposition to the cross-motion and reply in support of its motion; and (d) 15 pages for the non-moving party's reply in support of its cross-motion.

The Court's Order dated November 4, 2026, Dkt. 452, directs Defendants to file their motion for summary judgment no later than November 20, 2026, and Plaintiff to file its opposition and cross-motion on December 18, 2026. Thus, pursuant to Dkt. 452, only Defendants will file their motion as a "moving party" no later than November 20, 2026, and only Plaintiff will file its opposition and cross-motion as a "non-moving party" no later than December 18, 2026.

Under the Court's Orders, the "moving party" is entitled to a total of 30 pages of summary judgment briefing (15 pages for the motion and 15 pages for the reply and opposition to Plaintiff's cross-motion) and the "non-moving party" is entitled to a total of 40 pages of briefing (25 pages for the "cross-motion and opposition" and 15 pages for the cross-motion reply). Pursuant to these page limits, and to the Court's instructions in Dkt. 452 concerning the Court's preferred sequencing of summary judgment briefing, Defendants and Counterclaimants would receive a total of 30 pages of summary judgment briefing (15 pages for their opening brief + 15 pages for their combined

opposition and reply), while Plaintiff would receive a total of 40 pages (25 pages for its combined cross-motion and opposition + 15 pages for its cross-motion reply). Both sides—Defendants and Counterclaimants on one side and Plaintiff on the other—will each be required over the course of the summary judgment schedule to file briefs: (1) in support of their own summary judgment motion (or cross-motion) and replies in further support of such motions; and (2) in opposition to the other side's own motion (or cross-motion).

Movants therefore respectfully request that the page limits for summary judgment be clarified so that each side is allocated equal pages of briefing.

Dated: November 10, 2026

**SUSMAN GODFREY L.L.P.**

By: /s/ Stephen Shackelford, Jr.

Stephen Shackelford, Jr. (*pro hac vice*)
Shawn Rabin (*pro hac vice*)
Jillian Hewitt (*pro hac vice*)
Max Straus (*pro hac vice*)
Russell Rennie (*pro hac vice*)
Eudokia Spanos (*pro hac vice*)
Shauli Bar-On (CA 356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com
rrennie@susmangodfrey.com
espanos@susmangodfrey.com

Eliza Finley (SBN CA 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc., and Counterclaimant WordPress Foundation*

Timothy P. Crudo (CA 143835)

Rees F. Morgan (CA. 229899)
Mark L. Hejinian (CA. 281417)
Daniel M. Bruggebrew (CA 307037)
Rachel Rose Suhr (CA 323531)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663

*Attorneys for Defendant Matthew Charles Mullenweg*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WPENGINE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation<br><br>Defendants. | Case No. 4:24-cv-06917-AMO (ASK)<br><br>Honorable Araceli Martínez-Olguín<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' AND COUNTERCLAIMANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING THE COURT'S SCHEDULING ORDER (DKT. 373)** |
| AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation<br><br>Counterclaimants,<br><br>vs.<br><br>WPENGINE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

The Court has read and considered Defendants' and Counterclaimants' Unopposed Administrative Motion for Clarification Regarding the Court's Scheduling Order submitted pursuant to Civil Local Rule 7-11.

The Court finds good cause to GRANT the motion. The Court confirms the page limit for Defendants' and Counterclaimants' combined opposition to Plaintiff's cross-motion and reply in support of their summary judgment motion, due January 21, 2027, should be extended from 15 pages to 25 pages. All deadlines, and all other page limits, set forth in the Court's Order Granting Motion to Modify Summary Judgment Deadlines Pursuant to Local Rule 6-3 (Dkt. 373) and the Court's November 4, 2026 Order (Dkt. 452) remain unchanged.

**IT IS SO ORDERED.**

Dated: November 10, 2026

The Honorable Araceli Martínez-Olguín
United States District Judge