# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**[PROPOSED] ORDER RESOLVING AUTOMATTIC INC., WOOCOMMERCE INC. AND MATTHEW CHARLES MULLENWEG'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**[PROPOSED] ORDER**

Before this Court is Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 462).

Having considered the papers and arguments of counsel, it is hereby ORDERED that Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is GRANTED / DENIED as set forth below.

| **Document Title** | **Dkt. No. of Redacted Version** | **Dkt. No. of Unredacted Version** | **Dkt. No. of Decl. in Support of Sealing** | **Full or Partial Sealing Sought** | **Party with the Burden on Sealing** | **Brief Statement of Reason for Sealing** | **Granted / Denied** |
|---|---|---|---|---|---|---|---|
| Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Notice of Motion and Motion for Summary Judgment | 465 | 462-2 | 462-1 | Yellow highlighted portions only | WPE | References exhibits WPE designated as Protected Material | |
| Exhibit 1 - Expert Report of Dr. Jeffrey J. Leitzinger | 465-3 | 462-3 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 2 - Expert Report of Dr. Paul A. Gompers | 465-4 | 462-4 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 4 - WPE00023023 | 465-6 | 462-5 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Exhibit 5 - Deposition Transcript of Ramadass Prabhakar (30(b)(6) Designee of WPEngine, Inc.) | 465-7 | 462-6 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" with portions designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 6 - Deposition Transcript of Iain Poulson (30(b)(6) Designee of WPEngine, Inc.) | 465-8 | 462-7 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" with portions designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 10 - Deposition Transcript of Jason Cohen (30(b)(6) Designee of WPEngine, Inc.) | 465-12 | 462-8 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" with portions designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 11 - Deposition Transcript of Heather Brunner Vol II | 465-13 | 462-9 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" with portions designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 13 - Expert Report of Dr. Michael I. Cragg | 465-15 | 462-10 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Exhibit 15 - WPE00490959 | 465-17 | 462-11 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit 16 - WPE00144724 | 465-18 | 462-12 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 17 - WPE00614983 | 465-19 | 462-13 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 18 - Deposition Transcript of Heather Brunner Vol. 1 | 465-20 | 462-14 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" with portions designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 21 - WPE00516420 | 465-23 | 462-15 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit 22 - WPE00638178 | 465-24 | 462-16 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit 25 - Deposition Transcript of Dr. Michael I. Cragg. | 465-27 | 462-17 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 32 - WPE00022329 | 465-34 | 462-18 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 33 - WPE00614544 | 465-35 | 462-19 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | ATTORNEYS' EYES ONLY" | |
| Exhibit 37 - WPE00486720 | 465-39 | 462-20 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit 38 - WPE00614640 | 465-40 | 462-21 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 39 - Deposition Transcript of Dr. Paul A. Gompers | 465-41 | 462-22 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 40 - Deposition Transcript of Dr. Jeffrey J. Leitzinger | 465-42 | 462-23 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 42 - WPE00608608 | 465-44 | 462-24 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 46 - Deposition Transcript of Dr. Frank Nagle | 465-48 | 462-25 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Exhibit 47 - WPE00476126 | 465-49 | 462-26 | 462-1 | Full | WPE | Designated by WPE as "CONFIDENTIAL" | |
| Exhibit 50 - Expert Report of Dr. Keri Pearlson | 465-52 | 462-27 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Exhibit 51 - Deposition Transcript of Dr. Keri Pearlson | 465-53 | 462-28 | 462-1 | Full | WPE | Designated by WPE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |

**IT IS SO ORDERED.**

Dated: ____________________

____________________________________
The Honorable Araceli Martínez-Olguín
United States District Judge