STEPHEN SHACKELFORD, JR. (*pro hac vice*)
SHAWN RABIN (*pro hac vice*)
JILLIAN HEWITT (*pro hac vice*)
MAX STRAUS (*pro hac vice*)
RUSSELL RENNIE (*pro hac vice*)
GENG CHEN (*pro hac vice*)
SHAULI BAR-ON (SBN 356650)
EUDOKIA SPANOS (*pro hac vice*)
NATHAN M. REHN (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com
rrennie@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com
espanos@susmangodfrey.com
trehn@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc.*

ELIZA FINLEY (SBN 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

Timothy P. Crudo (SBN 143835)
Rees F. Morgan (SBN 229899)
Mark L. Hejinian (SBN 281417)
Daniel M. Bruggebrew (SBN 307037)
Rachel Rose Suhr (SBN 323531)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663

*Attorneys for Defendant and Counterclaimant Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation, Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**AUTOMATTIC INC., WOOCOMMERCE INC. AND MATTHEW CHARLES MULLENWEG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DKT. 465**

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants and Counterclaimants Automattic Inc. ("Automattic"), WooCommerce Inc., and Matthew Charles Mullenweg (collectively, "Defendants and Counterclaimants") respectfully move to file under seal certain portions of Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Motion for Summary Judgment ("Motion").

The Motion cites, quotes, or discusses materials or information designated by Defendants and Counterclaimants as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Defendants and Counterclaimants request that the Court maintain the following portions of the Motion under seal:

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Declaration in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing |
|---|---|---|---|---|---|---|
| Page 6 of the Motion - Highlighted excerpt from Ex. 19, Matthew Mullenweg Deposition at 745:19–746:25 | 465 | 463-2 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. |
| Exhibit 19 - Highlighted portions of Deposition Transcript of Matthew Mullenweg (Vol. III) at 745:19–746:25, 950:3–955:5 | 465-21 | 463-3 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 8. |
| Exhibit 20 - Expert Rebuttal Report of Andres V. Lerner, Ph.D. | 465-22 | 463-4 | 463-1 | Full | Automattic and WPE | Discloses confidential business information of both WP Engine, Inc. and Automattic. *See* Menendez Decl. at ¶ 9. |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Declaration in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing |
|---|---|---|---|---|---|---|
| Exhibit 27 - Deposition Transcript of Barry Abrahamson (30(b)(6) Designee of Automattic Inc.) (Vol. I) | 465-29 | 463-5 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 10. |
| Exhibit 28 - Deposition Transcript of Barry Abrahamson (30(b)(6) Designee of Automattic Inc.) (Vol. II) | 465-30 | 463-6 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 11. |
| Exhibit 29 - A8C00680110 | 465-31 | 463-7 | 463-1 | Full | Automattic | Discloses nonpublic, confidential terms of Automattic's services agreement with another corporation. *See* Menendez Decl. at ¶ 12. |
| Exhibit 30 - Highlighted portions of Deposition Transcript of Matthew Mullenweg (Vol. II) at 401:13–25 | 465-32 | 463-8 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 13. |
| Exhibit 34 - Deposition Transcript of Vik Patel | 465-36 | 463-9 | 463-1 | Full | Automattic | Discloses confidential information of Automattic, including Automattic's nonpublic business |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Declaration in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing |
|---|---|---|---|---|---|---|
| | | | | | | strategy and competitive analysis. *See* Menendez Decl. at ¶ 14. |
| Exhibit 35 - Deposition Transcript of Mary Hubbard (30(b)(6) Designee of Automattic Inc.) (Vol. I) | 465-37 | 463-10 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 15. |
| Exhibit 36 - Deposition Transcript of Matthew Mullenweg (Vol. I) | 465-38 | 463-11 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 16. |
| Exhibit 49 - Rebuttal Expert Report of David J. Youssef | 465-51 | 463-12 | 463-1 | Full | Automattic | Discloses confidential business information of both WP Engine, Inc. and Automattic. *See* Menendez Decl. at ¶ 17. |
| Exhibit 56 - A8C00675242 | 465-58 | 463-13 | 463-1 | Full | Automattic | Discloses internal and confidential communications between Automattic employees. *See* Menendez Decl. at ¶ 18. |

As instructed by Civil Local Rules 79-5(c), Defendants and Counterclaimants submit this statement with (1) "a specific statement of the applicable legal standard and the reasons for keeping a document under seal"; (2) "evidentiary support from declarations where necessary"; and (3) "a

proposed order that is narrowly tailored to seal only the sealable material, and which lists in table format each document or portion thereof that is sought to be sealed." A supporting declaration by Automattic Chief Litigation Officer Sarah Menendez and a proposed order with the listed material in a table format are attached to this motion. The requisite specific statement follows.

The "compelling reasons" standard applies to this request as the Motion, a motion for summary judgment, is "more than tangentially related to the merits of a case." *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (setting forth the "tangentially related to the merits" test).There are compelling reasons to seal "business information that might harm a litigant's competitive standing" from the court record. *Ctr. for Auto Safety*, 809 F.3d at 1097 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598–99 (1978)). "[D]ocuments that reveal non-public business strategies . . . may be filed under seal." *Flodin v. Cent. Garden & Pet Co*., 2024 WL 2190145, at *1 (N.D. Cal. Apr. 8, 2024). Defendants and Counterclaimants request the Court seal these documents because they disclose "internal policies, priorities, and strategic communications." *See Adtrader, Inc. v. Google LLC*, 2020 WL 6395518, at *3 (N.D. Cal. Feb. 12, 2020) (sealing documents that allowed similar insight into Google's strategic decisions).

## CONCLUSION

Defendants and Counterclaimants' request is narrowly tailored to the identified harms. Defendants and Counterclaimants seek only to redact confidential information. *See Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc.*, 2015 WL 984121, at *2 (N.D. Cal. Mar. 4, 2015) ("The request meets the narrow tailoring requirement because only confidential information has been redacted from the transcript."). The material identified to be sealed is "narrow enough as to not significantly reduce the public's understanding" of the Motion. *See DeMartini v. Microsoft Corp*., 2023 WL 4205770, at *3 (N.D. Cal. June 26, 2023). Further, these narrow redactions are the least restrictive way of protecting Defendants and Counterclaimants' confidential business information.

Defendants and Counterclaimants respectfully ask that the Court order that the requested material remain sealed.

Dated: November 20, 2026 **SUSMAN GODFREY L.L.P.**

By: /s/Stephen Shackelford, Jr.
STEPHEN SHACKELFORD, JR. (*pro hac vice*)
SHAWN RABIN (*pro hac vice*)
JILLIAN HEWITT (*pro hac vice*)
MAX STRAUS (*pro hac vice*)
RUSSELL RENNIE (*pro hac vice*)
GENG CHEN (*pro hac vice*)
SHAULI BAR-ON (SBN 356650)
EUDOKIA SPANOS (*pro hac vice*)
NATHAN M. REHN (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com
rrennie@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com
espanos@susmangodfrey.com
trehn@susmangodfrey.com

Eliza Finley (SBN 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc.*

Timothy P. Crudo (SBN 143835)
Rees F. Morgan (SBN 229899)
Mark L. Hejinian (SBN 281417)
Daniel M. Bruggebrew (CA 307037)
Rachel Rose Suhr (SBN 323531)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663

*Attorneys for Defendant and Counterclaimant Matthew Charles Mullenweg*