**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**[PROPOSED] ORDER GRANTING AUTOMATTIC INC., WOOCOMMERCE INC. AND MATTHEW CHARLES MULLENWEG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DKT. 465**

**[PROPOSED] ORDER**

Before this Court is Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Administrative Motion to File Under Seal (Dkt. 463).

Having considered the papers and arguments of counsel, it is hereby ORDERED that Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Administrative Motion to File Under Seal is GRANTED / DENIED as set forth below.

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Page 6 of the Motion - Highlighted excerpt from Ex. 19, Matthew Mullenweg Deposition at 745:19–746:25 | 465 | 463-2 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. | |
| Exhibit 19 - Highlighted portions of Deposition Transcript of Matthew Mullenweg (Vol. III) at 745:19–746:25, 950:3–955:5 | 465-21 | 463-3 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 8. | |
| Exhibit 20 - Expert Rebuttal Report of Andres V. Lerner, Ph.D. | 465-22 | 463-4 | 463-1 | Full | Automattic and WPE | Discloses confidential business information of both WP Engine, Inc. and Automattic. *See* Menendez Decl. at ¶ 9. | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Exhibit 27 - Deposition Transcript of Barry Abrahamson (30(b)(6) Designee of Automattic Inc.) (Vol. I) | 465-29 | 463-5 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 10. | |
| Exhibit 28 - Deposition Transcript of Barry Abrahamson (30(b)(6) Designee of Automattic Inc.) (Vol. II) | 465-30 | 463-6 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 11. | |
| Exhibit 29 - A8C00680110 | 465-31 | 463-7 | 463-1 | Full | Automattic | Discloses nonpublic, confidential terms of Automattic's services agreement with another corporation. *See* Menendez Decl. at ¶ 12. | |
| Exhibit 30 - Highlighted portions of Deposition Transcript of Matthew Mullenweg (Vol. II) at 401:13–25 | 465-32 | 463-8 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 13. | |
| Exhibit 34 - Deposition Transcript of Vik Patel | 465-36 | 463-9 | 463-1 | Full | Automattic | Discloses confidential information of Automattic, | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | including Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 14. | |
| Exhibit 35 - Deposition Transcript of Mary Hubbard (30(b)(6) Designee of Automattic Inc.) (Vol. I) | 465-37 | 463-10 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 15. | |
| Exhibit 36 - Deposition Transcript of Matthew Mullenweg (Vol. I) | 465-38 | 463-11 | 463-1 | Full | Automattic | Discloses Automattic's nonpublic business strategy and competitive analysis. *See* Menendez Decl. at ¶ 16. | |
| Exhibit 49 - Rebuttal Expert Report of David J. Youssef | 465-51 | 463-12 | 463-1 | Full | Automattic | Discloses confidential business information of both WP Engine, Inc. and Automattic. *See* Menendez Decl. at ¶ 17. | |
| Exhibit 56 - A8C0067524 2 | 465-58 | 463-13 | 463-1 | Full | Automattic | Discloses internal and confidential communications between Automattic employees. *See* | |

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | Menendez Decl. at ¶ 18. | |

**IT IS SO ORDERED.**

Dated: ____________________

______________________________________
The Honorable Araceli Martínez-Olguín
United States District Judge