STEPHEN SHACKELFORD, JR. (*pro hac vice*)
SHAWN RABIN (*pro hac vice*)
JILLIAN HEWITT (*pro hac vice*)
MAX STRAUS (*pro hac vice*)
RUSSELL RENNIE (*pro hac vice*)
GENG CHEN (*pro hac vice*)
SHAULI BAR-ON (SBN 356650)
EUDOKIA SPANOS (*pro hac vice*)
NATHAN M. REHN (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com
rrennie@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com
espanos@susmangodfrey.com
trehn@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc.*

ELIZA FINLEY (SBN 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

Timothy P. Crudo (SBN 143835)
Rees F. Morgan (SBN 229899)
Mark L. Hejinian (SBN 281417)
Daniel M. Bruggebrew (SBN 307037)
Rachel Rose Suhr (SBN 323531)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663

*Attorneys for Defendant and Counterclaimant Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**AUTOMATTIC INC., WOOCOMMERCE INC. AND MATTHEW CHARLES MULLENWEG'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Court's Standing Order for Civil Cases, Defendants and Counterclaimants Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg (collectively, "Defendants and Counterclaimants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Motion for Summary Judgment ("Motion").

Silver Lake Technology Management L.L.C. ("Silver Lake"), the "Designating Party," has designated certain materials cited, quoted, or discussed in the Motion and the accompanying declaration, along with the exhibits to the Motion, as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" as defined in the Protective Order. *See* Stipulated Amended Protective Order (Dkt. No. 283). "Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material." *Id.* at 16.

In compliance with Civil Local Rule 79-5(f), Defendants and Counterclaimants submit this Administrative Motion because the Motion and accompanying exhibits cite, quote, or discuss materials or information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Silver Lake. Depending on Silver Lake's position as to maintaining the confidentiality of documents and information filed under seal, Defendants and Counterclaimants may contest maintaining certain documents and information under seal.

Civil Local Rule 79-5(b) requires a party to "file a motion to seal a document at the same time that the party submits the document." Concurrently with this motion, Defendants and Counterclaimants are also filing an Administrative Motion to File Under Seal. In addition, Civil Local Rule 79-5(f) states that when a party "seeks to seal because that document has been designated as confidential by another party," the party must file an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." In the motion, the party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in [79-5](c)(1)." Civil L.R. 79-5(f)(1).

Defendants and Counterclaimants provisionally file under seal the following documents:

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Declaration in Support of Sealing | Full or Partial Sealing Sought | Party With Burden on Sealing | Brief Statement of Reason for Sealing |
|---|---|---|---|---|---|---|
| Page 12—Excerpt from Ex. 41 | 465 | 464-3 | 464-1 | Partial | Silver Lake | Designated by Silver Lake as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" |
| Ex. 41 - SilverLake00006538 | 465-43 | 464-4 | 464-1 | Full | Silver Lake | Designated by Silver Lake as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" |

With this Administrative Motion, Defendants and Counterclaimants also file publicly with the Court a proposed order granting this Administrative Motion.[1] Defendants have served this Administrative Motion and the exhibits hereto, including the Declaration by Stephen Shackelford, Jr., in support of this Administrative Motion, the proposed order, and the unredacted version of the Motion sought to be sealed, upon Silver Lake via email, so that Silver Lake may have an opportunity to file a response in support of this Motion to Consider Whether Another Party's Material Should Be Sealed.

Dated: November 20, 2026

**SUSMAN GODFREY L.L.P.**

By: /s/Stephen Shackelford, Jr.
STEPHEN SHACKELFORD, JR. (*pro hac vice*)
SHAWN RABIN (*pro hac vice*)
JILLIAN HEWITT (*pro hac vice*)
MAX STRAUS (*pro hac vice*)
RUSSELL RENNIE (*pro hac vice*)
GENG CHEN (*pro hac vice*)
SHAULI BAR-ON (SBN 356650)

[1] To the extent the material at issue has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by another party, it is the burden of that party to establish that the designated information is sealable. Civil L.R. 79-5(f)(1), (3).

EUDOKIA SPANOS (*pro hac vice*)
NATHAN M. REHN (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com
rrennie@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com
espanos@susmangodfrey.com
trehn@susmangodfrey.com

Eliza Finley (SBN 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc.*

Timothy P. Crudo (SBN 143835)
Rees F. Morgan (SBN 229899)
Mark L. Hejinian (SBN 281417)
Daniel M. Bruggebrew (CA 307037)
Rachel Rose Suhr (SBN 323531)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663

*Attorneys for Defendant and Counterclaimant Matthew Charles Mullenweg*