**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

*Plaintiff,*

v.

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation,

*Defendants.*

---

AUTOMATTIC INC., a Delaware corporation; MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation,

*Counterclaimants,*

v.

WPENGINE, INC., a Delaware corporation,

*Counterdefendant.*

Case No. 4:24-cv-06917-AMO (ASK)

**DECLARATION OF STEPHEN SHACKELFORD, JR., IN SUPPORT OF AUTOMATTIC INC., WOOCOMMERCE INC. AND MATTHEW CHARLES MULLENWEG'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Honorable Araceli Martínez-Olguín

I, Stephen Shackelford, Jr., hereby declare as follows:

1. I am a member in good standing of the New York Bar and am admitted to practice *pro hac vice* before this Court. I am a partner at Susman Godfrey L.L.P., counsel of record for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc., and Counterclaimant WordPress Foundation (collectively, “Defendants and Counterclaimants”) in the above-captioned action.

2. I submit this declaration pursuant to 28 U.S.C. Section 1746 and Civil Local Rule 79-5 in support of Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg’s Administrative Motion to Consider Whether Another Party’s Material Should Be Sealed (“Motion to Consider”).

3. The Motion to Consider is filed in connection with Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg’s Motion for Summary Judgment (“Motion”).

4. Portions of the Motion and the supporting exhibits contain references to materials designated as “CONFIDENTIAL” and/or “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” by Silver Lake Technology Management L.L.C. (“SilverLake”) as defined in the Stipulated Protective Order. *See* Dkt. No. 283.

5. The Protective Order expressly applies to material designated as “CONFIDENTIAL” and “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY,” Protected Material—and “any information copied or extracted from Protected Material” and “all copies, excerpts, summaries, or compilations of Protected Material.” *Id.* at 3.

6. Defendants and Counterclaimants assert no confidentiality of their own over these documents. Defendants and Counterclaimants are filing the documents temporarily under seal due to Silver Lake’s Protected Material designations. Depending on Silver Lake’s position as to maintaining the confidentiality of documents and information filed under seal, Defendants and Counterclaimants may contest maintaining certain documents and information under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of November, 2026, at New York City, New York.

By: /s/ *Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.