STEPHEN SHACKELFORD, JR. (*pro hac vice*)
SHAWN RABIN (*pro hac vice*)
JILLIAN HEWITT (*pro hac vice*)
MAX STRAUS (*pro hac vice*)
RUSSELL RENNIE (*pro hac vice*)
EUDOKIA SPANOS (*pro hac vice*)
GENG CHEN (*pro hac vice* pending)
SHAULI BAR-ON (SBA CA 356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com
rrennie@susmangodfrey.com
espanos@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com

ELIZA FINLEY (CA 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc., and Counterclaimant WordPress Foundation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**DECLARATION OF STEPHEN SHACKELFORD IN SUPPORT OF AUTOMATTIC INC., WOOCOMMERCE, INC, AND MATTHEW MULLENWEG'S MOTION FOR SUMMARY JUDGMENT**

Date: April 1, 2027
Time: 2:00 PM
Place: Courtroom 5, 2nd Floor

# DECLARATION OF STEPHEN SHACKELFORD

I, Stephen Shackelford, declare as follows:

1. I am a partner at Susman Godfrey L.L.P. and counsel of record for Automattic Inc. ("Automattic") in the above-captioned actions. I am admitted to practice *pro hac vice* before this Court. I make this declaration in support of Defendants' Motion for Summary Judgment. I have personal knowledge of the facts set forth herein and could and would competently testify thereto if called as a witness.

2. For ease of reference, relevant portions of many of the attached exhibits have been highlighted in yellow.

3. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from the Expert Report of Jeffrey J. Leitzinger, Ph.D., dated August 6, 2026 ("Leitzinger Report").

4. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from the Expert Report of Paul A. Gompers, Ph.D., dated August 6, 2026 ("Gompers Report").

5. Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from the deposition transcript of Ramadass Prabhakar (30(b)(6) designee of WPEngine, Inc.), taken on February 4, 2026, in this litigation ("Prabhakar Tr.").

6. Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from the deposition transcript of Iain Poulson (30(b)(6) designee of WPEngine, Inc.), taken on April 10, 2026, in this litigation ("Poulson Tr.").

7. Attached hereto as **Exhibit 7** is a true and correct copy of A8C00104008, marked as Exhibit 31 to the deposition of Barry Abrahamson.

8. Attached hereto as **Exhibit 10** is a true and correct copy of relevant excerpts from the deposition transcript of Jason Cohen (30(b)(6) designee of WPEngine, Inc.), taken on April 2, 2026, in this litigation ("Cohen Tr.").

9. Attached hereto as **Exhibit 11** is a true and correct copy of relevant excerpts from the deposition transcript of Heather Brunner (Vol. I), taken on April 30, 2026, in this litigation ("Brunner Tr.").

10. Attached hereto as **Exhibit 13** is a true and correct copy of relevant excerpts from the Opening Expert Report of Dr. Michael I. Cragg, dated August 6, 2026 ("Cragg Report").

11. Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of Jason Teichman in Support of Plaintiff WPEngine, Inc.'s Motion for Preliminary Injunction, filed October 18, 2024 (Dkt. 20).

12. Attached hereto as **Exhibit 18** is a true and correct copy of relevant excerpts from the deposition transcript of Heather Brunner (Vol. I), taken on April 29, 2026, in this litigation ("Brunner Vol. I Tr.").

13. Attached hereto as **Exhibit 19** is a true and correct copy of relevant excerpts from the deposition transcript of Matthew Mullenweg (Vol. III), taken on May 14, 2026, in this litigation ("Mullenweg Vol. III Tr.").

14. Attached hereto as **Exhibit 20** is a true and correct copy of relevant excerpts from the Expert Rebuttal Report of Andres V. Lerner, Ph.D., dated September 10, 2026 ("Lerner Rebuttal Report").

15. Attached hereto as **Exhibit 23** is a true and correct copy of a capture of the WordPress.org "Plugins" page, https://wordpress.org/plugins/, accessed June 24, 2026, cited in the Expert Report of Andres V. Lerner, Ph.D.

16. Attached hereto as **Exhibit 24** is a true and correct copy of a capture of the WordPress.org "Plugins" page, https://wordpress.org/plugins/, accessed September 10, 2026, cited in the Expert Report of Andres V. Lerner, Ph.D.

17. Attached hereto as **Exhibit 25** is a true and correct copy of relevant excerpts from the deposition transcript of Michael I. Cragg, Ph.D., taken on November 14, 2026, in this litigation ("Cragg Tr.").

18. Attached hereto as **Exhibit 26** is a true and correct copy of a capture of the Kinsta changelog post titled "Free and unlimited WordPress migrations," last modified October 23, 2024, available at https://kinsta.com/changelog/unlimited-free-migrations/ (accessed October 21, 2026).

19. Attached hereto as **Exhibit 27** is a true and correct copy of relevant excerpts from the deposition transcript of Barry Abrahamson (30(b)(6) designee of Automattic Inc.) (Vol. I), taken on December 19, 2025, in this litigation ("Abrahamson Dec. 2025 Tr.").

20. Attached hereto as **Exhibit 28** is a true and correct copy of relevant excerpts from the deposition transcript of Barry Abrahamson (Vol. II), taken on May 7, 2026, in this litigation ("Abrahamson Tr.").

21. Attached hereto as **Exhibit 30** is a true and correct copy of relevant excerpts from the deposition transcript of Matthew Mullenweg (Vol. II), taken on May 13, 2026, in this litigation ("Mullenweg Vol. II Tr.").

22. Attached hereto as **Exhibit 31** is a true and correct copy of a printout of WPEngine's Status Page entry titled "Plugin and Theme Update Restrictions," available at https://wpenginestatus.com/incidents/640187, marked as Exhibit 19 to the deposition of Ramadass Prabhakar.

23. Attached hereto as **Exhibit 32** is a true and correct copy of a post by Plaintiff WPEngine, Inc. on its X (formerly Twitter) account, @wpengine, dated September 30, 2024, stating: "We are pleased to report that our solution has been fully deployed and regular workflow practices have been restored to our customers around the globe." The post is available at www.x.com/wpengine/status/1840910240801316924. This copy was previously filed in this action as Exhibit 6 to the Declaration of Jiaxina (Kyle) Xu in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, Dkt. 42-6.

24. Attached hereto as **Exhibit 34** is a true and correct copy of relevant excerpts from the deposition transcript of Vik Patel, taken on November 18, 2025, in this litigation ("Patel Tr.").

25. Attached hereto as **Exhibit 35** is a true and correct copy of relevant excerpts from the deposition transcript of Mary Hubbard (Vol. I), taken on May 13, 2026, in this litigation ("Hubbard Tr.").

26. Attached hereto as **Exhibit 36** is a true and correct copy of relevant excerpts from the deposition transcript of Matthew Mullenweg (Vol. I), taken on May 12, 2026, in this litigation

("Mullenweg Vol. I Tr.").

27. Attached hereto as **Exhibit 39** is a true and correct copy of relevant excerpts from the deposition transcript of Paul A. Gompers, Ph.D., taken on November 10, 2026, in this litigation ("Gompers Tr.").

28. Attached hereto as **Exhibit 40** is a true and correct copy of relevant excerpts from the deposition transcript of Jeffrey J. Leitzinger, Ph.D., taken on October 20, 2026, in this litigation ("Leitzinger Tr.").

29. Attached hereto as **Exhibit 45** is a true and correct copy of an audio-visual recording produced by Plaintiff WPEngine, Inc. in this action as WPE00130991. It is a video posted to ThePrimeTime YouTube channel on September 26, 2024, titled "Matt Talks About WordPress Situation," available at www.youtube.com/watch?v=H6F0PgMcKWM. **Exhibit 45** will be lodged with the Court in native format on electronic media pursuant to Civil Local Rule 5-1 and the accompanying Notice of Manual Filing.

30. Attached hereto as **Exhibit 46** is a true and correct copy of relevant excerpts from the deposition transcript of Frank Nagle, Ph.D., taken on October 28, 2026, in this litigation ("Nagle Tr.").

31. Attached hereto as **Exhibit 49** is a true and correct copy of the Rebuttal Expert Report of David J. Youssef, dated September 10, 2026 ("Youssef Rebuttal Report").

32. Attached hereto as **Exhibit 50** is a true and correct copy of the Opening Expert Report of Dr. Keri Pearlson, dated August 6, 2026 ("Pearlson Report").

33. Attached hereto as **Exhibit 51** is a true and correct copy of relevant excerpts from the deposition transcript of Dr. Keri Pearlson, taken on October 27, 2026, in this litigation ("Pearlson Tr.").

34. Attached hereto as **Exhibit 52** is a true and correct copy of the Declaration of Barry Abrahamson in Support of Defendants' Motion to Strike and Opposition to Plaintiff's Motion for Preliminary Injunction, filed October 30, 2024 (Dkt. 41).

35. Attached hereto as **Exhibit 53** is a true and correct copy of the Declaration of

Matthew Charles Mullenweg in Support of Defendants' Motion to Strike and Opposition to Plaintiff's Motion for Preliminary Injunction, filed October 30, 2024 (Dkt. 39).

36. Attached hereto as **Exhibit 54** is a true and correct copy of relevant excerpts from the certified audio transcript, dated February 13, 2025, of Matthew Mullenweg's keynote address at the WordCamp US Convention, previously filed in this action as Exhibit 4 to Defendants' Supplemental Request for Judicial Notice (Dkt. 107-4).

37. The following chart identifies true and correct copies of documents produced in discovery in this litigation that are submitted in support of Defendants' Motion for Summary Judgment. Each document is identified by its exhibit number, Bates number and its confidentiality designation, if any.

| Exhibit | Description |
|---|---|
| 3 | A8C00943091 (WordPress license.txt, produced in native format), marked Highly Confidential – Attorneys' Eyes Only |
| 4 | WPE00023023, marked Confidential |
| 8 | WPE00002228 |
| 9 | WPE00596906 |
| 12 | A8C00103993, marked as Exhibit 30 to the deposition of Barry Abrahamson (excerpted) |
| 15 | WPE00490959, marked Confidential (excerpted) |
| 16 | WPE00144724, marked Highly Confidential – Attorneys' Eyes Only |
| 17 | WPE00614983, marked Highly Confidential – Attorneys' Eyes Only (excerpted) |
| 21 | WPE00516420, marked Confidential (excerpted) |
| 22 | WPE00638178, marked Confidential (excerpted) |
| 29 | A8C00680110, marked Highly Confidential – Attorneys' Eyes Only, and marked as Exhibit 44 to the deposition of Matthew Mullenweg. |
| 33 | WPE00614544, marked Highly Confidential – Attorneys' Eyes Only (excerpted) |

| | |
|---|---|
| 37 | WPE00486720, marked Confidential (excerpted) |
| 38 | WPE00614640, marked Highly Confidential – Attorneys' Eyes Only (excerpted) |
| 41 | SilverLake00006538, marked Highly Confidential – Attorneys' Eyes Only |
| 42 | WPE00608608 (Teichman Dep. Ex. 27), marked Highly Confidential – Attorneys' Eyes Only |
| 43 | WPE00629071 |
| 44 | WPE00629080 |
| 47 | WPE00476126, marked Confidential |
| 48 | WPE00001336 |
| 55 | BCG0002944, marked Highly Confidential – Attorneys' Eyes Only (excerpted) |
| 56 | A8C01448185, marked Highly Confidential – Attorneys' Eyes Only |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 20, 2026, in New York, New York.

Stephen Shackelford