# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**[PROPOSED] ORDER GRANTING AUTOMATTIC INC., WOOCOMMERCE INC. AND MATTHEW CHARLES MULLENWEG'S MOTION FOR SUMMARY JUDGMENT**

## [PROPOSED] ORDER

Before this Court is Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Motion for Summary Judgment. Having considered the Motion, all supporting declarations and exhibits, the papers filed in support of and in opposition to the Motion, and the arguments and evidence presented at the hearing on the Motion, the Court finds that the Motion should be granted.

Having considered the papers and arguments of counsel, it is hereby ORDERED that Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Motion for Summary Judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: ___________________

___________________________________
The Honorable Araceli Martínez-Olguín
United States District Judge