# EXHIBIT 9

PageVault

| | |
|---|---|
| Document title: | Reminder: Forked Premium Plugins Are Not Permitted – Make WordPress Plugins |
| Capture URL: | https://make.wordpress.org/plugins/2021/02/16/reminder-forked-premium-plugins-are-not-permitted/ |
| Page loaded at (UTC): | Fri, 06 Feb 2026 20:59:33 GMT |
| Capture timestamp (UTC): | Fri, 06 Feb 2026 21:00:29 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | jbLdTzebgEAU4S7TDKQdQw |

PDF REFERENCE #: hK8ccj3PCafneoAk2Vqb5w

Ipstenu (Mika Epstein)
7:34 pm on February 16, 2021

# Reminder: Forked Premium Plugins Are Not Permitted

Update from the Plugin Review Team: This post is no longer being updated, so please use the guidelines and FAQ for any information you're looking for.

**Caveat**: While this topic always brings up people arguing that the GPL means they can (and yes, you can copy GPL plugins and do whatever you want with them), we wish to remind developers that just because the GPL allows something doesn't mean we will host it here. Our guidelines are considered **above and beyond** the GPL. After all, the GPL doesn't say you can't punch someone, but if you get into a fistfight at a WordCamp, we're not going to host your plugins.

Taking someone's pay-for code and re-releasing it as free-of-charge is considered (by us — the Plugin Review Team) to be a form of piracy and is not welcome here. ~~It doesn't matter if the code is GPL, it matters that~~ When you do that, when you copy and re-release someone's code without any changes, you're stealing the opportunity of the original developers to make a living, and we feel that is detrimental to the community. In addition, it's often in violation of the terms you agreed to when you downloaded the plugin from the developer in the first place.

By you doing that, and rehosting here, you put the entire directory in peril. Arguably we become responsible for your actions. As such, we do not permit plugins that are sold off WordPress.org to be re-hosted here.

The only exception to this (besides it being your own plugin) is if you have made a significant fork, properly credited in the readme and inline code, **and** everything was 100% GPL compatible, including the terms from where you bought the plugin. If you pirated a plugin, or if you violated the ~~license~~ purchasing terms (which may say things like you cannot resell it), then we cannot host the code.

*Edit: It's important to note that adding non-GPL compliant terms to a license may in fact invalidate the license, which means we can't host it here anyway. The above comment is not in support of people violating licenses nor are we attempting to protect and help those people in any way. We are trying to point out that **even if** a license says it's GPL, if it's sold with terms that violate the GPL, it cannot be hosted here either. tl;dr? If the license or terms are sus, we can't host it.*

If the plugin is your own plugin and you just want to re-host here, we will do our best to validate that claim, and may pend your plugin while this is researched. We appreciate your patience when that happens.

If you feel someone took your plugin and hosted a copy of it here, please email

Search

## Email Updates

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Type your email...

Subscribe

Join 3,142 other subscribers

## Help Topics

Plugin Guidelines
Developer FAQ
Using Subversion
Using Plugin Assets
How Your Readme.txt works

Recent Updates
Recent Comments
No Replies

## Recent Activity

Comment on A Year in the Plugins Team – 2025
9 hours ago

Comment on A Year in the Plugins Team – 2025
10:27 pm on January 12, 2026

Comment on A Year in the Plugins Team – 2025
2:34 pm on January 9, 2026

Comment on A Year in the Plugins Team – 2025
7:18 am on January 8, 2026

Comment on A Year in the Plugins Team – 2025
3:32 am on January 8, 2026

that happens.

If you feel someone took your plugin and hosted a copy of it here, please email `plugins@wordpress.org` with a link to the plugin as it's hosted here, a link to your original plugin, and (if the plugin is hosted outside WordPress.org) attach a zip of the plugin so that we may compare the two.

***Edited to add:*** *This post is not about the GPL. This is **only** about the existing WordPress.org Plugin Developer Guidelines. You should not, under any circumstances, use this post to frame your understanding or interpretation of the GPL as it is not intended as such. Again, this post is about the plugin guidelines, the ones all plugin devs already committed to following, which have long since stated that immoral or ethical practices are not permitted here.*

#reminder, #theft

Hide Comments

**Arnan de Gans** 7:39 pm on February 16, 2021

But but… 2 or 3 years ago I alerted you to a plugin which stole code and functions and even 'word-for-word' dashboard items from my plugins and you didn't want to do anything… 🙄

**Michael Nelson** 8:29 pm on February 16, 2021

👍 thanks! This sounds like a fair policy.

**Ipstenu (Mika Epstein)** 8:34 pm on February 16, 2021

2-3 years ago isn't today, and expecting us to never change or improve policy is sort of unreasonable, isn't it?

Email again, with the details. I promise it will get a second look.

**TIV.NET INC.** 8:31 pm on February 16, 2021

> *…violated the license (which may say things like you cannot resell it)*

Is a "cannot resell" clause even possible with GPL?

**Ipstenu (Mika Epstein)** 8:37 pm on February 16, 2021

I don't think so, but since I'm not a lawyer, and since people do all sorts of weird things, it's better to be safe than sorry and spell that out for people. Usually it's in the terms of "If you buy this from us, you agree not to resell" which is arguably unenforceable since it's a GPL violation, but either way it's not allowed. Basically "Don't take someone else's work and represent it as your own. That's not cool."

Comment on A Year in the Plugins Team – 2025
3:32 am on January 8, 2026

Comment on A Year in the Plugins Team – 2025
10:21 pm on January 7, 2026

A Year in the Plugins Team – 2025
9:44 pm on January 7, 2026

X-post: Proposal: 2026 Major Release Schedule
9:43 pm on December 18, 2025

Comment on The Plugin Check Plugin now creates automatic security reports after each plugin update
6:49 pm on December 12, 2025

Comment on The Plugin Check Plugin now creates automatic security reports after each plugin update
5:27 pm on December 10, 2025

## Search

Search …

## Team Pledges

672 people have pledged time to contribute to Plugins Team efforts! When looking for help on a project or program, try starting by reaching out to them!

the terms of "If you buy this from us, you agree not to resell" which is arguably unenforceable since it's a GPL violation, but either way it's not allowed. Basically "Don't take someone else's work and represent it as your own. That's not cool."

**SimonRWaters** 9:48 pm on February 16, 2021

I think the wording of the post is problematic, whilst I generally agree with the sentiment, its references to the GNU GPL v2 and the use of the term "piracy" (no ship or boat borne attackers were involved) and "stole" (no one lost anything they were entitled to) when people are exercising a right outlined in the WordPress project's own philosophy.

It is suffice to say you reserve the right to decline to host plugins where they are substantially similar to existing plugins, or to third party plugins, at the project's discretion.

WordPress is distributed under the GNU GPLv2, the WordPress project itself asserts that plugins and modules are "derivative works". The GNU GPLv2 explicitly excludes additional terms being applied to the distribution of source code.

Whomever supplies a plugin CAN'T add additional terms under WordPress's own choice of license. Once it is distributed for WordPress is it distributed under the GNU GPLv2 (or later) licenses. See for example applying a non-disclosure agreement in GNU GPLv2 license FAQ.

https://www.gnu.org/licenses/old-licenses/gpl-2.0-faq.html#DoesTheGPLAllowNDA

The WordPress Projects philosophy specifically supports redistribution without needing to ask permission from its creators. A key point of free software is to be paid to add value by improving software, maintaining it, or providing services alongside or through software, not to be paid multiple times for software already created.

**Ipstenu (Mika Epstein)** 10:03 pm on February 16, 2021

> *"stole" (no one lost anything they were entitled to)*

I would disagree. If you sell a thing and someone takes it and gives it away, without your permission, then the potential purchases (i.e. the money) was stolen from you. Your opportunity to make a living is being actively harmed. That is a net-negative to the community.

> *Whomever supplies a plugin CAN'T add additional terms under WordPress's own choice of license....*

Assuming that those plugins are GPL to begin with (many are not) I repeat: **Our guidelines are considered *above and beyond* the GPL.**

Assuming that those plugins are GPL to begin with (many are not) I repeat: **Our guidelines are considered *above and beyond* the GPL.**

I did not claim (nor will I) that it's a GPL issue. I said it's a beyond-GPL restriction here.

**Juliette Reinders Folmer** 1:42 am on February 17, 2021

Quite apart from GPL, it is still piracy. Open source licenses do not supersede copyright. The original author(s) still has that and if someone misrepresents the code as their own, while it is ripped off – or politely put "forked" – from someone else's code, they *are* violating the author's copyright.

A fork of code, in itself, doesn't violate copyright as the original commits crediting the original author(s) are still in place.
As soon as the original commits are "destroyed" by committing the code under your own name in another type of repo, you violate copyright though.

**Nico** 7:24 am on February 17, 2021

> *or politely put "forked" – from someone else's code, they *are* violating the author's copyright.*

If they keep the author, license and copyright (and only add their own) it's not piracy. Calling LEGAL copying of code piracy is an oxymoron.

> *As soon as the original commits are "destroyed" by committing the code under your own name in another type of repo, you violate copyright though.*

What are you saying? That you need to have the need of the original commit history intact to have a valid fork? If so you are wrong. All you need it keep the copyright, original author(s) and you can commit it in a new repo however you like. If there is a trademark involved then you need to rename it. You should like you have no clue. Even if you "destroy" as you put it by committing in under and a new repo you do NOT violate the copyright.

Never mind if I just misunderstood you. But you sound like you do not understand the GPL either.

**Ipstenu (Mika Epstein)** 6:13 pm on February 19, 2021

**Ipstenu (Mika Epstein)** 6:13 pm on February 19, 2021

Yeah, sadly in these cases people are removing the copyright and history. If they were "just" forks, we're pretty much fine with that.

(If anyone want's a funny, look up Tom Lehrer's song "Plagiarize")

**Nico** 6:43 pm on February 17, 2021

Thank god someone else who thinks and is able to put it more calmly and nicer than I right now.

But

> *problematic*

isn't really cutting it for me. So many people in this space actually do not understand or hate the GPL. If the opportunity presented itself lots of companies would go legally after every single person who dared to copy their GPL software in a heartbeat.

Posts like this would be a great opportunity for Mika to actually explain the GPL to people and point out the exact and legal differences between wp.org policies and GPL in the wild, on people own sites.

> *Whomever supplies a plugin CAN'T add additional terms under WordPress's own choice of license.*

Exactly this! And Mika makes it sound like the exact opposite here. She makes it sound additional terms like "you are not allowed to sell" are legit. She fails to point out that are **NOT** legit but that WordPress.org **chooses** to have terms that kind of go along those lines because of some moral code or whatever. I think its perfectly fine just not *how* its justified here.

**mattl** 9:05 pm on February 16, 2021

> *Taking someone's pay-for code and re-releasing it as free-of-charge is considered to be piracy*

This just sounds like a Red Hat Enterprise Linux/CentOS situation. That's not considered piracy.

**Ipstenu (Mika Epstein)** 9:25 pm on February 16, 2021

It certainly could be. and back in 2000, it totally was fought about. And I will not. it's

**Ipstenu (Mika Epstein)** 9:25 pm on February 16, 2021

It certainly could be, and back in 2000, it totally was fought about. And I will not, it's considered to be piracy and is not welcome *here*. Which means .org, in this moment and with the expectations being what they are.

Forking is one thing. These aren't people forking and changing code, these are literally people making a copy, where the only changes are to hide who they took the code from. No new features, nothing.

**Nico** 5:36 pm on February 17, 2021

It's not piracy and you clearly do not understand the GPL, put that on display here.

> *It's considered to be piracy and is not welcome here.*

By whom? You? Mullenweg? It's fine if you do not want it here but do not call it piracy and do not make false claims like you can add "Terms and Licenses" on top of the GPL and claim "illegal to sell".

> *It certainly could be,*

NOT for WP stuff that is pretty much all over the place 100% GPL, even the premium stuff.

You keep conflating things like people forking legally and people removing the copyright on purpose. It makes no sense to do so and only yourself up for legal battles if all you have to do it keep the author+license on place and rename it if a trademark is involved.

I like to hear about some actual cases and how often literally that happens that people remove the license and claim a plugin their own. These are probably people who also do not understand the GPL.

**AITpro** 6:04 pm on February 17, 2021

I have an actual case, lawsuit that lasted 2 years, which I won for someone who claimed they were just "forking" my premium plugin. I didn't actually really "win" anything, but unfortunately the person who "borrowed" my premium plugin was pretty much ruined because the judge decided it was theft or software piracy or whatever term you would like to use. That person paid damages to me and the courts and a significant fine and was charged and convicted for a felony. So yeah even though my software works under the WP GPL license my premium plugin is not free for someone to do anything they want with it. ☺

**AITpro** 6:16 pm on February 17, 2021

**AITpro** 6:18 pm on February 17, 2021

Another funny case is many years ago someone "forked" my free plugin and was selling it on Code Canyon. Needless to say that person was banned for life from Code Canyon. ☺

**Nico** 6:58 pm on February 17, 2021

> *I didn't actually really "win" anything.*

...

> *That person paid damages to me*

Sounds like a contradiction. How much?

Details please. Name of plugin. Did they remove your name from it? Did they rename it? So I assume they did not properly fork it and only later claimed they did and that is why they lost? Not that familiar with US law but felony sounds horrible not sure if I wish that on any "Pirate".

I am very curious how often things like this happen vs people who just do legit forks with the sole intend so just sell them. Seems like the smarter move ☺

**AITpro** 7:24 pm on February 17, 2021

> *Sounds like a contradiction. How much?*

The damages awarded to me covered all my expenses, but did not compensate me for having to deal with this very unpleasant experience for 2 years. Basically I broke even. Honestly I really only wanted this person to not steal and try to resell my software. I did not want this person to do prison time = 22 months. I tried dealing with that dummy for several months, but no matter what I said he refused to hear what I was saying so I felt like I had no other choice, but to take legal action against him.

What that dummy did was claim that I offered a white label premium plugin and that is definitely not stated in my licensing agreement. Yes, the licensing agreement allows someone to modify any/all BPS Pro code, but they are not allowed to rename it and resell BPS Pro under a different name. How I found out is that one of his customers

someone to modify any/all BPS Pro code, but they are not allowed to rename it and resell BPS Pro under a different name. How I found out is that one of his customers contacted me by mistake for technical support.

My personal feelings about forking someone else's work is that the original person still deserves all the credit for the plugin's concept and pretty much everything else about the plugin. So if I was ever to fork a plugin the name would remain the same and the credits would remain the same. I would consider myself a contributor – nothing more and nothing less – no matter how much new stuff I added, etc. Better just to start a new plugin IMO.

**AITpro** 9:10 pm on February 16, 2021

Cool. Nice to know you guys are taking the extra time to be the Plugin police as needed. ☺

Thanks

**ttodua** 9:15 pm on February 16, 2021

Finally! thumbs up.

**Md Khalil Uddin** 4:15 am on February 17, 2021

Dear Mika

Thank you so much for the fair policy. Very happy to see your email today in my inbox. 🙂

**Nico** 5:38 pm on February 17, 2021

I am not really against this. I certainly would not like to see my premium addons forked and released for free on wp.org **BUT**

> *Taking someone's pay-for code and re-releasing it as free-of-charge is considered to be piracy*

Calling *any* GPL code copying piracy is the one of the most disgusting oxymorons I ever heard. Coin your own term, call it something else, but it's not **piracy!**

> *The only exception to this (besides it being your own plugin) is if you have made a significant fork, properly credited in the readme and inline code, and everything is 100% GPL compatible, including the terms from where you bought the plugin. If you pirated a plugin, or if you violated the license (which may say things like you cannot resell it), then we will not host the code.*

> *pirated a plugin, or if you violated the license (which may say things like you cannot resell it), then we will not host the code.*

What is a "significant fork"? You contradict yourself here. You say in the TLTR; that you will not host forks of premium plugins, then you say all you need to do it credit them in the readme and show that you did some work on it, I guess that is what you mean with "significant". How is that determined? Again you speak of piracy here that makes absolutely no sense. It' hard to believe that you do not understand the GPL, so why are you acting like you can put a bu1lsh1t license or terms on top of the GPL?

> *100% GPL compatible, including the terms from where you bought the plugin.*

. You mention this together like that is something legitimate to do. The facts are (and you know it):

**Nico** 5:38 pm on February 17, 2021

1. You can not claim your software is GPL and then say. "Terms: you can not resell it".
2. You can not "dual license" like this. When your software is GPL people can do almost whatever they want with it as you point out at the very top! You can not have it both ways and say its GPL and then say "You can not resel because of 'license' ". The GPL specifically allows reselling! So what is this about?
3. You know for a fact that like 99% of even the premium stuff for WP is 100% GPL so do NOT make it sound like it's not legitimate to make something up like you can not sell it. You call people who copy legally "pirates" and then defend GPL **violators** who make stuff up to scare off naive people. With no right to do so!

You even tagged this with #theft – laughable!

**Nico** 5:39 pm on February 17, 2021

The beginning of your post was OK, but you quickly went downhill. If you have rules for wp.org that go beyond the GPL that is perfectly fine but do not misrepresent the GPL and tell the truth about it. Make it clear what the differences are between what is legal and what is allowed on wp.org and point out that other "terms and licenses" that restrict anything that the GPL allows **DO NOT APPLY!** outside of wp.org.

I have seen this b4 in the WordPress space, a German theme seller for example I saw them going after someone in a blog post who copied their theme and in some disgusting way the misrepresented the GPL and used scare words and tried to make it seems its misconception that you can copy it. They did not straight forward say that all you have to do is keep the license with author in their and rename the thing!

I saw I theme shop take "GPL" out of their FAQ because customers should not actually know the truth of it. Many people in this space do not actually believe in the GPL. They just go with it because PHP code has to be because

I saw I theme shop take "GPL" out of their FAQ because customers should not actually know the truth of it. Many people in this space do not actually believe in the GPL. They just go with it because PHP code has to be because it hooks into WP and CSS does not actually have to if I remember this correctly from the Thesis case. It's thankfully just such an established default that everything is 100% GPL in this space that all the selling platforms ... just require it. But if people could many-many people would actually NOT use it. You certainly sound like someone who does not actually believe in the GPL.

**Nico** 5:40 pm on February 17, 2021

And full disclosure: I sell "licenses" for sites and support. I do not go out of my way to explain in detail that people can use the plugin they auto update with the single site license on as many sites they want by just manually copying it there. (Well they would need to know how to flip a switch in the database as well, or clone the DB from an activated site). They essentially buy the auto updates and the support from me. Many of them probably would still but licenses for multiple sites for convenience or just because they think it's fair. Like 90% if they buy single lite licenses anyway. I just went over my own terms that I just copied from EDD (with permission) and the term license always relates to the key used for the auto updates. Like reselling the KEY is forbidden and "sublicensing" the KEY ... I do not know the legality of this and would not write it like this myself. But they do not say BS like that you can not resell the code itself. Of course, they also carefully avoid explaining how the GPL works, just "It's licensed under GPL". I will probably reword and add something at some point.

OK /rant

(I split this into pieces because previously my comment was hold back and not approved later but then I saw other comments of me getting through)

**Ipstenu (Mika Epstein)** 5:57 pm on February 17, 2021

You appear to be conflating a couple points in the post.

This will be the last time I repeat this: *This is not about the GPL.*

> *If you have rules for wp.org that go beyond the GPL that is perfectly fine but do not misrepresent the GPL and tell the truth about it*

We did not. You misunderstood, and I do I understand why people like you read it that way. At this point, though, you can keep on ranting or you can stop and think about the intent here.

See, it doesn't matter how I, or you, understand the GPL, when I tell you that to be

about the intent here.

See, it doesn't matter how I, or you, understand the GPL, when I tell you that to be hosted *here* on WordPress.org, you cannot take someone's premium code and present it as your own work. That's just me *reminding* you of an existing guideline.

There isn't a 'better' word to use, as far as I'm aware, but I'm happy if someone can figure out how to say "You took someone else's code and lied to everyone, presenting it as your own original creation, with no added or removed features." without saying or even implying 'theft.'

Also, you asked why would I possibly mention terms and GPL, when one could conflict with another? Specifically *because* people do that with a rather disturbing regularity. So I figured I'd cover my bases. Sorry that it confused you.

**Nico** 6:20 pm on February 17, 2021

> *You appear to be conflating a couple of points in the post*

Well YOU mixed it all together without properly distinguishing the two things and you for sure make it is sound like you misunderstand the GPL.

So what you call piracy is removing the copyright, org author and license on purpose? And only that? What do you call a fork that does absolutely nothing by add a new author (not removing the org author) and renaming it? Is that piracy to you as well?

Anyway like I said you go on, and you make it sounds like it's legitimate to claim "other Terms or other licenses". You clearly act like you think this is legit. It's not and that is not my Opinion that is fact!

> *See, it doesn't matter how I, or you, understand the GPL*

I totally disagree and am disappoint to see you and other people not understanding it. Especially people in positions like you.

> *when I tell you that to be hosted here on WordPress.org, you cannot take someone's premium code and present it as your own work. That's just me reminding you of an existing guideline.*

That is all fine and great, no complaints there from me. It's just the part where you act like people can claim to additional restrictions apply to their software and that you respect these **illegitimate** conditions. Just say you do not like it morally or whatever, that is all fine, it's just the wording is so horrible that you make me think you actually believe that people can do that. And that is why it **does** matter what you personally think about it.

**Nico** 6:22 pm on February 17, 2021

**does** matter what you personally think about it.

**Nico** 6:22 pm on February 17, 2021

I can not edit or delete my own comments here? ...

**Ipstenu (Mika Epstein)** 6:34 pm on February 17, 2021

Pardon me, I should clarify, "For the purposes of THIS SPECIFIC discussion, it does not matter how anyone interprets or understands the GPL because this is a conversation and a decision and mandate that exists outside the GPL, as do many of our guidelines."

> *It's just the part where you act like people can claim to additional restrictions apply to their software and that you respect these illegitimate conditions.*

Ah, thank you for explaining what confused you!

The issue is that when you mess up the GPL with illegitimate conditions, you may invalidate the license, which means there's a high probability your code is not GPL compatible anymore, which means we can't host your code anyway. But for the layman, it's easier to say "Even if the license says GPL, if the terms of your purchase say you cannot re-sell or give it away, then you cannot host that code here."

In addition? We don't want to steal money from you.

Separate, but intertwined.

**dmccan** 4:20 pm on February 18, 2021

I think this is a good policy, but I ask that you please consider rephrasing. I know this post is not about the GPL and that it represents the plugin team's policy. However, there is already a lot of confusion about the GPL and using the words "piracy" and "theft" does not help that. I believe I've seen it said along these lines in the past that "copy cat" plugins are not allowed and that it is OK to fork a plugin and submit it **as long as the new version adds significant value**.

Using the words "piracy" and "theft" is an ethical judgement. I believe this still applies:

http://justintadlock.com/archives/2013/08/19/its-legal-but-unethical

**Ipstenu (Mika Epstein)** 4:30 pm on February 18, 2021

> *Using the words "piracy" and "theft" is an ethical judgement.*

And one of the guidelines for the plugin directory is that you won't behave in an unethical or illegal manner. So this still is in line with that.

And one of the guidelines for the plugin directory is that you won't behave in an unethical or illegal manner. So this still is in line with that.

Suggestions are welcome to better rephrase.

**Syrehn** 5:13 pm on February 18, 2021

> *And one of the guidelines for the plugin directory is that you won't behave in an unethical or illegal manner*

Again, it's the phrasing that's problematic. Forking/redistributing a GPL plugin is not illegal, likewise, many wouldn't consider it unethical because in doing so, they're in line with the license. Ethical/Unethical in this regard is a personal view, not what is actually allowed via the license.

So if "Unethical" is your, and the plugin directory team's, personal view on that, and that's why you set the rule, that's fine but that distinction should be clear. (i.e "The plugin directory team considers forking/redistribution, while completely valid via GPL, unethical…")

I also agree with David, and the many others above, that using the terms "Piracy" and "Theft" are only muddying the waters around the license and conflating the issues.

There was a great opportunity here to explain the GPL, in addition to your new rules, so that plugin developers really understand it but the entire post and follow up comments feel like this seriously missed that mark and is just going to compound the knowledge problem surrounding GPL for those that don't understand it. You're going to have developers point to this, citing "Piracy", "Theft", "Unethical" when someone forks/redistributes because that's what you equated it to while explaining the new guidelines. Honestly, it makes it sound like you don't understand the GPL, and I know that can't be the case.

**Ipstenu (Mika Epstein)** 5:44 pm on February 18, 2021

This isn't a new rule. That's why it has the word "Reminder" in the first word of the title. This has always been the case. This will likely always be the case.

> *(i.e "The plugin directory team considers forking/redistribution, while completely valid via GPL, unethical…")*

Please re-read the first (below the tl;dr) paragraph again. The one that explains how the guidelines (the existing ones, the ones plugin devs *already agreed to*), are above and beyond the GPL, and even if the GPL allows this, we won't. So … does that not meet your brief?

*already agreed to*), are above and beyond the GPL, and even if the GPL allows this, we won't. So ... does that not meet your brief?

If not, then please help me out and actually explain what part of that is confusing. What part don't you understand? What specific issues in the post (not the comments, the post) do you feel are not explained well and why?

I can't fix "It's confusing" if you cannot tell me **what** is confusing.

**Syrehn** 7:03 pm on February 18, 2021

I'm not sure how I can be more clear in this regard, and I echo the comments that Nico made further up.

You're conflating the issue of what is/isn't allowed in the GPL by using words like "Piracy", "Theft", "Unethical", "Illegal" when explaining your rules/guidelines.

Yes, I understand that you've re-iterated that your rules go above and beyond for the repo, and that's fine. However, with the terminology you've used throughout the article/comments taking this stance with the verbiage could actually change the general interpretation of the GPL. That's the problem.

It's already murky enough with users/developers not understanding what their rights are but when the issues are compounded by adding subjective moral and ethical standards to a straightforward license, while attempting to explain your guidelines, it becomes beyond problematic.

**Ipstenu (Mika Epstein)** 7:11 pm on February 18, 2021

> *Yes, I understand that you've re-iterated that your rules go above and beyond for the repo, and that's fine. However, with the terminology you've used throughout the article/comments taking this stance with the verbiage could actually change the general interpretation of the GPL. That's the problem.*

Okay, **how** can I clarify that then?

I'm not about to remove the words 'stolen' or 'theft' because that is what we feel is happening here.

Do I need even more caveats every single time I mention GPL to repeat over and over "This *specific matter* is not about the GPL"?

Do I need another edit block to state "This matter is ethical and moral, which is a matter of the Plugin Guidelines to which all developers have agreed to comply with. This is not about the GPL. Anyone who uses

Do I need another edit block to state "This matter is ethical and moral, which is a matter of the Plugin Guidelines to which all developers have agreed to comply with. This is not about the GPL. Anyone who uses this post to frame their understanding of the GPL is doing_it_wrong(). This post is about the Plugin Directory Guidelines, which are, and have always been, *above and beyond* the licensing of plugins."

**Ipstenu (Mika Epstein)** 6:10 pm on February 19, 2021

Popping back up a thread because threads are annoying to keep readable…

Reading https://make.wordpress.org/plugins/2021/02/16/reminder-forked-premium-plugins-are-not-permitted/#comment-44017 makes it sound like your sticking points are:

1. Even though the post reiterates over and over that this is not about anyone's understanding of the GPL (and even though I added in a caveat at the end to forcibly state as much), you still think this can somehow confuse people.

2. That 'copy-cat' is somehow a better word than 'stolen' because … ? You said it's not because it's harsh, so my only guess here is that you feel the post as is somehow implies that theft/stealing/piracy is (or is not?) a part of the GPL? I'm really confused about that one.

I cannot stop people from being confused. Someone's going to read what they want about this (heck, some 'SEO Journal' already did and misgendered me, so that's extra fun and a bit of proof IMO that they didn't actually read and research anything at all).

My issue with using 'copy-cat' is that it has categorically failed to actually stop anyone. And this is coming from years of dealing with plugin theft.

And no, forking to create Woo or WP itself was not 'theft' because it was all 100% above board, documented, credited, and honored. Everyone involved knows. It's historically recorded and respected down the line.

**dmccan** 7:21 pm on February 18, 2021

Thanks Mika, Here is a suggestion:

"Taking someone's pay-for code and merely re-releasing it as free-of-charge is not welcome here. It doesn't matter if the code is GPL. "Copy cats" aren't allowed. Further, when you do that you are undermining the opportunity of the original developer to make a living, and we feel that is detrimental to the community."

the original developer to make a living, and we feel that is detrimental to the community."

**Ipstenu (Mika Epstein)** 7:25 pm on February 18, 2021

I added in a 'by us' — does that help?

> *Taking someone's pay-for code and re-releasing it as free-of-charge is considered (by us) to be piracy and is not welcome here.*

**dmccan** 10:50 pm on February 18, 2021

Hi Mika, Only marginally. The problem is the "us" are representing the WordPress project on the ORG WordPress site.

I see you've decided you are not going to remove those words no matter what people say because that is the way you feel. I affirm your feelings, but don't think it is appropriate to express them that way on the WordPress.org site.

**Ipstenu (Mika Epstein)** 10:58 pm on February 18, 2021

Sorry to pop back a thread level.

The reason I don't want to remove 'theft' (or stealing for that matter) is that fundamentally that is actually what people are doing. They are taking someone else's work, without permission, and attempting to rehost it here as their own, which means they totally **did** steal it (and lie about it, which is another issue).

I totally understand why people hate when I say it this way. It sounds brutal and harsh and mean. So is what they just did, though, and every time we've ever tried to gentle this (calling it copy-cat, or cloning), it never managed to get the point across that these people are actively harming others.

IMO it's a massive lack of empathy that caused it in the first place, but I don't know how to teach people to care about each other 😟 They seemed to miss that "Golden Rule" lesson in kindergarten.

**AITpro** 11:38 pm on February 18, 2021

Yep, I agree with you 100%. It sucks that you have to be brutally direct with some people. Luckily most people play fair. 😊

**Syrehn** 2:04 am on February 19, 2021

> *I totally understand why people hate when I say it this way. It sounds brutal and harsh and mean. So is what they just*

> *I totally understand why people hate when I say it this way. It sounds brutal and harsh and mean. So is what they just did, though*

It's not that you sound brutal, harsh or mean, I for one don't think that. It does however make it sound like you don't understand the GPL license, which raises some eyebrows because I don't believe that is the case at all. While I understand the article's premise was about the guidelines for plugin authors, the issue is with the verbiage used to describe those overall who are within their rights to fork/redistribute per the GPL license.

Viewing it as "stealing", and not wanting to encourage that behaviour on the repo is completely fine given that's clearly your, and the rest of the directory teams, subjective personal opinion on the matter. However, calling those individuals "thief's" or "pirate's" is not fine when they're inline with the terms of the GPL licensing that WP, Plugins and Themes all use; regardless of personal sentiment.

Was the Woo team a bunch of unethical thief's for taking the Jigoshop code, forking it, and then putting their free version on the repo? Or were Matt and Mike unethical thief's because they forked the WP platform from b2/cafelog? 🤔 I think not.

I'm probably sounding like a broken record at this point, but I'll say it again, it's the phrasing that is problematic. This is because, as David noted above:

> *The problem is the "us" are representing the WordPress project on the ORG WordPress site.*

As someone who is representing the WP project on the ORG site, it comes off as hard stance against the license terms of the software you distribute while trying to explain/remind users of the repo guidelines which "go above and beyond". It sets the precedence for further confusion for what is otherwise a pretty straight forward license and, my biggest concern, is that it could change the general interpretation of GPL because of whom those comments came from on an official medium.

I do see that there have been edits made to the original article to try to clarify things but personally, I preferred David's original suggestion above of:

> *Taking someone's pay-for code and merely re-releasing it as free-of-charge is not welcome here. It doesn't matter if the*

As someone who is representing the WP project on the ORG site, it comes off as hard stance against the license terms of the software you distribute while trying to explain/remind users of the repo guidelines which "go above and beyond". It sets the precedence for further confusion for what is otherwise a pretty straight forward license and, my biggest concern, is that it could change the general interpretation of GPL because of whom those comments came from on an official medium.

I do see that there have been edits made to the original article to try to clarify things but personally, I preferred David's original suggestion above of:

> *Taking someone's pay-for code and merely re-releasing it as free-of-charge is not welcome here. It doesn't matter if the code is GPL. "Copy cats" aren't allowed. Further, when you do that you are undermining the opportunity of the original developer to make a living, and we feel that is detrimental to the community.*

I feel this type of wording would adequately re-enforce the repo team's feelings about the types of plugins you want being submitted without directly undermining the actual WP license.

All that said, it does seem that you've decided to continue using the original terminology because that's how you feel on the subject but count me as another voice that doesn't think it's appropriate to express them that way on the .org site.

← Reminder: Plugins Must Not Interfere with Updates

The WordPress 5.7 Email Has been Sent →