# EXHIBIT 14

Case 3:24-cv-06917-AMO Document 65-16 Filed 11/20/24 Page 1 of 26

QUINN EMANUEL URQUHART & SULLIVAN LLP
Rachel Herrick Kassabian (SBN 191060)
rachelkassabian@quinnemanuel.com
Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Margret M. Caruso (SBN 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Mack (SBN 275086)
brianmack@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6400
Facsimile: (415) 875-6700

*Attorneys for Plaintiff WPEngine, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,

Defendants.

Case No. 3:24-cv-06917-AMO

**DECLARATION OF JASON TEICHMAN IN SUPPORT OF PLAINTIFF WPENGINE, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Judge: Honorable Araceli Martínez-Olguín
Courtroom: 10
Hearing Date: March 6, 2025
Hearing Time: 2:00 p.m.

**DECLARATION OF JASON TEICHMAN IN SUPPORT OF**

**WPENGINE, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

I, Jason Teichman, declare as follows:

1. I am the Chief Operating Officer at WPEngine, Inc. ("WPE"). My duties at WPE include overseeing operations and customer interactions. I hold a degree in political science from the University of Michigan.

2. WPE is a software development company that offers webhosting for WordPress and also develops plugins and other tools for the WordPress community. WPE employs more than 1,100 people and is considered one of the most trusted WordPress platforms in the world.

3. I am familiar with WPE's current and historical marketing and promotional practices and materials. I have personal knowledge of all the facts set forth in this declaration, and if called upon to do so by the Court, I could and would testify competently thereto.

**WPE's Business Model**

4. WPE offers an online platform for website hosting and management services that is specialized for websites built using WordPress software. WordPress is an open source platform that allows users to build and maintain their websites. WPE also develops plugins and other add-on tools for the WordPress community. WPE has built its own sophisticated platform, leveraging a range of proprietary and third party technologies, on top of which it offers customers the ability to host websites built using WordPress. While some hosting companies offer services for websites built on a variety of other software programs and/or content management systems, such that hosting WordPress websites is just a part of their business, WPE is dedicated solely to WordPress, and all of WPE's business and proprietary platform caters exclusively to the community of users who have built or will build their websites using WordPress. We have invested hundreds of millions of dollars, not only supporting WordPress in the market, but creating a platform without which many customers would not have been able to use WordPress for their sites in a cost-efficient manner, and thus might have never adopted, or left, the WordPress platform were it not for WPE.

5. WPE offers different pricing plans, depending on the scope of services included. Its Essential hosting plans start at $20 per month and increase from there based on the level of services

provided. A true and correct printout of WPE's webpage that contains information about hosting plans and prices is attached hereto as Exhibit A. (https://wpengine.com/plans/).

6. Other solutions WPE offers include plugins for the WordPress ecosystem that are owned and developed by WPE, including the Advanced Custom Fields (ACF) plugin, as well as recommendations for WPE-vetted WordPress plugins. A true and correct printout of WPE's webpage that contains information about WordPress plugins is attached hereto as Exhibit B. (https://wpengine.com/solution-center/plugins/).

7. Among other services WPE provides, WPE educates and empowers the WordPress community through content like the WordPress Roundup and our Building WordPress series; sponsors the development of educational resources, including sponsorships of and providing speakers for WordCamps worldwide and producing DE{CODE}; and produces informative webinars, podcasts, and tutorials on how to get the best out of WordPress supported by WPE's Developer Relations team. WPE is one of the few organizations with "at scale" commercial support for users, which means that those users can obtain assistance from WPE rather than imposing on the community of volunteers who would otherwise need to absorb these questions and issues.

**WPE's Longstanding Use of the WordPress and WooCommerce Marks to Refer to the Software Platform on Which its Customers' Websites are Built**

8. Like many companies in the WordPress ecosystem, WPE's business is built around the WordPress open source platform. WPE does most of its promotions and advertising activities through its website, email, social media, Google Ads, and attendance at community events.

9. Because WPE's products and services are built to work with websites developed using WordPress open source software and open source WooCommerce plugins, WPE naturally references "WordPress" and "WooCommerce" when referring to the software platform on which its customers' websites are built. Based on my employment at WPE and my prior experience in the industry, I have become familiar with WPE's historical and current marketing and advertising practices. WPE has consistently used the term "WordPress" since 2010 in reference to the WordPress program and platform. This use has long been widely mirrored by the entire WordPress community. It is common industry practice to refer to providing managed hosting services on

WordPress as "managed WordPress." To the best of my knowledge, prior to the events at issue, Defendants never requested that WPE make changes to the WordPress references on our website.

10. For example, below is a screenshot of WPE's home page dated March 30, 2010, showing WPE's use of the WordPress mark to describe the software platform. Specifically, in 2010, WPE's website marketing banner read "Better, Faster, Stronger. WordPress."




A true and correct printout from the Internet Archive's Wayback Machine reflecting the state of WPE's home page as of March 30, 2010 is attached hereto as Exhibit C (https://web.archive.org/web/20100330012641/http://wpengine.com/).

11. As another example, below is a screenshot of WPE's home page dated December 8, 2010, again showing WPE's use of the WordPress mark to describe the software platform. The marketing banner at this time read, "Finely Tuned WordPress."



A true and correct printout from the Internet Archive's Wayback Machine reflecting the state of the webpage as of December 8, 2010 is attached hereto as Exhibit D. (https://web.archive.org/web/20101208000154/http://wpengine.com/).

12. As another example, below is a screenshot of WPE's homepage dated November 15, 2011, showing WPE's use of the WordPress mark to describe the software platform, and specifically using the term "WordPress Hosting" in reference to software platform.




A true and correct printout from the Internet Archive's Wayback Machine reflecting the state of the webpage as of November 15, 2011 is attached hereto as Exhibit E. (https://web.archive.org/web/20111115053852/http://wpengine.com/).

13. As another example, below is a screenshot of WPE's homepage dated June 16, 2015, showing WPE's use of the WordPress mark to describe the software platform, and specifically using the term "Managed WordPress Hosting" in reference to the software platform.




A true and correct printout from the Internet Archive's Wayback Machine reflecting the state of the webpage as of June 16, 2015 is attached hereto as Exhibit F. (https://web.archive.org/web/20150616200116/http://wpengine.com/).

14. As another example, below is a screenshot of WPE's dedicated webpage, dated October 4, 2018, showing WPE's use of the WordPress mark to describe the WordPress software platform, and specifically using the term "Managed WordPress Hosting" and "Your WordPress Digital Experience Platform" as banners in reference to the software platform.



A true and correct printout from the Internet Archive's Wayback Machine reflecting the state of the webpage as of October 4, 2018 is attached hereto as Exhibit G. (http://web.archive.org/web/20181004073656/https://wpengine.com/).

15. As recently flagged on X, Mr. Mullenweg on August 8, 2017, has previously described WPE as a "managed WP host," as shown below:




*See* the Declaration of Sara Jenkins in support of WPE's Motion for Preliminary Injunction ("Jenkins Decl.") filed concurrently herewith, Ex. 24 (https://x.com/hashim_warren/status/1838768717213118641).

16. WPE's website today continues to use similar language. Specifically, as of October 16, 2024, WPE uses the term "Managed WordPress Hosting" in reference to the WordPress software platform.




A true and correct printout of this webpage is attached hereto as Exhibit H (https://wpengine.com/managed-wordpress-hosting/).

17. WooCommerce is an open-source ecommerce platform that can be used for websites built using WordPress. A true and correct printout of the WooCommerce home page is attached hereto as Exhibit I. (https://woocommerce.com/). Developers can use WooCommerce to create, customize, and scale an online store on the WordPress ecosystem. A true and correct printout of a WooCommerce webpage that relates to plugins is attached hereto as Exhibit J (https://wordpress.org/plugins/woocommerce/).

18. As a result, WPE has used the term "WooCommerce" since at least 2013 to refer to the WooCommerce plugin. For example, below is a screenshot of a WPE webpage dated November 14, 2013, showing WPE's use of the WooCommerce mark to refer to the WooCommerce plugin.



**Essential Plugins and Add-ons for WordPress eCommerce Sites**

by **Austin Gunter** January 10, 2013



Ecommerce for WordPress has become common enough that it's often not just enough to have a well-functioning eCommerce site, you've also got to incorporate the right plugins and features to increase conversions and functionality on the site.

A few years ago, a large enterprise would have had a hard time building an ecommerce site with WordPress. However, in the last 2 years, WordPress has officially become a complete solution to develop large scale and feature-rich eCommerce sites. Solutions like WooCommerce, WP e-Commerce, and Cart 66 are each well-respected in their own right.

A true and correct printout from the Internet Archive's Wayback Machine reflecting the state of the webpage as of November 14, 2013 is attached hereto as Exhibit K (https://web.archive.org/web/20131114181316/ http://wpengine.com/2013/01/10/essential-plugins-and-add-ons-for-wordpress-ecommerce-sites/).

19. Here is another example of WPE's use of the WooCommerce mark from February 28, 2018 to refer to the WooCommerce plugin. (https://web.archive.org/web/20180228230453/https:/wpengine.com/solution-center/).



A true and correct printout from the Web dArchive reflecting the state of the webpage as of February 28, 2018 is attached hereto as Exhibit L (https://web.archive.org/web/20180228230453/https:/wpengine.com/solution-center/).

20. WPE's website today continues to use the term WooCommerce to describe the WooCommerce plugin, as seen below.




A true and correct printout of this webpage is attached hereto as Exhibit M (https://wpengine.com/woocommerce).

**Defendants' Recent Interference With WPE's Contractual Relationships**

21. In recent weeks, Automattic and Mr. Mullenweg have engaged in a number of actions that have harmed WPE's existing contractual relationships. For instance, as explained in the Declaration of Heather Brunner in support of WPE's Motion for Preliminary Injunction filed concurrently herewith ("Brunner Decl."), he has made false statements about WPE and disparaged WPE. Additionally, as described in the Declaration of Ramadass Prabhakar in support of WPE's Motion for Preliminary Injunction filed concurrently herewith ("Prabhakar Decl."), on September 25, Mr. Mullenweg blocked WPE customers from accessing wordpress.org from their WordPress administrative consoles, preventing them from applying security updates to their WordPress themes

and plugins. Mr. Mullenweg lifted that block on September 27, 2024 and then reinstituted that block of WPE customers on September 30, 2024.

22. During the time Mr. Mullenweg was blocking WPE's access to wordpress.org, he used his company Pressable, a WPE competitor, to tell clients to cancel their contracts with WPE and move their site hosting over to Pressable. Below is a screenshot of the Pressable homepage from September 25, 2024, which tells WPE customers that Pressable will pay for the costs of canceling their current contracts with WPE.




A true and correct printout from the Internet Archive's Wayback Machine reflecting the state of the webpage as of September 25, 2024 is attached hereto as Exhibit N (http://web.archive.org/web/20240925205007/https://pressable.com/wpe-contract-buyout/).

23. Mr. Mullenweg also responded to a post offering assistance to those having difficulty updating their plugins, telling people to just use "any other web host in the world" other than WPE, as shown below:




*See* Jenkins Decl. Ex. 16 (https://x.com/photomatt/status/1839224251288793104).

24. Below is a post dated October 2, 2024 from X.com showing Mr. Mullenweg stating that "[c]ustomers are leaving [WPE] in droves" and "[it's] a distressed asset."



*See* Jenkins Decl. Ex. 10 (https://x.com/photomatt/status/1841281383307604453).

25. Below is a post from Mr. Mullenweg from Monday, October 7, 2024, where he states that he has "surprises for you all on Tuesday, Wednesday, Thursday" in connection with the "fight[] . . . against evil private equity."




*See* Brunner Decl. Ex. J.

26. Below is another public communication from October 5, 2024, in which he wrote: "Hmm, I guess you'll have to wait and see why people might not trust ACF as much going forward."




*See* Brunner Decl. Ex. I.

27. An article from October 1, 2024, reported: "Mullenweg said his public acts would continue, adding, 'I have a lot to work with." *See* Jenkins Ex. 9 at 1-2 (https://www.therepository.email/mullenweg-threatens-corporate-takeover-of-wp-engine).

28. Below is a screenshot taken by one of my co-workers of a post from the Post Status Slack channel on Monday, October 14, 2024. After a WordPress community member said he would "need a Tums" for all the "drama," Mr. Mullenweg vaguely promised: "Oh, there's more."




A true and correct copy of this screenshot is attached hereto as Exhibit O.

29. Below is a screenshot of an October 16, 2024 email sent to a WPE customer from an employee at WooCommerce. Automattic owns WooCommerce, and Mr. Mullenweg is both the CEO of Automattic, and the claimed owner of wordpress.org. In this email, Automattic's WooCommerce subsidiary tells the WPE customer that WPE being blocked from wordpress.org "could impact sites," plugins, and updates. It also suggests risk in staying with WPE by noting that while this "might not affect your site in the short term," the customer should consider switching its business from WPE to Automattic. Mr. Mullenweg has publicly claimed credit for blocking WPE from wordpress.org in the first place. A true and correct copy of a screenshot of this email is attached hereto as Exhibit P.

From: [redacted]@woocommerce.com>
Date: Wed, Oct 16, 2024, 7:38 PM
Subject: Alert - Your WooCommerce Site Hosting Needs Attention
To: [redacted]

Hello [redacted]

I hope you're doing well. I'm reaching out because your store is currently hosting on WP Engine. As your Customer Success manager, I'm here to help ensure your sto is set up for growth and success.

WP Engine's access to WordPress.org has been restricted, which could impact sites, especially regarding plugin and theme installations or updates that are sourced directly from the WordPress.org repository.

This might not affect your site in the short term, but it would still be a good time to discuss overall hosting options and performance. Plus, Automattic via Pressable is offering a contract buy-out and white-glove migrations because we truly want to ensure your business continuity and performance (see here).

If there's anything else we can discuss or help unblock for your store, we can connect on that as well.

If this is not your area of responsibility, feel free to forward this email or put me in touch with the right contacts.

Thanks, and I am looking forward to hearing from you.
[redacted]

## **The Harm Suffered As a Result of Defendants' Actions**

### Loss of Existing and Potential Customers

30. For the period September 26 through September 30, the average number of daily cancellation requests was 14% greater than the period of September 1 through September 25.

31. With respect to new business—new contracts or upgrades—WPE was in direct ("sales-assisted") negotiation with many potential customers when Defendants' actions described above began. Our September data show that 63 customers or potential customers—or, about 12% of the expected new business for the month—told WPE that they were declining to upgrade or purchase a new account in September because of the situation vis-à-vis Defendants.

32. For example, one commented: "I'm not sure I'm comfortable until all this drama on your guys [SIC] end with Wordpress [SIC] is figured out. We are paying an extremely high premium for your service and I'm feeling uncomfortable at the moment. I've had a bunch of website issues this week that I'm not used to having and many clients contact me. It's costing me money. I'm really hoping this gets rectified quickly. We pay this premium to not have these problems and I feel like there is more coming soon if these items aren't resolved. I'm only a small fry for you I'm sure but.... I'm not in the game of getting in the middle of a drawn out legal battle."

33. Another commented: "Additionally, with all of the events this week that have transpired between WordPress and WP Engine, we'd like to hold off on entering any sort of annual contracts. I realize this has nothing to do with you or your team and there are a lot of average folks

caught in the middle. But we would really like to see how things shake out here before locking in on any longer term arrangements."

34. And by way of a final example, another commented: "Until such time as the situation is resolved between WPE and Matt Mullenweg, we will be taking no further forward steps. Regrettably, we are forced to investigate alternative hosting providers should the situation be ongoing. I recommend that you [SIC] feedback to your leadership that remaining with WPE will be untenable if the hostility between the parties is ongoing."

35. The 63 lost deals in September mentioned above are only those that provided specific reasons for not purchasing. Others did not purchase without indicating why. Overall, our forecast for new sales-assisted business in September was for 533 in new accounts or upgrades. Instead, for the month of September we ended up with only 200 new accounts or upgrades.

36. In addition, WPE is able to track the number of people who upgrade or sign up with WPE *without* a salesperson's assistance. Here, the "self-service" data show that there was a 29% decline in the rate of new, self-service sign-ups when comparing the period of September 1 through September 25, versus September 26 through September 30.

37. The above datapoints are just from the short period at the very end of September. The above data thus does not, for example, capture the impact of Defendants' taking of the ACF plugin or other recent events. The rate of cancellation requests for the period October 1 through October 14 are up 17% when compared to the rate of cancellation requests from September 1 through September 25.

38. Below is a screenshot taken by one of my coworkers of an email from a potential customer in October putting off entering into a deal because of the recent "escalation" by Defendants.

[redacted]
[redacted]

Salesloft Email Sentiment Objection - Competitor

Hi Nick

Of course. I have just messaged [redacted]

We have decided to go with a 1 year contract (rather than 3), we believe that with the escalation of the issues between WP Engine and Wordpress this is the most prudent move.

We hope to be able to engage with you again next year.

Thanks

[redacted]

A true and correct copy of this screenshot is attached hereto as Exhibit Q.

39. Looking even further ahead, we track the migration plugins two key competitors use to facilitate migration away from WPE to their hosting platform. In my experience, installing these plugins is indicative of a website that is planning to switch hosts. Looking at customers that spend over $400 a month (and thus are more likely to have a website complex enough to need migration assistance), we observe a 375% increase in the rate of migration plugin installs when comparing the period September 26 through September 30 to the period of September 1 through September 25.

40. In addition, as described in Mr. Prabhakar's declaration, Defendants took over WPE's Advanced Custom Fields plugin, changing its name to Secure Custom Fields but keeping its URL slug, reviews, and download history. ACF has both a free version and a paid version called ACF PRO. WPE currently makes millions of dollars per year in direct revenue from ACF PRO. A significant percentage of that revenue, about 15%, arises from direct upgrades from ACF to ACF PRO. When Defendants took over the plugin, they removed all code in the free version of the ACF plugin that prompted users to upgrade to ACF PRO. By removing the code, Defendants therefore completely eliminated one way in which WPE obtained new ACF PRO customers and could maintain or increase its market share. While it is too soon to track in the data, I expect that this will lead to a significant decrease in the number of new ACF PRO subscriptions. In addition, there are more than 2 million users of WPE's free ACF plugin. For such users, WPE's ACF plugin was the way WPE demonstrated high quality software, as to turn those "free" users into paying customers.

Case 3:24-cv-06917-AMO Document 465-16 Filed 11/22/26 Page 19 of 26

So the taking of ACF has reduced our opportunity to build new relationships and potential customers in that way as well.

Loss of Goodwill and Trust

41. WPE focuses on customers that put a premium on stability and enterprise readiness for WordPress. WPE's customers are thus particularly sensitive to risks of disruption—or even the perceived risk of disruption. This is true regardless of who they view to be "right" or "wrong" in a dispute. As discussed above, statements made directly to WPE indicate fears of service interruptions, which have directly led to a reduction in new customers, and a loss of current customers. But even when not tied to a specific lost account as in the above figures, WPE has lost, and is at risk of losing more, customer goodwill.

42. Defendants' takeover of the ACF plugin has increased the risk of customers losing trust in WPE. For example, if WPE customers update their plugin, they will (unwittingly) now be given code under the control of and modified by Defendants instead of code written by WPE. If Defendants' code causes the website to malfunction, the customer is nonetheless likely to blame WPE.

43. Indeed, Mr. Mullenweg predicted that "millions of sites" would be "moving away from" ACF. When someone asked why anyone would migrate away from WPE's plugin, Mr. Mullenweg hinted at future actions that would break people's "trust" in WPE.




*See* Brunner Decl. Ex. I.

44. Below is another customer indicating Defendants' actions caused "a minor heart attack," and yet another explaining the disruption caused by Defendants' "unwanted altered version" of WPE's plugin.



*See* Jenkins Decl. Ex. 27 (https://news.ycombinator.com/item?id=41828958).

SCF pushed to all my client sites and activated without approval

★☆☆☆☆

[redacted]

1 day, 6 hours ago

Last night I found out about this appropriation of ACF's work. Today when I updated my 90 client sites I spent an extra hour manually updating the real ACF plugin on some sites and then answering a couple of support tickets from worried and ticked-off clients who noticed that either their custom fields had gone missing, or their admin page was no longer reachable.

On those sites, I found that this unwanted altered version of the free plugin was active and had forced ACF Pro to deactivate. Once I removed SCF, and reactivated ACF Pro, everything was fine. This was not how I planned to spend my day.

Now my clients are feeling the results of this mess too, as their websites are directly affected.

EDIT: This morning I see in ManageWP that SCF has been added to all 90 of my clients' sites, without my knowledge, even the ones where I've already removed it. And activated – deactivating my ACF Pro installs and breaking client sites. I'm removing it, again. Is this going to keep happening? How do I prevent it??

- This topic was modified 13 hours, 48 minutes ago by redkite.
- This topic was modified 13 hours, 44 minutes ago by redkite.

A true and correct copy of a printout showing the above post on a wordpress.org forum is attached hereto as Exhibit R (https://wordpress.org/support/topic/not-the-plugin-i-originally-installed-and-i-didnt-approve-this-one/).

45. Below are two posts from September 25, 2024 from a WPE customer who pointed out that by blocking WPE, Defendants have "chosen to punish" third parties, including "Rotary International clubs, districts, and support organizations . . . in in addition to the thousands of Rotarians, volunteers, philanthropists, and the charitable causes they serve." In a follow-up post, the WPE customer emphasized the burden of explaining the problems to other website owners "who trust . . . WPEngine as a service provider."







*See* Jenkins Decl. Ex. 28 (https://x.com/AkaiEnso/status/1839082080006775170?t=Vl2VdZK-ia4G5H2BNftZKg&s=19 and https://x.com/AkaiEnso/status/1839103179826344061).

Harm to WPE's Customers and the WordPress Community

46. The above discussion focuses on the harm to WPE itself. But the customer and agency complaints and customer actions also evidence harm to the customers and website agents themselves.

47. For instance, businesses with a website stand to lose their own revenue and customer goodwill if *their* websites stop operating normally—and could lose even more if their website stops functioning at key times. Consider, for example, if a political website stops functioning around the election season, or a shopping website around Black Friday or Cyber Monday. If businesses with a website switch away from WPE managed sites, they not only lose our services, but are needlessly being subject to the monetary and personnel costs of switching between managers. Depending on the complexity of the site, other service providers may need to be hired, and migration could take about a month to conclude. Even if they ultimately decide to stay, businesses with a website may feel compelled by events to invest in contingency planning and monitoring efforts to help ensure their websites remain operational no matter what Defendants do next. And where a website's

functionality has been broken—such as on a website that was unknowingly migrated from ACF to Defendants' SCF, and then experienced issues—the operator will need to invest in trying to fix the situation.

48. For WPE agencies—that is, those who help their customers build and manage websites on WordPress and WPE—they too are losing business, just like WPE is losing business. Because agency clients are concerned about the stability of WordPress, this is leading to agencies losing contracts as their customers revisit building new websites or expanding their existing one while WordPress is unstable. For example, below is a post from a website developer who describes losing his own $40,000 contract because of Defendants' actions.



r/Wordpress • 21 hr ago
[redacted]

**You asked how we're suffering as a result of Mullenweg's war with WPE? I just lost a 40 thousand dollar contract over it.**

Discussion

A lot of people here seem to think that clients aren't aware of what's going on and therefore the impact will be minimal on developers. On a recent thread, the vast majority of commenters shrugged off the controversy as irrelevant to their day-to-day. And while that may be true for teeny tiny single-owner websites, some of us deal directly with large companies or white label through agencies, and let me tell you: their CMOs are well aware of what's happening.

Background: I'm a one-man outfit, who partners with a local visual designer to do the design work, or works white label to do the entire build for agencies.

- I had a contract *signed and ready to go* for 2025, where the budget for dev was $40k, and now they've backed out to reconsider the CMS as a whole, as a result of Mullenweg's petty war with WPE.
- I had another contract that just got signed with WPE (right before our Dictator for Life attacked WPE at WordCamp), the website for which I'm actively building right now. I'm also WPE affiliate. The client would have backed out of hosting if not for the extensive legal review they had to go through to set up the hosting in the first place, and they've only decided to stay on WPE for the short term. Potential impact on me is thousands of dollars in referral fees.
- I have had three other key clients (large % of total revenue) I manage whose sites I built reach out to me for reassurance since WordCamp to ask if the platform is stable going forward. All of them are CTOs or CMOs. All I could say is that with honesty is *no one knows what the future holds*. I can't even reassure them on *the platform's stability*. All because of one terroristic founder who's bent on destroying what shred of good faith is left in his creation. I won't blame them for switching platforms on the next design refresh because of this. But that's a loss of *huge* potential revenue for me as a single-owner freelancer.

So yes, we are suffering. I'm considering picking up at least 3 other popular CMS's as offerings over my winter break to contend with this. This is huge and I'm glad the mods opened discussion so we can track of this on a post-by-post basis. This should be front page until WordPress is a stable platform again!

*See* Jenkins Decl. Ex. 14 (https://www.reddit.com/r/Wordpress/comments/1g3rwwm/you_asked_how_were_suffering_as_a_result_of/).

49. In addition, I understand from public commentary and my experience in the industry, that other plugin developers, managed WordPress service providers, and other members of the WordPress community are also concerned about all of these events, including because they do not know if they will be subject to similar behavior by Defendants if they refuse to pay a "license fee." For example, in the below post, a member of the WordPress community discusses having to update their clients regarding this "volatile situation with uncertain implications," such as "which host or [developer] outfit may be fucked with next? … what new destructive impulse might Mullenweg dream up?"

[redacted] • 1d ago • Edited 1d ago •

We updated our clients with a brief explainer, and told them it was a volatile situation with uncertain implications. We also laid out some of the possible responses (ex: fork).

The problem with the WPBeginner article is that it ignores the unpredictability of what may happen next - which is the entire point. Their overriding business need to keep people interested in WP substitutes wishful thinking for objectivity.

For example: which free or premium plugin may be fucked with next?

Which host or dev outfit may be fucked with next?

What new destructive impulse might Mullenweg dream up?

This is what clients & the WP community at large are worried about.

NOBODY had this on their 2024 bingo card.

So confident assurances that it ain't no big thang may well backfire, make the person doing the reassuring look naive at best, and certainly aren't based on actual knowledge.

*See* Jenkins Decl. Ex. 33 (https://www.reddit.com/r/Wordpress/comments/1g4imyq/comment/ls3ssnq/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2024, in Austin, Texas.

Jason Teichman

**ATTESTATION**

I, Rachel Herrick Kassabian, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jason Teichman has concurred in the aforementioned filing.

By */s/ Rachel Herrick Kassabian*
Rachel Herrick Kassabian