# EXHIBIT 16

# FILED UNDER SEAL