# EXHIBIT 21

# FILED UNDER SEAL