# EXHIBIT 22

# FILED UNDER SEAL