# EXHIBIT 23

Plugin Directory

# Plugins

Extend your WordPress experience! Browse over 66,000 free plugins.

All Community Commercial

## Featured plugins

See all

### BlockFlow – FSE Blocks, Site Builder & Starter Templates

(0)

25+ responsive Gutenberg blocks with dark mode. Customize desktop, tablet & mobile separately. Fast, lightweight, no bloat and friendly to use.

ThemeRuby

60+ active installations Tested with 7.0

### Asteris Blocks

(0)

50 free Gutenberg blocks — alphabetised inserter, FAQ + Recipe schema, Newsletter integrations, 12 patterns. Full-featured and free forever.

Asteris Commerce

50+ active installations Tested with 7.0

### rtCarousel

(0)

A modular, high-performance carousel block for WordPress, powered by the Interactivity API and Embla Carousel.

### Reviso – Client Feedback & Approvals

(2)

Client & website feedback for WordPress: pin comments, collect approvals & sign-off, share no-login review links. Bricks, Elementor & Gutenberg.

rtCamp

80+ active installations Tested with 7.0

Ben Elwood

200+ active installations Tested with 7.0

### Sobi Forms

★★★★★ (1)

Lightweight form builder with inbox, shortcode, Gutenberg block, and vanilla AJAX.

alesas

20+ active installations Tested with 7.0

### Senzastile Featured Image Fallbacks

☆☆☆☆☆ (0)

Never show a blank thumbnail again. Automatically display a default featured image, fallback image, or placeholder image for any post, page, or custom ...

senzastile

20+ active installations Tested with 7.0

## Beta plugins

See all

### Gutenberg

★★☆☆☆ (3,873)

The Gutenberg plugin adds editing, customization, and site building to WordPress. Use it to test beta features before their official release.

WordPress.org

300,000+ active installations Tested with 6.9.4

### AI

★★★★½ (7)

AI features, experiments and capabilities for WordPress.

WordPress.org

20,000+ active installations Tested with 7.0

## Preferred Languages

(19)

Choose languages for displaying WordPress in, in order of preference.

Pascal Birchler

2,000+ active installations Tested with 7.0

## Performant Translations

(16)

Making internationalization/localization in WordPress faster than ever before.

Pascal Birchler

40,000+ active installations Tested with 7.0

## Two Factor

(209)

Enable Two-Factor Authentication (2FA) using time-based one-time passwords (TOTP), email, and backup verification codes.

WordPress.org

100,000+ active installations Tested with 6.9.4

## Performance Lab

(50)

Performance plugin from the WordPress Performance Team, which is a collection of standalone performance features.

WordPress Performance Team

100,000+ active installations Tested with 7.0

# Popular plugins

See all

## Elementor Website Builder – more than just a page builder

(7,268)

The Elementor Website Builder has it all: drag and drop page builder, Atomic Editor, pixel perfect design, global and reusable style systems, mobile r ...

## Yoast SEO – Advanced SEO with real-time guidance and built-in AI

(27,812)

Improve your SEO with real-time feedback, schema, and clear guidance. Upgrade for AI tools, Google Docs integration, and 24/7 support, no hidden fees.

Elementor

10+ million active installations Tested with 7.0

Yoast

10+ million active installations Tested with 7.0

## Contact Form 7

(2,173)

Just another contact form plugin. Simple but flexible.

Rock Lobster Inc.

10+ million active installations Tested with 7.0

## Classic Editor

(1,242)

Enables the previous "classic" editor and the old-style Edit Post screen with TinyMCE, Meta Boxes, etc. Supports all plugins that extend this screen.

WordPress.org

9+ million active installations Tested with 7.0

## LiteSpeed Cache

(2,757)

All-in-one unbeatable acceleration & PageSpeed improvement: caching, image/CSS/JS optimization...

LiteSpeed Technologies

7+ million active installations Tested with 6.9.4

## WooCommerce

(4,805)

Everything you need to launch an online store in days and keep it growing for years. From your first sale to millions in revenue, Woo is with you.

Automattic

7+ million active installations Tested with 7.0

## Block-Enabled plugins

See all

### Quiz Cat – WordPress Quiz Plugin

(35)

Quiz Cat Lets You Create Beautiful Viral BuzzFeed-style Quizzes That Drive Social Shares & User Engagement. Set It Up In 2 Minutes.

fatcatapps

5,000+ active installations Tested with 7.0

### Twentig Supercharged Block Editor – Blocks, Patterns, Starter Sites, Portfolio

(168)

Supercharge the WordPress block editor with enhanced core blocks, hundreds of block patterns, professional starter sites, and portfolio tools.

Twentig

20,000+ active installations Tested with 7.0

### Photo Gallery, Sliders, Proofing and Themes – NextGEN Gallery

(4,337)

The most popular gallery plugin that lets you create galleries and albums in seconds.

Syed Balkhi

400,000+ active installations Tested with 7.0

### Form Maker by 10Web – Mobile-Friendly Drag & Drop Contact Form Builder

(776)

Form Maker is a user-friendly contact form builder that allows to create forms for any purpose, from a simple contact form to multi page survey forms

10Web

30,000+ active installations Tested with 6.9.4

### Jetpack – WP Security, Backup, Speed, & Growth

### If-So Dynamic Content – Elementor & All Page Builders Personalization

(2,402)

Improve your WP security with powerful one-click tools like backup, WAF, and malware scan. Includes free tools like stats, CDN and social sharing.

Automattic

3+ million active installations Tested with 7.0

(92)

The ultimate solution for advanced display conditions and Geolocation – easy to use with Elementor, Gutenberg, and all page builders.

If-So Dynamic Content

7,000+ active installations Tested with 6.9.4

# Add your plugin

The WordPress Plugin Directory is the largest directory of free and open source WordPress plugins. Find out how to host your plugin on WordPress.org.

# Create a plugin

Building a plugin has never been easier. Read through the Plugin Developer Handbook to learn all about WordPress plugin development.

# Stay up-to-date

Plugin development is constantly changing with each new WordPress release. Keep up with the latest changes by following the Plugins Team's blog.