# EXHIBIT 24

Plugin Directory

# Plugins

Extend your WordPress experience! Browse over 71,000 free plugins.

All Community Commercial

## Featured plugins

See all

### Save & Go

(3)

A modern "2-in-1" save button for the classic AND block editor: save the post and instantly go to your next action.

Alisha Thomas

60+ active installations Tested with 7.1

### Add From Server Reloaded

(4)

Bypass WordPress upload limits and import large files or folders directly from anywhere on your server into the WordPress Media Library.

Adeel

3,000+ active installations Tested with 7.0.4

### DoubleScale | Self-Hosted CRM – Sales, Marketing, Booking,…

(5)

Self-hosted CRM with sales, marketing, booking, helpdesk, tasks & projects, automations plus a built-in MCP server for AI clients. One plugin.

DoubleScale

10+ active installations Tested with 7.1.0

### Widewalk – Accessibility Toolbar

(0)

Reading controls your visitors set for themselves: bigger text, looser lines, stronger links, calmer colour. Any theme. No tracking. Not an overlay.

Wallet Up

30+ active installations Tested with 7.1

## Translera – Automatic Google Translate for Multilingual…

☆☆☆☆☆ (0)

Add multilingual WordPress translation with Google Translate, SEO hreflang URLs, Elementor, Gutenberg, and a language switcher.

ilmosys

100+ active installations Tested with 7.1

## GemBooking – Appointment Booking, Booking Calendar &…

★★★★★ (1)

Booking calendar and appointment scheduling for WordPress. Take appointment, event, rental and resource bookings with payments and automatic emails.

Kodezen LLC

80+ active installations Tested with 7.1

# Beta plugins

See all

## Gutenberg

★★☆☆☆ (3,883)

The Gutenberg plugin adds editing, customization, and site building to WordPress. Use it to test beta features before their official release.

WordPress.org

400,000+ active installations

Tested with 7.0.4

## Performance Lab

★★★★½ (51)

Performance plugin from the WordPress Performance Team, which is a collection of standalone performance features.

WordPress Performance Team

100,000+ active installations Tested with 7.1

## AI

★★★★½ (8)

AI features, experiments and capabilities for WordPress.

WordPress.org

50,000+ active installations Tested with 7.1

## Preferred Languages

★★★★★ (18)

Choose languages for displaying WordPress in, in order of preference.

Pascal Birchler

2,000+ active installations Tested with 7.1

## Performant Translations

★★★★★ (16)

Making internationalization/localization in WordPress faster than ever before.

Pascal Birchler

40,000+ active installations Tested with 7.1

## Two Factor

★★★★★ (208)

Enable Two-Factor Authentication (2FA) using time-based one-time passwords (TOTP), email, and backup verification codes.

WordPress.org

100,000+ active installations

Tested with 6.9.7

# Popular plugins

See all

## Elementor Website Builder – more than just a page builder

★★★★½ (7,297)

The Elementor Website Builder has it all: drag and drop page builder, Atomic Editor, pixel perfect design, global and reusable style systems, mobile r …

Elementor

10+ million active installations

Tested with 7.1

## Yoast SEO – Advanced SEO with real-time guidance and built-i…

★★★★★ (27,819)

Real-time SEO guidance, schema, and AI built in. Help search engines and AI systems understand your content. All AI tools included, no hidden fees.

Yoast

10+ million active installations

Tested with 7.1

## Contact Form 7

★★★★☆ (2,179)

Just another contact form plugin. Simple but flexible.

Rock Lobster Inc.

10+ million active installations

## Classic Editor

★★★★★ (1,246)

Enables the previous "classic" editor and the old-style Edit Post screen with TinyMCE, Meta Boxes, etc. Supports all plugins that extend this screen.

WordPress.org

8+ million active installations

Tested with 7.1

Tested with 7.0.4

## LiteSpeed Cache

(2,770)

All-in-one unbeatable acceleration & PageSpeed improvement: caching, image/CSS/JS optimization...

LiteSpeed Technologies

7+ million active installations Tested with 7.1

## WooCommerce

(4,821)

Everything you need to launch an online store in days and keep it growing for years. From your first sale to millions in revenue, Woo is with you.

Automattic

7+ million active installations Tested with 7.1

# Block-Enabled plugins

See all

## Gutenberg Essential Blocks – Page Builder for Gutenberg...

(213)

Gutenberg block editor with AI. 70+ Gutenberg blocks, patterns, WooCommerce blocks, post grid, gallery, menu with Gutenberg block library.

WPDeveloper

200,000+ active installations

Tested with 7.0.4

## User Profile Builder – Beautiful User Registration Forms, User...

(735)

Powerful user profile plugin to create front-end user registration forms, login & user profile forms. Includes user role editor & content restriction.

Cozmoslabs

40,000+ active installations Tested with 7.1

## Magical Blocks – Elementor Style Blocks for Gutenberg

(0)

Get Elementor vibe in the WordPress Editor! Powerful Gutenberg blocks with Flexbox containers, responsive controls, and professional design options.

## Bootstrap Blocks

(28)

Bootstrap Gutenberg Blocks for WordPress. This plugin adds Bootstrap components and layout options as Gutenberg blocks.

Noor Alam

900+ active installations Tested with 7.0.4

tschortsch

10,000+ active installations

Tested with 7.0.4

### Groundhogg — CRM, Newsletters, and Marketing…

(149)

Groundhogg is the best WordPress CRM & Marketing Automation plugin. Create flows, email campaigns, and have a CRM all within your WordPress site.

Adrian Tobey

2,000+ active installations Tested with 7.1

### Twentig Supercharged Block Editor – Blocks, Patterns,…

(170)

Supercharge the WordPress block editor with enhanced core blocks, hundreds of block patterns, professional starter sites, and portfolio tools.

Twentig

20,000+ active installations Tested with 7.1

# Add your plugin

The WordPress Plugin Directory is the largest directory of free and open source WordPress plugins. Find out how to host your plugin on WordPress.org.

# Create a plugin

Building a plugin has never been easier. Read through the Plugin Developer Handbook to learn all about WordPress plugin development.

# Stay up-to-date

Plugin development is constantly changing with each new WordPress release. Keep up with the latest changes by following the Plugins Team's blog.