# EXHIBIT 26

PageVault

| | |
|---|---|
| Document title: | WordPress migrations now unlimited — and all free - Kinsta® |
| Capture URL: | https://kinsta.com/changelog/unlimited-free-migrations/ |
| Page loaded at (UTC): | Wed, 21 Oct 2026 02:49:06 GMT |
| Capture timestamp (UTC): | Wed, 21 Oct 2026 02:49:07 GMT |
| Capture tool: | 4.8.1 |
| Collection server IP: | 54.221.111.245 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/155.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v24.21.0) |
| PDF length: | 5 |
| Capture ID: | sWFUu9XfGT9bmBjANE7dt1 |
| Display Name: | tlopez |

Kinsta Platform Solutions Pricing Resources Contact Login Try for free

Changelog

# Free and unlimited WordPress migrations

Updated: October 23, 2024




We've made transferring your WordPress sites to Kinsta from other hosting companies more cost-effective by rolling out unlimited, free migrations – even for the most complex moves.

Kinsta has long provided free migrations for sites hosted elsewhere and deployed using a standard WordPress configuration. But there were limits on the number of complex (Premium) migrations we would do, depending on your Kinsta hosting plan allowance.

In addition, we charged an additional fee if you wanted us to repeat a migration or clean up malware we found while transferring files and ...ase content from other providers.

... it's all free! The only limit on the number of migrations you can request ... number of WordPress installations available in your Kinsta hosting

## ... distinction between Basic and ...emium migrations

... now on, although they're still referenced in MyKinsta's UI, there's no ...r a cost distinction between Basic and Premium migrations. They're all ...o all customers.

Kinsta
Cookie Settings

Kinsta uses cookies and similar technologies to provide essential website functionality, analyze site usage, personalize content, and deliver targeted advertising. You can accept all cookies, reject all non-Essential cookies, or customize your preferences. For more information, see our Privacy Policy.

Manage Options

Powered by Ketch

Now, it's all free! The only limit on the number of migrations you can request is the number of WordPress installations available in your Kinsta hosting plan.

# No distinction between Basic and Premium migrations

From now on, although they're still referenced in MyKinsta's UI, there's no longer a cost distinction between Basic and Premium migrations. They're all free to all customers.

All migrations have access to the capabilities of our current Premium service, which include:

- Scheduled migrations. (This is common for ecommerce and community websites for which a clean swap from one host to another requires precise coordination to prevent the loss of transactions or user-contributed content.)
- Support for migrating sites that use WP Engine's LargeFS feature.
- Support for migrating WordPress multisite networks.
- Support for sites that require reverse proxies and non-standard WordPress implementations like Bedrock and Trellis.
- Migration of sites for which you have only WordPress admin access and not access to the underlying server.




– Choosing scheduling options for a "Premium" site migration in MyKinsta.

Kinsta
×
Cookie Settings
Kinsta uses cookies and similar technologies to provide essential website functionality, analyze site usage, personalize content, and deliver targeted advertising. You can accept all cookies, reject all non-Essential cookies, or customize your preferences. For more information, see our Privacy Policy.
Manage Options
Powered by Ketch

– Choosing scheduling options for a "Premium" site migration in MyKinsta.

## "I'm still seeing 'Basic' and 'Premium' options in MyKinsta"

We chose to make all free migrations available to customers before adjusting MyKinsta's UI.

When we decided to offer unlimited free site migrations from other hosting providers, we wanted to roll it out as soon as possible! So, for now, keep following the same drill. Begin a migration request by selecting a Basic or Premium site transfer within MyKinsta.

In the coming weeks, we'll provide just one pathway to request a migration.

In the meantime, the factors to consider when choosing a Basic or Premium migration remain the same. The difference is that we no longer need to count the number of Premium migrations you request or bill you for add-ons like malware cleanup.




– You'll see options for basic and premium migrations for a while yet.

## Speed up your WordPress site by …oving to Kinsta

…dy have websites up and running elsewhere? Begin your move to more …rful WordPress hosting by learning more about site migration at Kinsta.

kinsta
×
Cookie Settings
Kinsta uses cookies and similar technologies to provide essential website functionality, analyze site usage, personalize content, and deliver targeted advertising. You can accept all cookies, reject all non-Essential cookies, or customize your preferences. For more information, see our Privacy Policy.
Manage Options
Powered by Ketch

## Latest Changelog Entries

Make a site "disappear" with environment suspension

Multiple-site management bulks up in MyKinsta

moving to Kinsta

Already have websites up and running elsewhere? Begin your move to more powerful WordPress hosting by learning more about site migration at Kinsta.

## Latest Changelog Entries

### Shields up! Kinsta adds enhanced Vulnerability Protection

Kinsta's new Vulnerability Protection – powered by Patchstack – can help plug WordPress security holes before fixes are available.

4 min read · October 9, 2026

### Make a site "disappear" with environment suspension

Kinsta's new Suspend Environment option quickly makes a WordPress site unavailable on both the frontend and the backend.

2 min read · October 2, 2026

### Multiple-site management bulks up in MyKinsta

We've added more tools to the bulk actions menu in MyKinsta to give you more tools for managing multiple WordPress sites.

2 min read · October 2, 2026

**Product**
Pricing
Hosting for WordPress
Security
Performance
Kinsta add-ons
Dedicated Hosting for WordPress
System Status ↗

**Use cases**
Agency
Enterprise
Education
Small business
WooCommerce hosting
Single high-resource site
Non-profit
Multisite

**Services**
Free site migrations
Affiliate Program
Expert support
Agency Partner Program
Agency Directory
Trusted Tools for WordPress

**Resources**
Blog
Case studies
Changelog
Documentation
Kinsta vs. Competition
All resources

**Company**
About us
Careers
Contact us
Why Kinsta
Security and trust ↗
Press
Legal and Privacy

atabases, and static sites effortlessly. Application hosting ↗ Database hosting ↗ Static site hosting ↗

We take security and privacy seriously.
Trust Center · Privacy Policy · Your Privacy Choices

PA

English

®, MyKinsta®, DevKinsta®, and Sevalla® are trademarks owned by Kinsta Inc.

Kinsta
Cookie Settings
Kinsta uses cookies and similar technologies to provide essential website functionality, analyze site usage, personalize content, and deliver targeted advertising. You can accept all cookies, reject all non-Essential cookies, or customize your preferences. For more information, see our Privacy Policy.
Manage Options
Powered by Ketch