# EXHIBIT 31

WP engine

Status Page > Plugin and Theme Update Restrictions

## Plugin and Theme Update Restrictions

Latest Update:

**CLOSED – Resolved**

09/27/2024 09:18:17PM CDT

Up: **3** Affected: **0** Down: **0**

**North America – Up**

**Europe – Up**

**Asia / Pacific – Up**

Notification History:

**UPDATE 6 – Identified**

09/27/2024 06:16:31PM CDT

Up: **0** Affected: **3** Down: **0**

Our platform is being updated for access to the repository of WordPress plug-ins. We will continue to post updates here. This change should be visible for most customers in the next several hours.

**UPDATE 5 – Identified**

09/27/2024 12:42:00PM CDT

Up: **0** Affected: **3** Down: **0**

We know that you have or are experiencing issues with WP-admin updating your plug-ins. We have an interim solution and are working around the clock on a long-term solution that will create more stability with plug-in updates. We will not rest until this solution is in place. In the interim, customers will need to manually update plugins or contact support for help. Instructions to manually update can be accessed here. Again, we are standing ready to support you however we can, please reach out to support at anytime as you normally would.

We will post another status update when our long-term solution is available.

show less

EXHIBIT 19
WIT: Prabhakar
DATE: 2.4.26
SHARON ROSS, CSR, CRR, RMR

**UPDATE 4 – Identified**

09/26/2024 01:04:45PM CDT

Up: **0** Affected: **3** Down: **0**

WP Engine has an interim solution in place as well as several workarounds that allow you to make updates to your plugins and themes as you normally would. We understand the urgency of this situation and are expeditiously working on a long-term solution to permanently address WP Engine's blockage from WordPress.org. At no time did this issue impact the front-end performance, reliability, or security of your site. We will continue to send updates via our status page, and in case you run into any issues, our support team is standing by 24/7.

**Guides and Resources:**

Manage Plugins and Themes Manually - https://wpengine.com/support/manage-plugins-and-themes-manually

show less

**UPDATE 3 – Identified**
09/26/2024 08:40:48AM CDT

Up: **0** Affected: **3** Down: **0**

WordPress.org has blocked WP Engine customers from updating and installing plugins and themes via WP Admin. There is currently no impact on the frontend performance of your site, but wp-admin could be impacted with slower performance. We know how important this is for you and we are actively developing a remediation for this issue. We will update you as soon as we have a fix.

**UPDATE 2 – Identified**
09/25/2024 08:11:54PM CDT

Up: **0** Affected: **3** Down: **0**

WordPress.org has blocked WP Engine customers from updating and installing plugins and themes via WP Admin. There is currently no impact on the performance, reliability or security of your site nor does it impact your ability to make updates to your code or content. We know how important this is for you and we are actively developing a remediation for this issue. We will update you as soon as we have a fix.

If you need to install or update a plugin or theme, manual instructions can be found at https://wpengine.com/support/manage-plugins-and-themes-manually

If you have any questions or need assistance, do not hesitate to reach out to our technical support team.

show less

**CREATED – Identified**
09/25/2024 04:58:00PM CDT

Up: **0** Affected: **3** Down: **0**

WordPress.org has blocked WP Engine customers from updating and installing plugins and themes via WP Admin. There is currently no impact on the performance, reliability or security of your site nor does it impact your ability to make updates to your code or content. We know how important this is for you and we are actively developing a remediation for this issue. We will update you as soon as we have a fix. Please review our status page or reach out to technical support for updates.