# EXHIBIT 32

# FILED UNDER SEAL