# EXHIBIT 34

# FILED UNDER SEAL