# EXHIBIT 35

# FILED UNDER SEAL