# EXHIBIT 39

# FILED UNDER SEAL