# EXHIBIT 44

| | |
|---|---|
| PRODBEG : | WPE00629080 |
| PRODEND : | WPE00629082 |
| PRODBEGATT : | WPE00629080 |
| PRODENDATT : | WPE00629082 |
| PROD_Brand : | |
| TAG - Confidentiality : | |
| DateSort : | 4/13/2026 3:00:00 PM |
| Custodian_Primary : | Public |
| PROD_AllCustodians : | Public |
| Filename/Subject : | wordpress.org_2026-04-13-19-59-38.pdf |

Page Vault

| | |
|---|---|
| Document title: | WP Engine is banned from WordPress.org – WordPress News |
| Capture URL: | https://wordpress.org/news/2024/09/wp-engine-banned/ |
| Captured site IP: | 194.39.69.28 |
| Page loaded at (UTC): | Mon, 13 Apr 2026 19:59:38 GMT |
| Capture timestamp (UTC): | Mon, 13 Apr 2026 19:59:39 GMT |
| Capture tool: | 3.20.3 |
| Collection server IP: | 52.201.230.31 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| Capture ID: | 3952ocH5uLMGr9EcBf3hcQ |

September 25, 2024

By Matt Mullenweg in Community, Development, General, Security, Updates

# WP Engine is banned from WordPress.org

Any WP Engine customers having trouble with their sites should contact WP Engine support and ask them to fix it.

WP Engine needs a trademark license, they don't have one. I won't bore you with the story of how WP Engine broke thousands of customer sites yesterday in their haphazard attempt to block our attempts to inform the wider WordPress community regarding their disabling and locking down a WordPress core feature in order to extract profit.

**What I will tell you is that, pending their legal claims and litigation against WordPress.org, WP Engine no longer has free access to WordPress.org's resources.**

WP Engine wants to control your WordPress experience, they need to run their own user login system, update servers, plugin directory, theme directory, pattern directory, block directory, translations, photo directory, job board, meetups, conferences, bug tracker, forums, Slack, Ping-o-matic, and showcase. Their servers can no longer access our servers for free.

The reason WordPress sites don't get hacked as much anymore is we work with hosts to block vulnerabilities at the network layer, WP Engine will need to replicate that security research on their own.

Why should WordPress.org provide these services to WP Engine for free, given their attacks on us?

WP Engine is free to offer their hacked up, bastardized simulacra of WordPress's GPL code to their customers, and they can experience WordPress as WP Engine envisions it, with them getting all of the profits and providing all of the services.

If you want to experience WordPress, use any other host in the world besides WP Engine. WP Engine is not WordPress.

block vulnerabilities at the network layer, WP Engine will need to replicate that security research on their own.

Why should WordPress.org provide these services to WP Engine for free, given their attacks on us?

WP Engine is free to offer their hacked up, bastardized simulacra of WordPress's GPL code to their customers, and they can experience WordPress as WP Engine envisions it, with them getting all of the profits and providing all of the services.

If you want to experience WordPress, use any other host in the world besides WP Engine. [WP Engine is not WordPress](#).

**Share this:**

Previous · WP Engine is not WordPress

WP Engine Reprieve · Next

## Subscribe to WordPress News

Email Address | Subscribe

Join 20.2K other subscribers

## WP Briefing — The WordPress Podcast

Learn about where WordPress is going and how you can get involved.

Listen to all episodes

About
News
Hosting
Privacy
Showcase
Themes
Plugins
Patterns
Learn
Documentation
Developers
WordPress.tv ↗
Get Involved
Events
Donate ↗
Five for the Future
WordPress.com ↗
Matt ↗
bbPress ↗
BuddyPress ↗

WordPress.org

The WordPress® trademark is the intellectual property of the WordPress Foundation.