# EXHIBIT 45

*Provided to the Court in Native Format*

STEPHEN SHACKELFORD, JR. (*pro hac vice*)
SHAWN RABIN (*pro hac vice*)
JILLIAN HEWITT (*pro hac vice*)
MAX STRAUS (*pro hac vice*)
RUSSELL RENNIE (*pro hac vice*)
EUDOKIA SPANOS (*pro hac vice*)
GENG CHEN (*pro hac vice* pending)
SHAULI BAR-ON (SBA CA 356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com
rrennie@susmangodfrey.com
espanos@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com

ELIZA FINLEY (CA 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc., and Counterclaimant WordPress Foundation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martinez-Olguin

**MANUAL FILING NOTIFICATION**

Exhibit 45 – Audio-visual recording of “Matt Talks About WordPress Situation,” posted to ThePrimteTime YouTube channel on September 26, 2024 (WPE00130991)

# MANUAL FILING NOTIFICATION

Regarding: Exhibit 45 to the Declaration of Stephen Shackleford in Support of Defendants' Motion for Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at https://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☒ Non-Graphic/Text Computer File

☐ Item Under Seal in Criminal Case

☐ Conformance with Privacy Policy

☐ Other (please describe):

Dated: November 20, 2026

**SUSMAN GODFREY L.L.P.**

By: /s/ Eliza Finley

Stephen Shackelford, Jr. (*pro hac vice*)
Shawn Rabin (*pro hac vice*)
Jillian Hewitt (*pro hac vice*)
Max Straus (*pro hac vice*)
Russell Rennie (*pro hac vice*)
Eudokia Spanos (*pro hac vice*)
Geng Chen (*pro hac vice* pending)
Shauli Bar-On (SBA CA 356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
jhewitt@susmangodfrey.com
mstraus@susmangodfrey.com
rrennie@susmangodfrey.com
espanos@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com

Eliza Finley (SBN CA 301318)

**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendants and Counterclaimants Automattic Inc. and WooCommerce Inc., and Counterclaimant WordPress Foundation*