# EXHIBIT 47

# FILED UNDER SEAL