# EXHIBIT 49

# FILED UNDER SEAL