# EXHIBIT 50

# FILED UNDER SEAL