# EXHIBIT 51

# FILED UNDER SEAL