# EXHIBIT 54

# EXHIBIT 4

# Audio Transcript

Case Number: 3:24-CV-06917

Date: February 13, 2025

In the matter of:

# WPENGINE, INC. v AUTOMATTIC INC., et al.

CERTIFIED COPY

Reported by:
MONICA GONZALEZ

Steno
Official Reporters

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
310.573.8380

CASE NAME: WPENGINE, INC. V AUTOMATTIC INC., ET AL.

CASE ID: 3:24-CV-06917

DATE: THURSDAY, FEBRUARY 13, 2025

KEYNOTE ADDRESS- WORDCAMP US CONVENTION, SEPT. 21, 2024

MR. MULLENWEG: Howdy howdy everybody. Good to see you all. It is always so exciting to have a physical manifestation of the WordPress community. And looking around this room, Portland has been pretty fun, right? Oh, clicker, thank you. Cool. So we're going to try a few different things today. This might be one of my spiciest WordCamp presentations ever. So, we'll see.

But I want to start out with actually reading a blog post I wrote. So, let's see. Could we put up the nourish slide? So, I wrote this the other day and there's a song that goes along with it. Are we going to be able to play the song? Yeah? Let me know when you're ready to press play, and I will start reading this.

We actually -- Joshua Rodman was going to come and -- but it was like we couldn't get a piano on the stage and stuff, so we might have him at a future event. But it was actually -- he lives down in Berkeley and -- and would have been fun to have him play.

But -- so the idea is that you -- you read this post. I actually kind of wrote it synchronized to the song by Joshua Redmond called Wish. He's an amazing tenor saxophonist, jazz musician. And I think it's kind of fun to play with the medium of writing and spoken word and performance and everything like that. We're trying to bring some more art into board camps. Did

you all enjoy the arts stuff?

ALL: Yeah.

MR. MULLENWEG: Yeah. Really beautiful. Because when we think about it, WordPress is really about creation, right? It's about how we create, how we -- what we do. And also we think it's going to be great for sponsors to have like 20% at the booth, the sponsor floor be kind of like community stuff, art and everything like that. Gets people going down there, more people will visit the booth, everything. So like keep an eye out for more of that in the future.

Oh, there we go. Howdy. All right. This is me. I'm Matt Mullenweg. This is where you can follow me on the various socials, different things. Some of them WordPress -- some of them are going to be WordPress powered, like Tumblr in the future. So this is nourish. So, all right, music. All right. I'll just start reading it. All right.

Contributor today just wrapped up for WordCamp Portland in WordCamp US. If you've ever had a chance to visit WordCamp, I recommend it. It's an amazing group of people brought together by this crazy idea that working together, regardless of our differences or where we came from, or what school we went to, we can be united by a simple yet groundbreaking idea.

That software can give you more freedom. Freedom to hack, freedom to charge, freedom to break it, freedom to do things. I disagree with freedom to experiment, freedom to be yourself. Freedom expressed across the entire range of human -- of the human condition.

Open source once ridiculed and attacked by the professional classes, that's a link to the Halloween memos from Microsoft, has taken over as an intellectual and moral movement. Its followers are Allegion within every major tech company. Yet even now, false profits like Meta are trying to co-opt it.

Llama, its Open source AI model is free to use, at least until this is a quote, "monthly active users of the products or services made available by -- for the licensee or the licensees affiliate is greater than 700 million monthly active users in the preceding calendar month."

Seriously? So basically -- and by the way, people misinterpreted this. I actually think Llama is fantastic. It's amazing. I really like it. I just don't want them to call it Open source. So anyway, excuse me, is that registered users visitors to WordPress powered sites? Which number in the billions?

That's like if the US government said

that you can have the first amendment freedom of speech until you make over 50 grand a year in the preceding calendar year. At which point your first Amendment rights were revoked. That's what the license says, basically. No, that's not Open source. That is not freedom.

I believe Meta should have a right to set the terms, the smart business and amazing deal for users of Llama. But don't pretend Llama is Open source when it doesn't actually increase humanity's freedom. It's a proprietary license issues at Meta's discretion whim. If you use it, you're effectively a vassal state of meta vassal.

States are this kind of like a -- I -- I linked it to Wikipedia because I guess a lot of people are like, what's a vassal state? It's this idea of like a -- in sort of countries that -- like a state that's like another sort of under another country. Canada and US, I don't know. No one likes being a vassal state by the way.

When corporations disingenuously claim to be Open source for marketing purposes, it's clear a sign that Open source is winning. Actual Open source licenses, this is a link to the open source.org. OSI foundation, are the law that guarantees freedom, the bulwark against authoritarianism.

But what makes Open source work isn't the

law, it's the ethos. It's the social mores. It's what I'm now calling ecosystem thinking. The mindset that separates any old software with an Open source license from the software that's alive, that's humming with activity and contributions from a thousand places.

This is where I now introduce this graphic which you can actually read as like learn, evolve, nourish, teach, spells out, LENT. Ecosystem thinking has four parts. Learn, evolve, nourish, teach, teach, nourish. Learn is about keeping ourselves in a beginner's mind. The curiosity to always engage with new ideas and approaches.

Evolve is where we apply those learnings to our next iteration, our next version. We see how things work in the real world. It's a natural selection of actual usage. Teach is a way to actually learn even more because you don't really know something until you teach it. Who's ever done that? Where you've taught something, then you learn it way more.

Oh my goodness, it's all the time. It's incredible what you think you don't know. Actually, one of my best economics teachers, one of the best things he did is every -- every day he'd have one of the students teach one of the new concepts. I thought, wow, this guy is like making us do his work. What's he getting paid

for?

But then I realized he was actually -- he has to learn way more. Thank you, Mr. Roman. We open source our knowledge by sharing what we've learned so others can follow on the same path. Nourish is the trickiest and the most important part, it's where we water the garden.

If you've done the previous three steps, you've been very successful. Now your responsibility is spread the fruits of your labors around the ecosystem so that everyone can succeed together. This is the philosophy behind five for the future, which you're going to see us emphasize a lot more. Now, I'm going to digress from the post for a minute. Who's heard of the -- the economics term called Tragedy of the commons? A few people here. Let me explain it with an analogy really quickly.

So the tragedy of the commons is this idea that, imagine you lived in like a town and there was a field where farmers could allow their animals to graze their sheep and their cows and things. The field doesn't belong to any one person kind of is -- belongs to community. Now if people bring their -- their animals to graze there, they -- but they don't water the -- water the grass, fertilize it, et cetera.

If everyone just brings and takes and takes and takes that, eventually that field will just turn into the dirt, right? It'll be overgrazed. There'll be nothing left, and the shared resource will go away. That's what's known as the Tragedy of the commons and it occurs in so many examples. It actually comes from literally -- this would literally happen in villages and things.

I think we have the opportunity, the opposite, which is the abundance of the commons. That's the idea for this fight for the future program, which is saying like, hey, if all the farmers, all the people who are coming to bring their animals to graze in this field, take 5% of their time, 5% of their profits from selling the animals or -- or selling the fur or whatever it is, and put that back into some fertilizer and some water and some labor to make things grow, we'll have a beautiful field that we can use for many generations to come.

All right. Back to the post. That's ecosystem. But if that's the yin, what's the yang? You know, the yin and yang beautiful symbol. This openness and generosity will attract parasitic entities that just want to feed off the host without giving anything back.

There are companies that participate in the learn, evolve, teach, nourish loop like a Ferngully

Rainforest. Who remembers the movie Ferngully? That's a good one, man. Check that out with your kids if you haven't seen it yet. And there are those that treat Open source simply as a resource to extract from its natural surroundings like oil from the grounds, a finite resource, something be extracted and used. It's never there anymore.

Compare the five for the future pages from Automattic and WPEngine. Two companies that are roughly the same size with revenue in the ballpark of about half a billion dollars per year. These pledgers are just a proxy, and I'm perfectly accurate. But as I write this, Automattic has 3,786 hours per week, and that's not even counting me. I currently count my five for the future as zero because I'm kind of in a unique place because I like spend some of my time with WordPress Foundation, AUD Capital Automattic, everything.

So, WPEngine has 47 hours listed. That's actually gone down since I wrote this. So some WPEngine employees have modified their fire for the future, it's down to 40 now. By the way, a lot of this information that I'm sharing with you all has come from WPEngine employees who've reached out to me, and talked to me about all this. So, thank you all for being brave and for sharing this information that you think your company's

doing something wrong.

WPEngine has good people, some of whom are listed on that page. But the company is controlled by Silver Lake, a private equity firm with 102 billion in assets under management. Silver Lake doesn't give a dang about your Open source ideals. It just wants return on capital.

So it's at this point that asks everyone the WordPress community to go vote with your wallet. Who are you giving your money to? Someone who's going to nourish the ecosystem or someone who's going to frack every bit of value out of it until it withers.

Newfold, especially since the acquisition of the (indiscernible) gives back. Right now, Newfold's contributions are split across a couple different five for future pages, but I'm going to try to consolidate those. Also, Newfold sponsors Automattic, so we want to give them credit for some of Automattic's hours as well. So we're -- we'll figure out a way to do that.

So there's awesome motive 10up hosting (indiscernible) even Google. I know I said even Google. Google's awesome by the way. We got a lot of Google share. Raise your hands. Thank you. Google has been doing amazing stuff for the WordPress community and it's really cool to see one of the big tech.

Like, let's be honest. You're like one of the four companies in the world. You're like a nation state, you're like a country. You have a revenue bigger than the GDPs of most countries. So it's amazing to see your participation in the open web. We have a lot of shared ideals.

Think about that next time it comes up to renew your hosting or domain. Weigh your dollars towards companies that give back more because you'll get back more too. Freedom isn't free. Those of us who are makers who create the source need to be wary of those who would take our creations and squeeze out the juice. They're grifters who will hop onto the next fad.

But what we're trying to build is something big here, something long term, something that lasts for generations. I may screw up along the way or my health may falter -- by the way, I wrote that because last week I was in a hospital in my ER with a kidney stone. Who's had a kidney stone? Oh man, what's up with that?

I'm going to open source some of this because we need to figure this out. That is not okay that this can happen. You can be totally normal one day and the next day it's like a shamanic demon pain amount, like happening. Like it's not -- it's weird, but we're -- we're all human. We're bodies. I think we should just

talk about this stuff. Or my health may falter, but these principles and beliefs will stand strong because they represent the core tenet of our community. The idea that what we create together is bigger than any one person. So that's the post.

Now I'm going to walk you all through just some of the other stuff. There's been some -- oh, we got that -- we got music going? Oh, turn it up. Turn it up. Let's display it. Yeah. Okay. So when you get home, play this song and just take a quick read through it. It kind of depends on your reading speed. Yeah. Okay. We'll have this in the background while I -- while I talk for a bit. It's a beautiful song.

So, I've had some cryptic tweets over the past few days. Here's -- here's one of them I'll talk about. I know private equity and investors can be brutal. Read the book, Barbarians at the Gate. Has anyone read that one? Few people? Yeah. Oh man.

Please let me know if any employee faces firing or retaliation for speaking up about their company's participation or lack thereof in WordPress. We make sure it's a big public deal and that you get support. Again, I've had dozens at this point of people inside these companies reach out to me that they've been asked -- they've been -- they've said, hey, can we do more fire for

the future? Can we put back more into WordPress and told we can't, we need to hit these growth KPIs. You can't work on this.

So, you know, keep the music going. Keep it going. Yeah, keep it up. So, there's a -- a private equity firm behind all of this. So I'm going to tell you all about this firm called Silver Lake now. They're the ones with $102 billion under management, and I'm going to call this portion of it the talk. How private equity can hollow out and destroy open source communities.

We're not the first one they're doing this to. There's actually a company called Talent. And in 2010, Silver Lake bought 25% of Talent leading to an aggressive monetization of the Open source users prioritizing commercial conversions over community health. They cycled through four CEOs in seven years. They generated 20 x return for Silver Lake, but the Open source community is completely gone.

Unity is another one. Silver Lake owned about 15% of Unity for $400 million and got a 10 x return on that, by the way. That means they got 4 billion out of it. But they did toxic price changings that led to a massive community backlash. And then the current CEO's ousting, and multiple CEO changes.

There's an Open source thing that came up

in response to this called Gado or Gadada, I'm not sure how to pronounce it. It's a top 10 open source project, but I just want to show that this is a pattern happening. These are Silver Lake companies.

So what's another Silver Lake company? WPEngine. And who's the person behind all this? This guy, his name's Lee Whiting and he's on the board of WPEngine. He owns WPEngine, actually they control it. He's also on the board of another company that's here. I'm just -- I'm making the case for why this is -- might be the last WordCamp you see WPEngine have a booth at.

And if you would like to express your opinions on any of this, this is the email address. We can email Silver Lake there. It's on their website. I'm not boxing to anyone or anything, this is just what's on their website. So, you know, you can kind of see when there's like one person, one thing behind all of this and it's just like a schoolyard bully.

You know this is -- I know this is spicy, this is a lot to call out, but unfortunately this has been going on since they bought WPEngine in 2018. If you all saw Noel talks presentation at -- in WordCamp Europe, he talked about the slowing of the growth of WordPress, which we actually had for a few years. You can map that actually pretty well.

And we've been trying to debug this and you know, part of my background is macroeconomics. You can actually map it pretty well to the revenue growth of a company like WPEngine. Think about this. If you ran a business, normally you'd spend part of your budget on RND. How great is it that if you could get all the software for free, don't spend a single dollar on it or spend 40 hours a week, so call that, you know, a hundred grand a year on it and you can make $450 million per year off it. That'd be pretty sweet, right? It's a pretty good business.

But then what happens with that software? If you're taking the business from companies like the other ones I mentioned, Automattic, Newfold, et cetera, that would like actually put back to that software. Now those companies are fighting with like one hand tied behind their back.

I've got a hundred full-time people working on core and things in the commons. I could have those hundred people working on getting more customers for wordpress.com or something like that, but they're not. They're working on things that benefit all of us, that belong to all of us, part of open source. So, that's -- that's my talk. Any -- any questions?

We've got some mics up here. And by the way, I -- I do also want to say, and I offer this, I told

WPEngine like, hey, all the employees there, like again, many of them believe in this and agree with this. Please do not be mean to any of them or anything like that. This is coming from the very top. That's why I highlighted this Lee guy.

We even offered to print them new badges or something if we were going to ban them from this WordCamp. We just ended up deciding not to do it like during the WordCamp. But yeah, they are not going to be at future ones. I don't think so. Check, check, check, check. If you have questions, there's a microphone right here, and you can line up down the center aisle in order and ask your questions.

MR. SASHA: Yeah. Go ahead. Ladies first.

MS. ROBERTSON: Hey Matt.

MR. MULLENWEG: Howdy.

MS. ROBERTSON: Courtney Robertson, developer advocate at GoDaddy. I like to ask Matt questions at a lot of our WordCamps and Europe. We mentioned the contributor dashboards and since then, I had done some research and you were interested in the findings of that research. It is transparency about the contribution that is happening.

There's a post on make.wordpress.org/project, and it's an MVP. We're using

data that we're getting right now from a few sources such as -- the numbers were manually cranking from Meetup, but we have got some tooling that could pull in our stats from GitHub.

I was talking with Otto and Meta about getting our data from track. Better ways of tracking with gather press, which is a potential meetup replacement. So we're bringing transparency about the contribution that is happening.

MR. MULLENWEG: Thank you.

MS. ROBERTSON: Hard part. I've been on the receiving end. And I want to say this with all due respect. I've been on the receiving end about improving contribution, and this is why I am dedicating most of my time between now and the end of the calendar year to continuing to improve these contributed dashboards.

Because the change that you called out about GoDaddy in this process this week, I saw massive improvements in understanding and how we can further that contribution and those contribution mechanisms. I was in some meetings with my team about these things and I feel really good about this.

When we name and shame, I want to know from a leadership perspective, have we gone to the top leaders that you've shared and have you tried to work

channels without it becoming an incident? Because I've been on the other side of this.

MR. MULLENWEG: Oh, yeah. Trust me. I've been trying to talk to Heather and Lee. I did not want to give this presentation. I was literally over there calling them, saying like, hey, are you all going to step up to this? Are you going to fix this? And yeah, that was scary for me. And by the way, it's scary to go against the $102 billion assets of management. That's scary.

If -- if there's any freak accidents or -- and by the way, I did not commit suicide. You know, it's -- it's scary. But like -- I think you have to speak truth to power. And this is all transparent stuff. This is all public. You can all see it. This is all like out there. There's nothing I said that you can't fact check online. So -- so yeah, thank you.

And like I said, for the retaliation thing, like I -- I know there's -- that's what's rude about this is because companies are made up of people, right? And the people don't always agree with the managements. And if any one of you gets in trouble for speaking up about this or supporting me or supporting WordPress or anything like that, let me know.

If you lose your job, I'll do my best to like support you until you find another one. Anything

like that. Like we're all in this together. We're a community and -- and ultimately we need to like build things together that nourish part. So, yeah.

MR. SASHA: Hey, hey. I'm Sasha. Thank you Matt for being with us today. Thank you for honesty. And --

MR. MULLENWEG: A little closer to the mic. Yeah.

MR. SASHA: Oh, sorry. Of course. Yeah. My name is Sasha and I want to thank you in person for your -- honestly for your braveness. You've been my inspiration for more than 10 years. And as you said that we here mostly gather for -- for the open web, right? And for the open web should be powered -- for open web economy should power by open manual, right? And what is your thing -- what is your touch on blockchain technology crypto and stuff like -- I think there is --

MR. MULLENWEG: Say that one more time?

MR. SASHA: About what -- what is your thought about blockchain and crypto and how it can complement WordPress economy and WordPress movement? Because we share a lot. I've been in WordPress movement --

MR. MULLENWEG: Yeah.

MR. SASHA: -- for more than almost 20 years, right? I've been in blockchain for more than seven years and there is a pure -- pure -- I don't know, overlap to bring the open web to make it real stuff.

MR. MULLENWEG: Yeah. So blockchain crypto. So, I love when open source gets applied to different areas, and this is part of the beauty. Like I said, open source is a movement that's changing everything it touches. So you apply open source to sort of an encyclopedia. What do you get? You get Wikipedia. You apply open source to CMSs, you get things like WordPress, Joomla, Drupal. You apply open source to game engines, you get Godot.

Like there's all these sort of awesome examples. You fly -- apply open source to, to the financial system, you get cryptocurrency. And it's been kind of wild ride. You know, there's like a lot of scammy stuff in crypto .There's a lot of interesting things. But what's amazing, a lot of people don't realize is most of these projects are open source.

Ethereum is open source -- sorry, Bitcoin is open source. And so they have committers just like us. They have communities, they have conferences, they are -- this whole thing. And so that's pretty powerful. Now how that interacts with WordPress, I'm not sure yet. I could see like more e-commerce going over crypto rails in the future.

Like it's more, you know, companies like Coinbase and others make it like kind of easier. But right now it's kind of hard to use some of this stuff.

Like running your wallet, connecting to the blockchain, downloading it, like all these sorts of things. It doesn't work around mobile devices unless you have like someone else custody of your wallet.

So it's a -- it's a cool technical solution and I -- I love that it's the future from like a freedom and distributed point of view. And -- so probably the place where it interacts WordPress the most will be that commercial side. So when people are making donations or buying something through like one of the shopping cart plugins like WooCommerce or others. So --

MR. SASHA: Yeah. Sounds good. Let's -- let's talk.

MR. MULLENWEG: Cool. Thank you.

MR. SASHA: They have huge plans about it. Yeah. And -- and we already testing it in production.

MR. MULLENWEG: Yeah. It's funny. Crypto is also one of those other religions, right? Open source is a religion and crypto people like they will tell you right away.

MR. SASHA: Okay. Thank you. And to recover from this kidney stone.

MR. MULLENWEG: Oh, thank you. Thank you. Appreciate it. Apparently you get more of them. Drink more water, yes. Okay.

UNKNOWN MALE 1: Well, I think it's a valid criticism for someone to be making a ton of money off of a freely available resource without contributing back. You mentioned 2018 and a downfall in usage of WordPress. And I was just wondering how you compare that to the fact that the block editor was released at a similar time and the dissatisfaction of that amongst many people in the WordPress community. And I --

MR. MULLENWEG: That's a good question.

UNKNOWN MALE 1: -- and I -- and I don't say that. It's just as a aside because it -- what you said in your presentation, sounded like you were blaming all the downfall on one person.

MR. MULLENWEG: Yeah. In macroeconomics, I'm not -- by the way, in macroeconomics there's so many countervailing forces. So there's a lot of different things happening simultaneously. We've shipped new versions and new features including the block editor, which predates 2018 by the way.

But like there's also, you know, the growth of other block editors, all the plugins Elementor, Beaver Builder, et cetera so that we had some balkanization of that experience. So that all -- that all happens. So I was just trying to point out that there's some maybe some macroeconomic terms in I guess -- what's a

good way to put this?

You know, some revenue being made is -- is zero something, right? Like actually, we should ask. Who's a WPEngine customer in the audience? Don't feel bad. Okay. There we go. By the way, I've had a few people come up and the other thing that makes WPEngine tricky is their misuse of the trademark. That they're very cavalier with it.

How -- how many people have heard it called WordPress engine before? Yeah, yeah, yeah, yeah. Okay. We got a few there. People have come up to me. I get support requests sometimes for WPEngine because people think it's like an official thing. Their color -- their logo's blue, they call it WPEngine. They think it's like something official that's part of the community and giving back and building WordPress. And so that's what makes it so insidious.

Of the WPEngine customers have, you know, one thing private equity likes to do is like squeeze out the profits, squeeze out the free cash flow. Have you probably noticed like some price increases coming up? Yep. I see some nods nodding heads over there. Yeah. Customer service going down a little bit? Yep. Yep. Squeeze out that profit.

That's what happens with these things.

CERTIFICATE

I, MONICA GONZALEZ, certify that I was authorized to and did transcribe the above audio, and that the transcript is a true and correct record of the audio provided.



MONICA GONZALEZ

OFFICIAL TRANSCRIPTIONIST

February 19, 2025