# EXHIBIT 55

# FILED UNDER SEAL