# EXHIBIT 56

# FILED UNDER SEAL