**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WPENGINE, INC., a Delaware corporation,

Plaintiff,

vs.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; and WOOCOMMERCE INC., a Delaware corporation

Defendants.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual; WORDPRESS FOUNDATION, a California corporation; and WOOCOMMERCE INC., a Delaware corporation

Counterclaimants,

vs.

WPENGINE, INC., a Delaware corporation,

Counterdefendant.

Case No. 4:24-cv-06917-AMO (ASK)

Honorable Araceli Martínez-Olguín

**[PROPOSED] ORDER RESOLVING AUTOMATTIC INC., WOOCOMMERCE INC. AND MATTHEW CHARLES MULLENWEG'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

## [PROPOSED] ORDER

Before this Court is Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 466).

Having considered the papers and arguments of counsel, it is hereby ORDERED that Automattic Inc., WooCommerce Inc., and Matthew Charles Mullenweg's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is GRANTED / DENIED as set forth below.

| Document Title | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Full or Partial Sealing Sought | Party with the Burden on Sealing | Brief Statement of Reason for Sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Page 5—Excerpt from Exhibit 55 | 465 | 466-3 | 466-1 | Partial | BCG | Designated by BCG as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |
| Ex. 55 – BCG000294 4 | 465-57 | 466-4 | 466-1 | Full | BCG | Designated by BCG as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" | |

**IT IS SO ORDERED.**

Dated: ____________________

____________________________________
The Honorable Araceli Martínez-Olguín
United States District Judge